IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 04 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

PRAVEEN K. KHURANA,
Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY d/b/a LINCOLN FINANCIAL GROUP,
Defendant.

Case No.: 2:26-cv-0187-TOR

**PROOF OF SERVICE**

I, Praveen K. Khurana, declare under penalty of perjury under the laws of the United States that the following is true and correct.

I am the Plaintiff in this action. On April 27, 2026, I caused copies of the following documents to be served on the Defendant:

1. Civil Cover Sheet
2. Summons in a Civil Action
3. Complaint for Benefits Under ERISA

☒ **By Washington State Office of the Insurance Commissioner (OIC):**
On April 27, 2026, I caused the above documents to be sent to the Washington State Office of the Insurance Commissioner for service upon the Defendant, Lincoln National Life Insurance Company, through the Corporation Service Company, which is the registered agent for service in the State of Washington, as evidenced by Certificate of Acceptance of Service issued by the OIC (Certificate No. 30239) on April 28, 2026.

☒ **By Corporation Service Company (CSC):**
On April 27, 2026, I caused copies of the above documents to be served upon the Defendant through Corporation Service Company, at the following address:

MC-CSC1
300 Deschutes Way SW, Suite 208
Tumwater, WA 98501

The documents were served upon the Defendant at the following address:

Lincoln National Life Insurance Company
c/o Corporation Service Company
MC-CSC1
300 Deschutes Way SW, Suite 208
Tumwater, WA 98501

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2026, at Spokane, Washington.

Praveen K. Khurana

Praveen K. Khurana
105 S. Jefferson St., Apt. 307
Spokane, WA 99201
Phone: 208-413-0165
Email: matman00us@yahoo.com

PATTY KUDERER
STATE INSURANCE COMMISSIONER

STATE OF WASHINGTON

Phone: 360-725-7000
www.insurance.wa.gov

OFFICE OF
# INSURANCE COMMISSIONER

Certificate number **30239** is being issued to certify that the Insurance Commissioner of the State of Washington (OIC) has **ACCEPTED** service of process in the matter below.

| | |
|---|---|
| Date Service of Process Accepted: | 04/27/2026 |
| Certificate Issued: | 04/28/2026 |
| Issued By: | Amanda Oster |
| Certificate Type: | First Attempt |
| Certified Mailing Number: | 9589071052700724086721 |
| Service Requested Upon: | LINCOLN NATIONAL LIFE INSURANCE COMPANY THE<br>CORPORATION SERVICE COMPANY<br>MC-CSC1<br>300 DESCHUTES WAY SW SUITE 208<br>TUMWATER, WA 98501 US |
| Authorized in Washington: | Yes |
| Attorney Details: | PRAVEEN K KHURANA<br>108 S JEFFERSON ST<br>ST 307<br>SPOKANE, WA 99201 US |
| Case Number: | 2:26cv187 tor |
| Plaintiff: | PRAVEEN K KHURANA |
| Defendant: | LINCOLN NATIONAL LIFE INSURANCE COMPANY d/b/a Lincoln Financial Group |
| Documents: | CIVIL COVER SHEET<br>SUMMONS IN A CIVIL ACTION<br>COMPLAINT FOR BENEFITS UNDER ERISA |
| Copies Sent To: | PRAVEEN K KHURANA<br>LINCOLN NATIONAL LIFE INSURANCE COMPANY THE |