PRAVEEN [illegible]
108 S. JEFFERSON ST, 307
SPOKANE, WA, 99201

SPOKANE WA 990
30 APR 2026 PM 3 L

USA FOREVER

US DISTRICT COURT
P.O. BOX 1493
SPOKANE, WA, 99210

RECEIVED
MAY - 4 2026
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

99210-149393