Andrew Schpak, Oregon Bar No. 044080
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212
Email: aschpak@barran.com

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PRAVEEN K. KHURANA<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, d/b/a LINCOLN FINANCIAL GROUP,<br><br>Defendant. | Case No. 2:26-cv-00187-TOR<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 Defendant The Lincoln National Life Insurance Company, makes the following disclosure:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.
2. Lincoln National Corporation (NYSE:LNC), a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.



BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

3. There is no corporate entity named Lincoln Financial Group as that is the marketing name for Lincoln National Corporation and its affiliates.

DATED this 18th day of May 2026.

BARRAN LIEBMAN LLP

By *s/Andrew Schpak*
Andrew Schpak, Oregon Bar No. 044080
Attorneys for Defendant

– AND –

Iwana Rademaekers, Texas Bar #16452560
Motion *Pro Hac Vice* forthcoming
Law Offices of Iwana Rademaekers, P.C.
Attorneys for Defendant
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com


**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

**CERTIFICATE OF SERICE**

I hereby certify that on May 18, 2026, I served the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT on the following party:

Praveen K. Khurana
PO Box 19519
Spokane, WA 99216

PRO SE

by the following indicated method(s) set forth below:

- ☑ **Electronic filing using the court's ECF System**
- ☐ **Facsimile**
- ☑ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**
- ☐ **Electronic Mail**

s/*Andrew M. Schpak*
Andrew M. Schpak



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212