Andrew Schpak, WSBA No. 39901
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212
Email: aschpak@barran.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PRAVEEN K. KHURANA<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, d/b/a LINCOLN FINANCIAL GROUP,<br><br>Defendant. | Case No. 2:26-cv-00187-TOR<br><br>**DEFENDANT'S MOTION FOR ATTORNEY IWANA RADEMAEKERS TO APPEAR AND PARTICIPATE PRO HAC VICE**<br>**(WITHOUT ORAL ARGUMENT)** |

Pursuant to Local Rule 83.2(c) of the United States District Court for the Eastern District of Washington, Defendant Lincoln National Life Insurance Company hereby applies for permission for attorney Iwana Rademaekers to appear and participate as its counsel in the above-entitled action. The necessity for this pro hac vice appearance and participation is that Iwana Rademaekers previously represented Lincoln National Life Insurance Company in this matter, and is

therefore, familiar with the facts and ERISA issues in the current action. *See* Declaration of Iwana Rademaekers filed herewith.

Iwana Rademaekers' contact information is as follows:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
Attorneys for Defendant
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Iwana Rademaekers' dates of admission to practice before other courts are as follows:

| Court | Date Admitted |
|---|---|
| U.S.D.C., Northern District of Texas | 11/07/88 |
| U.S.D.C., Eastern District of Texas | 05/21/98 |
| U.S.D.C., Western District of Texas | 09/02/98 |
| U.S.D.C., Southern District of Texas | 09/11/98 |
| U.S.D.C., Eastern/Western District of Arkansas | 05/22/98 |
| U.S.D.C., District of Colorado | 01/14/02 |
| U.S.D.C., Northern District of Illinois | 02/29/24 |
| U.S.D.C., Southern District of Illinois | 01/29/26 |
| U.S.D.C., Eastern District of Michigan | 12/29/22 |
| U.S.D.C., Western District of Michigan | 02/03/23 |
| U.S.D.C., Eastern District of Missouri | 06/14/22 |
| U.S.D.C., District of New Mexico | 07/31/20 |
| U.S.D.C., District of North Dakota | 01/02/20 |
| U.S.D.C., Eastern District of Oklahoma | 02/27/23 |
| U.S.D.C., Western District of Oklahoma | 08/13/13 |
| U.S.D.C., Eastern District of Tennessee | 09/07/22 |
| U.S.D.C., Western District of Tennessee | 12/02/19 |
| U.S.D.C., Eastern District of Wisconsin | 09/07/21 |
| U.S.D.C., Western District of Wisconsin | 11/05/21 |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/98 |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/02 |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/00 |

| | |
|---|---|
| U.S. Court of Appeals for the Ninth Circuit | 08/27/14 |
| U.S. Court of Appeals for the Tenth Circuit | 07/29/02 |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/12 |

Iwana Rademaekers has no pending disciplinary sanction actions and has never been subject to any disciplinary sanctions by any court or Bar Association.

Accompanying this motion is the $200 application fee prescribed by the judges of this court and a Declaration of Iwana Rademaekers, substantiating the facts above.

The undersigned associated attorney, who is admitted to practice in this State and this Court, is counsel of record in this action. Pursuant to LR 83.2(c), they shall sign all pleadings, motions, and other papers prior to filing and shall meaningfully participate in the case.

RESPECTFULY SUBMITTED this 19th day of May 2026.

BARRAN LIEBMAN LLP

By *s/ Andrew Schpak*
Andrew Schpak, WSBA 39901

Attorneys for Defendant



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

# CERTIFICATE OF SERICE

I hereby certify that on May 19, 2026, I served the foregoing **DEFENDANT'S MOTION FOR ATTORNEY IWANA RADEMAEKERS TO APPEAR AND PARTICIPATE PRO HAC VICE** on the following party:

Praveen K. Khurana
PO Box 19519
Spokane, WA 99216

PRO SE

by the following indicated method(s) set forth below:

- ☑ **Electronic filing using the court's ECF System**
- ☐ **Facsimile**
- ☐ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**
- ☐ **Electronic Mail**

s/*Andrew M. Schpak*
Andrew M. Schpak



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212