Andrew Schpak, WSBA No. 39901
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212
Email: aschpak@barran.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PRAVEEN K. KHURANA<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, d/b/a LINCOLN FINANCIAL GROUP,<br><br>Defendant. | Case No. 2:26-cv-00187-TOR<br><br>**[PROPOSED] ORDER FOR PERMISSION FOR ATTORNEY IWANA RADEMAEKERS TO APPEAR AND PARTICIPATE PRO HAC VICE ON DEFENDANT'S BEHALF**<br><br>**[CLERK'S ACTION REQUIRED]** |

This matter having come before the Court on Defendant's Motion for Attorney Iwana Rademaekers to Appear and Participate Pro Hac Vice on its behalf, and the Court having considered the motion and the accompanying Declaration of Iwana Rademaekers;

/ / /

/ / /

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Attorney Iwana Rademaekers to Appear and Participate Pro Hac Vice is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Iwana Rademaekers is permitted to appear and participate pro hac vice in this matter.

Dated this ______day of _____________________ 2026.

_____________________________________

JUDGE THOMAS O. RICE



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-121

**CERTIFICATE OF SERICE**

I hereby certify that on May 19, 2026, I served the foregoing **[PROPOSED] ORDER FOR PERMISSION FOR ATTORNEY IWANA RADEMAEKERS TO APPEAR AND PARTICIPATE PRO HAC VICE ON DEFENDANT'S BEHALF** on the following party:

Praveen K. Khurana
PO Box 19519
Spokane, WA 99216

PRO SE

by the following indicated method(s) set forth below:

☑ **Electronic filing using the court's ECF System**

☐ **Facsimile**

☐ **First-class mail, postage prepaid**

☐ **Hand-delivery**

☐ **Electronic Mail**

s/*Andrew M. Schpak*
Andrew M. Schpak



**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212