Andrew Schpak, WSBA No. 39901
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212
Email: ASchpak@barran.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PRAVEEN K. KHURANA<br>Plaintiff,<br>vs.<br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, d/b/a LINCOLN FINANCIAL GROUP,<br>Defendant. | Case No. 2:26-cv-00187-TOR<br><br>**DECLARATION OF IWANA RADEMAEKERS IN SUPPORT OF DEFENDANT'S MOTION TO APPEAR AND PARTICIPATE PRO HAC VICE** |

Iwana Rademaekers hereby declares as follows:

1. I am a member of the Law Offices of Iwana Rademaekers, P.C., 17304 Preston Road, Suite 800, Dallas, Texas 75252.

2. I submit this declaration in support of the motion for admission *pro hac vice* in the above-captioned matter.

3. I previously represented The Lincoln National Life Insurance Company in this matter, and am therefore, familiar with the facts and ERISA issues in the current action.

4. I am and have been a member in good standing of the State Bar of Texas since May 6, 1988.

5. My dates of admission to practice before other courts are as follows:

| Court | Date Admitted |
|---|---|
| U.S.D.C., Northern District of Texas | 11/07/88 |
| U.S.D.C., Eastern District of Texas | 05/21/98 |
| U.S.D.C., Western District of Texas | 09/02/98 |
| U.S.D.C., Southern District of Texas | 09/11/98 |
| U.S.D.C., Eastern/Western District of Arkansas | 05/22/98 |
| U.S.D.C., District of Colorado | 01/14/02 |
| U.S.D.C., Northern District of Illinois | 02/29/24 |
| U.S.D.C., Southern District of Illinois | 01/29/26 |
| U.S.D.C., Eastern District of Michigan | 12/29/22 |
| U.S.D.C., Western District of Michigan | 02/03/23 |
| U.S.D.C., Eastern District of Missouri | 06/14/22 |
| U.S.D.C., District of New Mexico | 07/31/20 |
| U.S.D.C., District of North Dakota | 01/02/20 |
| U.S.D.C., Eastern District of Oklahoma | 02/27/23 |
| U.S.D.C., Western District of Oklahoma | 08/13/13 |
| U.S.D.C., Eastern District of Tennessee | 09/07/22 |
| U.S.D.C., Western District of Tennessee | 12/02/19 |
| U.S.D.C., Eastern District of Wisconsin | 09/07/21 |
| U.S.D.C., Western District of Wisconsin | 11/05/21 |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/98 |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/02 |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/00 |
| U.S. Court of Appeals for the Ninth Circuit | 08/27/14 |
| U.S. Court of Appeals for the Tenth Circuit | 07/29/02 |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/12 |

6. I have never been subject to any disciplinary sanctions by any court or Bar Association.

7. There are no pending disciplinary proceedings against me in any state or federal court.



BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

8. If admitted to practice *pro hac vice* in this matter, I will conduct myself in the manner required of attorneys so admitted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of May 2026.

By: [signature]

Law Offices of Iwana Rademaekers, P.C.
Attorneys for Defendant
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**CERTIFICATE OF SERICE**

I hereby certify that on May 19, 2026, I served the foregoing **DECLARATION OF IWANA RADEMAEKERS IN SUPPORT OF DEFENDANT'S MOTION TO APPEAR AND PARTICIPATE PRO HAC VICE** on the following party:

Praveen K. Khurana
PO Box 19519
Spokane, WA 99216

PRO SE

by the following indicated method(s) set forth below:

☑ **Electronic filing using the court's ECF System**

☐ **Facsimile**

☑ **First-class mail, postage prepaid**

☐ **Hand-delivery**

☐ **Electronic Mail**

s/*Andrew M. Schpak*
Andrew M. Schpak



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212