**Praveen K. Khurana**
Plaintiff, Pro Se
9910 Appleway Blvd., Unit D207
Spokane Valley, WA 99206
Email: matman00us@yahoo.com, 208-413-0165

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 17 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

**PRAVEEN K. KHURANA,**
Plaintiff,

v. Case No. **2:26-cv-00187-TOR**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**
d/b/a Lincoln Financial Group,

Defendant.

---

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff, **Praveen K. Khurana**, has changed his mailing address.

Effective immediately, Plaintiff's current mailing address is:

**Praveen K. Khurana**
9910 Appleway Blvd., Unit D207
Spokane Valley, WA 99206

Email: **matman00us@yahoo.com**

Plaintiff respectfully requests that the Clerk of Court update the Court's records and that all future notices, orders, pleadings, and correspondence be sent to the above address.

DATED this 14th day of July, 2026.

Respectfully submitted,

**Praveen K. Khurana**
Plaintiff, Pro Se
9910 Appleway Blvd., Unit D207
Spokane Valley, WA 99206
Email: matman00us@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of July, 2026, I served a true and correct copy of the foregoing **Notice of Change of Address** by electronic mail upon counsel for Defendant:

**Andrew Schpak**
Barran Liebman LLP
601 SW 2nd Avenue, Suite 2300
Portland, OR 97204
Email: aschpak@barran.com

and

**Iwana Rademaekers**
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
Email: iwana@rademaekerslaw.com

____________________________

Praveen Khurana