P. KHURANA
9910 APPLEWAY BLVD, D207
SPOKANE VALLEY, WA, 99206

SPOKANE WA 990
14 JUL 2026 PM 1 L

Freedom 250




CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF WA
TOM FOLEY BUILDING
920 W. RIVERSIDE AVE, #840
SPOKANE, WA, 99201

RECEIVED
JUL 17 2026
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

99201-101315