**Praveen K. Khurana**
Plaintiff, Pro Se
9910 E. Appleway Boulevard, Unit D207
Spokane Valley, WA 99206
(208) 413-0165,
matman00us@yahoo.com

FILED IN THE U.S. DISTRICT COU
EASTERN DISTRICT OF WASHINGTO
AUG 03 2026
SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**PRAVEEN K. KHURANA,**
Plaintiff,

v.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**
Defendant.

**Case No. 2:26-CV-00187-TOR**

# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff **Praveen K. Khurana**, appearing pro se, respectfully moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure and Section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B), for summary judgment in his favor against Defendant **The Lincoln National Life Insurance Company**.

This action seeks judicial review of Defendant's denial of Plaintiff's claim for Long-Term Disability ("LTD") benefits under the Ryder System, Inc. Group Long Term Disability Plan.

As more fully set forth in Plaintiff's accompanying Memorandum of Law, Plaintiff contends that Defendant denied his LTD claim based upon its determination that Plaintiff's disability began after his insurance coverage ended. Plaintiff further contends that the Administrative Record, when viewed as a whole and under the applicable standard of review, demonstrates that

Defendant's denial should be reversed because Plaintiff became disabled while insured under the Plan.

This Motion is based upon:

1. Plaintiff's Memorandum in Support of Motion for Summary Judgment;
2. Plaintiff's Statement of Undisputed Material Facts;
3. Appendix A – Selected Administrative Record Excerpts;
4. The Administrative Record (Lincoln/Khurana AR 001–784);
5. The pleadings and papers on file in this action; and
6. Any oral argument or further proceedings permitted by the Court.

## RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. **Grant Plaintiff's Motion for Summary Judgment;**
2. **Reverse Defendant's denial of Plaintiff's claim for Long-Term Disability benefits;**
3. **Enter judgment in favor of Plaintiff under ERISA § 502(a)(1)(B);**
4. **Award Plaintiff all Long-Term Disability benefits due under the terms of the Ryder System, Inc. Group Long Term Disability Plan, together with prejudgment interest and any additional relief authorized by law;**
5. **Alternatively**, if the Court concludes that the Administrative Record does not permit an immediate award of benefits, remand Plaintiff's claim to Defendant for a full and fair administrative review consistent with the Court's ruling, including:

a. Determination of Plaintiff's disability onset date;

b. Consideration of all relevant evidence contained within the Administrative Record;

c. Calculation of Plaintiff's Basic Monthly Earnings;

d. Calculation of all Long-Term Disability benefits payable under the Plan;

e. Application of any contractual offsets; and

f. Issuance of a new written benefit determination consistent with the Court's Order.

6. Award Plaintiff his taxable costs and such other and further relief as the Court deems just and proper.

A **Proposed Order** is submitted concurrently with this Motion for the Court's convenience.

DATED this 3rd day of AUGUIT, 2026.

Respectfully submitted,

______________________________

**PRAVEEN K. KHURANA**
Plaintiff, Pro Se