**TABLE OF CONTENTS**

1. Table of Authorities
2. Statement of Material Facts
3. Motion for Summary Judgment
4. Controlling ERISA Authorities
5. Memorandum of Points and Authorities
    - Table of Contents
    - Table of Authorities
    - Pages 1–20 of the memorandum
6. Plaintiff's Declaration
7. Appendix A – LTD Policy
8. Appendix B – Administrative Record
9. Appendix C - SSA Decision
10. Certificate of Service

RECEIVED

AUG 03 2026

CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON

## TABLE OF AUTHORITIES

United States Supreme Court


Authority Page(s)

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986)............................___

Celotex Corp. v. Catrett, 477 U.S. 317 (1986)........................................___

Firestone Tire & Rubber Co. v. Bruch, 489 U.S. 101 (1989)..................___

Metropolitan Life Ins. Co. v. Glenn, 554 U.S. 105 (2008).......................___

US Airways, Inc. v. McCutchen, 569 U.S. 88 (2013).............................___


**United States Court of Appeals for the Ninth Circuit**


Authority Page(s)

Abatie v. Alta Health & Life Ins. Co.,
458 F.3d 955 (9th Cir. 2006) (en banc)..................................................___

Grosz-Salomon v. Paul Revere Life Ins. Co.,
237 F.3d 1154 (9th Cir. 2001).............................................................___

Montour v. Hartford Life & Accident Ins. Co.,
588 F.3d 623 (9th Cir. 2009)................................................................___

Saffon v. Wells Fargo & Co. Long Term Disability Plan,
522 F.3d 863 (9th Cir. 2008)................................................................___

## Federal Statutes


Statute Page(s)

28 U.S.C. § 1331.........................................................___

29 U.S.C. § 1001.........................................................___

29 U.S.C. § 1102.........................................................___

29 U.S.C. § 1104(a)(1)(A)..................................................___

29 U.S.C. § 1104(a)(1)(D)..................................................___

29 U.S.C. § 1132(a)(1)(B)..................................................___

29 U.S.C. § 1132(e)(1)......................................................___

29 U.S.C. § 1132(e)(2)......................................................___

29 U.S.C. § 1132(g)(1)......................................................___

29 U.S.C. § 1133.........................................................___


## Federal Rules


Rule Page(s)

Fed. R. Civ. P. 56............................................................___

**Federal Regulations**


Regulation Page(s)

29 C.F.R. § 2560.503-1 ........................................................................___


**ERISA Plan Documents**


Authority Page(s)

Ryder System, Inc. Group Long-Term Disability Policy.........................___

Lincoln Administrative Record............................................................___