APPENDIX B



**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 15775111 Claim Last Updated 06/10/2024 Printed On 5/6/2026

Claimant Information

Name: PRAVEEN KHURANA
SSN: XXX-XX-9602
Birth Date: 10/29/1960
Address: 961 DANIEL DRIVE
MISSOULA, MT 59804-0000
Salary Amount $: 5156.67
Mode: M
Date of Hire: 04/19/2023
Last Work Date: 04/12/2024
Federal Tax: Employee Option
State Tax: No
Phone: (208) 413-0165
Phys Demands: Sedentary
JobDesc:

Claim Status: Denied
Status Reason: Contractual Denial/Other
Received Date: 05/23/2024
Disability Date: 04/13/2024
Close Date: 04/13/2024
Reopen Date:
Sick Days Left:
Max Ben Date: 04/23/2027
RTW FT / PT:
Ben Begin Date: 10/10/2024
Apprv Thru Date:
Gross Ben $:

Diagnosis 1 Code/Desc: R55 Syncope and collapse
Diagnosis 2 Code/Desc:

Policyholder Information

Customer ID: 05 - 280449 RYDER SYSTEM, INC.
Subsidiary: 0046 RYDER DEDICATED TRANSPORTATION
Location: 46330000 RDTS - FIELD

Symb: GF Numeral: 01 Product: LTD Funding: CON Bank: Y Calcs: Y Cntr Eff: 01/01/2012

Class: 07 BUY UP 2: FULL-TIME HOURLY EMPLOYEES AND DRIVERS

Waiting Period: New/Mode-Current/Mode: 30 Day 0 
Days in WRKWK:

Elimination Period: Days/Type: 180 Sickness
COLA: Mode/Duration:
Successive Period: Period/Mode: 6 Month
SS Integration Type/Value: FSS
Partial Disability Type/Pct: QRP+ 7.00
Survivor Ben Months/Wait Period: 3 180
Non-Verifiable Symptoms Limit: 24
Own Occupation Definition Limit: 24
M/N Limit: 24

Benefit %: Max Benefit $: Min Benefit $: Employer Contr %: Subro Ind: Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 07 | 05/19/2023 |
| PD | 01 | STD | 03 | 05/19/2023 |

Additional Information:

**Note Report**

Report Clear Print Help

AS Accom AS Exam Add Note Appeal Claim Claim Alert Hist Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* Claim/Event/Leave Number 15775111 Accommodation Number

Note type:

Primary Sort Order: Note Type / Note Number / ● Note Date/Time / Accm. No.

Sec: ● (Note Type)

**05/05/2026 4:32 PM - CLAIM Note 17**
Claim/Event/Leave: 15775111
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [05/05/2026 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**12/23/2025 11:53 AM - CLAIM Note 16**
Claim/Event/Leave: 15775111
NoteSubject : Other
Other Subject :
Text: [12/23/2025 - PECUNIA, GRACE]ATTACHED DOCS RELATED TO EXISTING CLAIM

**09/09/2024 9:23 AM - CLAIM Note 15**
Claim/Event/Leave: 15775111
NoteSubject : Other
Other Subject : ATTY
Text: [09/09/2024 - YOUNG, KERI]RCVD FAX LETTER FROM TUCKER DISABILITY LAW REQUSTIONG CLAIM FILE AND THAT THIS IS NOT LETTER OF APPEAL. RCVD ATTY AUTH[09/09/2024 - YOUNG, KERI]DUPLICATE LETTER, MAIL COPY RCVD FAX COPY 8/26

**08/26/2024 11:01 AM - CLAIM Note 14**
Claim/Event/Leave: 15775111
NoteSubject : Other
Other Subject : FILE COPY
Text: [08/26/2024 - ROSZELLE, MICHAEL]REQUEST COMPLETED FOR FULL CLAIM FILE REQUEST FOR CLAIM #15775111. SUBMITTED TO THE ATTORNEY VIA RIGHT FAX TO FAX NUMBER 727-571-1415

**08/26/2024 10:34 AM - CLAIM Note 13**
Claim/Event/Leave: 15775111
NoteSubject : Other
Other Subject : FILE REQUEST
Text: [08/26/2024 - YOUNG, KERI]REQUESTED CLAIM FILE TO BE FAXED OR MAILED

**08/26/2024 10:12 AM - CLAIM Note 12**
Claim/Event/Leave: 15775111
NoteSubject : Other
Other Subject : ATTY LETTER
Text: [08/26/2024 - YOUNG, KERI]RCVD LETTER FORM ATTY REQUESTING COMPLETE COPY OF CLAIM FILE.[08/26/2024 - YOUNG, KERI]ATTY REQUESTIONG CLAIM FILE TO BE FAXED OR MAILED TO TUCKER DISABILITY LAW, PA, 5235 16TH ST NORTH, ST. PETERSBURG, FL 33703 P: 727-572-5000 F: 727-571-1415.

**06/10/2024 1:48 PM - PHONE Note 4**
Claim/Event/Leave: 15775111
NoteSubject : Called Other
Other Subject : ATTY
Text: [06/10/2024 - YOUNG, KERI]LVM WITH ATTY THAT I WAS CALLING TO PROVIDED AN UPDATE ON EE'S LTD CLAIM, THERE WAS A LETTER FAX OVER THIS MORNING WITH OUR DETERMINATION. IF THERE ARE ANY QUESTIONS PLEASE LET ME KNOW.

**06/10/2024 8:11 AM - CLAIM Note 11**
Claim/Event/Leave: 15775111
NoteSubject : LTR to Atty

Other Subject : TUCKER
Text: [06/10/2024 - YOUNG, KERI]SENT DENIAL LETTER TO ATTY

**06/07/2024 4:41 PM - CLAIM Note 10**
Claim/Event/Leave: 15775111
NoteSubject : Denied
Other Subject : MANAGER REVIEW
Text: [06/07/2024 - HOU, WILLIAM]AGREE WITH REFERRAL. REVIEWED CLAIM FILE. REVIEWED REFERRAL NOTE AND LETTER DRAFT.

**06/07/2024 11:44 AM - CLAIM Note 9**
Claim/Event/Leave: 15775111
NoteSubject : Denied
Other Subject : NO COVERAGE
Text: [06/07/2024 - YOUNG, KERI]64 YOM, OCCUPATION: DRIVER, LDW: 4/12/24, DOD: 4/13/24. DX: UNKNOWN. ER CONFIRMED THAT EE LDW 4/12/24 AND WAS TERMINATED AS OF THAT DAY. RECOMMENDING DENIAL FOR TERMINATION OF COVERAGE DUE TO BEING TERMINATED PRIOR TO DOD.

**06/07/2024 11:20 AM - CLAIM Note 8**
Claim/Event/Leave: 15775111
NoteSubject : Other
Other Subject : ER EMAIL
Text: [06/07/2024 - YOUNG, KERI]RCVD EMAIL FROM ER THE LAST DAY HE WORKED WAS ON 4/12/24. ALSO, HE WAS RECENTLY TERMED ON 4/12/24 AND HIS BENEFITS ENDED ON 4/12/24.

**05/31/2024 2:17 PM - PHONE Note 3**
Claim/Event/Leave: 15775111
NoteSubject : Initial EE Interview
Other Subject : ATTY
Text: [05/31/2024 - YOUNG, KERI]SPOKE WITH TYLE, ADVISED THAT I WAS CALLING TO DISCUSS EE'S CLAIM AND GATHER SOME INFORMATION. HE STATED THAT HE CAN TAKE DOWN MY QUESTIONS AND HAVE THE ATTY RESPOND. ADVISED THAT I'M NEEDING CONFIRMATION ON LDW/DOD DUE TO SOME CONFLICTING INFORMATION. I'VE ALSO REACHED OUT THE ER TO CONFIRM AS WEEK. I'M NEED TO KNOW WHY HE STOPPED WORKING AND WHAT HE CURRENTLY OOW FOR. I NEED ALL HIS PROVIDERS AS WELL. ALSO TO CONFIRM THAT HE NOT RCVD ANY OTHER INCOME LIKE SS OR WC.ADVISED THAT I FAXED OVER A LETTER WITH A PACKET OF FORMS THAT NEED TO BE COMPLETED . WE ALSO NEED ALL HIS MED REC FORM 11/1/22 - P DUE TO NEEDING TO COMPLETE PRE-EX REVIEW THIS INFO IS ALSO IN THE LETTER SENT. HE CONFIRMED THAT LETTER WAS RCVD ANDHE WILL FU WITH ATTY AND R/C. NFQ

**05/31/2024 2:07 PM - CLAIM Note 7**
Claim/Event/Leave: 15775111
NoteSubject : LTR to ER
Other Subject : LDW
Text: [05/31/2024 - YOUNG, KERI]SENT FU EMAIL TO ER TO CONFIRM LDW

**05/29/2024 3:41 PM - PHONE Note 2**
Claim/Event/Leave: 15775111
NoteSubject : Other Called
Other Subject : ATTY
Text: [05/29/2024 - YOUNG, KERI]LVM WITH ATTY OFFICE TO R/C TO DISCUSS LTD CLAIM AND THERE WAS A PACKET OF FORMS FAXED OVER THAT WILL NEED TO BE COMPLETED.

**05/29/2024 3:35 PM - CLAIM Note 6**
Claim/Event/Leave: 15775111
NoteSubject : Notice/Proof Review
Other Subject : DAY 1
Text: [05/29/2024 - YOUNG, KERI]SENT NP LETTER TO ATTY FOR LTD FORMS AND ALL MED REC

**05/28/2024 3:25 PM - CLAIM Note 5**
Claim/Event/Leave: 15775111
NoteSubject : LTR to ER
Other Subject : LDW
Text: [05/28/2024 - YOUNG, KERI]EMAILED ER TO CONFIRM IF 4/12 WAS EE'S LDW

**05/28/2024 3:24 PM - PHONE Note 1**
Claim/Event/Leave: 15775111
NoteSubject : Initial EE Interview
Other Subject :
Text: [05/28/2024 - YOUNG, KERI]CONFIRMING ELIGIBILITY INFO

**05/28/2024 1:26 PM - CLAIM Note 4**
Claim/Event/Leave: 15775111
NoteSubject : Other
Other Subject : ER EMAIL
Text: [05/28/2024 - YOUNG, KERI]RCVD EMAIL FORM ER: LET ME SEE WHAT I CAN FIND OUT. HE WAS TERMED AND SO WAS

HIS MANAGER SO I NEED TO GO TO THE LEAVE GROUP TO SEE IF THEY HAVE ANYTHING ON HIM. I DO SEE HE GOT PAID BUT NOT STARTED 3/6/24. LOOKS LIKE HIS PAY STARTED 3/17/24.[05/28/2024 - YOUNG, KERI]RCVD ANOTHER EMAIL FROM ER: HERE S THE INFORMATION ON PRAVEEN FROM THE LEAVE GROUP WE CLEARED HIM FOR RETURN ON 3/6/24. HIS RELEASE THAT HE PROVIDED WAS THE DOT PHYSICAL THAT HE PASSED HE DID NOT PROVIDE ANY OTHER RELEASE. WE DON T HAVE ANY INFO ON WHY THE GAP BETWEEN CLEARED DATE AND PAID DATE. THE TERMINATION IN WORKDAY WAS PROCESSED BY MANAGER AMY VAN GELDER FOR CAUSE. BASED ON THE ABOVE. THE ONLY CONCLUSION THAT I CAN COME UP WITH IS THAT WHEN HE WAS CLEARED TO RETURN TO WORK HE PROBABLY NEEDED TO PASS THE DOT AND WE DON T PAY ON STD WHILE HE GOES THROUGH THAT PROCESS. HE STARTED WORKING AND THEN WAS TERMED. I DON T SEE HOW AN LTD CLAIM WOULD BE OPEN FOR HIM NOW.

**05/28/2024 11:50 AM - POSSINV Note 1**
Claim/Event/Leave: 15775111
NoteSubject : Possible Pre-Ex
Other Subject :
Text: THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-0-12 M. THE DOD FOR THIS CLAIMANT IS 04/13/2024, THE ELIGIBILITY DATE IS 05/19/2023, AND THE TRANSFER PROVISION IS YES. THEREFORE. MEDICAL MUST BE GATHERED AND REVIEWED FROM 02/19/2023 THROUGH THE PRESENT.[06/07/2024 - YOUNG. KERI]DENY FOR NO COVERAGE

**05/28/2024 11:47 AM - CLAIM Note 3**
Claim/Event/Leave: 15775111
NoteSubject : Other
Other Subject : ER EMAIL
Text: [05/28/2024 - YOUNG, KERI]RCVD EMAIL FORM ER: LAST DAY WORKED WAS 10/31/23. RETURNED TO WORK ON 3/6/24 AND TERMINATED ON 4/12/24.

**05/28/2024 9:40 AM - CLAIM Note 2**
Claim/Event/Leave: 15775111
NoteSubject : LTR to ER
Other Subject : LDW/LTD PREM
Text: [05/28/2024 - YOUNG. KERI]EMAILED ER TO CONFIRM LDW AND REQUESTED PREMIUMS

**05/23/2024 2:07 PM - CLAIM Note 1**
Claim/Event/Leave: 15775111
NoteSubject : Initial Entry
Other Subject :
Text: [05/23/2024 - PARHAM, TONYA]CREATED CLAIM PER EMAIL REQUEST.

**From:** DisabilityDocuments
**Sent:** Friday, January 23, 2026 12:53 PM
**To:** awd-emailrip118
**Subject:** FW: NEW LTD CLAIM – Confirmation of Receipt – Praveen K. Khurana

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Friday, January 23, 2026 12:52:45 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** NEW LTD CLAIM – Confirmation of Receipt – Praveen K. Khurana

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I previously submitted my NEW Long-Term Disability claim electronically.

A duplicate hard-copy submission was returned unopened, apparently after internal handling, as the electronic submission had already been received.

Please confirm that my NEW LTD claim is open and advise the assigned claim number and claims examiner.

Thank you,

Praveen K. Khurana

Sent from Yahoo Mail for iPhone

**FILED**
December 17, 2025
SPOKANE COUNTY
DISTRICT COURT

**IN THE DISTRICT COURT OF SPOKANE COUNTY WASHINGTON**
**SMALL CLAIMS DEPARTMENT**

| | |
|---|---|
| KHURANA, PRAVEEN K<br>Plaintiff(s)<br><br>Vs<br>LINCOLN FINANCIAL GROUP<br>Defendant(s) | **Small Claims Case # 2500615**<br><br>SMALL CLAIMS ORDER OF CONTINUANCE<br><br>☒ SERVICE OF NOTICE IS COMPLETED |

☒ Service of the Notice of Small Claims Hearing has been completed. Plaintiff requests continuance to finalize settlement outside of court. The request for continuance is GRANTED.

This matter is continued to February 19, 2026 @ 1:30 pm, at:

☒ Broadway Center Building, 721 N. Jefferson, Spokane WA 99260

| Order Copy: | | | | |
|---|---|---|---|---|
| | Plaintiff | ☒In Court | ☐To be Mailed | ☐Fax/Email to Number or email address |
| | Defendant | ☐In Court | ☒To be Mailed | ☒Fax/Email to Number or email address |

Judge Andrew Biviano
DATED in Spokane County, WA on December 17, 2025

**From:**Hall, Trevor (Svc Asst, Client Services)
**Sent:**Mon, 22 Dec 2025 22:00:28 +0000
**To:**SCU
**Subject:**FW: Attached Image SMALL CLAIMS CONTINUANCE CASE #2500615
**Attachments:**3828_001.pdf

**From:** Disability Claims <disabilityclaims@lfg.com>
**Sent:** Monday, December 22, 2025 12:07 PM
**To:** awd-emailrip116 <awd-emailrip116@lfg.com>
**Subject:** FW: Attached Image SMALL CLAIMS CONTINUANCE CASE #2500615

---

**From:** Kennedy, Ethan E.
**Sent:** Monday, December 22, 2025 12:06:33 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Attached Image SMALL CLAIMS CONTINUANCE CASE #2500615

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**From:** DCBCBCIVIL@spokanecounty.org
**Sent:** Sunday, December 21, 2025 9:12 PM
**To:** Kennedy, Ethan E.
**Subject:** Attached Image

| | |
|---|---|
| **From:** | DisabilityDocuments |
| **Sent:** | Thursday, December 18, 2025 3:00 PM |
| **To:** | awd-emailrip118 |
| **Subject:** | FW: LTD claim |

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Thursday, December 18, 2025 2:59:01 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** LTD claim

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

# NEW LONG-TERM DISABILITY (LTD) CLAIM – ERISA

**Claimant:** Praveen K. Khurana
**Employer / Plan Sponsor:** Ryder Transportation Solutions, LLC
**Insurer / Claims Administrator:** Lincoln Financial Group
**Disability Onset Date:** October 28, 2023
**Last Day Worked:** April 12, 2024
**Address:** 108 S. Jefferson St., Apt. 307, Spokane, WA 99201
**Email:** matman00us@yahoo.com | **Phone:** 208-413-0165

This submission constitutes formal notice and initiation of a **NEW Long-Term Disability (LTD)** claim under the group disability policy issued by Lincoln Financial Group. This claim is based on continuous disability, an unsuccessful work attempt, and new and material evidence including a fully favorable Social Security Administration disability determination.

## FORMAL NOTICE OF NEW LTD CLAIM

I hereby submit this letter as formal notice of a NEW claim for Long-Term Disability (LTD) benefits. I became disabled while covered under the Ryder/Lincoln group disability policy and remain disabled today.

The Social Security Administration has issued a fully favorable disability decision finding that I have been disabled since October 28, 2023. This onset date occurred while I was actively employed and insured.

In February 2024, I attempted to return to work for Ryder Transportation Solutions. This return to work was short-lived and unsuccessful due to my ongoing medical impairments and lack of reasonable accommodation. It did not represent medical recovery.

## SWORN DISABILITY DECLARATION

I, Praveen K. Khurana, declare under penalty of perjury that the following statements are true and correct:

1. I became disabled beginning October 28, 2023.
2. I pursued Short-Term Disability benefits and appealed their denial.
3. I attempted to return to work in February 2024, but this was an unsuccessful work attempt.
4. My medical condition continued to impair my ability to work safely and consistently.
5. I was terminated on April 12, 2024 while still insured under the policy.
6. I have remained continuously disabled since that time.

I make this declaration in support of my claim for Long-Term Disability benefits under ERISA.

Executed on: DECEMBER-18-2025
Signature:
Printed Name: Praveen K. Khurana

## CONTINUOUS DISABILITY TIMELINE

- October 28, 2023 – Disability onset (SSA determination)
- Late 2023 – Early 2024 – Short-Term Disability pursued
- February 2024 – Failed return to work (unsuccessful work attempt)
- April 12, 2024 – Terminated while insured under LTD policy
- Present – Continuous disability

## EQUITABLE TOLLING AND GOOD CAUSE

Any assertion that a prior administrative deadline bars this claim should be excused due to medical impairment, active pursuit of related benefits, lack of ERISA counsel, and new material evidence establishing disability during the coverage period.

## ERISA DOCUMENT AND CLAIM FILE REQUEST

Pursuant to ERISA, I request copies of the LTD and STD policies, Summary Plan Description, and my complete claim file, including all medical reviews, vocational assessments, and internal notes.

Date: DECEMBER -18- 2025
Signature: ____________
Printed Name: Praveen K. Khurana

SOCIAL SECURITY ADMINISTRATION

Office of Hearings Operations
2300 MAIN ST.
STE 910
KANSAS CITY, MO 64108-2450

Date: October 21, 2025

Praveen Khurana
108 S Jefferson St
Apt 307
Spokane, WA 99201-4174

## Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

### When Will You Get Paid

Another office will process my decision. That office may ask you for more information. You should receive payment in 40-60 days of the date of this notice. However, some cases may vary. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

### If You Disagree With My Decision

If you disagree with my decision, you may file an appeal with the Appeals Council.

### How To File An Appeal

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. The preferred method for filing your appeal is by using our secure online process available at https://www.ssa.gov/benefits/disability/appeal.html.

You may also use our Request for Review form (HA-520) or write a letter. The form is available at https://www.ssa.gov/forms/ha-520.html. Please write the Social Security number associated with this case on any appeal you file. You may call (800) 772-1213 with questions.

Please send your request to:



**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

Social Security Administration
Office of Appellate Operations
6401 Security Blvd
Baltimore, MD 21235-6401

**Time Limit To File An Appeal**

You must file your written appeal within 60 days of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence with your appeal. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.

**If You Have Any Questions**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this notice and decision when you call.
3. You may also call your local office at (866) 331-5532.

SOCIAL SECURITY
SUITE 100
714 N IRON BRIDGE WAY
SPOKANE, WA 99202-4926

Mark Naggi
Administrative Law Judge

Enclosures:
Decision Rationale
Form HA-L15 (Fee Agreement Approval)

cc: Evan D Marken
EVAN MARKEN
Ste 416
905 W Riverside
Spokane, WA 99201-1099

SOCIAL SECURITY ADMINISTRATION
Office of Hearings Operations

**DECISION**

| **IN THE CASE OF** | **CLAIM FOR** |
| --- | --- |
| Praveen Khurana (Claimant) | Period of Disability and Disability Insurance Benefits |
| (Wage Earner) | 21ZF555H65911 (Beneficiary Notice Control Number) *Social Security Number removed for your protection* |

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated March 19, 2025 (20 CFR 404.929 *et seq.*). The claimant appeared and testified at a hearing by online video (20 CFR 404.936(c)) on October 6, 2025. Ex. 17B. The claimant agreed to appear by online video before the hearing. He waived advance notice of a hearing. Ex. 16B. Alicia Hiles, an impartial vocational expert, also appeared at the hearing. The claimant is represented by Evan D Marken, an attorney.

The claimant is alleging disability since October 28, 2023.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

1. **The claimant's date last insured is June 30, 2024.**

2. **The claimant has not engaged in substantial gainful activity since October 28, 2023, the alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

The claimant has earnings of $31,268.21 in 2023 and $3,899.97 in 2024. Ex. 6D/3. His earnings breakdown into $4,589 in the fourth quarter of 2023, $1,277 in the first quarter of 2024, and $2,623 in the second quarter of 2024. Ex. 8D. The claimant reports his earnings decreased significantly as of October 2023, which is consistent with the reduced earnings in 2024. In the fourth quarter of 2023, substantial gainful activity is presumed for earnings of $4,410, and his earnings are consistent with full-time work for one month of the fourth quarter and below substantial gainful activity for the remaining quarter. The 2024 earnings are significantly below substantial gainful activity.

3. **The claimant has the following severe impairments: diabetes, bilateral knee arthritis, heart disease, and hypertension (20 CFR 404.1520(c)).**

See Next Page

**4. The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

**5. The claimant has the residual functional capacity to perform light work as defined in 20 CFR 404.1567(b) except the claimant is unable to climb ladders, ropes, and scaffolds. He would miss 4 days a month.**

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520c.

The claimant can perform less than the full range of light exertion. The claimant is diagnosed with bilateral knee arthritis. Ex. 5F/89, 90. This is aggravated by walking. Ex. 6F/70. His knee pain supports the reduction to the light exertional level and reduced climbing. The claimant also reports heart palpitations, related to his cardiac condition, with increased chest discomfort when swimming or rushing through the airport. Ex. 5F/36. Increased cardiac symptoms during exertion contribute to the reduction to light exertion.

Beyond the limitation to the light exertional level, he will miss four days of work per month. The claimant has conditions that cause periodic increases in symptoms. He is diagnosed with diabetes, heart disease, and hypertension. Ex. 2F/15; 5F/224. He has chronic elevated a1cs despite injectable medication management. Ex. 6F/10. The medications used to treat this condition has caused him to have diarrhea on a daily basis that would interfere with consistent performance of work activity. Ex. 6F. He has a heart condition. He had a syncopal episode in October 2023. Ex. 2F/8. This was due to atrial fibrillation, and he began medications that managed his symptoms. Ex. 2F/23. His objective ability improved with a normal treadmill test. Ex. 2F/60. However, he still has some cardiac arrhythmia on Holter monitor. Ex. 2F/75. He has associated symptoms of chest pain during exertion, increased daytime fatigue, and periods of lightheadedness. Ex. 2F/25; 5F/36, 71. Records indicate he continues to have periods of syncope as well. Ex. 6F/46. Syncope, periods of lightheadedness, and intermittent periods of fatigue contribute to the finding that the claimant will miss four days per month.

Lich Pham, M.D., opined the claimant is unable to perform more than 4 hours of work in an 8-hour workday and would miss four days per month. Ex. 4F. The limitation to 4 hours of work per 8-hour workday is not persuasive but the likelihood of absences is persuasive. This opinion includes minimal support that supports the opinion, but the opinion is generally consistent with the record. For instance, the claimant's testimony that he is unable to consistently perform tasks is consistent with repeated absences. Complaints to providers of fatigue, chest pain, and syncope is also consistent with repeated absences. Ex. 2F/8, 25; 5F/36, 71; 6F/46.

**6. The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

See Next Page

The claimant has past relevant work as truck driver (DOT 905.663-014, medium, SVP 4). The demands of the claimant's past relevant work exceed the residual functional capacity.

**7. The claimant was an individual closely approaching retirement age on the established disability onset date (20 CFR 404.1563).**

**8. The claimant has at least a high school education (20 CFR 404.1564).**

**9. The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

**10. Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

Even if the claimant had the residual functional capacity for the full range of light work, a finding of "disabled" would be directed by Medical-Vocational Rule 202.06.

**11. The claimant has been under a disability as defined in the Social Security Act since October 28, 2023, the alleged onset date of disability (20 CFR 404.1520(g)).**

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on April 8, 2024, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since October 28, 2023.

/s/ *Mark Naggi*

Mark Naggi
Administrative Law Judge

October 21, 2025
Date

# AUTHORIZATION TO COMMUNICATE WITH
# Tucker Disability Law, P.A.

I, Praveen Khurana, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703**
(727) 572-5000
(727) 571-1415 – Fax
Tucker@TuckerDisability.com

[signature]
Client's Signature

February 29, 2024
Date

Praveen Khurana
Printed/Typed Name

018649602
Social Security Number

TUCKER
Disability Law
We Work Harder

*Sent Via Fax to (603) 334-0380 & Certified Mail Tracking #9407 1118 9876 5482 1091 78 (8 pages)*

August 26, 2024

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578

**Notice of Intent to Appeal**
**&**
**Request for Documents**

**Re: Our Client: Praveen Khurana**
**Claim # 15775111**
**Employer: Ryder System, Inc.**

Dear Appeal Review Unit:

This law firm represents Praveen Khurana in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Ryder System, Inc. This letter shall serve as our client's Notice of Intent to Appeal your company's denial letter dated June 10, 2024, and a request for a complete copy of your claim file.

**We request that you please do not start reviewing the claim until we have notified you that we have sent you a complete appeal package. This means that we ask that you do not begin processing this appeal until the 180th day following your decision letter, i.e., until December 7, 2024.**

If we submit all information before that date, we will notify you that you may begin processing the appeal. Your company's deadlines under 29 C.F.R. §2560.503-1 will not start until we notify you that the appeal submission is completed or the 180th day following your decision letter, whichever is earlier, so there will be no prejudice by allowing us the full 180 day period within which to submit documents.

Pursuant to our contract with Praveen Khurana and the fact that he is now represented by counsel, any further correspondence or communication regarding this claim shall be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

**In order to facilitate clear communication and avoid any misinterpretations, we are requesting that any and all communication with my office be in the form of written communication. This applies to any requests for information, updates or documents. We ask you not to email us anything due to the high sensitivity settings of our spam filters. All correspondence can be faxed and/or mailed to the address below.**

**Tucker Disability Law, P.A.**
**5235 16th Street North, St. Petersburg, FL 33703**
**Phone: (727) 572-5000 Fax: (727) 571-1415**

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind **are hereby revoked** to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may not continue to use the previously signed releases or authorizations to obtain records and reports.

If you wish to speak to a treating physician, any telephone conference must be arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication with any third party outside of your company and its vendors from this date forward will be considered an invasion of our client's privacy.

As notes above, this is a request for documents, and we request that you send the following information:

1. Please provide a copy of the entire claim file, including but not limited to:

   a) Any document, record or other information that was relied upon in making the benefit determination;

   b) Any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

   c) Any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F .R.§2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made· in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants;

   d) Any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

e) Any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

f) The names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

g) Any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) If an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol or other similar criterion.

i) If any recordings have been made relative to this claim in any way, please provide complete copies of these tapes.

j) Copies of all communications, documents, emails, letters, or portal messages exchanged with (i.e., sent to or received from) any agent, third-party, vendors, peer reviewers, vocational providers, or medical professionals through any method, including but not limited to: Box, Cloud shared server, Dropbox, email, mail, Office365 apps, portal, or any other method.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide a complete copy of the LTD Policy and Summary Plan Description.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for **LTD** coverage or any other agreement related to the LTD coverage or Plan between you and **Ryder Systems, Inc.**

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Praveen Khurana will receive if a favorable determination is made.

11. Please state whether the money deducted from Praveen Khurana paycheck for their portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

Enclosed is a release authorization signed by our client authorizing you to provide the above information. Also enclosed is a copy of a signed Notice of Lien and Payment Instructions. Please keep this document in my client's file, and if necessary, notify other agents, employees, or offices of your company of the existence to ensure this lien and these instructions are honored. If you require an original of this document, please advise me of this, and I will forward one to you. If any payments are made at any time on this claim, you are instructed to recognize our lien and follow these payment instructions.

Any checks for payments of benefits should be delivered to my office, and should be made payable to "Tucker Disability Law f/b/o Praveen Khurana." Our lien and these payment instructions shall remain in effect until we advise you to the contrary in writing.

If you are not the proper individual or entity from whom these documents should be obtained, please immediately send me a letter providing me with the full name, position, company, mailing and street address(es), fax number and phone number of the appropriate person to whom this request should be directed.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c),**

**documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Very truly yours,

John V. Tucker
JVT/tje

encl: Release of Information (1 page)
Authorization to Communicate (1 page)
Notice of Lien (1 page)

cc: Praveen Khurana (w/enc.)

## Authorization to Release Information to Tucker Disability Law
****************************************************************************

Name: Praveen Khurana Date of Birth: October 29, 1960

**By signing below, I authorize any entity to whom this form is presented to communicate with my attorneys, Tucker Disability Law, P.A., and to release any of the following confidential information to Tucker Disability Law, P.A.:**

✓ Claim File / Insurance Claim Records
✓ Employer Records, to include benefits, pay, and disciplinary information
✓ Medical Records (to include HIV/AIDS)
✓ Psychological Records
✓ Drug & Alcohol Treatment Records
✓ Medical Bills
✓ Education and School Records
✓ Government Records (to include Social Security information, SEQY, DEQY)

I need this information for a legal case, and ask that you please deliver this information to:


**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703-2611**
**Fax: (727) 571-1415**


If you have questions, please call Phone: (727) 572-5000.

I understand that any employee of Tucker Disability Law, P.A. may use this authorization to speak with any entity or its employees about me to obtain information.

I understand that I may revoke this release information at any time, provided that I make written notification to this effect, but that revocation has no effect on action already taken.

This Authorization shall be valid for up to 1 year from the date of signature listed below or upon completion of the case, whichever is later, unless otherwise expressly revoked by the signer in writing prior to that time. **A photocopy of this Authorization is as valid as the original.**

I hereby release the records keeper from any liability which may arise as a result of the use of the information contained in the copies of records released. It is presumed that if such information is later used to my damage, that it was obtained as a result of this Authorization.

[signature] Date: February 29, 2024

Signature

**TUCKER**
**Disability Law**
*We Work Harder*

## Notice of Lien, Payment Instructions & Power of Attorney to Deposit Checks

RE: Praveen Khurana SSN: 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

**To: Any Benefit Plan Administrator, Insurance Company, and/or other interested persons,**

I have hired *Tucker Disability Law, P.A.* as my attorneys for my case/claim. I am obligated to pay attorney fees and costs to Tucker Disability Law, P.A. for its services. To insure that Tucker Disability Law, P.A. is properly paid under my contract with the law firm, I grant *Tucker Disability Law, P.A.* a full and irrevocable lien against any benefits, entitlement or payment I may receive or recovery I might make up to the amount of attorney fees and costs I am obligated to pay under my contract with the law firm.

I direct any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity (hereafter "you") who is paying insurance or plan benefits, a settlement, or judgment (or any other recovery) under any plan, policy, contract, pension, or other matter to recognize and honor this lien and to deliver all checks for any past due, future benefits or any other type of settlement or judgment (hereafter "checks") to:

***Tucker Disability Law, P.A.***
***5235 - 16th Street North***
***St. Petersburg, Florida 33703***

This direction shall remain valid until *Tucker Disability Law, P.A.* notifies you in writing that checks may be sent to me directly at a different address.

All checks shall be made payable "for the benefits of" as follows:

***Tucker Disability Law, P.A.* f/b/o** Praveen Khurana
**or**
***Tucker Disability Law, P.A. for the benefit of*** Praveen Khurana

Regarding any check for a claim, judgment, payment, and/or settlement, I also give a Limited Power of Attorney to *Tucker Disability Law, P.A.* (to include John V. Tucker and anyone acting on its behalf to deposit funds) to endorse any checks paid in my name and understand that this Power of Attorney is solely for the purpose of depositing checks into a non-interest bearing Trust account and held until funds clear before my portion of any such proceeds will be forwarded to me.

Signature: [signature] Date: 03-06-24

SPENCER E LEE
Notary Public
State of Washington
Commission # 23007301
My Comm. Expires Mar 23, 2027

*STATE OF* Washington *COUNTY OF* Spokane

The person who signed this document above is personally known by me or produced the following identification: Drivers License, and I witnessed their signature.

SWORN TO AND SUBSCRIBED BEFORE ME, this 6th day of March, 2023.

Notary Public - Signature: Spencer E. Lee

Printed Name: Spencer E. Lee My commission expires: Mar 23, 2027

**Tucker Disability Law, P.A. accepts the lien, direction to pay, and Limited Power of Attorney stated above.**

[signature]
**By: John V. Tucker, Esq.**

Tucker Disability Law, P.A.
5235 16TH ST N
ST PETERSBURG FL 33703-2611

$6.10 US POSTAGE
FIRST-CLASS
Aug 27 2024
Mailed from ZIP 33703
3 OZ FIRST-CLASS MAIL LETTER RATE
11923275

stamps endicia
062S0010282497

**USPS CERTIFIED MAIL**

9407 1118 9876 5482 1091 78

The Lincoln National Life Insurance Company
Attn Appeal Review Unit
PO BOX 2578
OMAHA NE 68103-2578

TUCKER Disability Law
We Work Harder

**_Sent Via Fax to (603) 334-0380 & Certified Mail Tracking #9407 1118 9876 5482 1091 78 (8 pages)_**

August 26, 2024

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578

**Notice of Intent to Appeal**
**&**
**Request for Documents**

**Re: Our Client: Praveen Khurana**
**Claim # 15775111**
**Employer: Ryder System, Inc.**

Dear Appeal Review Unit:

This law firm represents Praveen Khurana in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Ryder System, Inc. This letter shall serve as our client's Notice of Intent to Appeal your company's denial letter dated June 10, 2024, and a request for a complete copy of your claim file.

**<u>We request that you please do not start reviewing the claim until we have notified you that we have sent you a complete appeal package. This means that we ask that you do not begin processing this appeal until the 180th day following your decision letter, i.e., until December 7, 2024.</u>**

If we submit all information before that date, we will notify you that you may begin processing the appeal. Your company's deadlines under 29 C.F.R. §2560.503-1 will not start until we notify you that the appeal submission is completed or the 180th day following your decision letter, whichever is earlier, so there will be no prejudice by allowing us the full 180 day period within which to submit documents.

Pursuant to our contract with Praveen Khurana and the fact that he is now represented by counsel, any further correspondence or communication regarding this claim shall be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

**In order to facilitate clear communication and avoid any misinterpretations, we are requesting that any and all communication with my office be in the form of written communication. This applies to any requests for information, updates or documents. We ask you not to email us anything due to the high sensitivity settings of our spam filters. All correspondence can be faxed and/or mailed to the address below.**

**Tucker Disability Law, P.A.**
**5235 16th Street North, St. Petersburg, FL 33703**
**Phone: (727) 572-5000 Fax: (727) 571-1415**

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind **are hereby revoked** to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may not continue to use the previously signed releases or authorizations to obtain records and reports.

If you wish to speak to a treating physician, any telephone conference must be arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication with any third party outside of your company and its vendors from this date forward will be considered an invasion of our client's privacy.

As notes above, this is a request for documents, and we request that you send the following information:

1. Please provide a copy of the entire claim file, including but not limited to:

   a) Any document, record or other information that was relied upon in making the benefit determination;

   b) Any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

   c) Any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F .R.§2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made · in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants;

   d) Any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

e) Any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

f) The names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

g) Any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) If an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol or other similar criterion.

i) If any recordings have been made relative to this claim in any way, please provide complete copies of these tapes.

j) Copies of all communications, documents, emails, letters, or portal messages exchanged with (i.e., sent to or received from) any agent, third-party, vendors, peer reviewers, vocational providers, or medical professionals through any method, including but not limited to: Box, Cloud shared server, Dropbox, email, mail, Office365 apps, portal, or any other method.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide a complete copy of the **LTD** Policy and Summary Plan Description.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for **LTD** coverage or any other agreement related to the LTD coverage or Plan between you and **Ryder Systems, Inc.**

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Praveen Khurana will receive if a favorable determination is made.

11. Please state whether the money deducted from Praveen Khurana paycheck for their portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

Enclosed is a release authorization signed by our client authorizing you to provide the above information. Also enclosed is a copy of a signed Notice of Lien and Payment Instructions. Please keep this document in my client's file, and if necessary, notify other agents, employees, or offices of your company of the existence to ensure this lien and these instructions are honored. If you require an original of this document, please advise me of this, and I will forward one to you. If any payments are made at any time on this claim, you are instructed to recognize our lien and follow these payment instructions.

Any checks for payments of benefits should be delivered to my office, and should be made payable to "Tucker Disability Law f/b/o Praveen Khurana." Our lien and these payment instructions shall remain in effect until we advise you to the contrary in writing.

If you are not the proper individual or entity from whom these documents should be obtained, please immediately send me a letter providing me with the full name, position, company, mailing and street address(es), fax number and phone number of the appropriate person to whom this request should be directed.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c),**

**documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Very truly yours,

John V. Tucker
JVT/tje

encl: Release of Information (1 page)
Authorization to Communicate (1 page)
Notice of Lien (1 page)

cc: Praveen Khurana (w/enc.)

# Authorization to Release Information to Tucker Disability Law

******************************************************************************

**Name:** Praveen Khurana **Date of Birth:** October 29, 1960

**By signing below, I authorize any entity to whom this form is presented to communicate with my attorneys, Tucker Disability Law, P.A., and to release any of the following confidential information to Tucker Disability Law, P.A.:**

✓ Claim File / Insurance Claim Records
✓ Employer Records, to include benefits, pay, and disciplinary information
✓ Medical Records (to include HIV/AIDS)
✓ Psychological Records
✓ Drug & Alcohol Treatment Records
✓ Medical Bills
✓ Education and School Records
✓ Government Records (to include Social Security information, SEQY, DEQY)

I need this information for a legal case, and ask that you please deliver this information to:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703-2611**
**Fax: (727) 571-1415**

If you have questions, please call Phone: (727) 572-5000.

I understand that any employee of Tucker Disability Law, P.A. may use this authorization to speak with any entity or its employees about me to obtain information.

I understand that I may revoke this release information at any time, provided that I make written notification to this effect, but that revocation has no effect on action already taken.

This Authorization shall be valid for up to 1 year from the date of signature listed below or upon completion of the case, whichever is later, unless otherwise expressly revoked by the signer in writing prior to that time. **A photocopy of this Authorization is as valid as the original.**

I hereby release the records keeper from any liability which may arise as a result of the use of the information contained in the copies of records released. It is presumed that if such information is later used to my damage, that it was obtained as a result of this Authorization.

[signature] Date: February 29, 2024

Signature

# AUTHORIZATION TO COMMUNICATE WITH
# Tucker Disability Law, P.A.

I, Praveen Khurana, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703**
(727) 572-5000
(727) 571-1415 – Fax
Tucker@TuckerDisability.com

[signature]
Client's Signature

February 29, 2024
Date

Praveen Khurana
Printed/Typed Name

018649602
Social Security Number

TUCKER Disability Law
We Work Harder

## Notice of Lien, Payment Instructions & Power of Attorney to Deposit Checks

RE: Praveen Khurana SSN: 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

**To: Any Benefit Plan Administrator, Insurance Company, and/or other interested persons,**

I have hired *Tucker Disability Law, P.A.* as my attorneys for my case/claim. I am obligated to pay attorney fees and costs to Tucker Disability Law, P.A. for its services. To insure that Tucker Disability Law, P.A. is properly paid under my contract with the law firm, I grant *Tucker Disability Law, P.A.* a full and irrevocable lien against any benefits, entitlement or payment I may receive or recovery I might make up to the amount of attorney fees and costs I am obligated to pay under my contract with the law firm.

I direct any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity (hereafter "you") who is paying insurance or plan benefits, a settlement, or judgment (or any other recovery) under any plan, policy, contract, pension, or other matter to recognize and honor this lien and to deliver all checks for any past due, future benefits or any other type of settlement or judgment (hereafter "checks") to:

***Tucker Disability Law, P.A.***
***5235 - 16th Street North***
***St. Petersburg, Florida 33703***

This direction shall remain valid until *Tucker Disability Law, P.A.* notifies you in writing that checks may be sent to me directly at a different address.

All checks shall be made payable "for the benefits of" as follows:

*Tucker Disability Law, P.A.* f/b/o Praveen Khurana
or
*Tucker Disability Law, P.A. for the benefit of* Praveen Khurana

Regarding any check for a claim, judgment, payment, and/or settlement, I also give a Limited Power of Attorney to *Tucker Disability Law, P.A.* (to include John V. Tucker and anyone acting on its behalf to deposit funds) to endorse any checks paid in my name and understand that this Power of Attorney is solely for the purpose of depositing checks into a non-interest bearing Trust account and held until funds clear before my portion of any such proceeds will be forwarded to me.

Signature: [signature] Date: 03-06-24

SPENCER E LEE
Notary Public
State of Washington
Commission # 23007301
My Comm. Expires Mar 23, 2027

*STATE OF* Washington *COUNTY OF* Spokane

The person who signed this document above is personally known by me or produced the following identification: Drivers License, and I witnessed their signature.

SWORN TO AND SUBSCRIBED BEFORE ME, this 6th day of March, 2023.

Notary Public - Signature: Spencer E. Lee

Printed Name: Spencer E. Lee My commission expires: Mar 23, 2027

**Tucker Disability Law, P.A. accepts the lien, direction to pay, and Limited Power of Attorney stated above.**

[signature]
**By: John V. Tucker, Esq.**

**From:** DoNotReply@lfg.com
**Sent:** Tue, 11 Jun 2024 16:40:40 +0000
**To:** Grace_M_Gomez@ryder.com
**Subject:** Claim #15775111, EmpID: 00346188, PRAVEEN KHURANA

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for Long-Term disability benefits. The claim has been denied. The case manager for this claim is Keri Young. The claim number is 15775111.

If you need to contact Lincoln Financial Group with information about this claimant, please email us at Keri.Young@lfg.com.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**From:**CATHERINE MICHAELS <CATHERINE_MICHAELS@ryder.com>
**Sent:**Fri, 31 May 2024 19:12:09 +0000
**To:**Grace M. Gomez
**Cc:**Young, Keri
**Subject:**RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Keri,

The last day he worked was on 4/12/24. Also, he was recently termed on 4/12/24 and his benefits ended on 4/12/24.

Thank you,

**CATHERINE MICHAELS, SHRM-CP**
**Benefits Specialist**
**Upcoming OOO: 6/7, 6/21, 7/5, 7/19 & 7/22**
Ryder System Inc. | CATHERINE_MICHAELS@ryder.com
www.Ryder.com

Ryder Ever better.
SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

**From:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Sent:** Friday, May 31, 2024 1:28 PM
**To:** CATHERINE MICHAELS <CATHERINE_MICHAELS@ryder.com>
**Cc:** Young, Keri <Keri.Young@lfg.com>
**Subject:** FW: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

Catherine can you respond to Keri on the below.

**Grace M. Gomez**
**Senior Manager Benefits**
Ryder System Inc. | +1 (305) 5005954 | Grace_M_Gomez@ryder.com
www.Ryder.com

Ryder Ever better. SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

**From:** Young, Keri <Keri.Young@lfg.com>
**Sent:** Friday, May 31, 2024 2:07 PM
**To:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Subject:** RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

**RYDER CAUTION:** This email originated from outside of the organization and may have malicious content. Be cautious when clicking on links or opening attachments.

Hi Grace,
I was just following up to see if you could confirm his last day he physically worked?

Best regards,

**Keri Young**
LTD Claims Specialist
Lincoln Financial Group
PO BOX 2578
Omaha, NE 68172-9688

Ph. 800-291-0112
Ext. 59543
Fax: 603-334-0380
Keri.young@lfg.com

Follow us on:
LincolnFinancial.com

**From:** Young, Keri
**Sent:** Tuesday, May 28, 2024 3:24 PM
**To:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Subject:** RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

Thank you for the additional information. Can you confirmed that he work up to 4/12 and worked at least half day on 4/12? If he went out before 4/12 I need to know that last day of work.

Best regards,

**Keri Young**
LTD Claims Specialist
Lincoln Financial Group
PO BOX 2578
Omaha, NE 68172-9688

Ph. 800-291-0112
Ext. 59543
Fax: 603-334-0380
Keri.young@lfg.com

Follow us on:
LincolnFinancial.com

**From:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Sent:** Tuesday, May 28, 2024 12:56 PM
**To:** Young, Keri <Keri.Young@lfg.com>
**Subject:** RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Keri, here's the information on Praveen from the leave group:

We cleared him for return on 3/6/24. His release that he provided was the DOT physical that he passed. He did not provide any other release. We don't have any info on why the gap between cleared date and paid date. The termination in Workday was processed by manager Amy Van Gelder for cause.

Based on the above, the only conclusion that I can come up with is that when he was cleared to return to work he probably needed to pass the DOT and we don't pay on STD while he goes through that process. He started working and then was termed. I don't see how an LTD claim would be open for him now.

**Grace M. Gomez**
**Senior Manager Benefits**
Ryder System Inc. | +1 (305) 5005954 | Grace_M_Gomez@ryder.com
www.Ryder.com

Ryder Ever better.

SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

**From:** Young, Keri <Keri.Young@lfg.com>
**Sent:** Tuesday, May 28, 2024 11:45 AM
**To:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Subject:** RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

**RYDER CAUTION:** This email originated from outside of the organization and may have malicious content. Be cautious when clicking on links or opening attachments.

Hi – I'm trying to figure out the claim myself, I don't have much info and I'm working on contacting him. We received a request to open an LTD claim. I see his STD claim from October had been denied. To confirm he worked full time from 3/6/24 through 4/12/24?

Best regards,

**Keri Young**
LTD Claims Specialist
Lincoln Financial Group
PO BOX 2578
Omaha, NE 68172-9688

Ph. 800-291-0112
Ext. 59543
Fax: 603-334-0380
Keri.young@lfg.com

Follow us on:
LincolnFinancial.com

**From:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Sent:** Tuesday, May 28, 2024 10:16 AM
**To:** Young, Keri <Keri.Young@lfg.com>
**Subject:** RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Can you fill me in on this one? He returned on 3/6/24 and termed 4/12/24.

**Grace M. Gomez**
**Senior Manager Benefits**
Ryder System Inc. | +1 (305) 5005954 | Grace_M_Gomez@ryder.com
www.Ryder.com

Ryder Ever better.
SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

**From:** Young, Keri <Keri.Young@lfg.com>
**Sent:** Tuesday, May 28, 2024 9:40 AM
**To:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Subject:** LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

**RYDER CAUTION:** This email originated from outside of the organization and may

have malicious content. Be cautious when clicking on links or opening attachments.

Hello,

We have begun the LTD investigation for the following employee who has been identified as eligible for LTD buy-up coverage.

Claim #: 15775111
Name: Praveen Khurana
Employee ID: 00346188
Date of Disability: 4/9/2024
Current Effective Date of LTD Buyup Coverage:
Buyup %:

Please provide the prior three years of premium paid (employee premium and total premium-if less than 1 year provide total premiums paid for any time prior to the Date of Disability) so that we may calculate the percent of benefit that will be taxed:

Year 1 Total Employee Premium: $
Year 1 Total Premium: $

Year 2 Total Employee Premium: $
Year 2 Total Premium: $

Year 3 Total Employee Premium: $
Year 3 Total Premium: $

Please let me know if you have further questions. Thank you.

Best regards,



**Keri Young**
Claim Specialist
Lincoln Financial Group
PO BOX 2578
Omaha, NE 68172-9688

Ph. 800-291-0112
Ext. 59543
Fax: 603-334-0380
Keri.young@lfg.com

Follow us on:
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-

mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

The information contained in this electronic communication and any accompanying document is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Ryder System, Inc. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this communication and all copies of it, including all attachments. Electronic communication may be susceptible to data corruption, interception and unauthorized tampering and Ryder disclaims all liability of any kind for such actions or any consequences that may arise directly or indirectly therefrom.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 10, 2024 |
| To: | TUCKER DISABILITY LAW<br>5235 16TH STREET NORTH<br>ST. PETERSBURG FL 33703 |
| Attn: | John Tucker |
| Fax: | (727) 571-1415 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 15775111<br>Claimant: Praveen Khurana<br><br>Ryder System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 10, 2024

Tucker Disability Law
5235 16TH STREET NORTH
ST. PETERSBURG, FL 33703

RE: Long Term Disability (LTD) Benefits
Ryder System, Inc.
Claim #: 15775111
Claimant: Praveen Khurana

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Ryder System, Inc.'s Group Disability Policy. We are writing in reference to Praveen Khurana's claim for LTD benefits under the Policy.

Based on the information received, Mr. Khurana's claim has been denied and no benefits are payable.

The Policy contains the following provision regarding termination of coverage:

> ***"Active Employment"*** *means the Employee must be actively at work for the Sponsor:*
>
> 1. *on a full-time basis and paid regular earnings;*
> 2. *for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:*
>    a. *at the Sponsor's usual place of business; or*
>    b. *at a location to which the Sponsor's business requires the Employee to travel.*
>
> *An Employee will be considered actively at work if he was actually at work on the day immediately preceding:*
>
> 1. *a weekend (except where one or both of these days are scheduled work days);*
> 2. *holidays (except when the holiday is a scheduled work day);*
> 3. *paid vacations;*
> 4. *any non-scheduled work day;*
> 5. *an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and*

6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

Termination of a Covered Person's Insurance

A Covered Person will cease to be insured on the earliest of the following dates:

1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2. the date the Covered Person is no longer in an eligible class;

3. the date the Covered Person's class is no longer included for insurance;

4. the last day for which any required Employee contribution has been made;

5. the date employment terminates. Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:
a. the Elimination Period; and
b. any period during which premium is being waived.

6. the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Lincoln reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

Since Mr. Khurana's date of disability is April 13, 2024 and he was terminated on April 12, 2024, we are unable to approve his claim.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), Praveen may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Praveen feels his claim should not have been denied. In his request for review please include the following documentation:

Proof of LTD coverage effective at the time of disability and proof you were not terminated.

You should also provide any additional information that you feel will support his claim.

Mr. Khurana is entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive his written request for review within 180 days from the receipt of this notice, our claim decision will be final, his file will remain closed, and no further review will be conducted.

Under normal circumstances, Praveen will be notified of the final decision within 45 days from the date his request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, Praveen will be notified of the final decision no later than 90 days from the date his request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If Praveen has any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380

TUCKER Disability Law
We Work Harder

Sent via fax to: (603) 334-0401 & Certified Mail Tracking #9407 1118 9876 5465 6620 03 (3 pages)

May 13, 2024

The Lincoln National Life Insurance Company
Disability and Life Claims | Long Term Disability
P.O. Box 2578
Omaha, NE 68103-2578

| | | |
|---|---|---|
| Re: | **Our Client:** | **Praveen Khurana** |
| | **Date of Birth:** | **10-29-1960** |
| | **Type of Claim:** | **Long Term Disability Benefits** |

Dear Plan Administrator / Claim Administrator:

This firm represents the above person in their claim for Long Term Disability (LTD) benefits under the Group Policy / ERISA Plan(s) provided through their current or former employment. To the extent notice of the loss has not been provided previously, this letter serves as notice of claim under the LTD Plan. We request you send any necessary application forms that are required to provide proof of loss.

If you are not the administrator of your company's disability plan, please forward this request to the Disability Benefit Plan Administrator(s). *If this letter was not sent to the correct address for the Disability Benefit Plan Administrator(s), please provide us with the correct name(s) and address(es) of the Disability Benefit Plan Administrator(s), and if different, the registered agent for service of process for the Disability Benefit Plan and Disability Benefit Plan Administrator(s).*

Enclosed is an authorization signed by our client authorizing you to provide the above information and to communicate with this firm about their claim. If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Very truly yours,

John V. Tucker

encl: Release of Information
Authorization to Communicate

cc: Praveen Khurana (w/ enclosures)

**Tucker Disability Law, P.A.**
**5235 16th Street North, St. Petersburg, FL 33703**
**Phone: (727) 572-5000 Fax: (727) 571-1415**

Tucker Disability Law, P.A.
5235 16TH ST N
ST PETERSBURG FL 33703-2611

$5.04 US POSTAGE
FIRST-CLASS
May 13 2024
Mailed from ZIP 33703
1 OZ FIRST-CLASS MAIL LETTER RATE
11923275

stamps endicia

062S0010937442

USPS CERTIFIED MAIL

9407 1118 9876 5465 6620 03

The Lincoln National Life Insurance Company
Disability and Life Claims
PO BOX 2578
OMAHA NE 68103-2578

## Authorization to Release Information to Tucker Disability Law

*******************************************************************************

Name: Praveen Khurana Date of Birth: October 29, 1960

**By signing below, I authorize any entity to whom this form is presented to communicate with my attorneys, Tucker Disability Law, P.A., and to release any of the following confidential information to Tucker Disability Law, P.A.:**

✓ Claim File / Insurance Claim Records
✓ Employer Records, to include benefits, pay, and disciplinary information
✓ Medical Records (to include HIV/AIDS)
✓ Psychological Records
✓ Drug & Alcohol Treatment Records
✓ Medical Bills
✓ Education and School Records
✓ Government Records (to include Social Security information, SEQY, DEQY)

I need this information for a legal case, and ask that you please deliver this information to:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703-2611**
**Fax: (727) 571-1415**

If you have questions, please call Phone: (727) 572-5000.

I understand that any employee of Tucker Disability Law, P.A. may use this authorization to speak with any entity or its employees about me to obtain information.

I understand that I may revoke this release information at any time, provided that I make written notification to this effect, but that revocation has no effect on action already taken.

This Authorization shall be valid for up to 1 year from the date of signature listed below or upon completion of the case, whichever is later, unless otherwise expressly revoked by the signer in writing prior to that time. **A photocopy of this Authorization is as valid as the original.**

I hereby release the records keeper from any liability which may arise as a result of the use of the information contained in the copies of records released. It is presumed that if such information is later used to my damage, that it was obtained as a result of this Authorization.

Signature                Date: February 29, 2024

# AUTHORIZATION TO COMMUNICATE WITH
# Tucker Disability Law, P.A.

I, Praveen Khurana, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703**
(727) 572-5000
(727) 571-1415 – Fax
Tucker@TuckerDisability.com

Client's Signature

February 29, 2024
Date

Praveen Khurana
Printed/Typed Name

018649602
Social Security Number

# Fax Confirmation Report

Sent via www.fax.plus

Fax.Plus

**Date:** May 13, 2024 (Mon)
**Time:** 02:56:37 PM (UTC-04:00)

**From:** +1 727-291-7838 (Tyler Errig)
**To:** +1 603-334-0401

**Pages Sent:** 3
**Duration:** 1 min, 22 sec

**Status:** Successfully Sent

**First Page Thumbnail**


TUCKER

Validate the authenticity of this page by scanning the following QR code:

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 29, 2024 |
| To: | TUCKER DISABILITY LAW<br>5235 16TH STREET NORTH<br>ST. PETERSBURG FL 33703 |
| Attn: | |
| Fax: | (727) 571-1415 |
| From: | Keri Young<br>Ltd Claim Specialist I<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 18 |
| RE: | Claim #: 15775111<br>Claimant: Praveen Khurana<br><br>Ryder System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 29, 2024

Tucker Disability Law
5235 16TH STREET NORTH
ST. PETERSBURG, FL 33703

RE: Long Term Disability (LTD) Benefits
Ryder System, Inc.
Claim #: 15775111
Claimant: Praveen Khurana

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Ryder System, Inc.'s Group Disability Policy. We are writing in reference to Praveen Khurana's claim for LTD benefits under the Policy.

I have been assigned as their dedicated Disability Case Manager.

Nothing in this process should affect the servicing of Praveen Khurana's claim.

Ryder System, Inc.' LTD Policy contains the following exclusion regarding pre-existing conditions:

***Pre-Existing Condition Exclusion(s)***
*This policy will not cover any Disability or Partial Disability:*
*1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and*

*2. which begins in the first 12 months immediately after the Covered Person' effective date of coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person' effective date of coverage.*

*Applicable to Class 1, 2, 3:*

***For Employees who Increase their Coverage Option Due to a Family Status Change:***
*This policy will not cover any increase in amount of coverage for any Disability or Partial Disability:*

*1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and*

*2. which begins in the first 12 months immediately after the Covered Person' effective date of increased coverage.*

*"**Pre-Existing Condition**" means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person' effective date of coverage.*

*Applicable to Class 4, 5, 6, 7, 8, 9:*

***For Employees who Increase their Coverage Option During an Annual Enrollment:***
*This policy will not cover any increase in amount of coverage for any Disability or Partial Disability:*
*1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and*
*2. which begins in the first 12 months immediately after the Covered Person' effective date of increased coverage.*

*"**Pre-Existing Condition**" means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person' effective date of increased coverage.*

*Routine follow up care to determine whether a breast cancer has recurred in a Covered Person who has been previously determined to be free of breast cancer does not constitute medical advice, diagnosis, care, or treatment for purposes of determining preexisting conditions unless evidence of breast cancer is found during or as a result of the follow up care.*

*"**Treatment**" means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.*

Praveen's coverage for LTD benefits under the Policy became effective on May 19, 2023, and their disability occurred on April 9, 2024. Since Mr. Khurana's date of disability falls within 12 months of their effective date of coverage the Policy requires us to conduct a pre-existing condition investigation. This investigation is part of our overall evaluation of Mr. Khurana's eligibility for disability benefits. For Mr. Khurana's claim, the Pre-Existing investigation period we are reviewing is February 19, 2023 through May 18, 2023.

To assist us with our investigation, please provide us the full names, addresses, and telephone numbers of all medical providers, including pharmacies, which Praveen has used from November 1, 2022 through the present date on the enclosed Treating Medical Professionals Form.

Additionally, please contact each of their medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from November 1, 2022 through present.from all treating providers

- Pharmacy Records form November 1, 2022 through present
- Explanation of Benefits from insurance providers from November 1, 2022 through present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

- Activities Questionnaire Form
- Authorization - Medical
- Claimant Supplementary Statement
- Family Information Questionnaire
- Training Education Experience
- Authorization
- Reimbursement Agreement Form
- Treating Medical Professionals Form

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to Praveen's disability within the timeframe stated below.

Ryder System, Inc.'s LTD Policy requires that Praveen provide proof of disability within a required timeframe. Their cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate Praveen's eligibility for benefits without it. We ask that they provide us with this information no later than July 12, 2024.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keri Young
Ltd Claim Specialist I
Phone No.: (800) 291-0112 Ext. 59543
Secure Fax No.: (603) 334-0380
keri.young@lfg.com

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Authorization
Reimbursement Agreement Form
Treating Medical Professionals Form

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Keri Young



EMPLOYEE/CLAIMANT NAME: Praveen Khurana

CLAIM NO: 15775111 DATE OF BIRTH: 10/29/1960

EMPLOYER/SPONSOR: Ryder System, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes ________ No ________

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? ________

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? ________

Do you hold a valid driver's license?

Yes ________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

How often do you get outdoors? ______________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left ____ | Right ____ |
| Are you able to work in your garden? | Yes ____ | No ____ |
| Are you able to work on your house? | Yes ____ | No ____ |
| Are you able to wash your car? | Yes ____ | No ____ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________

If yes, how often per day (hours) do you use the internet? ___ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? ______________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________

If yes, how often per day (hours) do you engage in activities? ___ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these social media sites for? ______________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ______________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a phone, how long (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a E-reader, (hours per day)? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

For what reasons, do you use these devices?

______________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes, how many days per week do you play? | ___ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | ____ | ____ |
| Carrying groceries into the house | ____ | ____ |
| Cooking meals | ____ | ____ |
| Cleaning after meals | ____ | ____ |
| Cleaning bathrooms | ____ | ____ |
| Vacuuming | ____ | ____ |
| Doing the laundry | ____ | ____ |
| Opening and responding to mail | ____ | ____ |

Managing your finances ______ ______
Balancing your checkbook ______ ______
Bathing yourself ______ ______
Styling your own hair ______ ______
Getting dressed ______ ______
Going up and down stairs ______ ______

Have you been confined to a hospital within the last 12 months? Yes ______ No ______
If Yes, please provide reason and hospital contact Information: ______

How often do you travel or take vacation? ______
Where do you go? How do you get there (transportation method)? ______

Are you able to pursue your hobbies? Yes ______ No ______
If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No ______
If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ______
If Yes:
- how many hours per day? ______
- how many hours per week? ______
- for whom? ______

Are you working for wages? Yes ______ No ______
If Yes, please provide employer's name ______

Describe in your own words, what prevents you from engaging in any gainful employment.

Please describe your daily routine: (if more space is needed, please use the back of this form)

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Lincoln Financial Group®

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ______________

Signature of claimant or legal representative ______________________________ Date: ____________

Date of Birth: 10/29/1960 Claim Number: 15775111

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Keri Young

**EMPLOYEE/CLAIMANT NAME:** Praveen Khurana **CLAIM #:** 15775111
**EMPLOYER:** Ryder System, Inc. **DATE OF BIRTH:** 10/29/1960

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Return to: Keri Young

EMPLOYEE/CLAIMANT NAME: Praveen Khurana
CLAIM NO: 15775111
EMPLOYER/SPONSOR: Ryder System, Inc. DATE OF BIRTH: 10/29/1960

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ________ Married ________ Divorced ________
If married, please indicate your spouse's name and date of birth. Name: ____________________ DOB: ________

Do you have children or dependents*? Yes ________ No ________
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Praveen Khurana
CLAIM NO: 15775111
EMPLOYER/SPONSOR: Ryder System, Inc. DATE OF BIRTH: 10/29/1960

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department: ______________________ From: ________ To: ______

Job Title(s): ______________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________

______________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______

Job Title(s): ______________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________

______________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______

Job Title(s): ______________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________

______________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________ Work: ______________________

**SIGNATURE:** ______________________ **PHONE NO: (     )** ______________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: 10/29/1960 Claim Number: 15775111

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

# REIMBURSEMENT AGREEMENT

**Claimant:** Praveen Khurana **Date of Birth:** 10/29/1960

**Employer:** Ryder System, Inc. **Policy/Plan Sponsor No.:** 05-290449

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**____________________ **DATE:**____________

**EMPLOYEE'S PRINTED NAME:** Praveen Khurana

***Please retain a copy for your records or one can be provided upon request.***

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Praveen Khurana    CLAIM NUMBER: 15775111

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES November 1, 2022 TO present***

**DOCTORS:**

Name ______ Specialty ______ | Name ______ Specialty ______
Address ______ | Address ______
City ______ State ____ Zip Code ____ | City ______ State ____ Zip Code ____
Phone: ______ Fax: ______ | Phone: ______ Fax: ______
Dates Seen ______ to ______ | Dates Seen ______ to ______

Name ______ Specialty ______ | Name ______ Specialty ______
Address ______ | Address ______
City ______ State ____ Zip Code ____ | City ______ State ____ Zip Code ____
Phone: ______ Fax: ______ | Phone: ______ Fax: ______
Dates Seen ______ to ______ | Dates Seen ______ to ______

**PHARMACIES:**

Name ______ | Name ______
Address ______ | Address ______
City ______ State ____ Zip Code ____ | City ______ State ____ Zip Code ____
Phone: ______ Fax: ______ | Phone: ______ Fax: ______
Dates: ______ to ______ | Dates: ______ to ______

**HOSPITALS:**

Name ______ | Name ______
Address ______ | Address ______
City ______ State ____ Zip Code ____ | City ______ State ____ Zip Code ____
Phone: ______ Fax: ______ | Phone: ______ Fax: ______
Dates Confined: ______ to ______ | Dates Confined: ______ to ______

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ______ | Policy Number ______
Address ______ | Member ID ______
City ______ State ____ Zip Code ____ | Dates of Coverage ______ to ______
Phone Number: ______ | Fax Number: ______

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______ Date ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**From:**Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Sent:**Tue, 28 May 2024 14:14:23 +0000
**To:**Young, Keri
**Subject:**RE: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Last day worked was 10/31/23, returned to work on 3/6/24 and terminated on 4/12/24.

**Grace M. Gomez**
**Senior Manager Benefits**
Ryder System Inc. | +1 (305) 5005954 | Grace_M_Gomez@ryder.com
www.Ryder.com

Ryder Ever better.

SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

**From:** Young, Keri <Keri.Young@lfg.com>
**Sent:** Tuesday, May 28, 2024 9:39 AM
**To:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Subject:** Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

**RYDER CAUTION:** This email originated from outside of the organization and may have malicious content. Be cautious when clicking on links or opening attachments.

Good morning,
Can you confirm Praveen Khurana last day of work?

Best regards,

**Keri Young**
LTD Claims Specialist
Lincoln Financial Group
PO BOX 2578
Omaha, NE 68172-9688

Ph. 800-291-0112
Ext. 59543
Fax: 603-334-0380
Keri.young@lfg.com

Follow us on:
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**
The information contained in this electronic communication and any accompanying document is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Ryder System, Inc. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this communication and all copies of it, including all attachments. Electronic communication may be susceptible to data corruption, interception and unauthorized tampering and Ryder disclaims all liability of any kind for such actions or any consequences that may arise directly or indirectly therefrom.

**From:**Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Sent:**Tue, 28 May 2024 16:22:25 +0000
**To:**Young, Keri
**Subject:**RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Let me see what I can find out. He was termed and so was his manager so I need to go to the leave group to see if they have anything on him. I do see he got paid but not started 3/6/24. Looks like his pay started 3/17/24.

**Grace M. Gomez**
**Senior Manager Benefits**
Ryder System Inc. | +1 (305) 5005954 | Grace_M_Gomez@ryder.com
www.Ryder.com

Ryder Ever better.
SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

**From:** Young, Keri <Keri.Young@lfg.com>
**Sent:** Tuesday, May 28, 2024 11:45 AM
**To:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Subject:** RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

**RYDER CAUTION:** This email originated from outside of the organization and may have malicious content. Be cautious when clicking on links or opening attachments.

Hi – I'm trying to figure out the claim myself, I don't have much info and I'm working on contacting him. We received a request to open an LTD claim. I see his STD claim from October had been denied. To confirm he worked full time from 3/6/24 through 4/12/24?

Best regards,

**Keri Young**
LTD Claims Specialist
Lincoln Financial Group
PO BOX 2578
Omaha, NE 68172-9688

Ph. 800-291-0112
Ext. 59543
Fax: 603-334-0380
Keri.young@lfg.com

Follow us on:
LincolnFinancial.com

**From:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Sent:** Tuesday, May 28, 2024 10:16 AM
**To:** Young, Keri <Keri.Young@lfg.com>
**Subject:** RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Can you fill me in on this one? He returned on 3/6/24 and termed 4/12/24.


**Grace M. Gomez**
**Senior Manager Benefits**
Ryder System Inc. | +1 (305) 5005954 | Grace_M_Gomez@ryder.com
www.Ryder.com


Ryder Ever better.

SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

**From:** Young, Keri <Keri.Young@lfg.com>
**Sent:** Tuesday, May 28, 2024 9:40 AM
**To:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Subject:** LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

**RYDER CAUTION:** This email originated from outside of the organization and may have malicious content. Be cautious when clicking on links or opening attachments.

Hello,

We have begun the LTD investigation for the following employee who has been identified as eligible for LTD buy-up coverage.

Claim #: 15775111
Name: Praveen Khurana
Employee ID: 00346188
Date of Disability: 4/9/2024
Current Effective Date of LTD Buyup Coverage:
Buyup %:

Please provide the prior three years of premium paid (employee premium and total premium-if less than 1 year provide total premiums paid for any time prior to the Date of Disability) so that we may calculate the percent of benefit that will be taxed:

Year 1 Total Employee Premium: $
Year 1 Total Premium: $

Year 2 Total Employee Premium: $
Year 2 Total Premium: $

Year 3 Total Employee Premium: $
Year 3 Total Premium: $

Please let me know if you have further questions. Thank you.

Best regards,

**Keri Young**
Claim Specialist
Lincoln Financial Group
PO BOX 2578
Omaha, NE 68172-9688

Ph. 800-291-0112
Ext. 59543
Fax: 603-334-0380
Keri.young@lfg.com

Follow us on:
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

The information contained in this electronic communication and any accompanying document is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Ryder System, Inc. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this communication and all copies of it, including all attachments. Electronic communication may be susceptible to data corruption,

interception and unauthorized tampering and Ryder disclaims all liability of any kind for such actions or any consequences that may arise directly or indirectly therefrom.

**From:**Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Sent:**Tue, 28 May 2024 16:55:33 +0000
**To:**Young, Keri
**Subject:**RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Keri, here's the information on Praveen from the leave group:

We cleared him for return on 3/6/24. His release that he provided was the DOT physical that he passed. He did not provide any other release. We don't have any info on why the gap between cleared date and paid date. The termination in Workday was processed by manager Amy Van Gelder for cause.

Based on the above, the only conclusion that I can come up with is that when he was cleared to return to work he probably needed to pass the DOT and we don't pay on STD while he goes through that process. He started working and then was termed. I don't see how an LTD claim would be open for him now.

**Grace M. Gomez**
**Senior Manager Benefits**
Ryder System Inc. | +1 (305) 5005954 | Grace_M_Gomez@ryder.com
www.Ryder.com

Ryder Ever better.
SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

**From:** Young, Keri <Keri.Young@lfg.com>
**Sent:** Tuesday, May 28, 2024 11:45 AM
**To:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Subject:** RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

**RYDER CAUTION:** This email originated from outside of the organization and may have malicious content. Be cautious when clicking on links or opening attachments.

Hi – I'm trying to figure out the claim myself, I don't have much info and I'm working on contacting him. We received a request to open an LTD claim. I see his STD claim from October had been denied. To confirm he worked full time from 3/6/24 through 4/12/24?

Best regards,

Keri Young
LTD Claims Specialist
Lincoln Financial Group
PO BOX 2578
Omaha, NE 68172-9688

Ph. 800-291-0112
Ext. 59543
Fax: 603-334-0380
Keri.young@lfg.com

Follow us on:
LincolnFinancial.com

**From:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Sent:** Tuesday, May 28, 2024 10:16 AM
**To:** Young, Keri <Keri.Young@lfg.com>
**Subject:** RE: LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Can you fill me in on this one? He returned on 3/6/24 and termed 4/12/24.

**Grace M. Gomez**
**Senior Manager Benefits**
Ryder System Inc. | +1 (305) 5005954 | Grace_M_Gomez@ryder.com
www.Ryder.com

Ryder Ever better.
SUPPLY CHAIN | DEDICATED TRANSPORTATION | FLEET MANAGEMENT SOLUTIONS

**From:** Young, Keri <Keri.Young@lfg.com>
**Sent:** Tuesday, May 28, 2024 9:40 AM
**To:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Subject:** LTD Premiums: Praveen Khurana - Emp ID: 00346188 - LTD Claim: 15775111

**RYDER CAUTION:** This email originated from outside of the organization and may have malicious content. Be cautious when clicking on links or opening attachments.

Hello,

We have begun the LTD investigation for the following employee who has been identified as eligible for LTD buy-up coverage.

Claim #: 15775111
Name: Praveen Khurana
Employee ID: 00346188
Date of Disability: 4/9/2024
Current Effective Date of LTD Buyup Coverage:
Buyup %:

Please provide the prior three years of premium paid (employee premium and total premium-if less than 1 year provide total premiums paid for any time prior to the Date of Disability) so that we may calculate the percent of benefit that will be taxed:

Year 1 Total Employee Premium: $
Year 1 Total Premium: $

Year 2 Total Employee Premium: $
Year 2 Total Premium: $

Year 3 Total Employee Premium: $
Year 3 Total Premium: $

Please let me know if you have further questions. Thank you.

**Best regards,**

**Keri Young**
Claim Specialist
Lincoln Financial Group
PO BOX 2578
Omaha, NE 68172-9688

Ph. 800-291-0112
Ext. 59543
Fax: 603-334-0380
Keri.young@lfg.com

Follow us on:
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently

delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

The information contained in this electronic communication and any accompanying document is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Ryder System, Inc. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this communication and all copies of it, including all attachments. Electronic communication may be susceptible to data corruption, interception and unauthorized tampering and Ryder disclaims all liability of any kind for such actions or any consequences that may arise directly or indirectly therefrom.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Fri, 24 May 2024 15:38:00 +0000 |
| **To:** | Grace_M_Gomez@ryder.com |
| **Subject:** | Claim #15775111, EmpID: 00346188, PRAVEEN KHURANA |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has a pended Long-Term disability claim. We are in the process of reviewing the details of this claim and you will be notified via email once a determination is made. The employee's effective date for long term disability is 10/6/2024. The claim number is 15775111.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:**Duffy, Shayna
**Sent:**Tue, 21 May 2024 18:28:35 +0000
**To:**SCU
**Subject:**LTD claim needed

5/23 sent back to DCM for dates

Hello,

Please create an LTD claim for the below eligibility per letter from attorney:

Customer Name: RYDER SYSTEM, INC. ID: 05 . 290449

SSN: XXX-XX-9602 Last Name: KHURANA First Name: PRAVEEN MI: Suffix:

Claim Number: Customer Create Date: 05/20/2024 S1 Processing Date: 05/21/2024 Historical Snapshot Date:

Address Line 1: 961 DANIEL DRIVE Address Line 2:

City: MISSOULA State: MT Zip: 59804-0000 Country: USA Phone: (208) 413-0165

Employee

Sex: M Birth Date: 10/29/1960 Marital Status: Unknown Spouse DOB: # of Dependents: 0

Employment | Work Schedule/LeaveEligibility

Employment

| | | | | | |
|---|---|---|---|---|---|
| Original Hire Date | 04/19/2023 | Current Sub Code | 0046 | Org Structure I | |
| Latest Hire Date | 04/19/2023 | Current Division | | Org Structure II | |
| Acquisition Date | | Current Dept | | Occupation | |
| Termination Date | 04/12/2024 | Current Facility/Loc | 46330000 | Physical Demands | |
| Employment Status | Terminated | Current Position | | Job Requirements | DRIVER CLASS A PFP TOUCH OTR |
| Employee ID | 00346188 | Employment State | MT | | |

☐ Key Employee ☐ Union Employee ☐ Exempt Employee

Salary Information

| | | | |
|---|---|---|---|
| Effective Date | 04/19/2023 | Bonus Amount | $ 0.00 |
| Salary Mode | Annual | YTD Wages | $ 0.00 |
| Pay Type | Hourly | Commission Amt | $ 0.00 |
| Hourly Wage | $ 17.0 | Salary Amount | $ 0.01 |

Benefit Detail

| Product | Type | Status | Effective | Benefit % | EE Contrib % |
|---|---|---|---|---|---|
| LTD | LTD07 | Terminated | 04/01/2024 | 60.00 | 999.00 |
| STD | STD03 | Terminated | 04/01/2024 | 999.00 | 0.0 |

You can assign this to the next LTD case manager in rotation.

Thank you,




**Shayna Duffy, MBA**
Manager, Claims
Lincoln Financial Group

800-210-0268 Office
16519 Ext.
Fax: 603-334-9303


Upcoming LFG Office Closure: 5/27
Upcoming out of office: 4/26 &

Disability and Life Claims
P.O. Box 2578
Omaha, NE 68103-2578

LincolnFinancial.com

5/24
Follow us on:

**Claim Coversheet Report**

Find | Clear | Print | Save | Move | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 15612598 Claim Last Updated 04/23/2024 Printed On 5/6/2026

Claimant Information

Name PRAVEEN KHURANA
SSN XXX-XX-9602
Birth Date 10/29/1960
Address 961 DANIEL DRIVE
Salary Amount $
Mode W
Date of Hire 04/19/2023
Last Work Date 04/08/2024
MISSOULA, MT 59804-0000
Federal Tax None
State Tax No
Phone (208) 413-0165
Phys Demands Sedentary
JobDesc

Claim Status Void
Status Reason Duplicate Claim
Received Date 04/15/2024
Disability Date 04/09/2024
Close Date 04/09/2024
Reopen Date
Sick Days Left
Max Ben Date 10/07/2024
RTW FT / PT
Ben Begin Date 04/16/2024
Apprv Thru Date
Gross Ben $

Diagnosis 1 Code/Desc

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 290449 RYDER SYSTEM, INC.

Subsidiary 0046 RYDER DEDICATED TRANSPORTATION

Location 46330000 RDTS - FIELD

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2012

Class 03 BUY-UP: FULL TIME FIELD HOURLY, DRIVERS AND WAREHOUSE EMPLOYEES

Waiting Period: New/Mode-Current/Mode 30 Day 0 Day Days in WRKWK 7

Elimination Period: Days/Type 7 Sickness
COLA: Mode/Duration

Successive Period: Period/Mode 30 Day
SS Integration:Type/Value

Partial Disability Type/Pct
Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit
Own Occupation Definition Limit
M/N Limit

Benefit %
Max Benefit $
Min Benefit $
Employer Contr %
Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 07 | 05/19/2023 |
| PD | 01 | STD | 03 | 05/19/2023 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

*** Claim/Event/Leave Number** 15612598 **Accommodation Number**

**Note type:**

Primary Sort Order / Sec

Note Type ●

Note Number

● Note Date/Time

Accm. No.

**04/15/2025 3:21 PM - PHONE Note 2**
Claim/Event/Leave: 15612598
NoteSubject : EE Called
Other Subject :
Text: [04/15/2025 - ONEAL, KISHAWNA]EE NAME: PRAVEEN KHURANA EMPLOYER: RYDER SYSTEM. INC. BEST CB #: 208-413-0165 CLAIMS AND/OR LEAVE NUMBER: 15612598 DOB: 10/29/1960 REASON FOR CALL: TRYING TO SEND IN SOME LEGAL PAPERWORK FOR THIS CLAIM ACTION: DISABILITY & LIFE CLAIMS ADDRESS: PO BOX 2578, OMAHA NE 68172-9688 PHYSICAL ADDRESS: 8801 INDIAN HILLS DR. OMAHA, NE 68114 (FOR CERTIFIED OR OVERNIGHT MAIL) OR THEY CAN FAX IT TO THE CM

**05/21/2024 2:29 PM - CLAIM Note 5**
Claim/Event/Leave: 15612598
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [05/21/2024 - DUFFY, SHAYNA]REQUESTED LTD CLAIM BE CREATED BASED ON LETTER RCVD FROM ATTY

**04/23/2024 11:19 AM - CLAIM Note 4**
Claim/Event/Leave: 15612598
NoteSubject : Other
Other Subject : ERS
Text: [04/23/2024 - BURNETT, ASHLEY]ERS RCVD

**04/23/2024 11:16 AM - CLAIM Note 3**
Claim/Event/Leave: 15612598
NoteSubject : VOID
Other Subject : DUPLICATE CLAIM
Text: [04/23/2024 - BURNETT, ASHLEY]DCM VOIDING DUP CLAIM -- SEE PRIOR CLAIM # 14892253 FOR FULL FILE INFO --

**04/15/2024 4:01 PM - CLAIM Note 2**
Claim/Event/Leave: 15612598
NoteSubject : LTR to AP
Other Subject :
Text: [04/15/2024 - BURNETT, ASHLEY] SENT LETTER REQUEST-PROVIDER-MEDICAL TO DR. LITCH PHAM VIA FAX AT 5094826286. INCLUDED ATTACHMENT(S): ATTENDING PHYSICIAN'S STATEMENT.

**04/15/2024 3:54 PM - PHONE Note 1**
Claim/Event/Leave: 15612598
NoteSubject : Initial EE Interview
Other Subject : INCOMPLETE
Text: [04/15/2024 - BURNETT, ASHLEY]EE STATED THAT HE IS NEEDING FOR ALL CALLS TO BE PLACED TO HIS LAWYER OFFICE -- DCM ADVISED EE OF NEEDING AUTH FORM COMPLETED --

**04/15/2024 3:14 PM - POSSINV Note 1**
Claim/Event/Leave: 15612598
NoteSubject : Possible Pre-Ex
Other Subject :
Text: THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-0-12 M, THE DOD FOR THIS CLAIMANT IS 04/09/2024, AND THE ELIGIBILITY DATE IS 05/19/2023. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 02/19/2023 THROUGH THE PRESENT.

**04/15/2024 11:13 AM - CLAIM Note 1**
Claim/Event/Leave: 15612598
NoteSubject : Internet Intake

Other Subject : ADDITIONAL INFO
Text: EE REPORTED CLAIM. EE TREATED BY DR LITCH PHAM PH 509-444-8200 FAX 509-482-6286. LOV- 4.14.24. NOV- NOT SCHEDULED . ERTW- UNKNOWN

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 16 Apr 2024 13:11:20 +0000 |
| **To:** | MATMAN00US@YAHOO.COM |
| **Subject:** | Claim #15612598, PRAVEEN KHURANA |
| **Attachments:** | Ryder_05-290449_STD_ACK.clm_num=15612598.04-16-24.Pub.pdf |

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 210-0268 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 16, 2024

PRAVEEN KHURANA
961 DANIEL DRIVE
MISSOULA, MT 59804-0000

RE: RYDER SYSTEM, INC.
Short Term Disability Benefits
Claim #: 15612598

Dear MR. KHURANA:

I have been assigned your short-term disability (STD) claim as part of Ryder System, Inc.'s Group Disability Plan. I understand that this could be a difficult time for you and I want to do everything possible to handle your claim efficiently. As your case manager, my role is to assess whether you are eligible for benefits. This letter will provide you with important information about the claims management process administered by The Lincoln National Life Insurance Company. It will also outline your responsibilities for ensuring your request for disability leave is handled promptly.

**Return forms promptly:**

- Please provide one signed copy of the "Authorization to Release Information" form to ***each treating provider.*** To obtain additional copies:
    - Go to MyLincolnPortal.com,
      After completing a one-time registration, using the Company Code RYDER, select the "Forms" tab, then click on Medical Authorization Form to download
    - Call the Charlotte, NC disability claims office at 1-800-291-0112
- This is essential to assist us in obtaining the medical documentation needed to make initial and ongoing determinations.

**Notify your Supervisor or HR representative:**

- If you have not done so already, please notify your supervisor or your HR representative of your absence as soon as possible.

**Your Responsibility for Medical Information/Documentation**

- We will attempt to contact your physician to obtain the necessary medical information to make a claim determination; however, ***you are ultimately responsible*** to make sure we receive the information/documentation.

- Medical documentation may include, but is not limited to, office visit notes, physical and or mental evaluations, progress notes, operative reports, test results (MRIs, CT Scans, etc), pharmacy records.

**Determinations:**

- A determination is based on the totality of the medical information received.
- Once information is received the case manager will have up to 72 hours to review the information.
- Once a determination is made, you will be notified in writing.
- If it is determined that a review by our clinical services department is needed, then that review can take up to 10 business days.
- We will follow up with you and your providers approximately every 15 days for any outstanding medical records.
- If the necessary information is not received within 45 days, we will have no alternative but to deny your claim for disability benefits.
- Your STD Benefits will not be paid until a determination is rendered.
- You may look up the status of your claim online at MyLincolnPortal.com.

**Ongoing claims management:**

- If you are unable to return to work as of your initial disability end date (approved through date), you will need to provide us with additional medical information.
- Benefits will not be extended until additional medical information is received that supports continued disability.

**STD benefits:**

- Your Ryder STD plan provides that, in a 12-month rolling period:
    - Eligible hourly employees may receive up to 26 weeks of disability benefits, (the first week of disability is the plan elimination period in which no benefit payment is issued).
    - Eligible salaried employees may receive up to 5 months of disability income benefits.
- The amount of benefits will depend on your election with Ryder. For more information, go to MyRyder under the Benefits Tab to review the STD section of the Summary Plan Description.
- **If your claim is approved, please ensure that you are communicating your return to work date with Lincoln Financial Group so your STD payments end appropriately. Failure to communicate your return to work status with Lincoln Financial Group may result in an overpayment of your disability benefits. Should your disability benefits be overpaid due to failure to communicate your return to work date, you will be responsible for reimbursing Ryder for the overpayment.**

**Benefits & Health Care Coverage Reminder:**

If your STD claim is related to the birth of your child and you wish to add the child to your Ryder health care plans, you must do so within 31 days of the baby's date of birth. You can enroll your child online by logging into Workday to add your dependent or by calling the Benefits Service Center at 1-800-280-2999. Your child's social security number is not required to complete this initial enrollment.

**Employee Assistance Program (EAP):**

We understand that coping with a health condition as well as a leave of absence can be stressful. Your employer and I would like to remind you that an Employee Assistance Program (EAP) is available to you and your household members at no cost. The EAP is a confidential, professional counseling and referral service that can assist you with feelings of stress, anxiety or depression, coping with change and other personal, family or financial concerns. You can reach FEI Behavioral Health, 24 hours a day, 7 days a week at 1-800-323-0751. You can also go online at www.feieap.com (Username: Ryder).

If there is anything I can do to help you with your claim or if you have any questions about this letter please call me at the number below.

Sincerely,

Ashley Burnett
Disability Case Manager
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Enclosures

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

*My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records, other work related information and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be redisclosed as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written notice to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except when action has been taken in reliance on this authorization, or when other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the health care services available to me are not dependent on if I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** will be in force for 24 months from the date of signature, except if state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.
the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: 10/29/1960 Claim Number: 15612598 Date: ____________

**A copy of this authorization will be considered as valid as the original.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, April 15, 2024 3:47:57 PM |
| To: | MATMAN00US@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Ryder System, Inc. Claim No. 15612598 Praveen Khurana |
| Attachments: | n917ebxqbtk46xiizl56_17622035.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 15, 2024

Praveen Khurana
961 DANIEL DRIVE
MISSOULA, MT 59804

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 15612598

Dear Praveen:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Ryder System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

The Plan contains the following exclusion regarding pre-existing conditions:

"Pre-Existing Condition" means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within 3 months prior to the Covered Person's effective date of coverage.

In reviewing your claim, we have determined that your absence from work may be subject to Ryder System, Inc.'s exclusion regarding pre-existing conditions. Specifically, since your reported disability began on April 9, 2024 and this is within the first 12 months following the May 19, 2023 effective date of coverage, it is necessary for us to conduct an investigation into your treatment during the 3 months period prior to your effective date of coverage. If it is determined that, during that time period, you received treatment for a condition which caused or contributed to, or resulted in your current disabling condition, you may not be eligible for disability benefits under the Plan.

To assist us with our investigation, please provide us the full names, addresses, and telephone numbers of all medical providers, including pharmacies, which you have used from February 19, 2023 through the present date on the enclosed Treating Medical Professionals Form.

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from February 19, 2023 through present..

- Completion of the following forms: see forms below

We are requesting that you complete and return the following form(s):

X Authorization - Medical
X Treating Medical Professionals Form
X Attending Physician's Statement
__ Other

This information is needed in order to make an initial determination on your claim.

Ryder System, Inc.'s STD Plan requires that you provide proof of disability in order to receive benefits. This proof must be provided by May 29, 2024. Without the information specified above, we will be unable to evaluate your claim eligibility. In the absence of this information, we will make a claim determination based on the information in our file, which may result in a claim denial.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave, reporting your return to work, and viewing important documents. Visit www.mylincolnportal.com on your computer or mobile device.

Sincerely,

Ashley Burnett
Claims Examiner II
Phone No.: (800) 210-0268 Ext. 65964
Secure Fax No.: (603) 334-0401

Attachments: Authorization - Medical
Treating Medical Professionals Form
Attending Physician's Statement

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

Person(s) or group(s) of persons authorized to disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: __________

Date of Birth: 10/29/1960 Claim Number: 15612598

A copy of this authorization will be considered as valid as the original.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# TREATING MEDICAL PROFESSIONALS
(PLEASE see FRAUD NOTICES attached)

CLAIMANT NAME: Praveen Khurana

CLAIM NUMBER: 15612598

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES February 19, 2023 TO present.***

DOCTORS:

Name ______ Specialty ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates Seen ______ to ______

Name ______ Specialty ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates Seen ______ to ______

Name ______ Specialty ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates Seen ______ to ______

Name ______ Specialty ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates Seen ______ to ______

PHARMACIES:

Name ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates: ______ to ______

Name ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates: ______ to ______

HOSPITALS:

Name ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates Confined: ______ to ______

Name ______
Address ______
City ______ State ______ Zip Code ______
Phone: ______ Fax: ______
Dates Confined: ______ to ______

MEDICAL CARRIERS: Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ______
Address ______
City ______ State ______ Zip Code ______
Phone Number: ______

Policy Number ______
Member ID ______
Dates of Coverage ______ to ______
Fax Number: ______

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______ Date ______

## FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.

Alaska. A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

California. For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Colorado. It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Delaware. Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

District of Columbia. It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

Florida. Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Idaho. Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

Indiana. A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

Kentucky. Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

Louisiana. Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Maine. It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

Minnesota. A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

New Hampshire. Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

New Jersey. Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

New Mexico. Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

New York. Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Ohio. Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

Oklahoma. Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Pennsylvania. Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Tennessee. It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Washington. It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA. A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

# Disability Attending Physician Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to Secure Fax No.: (603) 334-0401, or email to DisabilityDocuments@lfg.com.

## 1. Claimant Information

Employee's Name: Praveen Khurana
Claim Number: 15612598
Date of Birth: 10/29/1960 Telephone Number: (208) 413-0165
Social Security Number: 018649602
Employer Name: Ryder System, Inc.

## 2. Medical Facts

**Primary Diagnosis:** ____________ ICD-10 Code: ____________
**Secondary Diagnosis:** ____________ ICD-10 Code: ____________
**Co-Morbids:** ____________
Height: ____________ Weight: ____________ Gender: ____________
**Is the Disability a Result of:** ☐ Illness ☐ Injury ☐ Work Related

Date Unable to Work: ____________ If Injury, Date of Injury: ____________
Date of Initial Treatment: ____________ Date of Most Recent Treatment: ____________
Date of Next Treatment: ____________ Reoccurring Condition? ☐ Yes ☐ No

**Has Patient Been Hospitalized:** ☐ Yes ☐ No If Yes, Dates of Admission and Discharge: ________ to ________
Hospitalization Reason: ____________
Has/Will Surgery Occur? ☐ Yes ☐ No Surgery Elective? ☐ Yes ☐ No Date of Surgery: ____________
Surgery Type:

**If Pregnancy:** Estimated Due Date: ____________ Actual Delivery Date: ____________
Advised to Cease Work Prior to Delivery: ☐ Yes ☐ No Delivery Type: ☐ Vaginal ☐ C-Section
Pregnancy Complications:

**Symptoms** (including impact to ADL's, and self reported symptoms):

**Objective Findings** (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):

**Medications** (include dosage, frequency, and dates prescribed/changed):

**Restrictions and Limitations:**

**Physical Diagnosis:**

Lifting: ______ lbs ______ hours per workday

Carrying: ______ lbs ______ hours per workday

**Provide Hours per Work Day:**

- Sitting: ______
- Standing: ______
- Walking: ______
- Kneeling: ______
- Climbing: ______
- Squatting: ______
- Stooping: ______
- Bending: ______
- Reaching: ______

**Mental Diagnosis** (Ability to perform task using scale below):

1 = Unable to Perform 2 = Markedly Limited
3 = Somewhat Limited 4 = Unlimited

- Perform at Constant Pace: ______
- Maintain Attention/Concentration: ______
- Comprehend Daily Tasks: ______
- Multi-Task: ______
- Communicate Effectively: ______
- Regulate Emotions: ______
- Follow Instructions: ______
- Interact with Colleagues: ______
- Interact with Public: ______
- Make Decisions: ______
- Work Alone/Separate from Others: ______

**Dates of Restrictions and Limitations:** ______ to ______ Date Able to Return to Work: ______

☐ Full Time ☐ Part Time Part Time Days/Hours: ______

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: ______ Duration of Modified Work Schedule: ______

**Additional Restrictions and Limitations:**

## 3. Signature

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Printed Name of Provider (including Credentials): ______

______ Provider Signature ______ Date

Specialty of Practice: ______ Address of Practice: ______

Phone Number: ______ Fax Number: ______

Email: ______

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Services.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with the intent to defraud an insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | April 15, 2024 |
| To: | DR. LITCH PHAM |
| Attn: | MEDICAL RECORDS |
| Fax: | (509) 482-6286 |
| From: | Ashley Burnett<br>Claims Examiner II<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 15612598<br>Claimant: Praveen Khurana<br><br>Ryder System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 15, 2024

Dr. Litch Pham

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 15612598
Claimant: Praveen Khurana
Claimant D.O.B.: October 29, 1960

Dear Dr. Pham:

We are the Disability Claim Administrator for your patient, Praveen Khurana.

To evaluate Mr. Khurana's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 19, 2023 through present.
- If patient did not treat with your office between February 19, 2023 through April 9, 2024, please indicate below:
  ______ No treatment during pre-existing timeframe (02/19/23 - present)

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  __ Other

We ask that you provide this information by April 21, 2024. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Burnett
Claims Examiner II
Phone No.: (800) 210-0268 Ext. 65964
Secure Fax No.: (603) 334-0401

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Disability Attending Physician Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to Secure Fax No.: (603) 334-0401, or email to DisabilityDocuments@lfg.com.

## 1. Claimant Information

Employee's Name: Praveen Khurana

Claim Number: 15612598

Date of Birth: 10/29/1960

Telephone Number: (208) 413-0165

Social Security Number: 018649602

Employer Name: Ryder System, Inc.

## 2. Medical Facts

**Primary Diagnosis:** ____ ICD-10 Code: ____

**Secondary Diagnosis:** ____ ICD-10 Code: ____

**Co-Morbids:** ____

Height: ____ Weight: ____ Gender: ____

**Is the Disability a Result of:** ☐ Illness ☐ Injury ☐ Work Related

Date Unable to Work: ____ If Injury, Date of Injury: ____

Date of Initial Treatment: ____ Date of Most Recent Treatment: ____

Date of Next Treatment: ____ Reoccurring Condition? ☐ Yes ☐ No

**Has Patient Been Hospitalized:** ☐ Yes ☐ No If Yes, Dates of Admission and Discharge: ____ to ____

Hospitalization Reason: ____

Has/Will Surgery Occur? ☐ Yes ☐ No Surgery Elective? ☐ Yes ☐ No Date of Surgery: ____

Surgery Type: ____

**If Pregnancy:** Estimated Due Date: ____ Actual Delivery Date: ____

Advised to Cease Work Prior to Delivery: ☐ Yes ☐ No Delivery Type: ☐ Vaginal ☐ C-Section

Pregnancy Complications:

**Symptoms** (including impact to ADL's, and self reported symptoms):

**Objective Findings** (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):

**Medications** (include dosage, frequency, and dates prescribed/changed):

**Restrictions and Limitations:**

**Physical Diagnosis:**

Lifting: ______ lbs ______ hours per workday

Carrying: ______ lbs ______ hours per workday

**Provide Hours per Work Day:**

Sitting: ______
Standing: ______
Walking: ______
Kneeling: ______
Climbing: ______
Squatting: ______
Stooping: ______
Bending: ______
Reaching: ______

**Mental Diagnosis** (Ability to perform task using scale below):

1 = Unable to Perform 2 = Markedly Limited
3 = Somewhat Limited 4 = Unlimited

Perform at Constant Pace: ______
Maintain Attention/Concentration: ______
Comprehend Daily Tasks: ______
Multi-Task: ______
Communicate Effectively: ______
Regulate Emotlons: ______
Follow Instructions: ______
Interact with Colleagues: ______
Interact with Public: ______
Make Decisions: ______
Work Alone/Separate from Others: ______

**Dates of Restrictions and Limitations:** ______ to ______ Date Able to Return to Work: ______

☐ Full Time ☐ Part Time Part Time Days/Hours: ______

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: ______ Duration of Modified Work Schedule: ______

**Additional Restrictions and Limitations:**

## 3. Signature

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Printed Name of Provider (including Credentials): ______

______ Provider Signature ______ Date

Specialty of Practice: ______ Address of Practice: ______

Phone Number: ______ Fax Number: ______

Email: ______

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Services.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with the intent to defraud an insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

| Disability | Number | SSN | Name | | | Date | | | State | (date only) | (date only) | only) | allowed) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/9/2024 | 15612598 | 9602 | KHURANA | PRAVEEN | 00346188 | 4/1/2024 | 03 | No | MT | | | | |

**Claim Coversheet Report**

Print Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 14892253 Claim Last Updated 02/16/2024 Printed On 6/5/2026

Claimant Information

Name PRAVEEN KHURANA SSN XXX-XX-9602 Birth Date 10/29/1960

Address 961 DANIEL DRIVE Salary Amount $ Mode W

Date of Hire 04/19/2023

Last Work Date 10/23/2023

MISSOULA, MT 59804-0000 Federal Tax None State Tax No

Phone (208) 413-0165 Phys Demands Sedentary

JobDesc

Claim Status Denied Status Reason Pre-X Condition Received Date 10/25/2023

Disability Date 10/24/2023 Close Date 10/24/2023 Reopen Date

Sick Days Left Max Ben Date 04/22/2024 RTW FT / PT

Ben Begin Date 10/31/2023 Apprv Thru Date Gross Ben $

Diagnosis 1 Code/Desc R55 Syncope and collapse

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 290449 RYDER SYSTEM, INC.

Subsidiary 0046 RYDER DEDICATED TRANSPORTATION

Location 46330000 RDTS - FIELD

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2012

Class 03 BUY-UP: FULL TIME FIELD HOURLY, DRIVERS AND WAREHOUSE EMPLOYEES

Waiting Period: New/Mode-Current/Mode 30 Day 0 Day Days in WRKWK 7

Elimination Period: Days/Type 7 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 30 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 07 | 05/19/2023 |
| PD | 01 | STD | 03 | 05/19/2023 |

Additional Information:

**Note Report**

Report Clear Print Help

AS Accom Add Note Appeal Claim Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim
* **Claim/Event/Leave Number** 14892253 **Accommodation Number**
**Note type:**

Primary Sort Order: Note Type, Note Number, ● Note Date/Time, Accm. No.
Sec: ● (Note Type)

**03/02/2026 9:08 AM - CLAIM Note 38**
Claim/Event/Leave: 14892253
NoteSubject : Legal
Other Subject : LAWSUIT CLOSED
Text: [03/02/2026 - ODGAARD, EDITH]LITIGATION COMPLETE

**12/12/2025 4:34 PM - CLAIM Note 37**
Claim/Event/Leave: 14892253
NoteSubject : Other
Other Subject : FILE COPY
Text: [12/12/2025 - SIDHA P U, GAILIN]FILE COPY COMPLETED PER REQUEST FORM FOR 14892253 AND SUBMITTED VIA ONEDRIVE TO THE EMAIL PROVIDED,PROTHSTE@RYDER.COM.

**11/19/2025 1:24 PM - CLAIM Note 36**
Claim/Event/Leave: 14892253
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [11/19/2025 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**10/30/2025 3:39 PM - CLAIM Note 35**
Claim/Event/Leave: 14892253
NoteSubject : Other
Other Subject : EE CORRESPONDENCE
Text: [10/30/2025 - BURNETT, ASHLEY]LETTER FROM EE ADVISING INTENT TO SUE RCVD IN DOC LIST

**05/10/2024 12:04 PM - CLAIM Note 34**
Claim/Event/Leave: 14892253
NoteSubject : Other
Other Subject : FILE COPY
Text: [05/10/2024 - KEEFER, DAWN]COMPLETE FILE COPY REQUESTED HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED TUCKER@TUCKERDISABILITY.COM

**05/03/2024 11:23 AM - CLAIM Note 33**
Claim/Event/Leave: 14892253
NoteSubject : Med Records Rcvd
Other Subject :
Text: [05/03/2024 - BURNETT, ASHLEY]OVNS, ACCOMMODATION FORMS RCVD

**03/28/2024 3:25 PM - CLAIM Note 32**
Claim/Event/Leave: 14892253
NoteSubject : Escalation
Other Subject : TO SEVERE
Text: [03/28/2024 - HITSELBERGER, DANIEL]63YOF, JOB DRIVER, JD MEDIUM LDW 10/23 DOD 10/24. DX MULTIPLE ISSUES. WITH HEART, DIABITIES. CLAIM WAS DENIED FOR PRE X. HOWEVER APPEAL IN PROCESS. PER M1 REQ. DCM RECOMMEND ESCALATION TO LTD FOR ONGOING CASE MGMT..

**03/28/2024 12:46 PM - CLAIM Note 31**
Claim/Event/Leave: 14892253
NoteSubject : LTR to Atty
Other Subject :
Text: [03/28/2024 - STANLEY, KRIZIA]APPEAL EXHAUST LETTER SENT TO ATTY.

**03/26/2024 8:43 AM - CLAIM Note 30**
Claim/Event/Leave: 14892253
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/26/2024 - HOFFNER, FAYE]FULL CLAIM FILE FOR 14892253 SUBMITTED TO PROVIDED EMAIL ARIELLE@TUCKERDISABILITY.COM BCC MANAGER OF SUBMISSION.

**02/16/2024 3:58 PM - CLAIM Note 29**
Claim/Event/Leave: 14892253
NoteSubject : Appeal
Other Subject :
Text: [02/16/2024 - STANLEY, KRIZIA]FOLLOWING A COMPLETE REVIEW OF THE FILE ON APPEAL; THE RECOMMENDATION TO MAINTAIN THE DENIAL OF BENEFITS AS OF 10/24/23 IS BEING MADE. EE IS A 63 YO M WHO WORKS AS A DRIVER FOR RYDER SYSTEM, INC. DOD 10/24/23. NO BENEFITS HAVE BEEN PAID. EE IS OUT OF WORK DUE TO SYNCOPE WITH COMORBIDS OF DIABETES, HIGH CHOLESTEROL, HBP, OBESITY AND A-FIB. EE HAS BEEN TREATING WITH SEVERAL APS AT CHAS HEALTH CLINIC. CLAIM WAS DENIED DUE TO PRE-X CONDITION. LOOKBACK PERIOD IS 2/19/23- 5/18/23. THE PLAN STATES - PRE-X CONDITION IS A CONDITION RESULTING FROM INJURY OR SICKNESS FOR WHICH YOU WERE DIAGNOSED OR RECEIVED TREATMENT WITHIN 3 MONTHS OF EDOC. PER THE FIELD NDC REVIEW, EE TREATED FOR DIABETES DURING THE LOOKBACK PERIOD ANDWAS PRESCRIBED MEDICATIONS FOR HBP, HIGH CHOLESTEROL, AND A-FIB. HOWEVER, IT WAS UNCLEAR IF THESE CONDITIONS CONTRIBUTED TO SYNCOPAL EPISODE. ******ON APPEAL, WE RECEIVED OVN DATED 4/10/23 AND 5/12/23 FROM KATIE NORRIS, CMA, OVN DATED 4/18/23 FROM JENNIFER ANDERSON, ARNP, AND OVN DATED 2/27/23 AND 4/14/23 FROM SELAM KIFLEMICHAEL, PHARMD. PER THE APPEAL NDC REVIEW, A PHYSICIAN LEVEL REVIEW WAS RECOMMENDED. A PEER REVIEW WAS COMPLETED BY DOT MEDICAL EXAMINER. THE PEER REVIEW DETERMINED THAT EE STOPPED WORKING IN 10/2023 SINCE EE DID NOT MEET THE DOT STANDARDS FOR VISION. HOWEVER, THERE WAS NO REASON WHY VISUAL ACUITY COULD NOT BE CORRECTED. ADDITIONALLY, EE DENIED SYNCOPE IN THE DOT EXAM. HOWEVER, WEEKS LATER EE STATED THAT WAS THE REASON YOU FAILED THE DOT EXAM. THE MEDICAL INFO PRESENTED WITH CONFLICTING EVIDENCE AND THOUGH IT WAS DETERMINED THAT THIS WAS NOT SUBJECT TO PRE-EX LIMITATION, THE MEDICAL INFO DID NOT SUPPORT R/LS AS OF 10/24/23. **********EE WAS GIVEN RTR WITH DEADLINE 1/16/24. FOLLOWING RTR, WE RECEIVED OVN 1/18/24 FROM DR. TROUPE AND DOT LONG FORM DATED 1/5/24 FROM ROBIN MARTIN, PA. PER THE PEER REVIEW ADDENDUM, OVN INDICATED THAT EE'S VISION WAS NORMAL AND THEREFORE NO LONGER DISQUALIFIED DUE TO ABNORMAL VISION. THE PEER REVIEWER'S ASSESSMENT DID NOT CHANGE. ******EE WAS GIVEN RTR WITH DEADLINE 2/12/24. FOLLOWING RTR, WE RECEIVED EVENT MONITOR REPORT FROM DR. NANCY FOSTER, CARDIO, WHICH WERE SUBMITTED TO PEER REVIEWER FOR ANOTHER ADDENDUM. PER THE REVIEW, THEEKG TEST PRESENTED WITH NONREMARKABLE RESULTS. ******EE WAS GIVEN RTR WITH DEADLINE OF 3/5/24. PER THE PHONE CALL WITH EE ON 2/15/24, EE ADVISED THAT WE PROCEED WITH THE DECISION. THEREFORE, THE DENIAL OF STD BENEFITS AS OF 10/24/23 IS BEING MAINTAINED. NOTIFICATIONS WILL BE SENT TO EE AND ER AS WARRANTED.

**02/15/2024 3:53 PM - PHONE Note 33**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [02/15/2024 - STANLEY, KRIZIA]CRS RETURNING VM FROM EE. CRS NOTED THAT THE INFO THAT EE SUBMITTED WERE FORMS WITH NO CLINICAL EVIDENCE TO REVIEW. EE STATED THAT WE CAN PROCEED WITH DECISION AND TO SEND LETTER IN WRITING. CRS NOTED THAT WE WILL WORK ON FINAL DECISION AND WILL SEND A LETTER

**02/13/2024 4:20 PM - CLAIM Note 28**
Claim/Event/Leave: 14892253
NoteSubject : LTR to EE
Other Subject : RTR
Text: [02/13/2024 - STANLEY, KRIZIA]RTR LETTER SENT WITH CLINICAL REVIEW ATTACHED. DEADLINE 3/5/24

**02/08/2024 3:12 PM - PHONE Note 32**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [02/08/2024 - STANLEY, KRIZIA]EE IS CALLING ABOUT THE STATUS. CRS NOTED THAT NEW INFO IS UNDER REVIEW. REFERRAL FOR ADDENDUM SENT 2/6/24. NO UPDATES AT THIS TIME.

**02/06/2024 3:40 PM - PHONE Note 31**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [02/06/2024 - STANLEY, KRIZIA]CRS NOTED THAT WE RECEIVED REQUEST FOR ACCOMMODATION. EVENT MONITOR REPORT DATED 1/17/24 AND CARDIAC EVEN MONITOR DATED 1/17/24. EE CONFIRMED THAT NO ADDITIONAL MEDICAL INFO WILL BE SUBMITTED. CRS WILL REFER FOR PEER REVIEW ADDENDUM AND REQUEST THAT REVIEWER CONTACT AP NANCY FOSTER, CARDIO. ADVISED TO CALL IF ANY QUESTIONS.

**02/05/2024 4:16 PM - PHONE Note 30**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [02/05/2024 - STANLEY, KRIZIA]CRS RETURNING VM FROM EE. WIRELESS SUBSCRIBER IS NOT AVAILABLE, TRY AGAIN LATER. CRS UNABLE TO LEAVE MSG

**01/16/2024 12:05 PM - PHONE Note 29**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [01/16/2024 - STANLEY, KRIZIA]RETURNING VM FROM EE. CRS RECD FORM COMPLETED BY DR. PHAM HOWEVER THERE WERE NO OVNS, MEDICAL RECORDS FOR REVIEW. CRS ADVISED TO SHOW APS PEER REVIEWS AND SUBMIT OUTSTANDING MEDICAL INFO. EE WILL FOLLOW UP WITH APS AND HAVE THEM SUBMIT INFO

**01/11/2024 5:18 PM - CLAIM Note 27**
Claim/Event/Leave: 14892253
NoteSubject : LTR to EE
Other Subject : RTR
Text: [01/11/2024 - STANLEY, KRIZIA]RTR LETTER SENT WITH CLINICAL REVIEW ATTACHED. DEADLINE 2/1/24

**01/10/2024 1:15 PM - PHONE Note 28**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [01/10/2024 - STANLEY, KRIZIA]EE WAS LOOKING FOR STATUS. CRS NOTED THAT PEER REVIEW ADDENDUM WAS REQUESTED YESTERDAY AND USUAL TURNAROUND TIME IS 2 WEEKS.

**01/09/2024 2:05 PM - CLAIM Note 26**
Claim/Event/Leave: 14892253
NoteSubject : Appeal
Other Subject : STATUS
Text: [01/09/2024 - STANLEY, KRIZIA]NEW MEDICAL INFO RECD FOLLOWING RTR. VCP ADDENDUM REQUESTED - SUBMITTED VIA CRT

**01/09/2024 1:54 PM - PHONE Note 27**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject :
Text: [01/09/2024 - STANLEY, KRIZIA]EE CALLED AND STATED THAT HE CANNOT RTW UNTIL APRIL. EE CONFIRMED THAT ALL MEDICAL INFO HAS BEEN SUBMITTED AND ADVISED TO PROCEED WITH REVIEW OF NEW INFO. CRS WILL SEND NEW INFO TO REVIEWER AND DECISION WILL BE SENT IN WRITING.

**01/09/2024 1:46 PM - PHONE Note 26**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [01/09/2024 - STANLEY, KRIZIA]CRS RETURNING VM FROM EE. CRS LEFT VM NOTING WE RECD 4 EMAILS FROM EE. REQUESTED CALL BACK TO CONFIRM IF WE MAY PROCEED WITH REVIEW AT THIS TIME.

**01/05/2024 2:52 PM - PHONE Note 25**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject : STATUS
Text: [01/05/2024 - TERPILOWSKI, APRIL]VM FROM EE REQUESTING CALL BACK REGARDING APPEAL. P: 208-413-0165
*****2:46PM: RETURNED CALL, NO ANSWER. LEFT MESSAGE NOTING CURRENT STATUS OF APPEAL, ACKNOWLEDGED HIS RECENT EMAIL AND UPCOMING APPT 1/9/24. NOTED DEADLINE FOR SUBMISSION OF INFO DOES NOT EXPIRE UNTIL 1/16/24, SO CAN SEND UPCOMING OVN FOR FURTHER REVIEW. LEFT NUMBER FOR CALL BACK IF ANY SPECIFIC QUESTIONS OR IF HE REQUIRES AN EXTENSION.

**12/29/2023 1:33 PM - PHONE Note 24**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [12/29/2023 - STANLEY, KRIZIA]CRS RECD REQUEST FROM EE FOR COPY OF STD PLAN. CRS NOTED THAT HE WOULD HAVE TO REQUEST FROM ER AND TO CALL HR.

**12/28/2023 2:32 PM - PHONE Note 23**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [12/28/2023 - STANLEY, KRIZIA]CRS EXPLAINED RTR LETTER AND RECOMMENDED THAT HE SUBMIT MEDICAL RECORDS THAT HAVEN'T ALREADY BEEN CONSIDERED. ALSO RECOMMENDED THAT AP SEE MEDICAL REVIEW AND PROVIDE A RESPONSE IN WRITING FOR ANOTHER REVIEW

**12/19/2023 9:40 AM - CLAIM Note 25**
Claim/Event/Leave: 14892253
NoteSubject : Appeal
Other Subject :
Text: [12/19/2023 - STANLEY, KRIZIA]NDC REVIEW RECEIVED, RECOMMENDED PHYSICIAN LEVEL REVIEW. VCP REFERRAL SENT - OCC MED

SENT - OCC MED

**12/18/2023 8:07 PM - MDS Note**
Claim/Leave: 14892253
Episode #: 2
Nurse Name: TULIANO, JESSICA
Service #: 17821641
Service Date: 12/18/2023
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, KRIZIA, STANLEY
Note Type: INFORMATION OBTAINED DESC
Text: PLEASE SEE DOC LIST FOR APPEALS NURSE MEMORANDUM. CLAIM RESOLUTION CONSULTANT NOTIFIED OF POSTING, WILL REMOVE FROM ASSIGNMENT.

**12/15/2023 4:40 PM - PHONE Note 22**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [12/15/2023 - STANLEY, KRIZIA]CRS RETURNING VM FROM EE. EE WANTED TO KNOW STATUS. ASKED IF WE WOULD HAVE A DECISION BY NEXT WEEK. CRS NOTED THAT WE CONFIRMED THAT ALL INFO IS IN ON 12/12 AND THE USUAL TURNAROUND TIME IS 2 WEEKS.

**12/15/2023 10:26 AM - PHONE Note 21**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : APPEAL STATUS
Text: [12/15/2023 - SHEALEY, QUANTA]EE NAME: PRAVEEN KHURANA DOB# 10-29-1960 ER NAME: RYDER SYSTEM INC SSN# 9602 CLAIM# 1489-2253 PHONE# 208-413-0165 EE CALLED: EE WANTED TO SPEAK TO APPEALS TEAM REGARDING HIS STD APPEAL PROVIDED NUMBER AND TRANSFERED TO APPEAL DEPARTMENT

**12/13/2023 12:08 PM - PHONE Note 20**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : TUE 12/12/23 10:13A
Text: [12/13/2023 - KURZ, NICOLE]EE LM THAT HE WAS RETURNING SOMEONE'S CALL - NO CB NEEDED SINCE EE HAS ALREADY SPOKEN TO CRS ON 12/12/23 AT 1256P

**12/12/2023 1:10 PM - CLAIM Note 24**
Claim/Event/Leave: 14892253
NoteSubject : Ref to Managed Care
Other Subject : CRS REFERRAL
Text: [12/12/2023 - STANLEY, KRIZIA]EE IS A 63 YO M WHO WORKS AS A DRIVER FOR RYDER SYSTEM, INC. DOD 10/24/23. NO BENEFITS HAVE BEEN PAID. EE IS OUT OF WORK DUE TO SYNCOPE WITH COMORBIDS OF DIABETES, HIGH CHOLESTEROL, HBP, OBESITY AND A-FIB. EE HAS BEEN TREATING WITH SEVERAL APS AT CHAS HEALTH CLINIC CLAIM WAS DENIED DUE TO PRE-X CONDITION. LOOKBACK PERIOD IS 2/19/23 - 5/18/23. THE PLAN STATES: PRE-X CONDITION IS A CONDITION RESULTING FROM INJURY OR SICKNESS FOR WHICH YOU WERE DIAGNOSED OR RECEIVEDTREATMENT WITHIN 3 MONTHS OF EDOC. PER THE FIELD NDC REVIEW, EE TREATED FOR DIABETES DURING THE LOOKBACK PERIOD AND WAS PRESCRIBED MEDICATIONS FOR HBP, HIGH CHOLESTEROL, AND A-FIB. HOWEVER, IT WAS UNCLEAR IF THESE CONDITIONS CONTRIBUTED TO SYNCOPAL EPISODE. ******ON APPEAL, WE RECEIVED OVN DATED 4/10/23 AND 5/12/23 FROM KATIE NORRIS, CMA, OVN DATED 4/18/23 FROM JENNIFER ANDERSON, ARNP, AND OVN DATED 2/27/23 AND 4/14/23 FROM SELAM KIFLEMICHAEL, PHARMD. PLEASE REVIEW THE COMPLETE FILE AND DETERMINE IF THIS IS SUBJECT TO PRE-X LIMITATION. IF THIS IS NOT CONSIDERED PRE-X, PLEASE OUTLINE ANY R/LS SUPPORTED AS OF 10/24/23 AND PROVIDE A DURATION.

**12/12/2023 12:56 PM - PHONE Note 19**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject :
Text: [12/12/2023 - STANLEY, KRIZIA]CRS INTRODUCED SELF, NOTED THAT WE'RE TAKING CARE OF STD APPEAL. CRS NOTED THAT WE RECEIVED CLAIM FILE FROM DCM WITH ALL MEDICAL INFO AND OVN DATED 4/10/23 AND 5/12/23 FROM KATIE NORRIS, CMA, OVN DATED 4/18/23 FROM JENNIFER ANDERSON, ARNP OVN DATED 2/27/23 AND 4/14/23 FROM SELAM KIFLEMICHAEL, PHARMD. EE REQUESTED THAT CRS RECITE ON CALL DXS IDENTIFIED IN EACH OVN. CRS PROVIDED THAT INFO TO EE. EE CONFIRMED THAT ALL INFO PERTAINING TO LOOKBACK PERIOD HAS BEEN SUBMITTED AND ADVISED TO MOVE FWD WITH REVIEW. CRS WILL SEND LETTER TODAY TO CONFIRM THAT WE'RE PROCEEDING WITH MED REVIEW WHICH WILL TAKE A COUPLE WEEKS TO COMPLETE. DECISION WILL ALSO BE SENT IN WRITING. CRS PROVIDED TEL AND EXT IF ANY QUESTIONS.

**12/12/2023 12:32 PM - PHONE Note 18**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : STATUS
Text: [12/12/2023 - HOUSTON, KENYA]EE PRAVEEN KHURANA - DOB 10/29/1960 - CLAIM #14892253 - ER RYDER SYSTEM, INC. - EE CALLED FOR STATUS. CC INFORMED HIM THAT HE WAS GIVEN INFORMATION REGARDING PURSUING AN APPEAL. CC TRANSFERRED EE TO APPEALS DEPT. EE HADNFQ.

**12/12/2023 12:32 PM - PHONE Note 17**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject :
Text: [12/12/2023 - HARDIN, JOHANNIA]CONNECTED TO KRIZIA TO DISCUSS APPEAL

**12/11/2023 5:40 PM - PHONE Note 16**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [12/11/2023 - STANLEY, KRIZIA]APPEALS INITIAL CALL, 1ST ATTEMPT. CRS REQUESTED CALL BACK TO DISCUSS APPEAL. CRS PROVIDED TEL AND EXT

**12/11/2023 5:21 PM - CLAIM Note 23**
Claim/Event/Leave: 14892253
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [12/11/2023 - STANLEY, KRIZIA]ASO ERISA, STD CLAIM FILED 10/25/2023. AUTH IN DOC LIST. NO JD. DISABILITY CODING CORRECT. APPEAL CODING CORRECT. STD CLAIM CLOSED DUE TO CONTRACTUAL PRE-X - LETTER DATED 11/23/2023. 180 DAY APPEAL TIMELINE. APPEAL DUE 5/20/2024. APPEAL LETTER DATED AND RECEIVED 11/29/2023*****ACTION PLAN: PENDING COMPLETE REVIEW BY CRS

**12/11/2023 11:32 AM - PHONE Note 15**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [12/11/2023 - KURZ, NICOLE]CALLED AND SPOKE WITH EE TO CHECK IN AND LET HIM KNOW THAT THE APPEAL IS STILL IN PROCESS AND I WILL CALL HIM BY THE END OF THE WEEK WITH ANOTHER UPDATE EE THANKED AND NFQ

**12/08/2023 4:25 PM - PHONE Note 14**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : FRI 12/8/2023 2:20P
Text: [12/08/2023 - KURZ, NICOLE]EE LM STATING HE IS CALLING AGAIN FOR THE SECOND TIME TODAY AND WOULD LIKE A CB

**12/08/2023 4:24 PM - PHONE Note 13**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : FRI 12/8/2023 11:39A
Text: [12/08/2023 - KURZ, NICOLE]EE LM THAT HE HAS SENT IN EVERYTHING AND WOULD LIKE A STATUS UPDATE PLEASE CB

**12/08/2023 11:38 AM - PHONE Note 12**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : SP/W ADCM
Text: [12/08/2023 - GREEN, ALIMAH]PRAVEEN KHURANA, 10/29/1960, RYDER SYSTEM, INC., EE CALLED AND WANTED TO SP/W NICOLE KRUZ AND WANTED TO TRANSFERRED, SO TRANSFERRED TO NICOLE KRUZ

**12/08/2023 8:34 AM - CLAIM Note 22**
Claim/Event/Leave: 14892253
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [12/08/2023 - DRAKE, KRISTIN]ASSIGNED TO KRIZIA STANLEY

**12/07/2023 8:51 PM - CLAIM Note 21**
Claim/Event/Leave: 14892253
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 12/7/2023 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**12/07/2023 2:50 PM - CLAIM Note 20**
Claim/Event/Leave: 14892253
NoteSubject : Other
Other Subject :
Text: [12/07/2023 - HUMPHREY, JACLYNE]CLAIM SCORED TO APPEALS

**12/07/2023 2:45 PM - CLAIM Note 19**
Claim/Event/Leave: 14892253
NoteSubject : Other
Other Subject : CONSOLIDATED REVIEW
Text: [12/07/2023 - BLANCHETTE, JAZ]REVIEWED WITH DCM. AT THIS TIME NO NEW RECORDS WERE IN FILE TO REVIEW AND EE REMAINS OUT OF WORK. BASED ON NO NEW MEDICAL RECORDS AND CONTINUED OOW STATUS, RECOMMEND DCM

REFER TO APPEALS.

**12/06/2023 12:42 PM - CLAIM Note 18**
Claim/Event/Leave: 14892253
NoteSubject : Other
Other Subject :
Text: [12/06/2023 - HUMPHREY, JACLYNE]LTR RCVD FROM EE.

**12/06/2023 11:25 AM - CLAIM Note 17**
Claim/Event/Leave: 14892253
NoteSubject : Other
Other Subject :
Text: [12/06/2023 - HUMPHREY, JACLYNE]RCVD NOTICE OF COVERAGE EE PROVIDED FROM UHC.

**12/06/2023 11:17 AM - CLAIM Note 16**
Claim/Event/Leave: 14892253
NoteSubject : Other
Other Subject :
Text: [12/06/2023 - HUMPHREY, JACLYNE]RCVD LTR FROM EE

**12/06/2023 9:48 AM - PHONE Note 11**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [12/06/2023 - KURZ, NICOLE]CALLED AND SPOKE WITH EE WITH TOLD ME HE SPENT ABOUT AN HOUR MAKING CALLS YESTERDAY. EE STATES HE SPOKE WITH UHC AND THEY DO NOT HAVE ANY EOBS TO FURNISH SINCE THERE WAS NO TX AFTER THE EFFECTIVE DATE OF 5/19/23. PRIOR TO HEALTH COVERAGE STARTING HE WENT TO CHAS CLINIC WHICH IS A SLIDING SCALE FACILITY AND IS BASED ON INCOME. EE STATES HE HAS ALREADY SENT IN THE CHAS RECORDS TO US. EE STATES UHC DID SEE A LOSS OF COVERAGE ABOUT 4-5 YEARS AGO IN THEIR SYSTEM BUT NO CLAIMS. EE ASKED TO BE CALLED TOMORROW WITH AN APPEAL DECISION. I EXPLAINED THAT THE APPEAL HAS BEEN STARTED BUT COULD TAKE UP TO 45 DAYS. EE IS FRUSTRATED THAT THE EOB AND HEALTH INSURANCE INFO WAS NOT ASKED RIGHT AWAY. EE FEELS HIS ADCM WAS UNRESPONSIVE. EXPLAINED THAT I LOOKED UP THE VMS AND CB MADE AND HIS ADCM DID CB AFTER HE LEFT TWO VMS TO WHICH HE AGREED. EE STATES HE WAS NOT CB AFTER HIS 11/21 VM AND I ONLY SEE THAT HE CB ON 12/4 TO DISCUSS THE CLAIM. EE STATES HE WILL BE CALLING HR AND HISSUPERVISOR TO SEE WHAT THEY CAN DO. I EXPLAINED WE HAVE STARTED THE APPEAL PROCESS. EE DOES NOT FIND THIS TO BE AN ACCEPTABLE ANSWER AND IS FINANCIALLY STRUGGLING. CALL ENDED AFTER EE DISCONNECTED.

**12/06/2023 9:22 AM - PHONE Note 10**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : WED 12/6/2023 8:45A
Text: [12/06/2023 - KURZ, NICOLE]LM FOR CB TO TOUCH BASE ON CLAIM

**12/06/2023 8:44 AM - PHONE Note 9**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : SPEAK WITH NICOLE
Text: [12/06/2023 - WALKER, MYANNA]EE: PRAVEN KHURANA,DOB: 10/29/1960,ER: RYDER, CB: 208-413-0165,CLAIM #: 14892253.EE CALLING IN TO SPEAK WITH NICOLE AND DID NOT STATE WHY.

**12/05/2023 12:15 PM - PHONE Note 8**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [12/05/2023 - KURZ, NICOLE]CALLED AND SPOKE WITH EE WHO EXPRESSED CONCERN WITH CLAIM PROCESSING. EXPLAINED PRE-EX AND THAT THE REVIEW SHOWED WE HAD NOT RCVD THE EOBS FROM HIS INSURANCE. EE WAS CONFUSED BUT WOULD CALL TO OBTAIN THEM AND THEN SEND THEMOVER. I EXPLAINED THAT IT IS BENEFICIAL TO SEE THEM AS THEY SHOW DATES OF TREATMENT AND DIAGNOSIS. EE STATES HE FELT HE HAD A HARD TIME REACHING HIS ADCM. EXPLAINED THAT I WOULD BE ASSISTING WITH THE CLAIM AND WE HAVE 24 HRS TO CB. LET EE KNOW WE RCVD THE APPEAL REQUEST AND ADDL MEDICAL AND ARE IN THE PROCESS OF REVIEWING THAT INFORMATION. EE THANKED AND NFQ.

**12/04/2023 4:29 PM - CLAIM Note 15**
Claim/Event/Leave: 14892253
NoteSubject : Med Records Rcvd
Other Subject : SIONZON-OGDEN
Text: [12/04/2023 - HUMPHREY, JACLYNE]MED RECS RCVD

**12/04/2023 4:28 PM - CLAIM Note 14**
Claim/Event/Leave: 14892253
NoteSubject : Appeal
Other Subject :
Text: [12/04/2023 - HUMPHREY, JACLYNE]RCD NOTICE FOR APPEAL[12/05/2023 - HUMPHREY, JACLYNE]SIGNED UP FOR ARU

**12/04/2023 11:32 AM - PHONE Note 7**

Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : ESCALATION
Text: [12/04/2023 - TURNER, DEVRA]CX EE NAME PRAVEEN KHURANA, DOB 10/29/1960. ER RYDER. TFN 208.413.0165. EE REQUESTED TO S/W M1. ADVISED EE ESCALA CAN BE SENT TO RCV CALLBACK IN 24 BUS HRS. EE SAID HE WANTED TO KNOW WHY MR FROM 02/2023 WERE REQUESTED. ADVISED EE PRE-X INVEST WAS DONE AND PER DENIAL LETTER REASONS FOR DENIAL. EE STATED HE WANTED TO KNOW SPECIFICS AS TO WHERE HIGH BLOOD PRESSURE, DIABETES AND A-FIB TREATMENT WERE IN MR RCVD AS HE SAID DR TOLD HIM THEY WERE NOT AND HE WANTED TO KNOW WHYTHEY WERE INCLUDED IN THE CLAIM AS THEY ARE NOT FOR THE REASON FOR CLAIM. EE REQUESTED CALLBACK FROM M1-ESCALATION SENT.

**12/04/2023 9:05 AM - PHONE Note 6**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : ACD
Text: [12/04/2023 - SMITH, TYLER]EE CALLED ABOUT DENIAL WHEN EXPLAINING THAT IS NEEDED FOR AN APPEAL EE DISCONNECTED CALL

**12/04/2023 9:03 AM - PHONE Note 5**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : STATUS
Text: [12/04/2023 - HAGANS, TYMELIA]EE-PRAVEEN KHURANA DOB-10/29/60 CLAIM-14892253 ER-RYDER SYSTEM, INC. NOTE-EE CALLED IN WANTING TO KNOW DENIAL REASON. WANTED A BETTER EXPLAIN GOT HIM OVER TO FCO AS HIS CLAIM MANAGER WAS UNAVAILABLE..

**11/22/2023 3:15 PM - CLAIM Note 13**
Claim/Event/Leave: 14892253
NoteSubject : Status Report
Other Subject : DENIED
Text: CHANGED STATUS TO DENIED

**11/22/2023 2:13 PM - CLAIM Note 12**
Claim/Event/Leave: 14892253
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [11/22/2023 - MYERS, LYNE]AGREE WITH DENIAL

**11/22/2023 11:58 AM - CLAIM Note 11**
Claim/Event/Leave: 14892253
NoteSubject : Denied
Other Subject :
Text: [11/22/2023 - THOMPSON-MCDOWELL, WHITTNEY]DENIED PRE X

**11/16/2023 3:01 PM - PHONE Note 4**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject :
Text: [11/16/2023 - HUMPHREY, JACLYNE]EE LMOM ADVISING SENT DOCS, HOPING WILL BE WHAT IS NEEDED. SENT EE MED REVIEW LTR IN S1

**11/16/2023 3:01 PM - CLAIM Note 10**
Claim/Event/Leave: 14892253
NoteSubject : Ref to Managed Care
Other Subject : FFR
Text: [11/16/2023 - HUMPHREY, JACLYNE]REREFER AFTER DOT REPORT PROVIDED. NOTE: EE INDICATES HAS NOT HAD CARDIOLOGY APPT, NONE SCHEDULED YET, WAS TOLD WOULD BE ABOUT A MONTH OUT BEFORE APPT WOULD OCCUR, AND NP DEADLINE IS 12/15/23. N&P DEADLINE DATE: 12/15/2023. 62YOM, , PHYSICAL DEMANDS: HEAVY. LDW: 10/23/2023. DOD:10/24/2023. EE IS OOW DUE TO: SYNCOPE. CO-MORBIDS: DIABETES. PLEASE PROVIDE R&LS BASED ON THE MEDICAL EVIDENCE IN FILE. INCLUDETHE DURATION OF ANY SUPPORTED RESTRICTIONS, OUTLINE NEXT FOLLOW UP ACTIVITY AND ACTION PLAN. ONLY NEED R/L'S IF NOT PRE-X IF NDC/BHC RECOMMENDS AP CONTACT. PLEASE PROCEED AS APPROPRIATE. BASED ON THE MEDICAL EVIDENCE, PLEASE ADVISE WHETHER OR NOT THE EE RECEIVED TREATMENT FOR DURING THE FOLLOWINGDATES: 02/19/2023 - 05/18/2023 PLEASE PROVIDE AN OUTLINE OF THE TREATMENT RECEIVED DURING THE PERIOD IN QUESTION. PRE-EX CONTRACT LANGUAGE IS AS FOLLOWS: PRE-EXISTING CONDITION EXCLUSION THIS POLICY WILL NOT COVER ANY DISABILITY OR PARTIAL DISABILITY: 1. WHICH IS CAUSED OR CONTRIBUTED TO BY, OR RESULTS FROM A PRE-EXISTING CONDITION; AND 2. WHICH BEGINS IN THE FIRST 12 MONTHS IMMEDIATELY AFTER THE COVERED PERSON'S EFFECTIVE DATE OF COVERAGE. PRE-EXISTING CONDITION MEANS A CONDITION RESULTING FROM AN INJURY OR SICKNESS FOR WHICH THE COVERED PERSON IS DIAGNOSED OR RECEIVED TREATMENT WITHIN THREE MONTHS PRIOR TO THE COVERED PERSON'S EFFECTIVE DATE. TREATMENT MEANS CONSULTING, RECEIVING CARE OR SERVICES PROVIDED BY OR UNDER THE DIRECTIONOF A PHYSICIAN INCLUDING DIAGNOSTIC MEASURES, BEING PRESCRIBED DRUGS AND/OR MEDICINES, WHETHER THE COVERED PERSON CHOOSES TO TAKE THEM OR NOT, AND TAKING DRUGS AND /OR MEDICINES. WHAT MEDICAL INFORMATION HAVE YOU RECEIVED THAT FALLS WITHIN THE PRE-EX TIME PERIOD? MEDICAL RECORDS PHARMACY RECORDS (CANVAS)

**11/16/2023 2:59 PM - CLAIM Note 9**
Claim/Event/Leave: 14892253
NoteSubject : Med Records Rcvd
Other Subject : VU
Text: [11/16/2023 - HUMPHREY, JACLYNE]RCVD DOT REPORT FORM AP

**11/15/2023 10:53 AM - PHONE Note 3**
Claim/Event/Leave: 14892253
NoteSubject : Called EE
Other Subject :
Text: [11/15/2023 - HUMPHREY, JACLYNE]CALLED EE AND ASKED WHO SEEN FOR DOT EXAM. EE ADVISED WAS SOMEONE IN PHOENIX, AZ AND ADVISED HE HAS COPY OF REPORT. ADVISED EE TO SEND OVER REPORT. ASKED FOR CARDIOLOGY APPT. EE ADVISED NOT SET, WAITING FOR THEM TO SETAPPT. HE ADVISED WAS TOLD APPT WOULD BE A MONTH OUT. EE REQUESTED I EMAIL WITH THE EMAIL ADDRESS OF WHERE HE CAN SEND THE DOT EXAM. ADVISED WILL SEND OVER.

**11/14/2023 10:37 AM - MDS Note**
Claim/Leave: 14892253
Episode #: 1
Nurse Name: BURKE, ASHLEY
Service #: 17807214
Service Date: 11/14/2023
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, JACLYNE, HUMPHREY
Note Type: INFORMATION OBTAINED DESC
Text: FILE REVIEWED, SEE DOC LIST FOR FULL REPORT. CS UPDATED, ASSIGNMENT COMPLETE.

**11/09/2023 4:42 PM - CLAIM Note 8**
Claim/Event/Leave: 14892253
NoteSubject : Ref to Managed Care
Other Subject : FFR
Text: [11/09/2023 - HUMPHREY, JACLYNE]N&P DEADLINE DATE: 12/15/2023. 62YOM, , PHYSICAL DEMANDS HEAVY. LDW: 10/23/2023. DOD:10/24/2023. EE IS OOW DUE TO: SYNCOPE. CO-MORBIDS: DIABETES. PLEASE PROVIDE R&LS BASED ON THE MEDICAL EVIDENCE IN FILE. INCLUDETHE DURATION OF ANY SUPPORTED RESTRICTIONS, OUTLINE NEXT FOLLOW UP ACTIVITY AND ACTION PLAN. ONLY NEED R/L'S IF NOT PRE-X IF NDC/BHC RECOMMENDS AP CONTACT, PLEASE PROCEED AS APPROPRIATE. BASED ON THE MEDICAL EVIDENCE, PLEASE ADVISE WHETHER OR NOT THE EE RECEIVED TREATMENT FOR DURING THE FOLLOWING DATES: 02/19/2023 - 05/18/2023 PLEASE PROVIDE AN OUTLINE OF THE TREATMENT RECEIVED DURING THE PERIOD IN QUESTION. PRE-EX CONTRACT LANGUAGE IS AS FOLLOWS: PRE-EXISTING CONDITION EXCLUSION THIS POLICY WILL NOT COVER ANY DISABILITY OR PARTIAL DISABILITY: 1. WHICH IS CAUSED OR CONTRIBUTED TO BY, OR RESULTS FROM A PRE-EXISTING CONDITION; AND 2. WHICH BEGINS IN THE FIRST 12 MONTHS IMMEDIATELY AFTER THE COVERED PERSON'S EFFECTIVE DATE OFCOVERAGE. PRE-EXISTING CONDITION MEANS A CONDITION RESULTING FROM AN INJURY OR SICKNESS FOR WHICH THE COVERED PERSON IS DIAGNOSED OR RECEIVED TREATMENT WITHIN THREE MONTHS PRIOR TO THE COVERED PERSON'S EFFECTIVE DATE. TREATMENT MEANS CONSULTING, RECEIVING CARE OR SERVICES PROVIDED BY OR UNDER THE DIRECTION OF A PHYSICIAN INCLUDING DIAGNOSTIC MEASURES, BEING PRESCRIBED DRUGS AND/OR MEDICINES, WHETHER THE COVERED PERSON CHOOSES TO TAKE THEM OR NOT, AND TAKING DRUGS AND /OR MEDICINES. WHAT MEDICAL INFORMATION HAVE YOU RECEIVED THAT FALLS WITHIN THE PRE-EX TIME PERIOD? MEDICAL RECORDS PHARMACY RECORDS (CANVAS)

**11/09/2023 4:37 PM - CLAIM Note 7**
Claim/Event/Leave: 14892253
NoteSubject : Med Records Rcvd
Other Subject : OGDEN
Text: [11/09/2023 - HUMPHREY, JACLYNE]RCVD OVNS AND APS FROM AP.

**11/09/2023 4:34 PM - CLAIM Note 6**
Claim/Event/Leave: 14892253
NoteSubject : Med Records Rcvd
Other Subject : CHAS HEALTH
Text: [11/09/2023 - HUMPHREY, JACLYNE]MED RECS RCVD

**11/01/2023 5:06 PM - CLAIM Note 5**
Claim/Event/Leave: 14892253
NoteSubject : Notice/Proof Review
Other Subject :
Text: [11/01/2023 - HUMPHREY, JACLYNE]FAXED AP OGDEN MRR AND EMAILED ACK LTR. DAY 45 12/15/23

**11/01/2023 5:05 PM - POSSINV Note 1**
Claim/Event/Leave: 14892253
NoteSubject : Possible Pre-Ex
Other Subject :
Text: THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-0-12 M. THE DOD FOR THIS CLAIMANT IS 10/24/2023, AND THE ELIGIBILITY DATE IS 05/19/2023. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 02/19/2023 THROUGH THE PRESENT.

**11/01/2023 5:03 PM - CLAIM Note 4**

Claim/Event/Leave: 14892253
NoteSubject : LTR to AP
Other Subject :
Text: [11/01/2023 - HUMPHREY, JACLYNE] SENT LETTER REQUEST-PROVIDER-MEDICAL TO DR. KATHLEEN SIONZON-OGDEN VIA FAX AT 5094826286. INCLUDED ATTACHMENT(S): ATTENDING PHYSICIAN'S STATEMENT AND (NOT SET).

**11/01/2023 5:00 PM - PHONE Note 2**
Claim/Event/Leave: 14892253
NoteSubject : Initial EE Interview
Other Subject : COMPLETED
Text: [11/01/2023 - HUMPHREY, JACLYNE]VALIDATED EE AND ER INFO --- CALLED EE FOR II --- 63 YO JOB TITLE: DRIVER. 70 HOURS --- HEAVY JOB --- LDW: 10/23/23 --- DOD: 10/24/23 --- DISABILITY IS NOT WORK RELATED --- PRIMARY DX: DIABETES/TREMORS/NEUROPATHY, HEART ISSUES, EYE , JOINT PAIN --- NOV: 11/02/23 --- ERTW UNKNOWN --- EE TREATED BY: SIONZON-OGDEN IS PCP --- EXPLAINED PRE-EX PROVISION AND PROCESS. DOES NOT RECALL TREATING WITH ANY PROVIDERS DURING LOOK-BACK, NO INSURANCE --- ADDITIONAL NOTES: NO OTHER INCOME, TX PLAN: MTG WITH AP ON 11/2/23, BEING REFERRED TO HEART SPECIALIST AND EYE DR AND A FEW OTHER SPECIALISTS. EE REQUESTED MBD AND PROVIDED. --- EXPLAINED EP, BENEFITS, APPLICABLE COMPANION PRODUCTS, PAYMENT AND/OR OFFSETS, AND PROVIDED NEXT STEPS TO EE --- CLAIM DECISION: PLACED ON N&P --- DECISION RATIONALE: PLACED ON N&P TO COMPLETE PRE-X INVESTIGATION ---

**10/28/2023 9:21 AM - CLAIM Note 3**
Claim/Event/Leave: 14892253
NoteSubject : Action Plan
Other Subject :
Text: [10/28/2023 - THOMPSON-MCDOWELL, WHITTNEY]SENT AUTH FORM FOR MILLIMAN REPORT

**10/28/2023 9:21 AM - CLAIM Note 2**
Claim/Event/Leave: 14892253
NoteSubject : Other
Other Subject :
Text: [10/28/2023 - THOMPSON-MCDOWELL, WHITTNEY]SIGNED AUTH FORM RECEIVED

**10/27/2023 9:13 PM - DOCUMENT Note 2**
Claim/Event/Leave: 14892253
NoteSubject : eSignature
Other Subject : Document Signed

**10/27/2023 8:56 PM - DOCUMENT Note 1**
Claim/Event/Leave: 14892253
NoteSubject : eSignature
Other Subject : Document Requested

**10/26/2023 2:48 PM - PHONE Note 1**
Claim/Event/Leave: 14892253
NoteSubject : EE Called
Other Subject : STATUS INQUIRY
Text: [10/26/2023 - WALTERS, LYDIA]PRAVEEN KHURANA 10/29/1960 RYDER 14892253 CB# 208-413-0165 EE CALLING ASKING STATUS TOLD EE STILL WAITING ON DCM COULD TAKE 48 HOURS

**10/25/2023 11:53 AM - CLAIM Note 1**
Claim/Event/Leave: 14892253
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: EE REPORTED CLAIM. DX- DIABETES, TWITCH/TREMORS, LOSS OF VISION EE TREATEDBY DR. KATHLEEN SIONZON-OGDEN P. 509-444-8200 F. 509-482-6286. LOV- 10.24.23. ERTW- N/A.

**From:** Praveen Khurana
**To:** DisabilityDocuments
**Date:** Wednesday, November 15, 2023 1:01:18 PM

---

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

https://outlook.office365.com/Encryption/e4eview.aspx

Sent from Yahoo Mail for iPhone

**From:** Praveen Khurana
**To:** DisabilityDocuments
**Subject:** 14892253
**Date:** Wednesday, November 15, 2023 1:55:47 PM
**Attachments:** 20231115105233985.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone

| | |
|---|---|
| **From:** | Praveen Khurana |
| **To:** | DisabilityDocuments |
| **Subject:** | 14892253 |
| **Date:** | Wednesday, November 15, 2023 1:06:48 PM |
| **Attachments:** | Praveen Khurana.pdf |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone

**From:** DisabilityDocuments
**Sent:** Tuesday, October 21, 2025 3:57 PM
**To:** awd-emailrip118
**Subject:** FW: Notice of intent to sue

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Tuesday, October 21, 2025 3:57:06 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Notice of intent to sue

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

NOTICE OF INTENT TO FILE LEGAL ACTION

Date: October 21, 2025

To:

The Lincoln National Life Insurance Company

Disability and Life Claims Department

P.O. Box 2578, Omaha, NE 68103-2578

Fax: (603) 334-0401

Email: DisabilityDocuments@lfg.com

From:

Praveen Khurana

961 Daniel Drive, Missoula, MT 59804

Phone: (208) 413-0165

Email:

Claim No.: 15612598

Employer/Plan: Ryder System, Inc. (Group STD)

Subject: Notice of Intent to File Small-Claims/District Court Action – Wrongful Denial of Short-Term Disability Benefits

Dear Lincoln Financial Claims Department,

This correspondence is formal notice that I intend to initiate legal action against The Lincoln National Life Insurance Company for wrongful denial and bad-faith handling of my Short-Term Disability (STD) claim under the above-referenced plan and claim number.

Your letter dated April 15, 2024 denied my STD claim on a "pre-existing condition" theory. I have now received a favorable disability determination from the U.S. Social Security Administration dated October 21, 2025, recognizing disability as of October 28, 2023. The SSA determination, together with my treating physician's clinical findings, directly contradicts any assertion that my disability is excluded as pre-existing and establishes my inability to work during the STD period.

Demand: Please reverse the denial and issue full STD benefits for the covered five-month period (approximately Oct 28, 2023 – Mar 31, 2024), plus applicable interest and costs under Washington law.

If payment in full is not received or confirmed within 15 calendar days of this notice, I will file a Small-Claims or District Court action in Washington State seeking all available remedies, including damages under RCW 48.30.015 and related unfair claims-handling provisions.

Please confirm receipt of this notice and advise on payment status. I will provide (and can re-transmit) the SSA favorable decision and treating physician statements upon request.

Sincerely,

/s/Praveen Khurana

SSN (last four): 9602 | DOB: 10/29/1960

Sent from Yahoo Mail for iPhone

**TUCKER Disability Law**
*We Work Harder*

***Sent via fax to: (603) 334-0401 & Certified Mail Tracking #9407 1118 9876 5465 6620 03 (3 pages)***

May 13, 2024

The Lincoln National Life Insurance Company
Disability and Life Claims | Long Term Disability
P.O. Box 2578
Omaha, NE 68103-2578

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **Praveen Khurana** |
| | **Date of Birth:** | **10-29-1960** |
| | **Type of Claim:** | **Long Term Disability Benefits** |

Dear Plan Administrator / Claim Administrator:

This firm represents the above person in their claim for Long Term Disability (LTD) benefits under the Group Policy / ERISA Plan(s) provided through their current or former employment. To the extent notice of the loss has not been provided previously, this letter serves as notice of claim under the LTD Plan. We request you send any necessary application forms that are required to provide proof of loss.

If you are not the administrator of your company's disability plan, please forward this request to the Disability Benefit Plan Administrator(s). *If this letter was not sent to the correct address for the Disability Benefit Plan Administrator(s), please provide us with the correct name(s) and address(es) of the Disability Benefit Plan Administrator(s), and if different, the registered agent for service of process for the Disability Benefit Plan and Disability Benefit Plan Administrator(s).*

Enclosed is an authorization signed by our client authorizing you to provide the above information and to communicate with this firm about their claim. If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Very truly yours,

John V. Tucker
encl: Release of Information
Authorization to Communicate
cc: Praveen Khurana (w/ enclosures)

**Tucker Disability Law, P.A.**
**5235 16th Street North, St. Petersburg, FL 33703**
**Phone: (727) 572-5000 Fax: (727) 571-1415**

## Authorization to Release Information to Tucker Disability Law

********************************************************************************

**Name:** Praveen Khurana **Date of Birth:** October 29, 1960

**By signing below, I authorize any entity to whom this form is presented to communicate with my attorneys, Tucker Disability Law, P.A., and to release any of the following confidential information to Tucker Disability Law, P.A.:**

- ✓ Claim File / Insurance Claim Records
- ✓ Employer Records, to include benefits, pay, and disciplinary information
- ✓ Medical Records (to include HIV/AIDS)
- ✓ Psychological Records
- ✓ Drug & Alcohol Treatment Records
- ✓ Medical Bills
- ✓ Education and School Records
- ✓ Government Records (to include Social Security information, SEQY, DEQY)

I need this information for a legal case, and ask that you please deliver this information to:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703-2611**
**Fax: (727) 571-1415**

If you have questions, please call Phone: (727) 572-5000.

I understand that any employee of Tucker Disability Law, P.A. may use this authorization to speak with any entity or its employees about me to obtain information.

I understand that I may revoke this release information at any time, provided that I make written notification to this effect, but that revocation has no effect on action already taken.

This Authorization shall be valid for up to 1 year from the date of signature listed below or upon completion of the case, whichever is later, unless otherwise expressly revoked by the signer in writing prior to that time. **A photocopy of this Authorization is as valid as the original.**

I hereby release the records keeper from any liability which may arise as a result of the use of the information contained in the copies of records released. It is presumed that if such information is later used to my damage, that it was obtained as a result of this Authorization.

Signature                                        Date: February 29, 2024

# AUTHORIZATION TO COMMUNICATE WITH
# Tucker Disability Law, P.A.

I, Praveen Khurana, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703**
(727) 572-5000
(727) 571-1415 – Fax
Tucker@TuckerDisability.com

Client's Signature

February 29, 2024
Date

Praveen Khurana
Printed/Typed Name

018649602
Social Security Number

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16033340401 |
| FROM | Records |
| DATE | 2024-05-01 13:51:33 PDT |
| RE | ATTN: CLAIM 15612598 |

COVER MESSAGE

**FROM:**
CHAS Health Records Department
611 N. Iron Bridge Way | Spokane, WA 99202
T: 509.434.0381 | F: 509.434.0392 | records@chas.org

**TO:** Lincoln Financial

**ATTN:** Claim 15612598

**RE:** Praveen Khurana, DOB 10/29/1960

**COMMENTS:** Requested records are attached. Thank you.

CHAS health

This electronic transmission and any documents accompanying this electronic transmission may contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on or regarding the contents of this electronically transmitted information is strictly prohibited. If you have received this e-mail in error, please notify the sender and delete this message immediately. Thank you.

## Medical Records - CONFIDENTIAL

**FROM:** WA - CHAS

Elise L
611 N Iron Bridge Way, SPOKANE, WA 99202-4932
Phone: (509) 434-0381
Fax: (509) 434-0392

**TO:** THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

DISABILITY & LIFE CLAIMS, OMAHA, NE 68103
Phone: (800) 213-7649
Fax: (603) 334-0401

**Attention: CLAIM 15612598**

**Name: KHURANA, PRAVEEN K**

**DOB: 10/29/1960**

**Date Range: 02/19/2023 to 04/30/2024**

**This document contains the following records of the patient:**

- **Admin Documents**
- **Lab Results**
- **Medication List**
- **Physician Authorizations**
- **Encounters and Procedures**
- **Imaging Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:616109-A-11411]

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No: (800) 210-0268
Secure Fax No: (603) 334-0401

April 15, 2024

Dr. Litch Pham

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 15612598
Claimant: Praveen Khurana
Claimant D.O.B.: October 29, 1960

Dear Dr. Pham:

We are the Disability Claim Administrator for your patient, Praveen Khurana.

To evaluate Mr. Khurana's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 19, 2023 through present.
- If patient did not treat with your office between February 19, 2023 through April 9, 2024, please indicate below:
  ______ No treatment during pre-existing timeframe (02/19/23 - present)

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  ___ Other

We ask that you provide this information by April 21, 2024. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Burnett
Claims Examiner II
Phone No.: (800) 210-0268 Ext. 65964
Secure Fax No.: (603) 334-0401

Attachments: Attending Physician's Statement

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatment, prognosis, prescription drug information, alcohol or drug abuse, or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work-related information and federal and state tax returns
* Information concerning Social Security benefits including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Praveen Khurana

Name of legal representative, if applicable (print) None Relationship None

Signature of claimant or legal representative PRAVEEN KHURANA Date: 10/27/2023

Date of Birth: 10/29/1960 Claim Number: 14892253

**A copy of this authorization will be considered as valid as the original.**



## Lab Results

## HEMOGLOBIN A1C, FINGERSTICK 01/03/2024 (#38612679, 01/03/2024 1:41pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HGBA1c | 7.7 | | | | | |

KHURANA, Praveen K (id #616109, dob: 10/29/1960) **CLAIM 15612598**

Quest Diagnostics Page 1 of 3 11/16/2023 10:41:35 AM **Report Status: Final - Courtesy Copy**
**KHURANA, PRAVEEN K**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **KHURANA, PRAVEEN K**<br>DOB: 10/29/1960 AGE: 63<br>Gender: M<br>Phone: 208.413.0165<br>Patient ID: 616109 | Specimen: OW251233X<br>Requisition: 0075976<br>Lab Ref #: 5477383CEI1411<br>Collected: 11/02/2023 / 11:20 PST<br>Received: 11/03/2023 / 00:46 PST<br>Faxed: 11/16/2023 / 10:38 PST | Client #: 99208003 VNLZR00<br>SIONZON-OGDEN, KATHLEEN<br>CHAS-MARKET STREET CLINIC<br>5921 N MARKET ST<br>SPOKANE, WA 99208-2484 |

MRN: 616109 Ward: 11

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL | | | | |
| CHOLESTEROL, TOTAL | 138 | | <200 mg/dL | NW |
| HDL CHOLESTEROL | 46 | | > OR = 40 mg/dL | NW |
| **TRIGLYCERIDES** | | **160 H** | <150 mg/dL | NW |
| LDL-CHOLESTEROL | [illegible] | | mg/dL (calc) | NW |

Reference range: <100

Desirable range <100 mg/dL for primary prevention;
<70 mg/dL for patients with CHD or diabetic patients
with > or = 2 CHD risk factors.

LDL-C is now calculated using the Martin-Hopkins
calculation, which is a validated novel method providing
better accuracy than the Friedewald equation in the
estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 3.0 | | <5.0 (calc) | NW |
| NON HDL CHOLESTEROL | 92 | | <130 mg/dL (calc) | NW |

For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | NW |
| **GLUCOSE** | | **208 H** | 65-99 mg/dL | |

Fasting reference interval

For someone without known diabetes, a glucose
value >125 mg/dL indicates that they may have
diabetes and this should be confirmed with a
follow-up test.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 22 | | 7-25 mg/dL | |
| CREATININE | 0.95 | | 0.70-1.35 mg/dL | |
| EGFR | 98 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | SEE NOTE: | | 6-22 (calc) | |

Not Reported: BUN and Creatinine are within
reference range.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| SODIUM | 135 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 104 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 24 | | 20-32 mmol/L | |
| CALCIUM | 9.3 | | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 6.6 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.0 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.6 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.5 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.9 | | 0.2-1.2 mg/dL | |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics Page 2 of 3 11/16/2023 10:41:35 AM

**Report Status: Final - Courtesy Copy**

**KHURANA, PRAVEEN K**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **KHURANA, PRAVEEN K** | Specimen: OW251233X | Client #: 99208003 |
| **DOB: 10/29/1960 AGE: 63** | Collected: 11/02/2023 / 11:20 PST | SIONZON-OGDEN, KATHLEEN |
| Gender: M | Received: 11/03/2023 / 00:46 PST | |
| Patient ID: 616109 | Faxed: 11/16/2023 / 10:38 PST | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALKALINE PHOSPHATASE | 70 | | 35-144 U/L | |
| AST | 15 | | 10-35 U/L | |
| ALT | 11 | | 9-46 U/L | |
| **HEMOGLOBIN A1c** | | 9.0 H | <5.7 % of total Hgb | KW |

For someone without known diabetes, a hemoglobin A1c value of 6.5% or greater indicates that they may have diabetes and this should be confirmed with a follow-up test.

For someone with known diabetes, a value <7% indicates that their diabetes is well controlled and a value greater than or equal to 7% indicates suboptimal control. A1c targets should be individualized based on duration of diabetes, age, comorbid conditions, and other considerations.

Currently, no consensus exists regarding use of hemoglobin A1c for diagnosis of diabetes for children.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | KW |
| WHITE BLOOD CELL COUNT | 7.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.80 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 15.8 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 46.4 | | 38.5-50.0 % | |
| MCV | 96.7 | | 80.0-100.0 fL | |
| MCH | 32.9 | | 27.0-33.0 pg | |
| MCHC | 34.1 | | 32.0-36.0 g/dL | |
| RDW | 11.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 278 | | 140-400 Thousand/uL | |
| MPV | 10.1 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 4672 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1683 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 568 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 128 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 50 | | 0-200 cells/uL | |
| NEUTROPHILS | 65.8 | | % | |
| LYMPHOCYTES | 23.7 | | % | |
| MONOCYTES | 8.0 | | % | |
| EOSINOPHILS | 1.8 | | % | |
| BASOPHILS | 0.7 | | % | |
| PSA, TOTAL WITH REFLEX TO | | | | KW |
| PSA, FREE | | | | |
| PSA, TOTAL | 0.7 | | < OR = 4.0 ng/mL | |

The Total PSA value from this assay system is standardized against the equimolar PSA standard. The test result will be approximately 20% higher when compared to the WHO-standardized Total PSA (Siemens assay). Comparison of serial PSA results should be interpreted with this fact in mind.

PSA was performed using the Beckman Coulter Immunoassay method. Values obtained from different assay methods cannot be used interchangeably. PSA levels, regardless of value, should not be interpreted as absolute evidence of the presence or absence of disease.



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics Page 3 of 3 11/16/2023 10:41:35 AM

**Report Status: Final - Courtesy Copy**
**KHURANA, PRAVEEN K**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **KHURANA, PRAVEEN K**<br>**DOB: 10/29/1960 AGE: 63**<br>Gender: M<br>Patient ID: 616109 | Specimen: OW251233X<br>Collected: 11/02/2023 / 11:20 PST<br>Received: 11/03/2023 / 00:46 PST<br>Faxed: 11/16/2023 / 10:38 PST | Client #: 99208003<br>SIONZON-OGDEN, KATHLEEN |

**PERFORMING SITE:**

SW QUEST DIAGNOSTICS-SEATTLE, [illegible]



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

## HEMOGLOBIN A1C 11/03/2023 (#37497693, Final, 11/02/2023 11:20am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHLEEN SIONZON-OGDEN, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S, Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID 99208003 |
| Specimen/Accession ID | OW251233X | Specimen Source | |
| Specimen Coll. Date | 11/02/2023 11:20 | Result Status | Final |
| Specimen Rec. Date | 11/03/2023 00:46 | Report Status | |
| Specimen Reported Date | 11/03/2023 11:44 | | |

| Report | Result | Ref. Range | Units | △ | Status | Lab |
|---|---|---|---|---|---|---|
| **HEMOGLOBIN A1C** | **9.0** | **<5.7** | **% OF TOTAL HGB** | **HIGH** | **Final** | **NW** |

For someone without known diabetes, a hemoglobin A1c value of 6.5% or greater indicates that they may have diabetes and this should be confirmed with a follow-up test.

For someone with known diabetes, a value <7% indicates that their diabetes is well controlled and a value greater than or equal to 7% indicates suboptimal control. A1c targets should be individualized based on duration of diabetes, age, comorbid conditions, and other considerations.

Currently, no consensus exists regarding use of hemoglobin A1c for diagnosis of diabetes for children.

## CBC (INCLUDES DIFF/PLT) 11/03/2023 (#37497689, Final, 11/02/2023 11:20am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHLEEN SIONZON-OGDEN, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S, Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID. 99208003 |
| Specimen/Accession ID | OW251233X | Specimen Source | |
| Specimen Coll. Date | 11/02/2023 11:20 | Result Status | Final |
| Specimen Rec. Date | 11/03/2023 00:46 | Report Status | |
| Specimen Reported Date | 11/03/2023 11:44 | | |

| Report | Result | Ref-Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 7.1 | 3.8-10.8 | THOUSAND/UL | NORMAL | Final | NW |
| RED BLOOD CELL COUNT | 4.80 | 4.20-5.80 | MILLION/UL | NORMAL | Final | NW |
| HEMOGLOBIN | 15.8 | 13.2-17.1 | G/DL | NORMAL | Final | NW |
| HEMATOCRIT | 46.4 | 38.5-50.0 | % | NORMAL | Final | NW |
| MCV | 96.7 | 80.0-100.0 | FL | NORMAL | Final | NW |
| MCH | 32.9 | 27.0-33.0 | PG | NORMAL | Final | NW |
| MCHC | 34.1 | 32.0-36.0 | G/DL | NORMAL | Final | NW |
| RDW | 11.8 | 11.0-15.0 | % | NORMAL | Final | NW |
| PLATELET COUNT | 278 | 140-400 | THOUSAND/UL | NORMAL | Final | NW |
| MPV | 10.1 | 7.5-12.5 | FL | NORMAL | Final | NW |
| ABSOLUTE NEUTROPHILS | 4672 | 1500-7800 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE LYMPHOCYTES | 1683 | 850-3900 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE MONOCYTES | 568 | 200-950 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE EOSINOPHILS | 128 | 15-500 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE BASOPHILS | 50 | 0-200 | CELLS/UL | NORMAL | Final | NW |
| NEUTROPHILS | 65.8 | | % | NORMAL | Final | NW |
| LYMPHOCYTES | 23.7 | | % | NORMAL | Final | NW |
| MONOCYTES | 8.0 | | % | NORMAL | Final | NW |
| EOSINOPHILS | 1.8 | | % | NORMAL | Final | NW |
| BASOPHILS | 0.7 | | % | NORMAL | Final | NW |

## COMPREHENSIVE METABOLIC PANEL 11/03/2023 (#37497687, Final, 11/02/2023 11:20am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHLEEN SIONZON-OGDEN, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S. Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID 99208003 |
| Specimen/Accession ID | OW251233X | Specimen Source | |
| Specimen Coll. Date | 11/02/2023 11:20 | Result Status | Final |
| Specimen Rec. Date | 11/03/2023 00:46 | Report Status | |
| Specimen Reported Date | 11/03/2023 11:44 | | |

COMMUNITY HEALTH ASSOCIATION OF SPOKANE • [illegible]

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 208 | 65-99 | MG/DL | HIGH | Final | NW |
| | Fasting reference interval<br>For someone without known diabetes, a glucose value >125 mg/dL indicates that they may have diabetes and this should be confirmed with a follow-up test. | | | | | |
| UREA NITROGEN (BUN) | 22 | 7-25 | MG/DL | NORMAL | Final | NW |
| CREATININE | 0.85 | 0.70-1.35 | MG/DL | NORMAL | Final | NW |
| EGFR | 98 | > OR = 60 | ML/MIN/1.73M2 | NORMAL | Final | NW |
| BUN/CREATININE RATIO | SEE NOTE: | 6-22 | (CALC) | | Final | NW |
| | Not Reported: BUN and Creatinine are within reference range. | | | | | |
| SODIUM | 136 | 135-146 | MMOL/L | NORMAL | Final | NW |
| POTASSIUM | 4.3 | 3.5-5.3 | MMOL/L | NORMAL | Final | NW |
| CHLORIDE | 104 | 98-110 | MMOL/L | NORMAL | Final | NW |
| CARBON DIOXIDE | 24 | 20-32 | MMOL/L | NORMAL | Final | NW |
| CALCIUM | 9.3 | 8.6-10.3 | MG/DL | NORMAL | Final | NW |
| PROTEIN, TOTAL | 6.6 | 6.1-8.1 | G/DL | NORMAL | Final | NW |
| ALBUMIN | 4.0 | 3.6-5.1 | G/DL | NORMAL | Final | NW |
| GLOBULIN | 2.6 | 1.9-3.7 | G/DL (CALC) | NORMAL | Final | NW |
| ALBUMIN/GLOBULIN RATIO | 1.5 | 1.0-2.5 | (CALC) | NORMAL | Final | NW |
| BILIRUBIN, TOTAL | 0.9 | 0.2-1.2 | MG/DL | NORMAL | Final | NW |
| ALKALINE PHOSPHATASE | 70 | 35-144 | U/L | NORMAL | Final | NW |
| AST | 15 | 10-35 | U/L | NORMAL | Final | NW |
| ALT | 11 | 9-46 | U/L | NORMAL | Final | NW |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

## LIPID PANEL WITH REFLEX TO DIRECT LDL 11/03/2023 (#37497683, Final, 11/02/2023 11:20am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHLEEN SIONZON-OGDEN, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S, Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID: 99208003 |
| Specimen/Accession ID | OW251233X | Specimen Source | |
| Specimen Coll. Date | 11/02/2023 11:20 | Result Status | Final |
| Specimen Rec. Date | 11/03/2023 00:46 | Report Status | |
| Specimen Reported Date | 11/03/2023 11:44 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 138 | <200 | MG/DL | NORMAL | Final | NW |
| HDL CHOLESTEROL | 46 | > OR = 40 | MG/DL | NORMAL | Final | NW |
| **TRIGLYCERIDES** | **160** | **<150** | **MG/DL** | **HIGH** | **Final** | **NW** |
| LDL-CHOLESTEROL | 68 | | MG/DL (CALC) | NORMAL | Final | NW |
| | Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention;<br><70 mg/dL for patients with CHD or diabetic patients<br>with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins<br>calculation, which is a validated novel method providing<br>better accuracy than the Friedewald equation in the<br>estimation of LDL-C.<br>Martin SS et al. JAMA. 2013;310(19): 2061-2068<br>(http://education.QuestDiagnostics.com/faq/FAQ164) | | | | | |
| CHOL/HDLC RATIO | 3.0 | <5.0 | (CALC) | NORMAL | Final | NW |
| NON HDL CHOLESTEROL | 92 | <130 | MG/DL (CALC) | NORMAL | Final | NW |
| | For patients with diabetes plus 1 major ASCVD risk<br>factor, treating to a non-HDL-C goal of <100 mg/dL<br>(LDL-C of <70 mg/dL) is considered a therapeutic<br>option. | | | | | |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

## PSA, TOTAL WITH REFLEX TO PSA, FREE 11/03/2023 (#37487537, Final, 11/02/2023 11:20am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHLEEN SIONZON-OGDEN, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S, Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID: 99208003 |
| Specimen/Accession ID | OW251233X | Specimen Source | Blood venous |
| Specimen Coll. Date | 11/02/2023 11:20 | Result Status | Final |
| Specimen Rec. Date | 11/03/2023 00:46 | Report Status | |
| Specimen Reported Date | 11/03/2023 07:43 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PSA, TOTAL | 0.7 | < OR = 4.0 | NG/ML | NORMAL | Final | NW |
| | The Total PSA value from this assay system is standardized against the equimolar PSA standard. The test result will be approximately 20% higher when compared to the WHO-standardized Total PSA (Siemens assay). Comparison of serial PSA results should be interpreted with this fact in mind.<br><br>PSA was performed using the Beckman Coulter Immunoassay method. Values obtained from different assay methods cannot be used interchangeably. PSA levels, regardless of value, should not be interpreted as absolute evidence of the presence or absence of disease. | | | | | |

## HEMOGLOBIN A1C, FINGERSTICK 10/27/2023 (#37359474, 10/27/2023 12:51pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HGBA1c | 9.5 | | | | | |

## HEMOGLOBIN A1C, FINGERSTICK 06/30/2023 (#35180272, 06/30/2023 3:48pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HGBA1c | 8.5 | | | | | |

## HEMOGLOBIN A1C, FINGERSTICK 04/14/2023 (#33794024, 04/14/2023 1:11pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HGBA1c | 8.1 | | | | | |

## HEMOGLOBIN A1C, FINGERSTICK 02/27/2023 (#32924833, 02/27/2023 5:09pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HGBA1c | 7.4 | | | | | |

## CBC (INCLUDES DIFF/PLT) 02/28/2023 (#32946698, Final, 02/27/2023 3:56pm)

| | | | |
|---|---|---|---|
| Ordering Provider | JILLENE AMOW, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW: Roger Graham<br>1737 Airport Way S, Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID: 83843001 |
| Specimen/Accession ID | OW982500U | Specimen Source | Blood venous |
| Specimen Coll. Date | 02/27/2023 15:56 | Result Status | Final |
| Specimen Rec. Date | 02/28/2023 04:19 | Report Status | |
| Specimen Reported Date | 02/28/2023 16:22 | | |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 8.7 | 3.8-10.8 | THOUSAND/UL | NORMAL | Final | NW |
| RED BLOOD CELL COUNT | 4.82 | 4.20-5.80 | MILLION/UL | NORMAL | Final | NW |
| HEMOGLOBIN | 14.9 | 13.2-17.1 | G/DL | NORMAL | Final | NW |
| HEMATOCRIT | 44.0 | 38.5-50.0 | % | NORMAL | Final | NW |
| MCV | 96.2 | 80.0-100.0 | FL | NORMAL | Final | NW |
| MCH | 32.3 | 27.0-33.0 | PG | NORMAL | Final | NW |
| MCHC | 33.9 | 32.0-36.0 | G/DL | NORMAL | Final | NW |
| RDW | 11.6 | 11.0-15.0 | % | NORMAL | Final | NW |
| PLATELET COUNT | 316 | 140-400 | THOUSAND/UL | NORMAL | Final | NW |
| MPV | 10.4 | 7.5-12.5 | FL | NORMAL | Final | NW |
| ABSOLUTE NEUTROPHILS | 5351 | 1500-7800 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE LYMPHOCYTES | 2445 | 850-3900 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE MONOCYTES | 731 | 200-950 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE EOSINOPHILS | 122 | 15-500 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE BASOPHILS | 52 | 0-200 | CELLS/UL | NORMAL | Final | NW |
| NEUTROPHILS | 61.5 | | % | NORMAL | Final | NW |
| LYMPHOCYTES | 28.1 | | % | NORMAL | Final | NW |
| MONOCYTES | 8.4 | | % | NORMAL | Final | NW |
| EOSINOPHILS | 1.4 | | % | NORMAL | Final | NW |
| BASOPHILS | 0.6 | | % | NORMAL | Final | NW |

## ALBUMIN, RANDOM URINE W/CREATININE 02/28/2023 (#32946694, Final, 02/27/2023 3:56pm)

| | | | |
|---|---|---|---|
| Ordering Provider | JILLENE AMOW, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S. Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID: 83843001 |
| Specimen/Accession ID | OW982500U | Specimen Source | Urine |
| Specimen Coll. Date | 02/27/2023 15:56 | Result Status | Final |
| Specimen Rec. Date | 02/28/2023 04:19 | Report Status | |
| Specimen Reported Date | 02/28/2023 16:22 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE, RANDOM URINE | 130 | 20-320 | MG/DL | NORMAL | Final | NW |
| ALBUMIN, URINE | 2.1 | SEE NOTE. | MG/DL | NORMAL | Final | NW |
| | Reference Range:<br>Reference Range<br>Not established | | | | | |
| ALBUMIN/CREATININE RATIO, RANDOM URINE | 16 | <30 | MCG/MG CREAT | NORMAL | Final | NW |
| | The ADA defines abnormalities in albumin excretion as follows:<br><br>Albuminuria Category Result (mcg/mg creatinine)<br><br>Normal to Mildly increased <30<br>Moderately increased 30-299<br>Severely increased > OR = 300<br><br>The ADA recommends that at least two of three specimens collected within a 3-6 month period be abnormal before considering a patient to be within a diagnostic category. | | | | | |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

Quest Diagnostics

**Report Status: Final - Courtesy Copy**
**KHURANA, PRAVEEN K**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **KHURANA, PRAVEEN K**<br>**DOB: 10/29/1960 AGE: 62**<br>Gender: M<br>Phone: 208.413.0165<br>Patient ID: 616109 | Specimen: OW982500U<br>Requisition: 8698835<br>Lab Ref #: 4969833CE31411<br>Collected: 02/27/2023 / 15:56 PST<br>Received: 02/28/2023 / 04:19 PST<br>Faxed: 02/28/2023 / 16:46 PST | Client #: 83843001 VNLZR00<br>AMOW, JILLENE<br>CHAS-LATAH COMMUNITY HLTH<br>803 S MAIN ST STE 120<br>MOSCOW, ID 83843-2695 |

MRN: 616109 Location: CHAS LATAH Ward: 5

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN, RANDOM URINE W/CREATININE | | | | |
| CREATININE, RANDOM URINE | 130 | | 20-320 mg/dL | NW |
| ALBUMIN, RANDOM URINE W/CREATININE | | | | NW |
| ALBUMIN, URINE | 2.1<br>Reference Range Not established | | mg/dL | |
| ALBUMIN/CREATININE RATIO, RANDOM URINE | 16 | | <30 mcg/mg creat | |

The ADA defines abnormalities in albumin excretion as follows:

| Albuminuria Category | Result (mcg/mg creatinine) |
|---|---|
| Normal to Mildly increased | <30 |
| Moderately increased | 30-299 |
| Severely increased | > OR = 300 |

The ADA recommends that at least two of three specimens collected within a 3-6 month period be abnormal before considering a patient to be within a diagnostic category.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | NW |
| WHITE BLOOD CELL COUNT | 8.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.62 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 14.9 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 44.0 | | 38.5-50.0 % | |
| MCV | 95.2 | | 80.0-100.0 fL | |
| MCH | 32.3 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 11.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 316 | | 140-400 Thousand/uL | |
| MPV | 10.4 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 5351 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2445 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 731 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 122 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 52 | | 0-200 cells/uL | |
| NEUTROPHILS | 61.5 | | % | |
| LYMPHOCYTES | 28.1 | | % | |
| MONOCYTES | 8.4 | | % | |
| EOSINOPHILS | 1.4 | | % | |
| BASOPHILS | 0.6 | | % | |

**PERFORMING SITE:**

NW [illegible]

Your request to have a duplicate copy faxed has been acknowledged
Queued to: 12088488303



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Medication List**

| | | |
|---|---|---|
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY PRN | 04/22/24 | prescribed |
| **Farxiga 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 01/03/24 | prescribed |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 28 UNITS UNDER THE SKIN EVERY DAY | 04/22/24 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 10/03/23 | prescribed |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **naproxen 500 mg tablet**<br>Take 1 tablet twice a day by oral route as needed for 14 days. | 04/22/24 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>DISSOLVE 1 TABLET UNDER THE TONGUE EVERY 5 MINUTES AS NEEDED FOR CHEST PAIN. DO NOT EXCEED A TOTAL OF 3 DOSES IN 15 MINUTES. IF NO RELIEF CALL 911/SEEK EMERGENCY HELP | 12/19/23 | filled |
| **rosuvastatin 20 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 09/12/23 | prescribed |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 10/03/23 | prescribed |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |
| **Toprol XL 25 mg tablet,extended release**<br>Take 1 tablet(s) every day by oral route. | 01/09/24 | prescribed |
| **True Metrix Glucose Test Strip**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 04/27/22 | filled |
| **TRUEplus Lancets 28 gauge**<br>USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED | 03/09/22 | filled |
| **Trueresult Blood Glucose System kit**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014 | 10/10/14 | started |

**Trulicity 4.5 mg/0.5 mL subcutaneous pen injector** 04/13/24 renewed
INJECT 1 pen UNDER THE SKIN WEEKLY **Due for follow-up to discuss refills**

**Viagra 50 mg tablet** 02/22/24 prescribed
Take 1 tablet(s) every day by oral route.

Up to date 04/22/2024 RM

## Physician Authorizations

**Ryder**

## REQUEST FOR MEDICAL INFORMATION FOR REASONABLE ACCOMMODATION

Date: 3-14-24

To: Lita Flam, MD (Physician or Medical Provider)

Subject: **REQUEST FOR MEDICAL INFORMATION NEEDED TO ASSIST IN PROVIDING A REASONABLE ACCOMMODATION FOR**

Name of Applicant or Employee: ______ ______ ______

Ryder is attempting to provide a reasonable accommodation to the applicant/employee indicated above to assist in providing the benefits and/or privileges of employment. The information requested below is confidential and will only be used to establish the need for a reasonable accommodation and to determine the specific adjustment, equipment and/or services necessary to accommodate the identified limitation(s) due to the reported medical condition. The questionnaire format is a guide and we would appreciate a response to every question. We need your complete medical opinion, so please feel free to include a more detailed narrative response to any and all questions if needed to answer more fully. Thank you for your anticipated cooperation.

**IMPORTANT NOTE TO HEALTH CARE PROVIDER:**

When answering these questions, please do not take into consideration any ameliorative effects of mitigating measures, such as medications, medical supplies, equipment, or appliances, low vision devices (which do not include eyeglasses or contact lenses), prosthetics including limbs and devices, hearing aids and cochlear implants or other implantable hearing devices, mobility devices, or oxygen therapy equipment and supplies; use of assistive technology; reasonable accommodations or auxiliary aids or services, or learned behavioral or adaptive neurological modifications. Also, an impairment that is episodic or in remission is a disability if it would substantially limit a major life activity when not in remission.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

> Under the Americans with Disabilities Amendments Act of 2008, the term "disability" means (A) a physical or mental impairment that substantially limits one or more major life activities of such individual; (B) a record of such an impairment; or (C) being regarded as having such an impairment.
>
> An individual with a "disability" is a person who has a physical or mental impairment that substantially limits one or more major life activities (major life activity may include, but is not limited to, caring for oneself, performing manual tasks, seeing, hearing, eating, sleeping, walking, standing, lifting, bending, speaking, breathing, learning, reading, concentrating, thinking, communicating, and working, and/or the operation of a major bodily function, including, but not limited to, functions of the immune system, normal cell growth, digestive, bowel, bladder, neurological, brain, respiratory, circulatory, endocrine, and reproductive functions).

1. Does the individual have a physical or mental impairment?

☐ Yes ☒ No pending completion of Sleep Study, Echocardiogram and EEG to finish work up for syncope.

If so, please state the type of impairment:

2. Does the individual's impairment substantially limit any major life activities?

☐ Yes ☒ No See #1

3. If so, which major life activity or activities are limited?

4. For each major life activity that is limited by the impairment, please describe how the individual is restricted as to the condition, manner, or duration under which that activity can be performed, as compared to the way in which an average person in the general population can perform that activity:

5. What is the duration or expected duration of the individual's impairment? Needs Insulin for long term medical Therapy

6. Attached is a job description for the applicable position. Please review the job description and assess whether the individual can perform all job functions:

☒ Yes ☐ No

7. If not, which job functions cannot be performed, and why not?

8. Please describe any reasonable accommodations that would allow this employee to be able to perform the job functions listed in Paragraph 7.

Needs Freezer/Cooling Unit in Hotel Motel to store Insulin supplies safely

9. Is the need for accommodation likely to be temporary or permanent? If temporary, how long do you estimate the need for accommodation will exist?

10. Would performing any of the job functions listed result in a direct safety or health threat to this employee or other people (co-workers, members of the general public, etc.)?

☐ Yes ☒ No See #1

If yes, please describe:
which job function(s) would pose such a threat:

the direct safety or health threat posed.

any reasonable accommodations that would eliminate the direct safety or health threat, or reduce it to an acceptable level.

11. Does the impairment affect the employee's ability to safely perform any one of the essential job functions of the position? Please refer to the attached job description.

[ ] Yes [X] No See #11

If yes, please describe the impact on the person's ability to perform specific functions.

12. Are there any accommodations that in your opinion would allow the employee to safely perform the essential functions of the job? If so, describe those accommodations.

See #8, Flexibility is essential for his health & safety

13. If the employee cannot perform the essential functions of the position with our without an accommodation, what type of work, if any, can the employee perform with or without an accommodation? Please be specific.

Signature: [signature] Title: MD Date: 1/4/24

Professional license or specialty

Printed Name and Address:
[illegible], MD
[illegible] N. Market St 99208
Spokane, WA

**Ryder**

# EMPLOYEE REQUEST FOR ACCOMMODATION

Date: 03-12 24

Employee: PRAVEEN KHURANA

Location:  Job Title:

1. Please provide a brief description of your limitation(s) that relate to your accommodation request:

USING INSULIN REGULARLY. NEED HOTEL ACCOMODATIONS WITH COOLING AND FREEZING

2. How do these limitations affect your ability to perform the essential functions of your job?

CANNOT PASS THROUGH TSA SECURITY AT AIRPORT AND CANNOT KEEP INSULIN IN TEMP

3. Do you have a suggestion on an accommodation (s)? ☑ Yes ☐ No

If yes, please describe:

PROVIDE ME WITH OVERNIGHT ACCOMODATIONS THAT HAVE COOLING AND FREEZING.

Please check the following if applicable:

☑ I have attached a completed Request for Medical Information and Authorization.

☐ The Request for Medical Information and Authorization is being sent under separate cover.

☐ I have not seen my physician. My appointment is ______.

If you have any questions regarding my request, please contact me at ______

[signature] 03-12-24

Employee Signature Date

ADA-ERFA Form # 6 (Rev 1-14-2014)

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**
**Encounter Date: 03/14/2024**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (63yo, M) ID# 616109 | **Appt. Date/Time** | 03/14/2024 02:20PM |
| **DOB** | 10/29/1960 | **Service Dept.** | Market Street Clinic |
| **Provider** | LICH PHAM, MD | | |
| **Insurance** | Med Primary: CENTENE - COORDINATED CARE (MEDICAID REPLACEMENT - HMO)<br>Insurance # : U4907624001<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: check now | | |

## Chief Complaint

None recorded.

## Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**

SPOKANE URGENT CARE VALLEY PHARMACY (ERX): 1502 N VERCLER, SPOKANE, WA 99216, Ph (509) 777-1010, Fax (509) 232-0984

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in (170.18 cm) 03/14/2024 02:10 pm | **Wt:** | 211 lbs 2 oz With clothes (95.76 kg) 03/14/2024 02:17 pm | **BMI:** | 33.1 03/14/2024 02:17 pm |
| **BP:** | 112/80 sitting L arm 03/14/2024 02:19 pm | **BP Cuff Size:** | adult 03/14/2024 02:10 pm | **Pulse:** | 85 bpm regular 03/14/2024 02:18 pm |
| **RR:** | 16 03/14/2024 02:18 pm | **T:** | 97.9 F° oral (36.61 C) 03/14/2024 02:18 pm | **O2Sat:** | 99% Room Air at Rest 03/14/2024 02:18 pm |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

**Farxiga 10 mg tablet** — 01/03/24 prescribed
Take 1 tablet(s) every day by oral route.
**Internal Note:** Taking 2 pills a day

**lancets 30 gauge** — 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** — 01/03/24 prescribed
INJECT 28 UNITS UNDER THE SKIN EVERY DAY

**lisinopriL 2.5 mg tablet** — 10/03/23 prescribed
TAKE 1 TABLET BY MOUTH EVERY DAY

**naloxone 4 mg/actuation nasal spray** — 04/07/23 prescribed
For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives

**nitroglycerin 0.4 mg sublingual tablet** — 12/19/23 filled
DISSOLVE 1 TABLET UNDER THE TONGUE EVERY 5 MINUTES AS NEEDED FOR CHEST PAIN. DO NOT EXCEED A TOTAL OF 3 DOSES IN 15 MINUTES. IF NO RELIEF CALL 911/SEEK EMERGENCY HELP

**rosuvastatin 20 mg tablet** — 09/12/23 prescribed
Take 1 tablet(s) every day by oral route.

**tamsulosin 0.4 mg capsule** — 10/03/23 prescribed
TAKE 1 CAPSULE BY MOUTH EVERY DAY

**TechLITE Pen Needle 31 gauge x 5/16"** — 02/27/23 filled
Use as daily with lantus subcutaneous injection

**Toprol XL 25 mg tablet,extended release** — 01/09/24 prescribed
Take 1 tablet(s) every day by oral route.
**Internal Note:** 340B Eligible Cardiology Referral 110/07/23 Written by Nancy Koster Providence Cardiology (509)455-8820 Last PCP: 01/08/24.

**True Metrix Glucose Test Strip** — 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** — 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**Trueresult Blood Glucose System kit** — 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 4.5 mg/0.5 mL subcutaneous pen injector** — 02/19/24 prescribed
Inject 4.5 mg every week by subcutaneous route.

**Viagra 50 mg tablet** — 02/22/24 prescribed
Take 1 tablet(s) every day by oral route.

Med Rec 1/3/24 CERobinson

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 mRNA, LNP-S, bivalent, PF 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc. | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA766B6 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc. | 11/04/18 | HepB 07/2[illegible]/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CC |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/27/23 | 0.5 mL | Intramuscular | Deltoid, Left | 49281042388 | U8202CA | Sanofi Pasteur | 08/30/24 | Inactivated Influenza 08/06/2021 | 10/27/23 | Chantel Robinson, PHARMD |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CC |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 08/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/08/14 | | Intramuscular | | | K004542 | | 08/18/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

Some vaccines listed in Document: #38005305 could not be added to this patient's chart. Please review this document and add these vaccines to the patient's chart manually as needed.

## Problems

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C - <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Increased body mass index - Onset: 07/06/2023
- Adjustment disorder - Onset: 06/28/2022
- Eye muscle imbalance - Onset: 07/06/2023
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Hernia of abdominal wall - Onset: 12/13/2019
- Benign prostatic hyperplasia - Onset: 10/03/2023
- Osteoarthritis of knee - left
- Syncope - Onset: 11/02/2023
- Vertigo - Onset: 01/31/2024
- Sleep apnea - Onset: 01/31/2024
- Chronic cough - Onset: 05/09/2017
- Chest pain - Onset: 12/19/2023
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left
- Acquired trigger finger of right index finger - Onset: 10/24/2023

## Family History

Family History not reviewed (last reviewed 02/15/2024)

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 03/05/2024)
**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Substance Use**
Cannabis or marijuana use?: No
Ever been in treatment for alcohol or drug use/abuse?: No
What is your level of alcohol consumption?: Occasional
Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
What was the date of your most recent tobacco screening?: 02/15/2024
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 01/31/2024
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate
**Diet and Exercise**
Can you walk up a flight of stairs without stopping to rest?: Yes
Does child eat well-balanced meals?: Yes
What is your exercise level?: Moderate
What type of diet are you following?: Regular
**Home and Environment**

Has weapons/firearms at home?: No
What is your home situation?: Other
Have there been any changes to your family or social situation?: No
Do you have any siblings?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes

**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes

**Public Health and Travel**
Have you recently traveled abroad?: No
Symptoms of fever, cough, or shortness of breath?: No
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No

**Advance Directive**
Is blood transfusion acceptable in an emergency?: No

**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
How are your grades?: Good
Are you currently employed?: No
What is your occupation?: Cook

**Activities of Daily Living**
When was your last dental cleaning?: 01/19/2024
When was your last physical exam?: 02/15/2024
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Pre-Screener PRAPARE**
Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 11/08/2023

**PRAPARE**
PRAPARE Screening Completed on:: 11/08/2023
Are you worried about losing your housing?: Yes
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
Hookah use?: No
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
Illicit drugs: No

**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes

**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Past Medical History not reviewed (last reviewed 02/22/2024)
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Colonoscopy: Y - **colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: Y - **hyperlipidemia**
Hypertension: Y - **essential hypertension; benign hypertension**
Lung Disease: Y - **solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: Y - **osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: Y - **obesity; body mass index 30+**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

Praveen is a 63 year old male who presents to complete paperwork.

Patient is requesting accommodations for overnight stay to be at places where there is freezing/cooling Units so that he can store his insulins safely and passed through air for security without any issues.

His nuclear stress test was negative on 02/24/2024. There was no ischemic changes at all.

He still needs to complete sleep study, echocardiogram, and EEG. He has information for sleep study and echocardiogram.

## ROS

**ROS as noted in the HPI**

## Physical Exam

General: comfortable, well-developed, and in no distress.
Extremities: no cyanosis or lower extremity edema.
Neurologic: Grossly normal exam, moves all extremities equally with no gross deficits.
Skin: no rashes or skin lesions noted.
Pulses: strong dorsal pedal pulses bilaterally.
Psych: Alert and cooperative, full affect with linear thought process, answers questions appropriately with good eye contact.

## Assessment / Plan

**1. Syncope -**
No new events.

Current recommendations from Cardiology involves no arrhythmia or underlying causes of syncope from a cardiac standpoint noticed yet pending echocardiogram results but the Holter monitor did not show any arrhythmia that is consistent with atrial fibrillation. Therefore, I feel out the form to clear him for DOT regarding atrial fibrillation but further evaluation is needed for workup of syncope completely.

-continue to complete the list below. Gave him ENT and sleep medicine phone number to call.

-syncopal episode 10/2023 and failed DOT exam both on 10/24/23 and 1/6/24. reports he had a brief syncopal episode, recalls losing consciousness for a few seconds , vision started getting dark, when consciousness recovered he found his truck on the other side of the road. unknown trigger
-hx of paroxysmal afib in distant past never anticoagulated and not currently taking anything including ASA.
-6day heart monitor 1/31/24 no arrhythmia. Pt reported to different providers with different stories, previously said that he was experiencing syncope when he was wearing the monitor and he pushed a but but to me he said that he was messing around with the device to make sure it was working.
-stress test 02/21/2024 normal for ischemia
-He still needs to complete sleep study, echocardiogram, and EEG. He has information for sleep study and echocardiogram.
-EEG and neurology ordered 3/14

R55: Syncope and collapse

- NEUROLOGIST REFERRAL - Schedule Within: provider's discretion
- ELECTROENCEPHALOGRAM

**2. Diabetes mellitus -**
Filled out paperwork regarding accommodations for storing insulin in freezer/cooling unit. I did fill out to make sure that he needs to complete the echocardiogram, sleep study, and EEG.
E11.9: Type 2 diabetes mellitus without complications

Return to Office
- Hesham Sagayer, BDS for Dental Restorative 60 at Denny Murphy Dental on 06/05/2024 at 09:45 AM
- Brianna Shasky, RDH for Dental Scaling at Denny Murphy Dental on 07/19/2024 at 08:30 AM
- for POE at Denny Murphy Dental on or around 03/05/2025

Encounter Sign-Off
Encounter signed-off by Lich Pham, MD, 03/14/2024.

Encounter performed and documented by Lich Pham, MD
Encounter reviewed & signed by Lich Pham, MD on 03/14/2024 at 2:55pm

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**
**Encounter Date: 02/22/2024**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (63yo, M) ID# 616109 | **Appt. Date/Time** | 02/22/2024 01:00PM |
| **DOB** | 10/29/1960 | **Service Dept.** | Market Street Clinic |
| **Provider** | LICH PHAM, MD | | |
| **Insurance** | Med Primary: CENTENE - COORDINATED CARE (MEDICAID REPLACEMENT - HMO)<br>Insurance # : U4907624001<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

None recorded.

## Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**
SPOKANE URGENT CARE VALLEY PHARMACY (ERX): 1502 N VERCLER SPOKANE, WA 99216, Ph (509) 777-1010, Fax (509) 232-0984

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in (170.18 cm) 02/22/2024 12:55 pm | **Wt:** | 208 lbs 2 oz With clothes (94.4 kg) 02/22/2024 12:58 pm | **BMI:** | 32.6 02/22/2024 12:58 pm |
| **BP:** | 120/74 sitting R arm 02/22/2024 01:00 pm | **BP Cuff Size:** | adult 02/22/2024 12:55 pm | **Pulse:** | 67 bpm regular 02/22/2024 12:59 pm |
| **RR:** | 16 02/22/2024 12:59 pm | **T:** | 97.6 F° oral (36.44 C) 02/22/2024 12:59 pm | **O2Sat:** | 99% Room Air at Rest 02/22/2024 12:59 pm |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

**Farxiga 10 mg tablet** — 01/03/24 prescribed
Take 1 tablet(s) every day by oral route.
**Internal Note:** Taking 2 pills a day

**lancets 30 gauge** — 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** — 01/03/24 prescribed
INJECT 28 UNITS UNDER THE SKIN EVERY DAY

**lisinopriL 2.5 mg tablet** 10/03/23 prescribed
TAKE 1 TABLET BY MOUTH EVERY DAY

**naloxone 4 mg/actuation nasal spray** 04/07/23 prescribed
For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives

**nitroglycerin 0.4 mg sublingual tablet** 12/19/23 filled
DISSOLVE 1 TABLET UNDER THE TONGUE EVERY 5 MINUTES AS NEEDED FOR CHEST PAIN. DO NOT EXCEED A TOTAL OF 3 DOSES IN 15 MINUTES. IF NO RELIEF CALL 911/SEEK EMERGENCY HELP

**rosuvastatin 20 mg tablet** 09/12/23 prescribed
Take 1 tablet(s) every day by oral route.

**tamsulosin 0.4 mg capsule** 10/03/23 prescribed
TAKE 1 CAPSULE BY MOUTH EVERY DAY

**TechLITE Pen Needle 31 gauge x 5/16"** 02/27/23 filled
Use as daily with lantus subcutaneous injection

**Toprol XL 25 mg tablet,extended release** 01/09/24 prescribed
Take 1 tablet(s) every day by oral route.
**Internal Note:** 340B Eligible Cardiology Referral 110/07/23 Written by Nancy Koster Providence Cardiology (509)455-8820 Last PCP: 01/08/24.

**True Metrix Glucose Test Strip** 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**Trueresult Blood Glucose System kit** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 4.5 mg/0.5 mL subcutaneous pen injector** 02/19/24 prescribed
Inject 4.5 mg every week by subcutaneous route.

**Viagra 50 mg tablet** 02/22/24 prescribed
Take 1 tablet(s) every day by oral route.

Med Rec 1/3/24 CERobinson

## Vaccines

Vaccines not reviewed (last reviewed 02/15/2024)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF, 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/19/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/05/16 | Amber Hegstad MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CC |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/27/23 | 0.5 mL | Intramuscular | Deltoid, Left | 49281042388 | U8202CA | Sanofi Pasteur | 06/30/24 | Inactivated Influenza 08/06/2021 | 10/27/23 | Chantel Robinson PHARMD |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CC |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20 polysaccharide CRM197 conjugate adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

Some vaccines listed in Document: #38005305 could not be added to this patient's chart. Please review this document and add these vaccines to the patient's chart manually as needed.

## Problems

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Increased body mass index - Onset: 07/06/2023
- Adjustment disorder - Onset: 06/28/2022
- Eye muscle imbalance - Onset: 07/06/2023
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Hernia of abdominal wall - Onset: 12/13/2019
- Benign prostatic hyperplasia - Onset: 10/03/2023
- Osteoarthritis of knee - left
- Syncope - Onset: 11/02/2023
- Vertigo - Onset: 01/31/2024
- Sleep apnea - Onset: 01/31/2024
- Chronic cough - Onset: 05/09/2017
- Chest pain - Onset: 12/19/2023
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left
- Acquired trigger finger of right index finger - Onset: 10/24/2023

## Family History

Family History not reviewed (last reviewed 02/15/2024)

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Reviewed Social History

**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Substance Use**
Cannabis or marijuana use?: No
Ever been in treatment for alcohol or drug use/abuse?: No
What is your level of alcohol consumption?: Occasional
Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
What was the date of your most recent tobacco screening?: 02/15/2024
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 01/31/2024
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate
**Diet and Exercise**
Can you walk up a flight of stairs without stopping to rest?: Yes
Does child eat well-balanced meals?: Yes
What is your exercise level?: Moderate
What type of diet are you following?: Regular
**Home and Environment**

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

Has weapons/firearms at home?. No
What is your home situation?: Other
Have there been any changes to your family or social situation?: No
Do you have any siblings?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Public Health and Travel**
Have you recently traveled abroad?: No
Symptoms of fever, cough, or shortness of breath?: No
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
How are your grades?: Good
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
When was your last dental cleaning?: 01/19/2024
When was your last physical exam?: (Notes: January 2020)
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing?: No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Pre-Screener PRAPARE**
Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 11/08/2023
**PRAPARE**
PRAPARE Screening Completed on:: 11/08/2023
Are you worried about losing your housing?: Yes
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
Hookah use?: No
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
Illicit drugs: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 02/15/2024)

- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y - allergic rhinitis**
Arthritis: **Y - osteoarthritis of left knee**
Asthma: **Y - asthma**
Colonoscopy: **Y - colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: **Y - diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: **Y - hyperlipidemia**
Hypertension: **Y - essential hypertension; benign hypertension**
Lung Disease: **Y - solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: **Y - osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: **Y - obesity; body mass index 30+**
Other: **Y - dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

Praveen is a 63 year old male who presents with chief c/o prostate issues he would like to discuss with PCP. He also inquires about paperwork issues for DOT physical that we previously filled out. Patient's responses to me were vague and requested to speak to provider about the issue.

Patient is actually asking for us to fill out the clearance for atrial fibrillation document to notify them that there is no atrial fibrillation arrhythmia noted on the Holter monitor. The monitor was completed on 01/08/2024 is scanned in chart.

Patient complains about dry ejaculation with tamsulosin does not want to take the medication and he was asking about TURP as a medication to take but when realize that it is a procedure and surgery, he is okay to continue the tamsulosin medications since it is helping him. He wonders about erectile dysfunction as to lot of fill was not helping him. He is okay with switching to Viagra.

## ROS

**ROS as noted in the HPI**

## Physical Exam

General: comfortable, well-developed, and in no distress.
HEENT: atraumatic, normocephalic. PERRL, EOMI. ears normal and TM gray and flat. Mouth pink and moist. no exudates. No cervical adenopathy, normal ROM.
Cardiovascular: RRR with no murmurs or gallops. Extremities are warm and well-perfused. Cap refill <2s
Lungs: CTA bilaterally with no crackles or wheezes, normal respiratory effort.
Abdomen: Soft, non-tender, non-distended with no rebound or guarding. Normoactive bowel tones.
Extremities: no cyanosis or lower extremity edema.
Neurologic: Grossly normal exam, moves all extremities equally with no gross deficits.
Skin: no rashes or skin lesions noted.
Pulses: strong dorsal pedal pulses bilaterally.
Psych: Alert and cooperative, full affect with linear thought process, answers questions appropnately with good eye contact.

## Assessment / Plan

**1. Benign prostatic hyperplasia -**
Patient continues to see benefit from the medication for urination.
-continue tamsulosin 0.4 mg. Discussed that TURP procedure is unlikely to be indicated at this point.
-follow-up PCP as scheduled.
N40.0: Benign prostatic hyperplasia without lower urinary tract symptoms

**2. Erectile dysfunction -**
Patient is currently not taking nitroglycerin and says that Cialis does not help enough previously. Will try Viagra.
F52.21: Male erectile disorder

- Viagra 50 mg tablet - Take 1 tablet(s) every day by oral route. Qty: (30) tablet Refills: 2 Pharmacy: CHAS MARKET STREET PHARMACY

**3. Syncope -**
Current recommendations from Cardiology involves no arrhythmia or underlying causes of syncope from a cardiac standpoint noticed yet pending echocardiogram and stress test results but the Holter monitor did not show any arrhythmia that is consistent with

atrial fibrillation. Therefore, I feel out the form to clear him for DOT regarding atrial fibrillation but further evaluation is needed for workup of syncope completely.
-continue to complete the list below. Gave him ENT and sleep medicine phone number to call.

-syncopal episode 10/2023 and failed DOT exam both on 10/24/23 and 1/6/24. reports he had a brief syncopal episode, recalls losing consciousness for a few seconds , vision started getting dark, when consciousness recovered he found his truck on the other side of the road. unknown trigger
-hx of paroxysmal afib in distant past never anticoagulated and not currently taking anything including ASA,
-6day heart monitor 1/31/24 no arrhythmia. Pt reported to different providers with different stories. previously said that he was experiencing syncope when he was wearing the monitor and he pushed a but but to me he said that he was messing around with the device to make sure it was working.
-stress test 02/21/2024 pending results
-echo not yet completed,
-sleep apnea evaluation not yet completed.

R55: Syncope and collapse

## Return to Office

- for POE at Latah Dental on or around 03/02/2024
- Hesham Sagayer, BDS for POE at Denny Murphy Dental on 03/05/2024 at 10:00 AM
- Brianna Shasky, RDH for Dental Scaling at Denny Murphy Dental on 07/19/2024 at 08:30 AM

## Encounter Sign-Off

Encounter signed-off by Lich Pham, MD, 02/22/2024.

Encounter performed and documented by Lich Pham, MD
Encounter reviewed & signed by Lich Pham, MD on 02/22/2024 at 3:00pm

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

**Encounter Date: 01/11/2024**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (63yo, M) ID# 616109 | **Appt. Date/Time** | 01/11/2024 03:00PM |
| **DOB** | 10/29/1960 | **Service Dept.** | Market Street Clinic |
| **Provider** | LICH PHAM, MD | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 985101684<br>Policy/Group # : 142290<br>Med Cash. SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: check now | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** KATHLEEN SIONZON-OGDEN ARNP: 5921 N MARKET ST, SPOKANE, WA 99208-2484, Ph (509) 444-8888, Fax (509) 444-7806 NPI: 1295329365

## Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**

SPOKANE URGENT CARE VALLEY PHARMACY (ERX): 1502 N VERCLER, SPOKANE, WA 99216, Ph (509) 777-1010, Fax (509) 232-0984

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in (170.18 cm) 01/11/2024 02:42 pm | **Wt:** | 213 lbs 8 oz With clothes (96.84 kg) 01/11/2024 02:54 pm | **BMI:** | 33.4 01/11/2024 02:54 pm |
| **BP:** | 116/78 sitting L arm 01/11/2024 02:58 pm | **BP Cuff Size:** | adult 01/11/2024 02:43 pm | **Pulse:** | 78 bpm regular 01/11/2024 02:54 pm |
| **RR:** | 16 01/11/2024 02:54 pm | **T:** | 97.9 F° oral (36.61 C) 01/11/2024 02:55 pm | **O2Sat:** | 98% Room Air at Rest 01/11/2024 02:54 pm |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**LEVEMIR U-100 INSULIN:** Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

**atenoloL 50 mg tablet** 02/27/23 filled
TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED

**Farxiga 10 mg tablet** 01/03/24 prescribed
Take 1 tablet(s) every day by oral route.
**Internal Note:** Taking 2 pills a day

| | | |
|---|---|---|
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 28 UNITS UNDER THE SKIN EVERY DAY | 01/03/24 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 10/03/23 | prescribed |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>DISSOLVE 1 TABLET UNDER THE TONGUE EVERY 5 MINUTES AS NEEDED FOR CHEST PAIN. DO NOT EXCEED A TOTAL OF 3 DOSES IN 15 MINUTES. IF NO RELIEF CALL 911/SEEK EMERGENCY HELP | 12/19/23 | filled |
| **rosuvastatin 20 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 09/12/23 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED | 06/09/23 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 10/03/23 | prescribed |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |
| **Toprol XL 25 mg tablet,extended release**<br>Take 1 tablet(s) every day by oral route.<br>**Internal Note:** 340B Eligible Cardiology Referral 110/07/23 Written by Nancy Koster Providence Cardiology (509)455-8820 Last PCP: 01/08/24. | 01/09/24 | prescribed |
| **True Metrix Glucose Test Strip**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 04/27/22 | filled |
| **TRUEplus Lancets 28 gauge**<br>USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED | 03/09/22 | filled |
| **Trueresult Blood Glucose System kit**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014 | 10/10/14 | started |
| **Trulicity 4.5 mg/0.5 mL subcutaneous pen injector**<br>Inject 4.5 mg every week by subcutaneous route. | 01/03/24 | prescribed |

Med Rec 1/3/24 CERobinson

Vaccines

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

## Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF, 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 08/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstac, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/28/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/28/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| **Diphtheria, Tetanus, Pertussis** | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| **Hepatitis A** | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstac, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| **Hepatitis B** | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co., Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CC |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstac, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| **Influenza** | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/27/23 | 0.5 mL | Intramuscular | Deltoid, Left | 49281042388 | U8202CA | Sanofi Pasteur | 06/30/24 | Inactivated Influenza 08/06/2021 | 10/27/23 | Chantel Robinson PHARMD |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ046AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CC |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstac, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| **Pneumococcal** | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pneumococcal conjugate PCV20 polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hecstac MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/08/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

Some vaccines listed in Document: #38005305 could not be added to this patient's chart. Please review this document and add these vaccines to the patient's chart manually as needed.

## Problems

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Increased body mass index - Onset: 07/06/2023
- Adjustment disorder - Onset: 06/28/2022
- Eye muscle imbalance - Onset: 07/06/2023
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Hernia of abdominal wall - Onset: 12/13/2019
- Benign prostatic hyperplasia - Onset: 10/03/2023
- Osteoarthritis of knee - left
- Syncope - Onset: 11/02/2023
- Chronic cough - Onset: 05/09/2017
- Chest pain - Onset: 12/19/2023
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left
- Acquired trigger finger of right index finger - Onset: 10/24/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Reviewed Social History

**Marriage and Sexuality**

Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried

**Substance Use**

Cannabis or marijuana use?: No
Ever been in treatment for alcohol or drug use/abuse?: No
What is your level of alcohol consumption?: Occasional
Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
What was the date of your most recent tobacco screening?: 01/04/2024
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022

Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate

**Diet and Exercise**
Can you walk up a flight of stairs without stopping to rest?: Yes
Does child eat well-balanced meals?: Yes
What is your exercise level?: Moderate
What type of diet are you following?: Regular

**Home and Environment**
Has weapons/firearms at home?: No
What is your home situation?: Other
Have there been any changes to your family or social situation?: No
Do you have any siblings?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes

**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes

**Public Health and Travel**
Have you recently traveled abroad?: No
Symptoms of fever, cough, or shortness of breath?: No
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No

**Advance Directive**
Is blood transfusion acceptable in an emergency?: No

**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
How are your grades?: Good
Are you currently employed?: No
What is your occupation?: Cook

**Activities of Daily Living**
When was your last dental cleaning?: 03/11/2022
When was your last physical exam?: (Notes: January 2020)
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Pre-Screener PRAPARE**
Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 11/08/2023

**PRAPARE**
PRAPARE Screening Completed on:: 11/08/2023
Are you worried about losing your housing?: Yes
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
Hookah use?: No

Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
Illicit drugs: No

**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes

**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Colonoscopy: Y - **colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: Y - **hyperlipidemia**
Hypertension: Y - **essential hypertension; benign hypertension**
Lung Disease: Y - **solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: Y - **osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: Y - **obesity; body mass index 30+**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

Praveen is a 63 year old male who presents for completion of diabetes assessment form.

Patient gave me a DOT form for correlation to the medical examiner specific to the case so that they can clear him for diabetes and await the results forward cardiologist workup for syncope.

Bump on left side of butt

## ROS

**ROS as noted in the HPI**

## Physical Exam

General: comfortable, well-developed, and in no distress.
Buttock: Small nontender noninflamed 3 mm in size buttock cyst.
Extremities: no cyanosis or lower extremity edema.
Neurologic: Grossly normal exam, moves all extremities equally with no gross deficits.
Skin: no rashes or skin lesions noted.
Pulses: strong dorsal pedal pulses bilaterally.
Psych: Alert and cooperative, full affect with linear thought process, answers questions appropriately with good eye contact.

## Assessment / Plan

**1. Type 2 diabetes mellitus without complication** -
Form filled out and is in the chart. He is currently under consistent care and has been adherent to his diabetic regiment which clears him from my point of view for DOT physical.

Pending cardiac evaluation assessment for syncope.
E11.9: Type 2 diabetes mellitus without complications

**2. Sebaceous cyst of skin** -
Left buttock 3 mm in size firm, nontender non erythematous without any signs of fluctuance or inflammation.
-monitor, offered surgery in the future if worsens.
L72.3: Sebaceous cyst

Return to Office

- Mouayed Karem-Hamid, DDS for Dental Exam/Limited at Maple Dental on 01/17/2024 at 11:30 AM
- Kathleen Sionzon-Ogden, ARNP for Office Visit 20 at Market Street Clinic on 01/31/2024 at 09:20 AM
- Chantel Robinson, PharmD for Video Visit 40 - Qure4u at Cheney Health Center on 01/31/2024 at 02:00 PM
- Kathleen Sionzon-Ogden, ARNP for Office Visit 20 at Market Street Clinic on 02/05/2024 at 08:40 AM
- for POE at Latah Dental on or around 03/02/2024

Encounter Sign-Off

Encounter signed-off by Lich Pham, MD, 01/11/2024.

Encounter performed and documented by Lich Pham, MD
Encounter reviewed & signed by Lich Pham, MD on 01/11/2024 at 3:24pm

## Imaging Results

### KNEE TWO VIEWS BILATERAL (#40913607, Final, 04/22/2024 2:13pm)

RIGHT KNEE TWO VIEWS
LEFT KNEE TWO VIEWS

CLINICAL INFORMATION:
Bilateral persistent knee pain.

COMPARISON:
None

FINDINGS:
Right Knee:
No fracture or dislocation is identified. Effusion cannot be assessed.
There is minimal femorotibial DJD.

Left Knee:
No fracture or dislocation is identified. Effusion cannot be assessed.
There is minimal femorotibial DJD.

IMPRESSION:
Minimal bilateral femorotibial DJD.

Final Report Signed by: Gregory Sterne, M.D.
Inland Imaging, PS
Sign Date/Time: 04/22/2024 2:23 PM PDT

## ELBOW COMPLETE, MINIMUM THREE VIEWS (#40891537, Final, 04/21/2024 2:48pm)

RIGHT ELBOW COMPLETE, MINIMUM THREE VIEWS

CLINICAL INFORMATION:
Acute right elbow pain with sudden ulnar paresthesia for two weeks.

COMPARISON:
None

FINDINGS:
Probable old posttraumatic osteoarthrosis of the radiocapitellar joint. No large joint effusion. Trochlear osteoarthrosis as well. This involves the sublime tubercle of the ulna.

IMPRESSION:
Probable old posttraumatic osteoarthrosis of the radiocapitellar joint. Irregularity of the sublime tubercle, which is the ulnar collateral ligament attachment site. Also probably posttraumatic osteoarthrosis of this area.

Final Report Signed by: Michael Kirsch, M.D.
Inland Imaging, PS
Sign Date/Time: 04/21/2024 3:12 PM PDT

**PROVIDENCE SACRED HEART CARDIOVASCULAR IMAGING**
**CENTER HEART INSTITUTE**
**62 W 7TH AVE STE 230**
**SPOKANE WA 99204-2321**
**509-455-8820**
**Imaging Result Report**

# NM Nuclear Stress Test (Exercise)

| | | | |
|---|---|---|---|
| **Patient:** | Khurana, Praveen | **Exam Date:** | 02/21/2024 09:45 |
| **DOB:** | 10/29/1960 | **Ordering Clinician:** | Nancy Koster |
| **MRN:** | 60011330969 | **Reading Physician:** | Dieter Frantz Lubbe, MD<br>Dieter Frantz Lubbe, MD |
| **Phone:** | 208-413-0165 | **Reason:** | Chest pain/anginal equiv, intermediate CAD risk, treadmill candidate |
| **Gender:** | Male | **Indications:** | Precordial pain |

**Final Impression/Recommendation**

CONCLUSION:
Normal treadmill nuclear perfusion stress test to 10 METS

ECG:
- No ischemic changes. No angina. Duke treadmill score 9 (low risk)

PERFUSION IMAGING:
- Normal perfusion with no evidence of significant reversible or fixed defects
- Normal wall motion
- Normal LVEF 61%
- No TID

This is a normal/low risk stress result

**Summary Conclusions**

Perfusion Conclusion
LV perfusion is normal. There is no evidence of inducible ischemia.

Stress Test Conclusion
The ECG and SPECT imaging portions of the stress study are concordant with no evidence of stress induced myocardial ischemia. The following factors support a low (< 1%) risk of inducible myocardial ischemia

**Imaging Contrast/Medications:**

technetium TC-99M sestamibi (CARDIOLITE) injection 9.7 millicurie
Given: 9.7 millicurie Intravenous

technetium TC-99M sestamibi (CARDIOLITE) injection 27.5 millicurie
Given: 27.5 millicurie Intravenous

**Nuclear Findings**

**PROVIDENCE SACRED HEART CARDIOVASCULAR IMAGING**
**CENTER HEART INSTITUTE**
**62 W 7TH AVE STE 230**
**SPOKANE WA 99204-2321**
**509-455-8820**
**Imaging Result Report**

# NM Nuclear Stress Test (Exercise)

| | | | |
|---|---|---|---|
| **Patient:** | Khurana, Praveen | **Exam Date:** | 02/21/2024 09:45 |
| **DOB:** | 10/29/1960 | **Ordering Clinician:** | Nancy Koster |
| **MRN:** | 60011330969 | **Reading Physician:** | Dieter Frantz Lubbe, MD<br>Dieter Frantz Lubbe, MD |
| **Phone:** | 208-413-0165 | **Reason:** | Chest pain/anginal equiv, intermediate CAD risk, treadmill candidate |
| **Gender:** | Male | **Indications:** | Precordial pain |

**Nuclear Findings (continued)**

Nuclear Study Quality

A perfusion 1-day rest/stress protocol was performed. Prone imaging was performed. Overall image quality is good. Soft tissue artifact is present.

Nuclear Ejection Fraction

Left ventricle ejection fraction was 61 %.

Perfusion Defect Other Findings

There is no evidence of transient ischemic dilation (TID). TID value is 0.78

Stress Function Comments

Left ventricular function post-stress is normal. Stress end diastolic volume 66 mL. Stress end systolic volume 26 mL.

Rest Function Comments

Left ventricular function at rest was normal.

**Stress ECG Findings**

Resting ECG

ECG is abnormal. Resting ECG shows no ST-segment deviation. The ECG shows normal sinus rhythm with nonspecific ST-T wave abnormalities, inverted T waves in III, poor R wave progression and low voltage

Stress Test

A Bruce protocol stress test was performed. Overall, the patient's exercise capacity was excellent for their age. The patient exercised for 8 min and 45 sec. The patient experienced no angina during the test. The test was stopped because the patient experienced fatigue and had a hard time keeping up with the treadmill. The patient requested the test to be stopped. O2 sat at peak exercise was 98%. Blood pressure demonstrated a normal response and heart rate demonstrated a normal response to stress. The patient's heart rate recovery was normal.

Measurements:
- Workload achieved: 10.3 METS
- Baseline heart rate: 82 bpm
- Baseline blood pressure: 138/79 mmHg
- Peak heart rate: 130 bpm
- Peak blood pressure: 196/90 mmHg
- Target heart rate: 133 bpm
- % of max predicted heart rate achieved: 83%
- Max predicted heart rate (220-Pt age): 157 bpm
- Rate pressure (double) product: 25,480.00
- The one minute heart rate recovery was 101 bpm

**PROVIDENCE SACRED HEART CARDIOVASCULAR IMAGING**
**CENTER HEART INSTITUTE**
62 W 7TH AVE STE 230
SPOKANE WA 99204-2321
509-455-8820
Imaging Result Report

## NM Nuclear Stress Test (Exercise)

| | | | |
|---|---|---|---|
| **Patient:** | Khurana, Praveen | **Exam Date:** | 02/21/2024 09:45 |
| **DOB:** | 10/29/1960 | **Ordering Clinician:** | Nancy Koster |
| **MRN:** | 60011330969 | **Reading Physician:** | Dieter Frantz Lubbe, MD<br>Dieter Frantz Lubbe, MD |
| **Phone:** | 208-413-0165 | **Reason:** | Chest pain/anginal equiv, intermediate CAD risk, treadmill candidate |
| **Gender:** | Male | **Indications:** | Precordial pain |

**Stress ECG Findings (continued)**

•The two minute heart rate recovery was 92 bpm.

Stress ECG

No ST deviation was noted. There were no arrhythmias during stress. There were no arrhythmias during recovery. The ECG was negative for ischemia.

**Vitals**

| Height | Weight | BMI (calculated) | BP |
|---|---|---|---|
| 1.702 m (5' 7") | 93.9 kg (207 lb) | 32.5 | |

**Reading Providers**

| | Reading Role | Read Date |
|---|---|---|
| Dieter Frantz Lubbe, MD | ECG Reader, SPECT Reader | 2/23/2024 |

**Signing Physician**

Signing Physician: Dieter Frantz Lubbe, MD on 2/23/2024 1:05 PM

**Nuclear Perfusion**

**PROVIDENCE SACRED HEART CARDIOVASCULAR IMAGING**
**CENTER HEART INSTITUTE**
62 W 7TH AVE STE 230
SPOKANE WA 99204-2321
509-455-8820
Imaging Result Report

## NM Nuclear Stress Test (Exercise)

| | | | |
|---|---|---|---|
| **Patient:** | Khurana, Praveen | **Exam Date:** | 02/21/2024 09:45 |
| **DOB:** | 10/29/1960 | **Ordering Clinician:** | Nancy Koster |
| **MRN:** | 60011330969 | **Reading Physician:** | Dieter Frantz Lubbe, MD<br>Dieter Frantz Lubbe, MD |
| **Phone:** | 208-413-0165 | **Reason:** | Chest pain/anginal equiv, intermediate CAD risk, treadmill candidate |
| **Gender:** | Male | **Indications:** | Precordial pain |

**Nuclear Perfusion (continued)**

**Rest** Summed Score: **0** Percent Abnormal: **0.00%**




The left ventricular perfusion is normal.

**PROVIDENCE SACRED HEART CARDIOVASCULAR IMAGING**
**CENTER HEART INSTITUTE**
**62 W 7TH AVE STE 230**
**SPOKANE WA 99204-2321**
**509-455-8820**
**Imaging Result Report**

## NM Nuclear Stress Test (Exercise)

| | | | |
|---|---|---|---|
| **Patient:** | Khurana, Praveen | **Exam Date:** | 02/21/2024 09:45 |
| **DOB:** | 10/29/1960 | **Ordering Clinician:** | Nancy Koster |
| **MRN:** | 60011330969 | **Reading Physician:** | Dieter Frantz Lubbe, MD<br>Dieter Frantz Lubbe, MD |
| **Phone:** | 208-413-0165 | **Reason:** | Chest pain/anginal equiv, intermediate CAD risk, treadmill candidate |
| **Gender:** | Male | **Indications:** | Precordial pain |

**Nuclear Perfusion (continued)**

**Stress** Summed Score: **0** Percent Abnormal **0.00%**




The left ventricular perfusion is normal

Normal Mild Moderate Severe Absence of Uptake

Perfusion Scores

| | Score | Percentage Abnormal |
|---|---|---|
| **SRS** | 0 | 0.00% |
| **SSS** | 0 | 0.00% |
| **SDS** | 0 | 0.00% |

2/2/24, 10:32 AM Khurana, Praveen (MR # 60011330969) Data Source PROVIDENCE WM PRD

**Media Information**

10 of 34 pages printed

Boston Scientific | Preventice Services

# End of Service Report

**Cardiac Event Monitor (CEM)**

**All times in North American Central Time (CST/CDT)**

Preventice Services, LLC
888.500.3522
www.preventiceservices.com

## Patient: Praveen Khurana

| Patient ID | Gender | Date of Birth | Phone | Monitor |
|---|---|---|---|---|
| 60011330969 | Male | 10/29/1960 (63 years) | 208-413-0165 | BodyGuardian Mini PLUS Lite - CEM |

| Physician | Practice |
|---|---|
| NANCY KOSTER | SPOKANE CARDIOLOGY |

Diagnosis Indication for Monitoring:
R00.2: Palpitations; R55: Syncope and collapse; I49.9: Cardiac arrhythmia, unspecified

## Enrollment Info

Period (14 Days):
01/17/2024 - 01/30/2024

Event Counts

| | |
|---|---|
| Critical: 0 | Total: 14 |
| Serious: 0 | PI Trigger: 14 |
| Stable: 14 | Auto Trigger: 0 |




## Summarized Findings

Agree with findings: ☐

Interpreting Physician: ____________________
I have personally reviewed and interpreted this report

Unfiltered ECG data is available by data request up to 30 days after the patient's service end date. Assessing unfiltered patient raw ECG data is recommended when considering rhythm adjudication for medical decision making.

Physician Comments:

Summary:
The patient's monitoring period was 01/17/2024 - 01/30/2024. Baseline sample showed Sinus Rhythm with a heart rate of 96.2 bpm. There were 0 critical, 0 serious, and 14 stable events that occurred. The report analysis of the critical, serious, stable and manually triggered events are listed below.

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER

D.O.B: 10/29/1960 Age: 63 Gender: Male Diagnosis: R00.2 Palpitations; R55 Syncope and collapse; I49.9

Automatically Detected Events:

Manually Detected Events:

3 Stable: Sinus Rhythm
- Chest Pain or Pressure, Passed Out

1 Stable: Sinus Rhythm
- Baseline Chest Pain or Pressure, Passed Out

3 Stable: Sinus Rhythm
- Flutter or Skipped Beats

1 Stable: Sinus Rhythm
- Tired or Fatigued; Chest Pain or Pressure; Flutter or Skipped Beats

2 Stable: Sinus Rhythm
- Chest Pain or Pressure

1 Stable: Sinus Rhythm w/Atrial Run/1st Degree AV Block
- Flutter or Skipped Beats

1 Stable: Sinus Rhythm
- Flutter or Skipped Beats; Tired or Fatigued, Chest Pain or Pressure

1 Stable: Sinus Rhythm w/Artifact
- Tired or Fatigued

1 Stable: Sinus Rhythm
- Tired or Fatigued

End of summarized findings.

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

2/2/24, 10:32 AM Khurana, Praveen (MR # 60011330969) Data Source: PROVIDENCE WM PRD

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER

D.O.B: 10/29/1960 Age: 63 Gender: Male Diagnosis: R00.2 Palpitations; R55 Syncope and collapse; H9.9

## Rhythm Summary

| | Afib | Bradycardia | Tachycardia | Overall |
|---|---|---|---|---|
| Minimum | | 55 bpm on 1/22 at 07:57 PM | 101 bpm on 1/17 at 02:52 PM | 55 bpm on 1/22 at 07:57 PM |
| Average | None Detected | 58 bpm | 100 bpm | 76 bpm |
| Maximum | | 59 bpm on 1/20 at 07:58 AM | 127 bpm on 1/17 at 11:08 PM | 127 bpm on 1/17 at 11:09 PM |
| Longest | | 00:07:02 on 1/22 at 08:00 PM | 00:23:53 on 1/17 at 06:07 PM | Pauses ≥ 3 Seconds: 0 |




Symptoms Legend

1 Chest Pain or Pressure
2 Dizziness
3 Flutter or Skipped Beats
4 Tired or Fatigued
5 Rapid or Fast Heartbeat
6 Passed Out
7 Shortness of Breath
8 Lightheadedness
9 Irregular Heartbeat

## Overall Max & Min HR




Page 3 of 6

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER
D.O.B.: 10/29/1960 Age: 63 Gender: Male Diagnosis: R00.2 Palpitations, R55 Syncope and collapse, N9.9

**Stable**

**1 Rec: 01/18/2024 (Day 2) 12:46 AM Sinus Rhythm** 25 mm/sec, 20 mm/mV Stable



Symptom: Chest Pain or Pressure, Passed Out
Activity: Unavailable
Trans: 01/18/2024 12:55 AM
Type: Patient-Activated
HR: 94.0 BPM

Comments: CRAT/CCT Tech Reviewed

**2 Rec: 01/18/2024 (Day 2) 12:46 AM Sinus Rhythm** 25 mm/sec, 20 mm/mV Stable



Symptom: Chest Pain or Pressure, Passed Out
Activity: Unavailable
Trans: 01/18/2024 12:58 AM
Type: Patient-Activated
HR: 94.0 BPM

Comments: CRAT/CCT Tech Reviewed

**3 Rec: 01/18/2024 (Day 2) 12:47 AM Sinus Rhythm** 25 mm/sec, 40 mm/mV Stable



Symptom: Rashes, Chest Pain or Pressure, Passed Out
Activity: Unavailable
Trans: 01/18/2024 12:52 AM
Type: Patient-Activated
HR: 96.2 BPM

Comments: CRAT/CCT Tech Reviewed

**4 Rec: 01/18/2024 (Day 2) 12:47 AM Sinus Rhythm** 25 mm/sec, 40 mm/mV Stable



Symptom: Chest Pain or Pressure, Passed Out
Activity: Unavailable
Trans: 01/18/2024 12:54 AM
Type: Patient-Activated
HR: 95.0 BPM

Comments: CRAT/CCT Tech Reviewed

**5 Rec: 01/18/2024 (Day 2) 02:22 AM Sinus Rhythm** 25 mm/sec, 40 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/18/2024 02:22 AM
Type: Patient-Activated
HR: 76.0 BPM

Comments: CRAT/CCT Tech Reviewed

**6 Rec: 01/18/2024 (Day 2) 11:19 AM Sinus Rhythm** 25 mm/sec, 20 mm/mV Stable



Symptom: Tired or Fatigued, Chest Pain or Pressure, Flutter
Activity: Unavailable
Trans: 01/18/2024 11:21 AM
Type: Patient-Activated
HR: 60.0 BPM

Comments: CRAT/CCT Tech Reviewed

[illegible]

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER
D.O.B: 10/29/1960 Age: 63 Gender: Male Diagnosis: R00.2 Palpitations, R55 Syncope and collapse, M9.9

7 Rec: 01/19/2024 (Day 3) 05:03 AM Sinus Rhythm — 25 mm/sec, 20 mm/mV Stable



Symptom: Chest Pain or Pressure
Activity: Unavailable
Trans: 01/13/2024 05:04 AM
Type: Patient-Activated
HR: 67.0 BPM

Comments: CRAT/CCT Tech Reviewed

8 Rec: 01/19/2024 (Day 3) 05:34 AM Sinus Rhythm w/Atrial Run/1st Degree AV Block — 25 mm/sec, 10 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/19/2024 05:25 AM
Type: Patient-Activated
HR: 117.0 BPM

Comments: CRAT/CCT Tech Reviewed

9 Rec: 01/19/2024 (Day 3) 05:34 AM Sinus Rhythm — 25 mm/sec, 20 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/19/2024 05:35 AM
Type: Patient-Activated
HR: 71.0 BPM

Comments: CRAT/CCT Tech Reviewed

10 Rec: 01/19/2024 (Day 3) 11:21 AM Sinus Rhythm — 25 mm/sec, 40 mm/mV Stable



Symptom: Flutter or Skipped Beats, Tired or Fatigued, Chest
Activity: Unavailable
Trans: 01/19/2024 11:23 AM
Type: Patient-Activated
HR: 73.0 BPM

Comments: CRAT/CCT Tech Reviewed

11 Rec: 01/19/2024 (Day 3) 08:04 PM Sinus Rhythm — 25 mm/sec, 40 mm/mV Stable



Symptom: Chest Pain or Pressure
Activity: Unavailable
Trans: 01/19/2024 08:05 PM
Type: Patient-Activated
HR: 84.0 BPM

Comments: CRAT/CCT Tech Reviewed

12 Rec: 01/20/2024 (Day 4) 06:22 PM Sinus Rhythm w/Artifact — 25 mm/sec, 20 mm/mV Stable



Symptom: Tired or Fatigued
Activity: Unavailable
Trans: 01/20/2024 06:22 PM
Type: Patient-Activated
HR: 79.0 BPM

Comments: CRAT/CCT Tech Reviewed

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

2/2/24, 10:32 AM Khurana, Praveen (MR # 60011330960) Data Source: PROVIDENCE WM PRD

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER
D.O.B: 10/29/1960 Age: 63 Gender: Male Diagnosis: R00.2: Palpitations, R55: Syncope and collapse; I49.9

13 Rec: 01/21/2024 (Day 5) 12:18 AM Sinus Rhythm 25 mm/sec 10 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/21/2024 12:19 AM
Type: Patient-Activated
HR: 78.6 BPM

Comments: CRAT/CCT Tech Reviewed

14 Rec: 01/21/2024 (Day 7) 05:54 PM Sinus Rhythm 25 mm/sec 20 mm/mV Stable



Symptom: Tired or Fatigued
Activity: Unavailable
Trans: 01/21/2024 05:59 PM
Type: Patient-Activated
HR: 79.0 BPM

Comments: CRAT/CCT Tech Reviewed

## Weekly Max & Min HR Samples

Rec: 01/24/2024 (Day 8) 12:14 AM Maximum HR: 104 BPM 25 mm/sec 20 mm/mV



Rec: 01/24/2024 (Day 8) 09:01 AM Minimum HR: 60 BPM 25 mm/sec 20 mm/mV



Page 6 of 6

Khurana, Praveen (MR # 60011330960) Printed by [5BF875600E87695] at 2/2/2024 10:32 AM 6/11

Boston Scientific | Preventice Services

# Cardiac Report: Day 2 - Stable

Preventice Services, LLC
888.500.3522
www.preventicesservices.com

**Received 01/18/2024 @ 12:52 AM**
**All times in North American Central Time (CST/CDT)**

## Patient: Praveen Khurana

| Patient ID | Gender | Date of Birth | Phone | Monitor |
|---|---|---|---|---|
| 60011330969 | Male | 10/29/1960 (63 years) | 208-413-0165 | BodyGuardian Verité PLUS Lite - MCT |

Physician: NANCY KOSTER
Practice: SPOKANE CARDIOLOGY-DOWNTOW

Diagnosis (Indication for Monitoring): R00.2 Palpitations, R55 Syncope and collapse, I49.9 Cardiac arrhythmia, unspecified

## Enrollment Info

01/17/2024 - 01/30/2024

Day 2 of 14

## Baseline Reference

Recorded: 01/18/2024 12:47 AM Sinus Rhythm 25 mm/sec, 40 mm/mV



Symptom: Baseline Chest Pain or
Activity: Unavailable
Trans: 01/18/2024 12:52 AM
Type: Patient-Activated
HR: 96.2 96.2 BPM

## Current Event

Stable

Sinus Rhythm Recorded: 01/18/2024 12:47:07 AM 25 mm/sec, 40 mm/mV



| Measurements | |
|---|---|
| Rate (bpm) | 98.7 |
| PR (s) | 0.17 |
| QRS (s) | 0.09 |
| QT (s) | 0.34 |
| QTc (s) | 0.43 |

Sinus Rhythm Recorded: 01/18/2024 12:47:14 AM 25 mm/sec, 40 mm/mV



| Measurements | |
|---|---|
| Rate (bpm) | 98.2 |
| PR (s) | 0.19 |
| QRS (s) | 0.09 |
| QT (s) | 0.34 |
| QTc (s) | 0.43 |

## Current Transmission

Received 01/18/2024 @ 12:52 AM

Patient Symptom: Baseline Chest Pain or Pressure, Passed Out

Patient Activity: Unavailable Event Type: PI Trigger Location: Unavailable

Report Analysis: Sinus Rhythm

Comments: CHAT/CCT Tech Reviewed

Interpreting Physician ______________________
I have personally reviewed and interpreted this report

Unfiltered ECG data is available up to 90 days after the patient's service end date. Assessing unfiltered beat-to-beat ECG data on the ECG Insight® system is recommended when confirming rhythm adjudication for medical decision making

© 2023 Preventice Services, LLC, a wholly owned subsidiary of Boston Scientific
[illegible]

Patient: Praveen Khurana | All times in North American Central Time (CST/CDT) | Physician: NANCY KOSTER | Stable

D.O.B.: 10/29/1960 | Age: 63 | Gender: Male | Patient ID: 60011330969 | DxSx: R00.2 Palpitations; R55 Syncope and collapse,




© 2024 Philips

Page 2 of 2

Boston Scientific | Preventice Services

## Cardiac Report: Day 2 - Stable

**Cardiac Event Monitor (CEM)**
**Received 01/18/2024 @ 12:54 AM**
**All times in North American Central Time (CST/CDT)**

Preventice Services, LLC
888.500.3522
www.preventiceservices.com

### Patient: Praveen Khurana

| Patient ID | Gender | Date of Birth | Phone | Monitor |
|---|---|---|---|---|
| 60011330969 | Male | 10/29/1960 (63 years) | 208-413-0165 | BodyGuardian Mini PLUS Lite - CEM |

Physician: NANCY KOSTER
Practice: SPOKANE CARDIOLOGY-DOWNTOW

Diagnosis (Indication for Monitoring): R00.2 Palpitations; R55 Syncope and collapse; I49.9 Cardiac arrhythmia, unspecified

### Enrollment Info

01/17/2024 - 01/30/2024

Day 2 of 14

### Baseline Reference

Recorded: 01/18/2024 12:47 AM Sinus Rhythm 25 mm/sec, 40 mm/mV



Symptom: Baseline Chest Pain or
Activity: Unavailable
Trans: 01/18/2024 12:52 AM
Type: Patient Activated
HR: 96.2-96.2 BPM

### Current Event

Stable

Sinus Rhythm Recorded: 01/18/2024 12:47:17 AM 25 mm/sec, 40 mm/mV



Measurements:

| | |
|---|---|
| Rate (bpm) | 96.0 |
| PR (s) | 0.17 |
| QRS (s) | 0.09 |
| QT (s) | 0.35 |
| QTc (s) | 0.44 |

Sinus Rhythm Recorded: 01/18/2024 12:47:28 AM 25 mm/sec, 40 mm/mV



Measurements:

| | |
|---|---|
| Rate (bpm) | 97.0 |
| PR (s) | 0.17 |
| QRS (s) | 0.09 |
| QT (s) | 0.35 |
| QTc (s) | 0.45 |

### Current Transmission

Received 01/18/2024 @ 12:54 AM

Patient Symptom: Chest Pain or Pressure Passed Out

Patient Activity: Unavailable Event Type: Pt Trigger Location: Unavailable

Report Analysis: Sinus Rhythm

Comments: CRAT/CCT Tech Reviewed

Interpreting Physician: ____________________
I have personally reviewed and interpreted this report

Unfiltered ECG data is available by data request up to 90 days after the patient's service end date. It is strongly suggested that the ECG data is reviewed when confirming rhythm adjudication for medical decision making.

©2021 Preventice Services LLC, a wholly owned subsidiary of Boston Scientific
Copying (or) edited by the attended recipient. Any other use or prohibited and subject to penalties under applicable law.

Patient Praveen Khurana | All times in North American Central Time (CST/CDT) | Physician NANCY KOSTER | Stable
D.O.B.: 10/29/1960 Age 63 Gender Male Patient ID 60011330969 Dx: R00.2 Palpitations; R55 Syncope and collapse;




Page 2 of 2

### Document Information

**Cardiology Imaging: ARRHYTHMIA MONITOR**

**Event Monitor**

**PROVIDENCE SPOKANE CARDIOLOGY DOWNTOWN HI4**
**62 W 7TH AVE STE 450**
**Spokane WA 99204-2321**
**509-455-8820**
**ECG Result Report**

| | | | |
|---|---|---|---|
| Patient: | Khurana, Praveen | Diagnosis: | Palpitations<br>Near syncope<br>Cardiac arrhythmia, unspecified cardiac arrhythmia type |
| DOB: | 10/29/1960 | Reason | abnormal rhythm, syncope, palpitations |
| MRN: | 60011330969 | Clinician: | Nancy Koster |
| Gender: | Male | | |

**Results** **CV Mobile Cardiac Telemetry 2 Week [EKG082] (Order 1180490174)**

**Narrative & Impression**

**PROVIDENCE**
Spokane Heart Institute
Spokane Cardiology

**PATIENT NAME:** Praveen Khurana
**DOB:** 10/29/1960. **AGE:** 63 y.o.
**PRIMARY CARE PROVIDER:** Kathleen R. Sionzon-Ogden, NP
**ORDERING PROVIDER:** Nancy Koster, MD

**Event Monitor Report**

**Setup Date:** January 17, 2024

**Wear Time:** 6 days 19 hours 23 minutes

**Clinical Indications:**
Palpitations, cardiac arrhythmia

**Findings:**
The patient's monitoring period was 01/17/2024 - 01/30/2024. Baseline sample showed Sinus Rhythm with a heart rate of 96.2 bpm. There were 0 critical, 0 serious, and 14 stable events that occurred.

**Conclusion:**
1. 14 day event monitor with approximatly 6.8 days of data (72% of wear time with diagnostic data, artifact 5%, and 23% no data.
2. Rhythm was sinus rhythm with intermittent first degree AV block
3. There were 14 stable events, four events labeled as chest pain/pressure or passing out, 10 events of flutters, fatigue, chest discomfort. All events correlated with sinus rhythm. There was one brief episode of sinus rhythm with mobitz type I AV block which was at 530am.

4. There were no significant pauses, heart block, or arrhythmias detected.

**Interpreting Provider:** Nancy Koster, MD 1/31/2024 7:14 PM PST

**Result Information**

Status: Final result (Exam End: 1/31/2024 14:37)

Khurana, Praveen (MR # 60011330969) Printed by [15287314] at 2/1/2024 10:33 AM

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

## ELECTROCARDIOGRAM (#38523790, 12/28/2023)



## ELECTROCARDIOGRAM (#38523670, 12/28/2023)

| | |
|---|---|
| Interpretation | Review of electrocardiogram taken on 12/28/2023 at Spokane Urgent Care - Valley shows:<br>Rate & Rhythm:<br>Rate & Rhythm: normal sinus rhythm 72rate.<br>Axis:<br>QRS: normal.<br>Intervals:<br>PR Interval: normal.<br>QRS Duration: normal.<br>QT Interval: normal QTc.<br>EKG shows normal sinus rhythm rate of 72, Normal axis, Normal R-wave progression, No ST elevation, depression. When compared to EKG dated November 8, 2023 no gross acute changes are noted. |

COMMUNITY HEALTH ASSOCIATION OF SPOKANE

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

## ELECTROCARDIOGRAM (#37587130, 11/08/2023)



**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**



# AUTHORIZATION TO COMMUNICATE WITH
## Tucker Disability Law, P.A.

I, Praveen Khurana, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703**
(727) 572-5000
(727) 571-1415 – Fax
Tucker@TuckerDisability.com

[signature]
Client's Signature

February 29, 2024
Date

Praveen Khurana
Printed/Typed Name

018649602
Social Security Number

# Authorization to Release Information to Tucker Disability Law

******************************************************************************

Name: Praveen Khurana Date of Birth: October 29, 1960

**By signing below, I authorize any entity to whom this form is presented to communicate with my attorneys, Tucker Disability Law, P.A., and to release any of the following confidential information to Tucker Disability Law, P.A.:**

✓ Claim File / Insurance Claim Records
✓ Employer Records, to include benefits, pay, and disciplinary information
✓ Medical Records (to include HIV/AIDS)
✓ Psychological Records
✓ Drug & Alcohol Treatment Records
✓ Medical Bills
✓ Education and School Records
✓ Government Records (to include Social Security information, SEQY, DEQY)

I need this information for a legal case, and ask that you please deliver this information to:


**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703-2611**
**Fax: (727) 571-1415**


If you have questions, please call Phone: (727) 572-5000.

I understand that any employee of Tucker Disability Law, P.A. may use this authorization to speak with any entity or its employees about me to obtain information.

I understand that I may revoke this release information at any time, provided that I make written notification to this effect, but that revocation has no effect on action already taken.

This Authorization shall be valid for up to 1 year from the date of signature listed below or upon completion of the case, whichever is later, unless otherwise expressly revoked by the signer in writing prior to that time. **A photocopy of this Authorization is as valid as the original.**

I hereby release the records keeper from any liability which may arise as a result of the use of the information contained in the copies of records released. It is presumed that if such information is later used to my damage, that it was obtained as a result of this Authorization.

[signature] Date: February 29, 2024

Signature

***Sent via Fax to: (603) 334-0401 & Certified Mail Tracking #9407 1118 9876 5403 3916 68 (6 pages)***

April 25, 2024

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal | Attn: Krizia Stanley
P.O. Box 2578
Omaha, NE 68103-2578

**Re: Our Client: Praveen Khurana**
**Claim # 14892253**
**Employer: Ryder System, Inc.**

Dear Krizia:

On March 29, 2024, we received your letter dated March 28, 2024, informing Mr. Khurana that his Short Term Disability claim is closed and that no further review will be conducted by Lincoln.

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the **entire claim file**, including but not limited to:

    a) Any document, record or other information that was relied upon in making the benefit determination;

    b) Any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

    c) Any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F .R.§2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made · in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants;

d) Any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

e) Any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

f) The names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

g) Any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) If an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol or other similar criterion.

i) If any recordings have been made relative to this claim in any way, please provide complete copies of these tapes.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide a complete copy of the **STD** Policy and Summary Plan Description.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for **STD** coverage or any other agreement related to the STD coverage or Plan between you and **Ryder System, Inc.**

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Praveen Khurana will receive if a favorable determination is made.

11. Please state whether the money deducted from Praveen Khurana paycheck for their portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

If you have any further questions, please contact our office in writing. Please confirm receipt of this letter in writing.

Very truly yours,

John V. Tucker
JVT/tje
cc: Praveen Khurana (w/ enc.)

enc: Authorization to Communicate (1 page)
Authorization to Release (1 page)
Notice of Lien (1 page)

TUCKER Disability Law
We Work Harder

## Notice of Lien, Payment Instructions & Power of Attorney to Deposit Checks

RE: Praveen Khurana SSN: ____________

**To: Any Benefit Plan Administrator, Insurance Company, and/or other interested persons,**

I have hired *Tucker Disability Law, P.A.* as my attorneys for my case/claim. I am obligated to pay attorney fees and costs to Tucker Disability Law, P.A. for its services. To insure that Tucker Disability Law, P.A. is properly paid under my contract with the law firm, I grant *Tucker Disability Law, P.A.* a full and irrevocable lien against any benefits, entitlement or payment I may receive or recovery I might make up to the amount of attorney fees and costs I am obligated to pay under my contract with the law firm.

I direct any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity (hereafter "you") who is paying insurance or plan benefits, a settlement, or judgment (or any other recovery) under any plan, policy, contract, pension, or other matter to recognize and honor this lien and to deliver all checks for any past due, future benefits or any other type of settlement or judgment (hereafter "checks") to:

***Tucker Disability Law, P.A.***
***5235 - 16th Street North***
***St. Petersburg, Florida 33703***

This direction shall remain valid until *Tucker Disability Law, P.A.* notifies you in writing that checks may be sent to me directly at a different address.

All checks shall be made payable "for the benefits of" as follows:

***Tucker Disability Law, P.A.*** f/b/o Praveen Khurana
or
***Tucker Disability Law, P.A. for the benefit of*** Praveen Khurana

Regarding any check for a claim, judgment, payment, and/or settlement, I also give a Limited Power of Attorney to *Tucker Disability Law, P.A.* (to include John V. Tucker and anyone acting on its behalf to deposit funds) to endorse any checks paid in my name and understand that this Power of Attorney is solely for the purpose of depositing checks into a non-interest bearing Trust account and held until funds clear before my portion of any such proceeds will be forwarded to me.

Signature: [signature] Date: 03-06-24

*STATE OF* Washington *COUNTY OF* Spokane

The person who signed this document above is personally known by me or produced the following identification: Drivers License, and I witnessed their signature.

SWORN TO AND SUBSCRIBED BEFORE ME, this 6th day of March, 2023.

Notary Public - Signature: Spencer E. Lee

Printed Name: Spencer E. Lee My commission expires: Mar 23, 2027

SPENCER E LEE
Notary Public
State of Washington
Commission # 23007301
My Comm. Expires Mar 23, 2027

**Tucker Disability Law, P.A. accepts the lien, direction to pay, and Limited Power of Attorney stated above.**

By: John V. Tucker, Esq.

# Fax Confirmation Report

Sent via www.fax.plus

Fax.Plus

**Date:** Apr 25, 2024 (Thu)
**Time:** 10:53:46 AM (UTC-04:00)

**From:** +1 727-291-7838 (Tyler Errig)
**To:** +1 603-334-0401

**Pages Sent:** 6
**Duration:** 2 min, 52 sec

**Status:** Successfully Sent

First Page Thumbnail


TUCKER
Disability Law

Validate the authenticity of this page by scanning the following QR code:

TUCKER Disability Law
We Work Harder

***<u>Sent via Fax to: (603) 334-0401 & Certified Mail Tracking #9407 1118 9876 5403 3916 68</u> <u>(6 pages)</u>***

April 25, 2024

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal | Attn: Krizia Stanley
P.O. Box 2578
Omaha, NE 68103-2578

**Re: Our Client: Praveen Khurana**
**Claim # 14892253**
**Employer: Ryder System, Inc.**

Dear Krizia:

On March 29, 2024, we received your letter dated March 28, 2024, informing Mr. Khurana that his Short Term Disability claim is closed and that no further review will be conducted by Lincoln.

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the **<u>entire claim file</u>**, including but not limited to:

    a) Any document, record or other information that was relied upon in making the benefit determination;

    b) Any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

    c) Any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F .R.§2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made · in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants;

**Tucker Disability Law, P.A.**
**5235 16th Street North, St. Petersburg, FL 33703**
**Phone: (727) 572-5000 Fax: (727) 571-1415**

d) Any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

e) Any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

f) The names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

g) Any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) If an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol or other similar criterion.

i) If any recordings have been made relative to this claim in any way, please provide complete copies of these tapes.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.
3. Please provide a complete copy of the **STD** Policy and Summary Plan Description.
4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.
5. Please provide a copy of the contract for **STD** coverage or any other agreement related to the STD coverage or Plan between you and **Ryder System, Inc.**
6. Please provide the name of the employee benefit plan.
7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Praveen Khurana will receive if a favorable determination is made.

11. Please state whether the money deducted from Praveen Khurana paycheck for their portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

If you have any further questions, please contact our office in writing. Please confirm receipt of this letter in writing.

Very truly yours,

John V. Tucker
JVT/tje
cc: Praveen Khurana (w/ enc.)

enc: Authorization to Communicate (1 page)
Authorization to Release (1 page)
Notice of Lien (1 page)

Has weapons/firearms at home?: No
What is your home situation?: Other
Have there been any changes to your family or social situation? No
Do you have any siblings?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes

**Lifestyle**

Do you use your seat belt or car seat routinely?: Yes

**Public Health and Travel**

Have you recently traveled abroad?: No
Symptoms of fever, cough, or shortness of breath?: No
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No

**Advance Directive**

Is blood transfusion acceptable in an emergency?: No

**Education and Occupation**

Are you currently in school?: No
Have you repeated any grades?: No
How are your grades?: Good
Are you currently employed?: No
What is your occupation?: Cook

**Activities of Daily Living**

When was your last dental cleaning?: 01/19/2024
When was your last physical exam?: (Notes: January 2020)
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? . No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Pre-Screener PRAPARE**

Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 11/08/2023

**PRAPARE**

PRAPARE Screening Completed on:: 11/08/2023
Are you worried about losing your housing?: Yes
What is the highest level of school that you have finished?: More than high school
What is your current work situation? I choose not to answer
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
Hookah use?: No
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
Illicit drugs: No

**Other**

Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes

**Gender Identity and LGBTQ Identity**

Gender identity: Identifies as Male

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 02/15/2024)

- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Colonoscopy: Y - **colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: Y - **hyperlipidemia**
Hypertension: Y - **essential hypertension; benign hypertension**
Lung Disease: Y - **solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems. Y - **osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: Y - **obesity; body mass index 30+**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

Praveen is a 63 year old male who presents with chief c/o prostate issues he would like to discuss with PCP. He also inquires about paperwork issues for DOT physical that we previously filled out. Patient's responses to me were vague and requested to speak to provider about the issue.

Patient is actually asking for us to fill out the clearance for atrial fibrillation document to notify them that there is no atrial fibrillation arrhythmia noted on the Holter monitor. The monitor was completed on 01/08/2024 is scanned in chart.

Patient complains about dry ejaculation with tamsulosin does not want to take the medication and he was asking about TURP as a medication to take but when realize that it is a procedure and surgery, he is okay to continue the tamsulosin medications since it is helping him. He wonders about erectile dysfunction as to lot of fill was not helping him. He is okay with switching to Viagra.

## ROS

**ROS as noted in the HPI**

## Physical Exam

General: comfortable, well-developed, and in no distress.
HEENT: atraumatic, normocephalic. PERRL, EOMI, ears normal and TM gray and flat. Mouth pink and moist, no exudates. No cervical adenopathy, normal ROM.
Cardiovascular: RRR with no murmurs or gallops. Extremities are warm and well-perfused. Cap refill <2s
Lungs: CTA bilaterally with no crackles or wheezes, normal respiratory effort.
Abdomen: Soft, non-tender, non-distended with no rebound or guarding. Normoactive bowel tones.
Extremities: no cyanosis or lower extremity edema.
Neurologic: Grossly normal exam, moves all extremities equally with no gross deficits.
Skin: no rashes or skin lesions noted.
Pulses: strong dorsal pedal pulses bilaterally.
Psych: Alert and cooperative, full affect with linear thought process, answers questions appropriately with good eye contact.

## Assessment / Plan

**1. Benign prostatic hyperplasia -**
Patient continues to see benefit from the medication for urination.
-continue tamsulosin 0.4 mg. Discussed that TURP procedure is unlikely to be indicated at this point
-follow-up PCP as scheduled.
N40.0: Benign prostatic hyperplasia without lower urinary tract symptoms

**2. Erectile dysfunction -**
Patient is currently not taking nitroglycerin and says that Cialis does not help enough previously. Will try Viagra.
F52.21: Male erectile disorder
- Viagra 50 mg tablet - Take 1 tablet(s) every day by oral route. Qty: (30) tablet Refills: 2 Pharmacy: CHAS MARKET STREET PHARMACY

**3. Syncope -**
Current recommendations from Cardiology involves no arrhythmia or underlying causes of syncope from a cardiac standpoint noticed yet pending echocardiogram and stress test results but the Holter monitor did not show any arrhythmia that is consistent with

atrial fibrillation. Therefore, I feel out the form to clear him for DOT regarding atrial fibrillation but further evaluation is needed for workup of syncope completely.

-continue to complete the list below. Gave him ENT and sleep medicine phone number to call.

-syncopal episode 10/2023 and failed DOT exam both on 10/24/23 and 1/6/24. reports he had a brief syncopal episode, recalls losing consciousness for a few seconds , vision started getting dark, when consciousness recovered he found his truck on the other side of the road. unknown trigger
-hx of paroxysmal afib in distant past never anticoagulated and not currently taking anything including ASA.
-6day heart monitor 1/31/24 no arrhythmia. Pt reported to different providers with different stories. previously said that he was experiencing syncope when he was wearing the monitor and he pushed a but but to me he said that he was messing around with the device to make sure it was working.
-stress test 02/21/2024 pending results
-echo not yet completed,
-sleep apnea evaluation not yet completed.

R55: Syncope and collapse

## Return to Office

- for POE at Latah Dental on or around 03/02/2024
- Hesham Sagayer, BDS for POE at Denny Murphy Dental on 03/05/2024 at 10:00 AM
- Brianna Shasky, RDH for Dental Scaling at Denny Murphy Dental on 07/19/2024 at 08:30 AM

## Encounter Sign-Off

Encounter signed-off by Lich Pham, MD, 02/22/2024.

Encounter performed and documented by Lich Pham, MD
Encounter reviewed & signed by Lich Pham, MD on 02/22/2024 at 3:00pm

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

**Encounter Date: 01/11/2024**

Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (63yo, M) ID# 616109 | **Appt. Date/Time** | 01/11/2024 03:00PM |
| **DOB** | 10/29/1960 | **Service Dept.** | Market Street Clinic |
| **Provider** | LICH PHAM, MD | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 985101684<br>Policy/Group # : 142290<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: check now | | |

Chief Complaint

None recorded.

Patient's Care Team

**Primary Care Provider:** KATHLEEN SIONZON-OGDEN ARNP: 5921 N MARKET ST, SPOKANE, WA 99208-2484, Ph (509) 444-8888, Fax (509) 444-7806 NPI: 1295329365

Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**

SPOKANE URGENT CARE VALLEY PHARMACY (ERX): 1502 N VERCLER, SPOKANE, WA 99216, Ph (509) 777-1010, Fax (509) 232-0984

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in (170.18 cm) 01/11/2024 02:42 pm | **Wt:** | 213 lbs 8 oz With clothes (96.84 kg) 01/11/2024 02:54 pm | **BMI:** | 33.4 01/11/2024 02:54 pm |
| **BP:** | 116/78 sitting L arm 01/11/2024 02:58 pm | **BP Cuff Size:** | adult 01/11/2024 02:43 pm | **Pulse:** | 78 bpm regular 01/11/2024 02:54 pm |
| **RR:** | 16 01/11/2024 02:54 pm | **T:** | 97.9 F° oral (36.61 C) 01/11/2024 02:55 pm | **O2Sat:** | 98% Room Air at Rest 01/11/2024 02:54 pm |

Measurements

None recorded.

Allergies

Reviewed Allergies

**LEVEMIR U-100 INSULIN:** Nausea

No changes, verified with patient on 08/30/22 LH

Medications

Reviewed Medications

**atenoloL 50 mg tablet** 02/27/23 filled
TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED

**Farxiga 10 mg tablet** 01/03/24 prescribed
Take 1 tablet(s) every day by oral route.
**Internal Note:** Taking 2 pills a day

| | | |
|---|---|---|
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 28 UNITS UNDER THE SKIN EVERY DAY | 01/03/24 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 10/03/23 | prescribed |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>DISSOLVE 1 TABLET UNDER THE TONGUE EVERY 5 MINUTES AS NEEDED FOR CHEST PAIN. DO NOT EXCEED A TOTAL OF 3 DOSES IN 15 MINUTES. IF NO RELIEF CALL 911/SEEK EMERGENCY HELP | 12/19/23 | filled |
| **rosuvastatin 20 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 09/12/23 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED | 06/09/23 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 10/03/23 | prescribed |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |
| **Toprol XL 25 mg tablet,extended release**<br>Take 1 tablet(s) every day by oral route.<br>**Internal Note:** 340B Eligible Cardiology Referral 110/07/23 Written by Nancy Koster Providence Cardiology (509)455-8820 Last PCP: 01/08/24. | 01/09/24 | prescribed |
| **True Metrix Glucose Test Strip**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 04/27/22 | filled |
| **TRUEplus Lancets 28 gauge**<br>USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED | 03/09/22 | filled |
| **Trueresult Blood Glucose System kit**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014 | 10/10/14 | started |
| **Trulicity 4.5 mg/0.5 mL subcutaneous pen injector**<br>Inject 4.5 mg every week by subcutaneous route. | 01/03/24 | prescribed |

Med Rec 1/3/24 CERobinson

Vaccines

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF, 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicola Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| **Diphtheria, Tetanus, Pertussis** | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| **Hepatitis A** | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| **Hepatitis B** | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co., Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CC |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| **Influenza** | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/27/23 | 0.5 mL | Intramuscular | Deltoid, Left | 49281042388 | U8202CA | Sanofi Pasteur | 06/30/24 | Inactivated Influenza 08/06/2021 | 10/27/23 | Chantel Robinson PHARMD |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CC |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ul5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| **Pneumococcal** | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pneumococcal conjugate PCV20 polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer Inc | 08/[illegible]/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hecstac, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/08/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/25/20 | R. Schnefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

Some vaccines listed in Document: #38005305 could not be added to this patient's chart. Please review this document and add these vaccines to the patient's chart manually as needed.

## Problems

Reviewed Problems
- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Increased body mass index - Onset: 07/06/2023
- Adjustment disorder - Onset: 06/28/2022
- Eye muscle imbalance - Onset: 07/06/2023
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Hernia of abdominal wall - Onset: 12/13/2019
- Benign prostatic hyperplasia - Onset: 10/03/2023
- Osteoarthritis of knee - left
- Syncope - Onset: 11/02/2023
- Chronic cough - Onset: 05/09/2017
- Chest pain - Onset: 12/19/2023
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left
- Acquired trigger finger of right index finger - Onset: 10/24/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Reviewed Social History
**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Substance Use**
Cannabis or marijuana use?: No
Ever been in treatment for alcohol or drug use/abuse?: No
What is your level of alcohol consumption?: Occasional
Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
What was the date of your most recent tobacco screening?: 01/04/2024
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022

Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate

**Diet and Exercise**

Can you walk up a flight of stairs without stopping to rest?: Yes
Does child eat well-balanced meals?: Yes
What is your exercise level?: Moderate
What type of diet are you following?: Regular

**Home and Environment**

Has weapons/firearms at home?: No
What is your home situation?: Other
Have there been any changes to your family or social situation?: No
Do you have any siblings?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes

**Lifestyle**

Do you use your seat belt or car seat routinely?: Yes

**Public Health and Travel**

Have you recently traveled abroad?: No
Symptoms of fever, cough, or shortness of breath?: No
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No

**Advance Directive**

Is blood transfusion acceptable in an emergency?: No

**Education and Occupation**

Are you currently in school?: No
Have you repeated any grades?: No
How are your grades?: Good
Are you currently employed?: No
What is your occupation?: Cook

**Activities of Daily Living**

When was your last dental cleaning?: 03/11/2022
When was your last physical exam?: (Notes: January 2020)
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Pre-Screener PRAPARE**

Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 11/08/2023

**PRAPARE**

PRAPARE Screening Completed on:: 11/08/2023
Are you worried about losing your housing?: Yes
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
Hookah use?: No

Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
Illicit drugs: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Colonoscopy: Y - **colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: Y - **hyperlipidemia**
Hypertension: Y - **essential hypertension; benign hypertension**
Lung Disease: Y - **solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: Y - **osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: Y - **obesity; body mass index 30+**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

Praveen is a 63 year old male who presents for completion of diabetes assessment form.

Patient gave me a DOT form for correlation to the medical examiner specific to the case so that they can clear him for diabetes and await the results forward cardiologist workup for syncope.

Bump on left side of butt

## ROS

**ROS as noted in the HPI**

## Physical Exam

General: comfortable, well-developed, and in no distress.
Buttock: Small nontender noninflamed 3 mm in size buttock cyst.
Extremities: no cyanosis or lower extremity edema.
Neurologic: Grossly normal exam, moves all extremities equally with no gross deficits.
Skin: no rashes or skin lesions noted.
Pulses: strong dorsal pedal pulses bilaterally.
Psych: Alert and cooperative, full affect with linear thought process, answers questions appropriately with good eye contact.

## Assessment / Plan

**1. Type 2 diabetes mellitus without complication -**
Form filled out and is in the chart. He is currently under consistent care and has been adherent to his diabetic regiment which clears him from my point of view for DOT physical.

Pending cardiac evaluation assessment for syncope.
E11.9: Type 2 diabetes mellitus without complications

**2. Sebaceous cyst of skin-**
Left buttock 3 mm in size firm, nontender non erythematous without any signs of fluctuance or inflammation.
-monitor, offered surgery in the future if worsens.
L72.3: Sebaceous cyst

Return to Office

- Mouayed Karem-Hamid, DDS for Dental Exam/Limited at Maple Dental on 01/17/2024 at 11:30 AM
- Kathleen Sionzon-Ogden, ARNP for Office Visit 20 at Market Street Clinic on 01/31/2024 at 09:20 AM
- Chantel Robinson, PharmD for Video Visit 40 - Qure4u at Cheney Health Center on 01/31/2024 at 02:00 PM
- Kathleen Sionzon-Ogden, ARNP for Office Visit 20 at Market Street Clinic on 02/05/2024 at 08:40 AM
- for POE at Latah Dental on or around 03/02/2024

Encounter Sign-Off

Encounter signed-off by Lich Pham, MD, 01/11/2024.

Encounter performed and documented by Lich Pham, MD
Encounter reviewed & signed by Lich Pham, MD on 01/11/2024 at 3:24pm

## Imaging Results

### KNEE TWO VIEWS BILATERAL (#40913607, Final, 04/22/2024 2:13pm)

RIGHT KNEE TWO VIEWS
LEFT KNEE TWO VIEWS

CLINICAL INFORMATION:
Bilateral persistent knee pain.

COMPARISON:
None

FINDINGS:
Right Knee:
No fracture or dislocation is identified. Effusion cannot be assessed.
There is minimal femorotibial DJD.

Left Knee:
No fracture or dislocation is identified. Effusion cannot be assessed.
There is minimal femorotibial DJD.

IMPRESSION:
Minimal bilateral femorotibial DJD.

Final Report Signed by: Gregory Sterne, M.D.
Inland Imaging, PS
Sign Date/Time: 04/22/2024 2:23 PM PDT

[illegible]

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

## ELBOW COMPLETE, MINIMUM THREE VIEWS (#40891537, Final, 04/21/2024 2:48pm)

RIGHT ELBOW COMPLETE, MINIMUM THREE VIEWS

CLINICAL INFORMATION:
Acute right elbow pain with sudden ulnar paresthesia for two weeks.

COMPARISON:
None

FINDINGS:
Probable old posttraumatic osteoarthrosis of the radiocapitellar joint. No large joint effusion. Trochlear osteoarthrosis as well. This involves the sublime tubercle of the ulna.

IMPRESSION:
Probable old posttraumatic osteoarthrosis of the radiocapitellar joint. Irregularity of the sublime tubercle, which is the ulnar collateral ligament attachment site. Also probably posttraumatic osteoarthrosis of this area.

Final Report Signed by: Michael Kirsch, M.D.
Inland Imaging, PS
Sign Date/Time: 04/21/2024 3:12 PM PDT

**PROVIDENCE SACRED HEART CARDIOVASCULAR IMAGING**
**CENTER HEART INSTITUTE**
62 W 7TH AVE STE 230
SPOKANE WA 99204-2321
509-455-8820
Imaging Result Report

# NM Nuclear Stress Test (Exercise)

| | | | |
|---|---|---|---|
| **Patient:** | Khurana, Praveen | **Exam Date:** | 02/21/2024 09:45 |
| **DOB:** | 10/29/1960 | **Ordering Clinician:** | Nancy Koster |
| **MRN:** | 60011330969 | **Reading Physician:** | Dieter Frantz Lubbe, MD<br>Dieter Frantz Lubbe, MD |
| **Phone:** | 208-413-0165 | **Reason:** | Chest pain/anginal equiv, intermediate CAD risk, treadmill candidate |
| **Gender:** | Male | **Indications.** | Precordial pain |

**Final Impression/Recommendation**

CONCLUSION:
Normal treadmill nuclear perfusion stress test to 10 METS

ECG:
- No ischemic changes. No angina. Duke treadmill score 9 (low risk)

PERFUSION IMAGING:
- Normal perfusion with no evidence of significant reversible or fixed defects
- Normal wall motion
- Normal LVEF 61%
- No TID

This is a normal/low risk stress result

**Summary Conclusions**

Perfusion Conclusion

LV perfusion is normal. There is no evidence of inducible ischemia.

Stress Test Conclusion

The ECG and SPECT imaging portions of the stress study are concordant with no evidence of stress induced myocardial ischemia. The following factors support a low (< 1%) risk of inducible myocardial ischemia

**Imaging Contrast/Medications:**

technetium TC-99M sestamibi (CARDIOLITE) injection 9 7 millicurie
Given: 9 7 millicurie Intravenous

technetium TC-99M sestamibi (CARDIOLITE) injection 27 5 millicurie
Given: 27 5 millicurie Intravenous

**Nuclear Findings**

**PROVIDENCE SACRED HEART CARDIOVASCULAR IMAGING**
**CENTER HEART INSTITUTE**
62 W 7TH AVE STE 230
SPOKANE WA 99204-2321
509-455-8820
Imaging Result Report

## NM Nuclear Stress Test (Exercise)

| | | | |
|---|---|---|---|
| **Patient:** | Khurana, Praveen | **Exam Date:** | 02/21/2024 09:45 |
| **DOB:** | 10/29/1960 | **Ordering Clinician:** | Nancy Koster |
| **MRN:** | 60011330969 | **Reading Physician:** | Dieter Frantz Lubbe, MD<br>Dieter Frantz Lubbe, MD |
| **Phone:** | 208-413-0165 | **Reason:** | Chest pain/anginal equiv, intermediate CAD risk, treadmill candidate |
| **Gender:** | Male | **Indications:** | Precordial pain |

**Nuclear Findings (continued)**

Nuclear Study Quality

A perfusion 1-day rest/stress protocol was performed. Prone imaging was performed. Overall image quality is good. Soft tissue artifact is present.

Nuclear Ejection Fraction

Left ventricle ejection fraction was 61 %.

Perfusion Defect Other Findings

There is no evidence of transient ischemic dilation (TID). TID value is 0.78

Stress Function Comments

Left ventricular function post-stress is normal. Stress end diastolic volume 66 mL. Stress end systolic volume 26 mL.

Rest Function Comments

Left ventricular function at rest was normal.

**Stress ECG Findings**

Resting ECG

ECG is abnormal. Resting ECG shows no ST-segment deviation. The ECG shows normal sinus rhythm with nonspecific ST-T wave abnormalities, inverted T waves in III, poor R wave progression and low voltage.

Stress Test

A Bruce protocol stress test was performed. Overall, the patient's exercise capacity was excellent for their age. The patient exercised for 8 min and 45 sec. The patient experienced no angina during the test. The test was stopped because the patient experienced fatigue and had a hard time keeping up with the treadmill. The patient requested the test to be stopped. O2 sat at peak exercise was 98%. Blood pressure demonstrated a normal response and heart rate demonstrated a normal response to stress. The patient's heart rate recovery was normal.

**Measurements:**

- Workload achieved: 10.3 METS
- Baseline heart rate: 62 bpm
- Baseline blood pressure: 138/79 mmHg
- Peak heart rate: 130 bpm
- Peak blood pressure: 196/90 mmHg
- Target heart rate: 133 bpm
- % of max predicted heart rate achieved: 83%
- Max predicted heart rate (220-Pt age): 157 bpm
- Rate pressure (double) product: 25,480.00
- The one minute heart rate recovery was 101 bpm

**PROVIDENCE SACRED HEART CARDIOVASCULAR IMAGING**
**CENTER HEART INSTITUTE**
62 W 7TH AVE STE 230
SPOKANE WA 99204-2321
509-455-8820
Imaging Result Report

# NM Nuclear Stress Test (Exercise)

| | | | |
|---|---|---|---|
| **Patient:** | Khurana, Praveen | **Exam Date:** | 02/21/2024 09:45 |
| **DOB:** | 10/29/1960 | **Ordering Clinician:** | Nancy Koster |
| **MRN:** | 60011330969 | **Reading Physician:** | Dieter Frantz Lubbe, MD<br>Dieter Frantz Lubbe, MD |
| **Phone:** | 208-413-0165 | **Reason:** | Chest pain/anginal equiv, intermediate CAD risk, treadmill candidate |
| **Gender:** | Male | **Indications:** | Precordial pain |

**Stress ECG Findings (continued)**

•The two minute heart rate recovery was 92 bpm.

Stress ECG

No ST deviation was noted. There were no arrhythmias during stress. There were no arrhythmias during recovery. The ECG was negative for ischemia.

**Vitals**

| Height | Weight | BMI (calculated) | BP |
|---|---|---|---|
| 1.702 m (5' 7") | 93.9 kg (207 lb) | 32.5 | |

**Reading Providers**

| | Reading Role | Read Date |
|---|---|---|
| Dieter Frantz Lubbe, MD | ECG Reader, SPECT Reader | 2/23/2024 |

**Signing Physician**

Signing Physician: Dieter Frantz Lubbe, MD on 2/23/2024 1:05 PM

**Nuclear Perfusion**

**PROVIDENCE SACRED HEART CARDIOVASCULAR IMAGING**
**CENTER HEART INSTITUTE**
62 W 7TH AVE STE 230
SPOKANE WA 99204-2321
509-455-8820
Imaging Result Report

## NM Nuclear Stress Test (Exercise)

| | | | |
|---|---|---|---|
| **Patient:** | Khurana, Praveen | **Exam Date:** | 02/21/2024 09:45 |
| **DOB:** | 10/29/1960 | **Ordering Clinician:** | Nancy Koster |
| **MRN:** | 60011330869 | **Reading Physician:** | Dieter Frantz Lubbe, MD<br>Dieter Frantz Lubbe, MD |
| **Phone:** | 208-413-0165 | **Reason:** | Chest pain/anginal equiv, intermediate CAD risk, treadmill candidate |
| **Gender:** | Male | **Indications:** | Precordial pain |

**Nuclear Perfusion (continued)**

**Rest** Summed Score: **0** Percent Abnormal: **0.00%**




The left ventricular perfusion is normal.

**PROVIDENCE SACRED HEART CARDIOVASCULAR IMAGING**
**CENTER HEART INSTITUTE**
**62 W 7TH AVE STE 230**
**SPOKANE WA 99204-2321**
**509-455-8820**
**Imaging Result Report**

# NM Nuclear Stress Test (Exercise)

| | | | |
|---|---|---|---|
| **Patient:** | Khurana, Praveen | **Exam Date:** | 02/21/2024 09:45 |
| **DOB:** | 10/29/1960 | **Ordering Clinician:** | Nancy Koster |
| **MRN:** | 60011330969 | **Reading Physician:** | Dieter Frantz Lubbe, MD<br>Dieter Frantz Lubbe, MD |
| **Phone:** | 208-413-0165 | **Reason:** | Chest pain/anginal equiv, intermediate CAD risk, treadmill candidate |
| **Gender:** | Male | **Indications:** | Precordial pain |

**Nuclear Perfusion (continued)**

**Stress** Summed Score: **0** Percent Abnormal **0.00%**




The left ventricular perfusion is normal

Normal Mild Moderate Severe Absence of Uptake

Perfusion Scores

| | Score | Percentage Abnormal |
|---|---|---|
| **SRS** | 0 | 0.00% |
| **SSS** | 0 | 0.00% |
| **SDS** | 0 | 0.00% |

**Media Information**

10 of 34 pages printed

Boston Scientific | Preventice Services

# End of Service Report

**Cardiac Event Monitor (CEM)**

**All times in North American Central Time (CST/CDT)**

Preventice Services, LLC
888.500.3522
www.preventiceservices.com

## Patient: Praveen Khurana

| Patient ID | Gender | Date of Birth | Phone | Monitor |
|---|---|---|---|---|
| 60011330969 | Male | 10/29/1960 (63 years) | 208-413-0165 | BodyGuardian Mini PLUS Lite - CEM |

Physician: NANCY KOSTER
Practice: SPOKANE CARDIOLOGY

Diagnosis Indication for Monitoring:
R00.2 Palpitations; R55 Syncope and collapse, I49.9: Cardiac arrhythmia, unspecified

## Enrollment Info

Period (14 Days): 01/17/2024 - 01/30/2024

Event Counts

| | |
|---|---|
| Critical: 0 | Total: 14 |
| Serious: 0 | Pt Trigger: 14 |
| Stable: 14 | Auto Trigger: 0 |




## Summarized Findings

Agree with findings: ☐

Interpreting Physician: ______________________
I have personally reviewed and interpreted this report

Unfiltered ECG data is available by data request up to 30 days after the patient's service end date. Reviewing unfiltered patient raw ECG data is recommended when confirming rhythm adjudication for medical decision making.

Physician Comments:

Summary:
The patient's monitoring period was 01/17/2024 - 01/30/2024. Baseline sample showed Sinus Rhythm with a heart rate of 96.2 bpm. There were 0 critical, 0 serious, and 14 stable events that occurred. The report analysis of the critical, serious, stable and manually triggered events are listed below.

© 2021 Preventice Services, LLC, a wholly owned subsidiary of Boston Scientific

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER

D.O.B: 10/29/1960 Age: 63 Gender: Male Diagnosis: R00.2 Palpitations; R55 Syncope and collapse; M9.9

**Automatically Detected Events:**

**Manually Detected Events:**

3 Stable: Sinus Rhythm
- Chest Pain or Pressure, Passed Out

1 Stable: Sinus Rhythm
- Bosated Chest Pain or Pressure, Passed Out

3 Stable: Sinus Rhythm
- Flutter or Skipped Beats

1 Stable: Sinus Rhythm
- Tired or Fatigued; Chest Pain or Pressure; Flutter or Skipped Beats

2 Stable: Sinus Rhythm
- Chest Pain or Pressure

1 Stable: Sinus Rhythm w/Atrial Run/1st Degree AV Block
- Flutter or Skipped Beats

1 Stable: Sinus Rhythm
- Flutter or Skipped Beats; Tired or Fatigued; Chest Pain or Pressure

1 Stable: Sinus Rhythm w/Artifact
- Tired or Fatigued

1 Stable: Sinus Rhythm
- Tired or Fatigued

End of summarized findings.

© 2024 [illegible]

2/2/24, 10:32 AM Khurana, Praveen (MR # 60011330989) Data Source: PROVIDENCE WM PRD

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER
D.O.B. 10/29/1960 Age: 63 Gender: Male Diagnosis: R00.2 Palpitations, R55 Syncope and collapse, H9.9

## Rhythm Summary

| | AFib | Bradycardia | Tachycardia | Overall |
|---|---|---|---|---|
| Minimum | | 55 bpm 1/22 at 07:57 PM | 101 bpm 1/17 at 02:52 PM | 55 bpm 1/22 at 07:57 PM |
| Average | None Detected | 58 bpm | 100 bpm | 78 bpm |
| Maximum | | 60 bpm 1/20 at 07:56 AM | 127 bpm 1/17 at 11:08 PM | 127 bpm 1/17 at 11:08 PM |
| Longest | | 00:07:02 1/22 at 08:00 PM | 00:23:53 1/17 at 06:57 PM | Pauses ≥ 3 Seconds 0 |







Symptoms Legend
1 Chest Pain or Pressure
2 Dizziness
3 Flutter or Skipped Beats
4 Tired or Fatigued
5 Rapid or Fast Heartbeat
6 Passed Out
7 Shortness of Breath
8 Lightheadedness
9 Irregular Heartbeat
S Seizures
0 No Symptom Selected
M Multiple Symptoms

## Overall Max & Min HR

Rec: 01/17/2024 (Day 1) 11:09 PM Maximum HR: 127 BPM 25 mm/sec, 20 mm/mV



Rec: 01/22/2024 (Day 6) 07:57 PM Minimum HR: 55 BPM 25 mm/sec, 40 mm/mV



Page 3 of 6

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**



Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER
D.O.B.: 10/29/1960 Age: 63 Gender: Male Diagnosis: R00.2: Palpitations, R55. Syncope and collapse, H9.9

**Stable**

**1 Rec: 01/18/2024 (Day 2) 12:46 AM Sinus Rhythm** 25 mm/sec, 20 mm/mV Stable



Symptom: Chest Pain or Pressure, Passed Out
Activity: Unavailable
Trans: 01/18/2024 12:56 AM
Type: Patient-Activated
HR: 94.0 BPM

Comments: CRAT/CCT Tech Reviewed

**2 Rec: 01/18/2024 (Day 2) 12:46 AM Sinus Rhythm** 25 mm/sec, 20 mm/mV Stable



Symptom: Chest Pain or Pressure, Passed Out
Activity: Unavailable
Trans: 01/18/2024 12:56 AM
Type: Patient-Activated
HR: 94.0 BPM

Comments: CRAT/CCT Tech Reviewed

**3 Rec: 01/18/2024 (Day 2) 12:47 AM Sinus Rhythm** 25 mm/sec, 40 mm/mV Stable



Symptom: Radiating Chest Pain or Pressure, Passed Out
Activity: Unavailable
Trans: 01/18/2024 12:52 AM
Type: Patient-Activated
HR: 95.2 BPM

Comments: CRAT/CCT Tech Reviewed

**4 Rec: 01/18/2024 (Day 2) 12:47 AM Sinus Rhythm** 25 mm/sec, 40 mm/mV Stable



Symptom: Chest Pain or Pressure, Passed Out
Activity: Unavailable
Trans: 01/18/2024 12:54 AM
Type: Patient-Activated
HR: 95.0 BPM

Comments: CRAT/CCT Tech Reviewed

**5 Rec: 01/18/2024 (Day 2) 02:22 AM Sinus Rhythm** 25 mm/sec, 40 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/18/2024 02:22 AM
Type: Patient-Activated
HR: 95.0 BPM

Comments: CRAT/CCT Tech Reviewed

**6 Rec: 01/18/2024 (Day 2) 11:19 AM Sinus Rhythm** 25 mm/sec, 20 mm/mV Stable



Symptom: Tired or Fatigued, Chest Pain or Pressure, Flutter
Activity: Unavailable
Trans: 01/18/2024 11:21 AM
Type: Patient-Activated
HR: 60.0 BPM

Comments: CRAT/CCT Tech Reviewed

© 2024 Philips. All rights reserved.

Patient Praveen Khurana All times in North American Central Time (CST/CDT) Physician NANCY KOSTER
D.O.B: 10/29/1960 Age 63 Gender Male Diagnosis R00.2 Palpitations; R55 Syncope and collapse; R9.9

7 Rec: 01/19/2024 (Day 3) 05:03 AM Sinus Rhythm — 25 mm/sec, 20 mm/mV Stable



Symptom: Chest Pain or Pressure
Activity: Unavailable
Trans: 01/19/2024 05:04 AM
Type: Patient-Activated
HR: 67.0 BPM

Comments: CRAT/CCT Tech Reviewed

8 Rec: 01/19/2024 (Day 3) 05:34 AM Sinus Rhythm w/Atrial Run/1st Degree AV Block — 25 mm/sec, 10 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/19/2024 05:25 AM
Type: Patient-Activated
HR: 117.0 BPM

Comments: CRAT/CCT Tech Reviewed

9 Rec: 01/19/2024 (Day 3) 05:34 AM Sinus Rhythm — 25 mm/sec, 20 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/19/2024 05:35 AM
Type: Patient-Activated
HR: 71.0 BPM

Comments: CRAT/CCT Tech Reviewed

10 Rec: 01/19/2024 (Day 3) 11:21 AM Sinus Rhythm — 25 mm/sec, 40 mm/mV Stable



Symptom: Flutter or Skipped Beats Tired or Fatigued Chest
Activity: Unavailable
Trans: 01/19/2024 11:23 AM
Type: Patient-Activated
HR: 73.0 BPM

Comments: CRAT/CCT Tech Reviewed

11 Rec: 01/19/2024 (Day 3) 08:04 PM Sinus Rhythm — 25 mm/sec, 40 mm/mV Stable



Symptom: Chest Pain or Pressure
Activity: Unavailable
Trans: 01/19/2024 08:05 PM
Type: Patient-Activated
HR: 84.0 BPM

Comments: CRAT/CCT Tech Reviewed

12 Rec: 01/20/2024 (Day 4) 06:22 PM Sinus Rhythm w/Artifact — 25 mm/sec, 20 mm/mV Stable



Symptom: Tired or Fatigued
Activity: Unavailable
Trans: 01/20/2024 06:22 PM
Type: Patient-Activated
HR: 70.0 BPM

Comments: CRAT/CCT Tech Reviewed

© 2024 [illegible]

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

2/2/24, 10:32 AM Khurana, Praveen (MR # 00011330069) Data Source: PROVIDENCE WM PRD

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER

D.O.B: 10/20/1060 Age: 63 Gender: Male Diagnosis: R00.2 Palpitations, R55 Syncope and collapse; H9.9

13 Rec: 01/21/2024 (Day 5) 12:18 AM Sinus Rhythm 25 mm/sec 10 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/21/2024 12:18 AM
Type: Patient-Activated
HR: 78.6 BPM

Comments: CRAT/CCT Tech Reviewed

14 Rec: 01/23/2024 (Day 7) 05:54 PM Sinus Rhythm 25 mm/sec 20 mm/mV Stable



Symptom: Tired or Fatigued
Activity: Unavailable
Trans: 01/23/2024 05:59 PM
Type: Patient-Activated
HR: 79.0 BPM

Comments: CRAT/CCT Tech Reviewed

## Weekly Max & Min HR Samples

Rec: 01/24/2024 (Day 8) 12:14 AM Maximum HR: 104 BPM 25 mm/sec 20 mm/mV



Rec: 01/24/2024 (Day 8) 09:01 AM Minimum HR: 50 BPM 25 mm/sec 20 mm/mV



Page 6 of 6

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**



Boston Scientific | Preventice Services

# Cardiac Report: Day 2 - Stable

Preventice Services, LLC
888.500.3522
www.preventicesservices.com

**Received 01/18/2024 @ 12:52 AM**
**All times in North American Central Time (CST/CDT)**

## Patient: Praveen Khurana

| Patient ID | Gender | Date of Birth | Phone | Monitor |
|---|---|---|---|---|
| 60011330969 | Male | 10/29/1960 (63 year(s)) | 208-413-0166 | BodyGuardian Mini PLUS Lite - MCT |

| Physician | Practice |
|---|---|
| NANCY KOSTER | SPOKANE CARDIOLOGY-DOWNTOW |

Diagnosis (Indication for Monitoring)
R00.2: Palpitations, R55: Syncope and collapse, I49.9: Cardiac arrhythmia, unspecified

## Enrollment Info

01/17/2024 - 01/30/2024

Day 2 of 14

## Baseline Reference

Recorded: 01/18/2024 12:37 AM Sinus Rhythm 25 mm/sec, 40 mm/mV



Symptom: Baseline Chest Pain or
Activity: Unavailable
Trans: 01/18/2024 12:52 AM
Type: Patient-Activated
HR: 96.2-96.2 BPM

## Current Event

Stable

Sinus Rhythm Recorded: 01/18/2024 12:47:07 AM 25 mm/sec, 40 mm/mV



| Measurements | |
|---|---|
| Rate (bpm) | 98.7 |
| PR (s) | 0.17 |
| QRS (s) | 0.09 |
| QT (s) | 0.34 |
| QTc (s) | 0.43 |

Sinus Rhythm Recorded: 01/18/2024 12:47:14 AM 25 mm/sec, 40 mm/mV



| Measurements | |
|---|---|
| Rate (bpm) | 94.2 |
| PR (s) | 0.19 |
| QRS (s) | 0.09 |
| QT (s) | 0.34 |
| QTc (s) | 0.43 |

## Current Transmission

Received 01/18/2024 @ 12:52 AM

Patient Symptom: Baseline Chest Pain or Pressure, Passed Out

Patient Activity: Unavailable Event Type: PI Trigger Location: Unavailable

Report Analysis: Sinus Rhythm

Comments: CRAT/CCT Tech Reviewed

Interpreting Physician: ______________________
I have personally reviewed and interpreted this report

Unfiltered ECG data is available up to 90 days after the patient's service end date. Assessing unfiltered beat-to-beat ECG data on the ECG Insight system is recommended when confirming rhythm adjudication for medical decision making.

© 2024 Preventice Services, LLC, a wholly owned subsidiary of Boston Scientific
Company proprietary information. Any other use and disclosure prohibited without the consent of Preventice and subsidiaries Inc.

COMMUNITY HEALTH ASSOCIATION OF SPOKANE

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

2/2/24, 10:32 AM Khurana, Praveen (MR # 60011330960) Data Source: PROVIDENCE WM PRD

Patient: Praveen Khurana | All times in North American Central Time (CST/CDT) | Physician: NANCY KOSTER | Stable

D.O.B.: 10/29/1960 | Age: 63 | Gender: Male | Patient ID: 60011330989 | DxSx: R00.2 Palpitations; R55 Syncope and collapse;




Page 2 of 2

Boston Scientific | **Preventice** Services

## Cardiac Report: Day 2 - Stable

**Cardiac Event Monitor (CEM)**
**Received 01/18/2024 @ 12:54 AM**
**All times in North American Central Time (CST/CDT)**

**Preventice Services, LLC**
888.500.0522
www.preventiceservices.com

### Patient: Praveen Khurana

| Patient ID | Gender | Date of Birth | Phone | Monitor |
|---|---|---|---|---|
| 60011330969 | Male | 10/29/1960 (63 years) | 208-413-0165 | BodyGuardian Mini PLUS Lte - CEM |

Physician: NANCY KOSTER
Practice: SPOKANE CARDIOLOGY-DOWNTOW
Diagnosis (Indication for Monitoring): R00.2 Palpitations; R55 Syncope and collapse; I49.9 Cardiac arrhythmia, unspecified

### Enrollment Info

01/17/2024 – 01/30/2024

Day 2 of 14

### Baseline Reference

Recorded: 01/18/2024 12:47 AM Sinus Rhythm 25 mm/sec, 40 mm/mV



Symptom: Baseline Chest Pain or
Activity: Unavailable
Trans: 01/18/2024 12:52 AM
Type: Patient-Activated
HR: 96.2-96.2 BPM

### Current Event

Stable

Sinus Rhythm Recorded: 01/18/2024 12:47:17 AM 25 mm/sec, 40 mm/mV



Measurements:

| | |
|---|---|
| Rate (bpm) | 95.9 |
| PR (s) | 0.17 |
| QRS (s) | 0.09 |
| QT (s) | 0.35 |
| QTc (s) | 0.44 |

Sinus Rhythm Recorded: 01/18/2024 12:47:28 AM 25 mm/sec, 40 mm/mV



Measurements:

| | |
|---|---|
| Rate (bpm) | 97.0 |
| PR (s) | 0.17 |
| QRS (s) | 0.09 |
| QT (s) | 0.35 |
| QTc (s) | 0.45 |

### Current Transmission

Received 01/18/2024 @ 12:54 AM

Patient Symptom: Chest Pain or Pressure; Passed Out
Patient Activity: Unavailable Event Type: PI Trigger Location: Unavailable
Report Analysis: Sinus Rhythm

Comments: CRAT/CCT Tech Reviewed

Interpreting Physician: ____________________
I have personally reviewed and interpreted this report

Unfiltered ECG data is available by data request up to 90 days after the patient's service end date. Assessing unfiltered patient raw ECG data is recommended when confirming rhythm adjudication for medical decision making.

© 2024 Preventice Services LLC, a wholly owned subsidiary of Boston Scientific




Page 2 of 2

**Document Information**

**Cardiology Imaging: ARRHYTHMIA MONITOR**

Event Monitor

**PROVIDENCE SPOKANE CARDIOLOGY DOWNTOWN HI4**
62 W 7TH AVE STE 450
Spokane WA 99204-2321
509-455-8820
ECG Result Report

| | | | |
|---|---|---|---|
| Patient: | Khurana, Praveen | Diagnosis: | Palpitations<br>Near syncope<br>Cardiac arrhythmia, unspecified cardiac arrhythmia type |
| DOB: | 10/29/1960 | Reason | abnormal rhythm, syncope, palpitations |
| MRN: | 60011330969 | Clinician: | Nancy Koster |
| Gender: | Male | | |

**Results** **CV Mobile Cardiac Telemetry 2 Week [EKG082] (Order 1180490174)**

**Narrative & Impression**

**PROVIDENCE**
Spokane Heart Institute
Spokane Cardiology

**PATIENT NAME:** Praveen Khurana
**DOB:** 10/29/1960. **AGE:** 63 y.o.
**PRIMARY CARE PROVIDER:** Kathleen R. Sionzon-Ogden, NP
**ORDERING PROVIDER:** Nancy Koster, MD

**Event Monitor Report**

**Setup Date:** January 17, 2024

**Wear Time:** 6 days 19 hours 23 minutes

**Clinical Indications:**
Palpitations, cardiac arrhythmia

**Findings:**
The patient's monitoring period was 01/17/2024 - 01/30/2024. Baseline sample showed Sinus Rhythm with a heart rate of 96.2 bpm. There were 0 critical, 0 serious, and 14 stable events that occurred.

**Conclusion:**
1. 14 day event monitor with approximatly 6.8 days of data (72% of wear time with diagnostic data, artifact 5%, and 23% no data.
2. Rhythm was sinus rhythm with intermittent first degree AV block
3. There were 14 stable events, four events labeled as chest pain/pressure or passing out, 10 events of flutters, fatigue, chest discomfort. All events correlated with sinus rhythm. There was one brief episode of sinus rhythm with mobitz type I AV block which was at 530am.

4. There were no significant pauses, heart block, or arrhythmias detected.

**Interpreting Provider:** Nancy Koster, MD 1/31/2024 7:14 PM PST

**Result Information**

Status: Final result (Exam End: 1/31/2024 14:37)

Khurana, Praveen (MR # 60011330969) Printed by [15287314] at 2/1/2024 10:33 AM

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

## ELECTROCARDIOGRAM (#38523790, 12/28/2023)



## ELECTROCARDIOGRAM (#38523670, 12/28/2023)

| | |
|---|---|
| Interpretation | Review of electrocardiogram taken on 12/28/2023 at Spokane Urgent Care - Valley shows:<br>Rate & Rhythm:<br>Rate & Rhythm: normal sinus rhythm 72rate.<br>Axis:<br>QRS: normal.<br>Intervals:<br>PR Interval: normal.<br>QRS Duration: normal.<br>QT Interval: normal QTc.<br>EKG shows normal sinus rhythm rate of 72. Normal axis. Normal R-wave progression. No ST elevation, depression. When compared to EKG dated November 8, 2023 no gross acute changes are noted. |

COMMUNITY HEALTH ASSOCIATION OF SPOKANE

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 15612598**

ELECTROCARDIOGRAM (#37587130, 11/08/2023)





AUTHORIZATION TO COMMUNICATE WITH
Tucker Disability Law, P.A.

I, Praveen Khurana, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703**
(727) 572-5000
(727) 571-1415 – Fax
Tucker@TuckerDisability.com

Client's Signature

February 29, 2024
Date

Praveen Khurana
Printed/Typed Name

018649602
Social Security Number

## Authorization to Release Information to Tucker Disability Law

******************************************************************************

Name: Praveen Khurana Date of Birth: October 29, 1960

**By signing below, I authorize any entity to whom this form is presented to communicate with my attorneys, Tucker Disability Law, P.A., and to release any of the following confidential information to Tucker Disability Law, P.A.:**

- ✓ Claim File / Insurance Claim Records
- ✓ Employer Records, to include benefits, pay, and disciplinary information
- ✓ Medical Records (to include HIV/AIDS)
- ✓ Psychological Records
- ✓ Drug & Alcohol Treatment Records
- ✓ Medical Bills
- ✓ Education and School Records
- ✓ Government Records (to include Social Security information, SEQY, DEQY)

I need this information for a legal case, and ask that you please deliver this information to:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703-2611**
**Fax: (727) 571-1415**

If you have questions, please call Phone: (727) 572-5000.

I understand that any employee of Tucker Disability Law, P.A. may use this authorization to speak with any entity or its employees about me to obtain information.

I understand that I may revoke this release information at any time, provided that I make written notification to this effect, but that revocation has no effect on action already taken.

This Authorization shall be valid for up to 1 year from the date of signature listed below or upon completion of the case, whichever is later, unless otherwise expressly revoked by the signer in writing prior to that time. **A photocopy of this Authorization is as valid as the original.**

I hereby release the records keeper from any liability which may arise as a result of the use of the information contained in the copies of records released. It is presumed that if such information is later used to my damage, that it was obtained as a result of this Authorization.

[signature] Date: February 29, 2024

Signature

TUCKER
Disability Law
We Work Harder

***Sent via Fax to: (603) 334-0401 & Certified Mail Tracking #9407 1118 9876 5403 3916 68 (6 pages)***

April 25, 2024

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal | Attn: Krizia Stanley
P.O. Box 2578
Omaha, NE 68103-2578

**Re: Our Client: Praveen Khurana**
**Claim # 14892253**
**Employer: Ryder System, Inc.**

Dear Krizia:

On March 29, 2024, we received your letter dated March 28, 2024, informing Mr. Khurana that his Short Term Disability claim is closed and that no further review will be conducted by Lincoln.

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the **entire claim file**, including but not limited to:

    a) Any document, record or other information that was relied upon in making the benefit determination;

    b) Any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

    c) Any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F .R.§2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made· in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants;

**Tucker Disability Law, P.A.**
**5235 16th Street North, St. Petersburg, FL 33703**
**Phone: (727) 572-5000 Fax: (727) 571-1415**

d) Any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

e) Any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

f) The names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

g) Any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) If an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol or other similar criterion.

i) If any recordings have been made relative to this claim in any way, please provide complete copies of these tapes.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide a complete copy of the STD Policy and Summary Plan Description.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for STD coverage or any other agreement related to the STD coverage or Plan between you and **Ryder System, Inc.**

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Praveen Khurana will receive if a favorable determination is made.

11. Please state whether the money deducted from Praveen Khurana paycheck for their portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

If you have any further questions, please contact our office in writing. Please confirm receipt of this letter in writing.

Very truly yours,

John V. Tucker
JVT/tje
cc: Praveen Khurana (w/ enc.)

enc: Authorization to Communicate (1 page)
Authorization to Release (1 page)
Notice of Lien (1 page)

**TUCKER Disability Law**
*We Work Harder*

## Notice of Lien, Payment Instructions & Power of Attorney to Deposit Checks

RE: Praveen Khurana SSN: ____________

**To: Any Benefit Plan Administrator, Insurance Company, and/or other interested persons,**

I have hired *Tucker Disability Law, P.A.* as my attorneys for my case/claim. I am obligated to pay attorney fees and costs to Tucker Disability Law, P.A. for its services. To insure that Tucker Disability Law, P.A. is properly paid under my contract with the law firm, I grant *Tucker Disability Law, P.A.* a full and irrevocable lien against any benefits, entitlement or payment I may receive or recovery I might make up to the amount of attorney fees and costs I am obligated to pay under my contract with the law firm.

I direct any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity (hereafter "you") who is paying insurance or plan benefits, a settlement, or judgment (or any other recovery) under any plan, policy, contract, pension, or other matter to recognize and honor this lien and to deliver all checks for any past due, future benefits or any other type of settlement or judgment (hereafter "checks") to:

***Tucker Disability Law, P.A.***
***5235 - 16th Street North***
***St. Petersburg, Florida 33703***

This direction shall remain valid until *Tucker Disability Law, P.A.* notifies you in writing that checks may be sent to me directly at a different address.

All checks shall be made payable "for the benefits of" as follows:

***Tucker Disability Law, P.A.* f/b/o** Praveen Khurana
**or**
***Tucker Disability Law, P.A. for the benefit of*** Praveen Khurana

Regarding any check for a claim, judgment, payment, and/or settlement, I also give a Limited Power of Attorney to *Tucker Disability Law, P.A.* (to include John V. Tucker and anyone acting on its behalf to deposit funds) to endorse any checks paid in my name and understand that this Power of Attorney is solely for the purpose of depositing checks into a non-interest bearing Trust account and held until funds clear before my portion of any such proceeds will be forwarded to me.

Signature: [signature] Date: 03-06-24

SPENCER E LEE
Notary Public
State of Washington
Commission # 23007301
My Comm. Expires Mar 23, 2027

*STATE OF* Washington *COUNTY OF* Spokane

The person who signed this document above is personally known by me or produced the following identification: Drivers License, and I witnessed their signature.

SWORN TO AND SUBSCRIBED BEFORE ME, this 6th day of March, 2023.

Notary Public - Signature: Spencer E. Lee

Printed Name: Spencer E. Lee My commission expires: Mar 23, 2027

**Tucker Disability Law, P.A. accepts the lien, direction to pay, and Limited Power of Attorney stated above.**

[signature]
**By: John V. Tucker, Esq.**

# Fax Confirmation Report

Sent via www.fax.plus

Fax.Plus

**Date:** Apr 25, 2024 (Thu)
**Time:** 10:53:46 AM (UTC-04:00)

**From:** +1 727-291-7838 (Tyler Errig)
**To:** +1 603-334-0401

**Pages Sent:** 6
**Duration:** 2 min, 52 sec

**Status:** Successfully Sent

**First Page Thumbnail**


TUCKER

Validate the authenticity of this page by scanning the following QR code:

TUCKER Disability Law
We Work Harder

***__Sent via Fax to: (603) 334-0401 & Certified Mail Tracking #9407 1118 9876 5403 3916 68__ __(6 pages)__***

April 25, 2024

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal | Attn: Krizia Stanley
P.O. Box 2578
Omaha, NE 68103-2578

**Re: Our Client: Praveen Khurana**
**Claim # 14892253**
**Employer: Ryder System, Inc.**

Dear Krizia:

On March 29, 2024, we received your letter dated March 28, 2024, informing Mr. Khurana that his Short Term Disability claim is closed and that no further review will be conducted by Lincoln.

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the **__entire claim file__**, including but not limited to:

   a) Any document, record or other information that was relied upon in making the benefit determination;

   b) Any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

   c) Any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F .R.§2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made · in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants;

**Tucker Disability Law, P.A.**
**5235 16th Street North, St. Petersburg, FL 33703**
**Phone: (727) 572-5000 Fax: (727) 571-1415**

d) Any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

e) Any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

f) The names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

g) Any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) If an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol or other similar criterion.

i) If any recordings have been made relative to this claim in any way, please provide complete copies of these tapes.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide a complete copy of the **STD** Policy and Summary Plan Description.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for **STD** coverage or any other agreement related to the STD coverage or Plan between you and **Ryder System, Inc.**

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Praveen Khurana will receive if a favorable determination is made.

11. Please state whether the money deducted from Praveen Khurana paycheck for their portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

If you have any further questions, please contact our office in writing. Please confirm receipt of this letter in writing.

Very truly yours,

John V. Tucker
JVT/tje
cc: Praveen Khurana (w/ enc.)

enc: Authorization to Communicate (1 page)
Authorization to Release (1 page)
Notice of Lien (1 page)

# Authorization to Release Information to Tucker Disability Law

**Name:** Praveen Khurana **Date of Birth:** October 29, 1960

**By signing below, I authorize any entity to whom this form is presented to communicate with my attorneys, Tucker Disability Law, P.A., and to release any of the following confidential information to Tucker Disability Law, P.A.:**

- ✓ Claim File / Insurance Claim Records
- ✓ Employer Records, to include benefits, pay, and disciplinary information
- ✓ Medical Records (to include HIV/AIDS)
- ✓ Psychological Records
- ✓ Drug & Alcohol Treatment Records
- ✓ Medical Bills
- ✓ Education and School Records
- ✓ Government Records (to include Social Security information, SEQY, DEQY)

I need this information for a legal case, and ask that you please deliver this information to:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703-2611**
**Fax: (727) 571-1415**

If you have questions, please call Phone: (727) 572-5000.

I understand that any employee of Tucker Disability Law, P.A. may use this authorization to speak with any entity or its employees about me to obtain information.

I understand that I may revoke this release information at any time, provided that I make written notification to this effect, but that revocation has no effect on action already taken.

This Authorization shall be valid for up to 1 year from the date of signature listed below or upon completion of the case, whichever is later, unless otherwise expressly revoked by the signer in writing prior to that time. **A photocopy of this Authorization is as valid as the original.**

I hereby release the records keeper from any liability which may arise as a result of the use of the information contained in the copies of records released. It is presumed that if such information is later used to my damage, that it was obtained as a result of this Authorization.

Signature Date: February 29, 2024

# AUTHORIZATION TO COMMUNICATE WITH
# Tucker Disability Law, P.A.

I, Praveen Khurana, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703**
(727) 572-5000
(727) 571-1415 – Fax
Tucker@TuckerDisability.com

Client's Signature

February 29, 2024
Date

Praveen Khurana
Printed/Typed Name

018649602
Social Security Number

TUCKER Disability Law
We Work Harder

**Notice of Lien, Payment Instructions & Power of Attorney to Deposit Checks**

RE: Praveen Khurana SSN: ____________

**To: Any Benefit Plan Administrator, Insurance Company, and/or other interested persons,**

I have hired *Tucker Disability Law, P.A.* as my attorneys for my case/claim. I am obligated to pay attorney fees and costs to Tucker Disability Law, P.A. for its services. To insure that Tucker Disability Law, P A. is properly paid under my contract with the law firm, I grant *Tucker Disability Law, P.A.* a full and irrevocable lien against any benefits, entitlement or payment I may receive or recovery I might make up to the amount of attorney fees and costs I am obligated to pay under my contract with the law firm.

I direct any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity (hereafter "you") who is paying insurance or plan benefits, a settlement, or judgment (or any other recovery) under any plan, policy, contract, pension, or other matter to recognize and honor this lien and to deliver all checks for any past due, future benefits or any other type of settlement or judgment (hereafter "checks") to:

***Tucker Disability Law, P.A.***
***5235 - 16th Street North***
***St. Petersburg, Florida 33703***

This direction shall remain valid until *Tucker Disability Law, P.A.* notifies you in writing that checks may be sent to me directly at a different address.

All checks shall be made payable "for the benefits of" as follows:

***Tucker Disability Law, P.A. f/b/o*** Praveen Khurana
or
***Tucker Disability Law, P.A. for the benefit of*** Praveen Khurana

Regarding any check for a claim, judgment, payment, and/or settlement, I also give a Limited Power of Attorney to *Tucker Disability Law, P.A.* (to include John V. Tucker and anyone acting on its behalf to deposit funds) to endorse any checks paid in my name and understand that this Power of Attorney is solely for the purpose of depositing checks into a non-interest bearing Trust account and held until funds clear before my portion of any such proceeds will be forwarded to me.

Signature: [signature] Date: 03-06-24

SPENCER E LEE
Notary Public
State of Washington
Commission # 23007301
My Comm. Expires Mar 23, 2027

*STATE OF* Washington *COUNTY OF* Spokane

The person who signed this document above is personally known by me or produced the following identification: Drivers License, and I witnessed their signature.

SWORN TO AND SUBSCRIBED BEFORE ME, this 6th day of March, 2023.

Notary Public - Signature: [signature] Spencer E. Lee

Printed Name: Spencer E. Lee My commission expires: Mar 23, 2027

**Tucker Disability Law, P.A. accepts the lien, direction to pay, and Limited Power of Attorney stated above.**

[signature]
**By: John V. Tucker, Esq.**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | March 28, 2024 |
| To: | TUCKER DISABILITY LAW<br>5235 16TH STREET NORTH<br>ST. PETERSBURG FL 33703 |
| Attn: | Mr. John V. Tucker |
| Fax: | (727) 571-1415 |
| From: | Krizia Stanley<br>Specialist, Appeals Claims<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 3 |
| RE: | Claim #: 14892253<br>Claimant: Praveen Khurana<br><br>Ryder System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 28, 2024

Tucker Disability Law
5235 16TH STREET NORTH
ST. PETERSBURG, FL 33703

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253
Claimant: Praveen Khurana

To Whom It May Concern:

This is in response to your letter dated March 11, 2024, requesting a reconsideration of Praveen Khurana's Short Term Disability (STD) claim.

As was explained in our denial letter to Mr. Khurana dated February 16, 2024, as of October 24, 2023, the medical records that we were provided did not support a global functional impairment that would require ongoing restrictions and limitations. Therefore, the decision to deny STD benefits was upheld.

Please note, The Lincoln National Life Insurance Company (Lincoln) is unable to accept or review any additional documentation with regard to Mr. Khurana's claim. The claim remains closed and no further review will be conducted by Lincoln.

You may have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln Financial Group rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln Financial Group are based on the provisions outlined in the Ryder System, Inc.'s Short Term Disability Plan. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

TUCKER Disability Law
We Work Harder

**Sent Via Fax to (603) 334-0401**
**Sent Via Certified Mail, Return Receipt**
**#9407111898765407408089**

March 11, 2024

Attn: Krizia Stanley
The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103

**Notice of Intent to Appeal / Request for Review & Request for Production of Documents**

**Re: Our Client: Praveen Khurana**
**Claim # 14892253**
**Employer: Ryder System, Inc.**

Dear Krizia:

This law firm represents Praveen Khurana in his claim for Short Term Disability (STD) benefits under the Group Policy or ERISA Plan(s) held by Ryder System, Inc. This letter shall serve as our client's Notice of Intent to Appeal / Request for Review of your company's denial letter dated February 16, 2024, and a request for a complete copy of your company's claim file and other documents as outlined below.

We request that you please do not start reviewing the claim until we have notified you that we have sent you a complete appeal package. This means that we ask that you do not begin processing this appeal until the 180th day following your decision letter, i.e., until August 14, 2024. If we submit all information before that date, we will notify you that you may begin processing the appeal. Your company's deadlines under 29 C.F.R. §2560.503-1 will not start until we notify you that the appeal submission is completed or the 180th day following your decision letter, whichever is earlier, so there will be no prejudice by allowing us the full 180 day period within which to submit documents.

Pursuant to our contract with Praveen Khurana and the fact that **she/ he** is now represented by counsel, any further correspondence or communication regarding this claim shall be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases

or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of in writing will be considered an invasion of our client's privacy.

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including but not limited to:

   a) Any document, record or other information that was relied upon in making the benefit determination;

   b) Any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

   c) Any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F .R.§2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants;

   d) Any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

   e) Any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

   f) The names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

   g) Any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) If an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol or other similar criterion.

i) If any recordings have been made relative to this claim in any way, please provide complete copies of these tapes.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide a complete copy of the STD Policy and Summary Plan Description.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for STD coverage or any other agreement related to the STD coverage or Plan between you and Ryder System, Inc.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Praveen Khurana will receive if a favorable determination is made.

11. Please state whether the money deducted from Praveen Khurana paycheck for their portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

Enclosed is a release authorization signed by our client authorizing you to provide the above information. Also enclosed is a copy of a signed Notice of

Lien and Payment Instructions. Please keep this document in my client's file, and if necessary, notify other agents, employees, or offices of your company of the existence to ensure this lien and these instructions are honored. If you require an original of this document, please advise me of this, and I will forward one to you. If any payments are made at any time on this claim, you are instructed to recognize our lien and follow these payment instructions. Any checks for payments of benefits should be delivered to my office, and should be made payable to "Praveen Khurana and Tucker Law Group, P.A. Trust Account." If your company is unable to make the check payable to both parties, please make the check payable to our client Praveen Khurana and forward it to our office. Our lien and these payment instructions shall remain in effect until we advise you to the contrary in writing.

If you are not the proper individual or entity from whom these documents should be obtained, please immediately send me a letter providing me with the full name, position, company, mailing and street address(es), fax number and phone number of the appropriate person to whom this request should be directed.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Very truly yours,

John V. Tucker

JVT/ams

encl: Release of Information
Notice of Lien

cc: Praveen Khurana

## Authorization to Release Information to Tucker Disability Law

**********************************************************************************

Name: Praveen Khurana Date of Birth: October 29, 1960

**By signing below, I authorize any entity to whom this form is presented to communicate with my attorneys, Tucker Disability Law, P.A., and to release any of the following confidential information to Tucker Disability Law, P.A.:**

✓ Claim File / Insurance Claim Records
✓ Employer Records, to include benefits, pay, and disciplinary information
✓ Medical Records (to include HIV/AIDS)
✓ Psychological Records
✓ Drug & Alcohol Treatment Records
✓ Medical Bills
✓ Education and School Records
✓ Government Records (to include Social Security information, SEQY, DEQY)

I need this information for a legal case, and ask that you please deliver this information to:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703-2611**
**Fax: (727) 571-1415**

If you have questions, please call Phone: (727) 572-5000.

I understand that any employee of Tucker Disability Law, P.A. may use this authorization to speak with any entity or its employees about me to obtain information.

I understand that I may revoke this release information at any time, provided that I make written notification to this effect, but that revocation has no effect on action already taken.

This Authorization shall be valid for up to 1 year from the date of signature listed below or upon completion of the case, whichever is later, unless otherwise expressly revoked by the signer in writing prior to that time. **A photocopy of this Authorization is as valid as the original.**

I hereby release the records keeper from any liability which may arise as a result of the use of the information contained in the copies of records released. It is presumed that if such information is later used to my damage, that it was obtained as a result of this Authorization.

[signature] Date: 3-11-2024

Signature

**TUCKER**
Disability Law
— We Work Harder —

**Notice of Lien, Payment Instructions & Power of Attorney to Deposit Checks**

**RE:** Praveen Khurana **SSN:** ______________________

**To: Any Benefit Plan Administrator, Insurance Company, and/or other interested persons.**

I have hired *Tucker Disability Law, P.A.* as my attorneys for my case/claim. I am obligated to pay attorney fees and costs to Tucker Disability Law, P.A. for its services. To insure that Tucker Disability Law, P.A. is properly paid under my contract with the law firm, I grant *Tucker Disability Law, P.A.* a full and irrevocable lien against any benefits, entitlement or payment I may receive or recovery I might make up to the amount of attorney fees and costs I am obligated to pay under my contract with the law firm.

I direct any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity (hereafter "you") who is paying insurance or plan benefits, a settlement, or judgment (or any other recovery) under any plan, policy, contract, pension, or other matter to recognize and honor this lien and to deliver all checks for any past due, future benefits or any other type of settlement or judgment (hereafter "checks") to:

***Tucker Disability Law, P.A.***
***5235 - 16th Street North***
***St. Petersburg, Florida 33703***

This direction shall remain valid until *Tucker Disability Law, P.A.* notifies you in writing that checks may be sent to me directly at a different address.

All checks shall be made payable "for the benefits of" as follows:

*Tucker Disability Law, P.A.* f/b/o Praveen Khurana
or
*Tucker Disability Law, P.A. for the benefit of* Praveen Khurana

Regarding any check for a claim, judgment, payment, and/or settlement, I also give a Limited Power of Attorney to *Tucker Disability Law, P.A.* (to include John V. Tucker and anyone acting on its behalf to deposit funds) to endorse any checks paid in my name and understand that this Power of Attorney is solely for the purpose of depositing checks into a non-interest bearing Trust account and held until funds clear before my portion of any such proceeds will be forwarded to me.

Signature: [signature] Date: 03-06-24

SPENCER E LEE
Notary Public
State of Washington
Commission # 23007301
My Comm. Expires Mar 23, 2027

*STATE OF* Washington *COUNTY OF* Spokane

The person who signed this document above is personally known by me or produced the following identification: Drivers License, and I witnessed their signature.

SWORN TO AND SUBSCRIBED BEFORE ME, this 6th day of March, 2023.

Notary Public - Signature: Spencer E. Lee

Printed Name: Spencer E. Lee My commission expires: Mar 23, 2027

**Tucker Disability Law, P.A. accepts the lien, direction to pay, and Limited Power of Attorney stated above.**

[signature]
**By: John V. Tucker, Esq.**

Tucker Disability Law, P.A.
5235 16TH ST N
ST PETERSBURG FL 33703-2611

$5.52 US POSTAGE
FIRST-CLASS
Mar 12 2024
Mailed from ZIP 33703
3 OZ FIRST-CLASS MAIL LETTER RATE
11923275

stamps endicia
062S0011485636

USPS CERTIFIED MAIL

9407 1118 9876 5407 4080 89

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO BOX 2578
OMAHA NE 68103-2578

TUCKER Disability Law
We Work Harder

**_Sent Via Fax to (603) 334-0401_**
**_Sent Via Certified Mail, Return Receipt_**
**_#9407111898765407408089_**

March 11, 2024

Attn: Krizia Stanley
The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103

**Notice of Intent to Appeal / Request for Review & Request for Production of Documents**

**Re: Our Client: Praveen Khurana**
**Claim # 14892253**
**Employer: Ryder System, Inc.**

Dear Krizia:

This law firm represents Praveen Khurana in his claim for Short Term Disability (STD) benefits under the Group Policy or ERISA Plan(s) held by Ryder System, Inc. This letter shall serve as our client's Notice of Intent to Appeal / Request for Review of your company's denial letter dated February 16, 2024, and a request for a complete copy of your company's claim file and other documents as outlined below.

We request that you please do not start reviewing the claim until we have notified you that we have sent you a complete appeal package. This means that we ask that you do not begin processing this appeal until the 180th day following your decision letter, i.e., until August 14, 2024. If we submit all information before that date, we will notify you that you may begin processing the appeal. Your company's deadlines under 29 C.F.R. §2560.503-1 will not start until we notify you that the appeal submission is completed or the 180th day following your decision letter, whichever is earlier, so there will be no prejudice by allowing us the full 180 day period within which to submit documents.

Pursuant to our contract with Praveen Khurana and the fact that she/ he is now represented by counsel, any further correspondence or communication regarding this claim shall be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases

**Tucker Disability Law, P.A.**
**5235 16th Street North, St. Petersburg, FL 33703**
**Phone: (727) 572-5000 Fax: (727) 571-1415**

or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of in writing will be considered an invasion of our client's privacy.

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including but not limited to:

    a) Any document, record or other information that was relied upon in making the benefit determination;

    b) Any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

    c) Any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F .R.§2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants;

    d) Any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

    e) Any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

    f) The names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

    g) Any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) If an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol or other similar criterion.

i) If any recordings have been made relative to this claim in any way, please provide complete copies of these tapes.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide a complete copy of the STD Policy and Summary Plan Description.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for STD coverage or any other agreement related to the STD coverage or Plan between you and Ryder System, Inc.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Praveen Khurana will receive if a favorable determination is made.

11. Please state whether the money deducted from Praveen Khurana paycheck for their portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

Enclosed is a release authorization signed by our client authorizing you to provide the above information. Also enclosed is a copy of a signed Notice of

Lien and Payment Instructions. Please keep this document in my client's file, and if necessary, notify other agents, employees, or offices of your company of the existence to ensure this lien and these instructions are honored. If you require an original of this document, please advise me of this, and I will forward one to you. If any payments are made at any time on this claim, you are instructed to recognize our lien and follow these payment instructions. Any checks for payments of benefits should be delivered to my office, and should be made payable to "Praveen Khurana and Tucker Law Group, P.A. Trust Account." If your company is unable to make the check payable to both parties, please make the check payable to our client Praveen Khurana and forward it to our office. Our lien and these payment instructions shall remain in effect until we advise you to the contrary in writing.

If you are not the proper individual or entity from whom these documents should be obtained, please immediately send me a letter providing me with the full name, position, company, mailing and street address(es), fax number and phone number of the appropriate person to whom this request should be directed.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Very truly yours,

John V. Tucker

JVT/ams

encl: Release of Information
Notice of Lien

cc: Praveen Khurana

# Authorization to Release Information to Tucker Disability Law

**Name:** Praveen Khurana **Date of Birth:** October 29, 1960

**By signing below, I authorize any entity to whom this form is presented to communicate with my attorneys, Tucker Disability Law, P.A., and to release any of the following confidential information to Tucker Disability Law, P.A.:**

- ✓ Claim File / Insurance Claim Records
- ✓ Employer Records, to include benefits, pay, and disciplinary information
- ✓ Medical Records (to include HIV/AIDS)
- ✓ Psychological Records
- ✓ Drug & Alcohol Treatment Records
- ✓ Medical Bills
- ✓ Education and School Records
- ✓ Government Records (to include Social Security information, SEQY, DEQY)

I need this information for a legal case, and ask that you please deliver this information to:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703-2611**
**Fax: (727) 571-1415**

If you have questions, please call Phone: (727) 572-5000.

I understand that any employee of Tucker Disability Law, P.A. may use this authorization to speak with any entity or its employees about me to obtain information.

I understand that I may revoke this release information at any time, provided that I make written notification to this effect, but that revocation has no effect on action already taken.

This Authorization shall be valid for up to 1 year from the date of signature listed below or upon completion of the case, whichever is later, unless otherwise expressly revoked by the signer in writing prior to that time. **A photocopy of this Authorization is as valid as the original.**

I hereby release the records keeper from any liability which may arise as a result of the use of the information contained in the copies of records released. It is presumed that if such information is later used to my damage, that it was obtained as a result of this Authorization.

[signature] Date: 3-11-2024

Signature

**TUCKER** Disability Law

*We Work Harder*

**Notice of Lien, Payment Instructions & Power of Attorney to Deposit Checks**

**RE:** Praveen Khurana **SSN:** ____________________

**To: Any Benefit Plan Administrator, Insurance Company, and/or other interested persons,**

I have hired *Tucker Disability Law, P.A.* as my attorneys for my case/claim. I am obligated to pay attorney fees and costs to Tucker Disability Law, P.A. for its services. To insure that Tucker Disability Law, P A. is properly paid under my contract with the law firm, I grant *Tucker Disability Law, P.A.* a full and irrevocable lien against any benefits, entitlement or payment I may receive or recovery I might make up to the amount of attorney fees and costs I am obligated to pay under my contract with the law firm.

I direct any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity (hereafter "you") who is paying insurance or plan benefits, a settlement, or judgment (or any other recovery) under any plan, policy, contract, pension, or other matter to recognize and honor this lien and to deliver all checks for any past due, future benefits or any other type of settlement or judgment (hereafter "checks") to:

***Tucker Disability Law, P.A.***
***5235 - 16th Street North***
***St. Petersburg, Florida 33703***

This direction shall remain valid until *Tucker Disability Law, P.A.* notifies you in writing that checks may be sent to me directly at a different address.

All checks shall be made payable "for the benefits of" as follows:

***Tucker Disability Law, P.A.* f/b/o** Praveen Khurana
or
***Tucker Disability Law, P.A. for the benefit of*** Praveen Khurana

Regarding any check for a claim, judgment, payment, and/or settlement, I also give a Limited Power of Attorney to *Tucker Disability Law, P.A.* (to include John V. Tucker and anyone acting on its behalf to deposit funds) to endorse any checks paid in my name and understand that this Power of Attorney is solely for the purpose of depositing checks into a non-interest bearing Trust account and held until funds clear before my portion of any such proceeds will be forwarded to me.

Signature: [signature] Date: 03-06-24

SPENCER E LEE
Notary Public
State of Washington
Commission # 23007301
My Comm. Expires Mar 23, 2027

*STATE OF* Washington *COUNTY OF* Spokane

The person who signed this document above is personally known by me or produced the following identification: Drivers License, and I witnessed their signature.

SWORN TO AND SUBSCRIBED BEFORE ME, this 6th day of March, 2023.

Notary Public - Signature: Spencer E. Lee

Printed Name: Spencer E. Lee My commission expires: Mar 23, 2027

**Tucker Disability Law, P.A. accepts the lien, direction to pay, and Limited Power of Attorney stated above.**

[signature]

**By: John V. Tucker, Esq.**

Tucker Disability Law, P.A.
5235 16TH ST N
ST PETERSBURG FL 33703-2611

$5.52 US POSTAGE
FIRST-CLASS
Mar 12 2024
Mailed from ZIP 33703
3 OZ FIRST-CLASS MAIL LETTER RATE
11923275
stamps endicia
062S0011485636

USPS CERTIFIED MAIL

9407 1118 9876 5407 4080 89

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO BOX 2578
OMAHA NE 68103-2578

# Authorization to Release Information to Tucker Disability Law

*******************************************************************************

**Name:** Praveen Khurana **Date of Birth:** October 29, 1960

**By signing below, I authorize any entity to whom this form is presented to communicate with my attorneys, Tucker Disability Law, P.A., and to release any of the following confidential information to Tucker Disability Law, P.A.:**

✓ Claim File / Insurance Claim Records
✓ Employer Records, to include benefits, pay, and disciplinary information
✓ Medical Records (to include HIV/AIDS)
✓ Psychological Records
✓ Drug & Alcohol Treatment Records
✓ Medical Bills
✓ Education and School Records
✓ Government Records (to include Social Security information, SEQY, DEQY)

I need this information for a legal case, and ask that you please deliver this information to:

**Tucker Disability Law, P.A.**
**5235 16th Street N.**
**St. Petersburg, FL 33703-2611**
**Fax: (727) 571-1415**

If you have questions, please call Phone: (727) 572-5000.

I understand that any employee of Tucker Disability Law, P.A. may use this authorization to speak with any entity or its employees about me to obtain information.

I understand that I may revoke this release information at any time, provided that I make written notification to this effect, but that revocation has no effect on action already taken.

This Authorization shall be valid for up to 1 year from the date of signature listed below or upon completion of the case, whichever is later, unless otherwise expressly revoked by the signer in writing prior to that time. **A photocopy of this Authorization is as valid as the original.**

I hereby release the records keeper from any liability which may arise as a result of the use of the information contained in the copies of records released. It is presumed that if such information is later used to my damage, that it was obtained as a result of this Authorization.

Signature Date: 3-1-2024

TUCKER Disability Law
We Work Harder

**_Sent Via Fax 603-334-0401 and_**
**_US Cert. Mail # 9407111898765404661234_**

March 1, 2024

Ryder System Inc.
ATTN: Human Resources - Disability Benefit Plan Administrator
11690 NW 105th Street
Miami, FL 33178

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103

**Re: Our Client: Praveen Khurana**
**Date of Birth: 10-29-1960**
**Type of Claim: Long Term Disability Benefits**

Doar Plan Administrator / Claim Administrator:

This firm represents the above person in their claim for Long Term Disability (LTD) benefits under the Group Policy / ERISA Plan(s) provided through their current or former employment. To the extent notice of the loss has not been provided previously, this letter serves as notice of claim under the LTD Plan. We request you send any necessary application forms that are required to provide proof of loss.

If you are not the administrator of your company's disability plan, please forward this request to the Disability Benefit Plan Administrator(s). *If this letter was not sent to the correct address for the Disability Benefit Plan Administrator(s), please provide us with the correct name(s) and address(es) of the Disability Benefit Plan Administrator(s), and if different, the registered agent for service of process for the Disability Benefit Plan and Disability Benefit Plan Administrator(s).*

Enclosed is an authorization signed by our client authorizing you to provide the above information and to communicate with this firm about their claim. If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Very truly yours,

John V. Tucker
encl: Release of Information
cc: Praveen Khurana (w/o enclosures)

**Tucker Disability Law, P.A.**
**5235 16th St. N., St. Petersburg, FL 33703**
**(727) 572-5000**

Tucker Disability Law, P.A.
5235 16TH ST N
ST PETERSBURG FL 33703-2611

$5.52 US POSTAGE
FIRST-CLASS
Mar 02 2024
Mailed from ZIP 33703
3 OZ FIRST-CLASS MAIL LETTER RATE
11923275
stamps endicia
062S0011718299

USPS CERTIFIED MAIL

9407 1118 9876 5404 6612 34

Ryder System Inc.
Human Resources - Disability Benefit Plan Admin
11690 NW 105TH ST
MEDLEY FL 33178-1103

TUCKER Disability Law
We Work Harder

**Sent Via Fax 603-334-0401 and**
**US Cert. Mail # 9407111898765404661234**

March 1, 2024

Ryder System Inc.
ATTN: Human Resources - Disability Benefit Plan Administrator
11690 NW 105th Street
Miami, FL 33178

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103

**Re: Our Client: Praveen Khurana**
**Date of Birth: 10-29-1960**
**Type of Claim: Long Term Disability Benefits**

Dear Plan Administrator / Claim Administrator:

This firm represents the above person in their claim for Long Term Disability (LTD) benefits under the Group Policy / ERISA Plan(s) provided through their current or former employment. To the extent notice of the loss has not been provided previously, this letter serves as notice of claim under the LTD Plan. We request you send any necessary application forms that are required to provide proof of loss.

If you are not the administrator of your company's disability plan, please forward this request to the Disability Benefit Plan Administrator(s). *If this letter was not sent to the correct address for the Disability Benefit Plan Administrator(s), please provide us with the correct name(s) and address(es) of the Disability Benefit Plan Administrator(s), and if different, the registered agent for service of process for the Disability Benefit Plan and Disability Benefit Plan Administrator(s).*

Enclosed is an authorization signed by our client authorizing you to provide the above information and to communicate with this firm about their claim. If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Very truly yours,

John V. Tucker
encl: Release of Information
cc: Praveen Khurana (w/o enclosures)

**Tucker Disability Law, P.A.**
**5235 16th St. N., St. Petersburg, FL 33703**
**(727) 572-5000**

Tucker Disability Law, P.A.
5235 16TH ST N
ST PETERSBURG FL 33703-2611

$5.52 US POSTAGE
FIRST-CLASS
Mar 02 2024
Mailed from ZIP 33703
3 OZ FIRST-CLASS MAIL LETTER RATE
11923276

stamps endicia
062S0011718299

USPS CERTIFIED MAIL

9407 1118 9876 5404 6612 34

Ryder System Inc.
Human Resources - Disability Benefit Plan Admin
11690 NW 105TH ST
MEDLEY FL 33178-1103

**From:** DisabilityDocuments
**Sent:** Thursday, February 22, 2024 9:56 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: Request for info

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Thursday, February 22, 2024 2:56:16 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Request for info

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I'm unable to get the definition of pre-existing condition for short-term disability through Ryder. Their phone option forwards me to Lincoln financial group- you.

Would you please email me the definition of pre-existing condition as it applies to my case?

Sincerely,

Praveen Khurana

Sent from Yahoo Mail for iPhone

**From:**Stanley, Krizia
**Sent:**Fri, 16 Feb 2024 21:01:24 +0000
**To:**'Grace_M_Gomez@ryder.com';Luisa_M_Gutierrez@ryder.com
**Subject:**Praveen Khurana #14892253

Hello,

RE: Praveen Khurana
Employee id: 00346188
Claim: #14892253

We have completed the appeal assessment of this claim and maintained the prior denial of STD benefits as of 10/24/2023. A letter has been sent today to notify them of our decision.

Thank you,



**Krizia Stanley**
Claim Resolution Specialist
Group Protection

Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

T: 888-437-7611 Ext 79035 Office
F: 603-334-0401
LincolnFinancial.com

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, February 16, 2024 3:59:42 PM |
| To: | MATMAN00US@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana |
| Attachments: | t6dgl9itghwuyg5jracf_17217376.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 16, 2024

Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Praveen:

On behalf of the plan sponsor, Ryder System, Inc., we have completed our review of your appeal for Short Term Disability Benefits and the original determination to deny benefits as of October 24, 2023 is being maintained.

***Initial Claim Decision***

You filed a claim for diabetes. Based on the documentation contained in your claim file, your last day of work was on October 23, 2023, and your date of disability was October 24, 2023. Benefits would have begun on October 31, 2023 after satisfying the elimination period.

Since your effective date of coverage was May 19, 2023 and your disability occurred on October 24, 2023, a pre-existing condition investigation was conducted for the period from February 19, 2023 to May 18, 2023. The medical records obtained demonstrate that you received treatment for the same (or related) condition for which you have claimed disability.

In summary, the records indicated your treatment for diabetes during the pre-existing condition period of February 19, 2023 through May 18, 2023. It was also reported that you were prescribed medications for high blood pressure, high cholesterol, and A-fib during this timeframe.

Your claim was denied as of October 24, 2023 because you did not meet the Pre-Existing Conditions Provision. A letter was sent to you dated November 23, 2023 that detailed the medical information in your claim, explained the claim decision, and outlined your right to appeal by providing a written appeal request stating the reasons why you felt that your claim should not have been denied. The denial letter also advised you to include the following documentation with your appeal request:

> Hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information, from date of disability through the present from all treating

providers. As well as proof that you did not treat for your current condition during the pre-existing look back period of February 19, 2023 through May 18, 2023.

You should also provide any additional information that you feel will support your claim.

***Appeal***

We received your written request for reconsideration on November 29, 2023 and no additional medical information was submitted for your appeal.

On December 4, 2023, we received the following information:

- Visit notes dated April 10, 2023 and May 12, 2023 from Katie Norris, CMA
- Visit notes dated April 28, 2023 from Jennifer Anderson, ARNP
- Visit notes dated February 27, 2023 and April 14, 2023 from Selam Kiflemichael, PharmMD

In our letter dated December 13, 2023, we advised that we have referred your file for a medical review and assessment by a Registered Nurse.

***Appeal Evaluation***

In order to ensure a thorough evaluation of your appeal, an additional clinical review was performed by a Nurse Disability Consultant II (MSN, RN-BC CCM).

The Nurse Disability Consultant concluded that, in summary, you stopped working on October 24, 2023 due to reported syncopal event, failed the Department of Transportation (DOT) medical examination, and continued to treat for high blood pressure, high cholesterol, and diabetes. Due to the complexity of your ongoing treating conditions, the nurse recommended a physician level review.

To assist us with the evaluation of your medical records, we referred your file for a medical review and assessment by an independent physician, Dr. Robert Swotinsky, DOT Medical Examiner.

Dr. Swotinsky concluded that, in summary, you stopped working in October 2023 when you did not meet the DOT standards for vision. In April 2023, your primary care provider reminded you that you needed an annual eye check-up because of your diabetes. However, the file presented no reason why your visual acuity could not be corrected.

At the DOT examination dated October 24, 2023, you denied syncope. However, weeks later, you stated that you had a syncopal episode in October 2023 and failed your DOT examination on that basis. When you mentioned this to you provider in November 2023, you were advised to see a cardiologist, as you have been advised in 2020. There was no record that you ever saw a cardiologist.

DOT regulations clearly state that a driver with a cardiovascular condition that may be accompanied by syncope should not be qualified to drive. There was little guidance on the driver with a single syncopal episode, especially when the etiology is unknown. The medical

information presented with conflicting information about whether you had a syncopal episode in October 2023 and, while a medical condition causing syncope would be of concern, the submitted records did not demonstrate a cardiovascular or other medical condition causing syncope or workup in progress to identify such conditions.

On December 27, 2023, we sent you a letter which included a complete copy of the clinical and physician's reviews performed in connection with your request for appeal. You were given an opportunity to review and respond with any additional information that you would like considered before a final determination was made on the appeal. A deadline for response was given of January 16, 2024.

On January 8, 2024, we received the following information:

- DOT Long Form dated October 24, 2023 from Dr. Le Vu
- Telehealth visit notes dated January 8, 2024 from Dr. Daniel Troupe
- DOT Long Form dated January 5, 2024 from Robin Martin, PA

The new medical records were sent to Dr. Swotinsky for an addendum.

The notes dated January 8, 2024 stated that your vision was normal and you appeared to be no longer unqualified due to abnormal vision. The file lacked other additional medical findings related to DOT exams, so the assessment remained unchanged.

On January 23, 2024, we sent you a letter which included a complete copy of the physician's review performed in connection with your request for appeal. You were given an opportunity to review and respond with any additional information that you would like considered before a final determination was made on the appeal. A deadline for response was given of February 12, 2024.

On February 2, 2024, we received the Event Monitor Report dated January 17, 2024 from Dr. Nancy Foster, Cardiology.

These new medical records were sent to Dr. Swotinsky for another addendum.

The additional medical information consists of the January 2024 ambulatory EKG test, with nonremarkable results. While you stated that you were unable to work until cleared by a cardiologist, the records presented no cardiology opinions indicating that you should or should not drive a truck. Family Medicine provider, Ms. Sionzon-Ogden had similar comments about you needing ENT and sleep medicine clearance before returning to truck driving. However, there were no ENT or sleep medicine diagnoses, evaluation, or opinions provided for review. Due to the lack of previous and new medical information demonstrating medically-based dysfunction, Dr. Swotinsky's assessment remained unchanged.

On February 13, 2024, we sent you a letter which included a complete copy of the physician's review performed in connection with your request for appeal. You were given an opportunity to review and respond with any additional information that you would like considered before a final determination was made on the appeal. A deadline for response was given of March 5, 2024.

During our telephone conversation on February 15, 2024, you advised to proceed with our decision.

*Conclusion*

We conducted a thorough and independent review of your entire claim. While we acknowledge that you may have symptoms associated with your condition, the records in your file do not substantiate the presence of a disabling condition as that would warrant occupational restrictions and limitations as of October 24, 2023.

Therefore, in the absence of sufficient clinical evidence to support your inability to perform the activities consistent with those required to perform your job, you do not meet the definition of disability and we have determined that the denial of Short Term Disability benefits as of October 24, 2023 was appropriate and is supported by the medical information contained in your claim file.

This claim determination reflects an evaluation of the claim facts and the Plan provisions.

*Plan Provisions*

Ryder System, Inc.'s Short Term Disability Plan requires that to receive benefits you must meet the following plan provisions:

*Definition of Disability*

You are considered disabled if you have a non-occupational sickness or injury, while receiving care from a doctor on a continuing basis and you are unable to perform the material duties of your job and you have a 20% or more loss in weekly earnings due to the same sickness or injury. You must be considered actively at work the day prior to your date of disability. Actively at work means you were performing the duties of your job at your normal place of work. You will be considered actively at work while on vacation, an unrelated, approved Workers' Compensation Leave, approved Family Medical Leave of Absence or during Company-sponsored holidays if you were actively at work on the regular workday immediately before the vacation or holiday. An employee who is on an unpaid Personal Leave at the time of disability does not qualify for STD benefits.

For purposes of the STD Plan, "sickness" means illness, disease, pregnancy or complications of pregnancy. "Injury" means bodily impairment resulting directly from an accident and independently of all other causes.

Maternity is treated like any other sickness. Short-Term disability benefits are provided for a disability related to maternity, pre and post- delivery. Pre-delivery benefits are based on the medical evidence provided to the plan from your treating physician.

All benefit decisions are made on the basis of medical documentation and at the sole discretion of the short-term disability insurance administrator. Ryder System, Inc. makes no determination that an employee's sickness or injury qualifies for short-term disability or salary continuance benefits under the plan.

Under the Employee Retirement Income Security Act (ERISA) Appeal guidelines, you were entitled to appeal the determination made by The Lincoln National Life Insurance Company (Lincoln) and to

submit any additional information wished to be considered as part of the appeal. Lincoln has conducted a full and fair review of your appeal and accompanying materials and has determined that the denial of benefits as of October 24, 2023 will be maintained.

At this time, your administrative right to review has been exhausted and no further review will be conducted by Lincoln and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.
If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Nothing in this letter should be construed as a waiver of The Lincoln National Life Insurance Company rights and defenses under the above captioned Plan, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Determinations made by The Lincoln National Life Insurance Company are based on the provisions outlined in Ryder System, Inc.'s Short Term Disability Plan. These provisions are not contingent on decisions made by either the Social Security Administration or the Workers' Compensation Carrier. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

**From:** DisabilityDocuments
**Sent:** Wednesday, February 14, 2024 10:43 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Wednesday, February 14, 2024 3:42:58 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]

[illegible]

12. Stomach, liver, or digestive problems

13. Diabetes or blood sugar problems (insulin used)

15. Fainting or passing out

23. Cancer

Other health condition(s) not described above

[illegible]

Did you answer "yes" to any of questions 1-32? If so, please comment further on those health conditions below

[illegible]

(Attach additional sheets if necessary)

Driver's Signature: [illegible] Date: [illegible]

SECTION 2. Examination Report [illegible]

[illegible]

(Attach additional sheets if necessary)

Page 2

[illegible]

INSULIN-TREATED DIABETES MELLITUS ASSESSMENT FORM

Name: Praveen Khurana DOB: 10/29/60

Driver's License Number (if applicable): KA1439068 State: 10PM0 ☐

This individual is being evaluated either to determine whether he/she meets the physical qualification standards of the Federal Motor Carrier Safety Administration (FMCSA) to operate a commercial motor vehicle or because the individual has recently experienced a severe hypoglycemic episode. A treating clinician should complete this form to the best of his/her ability based on his/her knowledge of the individual's medical history. Completion of this form does not imply that a treating clinician is making a medical certification decision to qualify the individual to drive a commercial motor vehicle. Any determination as to whether the individual is physically qualified to drive a commercial motor vehicle will be made by a certified medical examiner on FMCSA's National Registry of Certified Medical Examiners.

*FMCSA defines a treating clinician as a healthcare professional who manages, and prescribes insulin for, treatment of the individual's diabetes mellitus as authorized by the healthcare professional's applicable State licensing authority.*

Instructions to the Individual:

When you are being evaluated prior to a medical certification examination, the certified medical examiner must receive this form and begin the examination no later than 45 calendar days after a treating clinician signs this form.

When you are being evaluated after a severe hypoglycemic episode, you must retain this form and give it to the certified medical examiner at your next medical certification examination.

Insulin-Treated Diabetes Mellitus Diagnosis

1. Date insulin use began: 2017

Blood Glucose Self-Monitoring Records

2. Has the individual maintained at least the preceding 3 months of ongoing blood glucose self-monitoring records while being treated with insulin that are measured with an electronic glucometer that stores all readings, records the date and time of readings, and from which data can be electronically downloaded?

   11/20 - 1/11/24 w/ Livongo, Libre CGM before that

   ☑ Yes ☐ No

3. Has the individual provided at least the preceding 3 months of electronic self-monitoring records while being treated with insulin from his/her glucometer to the treating clinician for review?

   ☑ Yes ☐ No

[illegible]

[illegible]

Medical Examiner's Signature: [signature]

Medical Examiner's Name (please print or type): Robin Martin

Medical Examiner's Address: 1419 N Argonne Rd City: Spokane Valley State: WA Zip Code: 99212

Medical Examiner's Telephone Number: (509) 892-2880 Date Certificate Signed: ______

Medical Examiner's State License, Certificate, or Registration Number: [illegible] Issuing State: WA

☐ MD ☐ DO ■ Physician Assistant ☐ Chiropractor ☐ Advanced Practice Nurse

☐ Other Practitioner (specify): ______

National Registry Number: 7801890611

Medical Examiner's Certificate Expiration Date: ______

Page 4

11. Has the individual been diagnosed with any other progressive eye disease(s) (e.g., macular edema, cataracts, glaucoma)?

☐ Yes ☒ No

If yes, specify the disease(s), provide the dates of diagnoses, current treatment, and whether the condition is stable:

12. Additional Comments *(attach additional pages as needed)*

***I attest that I am a treating clinician (as defined above), that this individual maintains a stable insulin regimen and proper control of his/her insulin-treated diabetes mellitus, and that the information provided is true and correct to the best of my knowledge.***

01/11/24
*Date*

Lich Phan, MD
*Printed Name and Medical Credential*

*Signature*

*Professional License Number and State*

504-444-8200
*Phone Number*

*Email*

5921 N. Market St.
*Street Address*

99208
*City, State, Zip Code*

**From:** DisabilityDocuments
**Sent:** Wednesday, February 14, 2024 11:01 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Wednesday, February 14, 2024 4:00:28 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]



Lincoln/Khurana 302

**From:** DisabilityDocuments
**Sent:** Wednesday, February 14, 2024 10:40 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892353

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Wednesday, February 14, 2024 3:39:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892353

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

Dr. Swotinski (Swotinski report) presents only selected facts and opinions based on a marginalized review of this matter. I am seriously concerned that many facts are overlooked, which leads to a skewed and inaccurate report.

Swotinski report in paragraph 1 talks about vision issues only as the main cause of my failing the DOT physical of 10-24-24. Atrial fibrillation and diabetes are completely overlooked and not even reviewed. Documents clearly show that they were disclosed and a serious concern of Dr. Lee Vu. These documents (attached here again) demonstrate full disclosure by the claimant (note: these documents are also a part of the DOT physical of 10-24-2023.) The insinuation in the swotinsky report that claimant could have cleared the DOT physical of 10-24-2023 by merely correcting his vision is completely flawed and inaccurate. if that was true, he would have passed the physical of January 5, 2024.

I have submitted to you a 14-page monitor report, showing the graphs and the heart arrhythmia, while using the heart monitor. During the period of arrhythmia, the graph clearly shows abnormal, and in one case the heartbeat is even off the chart.While I am not privy to the conversation between Dr. Swotinski and Dr. Koster. Full testing remains incomplete at this time - such as the echocardiogram. Dr. Swotinski's conclusions are pre-mature, based on incomplete results and cannot be construed to be conclusive.

Dr. Swotinski is entitled to his personal and professional opinions, but if they are based on misleading arguments, incomplete facts and erroneous interpretations, then in my opinion, they are merely designed to create an outcome that is biased and have little or no value. I believe such actions can be construed to be violative of the code of ethics and rules of professional conduct for the states of Massachusetts and New Hampshire.

In the final analysis, if my PCP is not releasing me to work to a safety - sensitive job, where my own personal well-being in the well-being of the motoring public is in question. I have to abide with my PCP direction and advice. My PCP is ultimately responsible for me. and the fact that my Cardiologist is asking me to undergo for more tests is indisputably indicative of question(s) that remain at the present time. Furthermore, Dr. Swotinski as no jurisdiction or responsibility over me. He where's no liability. I see that his reviews choose facts selectively and data is presented in misleading light. I request you again to process this claim at this time.

Sincerely,

Praveen Khurana

**From:** DisabilityDocuments
**Sent:** Wednesday, February 14, 2024 10:40 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Wednesday, February 14, 2024 3:39:38 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone


10/24/27
Praveen Khurana
10/24/60
During a Department of Transportation (DOT) medical certification examination, the above driver was:

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, February 13, 2024 4:20:25 PM |
| To: | MATMAN00US@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana |
| Attachments: | 2bqhsrmgzjuqwup0qvdp_17187094.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 13, 2024

Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Praveen:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Short Term Disability (STD) benefits under the Ryder System, Inc.'s Short Term Disability Plan.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the physician's review completed by Dr. Robert Swotinsky, dated February 12, 2024, which is new or additional evidence in connection with your appeal. You may review the clinical report and provide additional information and/or a response to us, which we will consider in making our decision on your appeal.

***Please note, this is not a denial notice, but rather an opportunity for you to review our initial assessment and submit additional information should you wish to do so.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. ***If your response is not received <u>by March 5, 2024</u> (21 days from the date of this letter), we will render a determination based on the information contained in your file.*** Should you require an extension to the stated deadline, please contact us as soon as possible to request this.

Additional information can be faxed to the fax number noted below or e-mailed to disabilitydocuments@lfg.com.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

Attachments: 14892253-MEDICAL-CP/PEER REVIEW-02.12.2024

Clinical Review Memo

| Customer Name | Claimant Name | | Claim Number |
|---|---|---|---|
| Ryder System, Inc. | Praveen Khurana | | 14892253 |
| Report Date: | 02/12/2024 | | |
| Referred By: | Krizia Stanley | Claimant DOB: | 10/29/1960 |
| Referral Date: | 02/06/2024 | Job Title: | DRIVER |
| Due Date: | 02/15/2024 | Med/Surg Condition: | SYNCOPE |
| Referral Type: | Addendum | Disability Occ Type: | |
| Reason for Priority Handling: | | Product Type: | STD |
| Other Considerations | TCMS Special Circumstance | LDW: | 10/23/2023 |
| | | DOD: | 10/24/2023 |
| Physical Demands: | | BBD: | 10/31/2023 |
| Non-Medical Issue: | No | Non-Med Issue Details: | |

*Q. We received the 01/07/24 event monitor report. Please review the complete file and outline any restrictions and limitations supported as of 10/24/23 and provide a duration. Please also contact cardiologist Nancy Foster, MD, at 509-455-8820.*

My 12/24/23 and 01/10/24 reviews and reports

The claimant stopped work when he failed his 10/24/23 DOT physical because of 20/50 visual acuity in the left eye, not meeting DOT's ≤20/40 standard. In November 2023, the claimant said he had failed his 10/24/23 DOT physical because of a syncopal episode. The PCP told him to see a cardiologist, as the claimant had been similarly advised in 2020. There was no record of the claimant seeing a cardiologist. In my 12/24/23 review/report, I wrote that the claimant's impairment was 20/50 uncorrected visual acuity in the left eye, and there was no information indicating his vision could not be corrected to ≤20/40.

The claimant sought out a second DOT physical with Robin Martin, PA, on 01/05/24. On 01/05/24, he reported syncope and other medical problems that he did not report on 10/24/23. Ms. Martin opined that the claimant was unqualified for six months after a syncopal episode. During a phone call, Ms. Martin told me the 6-month wait period was per www.easydotexam.com, a website that sells training and other products for DOT physicals. Ms. Martin also acknowledged that DOT offers little guidance for (un)qualification after a single syncopal episode.

My 01/10/24 addendum report noted discrepancies in the self-reported history. Page 2 of my 01/10/14 addendum described some of these discrepancies. The unreliable self-report highlighted the importance of relying on what was documented in the medical records/ The medical records did not address much of what the claimant reported on 01/05/24. They did indicate the claimant's vision was "normal" on 01/05/24.

01/07/24 Event Monitoring

In January 2024, the claimant had a week of ambulatory EKG monitoring. Per 01/31/24 report by cardiologist Nancy Foster, MD: "no significant pauses, heart block or arrhythmias."

The claimant states he still can't work because he's not been cleared to drive.

The claimant states he can't drive a truck until a cardiologist clears him. On a 01/31/24 form, PCP Kathleen Sionzon-Ogden, NP, wrote that the claimant can't drive until he is "cleared by cardiology, ENT, sleep medicine."

*Peer-to-peer outreach*

Nancy Koster, MD. Cardiology.

4:50 p.m. EST 02/12/24 t/c with Dr. Koster. She said she saw the claimant once, on 01/09/24. He said he drifted into another lane while driving in October 2023, and said he thought this happened because he might have passed out. Dr. Koster said that, where she first saw him months later, she can't say what happened in October 2023. She did ambulatory EKG monitoring in January 2024 that showed no arrhythmia. She says the claimant reported that he had several syncopal episodes while being monitored in January 2024, and during those reported episodes the testing showed a normal heart rhythm. Dr. Koster said the claimant has an echocardiogram and stress test scheduled for 2/21. So far, she doesn't know what caused the claimant's reported driving into another lane in October 2023 and whether it does, or doesn't, represent a medical concern. She said that if the echocardiogram and stress test come back normal, she'll have completed the cardiac workup. Dr. Koster suggested to the claimant that he follow-up with his primary care provider and/or maybe sleep medicine.

Updated assessment

The additional medical information consists of the January 2024 ambulatory EKG test, with nonremarkable results. While the claimant states he can't work until a cardiologist has "cleared" him, the records present no cardiology opinion(s) that the claimant should or should not drive a truck. Family medicine Ms. Sionzon-Ogden had similar comments about the claimant needing ENT and sleep medicine clearance before he returns to truck driving. The records present no ENT or sleep medicine diagnosis, evaluation, or opinion that the claimant should or should not drive a truck.

There is no previous, and no new, medical information demonstrating medically-based dysfunction. My assessment is unchanged.

---

*All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file, which is 01/31/24.*

---

*Electronically Signed:*

Robert Swotinsky MD
DOT-Certified Medical Examiner

Clinical Review Memo

| Customer Name | Claimant Name | | Claim Number |
|---|---|---|---|
| Ryder System, Inc. | Praveen Khurana | | 14892253 |
| **Report Date:** | 02/12/2024 | | |
| **Referred By:** | Krizia Stanley | **Claimant DOB:** | 10/29/1960 |
| **Referral Date:** | 02/06/2024 | **Job Title:** | DRIVER |
| **Due Date:** | 02/15/2024 | **Med/Surg Condition:** | SYNCOPE |
| **Referral Type:** | Addendum | **Disability Occ Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | STD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 10/23/2023 |
| | | **DOD:** | 10/24/2023 |
| **Physical Demands:** | | **BBD:** | 10/31/2023 |
| **Non-Medical Issue:** | No | **Non-Med Issue Details:** | |

*Q. We received the 01/07/24 event monitor report. Please review the complete file and outline any restrictions and limitations supported as of 10/24/23 and provide a duration. Please also contact cardiologist Nancy Foster, MD, at 509-455-8820.*

My 12/24/23 and 01/10/24 reviews and reports

The claimant stopped work when he failed his 10/24/23 DOT physical because of 20/50 visual acuity in the left eye, not meeting DOT's ≤20/40 standard. In November 2023, the claimant said he had failed his 10/24/23 DOT physical because of a syncopal episode. The PCP told him to see a cardiologist, as the claimant had been similarly advised in 2020. There was no record of the claimant seeing a cardiologist. In my 12/24/23 review/report, I wrote that the claimant's impairment was 20/50 uncorrected visual acuity in the left eye, and there was no information indicating his vision could not be corrected to ≤20/40.

The claimant sought out a second DOT physical with Robin Martin, PA, on 01/05/24. On 01/05/24, he reported syncope and other medical problems that he did not report on 10/24/23. Ms. Martin opined that the claimant was unqualified for six months after a syncopal episode. During a phone call, Ms. Martin told me the 6-month wait period was per www.easydotexam.com, a website that sells training and other products for DOT physicals. Ms. Martin also acknowledged that DOT offers little guidance for (un)qualification after a single syncopal episode.

My 01/10/24 addendum report noted discrepancies in the self-reported history. Page 2 of my 01/10/14 addendum described some of these discrepancies. The unreliable self-report highlighted the importance of relying on what was documented in the medical records/ The medical records did not address much of what the claimant reported on 01/05/24. They did indicate the claimant's vision was "normal" on 01/05/24.

01/07/24 Event Monitoring

In January 2024, the claimant had a week of ambulatory EKG monitoring. Per 01/31/24 report by cardiologist Nancy Foster, MD: "no significant pauses, heart block or arrhythmias."

The claimant states he still can't work because he's not been cleared to drive.

The claimant states he can't drive a truck until a cardiologist clears him. On a 01/31/24 form, PCP Kathleen Sionzon-Ogden, NP, wrote that the claimant can't drive until he is "cleared by cardiology, ENT, sleep medicine."

*Peer-to-peer outreach*

Nancy Koster, MD. Cardiology.

4:50 p.m. EST 02/12/24 t/c with Dr. Koster. She said she saw the claimant once, on 01/09/24. He said he drifted into another lane while driving in October 2023, and said he thought this happened because he might have passed out. Dr. Koster said that, where she first saw him months later, she can't say what happened in October 2023. She did ambulatory EKG monitoring in January 2024 that showed no arrhythmia. She says the claimant reported that he had several syncopal episodes while being monitored in January 2024, and during those reported episodes the testing showed a normal heart rhythm. Dr. Koster said the claimant has an echocardiogram and stress test scheduled for 2/21. So far, she doesn't know what caused the claimant's reported driving into another lane in October 2023 and whether it does, or doesn't, represent a medical concern. She said that if the echocardiogram and stress test come back normal, she'll have completed the cardiac workup. Dr. Koster suggested to the claimant that he follow-up with his primary care provider and/or maybe sleep medicine.

Updated assessment

The additional medical information consists of the January 2024 ambulatory EKG test, with nonremarkable results. While the claimant states he can't work until a cardiologist has "cleared" him, the records present no cardiology opinion(s) that the claimant should or should not drive a truck. Family medicine Ms. Sionzon-Ogden had similar comments about the claimant needing ENT and sleep medicine clearance before he returns to truck driving. The records present no ENT or sleep medicine diagnosis, evaluation, or opinion that the claimant should or should not drive a truck.

There is no previous, and no new, medical information demonstrating medically-based dysfunction. My assessment is unchanged.

---

*All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file, which is 01/31/24.*

---

*Electronically Signed:*

Robert Swotinsky MD
DOT-Certified Medical Examiner

**To: Nancy Koster MD**
Company: Providence Spokane Cardiology Downtown
Fax: 509-838-4978
Phone: 509-455-8820

**From: Robert Swotinsky MD**
Company:
Fax:
Phone: 978 337 4479
Email:

**Sent:** 2/12/2024 11:24:49 AM
Duration: 00:02:47
Number dialed:
Remote ID: 5098384978
Result: Success
Pages: 3

Lincoln Financial Group

**To: Nancy Koster MD**
Company: Providence Spokane Cardiology Downtown
Fax: 509-838-4978
Phone: 509-455-8820

**From: Robert Swotinsky MD**
Fax: 866 841 1415
Phone: 978 337 4479

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

Date and time of transmission: Monday, February 12, 2024 11:24:2[illegible] AM
Number of pages including the cover sheet: 03

Confirmation receipt generated by ROASW8 on 2/12/2024 11:30:17 AM

Lincoln
Financial Group®


**To:** **Nancy Koster MD**
Company: Providence Spokane Cardiology Downtown
Fax: 509-838-4978
Phone: 509-455-8820

**From:** **Robert Swotinsky MD**
Fax: 866 841 1415
Phone: 978 337 4479


---

**NOTES:**

---


This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.


**Date and time of transmission:** Monday, February 12, 2024 11:24:22 AM
**Number of pages including this cover sheet:** 03

# Robert Swotinsky, M.D.



[illegible]
[illegible] and Life Claims
P.O. [illegible]
Omaha, NE [illegible]
[illegible]


February 12, 2024

Nancy Koster, MD
Providence Spokane Cardiology Downtown
By fax: 509-838-4978

Re: Disability Benefits
Claimant Name: Praveen Khurana
DOB: 10/29/1960
Claim Number: 14892253
Motor carrier: Ryder Systems, Inc

Dear Dr. Koster:

This fax follows the message that I left with Kaylin at your office earlier today.

Mr. Khurana drove a truck for Ryder Systems, Inc. Mr. Khurana's disability case manager requested a review of the medical records that were submitted to support disability benefits through Lincoln Financial Group. They includes a 01/17/24 ambulatory EKG report interpreted by you. Please clarify:

*Q. Have you determined that Mr. Khurana has a cardiology diagnosis that puts him at increased crash risk from truck driving?*

A. ☐ Yes. His cardiology diagnosis is: ______________________________

Mr. Khurana's clinical findings that demonstrate the presence and severity of this diagnosis include:

______________________________

______________________________

Mr. Khurana's current treatment for this diagnosis includes:

______________________________

______________________________

☐ No

Mr. Khurana's disability case manager is requesting your response by COB 02/15/24 on this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll-free and secure fax number to (866) 841-1415. (Or, please call me.) Thank you for your assistance.

*-Electronically Signed-*
Robert Swotinsky, M.D.
Board Certified, Occupational Medicine
978 337 4479 c

Responses as noted above (or attached)...

______________________ ____________
Nancy Koster, MD Date
*** please fax to 866 841 1415 ***

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Praveen Khurana

Name of legal representative, if applicable (print) None Relationship None

DocuSigned by: PRAVEEN KHURANA

Signature of claimant or legal representative ________ Date: 10/27/2023

Date of Birth: 10/29/1960 Claim Number: 14892253

**A copy of this authorization will be considered as valid as the original.**

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| RYDER SYSTEM, INC. | PRAVEEN KHURANA | 14892253 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Krizia Stanley | **Claimant DOB:** | 10/29/1960 |
| **Referral Date:** | 02/06/2024 | **Job Title:** | DRIVER |
| **Due Date:** | 02/15/2024 | **Medical/ Surgical Condition:** | SYNCOPE |
| **Referral Type:** | Addendum | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | STD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 10/23/2023 |
| | | **DOD:** | 10/24/2023 |
| **Physical Demands:** | | **BBD:** | 10/31/2023 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**
There are no core questions.

**Additional Questions**
There are no additional questions.

**Other Comments**
Other Comments - FOLLOWING RTR, WE RECEIVED EVENT MONITOR REPORT DATED 1/17/24. PLEASE REVIEW THE COMPLETE FILE AND OUTLINE ANY R/LS SUPPORTED AS OF 10/24/23 AND PROVIDE A DURATION. PLEASE ALSO CONTACT CARDIOLOGIST, DR. NANCY FOSTER, AT 509-455-8820

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

**From:** DisabilityDocuments
**Sent:** Tuesday, February 6, 2024 1:27 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Tuesday, February 6, 2024 6:26:22 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone

[illegible]

Case #: MRC1327236

RE: Americans with Disabilities Act (ADA) Interactive Process

Dear Praveen:

As a part of the ADA interactive process, we requested recommendations that would allow you to perform the essential functions of your position. You requested the below accommodation(s):

- No driving until cleared by cardiology

As a Driver Class A PPP Touch OTR, you are required to perform the essential functions of that role with or without a reasonable accommodation. It has been determined that we are able to provide the below accommodation(s):

- Approved Accommodation Leave

The accommodation is approved effective February 6, 2024 until May 6, 2024.

Please be advised that accommodations are subject to review as/if business conditions dictate such a review. If we determine that any provision of the approved accommodation is not working well and needs to be adjusted, we will reopen the process. Similarly, if you find you are in need of other or additional accommodations in order to perform the essential functions of your position, you may re-open a Workplace Accommodations case through the MyRyder employee portal or by calling HR Employee services at 1-855-474-3571.

It is important that you immediately advise HR Employee Services – Workplace Accommodations team or your manage should your situation change. In order to protect the privacy of our employees, we have taken steps to handle this matter i confidence. We expect you to treat the information contained in this letter in the same manner. Please do not hesitate t call 1-855-474-3571 should you require additional information or need further assistance.

Please sign your name below to indicate your agreement with the above.

PRAVEEN KHURANA

Printed Employee Name

Employee Signature

02-06-24

Date Signed

MYRYDER
www.MyRyder.ryder.com
1-855-474-3571 (1-855-HR-HELP1)

**From:** DisabilityDocuments
**Sent:** Tuesday, February 6, 2024 3:52 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Transcript request

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Tuesday, February 6, 2024 8:51:31 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Transcript request

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please send me a transcript of the recording of the phone conversation held today, Between K. Stanley And me.. You can email it to me at this address.

Thanks

Praveen

Sent from Yahoo Mail for iPhone

**From:** DisabilityDocuments
**Sent:** Saturday, February 3, 2024 6:44 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Saturday, February 3, 2024 11:43:44 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

**PROVIDENCE SPOKANE CARDIOLOGY DOWNTOWN HI4**
62 W 7TH AVE STE 450
Spokane WA 99204-2321
509-455-8820
ECG Result Report

| | | | |
|---|---|---|---|
| Patient: | Khurana, Praveen | Diagnosis: | Palpitations<br>Near syncope<br>Cardiac arrhythmia, unspecified cardiac arrhythmia type |
| DOB: | 10/29/1960 | Reason: | abnormal rhythm, syncope, palpitations |
| MRN: | 60011330969 | Clinician: | Nancy Koster |
| Gender: | Male | | |

**Results**

**CV Mobile Cardiac Telemetry 2 Week [EKG082] (Order 1180490174)**

**Narrative & Impression**

PROVIDENCE
Spokane Heart Institute
Spokane Cardiology

**PATIENT NAME:** Praveen Khurana
**DOB:** 10/29/1960: **AGE:** 63 y.o.
**PRIMARY CARE PROVIDER:** Kathleen R. Sionzon-Ogden, NP
**ORDERING PROVIDER:** **Nancy Koster, MD**

**Event Monitor Report**

**Setup Date:** January 17, 2024

**Wear Time:** 6 days 19 hours 23 minutes

**Clinical Indications:**
Palpitations, cardiac arrhythmia

**Findings:**
The patient's monitoring period was 01/17/2024 - 01/30/2024. Baseline sample showed Sinus Rhythm with a heart rate of 96.2 bpm. There were 0 critical, 0 serious, and 14 stable events that occurred.

**Conclusion:**
1. 14 day event monitor with approximatly 6.8 days of data. (72% of wear time with diagnostic data, artifact 5%, and 23% no data.
2. Rhythm was sinus rhythm with intermittent first degree AV block.

**PROVIDENCE SPOKANE CARDIOLOGY DOWNTOWN HI4**
62 W 7TH AVE STE 450
Spokane WA 99204-2321
509-455-8820
ECG Result Report

| | | | |
|---|---|---|---|
| Patient: | Khurana, Praveen | Diagnosis: | Palpitations<br>Near syncope<br>Cardiac arrhythmia, unspecified cardiac arrhythmia type |
| DOB: | 10/29/1960 | Reason: | abnormal rhythm, syncope, palpitations |
| MRN: | 60011330969 | Clinician: | Nancy Koster |
| Gender: | Male | | |

**Narrative & Impression (continued)**

3. There were 14 stable events, four events labeled as chest pain/pressure or passing out, 10 events of flutters, fatigue, chest discomfort. All events correlated with sinus rhythm. There was one brief episode of sinus rhythm with mobitz type I AV block which was at 530am.
4. There were no significant pauses, heart block, or arrhythmias detected.

**Interpreting Provider:** Nancy Koster, MD 1/31/2024 7:14 PM PST

**Result Information**

Status: Final result (Exam End: 1/31/2024 14:37)

**From:** DisabilityDocuments
**Sent:** Saturday, February 3, 2024 4:29 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Saturday, February 3, 2024 9:29:02 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

Ryder

# REQUEST FOR MEDICAL INFORMATION FOR REASONABLE ACCOMMODATION

Date: 1/31/24

To: ______________________ (Physician or Medical Provider)

Employee Name: Praveen Khurana Employee Number: ____________

Subject: **REQUEST FOR MEDICAL INFORMATION NEEDED TO ASSIST IN PROVIDING A REASONABLE ACCOMMODATION FOR EMPLOYEE**

Ryder is attempting to provide a reasonable accommodation to the applicant/employee indicated above to assist in providing the benefits and/or privileges of employment. The information requested below is confidential and will only be used to establish the need for a reasonable accommodation and to determine the specific adjustment, equipment and/or services necessary to accommodate the identified limitation(s) due to the reported medical condition. The questionnaire format is a guide and we would appreciate a response to every question. We need your complete medical opinion, so please feel free to include a more detailed narrative response to any and all questions if needed to answer more fully. Thank you for your anticipated cooperation.

**IMPORTANT NOTE TO HEALTH CARE PROVIDER:**
When answering these questions, please do not take into consideration any ameliorative effects of mitigating measures, such as medications, medical supplies, equipment, or appliances, low-vision devices (which do not include eyeglasses or contact lenses), prosthetics including limbs and devices, hearing aids and cochlear implants or other implantable hearing devices, mobility devices, or oxygen therapy equipment and supplies; use of assistive technology; reasonable accommodations or auxiliary aids or services; or learned behavioral or adaptive neurological modifications. Also, an impairment that is episodic or in remission is a disability if it would substantially limit a major life activity when not in remission.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Under the American with Disabilities Amendments Act of 2008, the term "disability" means:
(A) a physical or mental impairment that substantially limits one or more major life activities of such individual; (B) a record of such an impairment; or (C) being regarded as having such an impairment.

An individual with a "disability" is a person who: has a physical or mental impairment that substantially limits one or more major life activities (major life activity may include, but is not limited to, caring for oneself, performing manual task, seeing, hearing, eating, sleeping, walking, standing, lifting, bending, speaking, breathing, learning, reading, concentrating, thinking, communicating, and working; and/or the operation of a major bodily function, including, but not limited to, functions of the immune system, normal cell growth, digestive, bowel, bladder, neurological, brain, respiratory, circulatory, endocrine, and reproductive functions).

1. Does the individual have a physical or mental impairment?

[✔] Yes [ ] No

If so, please state the type of impairment:
palpitations
syncope/ near syncope
vertigo

2. Does the individual's impairment substantially limit any major life activities?

[✔] Yes [ ] No

3. If so, which major life activity or activities are limited?
driving

4. For each major life activity that is limited by the impairment, please describe how the individual is restricted as to the condition, manner, or duration under which that activity can be performed, as compared to the way in which an average person in the general population can perform that activity:
driving- risk of reccurence of syncope/near syncope while driving
currently working with cardiology- testings not completed

5. What is the duration or expected duration of the individual's impairment?
3 months

6. Attached is a job description for the applicable position. Please review the job description and assess whether the individual can perform all job functions:

[ ] Yes [✔] No

7. If not, which job functions cannot be performed, and why not?
driving- risk of reccurence of syncope/near syncope, lightheadedness while driving

8. Please describe any reasonable accommodations that would allow this employee to be able to perform the job functions listed in Paragraph 7.
no driving until cleared by cardiology, ENT, sleep medicine

9. Is the need for accommodation likely to be temporary or permanent? If temporary, how long do you estimate the need for accommodation will exist?
temporary- 3 months

10. Would performing any of the job functions listed result in a direct safety or health threat to this employee or other people (co-workers, members of the general public, etc.)?

[✔] Yes [ ] No

If yes, please describe:

which job function(s) would pose such a threat:

driving

the direct safety or health threat posed:

risk of recurrence of syncope/near syncope while driving which will result in MVA

any reasonable accommodations that would eliminate the direct safety or health threat, or reduce it to an acceptable level:

no driving

11. Does the impairment affect the employee's ability to safely perform any one of the essential job functions of the position? Please refer to the attached job description.

☑ Yes ☐ No

If yes, please describe the impact on the person's ability to perform specific functions.

inability to safely operate and drive commercial vehicle

12. Are there any accommodations that in your opinion would allow the employee to safely perform the essential functions of the job? If so, describe those accommodations.

desk work until cleared by cardiology, ENT, sleep medicine

13. If the employee cannot perform the essential functions of this position with our without an accommodation, what type of work, if any, can the employee perform with or without an accommodation? Please be specific.

desk/admin work until cleared by cardiology, ENT, sleep medicine

Electronically signed by KATHLEEN SIONZON-OGDEN, ARNP on 01/31/2024 at 11:20::42 am

Signature Title Date

Professional license or specialty

Printed Name and Address:

# Driver Class A PFP Touch Regional
Job Description

## JOB INFORMATION

| | |
|---|---|
| *Job Profile Name:* | Driver Class A PFP Touch Regional |
| *Job Code (WD):* | 1000998 |
| *Pay Scale Group* | NE00 |
| *Management Level* | Technician and Skilled Trades-2 |

### *Pay Rate Type:*

| | |
|---|---|
| US | Hourly |
| Canada | Hourly |

### *Job Exempt:*

| | |
|---|---|
| US | No |
| Canada | No |

### *Safety Sensitive*

| | *Yes* | *No* | *Non-Regulated Tech/Other* | *Details* |
|---|---|---|---|---|
| Safety Sensitive Position | X | | Other | |

### *DOT Regulated*

| | *Yes* | *No* | *Regulated Driver/Tech* | *Details* |
|---|---|---|---|---|
| DOT Safety Regulated Position | X | | Regulated Driver Class A | |

### *Requirements for DOT Regulated or Safety Sensitive Position*

Regulated Driver:
- Minimum 22 years of age
- Pass a Ryder Drug Test
- Pass a Ryder Background and Motor vehicle check including drug and alcohol verification from previous employers for the last 3 years
- Pass a DOT physical
- Pass a Ryder road test
- Provide appropriate CDL and endorsements for the position
- Must have class A verifiable experience in a tractor trailer or comparable vehicle
  - -9 months' experience within the past 3 years, OR
  - -2 years' experience within the last 5 years, OR
  - -5 years' experience within the last 10 years
- Ability to follow written and/or oral instructions
- Ability to read, interpret and apply laws, rules, regulations policies and/or procedures

Important Note: Additional requirements may be required in different locations and/or accounts.

## JOB SUMMARY

This position is primarily responsible for safely driving a commercial vehicle and requires compliance with safety & DOT Regulations, continuous training and customer service.

## RESPONSIBILITIES

| | |
|---|---|
| • Ensuring compliance with applicable federal and/or state laws, regulations, and/or agency rules, standards and guidelines | 40% |
| • Detecting and eliminating or minimizing safety hazards Maintaining accurate records and logs | 30% |
| • Loading/Unloading freight or assisting in the loading/unloading of freight if required by customer | 30% |

## ADDITIONAL RESPONSIBILITIES

- Performs other duties as assigned.

## QUALIFICATIONS

*To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The qualifications listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.*

### Skills and Abilities

| Skill Area | Description | Required/Preferred |
|---|---|---|
| Additional Skills & Abilities | Ability to follow written and/or oral instructions | required |
| Additional Skills & Abilities | Ability to read, interpret and apply laws, rules, regulations policies and/or procedures Important | required |

### Does Position Supervise?

| | # Direct Resources Managed | # Indirect Resources Managed |
|---|---|---|
| | | |

### Primary Contribution Type

### Influence Scope

### Financial Responsibility

### Budget Responsibility

| | Budget Responsibility | Other Notes |
|---|---|---|
| | | |

### Travel

| | Yes | No | % Travel |
|---|---|---|---|
| Is Travel Required? | | | |

## Office Environment

*Please select appropriate value and SAVE when complete. If Yes/No value changes, please make the appropriate change here. To update values throughout the remainder of this page, click "Reset Selection" from the toolbar within each section below.*

*Safety sensitive positions, and other positions that Ryder may from time to time deem appropriate, may be subject to a physical job demand assessment by an outside vendor designated by Ryder. If the information contained below contradicts (or is in any way inconsistent with) the findings reached by Ryder's designated outside vendor relative to the physical demands of this position, the physical demand assessment conducted by the vendor shall govern and replace any inconsistent requirements listed below.*

**From:** DisabilityDocuments
**Sent:** Friday, February 2, 2024 1:57 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Friday, February 2, 2024 6:55:53 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please process my claim

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

**Media Information**



Boston Scientific | Preventice Services

# End of Service Report

**Cardiac Event Monitor (CEM)**

**All times in North American Central Time (CST/CDT)**

**Preventice Services, LLC**
888.500.3522
www.preventiceservices.com

## Patient: Praveen Khurana

| Patient ID | Gender | Date of Birth | Phone | Monitor |
|---|---|---|---|---|
| 60011330969 | Male | 10/29/1960 (63 years) | 206-413-0165 | BodyGuardian Mini PLUS Lite - CEM |

Physician: NANCY KOSTER
Practice: SPOKANE CARDIOLOGY-
Diagnosis (Indication for Monitoring): R00.2: Palpitations; R55: Syncope and collapse; I49.9: Cardiac arrhythmia, unspecified

## Enrollment Info

Period (14 Days): 01/17/2024 - 01/30/2024

Event Counts

| | |
|---|---|
| Critical: 0 | Total: 14 |
| Serious: 0 | PI Trigger: 14 |
| Stable: 14 | Auto Trigger: 0 |




## Summarized Findings

**Agree with findings:** ☐

**Interpreting Physician:** ______________________

I have personally reviewed and interpreted this report.

Unfiltered ECG data is available by data request up to 90 days after the patient's service end date. Assessing unfiltered patient raw ECG data is recommended when confirming rhythm adjudication for medical decision making.

**Physician Comments:**

Summary:
The patient's monitoring period was 01/17/2024 - 01/30/2024. Baseline sample showed Sinus Rhythm with a heart rate of 96.2 bpm. There were 0 critical, 0 serious, and 14 stable events that occurred. The report analysis of the critical, serious, stable and manually triggered events are listed below.

© 2021 Preventice Services, LLC, a wholly owned subsidiary of Boston Scientific
Copying is restricted to the intended recipient. Any other copying and editing is prohibited under penalty of federal and international law.

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER
D.O.B.: 10/29/1960 Age: 63 Gender: Male Diagnosis: R00.2: Palpitations; R55: Syncope and collapse; I49.9;

**Automatically Detected Events:**

**Manually Detected Events:**

**3 Stable:** Sinus Rhythm
- Chest Pain or Pressure; Passed Out

**1 Stable:** Sinus Rhythm
- Baseline Chest Pain or Pressure; Passed Out

**3 Stable:** Sinus Rhythm
- Flutter or Skipped Beats

**1 Stable:** Sinus Rhythm
- Tired or Fatigued; Chest Pain or Pressure; Flutter or Skipped Beats

**2 Stable:** Sinus Rhythm
- Chest Pain or Pressure

**1 Stable:** Sinus Rhythm w/Atrial Run/1st Degree AV Block
- Flutter or Skipped Beats

**1 Stable:** Sinus Rhythm
- Flutter or Skipped Beats; Tired or Fatigued; Chest Pain or Pressure

**1 Stable:** Sinus Rhythm w/Artifact
- Tired or Fatigued

**1 Stable:** Sinus Rhythm
- Tired or Fatigued

End of summarized findings

---

© 2021 Preventice Services, LLC, a wholly owned subsidiary of Boston Scientific
Copying permitted by the intended recipient. Any other copying and adapting prohibited under penalty of federal and international law

Patient: Praveen Khurana    All times in North American Central Time (CST/CDT)    Physician: NANCY KOSTER

D.O.B: 10/20/1960    Age: 63    Gender: Male    Diagnosis: R00.2: Palpitations; R55: Syncope and collapse; I49.9

## Rhythm Summary

| | Afib | Bradycardia | Tachycardia | Overall |
|---|---|---|---|---|
| Minimum | | 55 BPM on 1/22 at 07:57 PM | 101 BPM on 1/17 at 02:52 PM | 55 BPM on 1/22 at 07:57 PM |
| Average | None Detected | 58 BPM | 108 BPM | 78 BPM |
| Maximum | | 69 BPM on 1/20 at 07:58 AM | 127 BPM on 1/17 at 11:09 PM | 127 BPM on 1/17 at 11:09 PM |
| Longest | | 00:07:02 on 1/22 at 08:00 PM | 00:23:53 on 1/17 at 08:57 PM | Pauses ≥ 3 Seconds 0 |




Symptoms Legend

| | | | |
|---|---|---|---|
| 1 Chest Pain or Pressure | 4 Tired or Fatigued | 7 Shortness of Breath | S Baseline |
| 2 Dizziness | 5 Rapid or Fast Heartbeat | 8 Lightheadedness | 0 No Symptom Selected |
| 3 Flutter or Skipped Beats | 6 Passed Out | 9 Irregular Heartbeat | M Multiple Selections |

## Overall Max & Min HR

Rec: 01/17/2024 (Day 1)    11:09 PM    Maximum HR: 127 BPM    25 mm/sec, 20 mm/mV

Rec: 01/22/2024 (Day 6)    07:57 PM    Minimum HR: 55 BPM    25 mm/sec, 40 mm/mV



Average heart rate is based on a multiple-beat window and therefore may not be reflected in the sample strip.

© 2024 Preventice Services, LLC, a wholly owned subsidiary of Boston Scientific
Copying permitted by the intended recipient. Any other copying and adapting prohibited under penalty of federal and international law

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER
D.O.B.: 10/29/1960 Age 63 Gender Male Diagnosis: R00.2: Palpitations; R55: Syncope and collapse; I49.9.

**Stable**

**1 Rec: 01/18/2024 (Day 2) 12:46 AM Sinus Rhythm** 25 mm/sec, 20 mm/mV Stable



Symptom: Chest Pain or Pressure, Passed Out
Activity: Unavailable
Trans: 01/18/2024 12.55 AM
Type: Patient-Activated
HR: 94.0 BPM

Comments: CRAT/CCT Tech Reviewed

**2 Rec: 01/18/2024 (Day 2) 12:46 AM Sinus Rhythm** 25 mm/sec, 20 mm/mV Stable



Symptom: Chest Pain or Pressure, Passed Out
Activity: Unavailable
Trans: 01/18/2024 12.58 AM
Type: Patient-Activated
HR: 94.0 BPM

Comments: CRAT/CCT Tech Reviewed

**3 Rec: 01/18/2024 (Day 2) 12:47 AM Sinus Rhythm** 25 mm/sec, 40 mm/mV Stable



Symptom: Baseline Chest Pain or Pressure; Passed Out
Activity: Unavailable
Trans: 01/18/2024 12.52 AM
Type: Patient-Activated
HR: 96.2 BPM

Comments: CRAT/CCT Tech Reviewed

**4 Rec: 01/18/2024 (Day 2) 12:47 AM Sinus Rhythm** 25 mm/sec, 40 mm/mV Stable



Symptom: Chest Pain or Pressure; Passed Out
Activity: Unavailable
Trans: 01/18/2024 12.54 AM
Type: Patient-Activated
HR: 95.0 BPM

Comments: CRAT/CCT Tech Reviewed

**5 Rec: 01/18/2024 (Day 2) 02:22 AM Sinus Rhythm** 25 mm/sec, 40 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/18/2024 02.22 AM
Type: Patient-Activated
HR: 95.0 BPM

Comments: CRAT/CCT Tech Reviewed

**6 Rec: 01/18/2024 (Day 2) 11:19 AM Sinus Rhythm** 25 mm/sec, 20 mm/mV Stable



Symptom: Tired or Fatigued; Chest Pain or Pressure; Flutter
Activity: Unavailable
Trans: 01/18/2024 11:21 AM
Type: Patient-Activated
HR: 80.0 BPM

Comments: CRAT/CCT Tech Reviewed

© 2024 Preventice Services, LLC, a wholly owned subsidiary of Boston Scientific
Copying permitted by the intended recipient. Any other copying and adapting prohibited under penalty of federal and international law

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER
D.O.B.: 10/29/1960 Age: 63 Gender: Male Diagnosis: R00.2: Palpitations; R55: Syncope and collapse; I49.9:

**7 Rec: 01/19/2024 (Day 3) 05:03 AM Sinus Rhythm** 25 mm/sec, 20 mm/mV Stable



Symptom: Chest Pain or Pressure
Activity: Unavailable
Trans: 01/19/2024 05:04 AM
Type: Patient-Activated
HR: 87.0 BPM

Comments: CRAT/CCT Tech Reviewed

**8 Rec: 01/19/2024 (Day 3) 05:34 AM Sinus Rhythm w/Atrial Run/1st Degree AV Block** 25 mm/sec, 10 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/19/2024 06:25 AM
Type: Patient-Activated
HR: 117.0 BPM

Comments: CRAT/CCT Tech Reviewed

**9 Rec: 01/19/2024 (Day 3) 05:34 AM Sinus Rhythm** 25 mm/sec, 20 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/19/2024 05:35 AM
Type: Patient-Activated
HR: 71.0 BPM

Comments: CRAT/CCT Tech Reviewed

**10 Rec: 01/19/2024 (Day 3) 11:21 AM Sinus Rhythm** 25 mm/sec, 40 mm/mV Stable



Symptom: Flutter or Skipped Beats; Tired or Fatigued; Chest
Activity: Unavailable
Trans: 01/19/2024 11:23 AM
Type: Patient-Activated
HR: 73.0 BPM

Comments: CRAT/CCT Tech Reviewed

**11 Rec: 01/19/2024 (Day 3) 08:04 PM Sinus Rhythm** 25 mm/sec, 40 mm/mV Stable



Symptom: Chest Pain or Pressure
Activity: Unavailable
Trans: 01/19/2024 08:05 PM
Type: Patient-Activated
HR: 84.0 BPM

Comments: CRAT/CCT Tech Reviewed

**12 Rec: 01/20/2024 (Day 4) 06:22 PM Sinus Rhythm w/Artifact** 25 mm/sec, 20 mm/mV Stable



Symptom: Tired or Fatigued
Activity: Unavailable
Trans: 01/20/2024 06:22 PM
Type: Patient-Activated
HR: 79.0 BPM

Comments: CRAT/CCT Tech Reviewed

© 2021 [illegible]





Lincoln/Khurana 340

Patient: Praveen Khurana All times in North American Central Time (CST/CDT) Physician: NANCY KOSTER
D.O.B.: 10/29/1960 Age: 63 Gender: Male Diagnosis: R00.2: Palpitations; R55: Syncope and collapse; I49.9.

13 Rec: 01/21/2024 (Day 5) 12:18 AM Sinus Rhythm 25 mm/sec, 10 mm/mV Stable



Symptom: Flutter or Skipped Beats
Activity: Unavailable
Trans: 01/21/2024 12:19 AM
Type: Patient-Activated
HR: 78.0 BPM

Comments: CRAT/CCT Tech Reviewed

14 Rec: 01/23/2024 (Day 7) 05:54 PM Sinus Rhythm 25 mm/sec, 20 mm/mV Stable



Symptom: Tired or Fatigued
Activity: Unavailable
Trans: 01/23/2024 05:59 PM
Type: Patient-Activated
HR: 79.0 BPM

Comments: CRAT/CCT Tech Reviewed

## Weekly Max & Min HR Samples

Rec: 01/24/2024 (Day 8) 12:14 AM Maximum HR: 104 BPM 25 mm/sec, 20 mm/mV



[illegible]

[illegible]

Rec: 01/24/2024 (Day 8) 09:01 AM Minimum HR: 60 BPM 25 mm/sec, 20 mm/mV



© 2021 [illegible] Services, LLC, [illegible]
[illegible]

Boston Scientific | Preventice Services

# Cardiac Report: Day 2 - Stable

Preventice Services, LLC
888.500.3522
www.preventiceservices.com

**Received 01/18/2024 @ 12:52 AM**
**All times in North American Central Time (CST/CDT)**

## Patient: Praveen Khurana

| Patient ID | Gender | Date of Birth | Phone | Monitor |
|---|---|---|---|---|
| 60011330969 | Male | 10/29/1960 (63 years) | 208-413-0165 | BodyGuardian Mini PLUS Lite - MCT |

Physician: NANCY KOSTER
Practice: SPOKANE CARDIOLOGY-DOWNTOW

Diagnosis (Indication for Monitoring): R00.2: Palpitations; R55: Syncope and collapse; I49.9: Cardiac arrhythmia, unspecified

## Enrollment Info

01/17/2024 - 01/30/2024

Day 2 of 14

## Baseline Reference

Recorded: 01/18/2024 12:47 AM  Sinus Rhythm  25 mm/sec, 10 mm/mV



Symptom: Baseline Chest Pain or
Activity: Unavailable
Trans: 01/18/2024 12:52 AM
Type: Patient-Activated
HR: 96.2-96.2 BPM

## Current Event

Stable

Sinus Rhythm  Recorded: 01/18/2024 12:47:07 AM  25 mm/sec, 40 mm/mV



Measurements:

| | |
|---|---|
| Rate (bpm) | 96.2 |
| PR (s) | 0.17 |
| QRS (s) | 0.09 |
| QT (s) | 0.34 |
| QTc (s) | 0.43 |

Sinus Rhythm  Recorded: 01/18/2024 12:47:14 AM  25 mm/sec, 40 mm/mV



Measurements:

| | |
|---|---|
| Rate (bpm) | 96.2 |
| PR (s) | 0.19 |
| QRS (s) | 0.09 |
| QT (s) | 0.34 |
| QTc (s) | 0.43 |

## Current Transmission

Received 01/18/2024 @ 12:52 AM

Patient Symptom: Baseline Chest Pain or Pressure, Passed Out

Patient Activity: Unavailable  Event Type: PI Trigger  Location: Unavailable

Report Analysis: Sinus Rhythm

Comments: CRAT/CCT Tech Reviewed

Interpreting Physician: ______________________
I have personally reviewed and interpreted this report

Unfiltered ECG data is available up to 90 days after the patient's service end date. Assessing unfiltered beat-to-beat ECG data on the ECG Insight® system is recommended when confirming rhythm adjudication for medical decision making

© 2021 Preventice Services, LLC, a wholly owned subsidiary of Boston Scientific
Copying permitted by the intended recipient. Any other copying and adapting prohibited under penalty of federal and international law

Patient: Praveen Khurana | All times in North American Central Time (CST/CDT) | Physician: NANCY KOSTER | Stable

D.O.B.: 10/29/1960 Age: 63 Gender: Male Patient ID: 60011330969 Dx/Sx: R00.2: Palpitations; R55: Syncope and collapse;



Boston Scientific | Preventice Services

# Cardiac Report: Day 2 - Stable

**Cardiac Event Monitor (CEM)**
**Received 01/18/2024 @ 12:54 AM**
**All times in North American Central Time (CST/CDT)**

Preventice Services, LLC
888.500.3522
www.preventiceservices.com

## Patient: Praveen Khurana

| Patient ID | Gender | Date of Birth | Phone | Monitor |
|---|---|---|---|---|
| 60011330969 | Male | 10/29/1960 (63 years) | 208-413-0165 | BodyGuardian Mini PLUS Lite - CEM |

Physician: NANCY KOSTER
Practice: SPOKANE CARDIOLOGY-DOWNTOW
Diagnosis (Indication for Monitoring): R00.2: Palpitations; R55: Syncope and collapse; I49.9: Cardiac arrhythmia, unspecified

## Enrollment Info

01/17/2024 - 01/30/2024

Day 2 of 14

## Baseline Reference

Recorded: 01/18/2024 12:47 AM Sinus Rhythm 25 mm/sec, 40 mm/mV



Symptom: Baseline Chest Pain or
Activity: Unavailable
Trans: 01/18/2024 12:52 AM
Type: Patient-Activated
HR: 96.2-96.2 BPM

## Current Event

Stable

Sinus Rhythm Recorded: 01/18/2024 12:47:17 AM 25 mm/sec, 40 mm/mV



| Measurements: | |
|---|---|
| Rate (bpm) | 95.0 |
| PR (s) | 0.17 |
| QRS (s) | 0.09 |
| QT (s) | 0.35 |
| QTc (s) | 0.44 |

Sinus Rhythm Recorded: 01/18/2024 12:47:28 AM 25 mm/sec, 40 mm/mV



| Measurements: | |
|---|---|
| Rate (bpm) | 97.0 |
| PR (s) | 0.17 |
| QRS (s) | 0.09 |
| QT (s) | 0.35 |
| QTc (s) | 0.45 |

## Current Transmission

Received 01/18/2024 @ 12:54 AM

Patient Symptom: Chest Pain or Pressure, Passed Out

Patient Activity: Unavailable Event Type: PI Trigger Location: Unavailable

Report Analysis: Sinus Rhythm

Comments: CRAT/CCT Tech Reviewed

Interpreting Physician: ______________________
I have personally reviewed and interpreted this report

Unfiltered ECG data is available by data request up to 90 days after the patient's service end date. Assessing unfiltered patient raw ECG data is recommended when confirming rhythm adjudication for medical decision making.

© 2021 Preventice Services, LLC, a wholly owned subsidiary of Boston Scientific
Copying permitted by the intended recipient. Any other copying and adapting prohibited under penalty of federal and international law

Patient: Praveen Khurana | All times in North American Central Time (CST/CDT) | Physician: NANCY KOSTER | Stable

D.O.B.: 10/29/1960 Age: 63 Gender: Male Patient ID: 60011330969 Dx/Sx: R00.2: Palpitations; R55: Syncope and collapse;




© 2021 [illegible] Services, LLC, a wholly owned subsidiary of Boston Scientific
[illegible]



## Document Information

**Cardiology Imaging: ARRHYTHMIA MONITOR**

Event Monitor

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, January 23, 2024 9:27:15 AM |
| To: | MATMAN00US@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana |
| Attachments: | 5mrtsek6jk9cu7iawawi_17022654.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

January 23, 2024

Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Praveen:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Short Term Disability (STD) benefits under the Wryder System, Inc.'s Short Term Disability Plan.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim.

On January 11,2024, we e-mailed you a letter which included a copy of the clinical review performed in connection with your request for appeal. You were given an opportunity to review and respond with any additional information that you would like considered before a final determination was made on the appeal. A deadline for response was given of February 1, 2024.

On January 21, 2024, we received your email indicating that you intent to submit documents during the first week of February. Therefore, we are extending the deadline.

Additional information can be faxed to the fax number noted below or e-mailed to disabilitydocuments@lfg.com.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. ***If your response is not received by February 12, 2024, we will render a determination based on the information contained in your file.***

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed,

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

**From:** DisabilityDocuments
**Sent:** Sunday, January 21, 2024 3:16 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Upcoming document submission

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Sunday, January 21, 2024 8:15:33 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Upcoming document submission

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please note , I intend to submit additional documents for review in the first week of February.

Sent from Yahoo Mail for iPhone

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

0001507 LFPS8CD1 00006158

December 28, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under the Ryder System, Inc.'s Short Term Disability Plan.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the Appeals Nursing Memorandum, dated December 18, 2023, and the physician's review completed by Dr. Robert Swotinsky, dated December 24, 2023, which are new or additional evidence in connection with your appeal. You may review the clinical reports and provide additional information and/or a response to us, which we will consider in making our decision on your appeal.

***Please note, this is not a denial notice, but rather an opportunity for you to review our initial assessment and submit additional information should you wish to do so.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. ***If your response is not received by January 16, 2024 (21 days from the date of this letter), we will render a determination based on the information contained in your file.*** Should you require an extension to the stated deadline, please contact us as soon as possible to request this.

Additional information can be faxed to the fax number noted below or e-mailed to disabilitydocuments@lfg.com.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

Attachments: 14892253-MEDICAL-CORRESPONDENCE-12.18.2023
14892253-MEDICAL-CP/PEER REVIEW-12.24.2023

Lincoln Financial Group®

Date: December 18, 2023

Subject: **Appeal Nursing Memorandum**

Claim#: 14892253

Claimant: PRAVEEN KHURANA

Date of Birth: October 29, 1960

Date of Disability: October 24, 2023

Clinical Assessment:

This file has been reviewed on appeal. This appeal nurse memorandum has been requested with a pre-existing condition and treatment clause with a timeframe of February 19, 2023, through May 18, 2023.

Employee has a medical history including high blood pressure, high cholesterol, diabetes, obesity, osteoarthritis (Degenerative arthritis of the joints) and atrial fibrillation (irregular/rapid heart rate causing poor blood flow and increases the risk of stroke).

Employee ceased work as of October 24, 2023, for reported syncopal event, and continues to treat for diabetes, high blood pressure and high cholesterol.

**See below for pre-existing timeframe summary:**

**Treatment summary during the pre-existing timeframe from February 19, 2023, through May 18, 2023.**

Office visit on February 27, 2023, Selam Kiflemichael PharmD (Pharmacist) for diabetes management. Employee presents for diabetes follow up with for recent international travel to Thailand for a 3–4-month vacation. Employee reports missing his medications, and positive dietary changes with an intentional 20-pound weight loss. Employee has normal physical exam findings. Plan to continue diabetes medications with changes to medications and prescribed medications for cholesterol, and high blood pressure.

Telemedicine visit on April 10, 2023, with Katie Norris CMA and Michelle Sorenson RN (Care managers) for no reported acute concerns, Employee reports he does not have a counselor and states he is not interested in a behavioral health referral. Employee reports he needs an appointment with his primary care provider, reports he is out of testing supplies for diabetes, reports looking for housing is on a wait list. Employee was reminded he is due for a diabetic eye exam and declined referral. Plan for employee to obtain a blood pressure cuff, to monitor blood pressures and continue to work on blood sugar control. Employee notes he was recently in

Thailand for several months. Employee is to continue all medications for diabetes, high blood pressure and high cholesterol.

Office visit on April 14, 2023, with Jillene Amow ARNP (Family Medicine), for COVID booster and pneumonia vaccine.

Office visit on April 14, 2023, with PharmD Kiflemichael. For diabetes management. Employee had new insulin prescribed, employee reports not taking his blood sugars at home as he ran out of sensors. Employee reports traveling due to his job, with good diet, reports high carbohydrate intake and less activity. Employee has noted elevated blood glucose in lab work. Employee was advised to be evaluated by primary care physician, was educated on dietary changes and diabetic diet to follow.

Telemedicine visits on April 18, 2023, with Jennifer Anderson ARNP (Family Medicine) and May 12, 2023, with CMA Norris, employee did not answer phone for telemedicine visits, no information provided.

00001507 LFPS8CD1 00006160

**Medications prescribed or noted to be taking during the pre-existing timeframe of February 19, 2023, through May 18, 2023;**

**Atenolol**- blood pressure/heart rate medication filled on February 27, 2023, per May 12, 2023, office visit.

**Chlorhexidine gluconate**- prescription mouthwash filled on April 14, 2023, per May 12, 2023, office visit.

**Freestyle libre reader**- diabetic testing strips renewed on March 1, 2023, per May 12, 2023, office visit.

**Freestyle Libre sensor kit**- diabetic testing kit filled on April 7, 2023, per May 12, 2023, office visit.

**Lantus Solostar Insulin**- Insulin to treat diabetes. Filled on April 14, 2023, per May 12, 2023, office visit.

**Lisinopril**- high blood pressure medication, filled on February 17, 2023, per May 12, 2023, office visit.

**TeachLite pen needle**- insulin injection needle filled on February 17, 2023, per May 12, 2023, office visit.

**Trulicity 1.5 milligrams pen injector**- insulin/diabetes medication filled on April 5, 2023, per May 12, 2023, office visit.

**Trulicity 3 milligrams pen injector**- insulin/diabetes medication filled on April 14, 2023, per May 12, 2023, office visit.

**An outline of the employee's pertinent claim information, care and treatment is detailed below;**

00001507 LFPS8CD1 00006161

Office visit on June 30, 2023, with Chantel Robinson PharmD (Pharmacist), for diabetes medication management. Employee asking for blood glucose lab work to be completed and a referral to ophthalmology. Employee reports getting insurance very soon, is excited, and continues to travel for work.

Telemedicine visit on July 7, 2023, with Kathleen Sionzon-Ogden ARNP (Internal Medicine), for possible eye infection with reported difficulty opening the right eye. Employee reports eye weakness for two months, difficulty opening his right eye at night when he is tired. Employee also reports are ridges on his fingernails for two months. Employee was referred to eye specialist, educated on nail care, and educated and healthy lifestyle habits.

Telemedicine visit on September 12, 2023, with PharmD Robinson for diabetes clinical management. Employee had multiple medications refilled, reports he was overseas for a while and felt better/ate better when he was there.

Telemedicine visit on October 3, 2023, with NP Sionzon-Ogden, for medication refills. Employee reports benign prostatic hyperplasia symptoms (enlarged prostate gland) including weak urine stream, urgency, that do resolve with medication. Exam finds employee appears to be in no acute distress, with normal physical and mental status exam findings. Employee was advised to continue all medications, prostate medication prescribed, employee will monitor blood pressure 3 to 4 times a week, follow up in 4 weeks, and complete annual eye exam.

Telemedicine visit on October 24, 2023, with, NP Sionzon-Ogden, for reported trembling hands and fingers. Employee reports ongoing stiffness, twitching of his right index finger over the past 2 weeks lasting for 10 to 15 seconds at a time. Provider diagnoses acquired trigger finger of the right index finger. Employee is referred to physical therapy, advised to complete lab work as ordered on October 3, 2023, and instructed to treat with pharmacist for diabetes management.

Dept of Transportation physical examination report on October 24, 2023, employee was disqualified and did not meet certification standards. Self-reported and medical history on physical examination, employee reports medical history of high blood pressure, high cholesterol, and diabetes with insulin use. On exam employee had abnormal blood pressure, abnormal urinalysis and abnormal field of vision. Employee failed Dept of Transportation physical examination due to failed visual requirements and history of irregular heartbeat.

Telemedicine visit October 27, 2023, Pharm D Robinson, for diabetes medication management. Employee reports tolerating medications well, with adherents to half of his diabetes medications but not all. Employee has noted significant worsening of diabetic control evidence by worsening abnormal lab work.

Telemedicine visit on November 2, 2023, with NP Sionzon-Ogden, employee reports eye problems, right knee problems, and ankle joint pain. Employee reports failing his department of transportation exam in October 2023, due to a syncopal event. Employee reports syncopal episode while driving, loss of consciousness, vision went dark, and when he awoke his truck was on the other side of the road. Employee reports he was able to recover his vehicle, move to the correct lane without a motor vehicle accident. Employee denies recurrence of syncopal events since being off work. Lab work ordered; employee was educated on healthy lifestyle habits including weight loss.

Telemedicine visit on November 8, 2023, with Caitlin Miller PA-C (Internal Medicine) for completion of paperwork. Employee is requesting an electrocardiogram (monitor heart rhythms) for cardiology referral. PA Miller, states employee has a history of atrial fibrillation, is not on medication, did not follow up with cardiology per prior primary care physician, with last electrocardiogram on April 27, 2022, showing normal cardiac rhythm. Employee has normal virtual physical exam findings. Employee was referred to cardiology, encouraged to complete lab work, employee declined anticoagulation for the treatment of atrial fibrillation. electrocardiogram performed, reflects normal sinus rhythm.

Attending Physician statement completed on November 9, 2023, by NP Sionzon-Ogden. Employee is treating for syncope (R55.0). Employee was advised to cease work as of October 2023, treated on November 2, 2023, with last office visit on November 9, 2023. No next office visit scheduled. Employee is advised unable to work currently waiting for cardiology referral and work up.

In summary, employee ceased work on October 24, 2023, for reported syncopal event, failed department of transportation medical examination, and continues to treat for high blood pressure, high cholesterol, and diabetes. Due to the complexity of the employees ongoing treating conditions, with significant medical history, further review of the medical records on file is recommended with a physician board certified in Occupational medicine for comment on restrictions, limitations, duration, and any treatment during the defined pre-existing timeframe.

Advised claim resolution consultant case review is completed, no further activity is required.

Jessica T., MSN, RN-BC CCM

Nurse Disability Consultant II, Lincoln Financial Group



0001507 LFPS8CD1 00006162

00001507 LFPS8CD1 00006163

Clinical Review Memo

| Customer Name | Claimant Name | | Claim Number |
|---|---|---|---|
| Ryder System, Inc. | Praveen Khurana | | 14892253 |
| **Report Date:** | 12/24/2023 | | |
| **Referred By:** | Krizia Stanley | **Claimant DOB:** | 10/29/1960 |
| **Referral Date:** | 12/19/2023 | **Job Title:** | Driver |
| **Due Date:** | 01/02/2024 | **Med/Surg Condition:** | Syncope |
| **Referral Type:** | Appeal Referral | **Disability Occ Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | STD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 10/23/2023 |
| | | **DOD:** | 10/24/2023 |
| **Physical Demands:** | | **BBD:** | 10/31/2023 |
| **Non-Medical Issue:** | No | **Non-Med Issue Details:** | |

Questions and Answers

*Q1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s) on up to the first three diagnoses.*

| A1. | Diagnosis | ICD 10 code |
|---|---|---|
| 1. | Low vision | H54 |
| 2. | Type 2 diabetes | E11 |
| 3. | Hypertension | I10 |

*Q2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 codes(s) on up to the first three diagnoses.*

| A2. | Diagnosis | ICD 10 code |
|---|---|---|
| 1. | Obesity | E66 |

*Q3. Considering the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 10/24/2023 to present/ongoing, and comment on the expected duration.*

A3. Type 2 diabetes and hypertension are bases for issuing a 1-, instead of the usual 2-, year DOT medical certification. Because of 20/50 uncorrected vision in the left eye, corrective lenses are needed to meet DOT standards.

*Q4. Do the medical records reviewed support the restrictions and limitations, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).*

A4. The file includes an Attending Physician's Statement completed by Kathleen Sionzon-Ogden, NP, on which she entered the history of syncope and wrote that the claimant had been referred to a cardiologist. The claimant's attending providers have not identified activity restrictions/limitations or the basis for such. On 10/24/23, the DOT medical examiner appropriately found the claimant did not meet DOT's vision standard.

*Q5. Pre-Existing Condition Review. Please explain how any condition medically evaluated or treated during the period of 2/19/2023 to 5/18/2023 is related to impairment(s)*

*associated with the current absence from work and to what degree (such as "caused" or "contributed to" or another degree of relatedness).*

| |
|---|
| *Relevant contract language: The plan states: Pre-existing condition is a condition resulting from the injury or sickness for which you were diagnosed or received treatment within three months of the effective date of coverage.* |

*Please review the complete file and determine if this is subject to pre-exisiting condition. If this is not considered pre-existing, please outline any restrictions/limitations supported as of 10/24/23 and provide a duration.*

A5. In April 2023, the claimant's PCP reminded him he needed an annual eye check-up because of his diabetes. In October 2023, the claimant stopped work when he did not meet DOT standards for vision. The file presents no reason why his visual acuity could not be corrected to 20/40.

*Q6. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent severity level for the reported condition? (If "No," please explain in the comment section below).*

A6. Yes, including their reminders about needing an eye exam and a cardiology evaluation.

Analysis of Medical Documentation and Support for Responses to Referral Questions:

The claimant stopped work when he did not meet DOT's vision standard on 10/24/23. The DOT long form states he failed because of uncorrected, 20/50 visual acuity in the left eye, which is less than DOT's 20/40 standard. The records identify no reason why his visual acuity could not be corrected to 20/40. The records indicate the claimant failed to get his annual diabetic eye exam per his PCP's April 2023 reminder.

At the 10/24/23 DOT exam, the claimant denied syncope. Weeks later, the claimant said he had a syncopal episode in October 2023 and failed his DOT exam on that basis. When told this in November 2023, the claimant's PCP told him he should see a cardiologist, as the claimant had been advised in 2020. There is no record of the claimant seeing a cardiologist.

DOT regulations clearly state that a driver with a cardiovascular condition that may be accompanied by syncope should not be qualified to drive. There is little guidance on the driver with a single syncopal episode, especially when the etiology is unknown. The medical information has conflicting information about whether the claimant had a syncopal episode in October 2023. And, while a medical condition causing syncope would be of concern, the submitted records do not demonstrate a cardiovascular or other medical condition causing syncope or workup in progress to identify such condition(s).

Summary of the Records

The claimant is a 63-year-old truck driver. He has been off work since failing his DOT physical on 10/24/23. The claimant stated on the DOT forms that he had no history of syncope but did have "recent issues with heart" which the DOT medical examiner described

0001507 LFPS8CD1 00006164

as a history of irregular heartbeat. The claimant's uncorrected visual acuity in the left eye was 20/50. (DOT requires 20/40 or better visual acuity in each eye.) DOT medical examiner Le Vu MD wrote:

"Does not meet standards (specify reason): Failed vision."

The DOT medical examiner started two forms intended for the claimant's personal health care providers. One form asks for information about the claimant's diabetes. The other form states "Disqualified...History of irregular heartbeat" and was probably intended to retrieve medical records about this. (Some medical conditions causing an irregular heartbeat are disqualifying. Some are a basis for a time-limited certification. Others are nonissues.)

On 11/02/23, the claimant had a telehealth visit with PCP Kathleen Sonzon-Ogden, NP. He said "he had a brief syncopal episode, recalls losing consciousness for a few seconds, vision started getting dark, when consciousness recovered he found his truck on the other side of the road." Ms. Sonzon-Ogden wrote that she had referred the claimant to a cardiologist in 2020 but he didn't follow-up. She again referred him to a cardiologist. The claimant returned to the PCP's office on 11/08/23 to have an Attending Physician's Statement completed and told his PCP that he "had a brief syncopal episode 10/2023 and failed DOT exam." He had not yet followed up with the cardiology referral. The 11/08/23 telehealth note by his PCP is the most recent medical information.

Conditions medically evaluated or treated during 02/19/23 -- 05/18/23

1. Type 2 diabetes, treated with insulin
2. Hypertension, treated with blood pressure medicine
3. Hyperlipidemia, treated with pravastatin
4. Eye exam. On 04/10/23, PCP Katie Norris wrote that the claimant was due for his annual diabetic eye exam and that she reminded the claimant about this.
5. Obesity

---

*All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent medical record in the file, which is the 11/08/23 EKG.*

---

*Electronically Signed:*

Robert Swotinsky MD
DOT Medical Examiner

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
DISABILITY AND LIFE CLAIMS APPEAL
PO BOX 2578
OMAHA, NE 68103-2578

001507 LFPS8CD1 000000

MR. PRAVEEN KHURANA
261 DANIEL DR
MISSOULA MT 59802

S 00001507 LFPS8CD1 00006157

Presorted First Class
U.S. Postage
Paid
Lincoln Financial Group

Lincoln/Khurana 360

*Personal & Confidential*
*Open Immediately*

NSN

NIXIE 591 DE 1 0001/12/24

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

NSN BC: 68103257878 *2536-04542-06-36
5980284926
005 68103>2578

001 20240118 001181884 008 0049

6X9STD-I 5/17

| | |
|---|---|
| **From:** | DisabilityDocuments |
| **Sent:** | Friday, January 12, 2024 5:02 AM |
| **To:** | SA-EMLRIP114-P |
| **Subject:** | FW: 14892253-sharing my concerns |

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Friday, January 12, 2024 10:01:54 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253-sharing my concerns

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

K. Stanley -

My situation is dire. It is 9 degrees outside and I will be without shelter soon. The past 2 months have been spent on endless reviews these do not have the same effect as paying this claim. I urge you to pay this claim immediately.

Sincerely,

Praveen

Sent from Yahoo Mail for iPhone

**From:** DisabilityDocuments
**Sent:** Friday, January 12, 2024 4:44 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253 Narrative # 2

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Friday, January 12, 2024 9:43:11 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253 Narrative # 2

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

**REBUTTAL #2**

Dr. Swotinski(Reviewer) report dated January 10th, 2024, presents a selective and constricted critique with little or no medical opinion. On its flip side, reviewer, defaults to a position, that everything he has **not** commented on, is correct and true. Many of the observations and opinions expressed are limited and hindered by (in reviewer's own words) missing information, no access to authorities and lack of records and information.

ANALYSIS

The analysis of the reviewer focuses on the medical report by Dr. Daniel troupe and the two DOT reports, dated 10-24-23 And 1-5-24. Reviewer fails to acknowledge that the DOT reports have a limited scope, when compared to a full medical examination by a PCP. In addition, failing to recognize that a PCP is a generalist, and must refer specialized medical issues to specialist, such as a cardiologist. Further, reviewer burdens the claimant, who drives a truck, and is not a medical professional, with undue responsibility. The claimant cannot and should not be expected to know all the medical terminology, diagnosis and treatment of health issues. Finally, reviewer makes his observations erroneously when assuming facts that are inaccurate. Specifically:

1) The analysis starts with the observation "... the claimant... denied Syncope..." this is misguided and placed out of context. Reviewer is asserting here that claimant should be knowledgeable with Heart related terminology, symptoms, diseases and treatments as a specialist would be. This assumption is misplaced and erroneous.
2) Reviewer circumvents items one and three of the Daniel Troupe medical report dated January 5, 2024. (Establishing a co- relation between vision loss and Atrial fibrillation) only referring to diabetes. In fact, Dr. Lich Pham, MD has examined claimant personally, in conjunction with his medical records, medication and monitoring equipment. Dr. Pham has determined claimant to be compliant with FMCSA guidelines, as far back as 12 months as noted in the attached form. <u>The loss of vision in October, therefore, can only be attributed to atrial fib.(also noted by Dr. Daniel Troup)</u>
3) Reviewer clearly Questions the authorities quoted by Ms. Robin Martin, reviewer claims he has no access, but fails to mention any medical opinion or competing authority.
4) Reviewer refers to claimant's non-disclosure of nitroglycerin on 10-24-2023. This observation is totally misplaced and without foundation. nitroglycerin Is relevant after the syncopal event.
5) Reviewer questions the judgment, and the treatment of primary care provider(s) Reviewer clearly admits to not having access to all records in November and December 2023. His observations are not based on knowledge of facts and good information. They are speculative at best.
6) Reviewer Quotes claimant's employers' policy. (without any reference to the specific Section or any reference to DOT regulations). The reviewer does not quote any DOT rule or regulation with any particularity in his review.

7) Claimant has been receiving medical care from are competent professionals licensed by the state of Washington That care carries more weight and relevance over the reviewer's opinion who had never seen him personally and has never conducted any tests and any other medical procedures. reviewer undermines the PCPS unduly.
8) A supplemental form for atrial fibrillation (similar to the one for diabetes attached here) has been provided by Dr. Vu. And Ms. Robin Martin is waiting to see my cardiologist findings before she can give me the correct form for Atrial Fibrillation. My PCP will not release me till the cardiologist investigates my issue(s.)

There are numerous other points, but I don't see a need to elaborate on each and every one of them.

**CONCLUSION**

Reviewers cannot and should not be held accountable for the lack of firsthand, knowledge, of this matter. Unfortunately, his review is far from being accurate and falls far short of a clear analysis of this situation and a good analysis of this case. While I do not fault the reviewer for making such an attempt. LFG in good faith cannot depend solely on the reviewer's comments, it must be discounted to a substantial extent.

**From:** DisabilityDocuments
**Sent:** Thursday, January 11, 2024 10:22 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Friday, January 12, 2024 3:20:46 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

FMCSA Form ( diabetes)

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]

7:17

CHAS Health App

Donate

Search locations, servi

Search

# Lich Pham, MD



chas.org

# More to Know

Dr. Pham was born in Vietnam and attended Rogers HS in Spokane. He enjoys being a father, husband, and likes sharing outdoor activities with his family. His other favorite pastimes includes playing the viola, ball sports, and tinkering with various projects. He is excited to serve the community he loved growing up in.

**Specialties:** Family Medicine, Pregnancy Care, Women's Health

**Languages:** English, Vietnamese

**Locations:** Market Street Clinic

**Contact:** 509.444.8200

# Education

- Spokane Teaching Health Center (Family Medicine Residency)
- Creighton University, SOM (MD)
- Western Washington University, BS Biology & Minor in Music (Viola)

... (e.g., coronary artery disease, hypertension, transient ischemic attack, stroke, peripheral vascular disease)?

☐ Yes ☒ No

If yes, provide the date of diagnosis, current treatment, and whether the condition is stable:

c. Neurological disease/autonomic neuropathy (e.g., cardiovascular, gastrointestinal, genitourinary)?

☐ Yes ☒ No

If yes, provide the date of diagnosis, current treatment, and whether the condition is stable:

d. Peripheral neuropathy (e.g., sensory loss, decreased sensation, loss of vibratory sense, loss of position sense)?

☐ Yes ☒ No

If yes, provide the date of diagnosis, location, type of involvement, current treatment, and whether the condition is stable:

e. Lower limb (e.g., foot ulcers, amputated toes/foot, infection, gangrene)?

☐ Yes ☒ No

If yes, provide the date of diagnosis, current treatment, and whether the condition is stable:

f. Other? *(specify condition)*: ______

☐ Yes ☐ No

If yes, provide the date of diagnosis, current treatment, and whether the condition is stable:

**Progressive Eye Diseases**

9. Date of last comprehensive eye examination: ______

10. Has the individual been diagnosed with either severe non-proliferative diabetic retinopathy or proliferative diabetic retinopathy?

☐ Yes ☒ No

If yes, provide date of diagnosis: ______

**[illegible]

11. Has the individual been diagnosed with any other progressive eye disease(s) (e.g., macular edema, cataracts, glaucoma)?

☐ Yes ☒ No

If yes, specify the disease(s), provide the dates of diagnosis, current treatment, and whether the condition is stable:

12. Additional Comments (attach additional pages as needed)

*I attest that I am a treating clinician (as defined above), that this individual maintains a stable insulin regimen and proper control of his/her insulin-treated diabetes mellitus, and that the information provided is true and correct to the best of my knowledge.*

01/11/24
Date

Lich Phan, MD
Printed Name and Medical Credential

Signature

Professional License Number and State

509-444-8200
Phone Number

Email

5921 N. Market St.
Street Address

99208
City, State, Zip Code

[illegible]

[illegible] ... is approved, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-[illegible]. Public reporting for this collection of information is estimated to be approximately [illegible] minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

## INSULIN-TREATED DIABETES MELLITUS ASSESSMENT FORM

Name: Praveen Khurana DOB: 10/29/60

Driver's License Number (if applicable): KA1435068 State: IDAHO

This individual is being evaluated either to determine whether he/she meets the physical qualification standards of the Federal Motor Carrier Safety Administration (FMCSA) to operate a commercial motor vehicle or because the individual has recently experienced a severe hypoglycemic episode. A treating clinician should complete this form to the best of his/her ability based on his/her knowledge of the individual's medical history. Completion of this form does not imply that a treating clinician is making a medical certification decision to qualify the individual to drive a commercial motor vehicle. Any determination as to whether the individual is physically qualified to drive a commercial motor vehicle will be made by a certified medical examiner on FMCSA's National Registry of Certified Medical Examiners.

*FMCSA defines a treating clinician as a healthcare professional who manages, and prescribes insulin for, treatment of the individual's diabetes mellitus as authorized by the healthcare professional's applicable State licensing authority.*

### Instructions to the Individual:

When you are being evaluated prior to a medical certification examination, the certified medical examiner must receive this form and begin the examination no later than 45 calendar days after a treating clinician signs this form.

When you are being evaluated after a severe hypoglycemic episode, you must retain this form and give it to the certified medical examiner at your next medical certification examination.

### Insulin-Treated Diabetes Mellitus Diagnosis

1. Date insulin use began: 2017

### Blood Glucose Self-Monitoring Records

2. Has the individual maintained at least the preceding 3 months of ongoing blood glucose self-monitoring records while being treated with insulin that are measured with an electronic glucometer that stores all readings, records the date and time of readings, and from which data can be electronically downloaded?

☒ Yes ☐ No 11/20 - 1/11/24 w/ Livongo, Libre CGM before that

3. Has the individual provided at least the preceding 3 months of electronic self-monitoring records while being treated with insulin from his/her glucometer to the treating clinician for review?

☒ Yes ☐ No

**This document contains sensitive information and is for official use only. Improper handling of this information could negatively affect [illegible]. [illegible]

If no, provide details:

*Note: The individual is not physically qualified to operate a commercial motor vehicle for up to the maximum 12-month period until he/she provides a treating clinician with at least the preceding 3 months of electronic blood glucose self-monitoring records while being treated with insulin. At the certified medical examiner's discretion, the individual who does not possess at least the preceding 3 months of electronic blood glucose self-monitoring records while being treated with insulin may qualify to operate a commercial motor vehicle for up to but not more than 3 months.*

4. How many times per day is the individual testing his/her blood glucose? 1–2 x/day

5. Is the individual compliant with blood glucose self-monitoring based on his/her specific treatment plan?

☒ Yes ☐ No

Comments, if necessary:

**Severe Hypoglycemic Episodes**

6. Has the individual experienced any severe hypoglycemic episodes within the preceding 3 months? *FMCSA defines a severe hypoglycemic episode as one that requires the assistance of others, or results in loss of consciousness, seizure, or coma.*

☐ Yes ☒ No

If yes, provide date(s) of occurrence, whether the cause has been addressed, and associated details (attach additional pages as needed):

**Hemoglobin A1C (HbA1C) Measurements**

7. Has the individual had HbA1C measured intermittently over the last 12 months, with the most recent measure within the preceding 3 months?

☒ Yes ☐ No

If yes, attach the most recent result.

**Diabetes Complications**

8. Does the individual have signs of diabetic complications or target organ damage? *This information will be used by the certified medical examiner in determining whether the listed conditions would impair the individual's ability to safely operate a commercial motor vehicle.*

a. Renal disease/renal insufficiency (e.g., diabetic nephropathy, proteinuria, nephrotic syndrome)?

☐ Yes ☒ No

If yes, provide the date of diagnosis, current treatment, and whether the condition is stable:

3

[illegible]

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, January 11, 2024 5:18:11 PM |
| To: | MATMAN00US@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana |
| Attachments: | m3wjflfqac0jmqm7cp79_16955834.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

January 11, 2024

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under the Ryder System, Inc.'s Short Term Disability Plan.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the physician's review completed by Dr. Robert Swotinsky, dated January 10, 2024, which is new or additional evidence in connection with your appeal. You may review the clinical report and provide additional information and/or a response to us, which we will consider in making our decision on your appeal.

***Please note, this is not a denial notice, but rather an opportunity for you to review our initial assessment and submit additional information should you wish to do so.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. ***If your response is not received by February 1, 2024 (21 days from the date of this letter), we will render a determination based on the information contained in your file.*** Should you require an extension to the stated deadline, please contact us as soon as possible to request this.

Additional information can be faxed to the fax number noted below or e-mailed to disabilitydocuments@lfg.com.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

Attachments: 14892253-MEDICAL-CP/PEER REVIEW-01.10.2024

Clinical Review Memo

| Customer Name | Claimant Name | | Claim Number |
|---|---|---|---|
| Ryder System, Inc. | Praveen Khurana | | 14892253 |
| **Report Date:** | 01/10/2024 | | |
| **Referred By:** | Krizia Stanley | **Claimant DOB:** | 10/29/1960 |
| **Referral Date:** | 01/09/2024 | **Job Title:** | DRIVER |
| **Due Date:** | 01/18/2024 | **Med/Surg Condition:** | SYNCOPE |
| **Referral Type:** | Addendum | **Disability Occ Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | STD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 10/23/2023 |
| | | **DOD:** | 10/24/2023 |
| **Physical Demands:** | | **BBD:** | 10/31/2023 |
| **Non-Medical Issue:** | No | **Non-Med Issue Details:** | |

*Q. We received medical information, including a summary dated 01/08/24 from Dr. Daniel Troupe and a physical exam note dated 10/24/23 from Dr. Le Vu. Please review the complete file and outline any restrictions/limitations supported as of 10/24/23 and provide a duration.*

*Additional medical information*

The file now has:

1. Another copy of the 10/24/23 DOT long form by Le Vu, MD, stating "Does not meet standards (specify reason): Failed vision." In the history section of this form, the claimant denied syncope.

2. A 01/08/24 "Patient Care Summary" from a telehealth encounter with Daniel Troupe, MD. It states:
   a. The claimant had poor vision on 10/24/23 due to high glucose, per hemoglobin A1c of 9.5%. On 01/03/24, his hemoglobin A1c was 7.7%. On 01/05/24, his vision was normal.
   b. The claimant's cardiology visit for paroxysmal atrial fibrillation was pending.

3. A 01/05/24 DOT long form by Robin Martin, PA.[1] The claimant's responses to at least 10 of the 32 history questions differed from 10/24/23. These included a history of syncope – passed out at home.[2] He wrote that he had been taking nitroglycerine for 3-4 months for chest pain, whereas he did not mention nitroglycerine on 10/24/23. He said he had a recent concussion. He said his PCP had not released him to work. Based on the history the claimant reported, Ms. Martin found him disqualified and wrote: "There is little guidance for the driver with a single syncopal episode, especially when the etiology is unknown... If the driver is syncope-free for

---

[1] The submitted copy of this form is shrunken, cutoff, and difficult to read.
[2] By contrast, on 11/02/23, the claimant told Kathleen Sonzon-Ogden, NP, that the syncopal episode occurred while he was driving at work.

six months and no underlying heart or neurological disease is found after evaluation, the driver may be certified for one year."

*Peer-to-Peer Outreach*

Ms. Martin's statement about "syncope-free for six months ..." is specific and is not in the DOT regulations. This prompted me to ask Ms. Martin for the source of this statement. She responded that it is from www.easyDOTexam.com, a subscription-based, proprietary reference.

At least some of the self-reported appears inaccurate. I am focusing on what can be verified.

Discrepancies in the presentation include:

» The claimant gave a history on 01/05/24 that presented him as more ill than the history he gave on 10/24/23. The file lacks medical records corroborating that he became more ill between 10/24/23 and 01/05/24, and lacks medical records corroborating many of his responses, e.g., the nitroglycerine for chest pain, the PCP not releasing him to work, etc.

» While the claimant told Ms. Slonzon-Ogden that he had a syncopal episode while driving at work sometime before 10/24/23, the file lacks an employer incident report or other records of this incident, nor does it include records of evaluation or treatment for a condition causing syncope. At the 01/05/24 DOT physical, the claimant told Ms. Martin he had a syncopal episode at home.

(At both the 10/24/23 and 01/05/24 DOT physicals, the claimant signed statements that "the above information is accurate and complete" and acknowledged that providing false information violates DOT safety regulations and subjects him to penalties.)

I am unfamiliar with, and lack access to, www.easydotexam.com, which Ms. Martin referenced as the source of her "syncope-free for six months..." determination. So, I can't verify the source of her determination, or why the source would state this. I do agree with Ms. Martin's other statement on the DOT long form, where she wrote, "There is little guidance for the driver with a single syncopal episode, especially when the etiology is unknown."

Updated assessment

The 01/08/24 Patient Care Summary states the claimant's vision was normal. At least as of 01/08/24, he appears no longer unqualified due to abnormal vision. The file lacks other additional medical findings related to DOT exams, so my assessment is otherwise unchanged.

The claimant says he had a syncopal episode three months ago. For reasons noted above, his self-report is not verified and appears at least partly inaccurate. The claimant may have other conscious or unconscious influences on what he reports. A truck driver who has a syncopal episode while driving at work should notify his employer (and an incident report generated), and his employer should then send him to a DOT medical examiner to determine fitness for duty with respect to the syncopal episode. If the claimant has an injury or illness causing syncope, this would be a basis for the DOT medical examiner to issue at least temporary disqualification. The file that I reviewed doesn't have this.

---

*Electronically Signed:*

Robert Swotinsky MD
DOT Medical Examiner

Clinical Review Memo

| Customer Name | Claimant Name | | Claim Number |
|---|---|---|---|
| Ryder System, Inc. | Praveen Khurana | | 14892253 |
| **Report Date:** | 01/10/2024 | | |
| **Referred By:** | Krizia Stanley | **Claimant DOB:** | 10/29/1960 |
| **Referral Date:** | 01/09/2024 | **Job Title:** | DRIVER |
| **Due Date:** | 01/18/2024 | **Med/Surg Condition:** | SYNCOPE |
| **Referral Type:** | Addendum | **Disability Occ Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | STD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 10/23/2023 |
| | | **DOD:** | 10/24/2023 |
| **Physical Demands:** | | **BBD:** | 10/31/2023 |
| **Non-Medical Issue:** | No | **Non-Med Issue Details:** | |

*Q. We received medical information, including a summary dated 01/08/24 from Dr. Daniel Troupe and a physical exam note dated 10/24/23 from Dr. Le Vu. Please review the complete file and outline any restrictions/limitations supported as of 10/24/23 and provide a duration.*

*Additional medical information*

The file now has:

1. Another copy of the 10/24/23 DOT long form by Le Vu, MD, stating "Does not meet standards (specify reason): Failed vision." In the history section of this form, the claimant denied syncope.

2. A 01/08/24 "Patient Care Summary" from a telehealth encounter with Daniel Troupe, MD. It states:
   a. The claimant had poor vision on 10/24/23 due to high glucose, per hemoglobin A1c of 9.5%. On 01/03/24, his hemoglobin A1c was 7.7%. On 01/05/24, his vision was normal.
   b. The claimant's cardiology visit for paroxysmal atrial fibrillation was pending.

3. A 01/05/24 DOT long form by Robin Martin, PA.[1] The claimant's responses to at least 10 of the 32 history questions differed from 10/24/23. These included a history of syncope – passed out at home.[2] He wrote that he had been taking nitroglycerine for 3-4 months for chest pain, whereas he did not mention nitroglycerine on 10/24/23. He said he had a recent concussion. He said his PCP had not released him to work. Based on the history the claimant reported, Ms. Martin found him disqualified and wrote: "There is little guidance for the driver with a single syncopal episode, especially when the etiology is unknown.... If the driver is syncope-free for

---

[1] The submitted copy of this form is shrunken, cutoff, and difficult to read.
[2] By contrast, on 11/02/23, the claimant told Kathleen Sionzon-Ogden, NP, that the syncopal episode occurred while he was driving at work.

six months and no underlying heart or neurological disease is found after evaluation, the driver may be certified for one year."

*Peer-to-Peer Outreach*

Ms. Martin's statement about "syncope-free for six months ..." is specific and is not in the DOT regulations. This prompted me to ask Ms. Martin for the source of this statement. She responded that it is from www.easyDOTexam.com, a subscription-based, proprietary reference.

At least some of the self-reported appears inaccurate. I am focusing on what can be verified.

Discrepancies in the presentation include:

» The claimant gave a history on 01/05/24 that presented him as more ill than the history he gave on 10/24/23. The file lacks medical records corroborating that he became more ill between 10/24/23 and 01/05/24, and lacks medical records corroborating many of his responses, e.g., the nitroglycerine for chest pain, the PCP not releasing him to work, etc.

» While the claimant told Ms. Slonzon-Ogden that he had a syncopal episode while driving at work sometime before 10/24/23, the file lacks an employer incident report or other records of this incident, nor does it include records of evaluation or treatment for a condition causing syncope. At the 01/05/24 DOT physical, the claimant told Ms. Martin he had a syncopal episode at home.

(At both the 10/24/23 and 01/05/24 DOT physicals, the claimant signed statements that "the above information is accurate and complete" and acknowledged that providing false information violates DOT safety regulations and subjects him to penalties.)

I am unfamiliar with, and lack access to, www.easydotexam.com, which Ms. Martin referenced as the source of her "syncope-free for six months..." determination. So, I can't verify the source of her determination, or why the source would state this. I do agree with Ms. Martin's other statement on the DOT long form, where she wrote, "There is little guidance for the driver with a single syncopal episode, especially when the etiology is unknown."

Updated assessment

The 01/08/24 Patient Care Summary states the claimant's vision was normal. At least as of 01/08/24, he appears no longer unqualified due to abnormal vision. The file lacks other additional medical findings related to DOT exams, so my assessment is otherwise unchanged.

The claimant says he had a syncopal episode three months ago. For reasons noted above, his self-report is not verified and appears at least partly inaccurate. The claimant may have other conscious or unconscious influences on what he reports. A truck driver who has a syncopal episode while driving at work should notify his employer (and an incident report generated), and his employer should then send him to a DOT medical examiner to determine fitness for duty with respect to the syncopal episode. If the claimant has an injury or illness causing syncope, this would be a basis for the DOT medical examiner to issue at least temporary disqualification. The file that I reviewed doesn't have this.

---

*Electronically Signed:*

Robert Swotinsky MD
DOT Medical Examiner

## Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| RYDER SYSTEM, INC. | PRAVEEN KHURANA | 14892253 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Krizia Stanley | **Claimant DOB:** | 10/29/1960 |
| **Referral Date:** | 01/09/2024 | **Job Title:** | DRIVER |
| **Due Date:** | 01/18/2024 | **Medical/ Surgical Condition:** | SYNCOPE |
| **Referral Type:** | Addendum | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | STD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 10/23/2023 |
| | | **DOD:** | 10/24/2023 |
| **Physical Demands:** | | **BBD:** | 10/31/2023 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**
There are no core questions.

**Additional Questions**
There are no additional questions.

**Other Comments**
Other Comments - FOLLOWING RTR, WE RECEIVED MEDICAL INFO INCLUDING SUMMARY DATED 1/8/24 FROM DR. DANIEL TROUPE AND PHYSICAL EXAM NOTE DATED 10/24/23 FROM DR. LE VU. PLEASE REVIEW THE COMPLETE FILE AND OUTLINE ANY R/LS SUPPORTED AS OF 10/24/23 AND PROVIDE A DURATION.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

Lincoln Financial Group®

**To:** **Robin Martin PA**
Company: True Health Northwest
Fax: 916-581-8658
Phone: 509-402-2880

~~From: Robert Swotinsky MD~~
Fax: 866 841 1415
Phone: 978 337 4479

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Tuesday, January 9, 2024 6:12:10 PM
**Number of pages including this cover sheet:** 02

Robert Swotinsky, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax 866-841-1415

January 9, 2024

Robin Martin, PA
True Health Northwest
1419 N. Argonne Rd
Spokane Valley WA 99212

Re: Disability Benefits
Claimant Name: Praveen Khurana
Claimant DOB: 10/29/1960
Claim Number: 14892253

By fax: 916-581-8658

Dear Ms. Martin:

Mr. Khurana's disability case manager requested a review of the medical records that were submitted to support disability benefits through Lincoln Financial Group. Those records include the long form of his DOT physical with you on 01/05/24. On page 3, you wrote:

> "FMCSA regulations clearly state ... If the driver is syncope-free for six months and no underlying heart or neurological disease is found after evaluation, the driver may be certified for 1 year."

I tried and failed to find the source of this statement. It is not in DOT's 49 *CFR* 391.41 Physical Qualifications for Drivers. Maybe you were referring to a guideline or text? Please respond by fax with your source. It would be very helpful in understanding the basis for Mr. Khurana's absence from work.

*The regulation (or guideline) or other source is:* easy DOT exam DOT Medical Examination comprehensive Reference manual

Please respond by 01/15/24 on this letter, or if needed on a separate correspondence that should be attached to this letter. (Or call me at 978 337 4479 to discuss.) Please sign in the space provided, and return this letter and any attachments via toll-free and secure fax number to (866) 841-1415.

Thank you for your assistance.

*-Electronically Signed-*

Robert Swotinsky, M.D.
DOT Medical Examiner
978 337 4479 c

Responses as noted above (or attached)...

Robin Martin 01/09/2024
Robin Martin, PA — Date

*** please fax to 866 841 1415 ***

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Lincoln
Financial Group®

**To: Robin Martin PA**
Company: True Health Northwest
Fax: 916-581-8658
Phone: 509-402-2880

**From: Robert Swotinsky MD**
Fax: 866 841 1415
Phone: 978 337 4479

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Tuesday, January 9, 2024 6:12:10 PM
**Number of pages including this cover sheet:** 02

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax 866-841-1415

Robert Swotinsky, M.D.

January 9, 2024

Robin Martin, PA
True Health Northwest
1419 N. Argonne Rd
Spokane Valley WA 99212

Re: Disability Benefits
Claimant Name: Praveen Khurana
Claimant DOB: 10/29/1960
Claim Number: 14892253

By fax: 916-581-8658

Dear Ms. Martin:

Mr. Khurana's disability case manager requested a review of the medical records that were submitted to support disability benefits through Lincoln Financial Group. Those records include the long form of his DOT physical with you on 01/05/24. On page 3, you wrote:

> "FMCSA regulations clearly state ... If the driver is syncope-free for six months and no underlying heart or neurological disease is found after evaluation, the driver may be certified for 1 year."

I tried and failed to find the source of this statement. It is not in DOT's 49 *CFR* 391.41 Physical Qualifications for Drivers. Maybe you were referring to a guideline or text? Please respond by fax with your source. It would be very helpful in understanding the basis for Mr. Khurana's absence from work.

*The regulation (or guideline) or other source is:* ______________________________

______________________________________________________________

Please respond by 01/15/24 on this letter, or if needed on a separate correspondence that should be attached to this letter. (Or call me at 978 337 4479 to discuss.) Please sign in the space provided, and return this letter and any attachments via toll-free and secure fax number to (866) 841-1415.

Thank you for your assistance.

*-Electronically Signed-*

Robert Swotinsky, M.D.
DOT Medical Examiner
978 337 4479 c

Responses as noted above (or attached)...

____________________ ____________
Robin Martin, PA                Date

*** please fax to 866 841 1415 ***

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**To: Robin Martin PA**
Company: True Health Northwest
Fax: 916-581-8658
Phone: 509-402-2880

**From: Robert Swotinsky MD**
Company:
Fax:
Phone: 978 337 4479
Email:

Sent: 1/9/2024 6:12:32 PM
Duration: 00:01:33
Number dialed:
Remote ID: 9165818658
Result: Success
Pages: 2

Lincoln
Financial Group®

**To: Robin Martin PA**
Company True Health Northwest
Fax 916-581-8658
Phone 509-402-2880

**From: Robert Swotinsky MD**
Fax 866 841 1415
Phone 978 337 4479

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

Date and time of transmission: Tuesday, January 9, 2024 6:12:10 PM
Number of pages including this cover sheet: 02

Confirmation receipt generated by ROASW8 on 1/9/2024 6:15:54 PM.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

0001205 LFPE9ND1 00005060 E

December 13, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Short Term Disability (STD) benefits under the Ryder System, Inc.'s Short Term Disability Plan.

We received your request for review of the recent claim determination on your STD claim on November 29, 2023.

We understand you have submitted all of the information you intend to submit for our consideration of your STD appeal. Consequently, your file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be your dedicated Appeal Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 79035.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Registered Nurse.

Please allow 10-14 business days for further updates. If there is an unexpected delay in receiving a response to our clinical referral, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you

will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
DISABILITY AND LIFE CLAIMS APPEAL
PO BOX 2578
OMAHA, NE 68103-2578

001205 LFPE9ND1 000000

MR. PRAVEEN KHURANA
261 DANIEL DR
MISSOULA MT 59802

S 00001205 LFPE9ND1 00005059

Presorted First Class
U.S. Postage
Paid
Lincoln Financial Group

[redacted]

*Personal & Confidential*
*Open Immediately*

NIXIE 591 FE 1 00

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 68103257878 *2556-09570-26-36

6X9STD-I 5/17

001 20240109 001179195 003 0015

**From:** DisabilityDocuments
**Sent:** Monday, January 8, 2024 5:42 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 1489223-report, Dr. Daniel Troupe visit 1-8-24

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Monday, January 8, 2024 10:39:26 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 1489223-report, Dr. Daniel Troupe visit 1-8-24

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone

[illegible]
without any additional syncope. Symptoms have improved.

- fainting: care instructions
- lightheadedness or faintness: care instructions

2. Blurring of visual image

Patient was found to have poor visual on Exam 10/24/23 due to increase in glucose, A1c was 9.5 10/27/23.
Repeat eye exam on 1/5/24 was normal and glucose was better controlled with an A1c of 7.7 on 1/3/24.

3. Paroxysmal atrial fibrillation

This condition is improved, please schedule follow up with us in 6 month(s), sooner if symptoms worsen or if this treatment is not helpful.

See cardiologist as scheduled.

4. Diabetes mellitus

See me if you have signs of high blood sugar, shortness of breath, breath that smells fruity, nausea and vomiting, very dry mouth or increased thirst, and frequent urination.
See me if you have symptoms of low blood sugar, palpitations, fatigue, pale skin, shakiness, anxiety, sweating, hunger, irritability, tingling sensation around the mouth, or crying out during sleep.
A1C goal is 7 or less.
Monitor your blood sugar at least daily.
Follow a diabetic diet.
Exercise for 30 minutes at least 5 days a week.
This condition is improved, please schedule follow up with us in 6 month(s), sooner if symptoms worsen or if this treatment is not helpful.

Go to the clinic to have your lab and urine tested, you do not need an appointment, we will call you with the results, if you do not hear from us after a week then call us at 444-8200.

5. HIV screening

Routine screening is suggested at least once in a life time and more often if you are at high risk. Results can be viewed in your chart about 24 hrs after the blood draw. Let us know if you do not receive the results after a week.

- HIV 1/2 antigen/antibody,fourth generation w/rfl

6. Hepatitis C screening

Routine screening is suggested at least once in a life time and more often if you are at high risk. Results can be viewed in your chart about 24 hrs after the blood draw. Let us know if you do not receive the results after a week.

- hepatitis C Ab w/refl to HCV RNA, qn, PCR

Discussion Note: None recorded.

Date: 01/08/2024

Dear Praveen Khurana,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

CHAS Health

## Patient Care Summary for Praveen K Khurana

### Most Recent Encounter

01/08/2024 Daniel Troupe: 5821 N Market St, Spokane, WA 99208-2454, Ph. tel:+1-509-4448200

### Reason for Visit

CS Telehealth Visit - Medical

**From:** DisabilityDocuments
**Sent:** Monday, January 8, 2024 5:35 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253 -Exhibit A ( DOT Physical 10-24-23)

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Monday, January 8, 2024 10:32:33 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253 -Exhibit A ( DOT Physical 10-24-23)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

Concentra®

## PHYSICAL EXAM NOTICE

10/24/2023

**Driver** Praveen Khurana
**Address** 858 Main Street, Lewiston, ID 83501
**DOB** 10/29/1960

**Exam Location**

30311 Concentra West - 35th and Thomas

3532 W Thomas Rd Ste 5, Phoenix, AZ 85019-4440

Praveen Khurana underwent a DOT physical examination on 10/24/2023 and was not issued a Medical Examiner's Certificate because:

- ☑ Driver Disqualified - did not meet the certification standards.
- ☐ Certification Pending - the exam is in Determination Pending status.
- ☐ Incomplete exam - the exam has been marked as incomplete. A new exam must be completed if the driver requires certification.

Public Burden Statement
A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0006. Public reporting for this collection of information is estimated to be approximately 25 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

U.S. Department of Transportation
Federal Motor Carrier Safety Administration

# Medical Examination Report Form
(for Commercial Driver Medical Certification)

MEDICAL RECORD # ______________
*(or sticker)*

SECTION 1. Driver Information *(to be filled out by the driver)*

## PERSONAL INFORMATION

Last Name: Khurana First Name: Praveen Middle Initial: ____ Date of Birth: 10/29/1960 Age: 62

Street Address: 858 Main Street City Lewiston State/Province: ID Zip Code: 83501

Driver's License Number: KA143906B Issuing State/Province: ID Phone: (208)413-0165

E-mail *(optional)*: ______________ CLP/CDL Applicant/Holder*: ⊙Yes ○No

Driver ID Verified By**: Drivers License

Has your USDOT/FMCSA medical certificate ever been denied or issued for less than 2 years? ○Yes ⊙No ○Not Sure

* CLP/CDL Applicant/Holder: See instructions for definitions. ** Driver ID Verified By: Record what type of photo ID was used to verify the identity of the driver, e.g., CDL, driver's license, passport.

## DRIVER HEALTH HISTORY

Have you ever had surgery? If "yes", please list and explain below. ○Yes ⊙No ○Not Sure

Are you currently taking medications *(prescription, over-the-counter, herbal remedies, diet supplements)*? ⊙Yes ○No ○Not Sure
If "yes", please describe below.

Lantus, Trulicity, atenowol, resuvastatin, lisiniprol

*(Attach additional sheets if necessary)*

**This document contains sensitive information and is for official use only. Improper handling of this information could negatively affect individuals. Handle and secure this information appropriately to prevent inadvertent disclosure by keeping the documents under the control of authorized persons. Properly dispose of this document when no longer required to be maintained by regulatory requirements.**

Last Name: Khurana First Name: Praveen DOB: 10/29/1960 Exam Date: 10/24/2023

## DRIVER HEALTH HISTORY *(continued)*

| Do you have or have your ever had: | Yes | No | Not Sure |
|---|---|---|---|
| 1. Head/brain injuries or illnesses *(e.g., concussion)* | ○ | ⊙ | ○ |
| 2. Seizures, epilepsy | ○ | ⊙ | ○ |
| 3. Eye problems *(except glasses or contacts)* | ○ | ⊙ | ○ |
| 4. Ear and/or hearing problems | ○ | ⊙ | ○ |
| 5. Heart disease, heart attack, bypass, or other heart problems | ○ | ○ | ⊙ |
| 6. Pacemaker, stents, implantable devices, or other heart procedures | ○ | ⊙ | ○ |
| 7. High blood pressure | ⊙ | ○ | ○ |
| 8. High cholesterol | ⊙ | ○ | ○ |
| 9. Chronic (long-term) cough, shortness of breath, or other breathing problems | ○ | ⊙ | ○ |
| 10. Lung disease *(e.g., asthma)* | ○ | ⊙ | ○ |
| 11. Kidney problems, kidney stones, or pain/problems urination | ○ | ⊙ | ○ |
| 12. Stomach, liver, or digestive problems | ○ | ⊙ | ○ |
| 13. Diabetes or blood sugar problems | ⊙ | ○ | ○ |
| Insulin used | ⊙ | ○ | ○ |
| 14. Anxiety, depression, nervousness, other mental problems | ○ | ⊙ | ○ |
| 15. Fainting or passing out | ○ | ⊙ | ○ |

| | Yes | No | Not Sure |
|---|---|---|---|
| 16. Dizziness, headaches, numbness, tingling, or loss | ○ | ⊙ | ○ |
| 17. Unexplained weight loss | ○ | ⊙ | ○ |
| 18. Stroke, mini-stroke (TIA), paralysis, or weakness | ○ | ⊙ | ○ |
| 19. Missing or limited use of arm, hand, finger, leg, foot, toe | ○ | ⊙ | ○ |
| 20. Neck or back problems | ○ | ⊙ | ○ |
| 21. Bone, muscle, joint, or nerve problems | ○ | ⊙ | ○ |
| 22. Blood clots or bleeding problems | ○ | ⊙ | ○ |
| 23. Cancer | ○ | ⊙ | ○ |
| 24. Chronic(long-term)infection or other chronic | ○ | ⊙ | ○ |
| 25. Sleep disorders, pauses in breathing while daytime sleepiness, loud snoring | ○ | ⊙ | ○ |
| 26. Have you ever had a sleep test *(e.g., sleep apnea)*? | ○ | ⊙ | ○ |
| 27. Have you ever spent a night in the hospital? | ○ | ⊙ | ○ |
| 28. Have you ever had a broken bone? | ○ | ⊙ | ○ |
| 29. Have you ever used or do you now use tobacco? | ○ | ⊙ | ○ |
| 30. Do you currently drink alcohol? | ○ | ⊙ | ○ |
| 31. Have you used an illegal substance within the past two years? | ○ | ⊙ | ○ |
| 32. Have you ever failed a drug test or been dependent an illegal substance? | ○ | ⊙ | ○ |

Other health condition(s) not described above: ○ Yes ⊙ No ○ Not Sure

Did you answer "yes" to any of questions 1-32? If so, please comment further on those health conditions below: ⊙ Yes ○ No ○ Not Sure

Q5 - Recent Issues with heart , Recent issues ; Q7 - Take medication; Q8 - Take medication; Q13 - Take medication;

*(Attach additional sheets if necessary)*

## CMV DRIVER'S SIGNATURE

I certify that the above information is accurate and complete. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate, that submission of fraudulent or intentionally false information is a violation of 49 CFR 390.35, and that submission of fraudulent or intentionally false information may subject me to civil or criminal penalties under 49 CFR 390.37 and 49 CFR 386 Appendices A and B.

Driver's Signature: ______________ Date: 10/24/2023 6:29:48 PM

SECTION 2. Examination Report *(to be filled out by the medical*

## DRIVER HEALTH HISTORY REVIEW

*Review and discuss pertinent driver answers and any available medical records. Comment on the driver's responses to the "health history" questions that may affect the driver's safe operation of a commercial motor vehicle (CMV).*

Medications Comments - On medications for HTN, diabetes, cholesterol.; Q5 - Irregular heart beat.; Q7 - On medication.; Q8 - On medication.; Q13 - On medications and insulin for diabetes.;

*(Attach additional sheets if necessary)*

Last Name: Khurana First Name: Praveen DOB: 10/29/1960 Exam Date: 10/24/2023

## TESTING

Pulse rate: 71 Pulse rhythm regular: ⊙ Yes ○ No Height: 5 *feet* 7 *inch* Weight 205 *pound*

| Blood Pressure | Systolic | Diastolic |
|---|---|---|
| Sitting | 166 | 90 |
| Second reading (*optional*) | 137 | 85 |

| Urinalysis | Sp. | Protein | Blood | Sugar |
|---|---|---|---|---|
| Urinalysis is required. Numerical readings must be recorded. | 1.015 | Trace | Negative | 3+ |

Other testing if indicated

*Protein, blood, or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.*

### Vision

*Standard is at least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° field of vision in horizontal meridian measured in each eye. The use of cor-rective lenses should be noted on the Medical Examiner's Certificate.*

| Acuity | Uncorrected | Corrected | Horizontal Field of Vision |
|---|---|---|---|
| Right Eye: | 20 40 | 20 ____ | Right Eye: 85 degree |
| Left Eye: | 20 50 | 20 ____ | Left Eye: 85 degree |
| Both Eyes: | 20 40 | 20 ____ | |

| | Yes | No |
|---|---|---|
| Applicant can recognize and distinguish among traffic control signals and devices showing red, green, and amber | ⊙ | ○ |
| Monocular vision | ○ | ⊙ |
| Referred to ophthalmologist or optometrist? | ○ | ⊙ |
| Received documentation from ophthalmologist or optometrist? | ○ | ⊙ |

### Hearing

*Standard: Must first perceive whispered voice at not less than 5 feet OR average hearing loss of less than or equal to 40 dB, in better ear (with or without hearing aid).*

Check if hearing aid used for ☐ Right Ear ☐ Left Ear ☑ Neither

Whisper Test Results

| | Right Ear | Left Ear |
|---|---|---|
| Record distance *(in feet)* from driver at which a forced whispered voice can first be heard | 5 | 5 |

*OR*

Audiometric Test Results

| Right Ear 500 Hz | Right Ear 1000 Hz | Right Ear 2000 Hz | Left Ear 500 Hz | Left Ear 1000 Hz | Left Ear 2000 Hz |
|---|---|---|---|---|---|
| | | | | | |

Average (right): ____ Average (left): ____

## PHYSICAL EXAMINATION

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen, or is readily amenable to treatment. Even if a condition does not disqualify a driver, the Medical Examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible, particularly if neglecting the condition could result in a more serious illness that might affect driving.

Check the body systems for abnormalities.

| Body System | Normal | Abnormal | Body System | Normal | Abnormal |
|---|---|---|---|---|---|
| 1. General | ○ | ⊙ | 8. Abdomen | ⊙ | ○ |
| 2. Skin | ⊙ | ○ | 9. Genito-urinary system including hernias | ⊙ | ○ |
| 3. Eyes | ⊙ | ○ | 10. Back/Spine | ⊙ | ○ |
| 4. Ears | ⊙ | ○ | 11. Extremities/joints | ⊙ | ○ |
| 5. Mouth/throat | ⊙ | ○ | 12. Neurological system including reflexes | ⊙ | ○ |
| 6. Cardiovascular | ⊙ | ○ | 13. Gait | ⊙ | ○ |
| 7. Lungs/chest | ⊙ | ○ | 14. Vascular system | ⊙ | ○ |

*Discuss any abnormal answers in detail in the space below and indicate whether it would affect the driver's ability to operate a CMV. Enter applicable item number before each comment.*

Q1 - Overweight.;

*(Attach additional sheets if necessary)*

Last Name: Khurana First Name: Praveen DOB: 10/29/1960 Exam Date: 10/24/2023

*Please complete only one of the following (Federal or State) Medical Examiner Determination sections:*

## MEDICAL EXAMINER DETERMINATION (Federal)

*Use this section for examinations performed in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49):*

⦿ Does not meet standards *(specify reason)*: Failed vision.

○ Meets standards in 49 CFR 391.41; qualifies for 2-year certificate

○ Meets standards, but periodic monitoring required *(specify reason)*: ____

Driver qualified for: ○ 3 months ○ 6 months ○ 1 year ○ other ____

☐ Wearing corrective lenses ☐ Wearing hearing aid ☐ Accompanied by a waiver/exemption *(specify type)*: ____

☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate ☐ Qualified by operation of 49 CFR 391.64 *(Federal)*

☐ Driving within an exempt intracity zone *(see 49 CFR 391.62) (Federal)*

☐ Determination pending *(specify reason)*: ____

☐ Return to medical exam office for follow-up on *(must be 45 days or less)*: ____

☐ Medical Examination Report amended *(specify reason)*: ____

*(if amended)* Medical Examiner's Signature: ____ Date: ____

☐ Incomplete examination *(specify reason)*: ____

If the driver meets the standards outlined in 49 CFR 391.41, then complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h), as appropriate.

I have performed this evaluation for certification. I have personally reviewed all available records and recorded information pertaining to this evaluation, and attest that, to the best of my knowledge, I believe it to be true and correct.

Medical Examiner's Signature: Le Vu

Medical Examiner's Name *(please print or type)*: Vu, Le

Medical Examiner's Address: 3532 W Thomas Rd Ste 5 City: Phoenix State: AZ Zip Code: 85019-

Medical Examiner's Telephone Number: (602)272-7662 Date Certificate Signed: ____

Medical Examiner's State License, Certificate, or Registration Number: 31932 Issuing State: AZ

☑ MD ☐ DO ☐ Physician Assistant ☐ Chiropractor ☐ Advanced Practice Nurse

☐ Other Practitioner *(specify)*: ____

National Registry Number: 1643671037

Medical Examiner's Certificate Expiration Date: ____

## Additional Notes Addendum

Last Name: Khurana | First Name: Praveen | DOB: 10/29/1960 | Exam Date: 10/24/2023

### DRIVER HEALTH HISTORY

Surgery (continued):

Medications (continued):

Lantus, Trulicity, atenowol, resuvastatin, lisiniprol

Health History Yes Answers(continued):

Q5 - Recent Issues with heart , Recent issues ; Q7 - Take medication; Q8 - Take medication; Q13 - Take medication;

Other Health Conditions (continued):

Examiner Comments (continued):

Medications Comments - On medications for HTN, diabetes, cholesterol.; Q5 - Irregular heart beat.; Q7 - On medication.; Q8 - On medication.; Q13 - On medications and insulin for diabetes.;

### PHYSICAL EXAMINATION

Q1 - Overweight.;

### OTHER TESTING

Glucose Meter Measurements ( mg/dl): 275

Neck Circumference: (Inches): 16

BMI: 32.1

Additional comments for abnormal urine values:

Protein - Trace; Sugar - 3+;

| Last Name: Khurana | First Name: Praveen | DOB: 10/29/1960 | Exam Date: 10/24/2023 |
|---|---|---|---|

**CERTIFICATION**

Does Not Meet Standards (continued):

Failed vision.

Monitoring required due to (continued):

Reason Text (continued):

**From:** DisabilityDocuments
**Sent:** Monday, January 8, 2024 5:38 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253-EXHIBIT B-DOT physical of 1-5-24

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Monday, January 8, 2024 10:36:02 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253-EXHIBIT B-DOT physical of 1-5-24

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]



2. Seizures/epilepsy
3. Eye problems (except glasses or contacts)
4. Ear and/or hearing problems
5. Heart disease, heart attack, bypass, or other heart problems
6. Pacemaker, stents, implantable devices, or other heart procedures
7. High blood pressure
8. High cholesterol
9. Chronic (long-term) cough, shortness of breath, or other breathing problems
10. Lung disease (e.g. asthma)
11. Kidney problems, kidney stones, or pain/problems with urination
12. Stomach, liver, or digestive problems
13. Diabetes or blood sugar problems
Insulin used
14. Anxiety, depression, nervousness, other mental health problems
15. Fainting or passing out
17. Unexplained weight loss
18. Stroke, mini-stroke (TIA), paralysis, or weakness
19. Missing or limited use of arm, hand, finger, leg, foot, toe
20. Neck or back problems
21. Bone, muscle, joint, or nerve problems
22. Blood clots or bleeding problems
23. Cancer
24. Chronic (long-term) infection or other chronic diseases
25. Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring
26. Have you ever had a sleep test (e.g. sleep apnea)?
27. Have you ever spent a night in the hospital?
28. Have you ever had a broken bone?
29. Have you ever used or do you now use tobacco?
30. Do you currently drink alcohol?
31. Have you used an illegal substance within the past two years?
32. Have you ever failed a drug test or been dependent on an illegal substance?

Other health condition(s) not described above: Yes / No / Not Sure

High cholesterol

Did you answer "yes" to any of questions 1–32? If so, please comment further on those health conditions below. Yes / No / Not Sure

1. [illegible] 3. [illegible] 5. [illegible] 7. [illegible] 9. [illegible] 13. [illegible] 15. [illegible] 18. [illegible] 24. [illegible] 27. [illegible] 28. [illegible] 30. 1 or 2 [illegible] 32. [illegible]

(Attach additional sheets if necessary)

**CMV DRIVER'S SIGNATURE**

I certify that the above information is accurate and complete. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate, that submission of fraudulent or intentionally false information is a violation of 49 CFR 390.35, and that submission of fraudulent or intentionally false information may subject me to civil or criminal penalties under 49 CFR 390.37 and 49 CFR 386 Appendices A and B.

Driver's Signature: ______________ Date: 01/05/2024

SECTION 2. Examination Report (to be filled out by the medical examiner)

**DRIVER HEALTH HISTORY REVIEW**

Review and discuss pertinent driver answers and any available medical records. Comment on the driver's responses to the "health history" questions that may affect the driver's safe operation of a commercial motor vehicle (CMV).

[illegible]

(Attach additional sheets if necessary)

Page 3

○ Does not meet standards (specify reason): [illegible]

○ Meets standards in 49 CFR 391.41; qualifies for 2-year certificate

○ Meets standards, but periodic monitoring required (specify reason):

Driver qualified for: ○ 3 months ○ 6 months ○ 1 year ○ other (specify):

☐ Wearing corrective lenses ☐ Wearing hearing aid ☐ Accompanied by a waiver/exemption (specify type):

☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate ☐ Qualified by operation of 49 CFR 391.64 (Federal)

☐ Driving within an exempt intracity zone (see 49 CFR 391.62) (Federal)

○ Determination pending (specify reason):

☐ Return to medical exam office for follow-up on (must be 45 days or less):

☐ Medical Examination Report amended (specify reason):

If amended: Medical Examiner's Signature: ______ Date: ______

○ Incomplete examination (specify reason):

If the driver meets the standards outlined in 49 CFR 391.41, then complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h), as appropriate.

I have performed this evaluation for certification. I have personally reviewed all available records and recorded information pertaining to this evaluation, and attest that, to the best of my knowledge, I believe it to be true and correct.

Medical Examiner's Signature: [signature]

Medical Examiner's Name (please print or type): Robin Martin

Medical Examiner's Address: 1419 N Argonne Rd City: Spokane Valley State: WA Zip Code: 99212

Medical Examiner's Telephone Number: (509) 402-2880 Date Certificate Signed:

Medical Examiner's State License, Certificate, or Registration Number: 0A60120237 Issuing State: WA

☐ MD ☐ DO ■ Physician Assistant ☐ Chiropractor ☐ Advanced Practice Nurse

☐ Other Practitioner (specify):

National Registry Number: 7801990811

Medical Examiner's Certificate Expiration Date:

Page 4

**From:** DisabilityDocuments
**Sent:** Monday, January 8, 2024 6:23 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253-Narrative

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Monday, January 8, 2024 11:20:58 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253-Narrative

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

**NARRATIVE**

DOCUMENTS SUBMITTED:

1. Exhibit A-DOT Physical of 10-24-23.
2. Exhibit B-DOT physical of 1–5–24.
3. Medical notes of Dr. Daniel Troupe from 1-8-24

ANALYSIS-

Evidence of the disability lies and Exhibit A and B.

I suffered loss of vision, as noted, an exhibit A which shows 20/40 in left eye and 20/50 in right eye, Loss of vision is a symptom of a syncopal event and/or Atrial fibrillation. Occurrence of such an event, is a DOT regulated event and noted by Dr. Troupe in his notes in Sections 1. And 3. His notes reflect my visit with him on 1-8-24. Note: that this was not a pre-existing condition at the time of its occurrence.

Subsequently, I have recovered my vision, as noted in exhibit B, which shows 20/15 in the left eye and 20/15 in the right eye. There is a marked improvement in Atrial Fibrillation related issues. The Loss of vision is also not permanent.

The syncopal event is being investigated by cardiologists; I have to remain syncope free for six months. This is noted in exhibit B. This period would expire in April 2024.

CONCLUSION:

Syncope and atrial fibrillation, contributed to my loss of vision. This caused my primary care providers to place me on disability. I cannot

operate a commercial motor vehicle without health certifications from my primary care provider(s) and the DOT physical examiners.

**From:** DisabilityDocuments
**Sent:** Friday, December 29, 2023 6:08 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Friday, December 29, 2023 11:07:23 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

K. Stanley-

Good Morning. Please provide me a copy of my group Insurance contract, with Lincoln Financial Group showing the coverage, definition, etc. for Disability through my Employer. You can send this to me via email.

Thank you

Praveen

Sent from Yahoo Mail for iPhone

**From:** DisabilityDocuments
**Sent:** Thursday, December 28, 2023 3:57 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Thursday, December 28, 2023 8:56:59 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

K.Stanley -

When you called this morning, I was on my way to the hospital, so I did not have much time to talk.

I have an appointment set up on the ninth of January with cardiology. I would like to provide you with results from that visit for your final considerations.

Praveen

Sent from Yahoo Mail for iPhone

**From:** DisabilityDocuments
**Sent:** Wednesday, December 27, 2023 7:29 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Thursday, December 28, 2023 12:27:54 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

**Praveen Khurana's (Claimant) response to report by Robert Swotinsky, MD dated December 18, 2023. ( Swotinsky Report) Re: Appeal on STD claim # 14892253**

GENERAL OBJECTION:

FIRSTLY, Claimant respectfully objects to the report noted above on grounds that it considers and incorporates notes; observations; diagnosis and treatment from time periods prior to the dates in question (February 19, 2023 to April18th, 2023). The Swotinsky report refers to claimant's medical history as far back as 2020. This is unduly prejudicial to the claimant, as it goes beyond the period relevant to the definition of preexisting condition(s) - 3 months prior to the commencement of the coverage of April 19, 2023.

SECONDLY? Claimant respectfully objects to the observation of the cause and onset of the disability as noted in A1and A2 of the Swotinsky report. Report findings and conclusion is inconsistent with the findings and treatment of Dr. Kathleen Ogden - claimants PCP- made on November 9th, 2024, by tele-health visit. The Syncopal incident noted, and treatment recommended by Dr. Ogden are overlooked, (cardiology and syncope) in the Swotinsky report as the cause of the Disability. This is prejudicial to the claimant.

THIRDLY. DOT physicals do not disqualify a driver based on diabetes or hypertension or elevated cholesterol levels, as long as they are controlled by medications, Evidence from the three months prior to the commencement of the coverage, clearly indicates that the claimant was visiting with his primary care providers and taking the necessary medications to control diabetes, hypertension, and cholesterol. The A1C levels were not a threat to him and/or the motoring public. It is noted that claimant was renewed his DOT medical certificate on an annual basis in Swotinsky report. Reporting the above listed factors as cause of disability is inaccurate and highly prejudicial to the claimant.

DEFINITION and STANDARDS OF REVIEW:

The definition of pre-existing condition, as defined in the STD insurance contract is (to the effect) a treatment or diagnosis of a condition 3 months preceding immediately the commencement of the coverage.
There is no evidence of treatment, diagnosis or even existence of Syncope from the visit with the Pharmacist S. Kaflmichael of February 27, 2023; April 10, 2023, with Katie Norris or April 14, 2024, with Pharmacist Kiflemichael and finally no

diagnosis or treatment of Syncope with Jennifer Anderson ARNP on April 18th, 2023.
Any discussion, review or inclusion of a health condition of a time period and medical records other than the ones listed above are violative with the definition of pre-existing condition and cannot and should not be considered in the decision-making process for the claimants' disability claim.

Swotinsky report fails to abide with a) relevant time period and b) the findings and treatment prescribed by Dr. Kathleen Ogden of November 9, 2023.
(Note: Dr. Kathleen Ogden is the primary care provider and would have to certify to the DOT the claimant's is well and able to resume work in this matter)

CONCLUSION:

<u>The question at hand is if the claimant was diagnosed or treated for syncope in the three months preceding the commencement of coverage on May 19, 2023. The clear answer, as supported by the medical evidence is NO.</u>
The Swotinsky report provides at best a summary or recap of the claimant's records, most of which fall outside the definition of the pre-existing exclusion period. The report by and large ignores the treatment and diagnosis of syncope during the 3 months exclusion Period. Although it does refer to it somewhere. The medical causes listed are not DOT issues, whereas Syncope is. The claimant is seeking specialist help for syncope, which is a DOT issue.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578

MR. PRAVEEN KHURANA
261 DANIEL DR
MISSOULA MT 59802

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 28, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under the Ryder System, Inc.'s Short Term Disability Plan.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the Appeals Nursing Memorandum, dated December 18, 2023, and the physician's review completed by Dr. Robert Swotinsky, dated December 24, 2023, which are new or additional evidence in connection with your appeal. You may review the clinical reports and provide additional information and/or a response to us, which we will consider in making our decision on your appeal.

***Please note, this is not a denial notice, but rather an opportunity for you to review our initial assessment and submit additional information should you wish to do so.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. ***If your response is not received by January 16, 2024 (21 days from the date of this letter), we will render a determination based on the information contained in your file.*** Should you require an extension to the stated deadline, please contact us as soon as possible to request this.

Additional information can be faxed to the fax number noted below or e-mailed to disabilitydocuments@lfg.com.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

Attachments: 14892253-MEDICAL-CORRESPONDENCE-12.18.2023
14892253-MEDICAL-CP/PEER REVIEW-12.24.2023

Lincoln Financial Group®

Date: December 18, 2023

Subject: **Appeal Nursing Memorandum**

Claim#: 14892253

Claimant: PRAVEEN KHURANA

Date of Birth: October 29, 1960

Date of Disability: October 24, 2023

Clinical Assessment:

This file has been reviewed on appeal. This appeal nurse memorandum has been requested with a pre-existing condition and treatment clause with a timeframe of February 19, 2023, through May 18, 2023.

Employee has a medical history including high blood pressure, high cholesterol, diabetes, obesity, osteoarthritis (Degenerative arthritis of the joints) and atrial fibrillation (irregular/rapid heart rate causing poor blood flow and increases the risk of stroke).

Employee ceased work as of October 24, 2023, for reported syncopal event, and continues to treat for diabetes, high blood pressure and high cholesterol.

**See below for pre-existing timeframe summary:**

**Treatment summary during the pre-existing timeframe from February 19, 2023, through May 18, 2023.**

Office visit on February 27, 2023, Selam Kiflemichael PharmD (Pharmacist) for diabetes management. Employee presents for diabetes follow up with for recent international travel to Thailand for a 3–4-month vacation. Employee reports missing his medications, and positive dietary changes with an intentional 20-pound weight loss. Employee has normal physical exam findings. Plan to continue diabetes medications with changes to medications and prescribed medications for cholesterol, and high blood pressure.

Telemedicine visit on April 10, 2023, with Katie Norris CMA and Michelle Sorenson RN (Care managers) for no reported acute concerns, Employee reports he does not have a counselor and states he is not interested in a behavioral health referral. Employee reports he needs an appointment with his primary care provider, reports he is out of testing supplies for diabetes, reports looking for housing is on a wait list. Employee was reminded he is due for a diabetic eye exam and declined referral. Plan for employee to obtain a blood pressure cuff, to monitor blood pressures and continue to work on blood sugar control. Employee notes he was recently in

Thailand for several months. Employee is to continue all medications for diabetes, high blood pressure and high cholesterol.

Office visit on April 14, 2023, with Jillene Amow ARNP (Family Medicine), for COVID booster and pneumonia vaccine.

Office visit on April 14, 2023, with PharmD Kiflemichael. For diabetes management. Employee had new insulin prescribed, employee reports not taking his blood sugars at home as he ran out of sensors. Employee reports traveling due to his job, with good diet, reports high carbohydrate intake and less activity. Employee has noted elevated blood glucose in lab work. Employee was advised to be evaluated by primary care physician, was educated on dietary changes and diabetic diet to follow.

Telemedicine visits on April 18, 2023, with Jennifer Anderson ARNP (Family Medicine) and May 12, 2023, with CMA Norris, employee did not answer phone for telemedicine visits, no information provided.

**Medications prescribed or noted to be taking during the pre-existing timeframe of February 19, 2023, through May 18, 2023;**

**Atenolol**- blood pressure/heart rate medication filled on February 27, 2023, per May 12, 2023, office visit.

**Chlorhexidine gluconate**- prescription mouthwash filled on April 14, 2023, per May 12, 2023, office visit.

**Freestyle libre reader**- diabetic testing strips renewed on March 1, 2023, per May 12, 2023, office visit.

**Freestyle Libre sensor kit**- diabetic testing kit filled on April 7, 2023, per May 12, 2023, office visit.

**Lantus Solostar Insulin**- Insulin to treat diabetes. Filled on April 14, 2023, per May 12, 2023, office visit.

**Lisinopril**- high blood pressure medication, filled on February 17, 2023, per May 12, 2023, office visit.

**TeachLite pen needle**- insulin injection needle filled on February 17, 2023, per May 12, 2023, office visit.

**Trulicity 1.5 milligrams pen injector**- insulin/diabetes medication filled on April 5, 2023, per May 12, 2023, office visit.

**Trulicity 3 milligrams pen injector**- insulin/diabetes medication filled on April 14, 2023, per May 12, 2023, office visit.

**An outline of the employee's pertinent claim information, care and treatment is detailed below;**

Office visit on June 30, 2023, with Chantel Robinson PharmD (Pharmacist), for diabetes medication management. Employee asking for blood glucose lab work to be completed and a referral to ophthalmology. Employee reports getting insurance very soon, is excited, and continues to travel for work.

Telemedicine visit on July 7, 2023, with Kathleen Sionzon-Ogden ARNP (Internal Medicine), for possible eye infection with reported difficulty opening the right eye. Employee reports eye weakness for two months, difficulty opening his right eye at night when he is tired. Employee also reports are ridges on his fingernails for two months. Employee was referred to eye specialist, educated on nail care, and educated and healthy lifestyle habits.

Telemedicine visit on September 12, 2023, with PharmD Robinson for diabetes clinical management. Employee had multiple medications refilled, reports he was overseas for a while and felt better/ate better when he was there.

Telemedicine visit on October 3, 2023, with NP Sionzon-Ogden, for medication refills. Employee reports benign prostatic hyperplasia symptoms (enlarged prostate gland) including weak urine stream, urgency, that do resolve with medication. Exam finds employee appears to be in no acute distress, with normal physical and mental status exam findings. Employee was advised to continue all medications, prostate medication prescribed, employee will monitor blood pressure 3 to 4 times a week, follow up in 4 weeks, and complete annual eye exam.

Telemedicine visit on October 24, 2023, with, NP Sionzon-Ogden, for reported trembling hands and fingers. Employee reports ongoing stiffness, twitching of his right index finger over the past 2 weeks lasting for 10 to 15 seconds at a time. Provider diagnoses acquired trigger finger of the right index finger. Employee is referred to physical therapy, advised to complete lab work as ordered on October 3, 2023, and instructed to treat with pharmacist for diabetes management.

Dept of Transportation physical examination report on October 24, 2023, employee was disqualified and did not meet certification standards. Self-reported and medical history on physical examination, employee reports medical history of high blood pressure, high cholesterol, and diabetes with insulin use. On exam employee had abnormal blood pressure, abnormal urinalysis and abnormal field of vision. Employee failed Dept of Transportation physical examination due to failed visual requirements and history of irregular heartbeat.

Telemedicine visit October 27, 2023, Pharm D Robinson, for diabetes medication management. Employee reports tolerating medications well, with adherents to half of his diabetes medications but not all. Employee has noted significant worsening of diabetic control evidence by worsening abnormal lab work.

Telemedicine visit on November 2, 2023, with NP Sionzon-Ogden, employee reports eye problems, right knee problems, and ankle joint pain. Employee reports failing his department of transportation exam in October 2023, due to a syncopal event. Employee reports syncopal episode while driving, loss of consciousness, vision went dark, and when he awoke his truck was on the other side of the road. Employee reports he was able to recover his vehicle, move to the correct lane without a motor vehicle accident. Employee denies recurrence of syncopal events since being off work. Lab work ordered; employee was educated on healthy lifestyle habits including weight loss.

Telemedicine visit on November 8, 2023, with Caitlin Miller PA-C (Internal Medicine) for completion of paperwork. Employee is requesting an electrocardiogram (monitor heart rhythms) for cardiology referral. PA Miller, states employee has a history of atrial fibrillation, is not on medication, did not follow up with cardiology per prior primary care physician, with last electrocardiogram on April 27, 2022, showing normal cardiac rhythm. Employee has normal virtual physical exam findings. Employee was referred to cardiology, encouraged to complete lab work, employee declined anticoagulation for the treatment of atrial fibrillation. electrocardiogram performed, reflects normal sinus rhythm.

Attending Physician statement completed on November 9, 2023, by NP Sionzon-Ogden. Employee is treating for syncope (R55.0). Employee was advised to cease work as of October 2023, treated on November 2, 2023, with last office visit on November 9, 2023. No next office visit scheduled. Employee is advised unable to work currently waiting for cardiology referral and work up.

In summary, employee ceased work on October 24, 2023, for reported syncopal event, failed department of transportation medical examination, and continues to treat for high blood pressure. high cholesterol, and diabetes. Due to the complexity of the employees ongoing treating conditions, with significant medical history, further review of the medical records on file is recommended with a physician board certified in Occupational medicine for comment on restrictions, limitations, duration, and any treatment during the defined pre-existing timeframe.

Advised claim resolution consultant case review is completed, no further activity is required.

Jessica T., MSN, RN-BC CCM

Nurse Disability Consultant II, Lincoln Financial Group

Clinical Review Memo

| Customer Name | Claimant Name | | Claim Number |
|---|---|---|---|
| Ryder System, Inc. | Praveen Khurana | | 14892253 |
| Report Date: | 12/24/2023 | | |
| Referred By: | Krizia Stanley | Claimant DOB: | 10/29/1960 |
| Referral Date: | 12/19/2023 | Job Title: | Driver |
| Due Date: | 01/02/2024 | Med/Surg Condition: | Syncope |
| Referral Type: | Appeal Referral | Disability Occ Type: | |
| Reason for Priority Handling: | | Product Type: | STD |
| Other Considerations | TCMS Special Circumstance | LDW: | 10/23/2023 |
| | | DOD: | 10/24/2023 |
| Physical Demands: | | BBD: | 10/31/2023 |
| Non-Medical Issue: | No | Non-Med Issue Details: | |

Questions and Answers

*Q1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s) on up to the first three diagnoses.*

| A1. | Diagnosis | ICD 10 code |
|---|---|---|
| 1. | Low vision | H54 |
| 2. | Type 2 diabetes | E11 |
| 3. | Hypertension | I10 |

*Q2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 codes(s) on up to the first three diagnoses.*

| A2. | Diagnosis | ICD 10 code |
|---|---|---|
| 1. | Obesity | E66 |

*Q3. Considering the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 10/24/2023 to present/ongoing, and comment on the expected duration.*

A3. Type 2 diabetes and hypertension are bases for issuing a 1-, instead of the usual 2-, year DOT medical certification. Because of 20/50 uncorrected vision in the left eye. corrective lenses are needed to meet DOT standards.

*Q4. Do the medical records reviewed support the restrictions and limitations, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).*

A4. The file includes an Attending Physician's Statement completed by Kathleen Sonzon-Ogden, NP, on which she entered the history of syncope and wrote that the claimant had been referred to a cardiologist. The claimant's attending providers have not identified activity restrictions/limitations or the basis for such. On 10/24/23, the DOT medical examiner appropriately found the claimant did not meet DOT's vision standard.

*Q5. Pre-Existing Condition Review. Please explain how any condition medically evaluated or treated during the period of 2/19/2023 to 5/18/2023 is related to impairment(s)*

*associated with the current absence from work and to what degree (such as "caused" or "contributed to" or another degree of relatedness).*

| |
|---|
| *Relevant contract language: The plan states: Pre-existing condition is a condition resulting from the injury or sickness for which you were diagnosed or received treatment within three months of the effective date of coverage.* |

*Please review the complete file and determine if this is subject to pre-exisiting condition. If this is not considered pre-existing, please outline any restrictions/limitations supported as of 10/24/23 and provide a duration.*

A5. In April 2023, the claimant's PCP reminded him he needed an annual eye check-up because of his diabetes. In October 2023, the claimant stopped work when he did not meet DOT standards for vision. The file presents no reason why his visual acuity could not be corrected to 20/40.

*Q6. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent severity level for the reported condition? (If "No," please explain in the comment section below).*

A6. Yes, including their reminders about needing an eye exam and a cardiology evaluation.

Analysis of Medical Documentation and Support for Responses to Referral Questions:

The claimant stopped work when he did not meet DOT's vision standard on 10/24/23. The DOT long form states he failed because of uncorrected, 20/50 visual acuity in the left eye, which is less than DOT's 20/40 standard. The records identify no reason why his visual acuity could not be corrected to 20/40. The records indicate the claimant failed to get his annual diabetic eye exam per his PCP's April 2023 reminder.

At the 10/24/23 DOT exam, the claimant denied syncope. Weeks later, the claimant said he had a syncopal episode in October 2023 and failed his DOT exam on that basis. When told this in November 2023, the claimant's PCP told him he should see a cardiologist, as the claimant had been advised in 2020. There is no record of the claimant seeing a cardiologist.

DOT regulations clearly state that a driver with a cardiovascular condition that may be accompanied by syncope should not be qualified to drive. There is little guidance on the driver with a single syncopal episode, especially when the etiology is unknown. The medical information has conflicting information about whether the claimant had a syncopal episode in October 2023. And, while a medical condition causing syncope would be of concern, the submitted records do not demonstrate a cardiovascular or other medical condition causing syncope or workup in progress to identify such condition(s).

Summary of the Records

The claimant is a 63-year-old truck driver. He has been off work since failing his DOT physical on 10/24/23. The claimant stated on the DOT forms that he had no history of syncope but did have "recent issues with heart" which the DOT medical examiner described

as a history of irregular heartbeat. The claimant's uncorrected visual acuity in the left eye was 20/50. (DOT requires 20/40 or better visual acuity in each eye.) DOT medical examiner Le Vu MD wrote:

> "Does not meet standards (specify reason): Failed vision."

The DOT medical examiner started two forms intended for the claimant's personal health care providers. One form asks for information about the claimant's diabetes. The other form states "Disqualified...History of irregular heartbeat" and was probably intended to retrieve medical records about this. (Some medical conditions causing an irregular heartbeat are disqualifying. Some are a basis for a time-limited certification. Others are nonissues.)

On 11/02/23, the claimant had a telehealth visit with PCP Kathleen Sonzon-Ogden, NP. He said "he had a brief syncopal episode, recalls losing consciousness for a few seconds, vision started getting dark, when consciousness recovered he found his truck on the other side of the road." Ms. Sonzon-Ogden wrote that she had referred the claimant to a cardiologist in 2020 but he didn't follow-up. She again referred him to a cardiologist. The claimant returned to the PCP's office on 11/08/23 to have an Attending Physician's Statement completed and told his PCP that he "had a brief syncopal episode 10/2023 and failed DOT exam." He had not yet followed up with the cardiology referral. The 11/08/23 telehealth note by his PCP is the most recent medical information.

Conditions medically evaluated or treated during 02/19/23 -- 05/18/23

1. Type 2 diabetes, treated with insulin
2. Hypertension, treated with blood pressure medicine
3. Hyperlipidemia, treated with pravastatin
4. Eye exam. On 04/10/23, PCP Katie Norris wrote that the claimant was due for his annual diabetic eye exam and that she reminded the claimant about this.
5. Obesity

---

*All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent medical record in the file, which is the 11/08/23 EKG.*

---

*Electronically Signed:*

Robert Swotinsky MD
DOT Medical Examiner

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, December 27, 2023 2:27:48 PM |
| To: | MATMAN00US@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana |
| Attachments: | dp0zpff30d1stanvv9yi_16848858.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 27, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under the Ryder System, Inc.'s Short Term Disability Plan.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the Appeals Nursing Memorandum, dated December 18, 2023, and the physician's review completed by Dr. Robert Swotinsky, dated December 24, 2023, which are new or additional evidence in connection with your appeal. You may review the clinical reports and provide additional information and/or a response to us, which we will consider in making our decision on your appeal.

***Please note, this is not a denial notice, but rather an opportunity for you to review our initial assessment and submit additional information should you wish to do so.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. ***If your response is not received by January 16, 2024 (21 days from the date of this letter), we will render a determination based on the information contained in your file.*** Should you require an extension to the stated deadline, please contact us as soon as possible to request this.

Additional information can be faxed to the fax number noted below or e-mailed to disabilitydocuments@lfg.com.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

Attachments: 14892253-MEDICAL-CORRESPONDENCE-12.18.2023
14892253-MEDICAL-CP/PEER REVIEW-12.24.2023

Lincoln
Financial Group®

Date: December 18, 2023

Subject: **Appeal Nursing Memorandum**

Claim#: 14892253

Claimant: PRAVEEN KHURANA

Date of Birth: October 29, 1960

Date of Disability: October 24, 2023

Clinical Assessment:

This file has been reviewed on appeal. This appeal nurse memorandum has been requested with a pre-existing condition and treatment clause with a timeframe of February 19, 2023, through May 18, 2023.

Employee has a medical history including high blood pressure, high cholesterol, diabetes, obesity, osteoarthritis (Degenerative arthritis of the joints) and atrial fibrillation (irregular/rapid heart rate causing poor blood flow and increases the risk of stroke).

Employee ceased work as of October 24, 2023, for reported syncopal event, and continues to treat for diabetes, high blood pressure and high cholesterol.

**See below for pre-existing timeframe summary:**

**Treatment summary during the pre-existing timeframe from February 19, 2023, through May 18, 2023.**

Office visit on February 27, 2023, Selam Kiflemichael PharmD (Pharmacist) for diabetes management. Employee presents for diabetes follow up with for recent international travel to Thailand for a 3–4-month vacation. Employee reports missing his medications, and positive dietary changes with an intentional 20-pound weight loss. Employee has normal physical exam findings. Plan to continue diabetes medications with changes to medications and prescribed medications for cholesterol, and high blood pressure.

Telemedicine visit on April 10, 2023, with Katie Norris CMA and Michelle Sorenson RN (Care managers) for no reported acute concerns, Employee reports he does not have a counselor and states he is not interested in a behavioral health referral. Employee reports he needs an appointment with his primary care provider, reports he is out of testing supplies for diabetes, reports looking for housing is on a wait list. Employee was reminded he is due for a diabetic eye exam and declined referral. Plan for employee to obtain a blood pressure cuff, to monitor blood pressures and continue to work on blood sugar control. Employee notes he was recently in

Thailand for several months. Employee is to continue all medications for diabetes, high blood pressure and high cholesterol.

Office visit on April 14, 2023, with Jillene Amow ARNP (Family Medicine), for COVID booster and pneumonia vaccine.

Office visit on April 14, 2023, with PharmD Kiflemichael. For diabetes management. Employee had new insulin prescribed, employee reports not taking his blood sugars at home as he ran out of sensors. Employee reports traveling due to his job, with good diet, reports high carbohydrate intake and less activity. Employee has noted elevated blood glucose in lab work. Employee was advised to be evaluated by primary care physician, was educated on dietary changes and diabetic diet to follow.

Telemedicine visits on April 18, 2023, with Jennifer Anderson ARNP (Family Medicine) and May 12, 2023, with CMA Norris, employee did not answer phone for telemedicine visits, no information provided.

**Medications prescribed or noted to be taking during the pre-existing timeframe of February 19, 2023, through May 18, 2023;**

**Atenolol**- blood pressure/heart rate medication filled on February 27, 2023, per May 12, 2023, office visit.

**Chlorhexidine gluconate**- prescription mouthwash filled on April 14, 2023, per May 12, 2023, office visit.

**Freestyle libre reader**- diabetic testing strips renewed on March 1, 2023, per May 12, 2023, office visit.

**Freestyle Libre sensor kit**- diabetic testing kit filled on April 7, 2023, per May 12, 2023, office visit.

**Lantus Solostar Insulin**- Insulin to treat diabetes. Filled on April 14, 2023, per May 12, 2023, office visit.

**Lisinopril**- high blood pressure medication, filled on February 17, 2023, per May 12, 2023, office visit.

**TeachLite pen needle**- insulin injection needle filled on February 17, 2023, per May 12, 2023, office visit.

**Trulicity 1.5 milligrams pen injector**- insulin/diabetes medication filled on April 5, 2023, per May 12, 2023, office visit.

**Trulicity 3 milligrams pen injector**- insulin/diabetes medication filled on April 14, 2023, per May 12, 2023, office visit.

**An outline of the employee's pertinent claim information, care and treatment is detailed below;**

Office visit on June 30, 2023, with Chantel Robinson PharmD (Pharmacist), for diabetes medication management. Employee asking for blood glucose lab work to be completed and a referral to ophthalmology. Employee reports getting insurance very soon, is excited, and continues to travel for work.

Telemedicine visit on July 7, 2023, with Kathleen Sionzon-Ogden ARNP (Internal Medicine), for possible eye infection with reported difficulty opening the right eye. Employee reports eye weakness for two months, difficulty opening his right eye at night when he is tired. Employee also reports are ridges on his fingernails for two months. Employee was referred to eye specialist, educated on nail care, and educated and healthy lifestyle habits.

Telemedicine visit on September 12, 2023, with PharmD Robinson for diabetes clinical management. Employee had multiple medications refilled, reports he was overseas for a while and felt better/ate better when he was there.

Telemedicine visit on October 3, 2023, with NP Sionzon-Ogden, for medication refills. Employee reports benign prostatic hyperplasia symptoms (enlarged prostate gland) including weak urine stream, urgency, that do resolve with medication. Exam finds employee appears to be in no acute distress, with normal physical and mental status exam findings. Employee was advised to continue all medications, prostate medication prescribed, employee will monitor blood pressure 3 to 4 times a week, follow up in 4 weeks, and complete annual eye exam.

Telemedicine visit on October 24, 2023, with, NP Sionzon-Ogden, for reported trembling hands and fingers. Employee reports ongoing stiffness, twitching of his right index finger over the past 2 weeks lasting for 10 to 15 seconds at a time. Provider diagnoses acquired trigger finger of the right index finger. Employee is referred to physical therapy, advised to complete lab work as ordered on October 3, 2023, and instructed to treat with pharmacist for diabetes management.

Dept of Transportation physical examination report on October 24, 2023, employee was disqualified and did not meet certification standards. Self-reported and medical history on physical examination, employee reports medical history of high blood pressure, high cholesterol, and diabetes with insulin use. On exam employee had abnormal blood pressure, abnormal urinalysis and abnormal field of vision. Employee failed Dept of Transportation physical examination due to failed visual requirements and history of irregular heartbeat.

Telemedicine visit October 27, 2023, Pharm D Robinson, for diabetes medication management. Employee reports tolerating medications well, with adherents to half of his diabetes medications but not all. Employee has noted significant worsening of diabetic control evidence by worsening abnormal lab work.

Telemedicine visit on November 2, 2023, with NP Sionzon-Ogden, employee reports eye problems, right knee problems, and ankle joint pain. Employee reports failing his department of transportation exam in October 2023, due to a syncopal event. Employee reports syncopal episode while driving, loss of consciousness, vision went dark, and when he awoke his truck was on the other side of the road. Employee reports he was able to recover his vehicle, move to the correct lane without a motor vehicle accident. Employee denies recurrence of syncopal events since being off work. Lab work ordered; employee was educated on healthy lifestyle habits including weight loss.

Telemedicine visit on November 8, 2023, with Caitlin Miller PA-C (Internal Medicine) for completion of paperwork. Employee is requesting an electrocardiogram (monitor heart rhythms) for cardiology referral. PA Miller, states employee has a history of atrial fibrillation, is not on medication, did not follow up with cardiology per prior primary care physician, with last electrocardiogram on April 27, 2022, showing normal cardiac rhythm. Employee has normal virtual physical exam findings. Employee was referred to cardiology, encouraged to complete lab work, employee declined anticoagulation for the treatment of atrial fibrillation. electrocardiogram performed, reflects normal sinus rhythm.

Attending Physician statement completed on November 9, 2023, by NP Sionzon-Ogden. Employee is treating for syncope (R55.0). Employee was advised to cease work as of October 2023, treated on November 2, 2023, with last office visit on November 9, 2023. No next office visit scheduled. Employee is advised unable to work currently waiting for cardiology referral and work up.

In summary, employee ceased work on October 24, 2023, for reported syncopal event, failed department of transportation medical examination, and continues to treat for high blood pressure, high cholesterol, and diabetes. Due to the complexity of the employees ongoing treating conditions, with significant medical history, further review of the medical records on file is recommended with a physician board certified in Occupational medicine for comment on restrictions, limitations, duration, and any treatment during the defined pre-existing timeframe.

Advised claim resolution consultant case review is completed, no further activity is required.

Jessica T., MSN, RN-BC CCM

Nurse Disability Consultant II, Lincoln Financial Group

Clinical Review Memo

| Customer Name | Claimant Name | | Claim Number |
|---|---|---|---|
| Ryder System, Inc. | Praveen Khurana | | 14892253 |
| Report Date: | 12/24/2023 | | |
| Referred By: | Krizia Stanley | Claimant DOB: | 10/29/1960 |
| Referral Date: | 12/19/2023 | Job Title: | Driver |
| Due Date: | 01/02/2024 | Med/Surg Condition: | Syncope |
| Referral Type: | Appeal Referral | Disability Occ Type: | |
| Reason for Priority Handling: | | Product Type: | STD |
| Other Considerations | TCMS Special Circumstance | LDW: | 10/23/2023 |
| | | DOD: | 10/24/2023 |
| Physical Demands: | | BBD: | 10/31/2023 |
| Non-Medical Issue: | No | Non-Med Issue Details: | |

Questions and Answers

*Q1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s) on up to the first three diagnoses.*

| A1. | <u>Diagnosis</u> | <u>ICD 10 code</u> |
|---|---|---|
| 1. | Low vision | H54 |
| 2. | Type 2 diabetes | E11 |
| 3. | Hypertension | I10 |

*Q2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 codes(s) on up to the first three diagnoses.*

| A2. | <u>Diagnosis</u> | <u>ICD 10 code</u> |
|---|---|---|
| 1. | Obesity | E66 |

*Q3. Considering the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 10/24/2023 to present/ongoing, and comment on the expected duration.*

A3. Type 2 diabetes and hypertension are bases for issuing a 1-, instead of the usual 2-, year DOT medical certification. Because of 20/50 uncorrected vision in the left eye. corrective lenses are needed to meet DOT standards.

*Q4. Do the medical records reviewed support the restrictions and limitations, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).*

A4. The file includes an Attending Physician's Statement completed by Kathleen Sonzon-Ogden, NP, on which she entered the history of syncope and wrote that the claimant had been referred to a cardiologist. The claimant's attending providers have not identified activity restrictions/limitations or the basis for such. On 10/24/23, the DOT medical examiner appropriately found the claimant did not meet DOT's vision standard.

*Q5. Pre-Existing Condition Review. Please explain how any condition medically evaluated or treated during the period of 2/19/2023 to 5/18/2023 is related to impairment(s)*

*associated with the current absence from work and to what degree (such as "caused" or "contributed to" or another degree of relatedness).*

| |
|---|
| *Relevant contract language: The plan states: Pre-existing condition is a condition resulting from the injury or sickness for which you were diagnosed or received treatment within three months of the effective date of coverage.* |

*Please review the complete file and determine if this is subject to pre-exisiting condition. If this is not considered pre-existing, please outline any restrictions/limitations supported as of 10/24/23 and provide a duration.*

A5. In April 2023, the claimant's PCP reminded him he needed an annual eye check-up because of his diabetes. In October 2023, the claimant stopped work when he did not meet DOT standards for vision. The file presents no reason why his visual acuity could not be corrected to 20/40.

*Q6. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent severity level for the reported condition? (If "No," please explain in the comment section below).*

A6. Yes, including their reminders about needing an eye exam and a cardiology evaluation.

Analysis of Medical Documentation and Support for Responses to Referral Questions:

The claimant stopped work when he did not meet DOT's vision standard on 10/24/23. The DOT long form states he failed because of uncorrected, 20/50 visual acuity in the left eye, which is less than DOT's 20/40 standard. The records identify no reason why his visual acuity could not be corrected to 20/40. The records indicate the claimant failed to get his annual diabetic eye exam per his PCP's April 2023 reminder.

At the 10/24/23 DOT exam, the claimant denied syncope. Weeks later, the claimant said he had a syncopal episode in October 2023 and failed his DOT exam on that basis. When told this in November 2023, the claimant's PCP told him he should see a cardiologist, as the claimant had been advised in 2020. There is no record of the claimant seeing a cardiologist.

DOT regulations clearly state that a driver with a cardiovascular condition that may be accompanied by syncope should not be qualified to drive. There is little guidance on the driver with a single syncopal episode, especially when the etiology is unknown. The medical information has conflicting information about whether the claimant had a syncopal episode in October 2023. And, while a medical condition causing syncope would be of concern, the submitted records do not demonstrate a cardiovascular or other medical condition causing syncope or workup in progress to identify such condition(s).

Summary of the Records

The claimant is a 63-year-old truck driver. He has been off work since failing his DOT physical on 10/24/23. The claimant stated on the DOT forms that he had no history of syncope but did have "recent issues with heart" which the DOT medical examiner described

as a history of irregular heartbeat. The claimant's uncorrected visual acuity in the left eye was 20/50. (DOT requires 20/40 or better visual acuity in each eye.) DOT medical examiner Le Vu MD wrote:

> "Does not meet standards (specify reason): Failed vision."

The DOT medical examiner started two forms intended for the claimant's personal health care providers. One form asks for information about the claimant's diabetes. The other form states "Disqualified...History of irregular heartbeat" and was probably intended to retrieve medical records about this. (Some medical conditions causing an irregular heartbeat are disqualifying. Some are a basis for a time-limited certification. Others are nonissues.)

On 11/02/23, the claimant had a telehealth visit with PCP Kathleen Sonzon-Ogden, NP. He said "he had a brief syncopal episode, recalls losing consciousness for a few seconds, vision started getting dark, when consciousness recovered he found his truck on the other side of the road." Ms. Sonzon-Ogden wrote that she had referred the claimant to a cardiologist in 2020 but he didn't follow-up. She again referred him to a cardiologist. The claimant returned to the PCP's office on 11/08/23 to have an Attending Physician's Statement completed and told his PCP that he "had a brief syncopal episode 10/2023 and failed DOT exam." He had not yet followed up with the cardiology referral. The 11/08/23 telehealth note by his PCP is the most recent medical information.

Conditions medically evaluated or treated during 02/19/23 -- 05/18/23

1. Type 2 diabetes, treated with insulin
2. Hypertension, treated with blood pressure medicine
3. Hyperlipidemia, treated with pravastatin
4. Eye exam. On 04/10/23, PCP Katie Norris wrote that the claimant was due for his annual diabetic eye exam and that she reminded the claimant about this.
5. Obesity

---

*All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent medical record in the file, which is the 11/08/23 EKG.*

---

*Electronically Signed:*

Robert Swotinsky MD
DOT Medical Examiner

Clinical Review Memo

| Customer Name | Claimant Name | | Claim Number |
|---|---|---|---|
| Ryder System, Inc. | Praveen Khurana | | 14892253 |
| **Report Date:** | 12/24/2023 | | |
| **Referred By:** | Krizia Stanley | **Claimant DOB:** | 10/29/1960 |
| **Referral Date:** | 12/19/2023 | **Job Title:** | Driver |
| **Due Date:** | 01/02/2024 | **Med/Surg Condition:** | Syncope |
| **Referral Type:** | Appeal Referral | **Disability Occ Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | STD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 10/23/2023 |
| | | **DOD:** | 10/24/2023 |
| **Physical Demands:** | | **BBD:** | 10/31/2023 |
| **Non-Medical Issue:** | No | **Non-Med Issue Details:** | |

Questions and Answers

*Q1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s) on up to the first three diagnoses.*

| A1. Diagnosis | ICD 10 code |
|---|---|
| 1. Low vision | H54 |
| 2. Type 2 diabetes | E11 |
| 3. Hypertension | I10 |

*Q2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 codes(s) on up to the first three diagnoses.*

| A2. Diagnosis | ICD 10 code |
|---|---|
| 1. Obesity | E66 |

*Q3. Considering the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 10/24/2023 to present/ongoing, and comment on the expected duration.*

A3. Type 2 diabetes and hypertension are bases for issuing a 1-, instead of the usual 2-, year DOT medical certification. Because of 20/50 uncorrected vision in the left eye, corrective lenses are needed to meet DOT standards.

*Q4. Do the medical records reviewed support the restrictions and limitations, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).*

A4. The file includes an Attending Physician's Statement completed by Kathleen Sionzon-Ogden, NP, on which she entered the history of syncope and wrote that the claimant had been referred to a cardiologist. The claimant's attending providers have not identified activity restrictions/limitations or the basis for such. On 10/24 /23, the DOT medical examiner appropriately found the claimant did not meet DOT's vision standard.

*Q5. Pre-Existing Condition Review. Please explain how any condition medically evaluated or treated during the period of 2/19/2023 to 5/18/2023 is related to impairment(s)*

*associated with the current absence from work and to what degree (such as "caused" or "contributed to" or another degree of relatedness).*

| |
|---|
| *Relevant contract language: The plan states: Pre-existing condition is a condition resulting from the injury or sickness for which you were diagnosed or received treatment within three months of the effective date of coverage.* |

*Please review the complete file and determine if this is subject to pre-exisiting condition. If this is not considered pre-existing, please outline any restrictions/limitations supported as of 10/24/23 and provide a duration.*

A5. In April 2023, the claimant's PCP reminded him he needed an annual eye check-up because of his diabetes. In October 2023, the claimant stopped work when he did not meet DOT standards for vision. The file presents no reason why his visual acuity could not be corrected to 20/40.

*Q6. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent severity level for the reported condition? (If "No," please explain in the comment section below).*

A6. Yes, including their reminders about needing an eye exam and a cardiology evaluation.

Analysis of Medical Documentation and Support for Responses to Referral Questions:

The claimant stopped work when he did not meet DOT's vision standard on 10/24/23. The DOT long form states he failed because of uncorrected, 20/50 visual acuity in the left eye, which is less than DOT's 20/40 standard. The records identify no reason why his visual acuity could not be corrected to 20/40. The records indicate the claimant failed to get his annual diabetic eye exam per his PCP's April 2023 reminder.

At the 10/24/23 DOT exam, the claimant denied syncope. Weeks later, the claimant said he had a syncopal episode in October 2023 and failed his DOT exam on that basis. When told this in November 2023, the claimant's PCP told him he should see a cardiologist, as the claimant had been advised in 2020. There is no record of the claimant seeing a cardiologist.

DOT regulations clearly state that a driver with a cardiovascular condition that may be accompanied by syncope should not be qualified to drive. There is little guidance on the driver with a single syncopal episode, especially when the etiology is unknown. The medical information has conflicting information about whether the claimant had a syncopal episode in October 2023. And, while a medical condition causing syncope would be of concern, the submitted records do not demonstrate a cardiovascular or other medical condition causing syncope or workup in progress to identify such condition(s).

Summary of the Records

The claimant is a 63-year-old truck driver. He has been off work since failing his DOT physical on 10/24/23. The claimant stated on the DOT forms that he had no history of syncope but did have "recent issues with heart" which the DOT medical examiner described

as a history of irregular heartbeat. The claimant's uncorrected visual acuity in the left eye was 20/50. (DOT requires 20/40 or better visual acuity in each eye.) DOT medical examiner Le Vu MD wrote:

> "Does not meet standards (specify reason): Failed vision."

The DOT medical examiner started two forms intended for the claimant's personal health care providers. One form asks for information about the claimant's diabetes. The other form states "Disqualified... History of irregular heartbeat" and was probably intended to retrieve medical records about this. (Some medical conditions causing an irregular heartbeat are disqualifying. Some are a basis for a time-limited certification. Others are nonissues.)

On 11/02/23, the claimant had a telehealth visit with PCP Kathleen Sionzon-Ogden, NP. He said "he had a brief syncopal episode, recalls losing consciousness for a few seconds, vision started getting dark, when consciousness recovered he found his truck on the other side of the road." Ms. Sionzon-Ogden wrote that she had referred the claimant to a cardiologist in 2020 but he didn't follow-up. She again referred him to a cardiologist. The claimant returned to the PCP's office on 11/08/23 to have an Attending Physician's Statement completed and told his PCP that he "had a brief syncopal episode 10/2023 and failed DOT exam." He had not yet followed up with the cardiology referral. The 11/08/23 telehealth note by his PCP is the most recent medical information.

Conditions medically evaluated or treated during 02/19/23 – 05/18/23

1. Type 2 diabetes, treated with insulin
2. Hypertension, treated with blood pressure medicine
3. Hyperlipidemia, treated with pravastatin
4. Eye exam. On 04/10/23, PCP Katie Norris wrote that the claimant was due for his annual diabetic eye exam and that she reminded the claimant about this.
5. Obesity

---

*All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent medical record in the file, which is the 11/08/23 EKG.*

---

*Electronically Signed:*

Robert Swotinsky MD
DOT Medical Examiner

**From:**Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Sent:**Wed, 20 Dec 2023 22:18:50 +0000
**To:**Stanley, Krizia
**Subject:**RE: Praveen Khurana #14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Yes, he is still employed and on leave.

**Grace M. Gomez**
Human Resources
Senior Manager Benefits

**Ryder System Inc.**
11690 NW 105 St
Miami, USA-FL 33178

Grace_M_Gomez@ryder.com
www.Ryder.com

Ryder Ever better.    90TH ANNIVERSARY

**From:** Stanley, Krizia <Krizia.Stanley@lfg.com>
**Sent:** Monday, December 11, 2023 5:26 PM
**To:** Grace M. Gomez <Grace_M_Gomez@ryder.com>
**Subject:** Praveen Khurana #14892253

You don't often get email from krizia.stanley@lfg.com. Learn why this is important

**RYDER CAUTION:** This email originated from outside of the organization and may have malicious content. Be cautious when clicking on links or opening attachments.

Hi Grace,

We received a Short Term Disability appeal request for employee Praveen Khurana, EMP ID 00346188, on 11/19/2023.

We are in the process of reviewing the appeal and will provide an update once a determination has been rendered.

Please confirm if Mr. Khurana is still an active employe.

Please let me know if you have any questions.

Thank you,

**Krizia Stanley**
Claim Resolution Specialist
Group Protection

Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

T: 888-437-7611 Ext 79035 Office
F: 603-334-0401
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

The information contained in this electronic communication and any accompanying document is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Ryder System, Inc. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this communication and all copies of it, including all attachments. Electronic communication may be susceptible to data corruption, interception and unauthorized tampering and Ryder disclaims all liability of any kind for such actions or any consequences that may arise directly or indirectly therefrom.

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| RYDER SYSTEM, INC. | PRAVEEN KHURANA | 14892253 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Krizia Stanley | **Claimant DOB:** | 10/29/1960 |
| **Referral Date:** | 12/19/2023 | **Job Title:** | DRIVER |
| **Due Date:** | 01/02/2024 | **Medical/ Surgical Condition:** | SYNCOPE |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | STD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 10/23/2023 |
| | | **DOD:** | 10/24/2023 |
| **Physical Demands:** | | **BBD:** | 10/31/2023 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 10/24/2023 to PRESENT / ONGOING, and comment on the expected duration.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

**Additional Questions**

Pre-Existing Condition Review

Please explain how any condition medically evaluated or treated during the period of 2/19/2023 to 5/18/2023 is related to impairment(s) associated with the current absence from work and to what degree (such as "caused" or "contributed to" or another degree of relatedness).

Relevant contract language THE PLAN STATES – PRE-EXISTING CONDITION IS A CONDITION RESULTING FROM INJURY OR SICKNESS FOR WHICH YOU WERE DIAGNOSED OR RECEIVED TREATMENT WITHIN 3 MONTHS OF EFFECTIVE DATE OF COVERAGE.

Other PLEASE REVIEW THE COMPLETE FILE AND DETERMINE IF THIS IS SUBJECT TO PRE-X CONDITION. IF THIS IS NOT CONSIDERED PRE-X, PLEASE OUTLINE ANY R/LS SUPPORTED AS OF 10/24/23 AND PROVIDE A DURATION.

**Other Comments**
Other Comments - None

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

From: LFGNotifications@LFG.com
Sent: Tuesday, December 19, 2023 9:42:00 AM
To: MATMAN00US@YAHOO.COM;
CC:
BCC:
Subject: [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana
Attachments: kvmldmzrunt6jreguaml_16796850.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 19, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Short Term Disability (STD) benefits under the Ryder System, Inc.'s Short Term Disability Plan.

We are in the process of reviewing your appeal. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Registered Nurse.

Following a complete review of your file by a Nurse Disability Consultant on December 19, 2023, it was determined that a physician level review was warranted to further ensure a thorough evaluation of your claim.

We anticipate a response from the reviewing Physician no later than 30 days. If there is an unexpected delay in receiving a response to our clinical referral, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®

Date: December 18, 2023

Subject: **Appeal Nursing Memorandum**

Claim#: 14892253

Claimant: PRAVEEN KHURANA

Date of Birth: October 29, 1960

Date of Disability: October 24, 2023

Clinical Assessment:

This file has been reviewed on appeal. This appeal nurse memorandum has been requested with a pre-existing condition and treatment clause with a timeframe of February 19, 2023, through May 18, 2023.

Employee has a medical history including high blood pressure, high cholesterol, diabetes, obesity, osteoarthritis (Degenerative arthritis of the joints) and atrial fibrillation (irregular/rapid heart rate causing poor blood flow and increases the risk of stroke).

Employee ceased work as of October 24, 2023, for reported syncopal event, and continues to treat for diabetes, high blood pressure and high cholesterol.

**See below for pre-existing timeframe summary:**

**Treatment summary during the pre-existing timeframe from February 19, 2023, through May 18, 2023.**

Office visit on February 27, 2023, Selam Kiflemichael PharmD (Pharmacist) for diabetes management. Employee presents for diabetes follow up with for recent international travel to Thailand for a 3–4-month vacation. Employee reports missing his medications, and positive dietary changes with an intentional 20-pound weight loss. Employee has normal physical exam findings. Plan to continue diabetes medications with changes to medications and prescribed medications for cholesterol, and high blood pressure.

Telemedicine visit on April 10, 2023, with Katie Norris CMA and Michelle Sorenson RN (Care managers) for no reported acute concerns, Employee reports he does not have a counselor and states he is not interested in a behavioral health referral. Employee reports he needs an appointment with his primary care provider, reports he is out of testing supplies for diabetes, reports looking for housing is on a wait list. Employee was reminded he is due for a diabetic eye exam and declined referral. Plan for employee to obtain a blood pressure cuff, to monitor blood pressures and continue to work on blood sugar control. Employee notes he was recently in

Thailand for several months. Employee is to continue all medications for diabetes, high blood pressure and high cholesterol.

Office visit on April 14, 2023, with Jillene Amow ARNP (Family Medicine), for COVID booster and pneumonia vaccine.

Office visit on April 14, 2023, with PharmD Kiflemichael. For diabetes management. Employee had new insulin prescribed, employee reports not taking his blood sugars at home as he ran out of sensors. Employee reports traveling due to his job, with good diet, reports high carbohydrate intake and less activity. Employee has noted elevated blood glucose in lab work. Employee was advised to be evaluated by primary care physician, was educated on dietary changes and diabetic diet to follow.

Telemedicine visits on April 18, 2023, with Jennifer Anderson ARNP (Family Medicine) and May 12, 2023, with CMA Norris, employee did not answer phone for telemedicine visits, no information provided.

**Medications prescribed or noted to be taking during the pre-existing timeframe of February 19, 2023, through May 18, 2023;**

**Atenolol-** blood pressure/heart rate medication filled on February 27, 2023, per May 12, 2023, office visit.

**Chlorhexidine gluconate-** prescription mouthwash filled on April 14, 2023, per May 12, 2023, office visit.

**Freestyle libre reader-** diabetic testing strips renewed on March 1, 2023, per May 12, 2023, office visit.

**Freestyle Libre sensor kit-** diabetic testing kit filled on April 7, 2023, per May 12, 2023, office visit.

**Lantus Solostar Insulin-** Insulin to treat diabetes. Filled on April 14, 2023, per May 12, 2023, office visit.

**Lisinopril-** high blood pressure medication, filled on February 17, 2023, per May 12, 2023, office visit.

**TeachLite pen needle-** insulin injection needle filled on February 17, 2023, per May 12, 2023, office visit.

**Trulicity 1.5 milligrams pen injector-** insulin/diabetes medication filled on April 5, 2023, per May 12, 2023, office visit.

**Trulicity 3 milligrams pen injector-** insulin/diabetes medication filled on April 14, 2023, per May 12, 2023, office visit.

**An outline of the employee's pertinent claim information, care and treatment is detailed below;**

Office visit on June 30, 2023, with Chantel Robinson PharmD (Pharmacist), for diabetes medication management. Employee asking for blood glucose lab work to be completed and a referral to ophthalmology. Employee reports getting insurance very soon, is excited, and continues to travel for work.

Telemedicine visit on July 7, 2023, with Kathleen Sionzon-Ogden ARNP (Internal Medicine), for possible eye infection with reported difficulty opening the right eye. Employee reports eye weakness for two months, difficulty opening his right eye at night when he is tired. Employee also reports are ridges on his fingernails for two months. Employee was referred to eye specialist, educated on nail care, and educated and healthy lifestyle habits.

Telemedicine visit on September 12, 2023, with PharmD Robinson for diabetes clinical management. Employee had multiple medications refilled, reports he was overseas for a while and felt better/ate better when he was there.

Telemedicine visit on October 3, 2023, with NP Sionzon-Ogden, for medication refills. Employee reports benign prostatic hyperplasia symptoms (enlarged prostate gland) including weak urine stream, urgency, that do resolve with medication. Exam finds employee appears to be in no acute distress, with normal physical and mental status exam findings. Employee was advised to continue all medications, prostate medication prescribed, employee will monitor blood pressure 3 to 4 times a week, follow up in 4 weeks, and complete annual eye exam.

Telemedicine visit on October 24, 2023, with, NP Sionzon-Ogden, for reported trembling hands and fingers. Employee reports ongoing stiffness, twitching of his right index finger over the past 2 weeks lasting for 10 to 15 seconds at a time. Provider diagnoses acquired trigger finger of the right index finger. Employee is referred to physical therapy, advised to complete lab work as ordered on October 3, 2023, and instructed to treat with pharmacist for diabetes management.

Dept of Transportation physical examination report on October 24, 2023, employee was disqualified and did not meet certification standards. Self-reported and medical history on physical examination, employee reports medical history of high blood pressure, high cholesterol, and diabetes with insulin use. On exam employee had abnormal blood pressure, abnormal urinalysis and abnormal field of vision. Employee failed Dept of Transportation physical examination due to failed visual requirements and history of irregular heartbeat.

Telemedicine visit October 27, 2023, Pharm D Robinson, for diabetes medication management. Employee reports tolerating medications well, with adherents to half of his diabetes medications but not all. Employee has noted significant worsening of diabetic control evidence by worsening abnormal lab work.

Telemedicine visit on November 2, 2023, with NP Sionzon-Ogden, employee reports eye problems, right knee problems, and ankle joint pain. Employee reports failing his department of transportation exam in October 2023, due to a syncopal event. Employee reports syncopal episode while driving, loss of consciousness, vision went dark, and when he awoke his truck was on the other side of the road. Employee reports he was able to recover his vehicle, move to the correct lane without a motor vehicle accident. Employee denies recurrence of syncopal events since being off work. Lab work ordered; employee was educated on healthy lifestyle habits including weight loss.

Telemedicine visit on November 8, 2023, with Caitlin Miller PA-C (Internal Medicine) for completion of paperwork. Employee is requesting an electrocardiogram (monitor heart rhythms) for cardiology referral. PA Miller, states employee has a history of atrial fibrillation, is not on medication, did not follow up with cardiology per prior primary care physician, with last electrocardiogram on April 27, 2022, showing normal cardiac rhythm. Employee has normal virtual physical exam findings. Employee was referred to cardiology, encouraged to complete lab work, employee declined anticoagulation for the treatment of atrial fibrillation. electrocardiogram performed, reflects normal sinus rhythm.

Attending Physician statement completed on November 9, 2023, by NP Sionzon-Ogden. Employee is treating for syncope (R55.0). Employee was advised to cease work as of October 2023, treated on November 2, 2023, with last office visit on November 9, 2023. No next office visit scheduled. Employee is advised unable to work currently waiting for cardiology referral and work up.

In summary, employee ceased work on October 24, 2023, for reported syncopal event, failed department of transportation medical examination, and continues to treat for high blood pressure, high cholesterol, and diabetes. Due to the complexity of the employees ongoing treating conditions, with significant medical history, further review of the medical records on file is recommended with a physician board certified in Occupational medicine for comment on restrictions, limitations, duration, and any treatment during the defined pre-existing timeframe.

Advised claim resolution consultant case review is completed, no further activity is required.

Jessica T., MSN, RN-BC CCM

Nurse Disability Consultant II, Lincoln Financial Group

From: LFGNotifications@LFG.com
Sent: Friday, December 15, 2023 1:23:57 PM
To: MATMAN00US@YAHOO.COM;
CC:
BCC:
Subject: [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana
Attachments: tn2nk0y4qanhr61ssqqe_16780844.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 15, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

Please find included in this correspondence a copy of the letter that was mailed to you on December 13, 2023.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

Attachments: 14892253-ACKNOWLEDGE-FREEFORM-12.12.2023

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578

MR. PRAVEEN KHURANA
261 DANIEL DR
MISSOULA MT 59802

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 13, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Short Term Disability (STD) benefits under the Ryder System, Inc.'s Short Term Disability Plan.

We received your request for review of the recent claim determination on your STD claim on November 29, 2023.

We understand you have submitted all of the information you intend to submit for our consideration of your STD appeal. Consequently, your file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be your dedicated Appeal Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 79035.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Registered Nurse.

Please allow 10-14 business days for further updates. If there is an unexpected delay in receiving a response to our clinical referral, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you

will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

**From:** DisabilityDocuments
**Sent:** Thursday, December 14, 2023 10:18 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 1489-2253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Friday, December 15, 2023 3:18:11 AM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 1489-2253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I Spoke with the Lady From your appeals department this Monday. She was going to send me an email with her name and extension number. I don't believe I've received that. Would you please forward me that information?

What is the status of my claim at the present time?

Praveen Khurana

Sent from Yahoo Mail for iPhone

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578

MR. PRAVEEN KHURANA
261 DANIEL DR
MISSOULA MT 59802

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 13, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Short Term Disability (STD) benefits under the Ryder System, Inc.'s Short Term Disability Plan.

We received your request for review of the recent claim determination on your STD claim on November 29, 2023.

We understand you have submitted all of the information you intend to submit for our consideration of your STD appeal. Consequently, your file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be your dedicated Appeal Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 79035.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Registered Nurse.

Please allow 10-14 business days for further updates. If there is an unexpected delay in receiving a response to our clinical referral, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you

will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krizia Stanley
Specialist, Appeals Claims
Phone No.: (888) 437-7611 Ext. 79035
Secure Fax No.: (603) 334-0401

**From:**Stanley, Krizia
**Sent:**Mon, 11 Dec 2023 22:26:29 +0000
**To:**Grace_M_Gomez@ryder.com
**Subject:**Praveen Khurana #14892253

Hi Grace,

We received a Short Term Disability appeal request for employee Praveen Khurana, EMP ID 00346188, on 11/19/2023.

We are in the process of reviewing the appeal and will provide an update once a determination has been rendered.

Please confirm if Mr. Khurana is still an active employe.

Please let me know if you have any questions.

Thank you,

**Krizia Stanley**
Claim Resolution Specialist
Group Protection

Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

T: 888-437-7611 Ext 79035 Office
F: 603-334-0401
LincolnFinancial.com

0001267 LFPN7HD1 0005125

**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 23, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Ryder System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Based on the information received, your claim has been denied and no benefits are payable.

The Plan under which you are covered contains the following exclusion regarding pre-existing conditions:

*Pre-Existing Conditions*

*A pre-existing condition is a condition resulting from an Injury or Sickness for which you were diagnosed or received Treatment within 3 months prior to your effective date of coverage. This plan will not cover any Disability or Partial Disability:*

- *which is caused or contributed to, by, or results from, a Pre-Existing Condition; and*
- *which begins in the first 12 months immediately after your effective date of coverage.*

*For Hourly/Driver/Warehouse employees, increases in Additional STD coverage are subject to preexisting condition limitations. If benefits are not payable under newly elected Additional STD coverage, your claim will be administered as if you had not elected to increase your coverage. Your plan benefit payment would be based on the coverage level in effect before the increase in plan coverage.*

You submitted a claim for diabetes. Since your effective date of coverage was May 19, 2023 and your disability occurred on October 24, 2023, we have conducted a pre-existing condition

investigation from February 19, 2023 to May 18, 2023, relative to your effective date of coverage and medical treatment. The medical records obtained demonstrate that you received treatment for the same (or related) condition for which you are now claiming disability.

In summary, records indicate you treated for diabetes during the pre-ex period of February 19, 2023 through May 18, 2023; he was also prescribed/refilled medications for high blood pressure, high cholesterol, and A-fib during this timeframe.

Therefore, we have determined that your condition is subject to the pre-existing condition exclusion and we must deny your claim for benefits.

This claim determination reflects an evaluation of the claim facts and the Plan provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information, from date of disability through the present from all treating providers. As well as proof that you did not treat for your current condition during the pre existing look back period of February 19, 2023 through May 18, 2023.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Plan, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Whittney McDowell
Claims Examiner II
On Behalf Of: Jaclyne Humphrey
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

0001267 LFPN7HD1 00005126 E

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
DISABILITY AND LIFE CLAIMS
PO BOX 2578
OMAHA, NE 68103-2578

001267 LFPN7HD1 000000

MR. PRAVEEN KHURANA
261 DANIEL DR
MISSOULA MT 59802

S 00001267 LFPN7HD1 00005124

Presorted First Class
U.S. Postage
Paid
Lincoln Financial Group

*Personal & Confidential*
*Open Immediately*

NIXIE 591 DE 1 0012/07/23

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

NSN BC: 68103257878 *2536-01659-04-35

59802$4926
005 68103257878

Lincoln/Khurana 467

6X9STD-I5/17

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 587 | Manager: | FEENEY, KYLE | Case Mgr: | HUMPHREY, JACLYNE |
| Claimant Name: | PRAVEEN KHURANA | | | Claim #: | 14892253 |
| Occupation (Job Title): | DRIVER | | | Date Sent: | 12/7/2023 |
| Diagnosis: | R55 Syncope and collapse, | | | | |
| Date of Disability: | 10/24/2023 | | | Date Benefits Began: | 10/31/2023 |
| Maximum Duration: | 4/22/2024 | | | Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 11/22/2023 | | | Date Appeal Received: | 11/29/2023 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | RYDER SYSTEM, INC. | | |
| Product: | STD | Funding: | ASO |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Grace Gomez

ER Contact Addresses (including email address):

grace_m_gomez@ryder.com

Phone No.: 

FAX No.: 

Account Specific or Unique Contract Issues / Additional Info:

**From:** DisabilityDocuments
**Sent:** Tuesday, December 5, 2023 1:56 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Tuesday, December 5, 2023 6:56:03 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone

9:05 31m

Cancel **New Message**

# UnitedHealthcare

Proof of Coverage Document

Tue Dec 05 2023

Dear Praveen

Thank you for your request. Below is a summary of your coverage status with us.

Group: Ryder System Inc.
Group #: 0142280
Employee Name: Praveen Khurana
Employee ID: 985101684

| Member name | Date of birth | Coverage period begin date |
|---|---|---|
| Praveen Khurana | 1960-10-29 | 2023-05-19 |

If you have questions about this email, please call the toll-free member phone number listed on your health plan ID card. TTY users can dial 711.

Sincerely,
The UnitedHealthcare Team

Visit myuhc.com® to view your claims and Explanation of Benefits statements, look up benefits, update account information, find a physician or facility or learn more about healthy living. Registration is easy and gives you access to useful tools and information to help you take charge

I The I'm

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123 space return

**From:** DisabilityDocuments
**Sent:** Tuesday, December 5, 2023 12:16 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Tuesday, December 5, 2023 5:15:19 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

It was nice talking to you, Nicole

I spent a lot of time this morning, talking to UnitedHealthcare To try and get you the EOB .
I did not have coverage with United healthcare from February February 19, 2023 to May 18, 2023. If I needed a treatment, I would have gone to CHAS clinic. And I provided you those records twice already. United healthcare does not have any EOB To give me to forward to you Or any claims in the three months proceeding May 19, 2023. I cannot give you something that they don't have.

I feel very frustrated at this mission impossible type scenario. Is there something else you need from me?

Praveen Khurana

Sent from Yahoo Mail for iPhone

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, December 4, 2023 9:07:30 AM |
| To: | MATMAN00US@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana |
| Attachments: | xmzzup0jpgcnmcztojmb_16684094.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

December 4, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

Please see information below
If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Tymelia Hagans
Svc Asst, Client Services
On Behalf Of: Jaclyne Humphrey
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

Attachments: 14892253-DENY-CONTRACTUAL-11.22.2023

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

MR. PRAVEEN KHURANA
261 DANIEL DR
MISSOULA MT 59802

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 23, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Ryder System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Based on the information received, your claim has been denied and no benefits are payable.

The Plan under which you are covered contains the following exclusion regarding pre-existing conditions:

> ***Pre-Existing Conditions***
>
> *A pre-existing condition is a condition resulting from an Injury or Sickness for which you were diagnosed or received Treatment within 3 months prior to your effective date of coverage. This plan will not cover any Disability or Partial Disability:*
>
> - *which is caused or contributed to, by, or results from, a Pre-Existing Condition; and*
> - *which begins in the first 12 months immediately after your effective date of coverage.*
>
> *For Hourly/Driver/Warehouse employees, increases in Additional STD coverage are subject to preexisting condition limitations. If benefits are not payable under newly elected Additional STD coverage, your claim will be administered as if you had not elected to increase your coverage. Your plan benefit payment would be based on the coverage level in effect before the increase in plan coverage.*

You submitted a claim for diabetes. Since your effective date of coverage was May 19, 2023 and your disability occurred on October 24, 2023, we have conducted a pre-existing condition

investigation from February 19, 2023 to May 18, 2023, relative to your effective date of coverage and medical treatment. The medical records obtained demonstrate that you received treatment for the same (or related) condition for which you are now claiming disability.

In summary, records indicate you treated for diabetes during the pre-ex period of February 19, 2023 through May 18, 2023; he was also prescribed/refilled medications for high blood pressure, high cholesterol, and A-fib during this timeframe.

Therefore, we have determined that your condition is subject to the pre-existing condition exclusion and we must deny your claim for benefits.

This claim determination reflects an evaluation of the claim facts and the Plan provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information, from date of disability through the present from all treating providers. As well as proof that you did not treat for your current condition during the pre existing look back period of February 19, 2023 through May 18, 2023.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Plan, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Whittney McDowell
Claims Examiner II
On Behalf Of: Jaclyne Humphrey
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16033340380 |
| FROM | Records |
| DATE | 2023-12-04 08:01:59 PST |
| RE | requested records |

COVER MESSAGE

Health Records
CHAS Health | Patient Experience Services
611 N. Iron Bridge Way | Spokane, WA 99202
T: 509.444.8200 | records@chas.org

# Medical Records - CONFIDENTIAL

**FROM:** WA - CHAS

Mckenzie B
611 N Iron Bridge Way, SPOKANE, WA 99202-4932
Phone: (509) 434-0381
Fax: (509) 434-0392

**TO:** LINCOLN FINANCIAL GROUP

POB 2578, OMAHA, NE 68172
Phone: (800) 291-0112
Fax: (603) 334-0380

**Attention: 14892253**

**Name: KHURANA, PRAVEEN K**

**DOB: 10/29/1960**

**Date Range: to 12/04/2023**

**This document contains the following records of the patient:**

- **Admin Documents**
- **Encounters and Procedures**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of those records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:616109-A-11411]

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No: (800) 291-01[illegible]2
Secure Fax No: (603) 334-0380

November 1, 2023

Dr. Kathleen Sionzon-Ogden

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253
Claimant: Praveen Khurana
Claimant D.O.B.: October 29, 1960

Dear Dr. Kathleen Sionzon-Ogden:

We are the Disability Claim Administrator for your patient, Praveen Khurana.

To evaluate Mr. Khurana's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information

- Office treatment notes, test results, prescription histories, and treatment plans from February 19, 2023 through present

- Completion of the Enclosed Forms:

 X  Attending Physician's Statement
 __ Other

We ask that you provide this information by November 7, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khurana allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Khurana's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jaclyne Humphrey
Claims Examiner II, Claims
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
14892253-EMPLOYEE/CLAIMANT-10.27.2023

## Encounters and Procedures

Clinical Encounter Summaries

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**
**Encounter Date: 05/12/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 05/12/2023 10:00AM |
| **DOB** | 10/29/1960 | **Service Dept.** | Utilization Management |
| **Provider** | KATIE NORRIS | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Chronic Care Management

## Patient's Care Team

**Dentist:** BRYCE FORTNER, DDS
**Primary Care Provider:** AMY L LARSON ARNP: CHAS HEALTH 338 6TH ST, LEWISTON, ID 83501, Ph (208) 848-8300, Fax (208) 848-8303 NPI: 1679963284
**Other:** CHANTEL ROBINSON PHARMD: 1203 N IDAHO ST CHAS HEALTH, LEWISTON, ID 83501-1940, Ph (509) 444-8200, Fax (208) 848-8303 NPI: 1114545878
**Care Manager:** MICHELLE SORENSON, RN

## Patient's Pharmacies

**CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291**

## Vitals

None recorded.

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/18/2023)

**LEVEMIR U-100 INSULIN:** Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Medications not reviewed (last reviewed 04/18/2023)

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>SWISH & SPIT WITH 15ML BY MOUTH TWICE DAILY AS DIRECTED | 04/14/23 | filled |
| **codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid**<br>Take 5 mL every 4 hours by oral route., start 04/15/2016 | 04/15/16 | started |
| **FREESTYLE LIBRE 2 READER**<br>Use to test blood sugars at least 4 times daily | 03/01/23 | renewed |
| **FreeStyle Libre 2 Sensor kit**<br>USE AS DIRECTED TO TEST BLOOD SUGAR 4 TIMES DAILY | 04/07/23 | filled |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

| | | |
|---|---|---|
| **hydrOXYzine HCL 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 08/19/22 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 50 UNITS UNDER THE SKIN EVERY DAY MAX= 60 UNITS DAILY | 04/14/23 | filled |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/27/23 | filled |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **NovoFine Plus 32 gauge x 1/6" needle**<br>USE TO INJECT VICTOZA ONCE DAILY | 04/15/21 | filled |
| **pravastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. | 02/27/23 | filled |
| **saw palmetto**<br>1 capsule by oral route once daily as directed<br>**Internal Note:** OTC | 10/06/17 | entered |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT. DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **Sutab 1.479-0.188-0.225 gram tablet**<br>take according to provider instructions<br>**Internal Note:** prescribed by john morgenstern- referral 03/17/22- 208-743-6200 | 08/15/22 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH once DAILY AS NEEDED (10 TABLETS must last 30 days) | 10/03/22 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023. | 09/19/22 | filled |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |
| **True Metrix Glucose Meter**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 03/09/22 | filled |

## KHURANA, Praveen K (id #616109, dob: 10/29/1960)

**True Metrix Glucose Test Strip** 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**TRUEplus Pen Needle 31 gauge x 1/4"** 10/13/22 filled
use to INJECT lantus TWICE DAILY

**Trueresult Blood Glucose System kit** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 1.5 mg/0.5 mL subcutaneous pen injector** 04/05/23 filled
inject 1.5 mg subcutaneously once weekly

**Trulicity 3 mg/0.5 mL subcutaneous pen injector** 04/14/23 filled
inject 3 mg UNDER THE SKIN weekly

**Vitamin D2 1,250 mcg (50,000 unit) capsule** 10/10/14 started
TAKE 1 CAPSULE BY ORAL ROUTE EVERY WEEK; DISPENSE :16; REFILLS :0, start 10/10/2014

04/18/2023 verified with patient / JG
No changes, verified with patient on 08/30/22 LH
8/19/22 Meds verbally verified with pt/ AN

## Vaccines

Vaccines not reviewed (last reviewed 04/18/2023)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF, 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 08/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7U3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hep A | 11/21/03 | | Intramuscular | | | VHA785B6 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co., Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 08/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant-PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082301 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

## Problems

### Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- Adjustment disorder - Onset: 06/28/2022
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Osteoarthritis of knee - left
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

## Family History

Family History not reviewed (last reviewed 04/18/2023)

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 04/18/2023)
**Pre-Screener PRAPARE**
Do you currently have any barriers preventing access to health care, transportation, food, housing and/or safety?: Yes
Would you like to get scheduled with a CHAS staff member to discuss available resources?: No
Pre-PRAPARE Screening Completed on:: 04/18/2023
**PRAPARE**
PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
[redacted]
What is your level of caffeine consumption?: Moderate
**Dental - Adult Health History**
Hookah use?: No
When was your last dental cleaning?: 03/11/2022
**Family Medicine**
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
[redacted]
**Home and Environment**
Have there been any changes to your family or social situation?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

**Diet and Exercise**
What is your exercise level?: Moderate
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 04/18/2023)
- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Past Medical History not reviewed (last reviewed 04/18/2023)
Allergies/Hayfever: **Y - allergic rhinitis**
Arthritis: **Y - osteoarthritis of left knee**
Asthma: **Y - asthma**
Colonoscopy: **Y - colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: **Y - diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: **Y - hyperlipidemia**
Hypertension: **Y - essential hypertension; benign hypertension**
Lung Disease: **Y - solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: **Y - osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: **Y - obesity; body mass index 30+**
Other: **Y - dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

None recorded.

## ROS

None recorded.

## Physical Exam

None recorded.

## Assessment / Plan

This care management plan should be reviewed every ___ days

**Time Spent on Care Management and Coordination of Care:**

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

On May / 12 / 2023, 2 minutes were spent on

CCM follow up attempt by: Katie N. - CMA

#34325091 - Telehealth attempted to reach patient for their CCM follow up. VMs were left. Azara task placed to follow up.

On May / 12 / 2023, 2 minutes were spent on

coordination of care by: Katie N. - CMA

#34325091 - Patient called back. Rescheduled for 6/12.

On May / 12 / 2023, 20 minutes were spent on

CCM chart review by: Katie N. - CMA

Name and DOB Verified
Dxs: Obesity, OA, Asthma, DM Type 2, HTN
CCM Consent Date: 7/2022
Last Care Plan Review: 4/11/2023 - Review Due - July
Last CCM Visit: 4/10/2023
Next CCM Visit: 6/12/2023

**CCM Follow Up - Talking Points:**
1. Per 4/14 OV with PharmD, patient is due to follow up with PCP.
2. Covid and pneumo vaccines given on 4/14.
3. Per MA visit on 4/18, "Patient presented for shingrix vaccine but he has already had both doses. No other doses needed."
4. Last A1C done 4/14 at 8.1.
5. Patient no showed his PCP appt on 4/24. This has not been rescheduled.
6. PRC appt completed 5/3. Account notes reviewed.
7. Last PharmD note from 4/14 reviewed.

**Goals Set at Last CCM Encounter:**
1. Start checking blood sugars again when testing supplies are received.

- Interested in Scheduling Medicare Annual Wellness Visit using Telehealth:
INELIGIBLE - Self Pay
- Interested in Participating in Pathways to Wellness?
No - Declined at 9/27 CCM follow up

How has this CCM Program Benefited You: n/a

**Other Pertinent Information:** Reminded him he is due for his DM eye exam at 4/10/2023 CCM follow. Reminded him he is due for his covid and pneumo vaccines at 4/10/2023 CCM follow up.

**Upcoming Appointments:** 6/9/2023 with PharmD; 10/2/2023 with Dental

**Chart Review Since Last CCM Follow Up:**
- Hospital/ER Visits and Follow Up: None
- Labs/Imaging: 4/14/2023; 4/27/2023
- Last Vitals: 117/66; 65; 224lbs
- New Referrals: None
- Quality Screenings: DM Eye; HIV Screen; Hep C Screen - Declined
- Immunizations Due: None
- mHealth Participant: Has CMG

**1. Diabetes mellitus -**
• hemoglobin A1C, fingerstick 02-27-2023 was 7.4%, previous was 8.2% on 8/30/22
• Daily glucose monitoring: QID, Freestyle Libre sensor
• Yearly labs:albumin, random urine w/creatinine 02-27-2023 normal
comprehensive metabolic panel 09-06-2022 abnormal, glucose high, sodium low
lipid panel with reflex to direct LDL 09-06-2022 abnormal, LDL high, non HDL high
• Yearly foot exam: Due 07-01-2023
• Yearly Eye exam: Past Due
• Diabetic f/u appt: Not scheduled yet
• Medications: Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen
INJECT 40 UNITS UNDER THE SKIN EVERY MORNING AND 40 UNITS EVERY EVENING (MAX DAILY DOSE 100 UNITS)
Trulicity 1.5 mg/0.5 mL subcutaneous pen injector
inject 1.5 mg subcutaneously once weekly
E11.9: Type 2 diabetes mellitus without complications

**2. Hyperlipidemia -**
pravastatin 80 mg tablet
TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL.
lipid panel with reflex to direct LDL 09-06-2022 abnormal, LDL high, non HDL high
E78.5: Hyperlipidemia, unspecified

## Return to Office

- Selam Kiflemichael, PharmD for Office Visit 40 at CHAS Latah on 06/09/2023 at 09:00 AM
- Katie Norris for Telephone Visit 20 at Utilization Management on 06/12/2023 at 11:30 AM
- to see Mickey Smith, RDH for Dental Scaling at Latah Dental on or around 08/27/2023
- Terrin Thompson, RDH for Dental Scaling at Lewis and Clark Dental Clinic on 10/02/2023 at 08:45 AM
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off

Encounter signed-off by Katie Norris, 05/12/2023.

Encounter performed and documented by Katie Norris, CMA
Encounter reviewed & signed by Katie Norris, CMA on 05/12/2023 at 2:58pm

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**
**Encounter Date: 04/18/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 04/18/2023 02:40PM |
| **DOB** | 10/29/1960 | **Service Dept.** | Lewis And Clark Health Center |
| **Provider** | JENNIFER ANDERSON, ARNP | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Phone Visit

## Patient's Care Team

**Dentist:** BRYCE FORTNER, DDS
**Primary Care Provider:** AMY L LARSON ARNP: CHAS HEALTH 338 6TH ST, LEWISTON, ID 83501, Ph (208) 848-8300, Fax (208) 848-8303 NPI: 1679963284
**Other:** CHANTEL ROBINSON PHARMD: 1203 N IDAHO ST CHAS HEALTH, LEWISTON, ID 83501-1940, Ph (509) 444-8200, Fax (208) 848-8303 NPI: 1114545878
**Care Manager:** MICHELLE SORENSON, RN

## Patient's Pharmacies

**CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291**

## Vitals

2023-04-18 14:34

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in (170.18 cm) | **Wt:** 224 lbs Stated (101.6 kg) | **BMI:** 35.1 |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>SWISH & SPIT WITH 15ML BY MOUTH TWICE DAILY AS DIRECTED | 04/14/23 | filled |
| **codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid**<br>Take 5 mL every 4 hours by oral route., start 04/15/2016 | 04/15/16 | started |
| **FREESTYLE LIBRE 2 READER**<br>Use to test blood sugars at least 4 times daily | 03/01/23 | renewed |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

| | | |
|---|---|---|
| **FreeStyle Libre 2 Sensor kit**<br>USE AS DIRECTED TO TEST BLOOD SUGAR 4 TIMES DAILY | 04/07/23 | filled |
| **hydrOXYzine HCL 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 08/19/22 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 50 UNITS UNDER THE SKIN EVERY DAY MAX= 60 UNITS DAILY | 04/14/23 | filled |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/27/23 | filled |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **NovoFine Plus 32 gauge x 1/6" needle**<br>USE TO INJECT VICTOZA ONCE DAILY | 04/15/21 | filled |
| **pravastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. | 02/27/23 | filled |
| **saw palmetto**<br>1 capsule by oral route once daily as directed<br>**Internal Note:** OTC | 10/06/17 | entered |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **Sutab 1.479-0.188-0.225 gram tablet**<br>take according to provider instructions<br>**Internal Note:** prescribed by john morgenstern- referral 03/17/22- 208-743-6200 | 08/15/22 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH once DAILY AS NEEDED (10 TABLETS must last 30 days) | 10/03/22 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023. | 09/19/22 | filled |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

**True Metrix Glucose Meter** — 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**True Metrix Glucose Test Strip** — 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** — 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**TRUEplus Pen Needle 31 gauge x 1/4"** — 10/13/22 filled
use to INJECT lantus TWICE DAILY

**Trueresult Blood Glucose System kit** — 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 1.5 mg/0.5 mL subcutaneous pen injector** — 04/05/23 filled
inject 1.5 mg subcutaneously once weekly

**Trulicity 3 mg/0.5 mL subcutaneous pen injector** — 04/14/23 filled
inject 3 mg UNDER THE SKIN weekly

**Vitamin D2 1,250 mcg (50,000 unit) capsule** — 10/10/14 started
TAKE 1 CAPSULE BY ORAL ROUTE EVERY WEEK; DISPENSE :16; REFILLS :0, start 10/10/2014

04/18/2023 verified with patient / JG
No changes, verified with patient on 08/30/22 LH
8/19/22 Meds verbally verified with pt/ AN

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF, 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/28/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5485AB | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | u15354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/08/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082301 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2018 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2018 | 04/30/20 | |

## Problems

### Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- Adjustment disorder - Onset: 06/28/2022
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Osteoarthritis of knee - left

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Reviewed Social History
**Pre-Screener PRAPARE**
Do you currently have any barriers preventing access to health care, transportation, food, housing and/or safety?: Yes
Would you like to get scheduled with a CHAS staff member to discuss available resources?: No
Pre-PRAPARE Screening Completed on:: 04/18/2023
**PRAPARE**
PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
[redacted]
What is your level of caffeine consumption?: Moderate
**Dental - Adult Health History**
Hookah use?: No
When was your last dental cleaning?: 03/11/2022
**Family Medicine**
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
[redacted]
**Home and Environment**
Have there been any changes to your family or social situation?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Diet and Exercise**
What is your exercise level?: Moderate
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Colonoscopy: Y - **colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: Y - **hyperlipidemia**
Hypertension: Y - **essential hypertension; benign hypertension**
Lung Disease: Y - **solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: Y - **osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: Y - **obesity; body mass index 30+**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

| Name | Score | Notes |
|---|---|---|
| [redacted] | [redacted] | |
| [redacted] | [redacted] | |

## HPI

Did you receive a text message from us with links to our Assignment of Benefits and Notice of Privacy Practices? ____

You can view our privacy practices on our website at chas.org/about-us/privacy, would you like me to read our privacy practices before we proceed? ____
Do we have your permission to bill your insurance? ____

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Patient location: ____ in ____.
Provider location: ____ in ____.

You have chosen to receive care through a telephone-based visit.
This is a secure, privacy-protected visit. You have the right to stop or refuse treatment at any time.
If our connection is lost, I will contact you at the phone number listed in your chart. It is your responsibility to ensure you have provided the best contact number so you can be reached if we are disconnected.

no visit took place.

## ROS

None recorded.

## Physical Exam

No direct PE exam performed due to the visit performed over the phone. However, the patient sounded well without any dyspnea detected over the phone. Patient was alert and orientated x 3 and appeared to have cognition intact.

## Assessment / Plan

no visit took place

**1. Planned telephone contact** - Concern per subjective.

This visit was completed using telephonic technology. Efforts were made to ensure accuracy, however, interpretation errors may occur due to telephonic limitations and/or connectivity issues.

Visit duration in minutes

Z76.89: Persons encountering health services in other specified circumstances

## Return to Office

- Terrin Thompson, RDH for Dental Scaling at Lewis and Clark Dental Clinic on 04/20/2023 at 08:45 AM
- Katie Norris for Telephone Visit 20 at Utilization Management on 05/08/2023 at 10:00 AM
- Salam Kiflemichael, PharmD for Office Visit 40 at CHAS Latah on 06/09/2023 at 09:00 AM
- to see Mickey Smith, RDH for Dental Scaling at Latah Dental on or around 08/27/2023
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off

Encounter signed-off by Jennifer Anderson, ARNP, 04/18/2023.

Encounter performed and documented by Jennifer Anderson, ARNP
Encounter reviewed & signed by Jennifer Anderson, ARNP on 04/18/2023 at 6:23pm

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**
**Encounter Date: 04/14/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 04/14/2023 09:20AM |
| **DOB** | 10/29/1960 | **Service Dept.** | CHAS Latah |
| **Provider** | SELAM KIFLEMICHAEL, PHARMD | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Diabetes (Crx)

## Patient's Care Team

**Dentist:** BRYCE FORTNER, DDS
**Primary Care Provider:** AMY L LARSON ARNP: CHAS HEALTH 338 6TH ST, LEWISTON, ID 83501, Ph (208) 848-8300, Fax (208) 848-8303 NPI: 1679963284
**Other:** CHANTEL ROBINSON PHARMD: 1203 N IDAHO ST CHAS HEALTH, LEWISTON, ID 83501-1940, Ph (509) 444-8200, Fax (208) 848-8303 NPI: 1114545878
**Care Manager:** MICHELLE SORENSON, RN

## Patient's Pharmacies

**CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291**

## Vitals

2023-04-14 10:39

**Ht:** 5 ft 7 in (170.18 cm) **Wt:** 224 lbs With clothes (101.6 kg) **BMI:** 35.1

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/06/2023)

**LEVEMIR U-100 INSULIN:** Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>SWISH AND SPIT 15 MLS BY MOUTH TWICE A DAY | 04/14/23 | prescribed |
| **codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid**<br>Take 5 mL every 4 hours by oral route., start 04/15/2016 | 04/15/16 | started |
| **FREESTYLE LIBRE 2 READER**<br>Use to test blood sugars at least 4 times daily | 03/01/23 | renewed |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

| | | |
|---|---|---|
| **FreeStyle Libre 2 Sensor kit**<br>USE AS DIRECTED TO TEST BLOOD SUGAR 4 TIMES DAILY | 04/07/23 | filled |
| **hydrOXYzine HCL 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 08/19/22 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 50 UNITS UNDER THE SKIN EVERY DAY MAX= 60 UNITS DAILY | 04/14/23 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/27/23 | filled |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **NovoFine Plus 32 gauge x 1/6" needle**<br>USE TO INJECT VICTOZA ONCE DAILY | 04/15/21 | filled |
| **pravastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. | 02/27/23 | filled |
| **saw palmetto**<br>1 capsule by oral route once daily as directed<br>**Internal Note:** OTC | 10/06/17 | entered |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT. DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **Sutab 1.479-0.188-0.225 gram tablet**<br>take according to provider instructions<br>**Internal Note:** prescribed by john morgenstern- referral 03/17/22- 208-743-6200 | 08/15/22 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH once DAILY AS NEEDED (10 TABLETS must last 30 days) | 10/03/22 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023. | 09/19/22 | filled |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

**True Metrix Glucose Meter** — 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**True Metrix Glucose Test Strip** — 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** — 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**TRUEplus Pen Needle 31 gauge x 1/4"** — 10/13/22 filled
use to INJECT lantus TWICE DAILY

**Trueresult Blood Glucose System kit** — 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 1.5 mg/0.5 mL subcutaneous pen injector** — 04/05/23 filled
inject 1.5 mg subcutaneously once weekly

**Trulicity 3 mg/0.5 mL subcutaneous pen injector** — 04/14/23 prescribed
inject 3 mg sq weekly

**Vitamin D2 1,250 mcg (50,000 unit) capsule** — 10/10/14 started
TAKE 1 CAPSULE BY ORAL ROUTE EVERY WEEK; DISPENSE :16; REFILLS :0, start 10/10/2014

No changes, verified with patient on 08/30/22 LH
8/19/22 Meds verbally verified with pt/ AN

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |

## KHURANA, Praveen K (id #616109, dob: 10/29/1960)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/28/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2018 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2018 | 04/30/20 | |

## Problems

### Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass Index 30+ - obesity - Onset: 08/10/2018
- Adjustment disorder - Onset: 06/28/2022
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Osteoarthritis of knee - left

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Family History not reviewed (last reviewed 09/01/2022)

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 04/07/2023)

**PRAPARE**

PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
[redacted]
What is your level of caffeine consumption?: Moderate

**Dental - Adult Health History**

Hookah use?: No
When was your last dental cleaning?: 03/11/2022

**Family Medicine**

Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
[redacted]

**Home and Environment**

Have there been any changes to your family or social situation?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes

**Lifestyle**

Do you use your seat belt or car seat routinely?: Yes

**Marriage and Sexuality**

Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

**Diet and Exercise**
What is your exercise level?: Moderate
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 09/01/2022)

## Past Medical History

Past Medical History not reviewed (last reviewed 03/06/2023)
Allergies/Hayfever: **Y - allergic rhinitis**
Arthritis: **Y - osteoarthritis of left knee**
Asthma: **Y - asthma**
Diabetes: **Y - diabetes mellitus type II, diagnosed in 2014**
Hypertension: **Y - essential hypertension; benign hypertension**
Other: **Y - dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

face to face dm visit

Reason for visit: DM f/u
Referring Provider/PCP: Amy Larson
Pertinent social/medical history: Mother Hx of MI, DM and htn
Diagnosis: type 2 DM 4-5 years ago
Evidence of nephropathy/microalbuminuria: none;
Hx of MI/ CAD: none
DM complications- none
Other complications: HTN, hyperlipidemia, obesity, paroxysmal A-fib, No hx of pancreatitis or gastroparesis

Current DM Regimen:
1. Lantus 50 units daily- reports might missed 1-2 times for the last month
2. trulicity 1.5 mg- denies missed this

Other relevant medications: denies missed meds
1. pravastatin 80 mg
2. Lisinopril 2.5 mg

interval note: Pt presents to clinic for dm follow up; was alert and oriented at the visit. bgs have not been checked at home; run-out sensors. Pt said will get them today from the mail-out pharmacy; agreed to scan bgs via libre at least 4 times daily. Pt usually travels due to his current job. reports his diet has not been great; been eating usually outside: since he travels all the time.he increased high carb intake and been less active. no other concerns were reported.

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Bgs- n/a, random bg was 323 after had chocolates BF- 30 minutes prior to this visit

A1C ; 8.1% on 04/14/2023, 7.4% on 02/27/2023, 8.2% on 08/30/22, 9.0% 0n 07/01/22, 8.8% on 02/10/22
A1c: 7.7% on 10/7/21, 8.3% on 06/30/21, 8.6% on 03/29/21, 9.2%, 8.5% on 12/22/20,
Diet: Eats three times daily. BF= Eggs, lunch and dinner= Mostly chicken and some rice , snacking chocolates,- completely changed his diet when he was in vacation- increased veggies and fish

Exercise: not intentionally ; remains active
Foot exam: done 08/30/22
Eye exam: reports done a month ago at Lifetime Eye Care; will ask progress note
Evidence of retinopathy: no DR, mild cataracts OU
Dental exam: 02/27/2023
Tobacco: never smoker
Last PCP visit was 09/01/22 ; needs to be seen; pt is aware of that
Vaccines- completed!

LABS on 09/06/22
Lipids: total= 185, HDL = 51, LDL=108, Trigs=148
UACR: wnl on 02/27/2023
CMP/GFR: GFR- 97, Cr- 0.90
TSH: 5/9/17 - due
CBC: H/H- wnl

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is alert and oriented x 3. No acute physical concerns at today's visit. Pulse, blood pressure and temperature were all within normal limits.

## Procedure Documentation

**Specimen Collection:**

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Primary Specimen Collection

| | |
|---|---|
| Collection Successful | Yes |
| If No, # of attempts and plan: | 2 - |
| Primary Specimen Source: | Venous Blood |
| Specimen Site: | Right AC |
| Collection Site if Other: | |
| Collected by: | Chloe C |
| Collection Date/Time: | 02/27/2023 |
| Order Origination: | Order Group |
| Original Order Date: | 02/27/2023 |

Secondary Specimen Collection

| | |
|---|---|
| Collection Successful | Yes |
| If No, # of attempts and plan: | 1 - |
| Secondary Specimen Source: | Urine |
| Specimen Notes: | Other |
| Collection Site if Other: | |
| Collected by: | Chloe C |
| Collection Date/Time: | 02/27/2023 |
| Order Origination: | Order Group |
| Original Order Date: | 02/27/2023 |

---

Additional Source(s):

Additional Notes: Venipuncture completed today per order group in chart.

## Assessment / Plan

face to face dm visit

Assessment: Bg control: elevated based A1C of 8.1% on 04/14/2023 was 7.4% on 02/27/2023 was 8.2% on 08/30/33 was 9.0% for goal less than 7%. No libre or bgs log book; bgs have not been checked since Feb. He will receive sensors today; agreed to start scan at least 4 times daily. There were few times missed his lantus; agreed to work on his adherence. Increased high carb intake due to his current job; traveling; was unable to cook at home; but agreed to work on diet goals.

Note: Pt needs to be seen by PCP; is aware of that. Pt tried jardiance, victoza, glipizide in the past; DC, not tolerated them. Novolog with the meals- pt reports HR increasing. DC metformin- due to side effects.

Plan
DM Medications:
1. Continue lantus 50 units SQ daily; might max- 60 units daily
2. Increase trulicity to 3 mg sq weekly

GLP1 agonist assessment- h/o pancreatitis, MI/stroke, gastroparesis; reviewed most common benefits and side effects. Side effects: weight loss, GI issues (N/V/D), headache, URTIs. Benefits include good glycemic response, CV outcomes, preservation of beta cells. No hx of pancreatitis or gastroparesis were reported

Non-Dm medications:
1. Continue pravastatin 80 mg daily
2. Continue lisinopril 2.5 mg.

Diet goals:

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Be mindful of portion sizes at meals:

- 1 cup or less of starchy carbohydrates such as pasta, rice, potatoes, corn, peas, beans, or oatmeal (about the size of your fist or less)
- 3 oz of lean meats such as chicken breast, lean cuts of beef, pork tenderloin, or fish (about the size of your palm)
- work on making half of your plate non-starchy vegetables (greens, broccoli, tomato, cauliflower, carrots, mushrooms, peppers, cabbage)

Exercise goals: Start walking at least 30 minutes- 3 times/week

Reducing risk education: Test your blood sugar whenever you feel weird. If your blood sugar is below 70, correct with 15 grams of sugar (4 glucose tablets, 4 oz of juice or soda, or 5-6 hard candies). Check again in 15 min and repeat if still under 70. When your BS returns to normal (over 70) each a snack or meal.

Monitoring goals: continue checking bgs via libre
Follow-up: with me in June and PCP in may
** Topics for future: bg review, diet?? trulicity?

**1. Diabetes mellitus**

E11.9: Type 2 diabetes mellitus without complications

- Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen - INJECT 50 UNITS UNDER THE SKIN EVERY DAY MAX= 60 UNITS DAILY Qty: (30) mL Refills: 3 Pharmacy: CHAS LATAH HEALTH PHARMACY
- Trulicity 3 mg/0.5 mL subcutaneous pen injector - inject 3 mg sq weekly Qty: (2) mL Refills: 2 Pharmacy: CHAS LATAH HEALTH PHARMACY Note to Pharmacy: stop the 1.5 mg
- chlorhexidine gluconate 0.12 % mouthwash - SWISH AND SPIT 15 MLS BY MOUTH TWICE A DAY Qty: (1) 480 mL bottle Refills: 1 Pharmacy: CHAS LATAH HEALTH PHARMACY
- HEMOGLOBIN A1C, FINGERSTICK - Specimen source: Blood capillary

HEMOGLOBIN A1C, FINGERSTICK

- Result:
  - **-HGBA1c: 8.1**

**Patient Instructions**

It is recommended that people with diabetes exercise regularly. This is in addition to normal daily activities such as work or shopping. The goal is 30 minutes, 5 times a week (total of 150 minutes weekly) dedicated to getting your heart rate up. This can be brisk walking, swimming, cycling. Pick something you enjoy. If not currently exercising, listen to your body and start slow, even 10 minutes at a time is beneficial. In addition to heart health, exercise can be just as good as medication for lowering your blood sugars and decreases insulin resistance.

Be mindful of portion sizes at meals:

- 1 cup or less of starchy carbohydrates such as pasta, rice, potatoes, corn, peas, beans, or oatmeal (about the size of your fist or less)
- 3 oz of lean meats such as chicken breast, lean cuts of beef, pork tenderloin, or fish (about the size of your palm)
- work on making half of your plate non-starchy vegetables (greens, broccoli, tomato, cauliflower, carrots, mushrooms, peppers, cabbage)

Focus on including carbohydrates that contain fiber such as whole grains, beans, whole fruit, and winter squash. Limit sugary drinks (juice, soda, energy drinks) and refined carbohydrates (white pasta/breads, candy and other sweets) to occasionally.

## Return to Office

- Terrin Thompson, RDH for Dental Scaling at Lewis and Clark Dental Clinic on 04/20/2023 at 08:45 AM
- Katie Norris for Telephone Visit 20 at Utilization Management on 05/08/2023 at 10:00 AM
- Mouayed Karem-Hamid, DDS for Dental Restorative 60 at Maple Dental on 06/06/2023 at 08:45 AM
- Selam Kiflemichael, PharmD for Office Visit 40 at CHAS Latah on 06/09/2023 at 09:00 AM
- to see Mickey Smith, RDH for Dental Scaling at Latah Dental on or around 08/27/2023
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off

Encounter signed-off by Selam Kiflemichael, PharmD, 04/14/2023.

Encounter performed and documented by Selam Kiflemichael, PharmD
Encounter reviewed & signed by Selam Kiflemichael, PharmD on 04/14/2023 at 1:12pm

**KHURANA, Praveen K (Id #616109, dob: 10/29/1960)**
**Encounter Date: 04/10/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 04/10/2023 10:00AM |
| **DOB** | 10/29/1960 | **Service Dept.** | Utilization Management |
| **Provider** | KATIE NORRIS | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Chronic Care Management

## Patient's Care Team

**Dentist:** BRYCE FORTNER, DDS
**Primary Care Provider:** AMY L LARSON ARNP: CHAS HEALTH 338 6TH ST, LEWISTON, ID 83501, Ph (208) 848-8300, Fax (208) 848-8303 NPI: 1679963284
**Other:** CHANTEL ROBINSON PHARMD: 1203 N IDAHO ST CHAS HEALTH, LEWISTON, ID 83501-1940, Ph (509) 444-8200, Fax (208) 848-8303 NPI: 1114545878
**Care Manager:** MICHELLE SORENSON, RN

## Patient's Pharmacies

**CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291**

## Vitals

None recorded.

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/06/2023)

**LEVEMIR U-100 INSULIN:** Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Medications not reviewed (last reviewed 03/06/2023)

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>SWISH AND SPIT 15 MLS BY MOUTH TWICE A DAY | 08/30/22 | filled |
| **codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid**<br>Take 5 mL every 4 hours by oral route., start 04/15/2016 | 04/15/16 | started |
| **FREESTYLE LIBRE 2 READER**<br>Use to test blood sugars at least 4 times daily | 03/01/23 | renewed |
| **FreeStyle Libre 2 Sensor kit**<br>USE AS DIRECTED TO TEST BLOOD SUGAR 4 TIMES DAILY | 04/07/23 | filled |

COMMUNITY HEALTH ASSOCIATION OF SPOKANE • 611 N Iron Bridge Way, SPOKANE WA 99202-4932

KHURANA, Praveen K (id #616109, dob: 10/29/1960)

| | | |
|---|---|---|
| **hydrOXYzine HCL 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 08/19/22 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 40 UNITS UNDER THE SKIN EVERY MORNING AND 40 UNITS EVERY EVENING (MAX DAILY DOSE 100 UNITS) | 04/05/23 | filled |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/27/23 | filled |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **NovoFine Plus 32 gauge x 1/6" needle**<br>USE TO INJECT VICTOZA ONCE DAILY | 04/15/21 | filled |
| **pravastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. | 02/27/23 | filled |
| **saw palmetto**<br>1 capsule by oral route once daily as directed<br>**Internal Note:** OTC | 10/06/17 | entered |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **Sutab 1.479-0.188-0.225 gram tablet**<br>take according to provider instructions<br>**Internal Note:** prescribed by john morgenstern- referral 03/17/22- 208-743-6200 | 08/15/22 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH once DAILY AS NEEDED (10 TABLETS must last 30 days) | 10/03/22 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023. | 09/19/22 | filled |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |
| **True Metrix Glucose Meter**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 03/09/22 | filled |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

| | | |
|---|---|---|
| **True Metrix Glucose Test Strip**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 04/27/22 | filled |
| **TRUEplus Lancets 28 gauge**<br>USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED | 03/09/22 | filled |
| **TRUEplus Pen Needle 31 gauge x 1/4"**<br>use to INJECT lantus TWICE DAILY | 10/13/22 | filled |
| **Trueresult Blood Glucose System kit**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014 | 10/10/14 | started |
| **Trulicity 1.5 mg/0.5 mL subcutaneous pen injector**<br>inject 1.5 mg subcutaneously once weekly | 04/05/23 | filled |
| **Vitamin D2 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY ORAL ROUTE EVERY WEEK; DISPENSE :16; REFILLS :0, start 10/10/2014 | 10/10/14 | started |

No changes, verified with patient on 08/30/22 LH
8/19/22 Meds verbally verified with pt/ AN

## Vaccines

Vaccines not reviewed (last reviewed 02/27/2023)

## KHURANA, Praveen K (id #616109, dob: 10/29/1960)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| **Diphtheria, Tetanus, Pertussis** | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| **Hepatitis A** | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| **Hepatitis B** | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| **Influenza** | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| **Pneumococcal** | | | | | | | | | | | |
| pneumococcal polysaccharide PPV23 | 10/08/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| **Zoster** | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

Problems

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- Adjustment disorder - Onset: 06/28/2022
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Osteoarthritis of knee - left
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Family History not reviewed (last reviewed 09/01/2022)

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 03/03/2023)

**PRAPARE**

PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
[redacted]
What is your level of caffeine consumption?: Moderate

**Dental - Adult Health History**

Hookah use?: No
When was your last dental cleaning?: 03/11/2022

**Family Medicine**

Last fluoride treatment: 10/18/2018

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Live alone or with others?. alone
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
[redacted]

**Home and Environment**
Have there been any changes to your family or social situation?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes

**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes

**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried

**Diet and Exercise**
What is your exercise level?: Moderate

**Advance Directive**
Is blood transfusion acceptable in an emergency?: No

**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No

**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
Are you currently employed?: No
What is your occupation?: Cook

**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes

**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 09/01/2022)

- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Past Medical History not reviewed (last reviewed 03/06/2023)
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Colonoscopy: Y - **colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrholds; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: Y - **hyperlipidemia**
Hypertension: Y - **essential hypertension; benign hypertension**
Lung Disease: Y - **solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: Y - **osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: Y - **obesity; body mass index 30+**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

None recorded.

HPI

None recorded.

ROS

None recorded.

Physical Exam

None recorded.

Assessment / Plan

This care management plan should be reviewed every ___ days

**Time Spent on Care Management and Coordination of Care:**

On April / 10 / 2023, 15 minutes were spent on

CCM follow up by: Katie N. - CMA

Name and DOB Verified
Dxs: Obesity, OA, Asthma, DM Type 2, HTN
CCM Consent Date: 7/2022
Last Care Plan Review: 10/27/2022 - Review Due - April
Last CCM Visit: 11/1/2022
Next CCM Visit: 5/8/2023

**CCM Follow Up - Talking Points:**
1. He reports that his mental health is "doing alright I suppose". He reports no concerns. He does not have a counselor and is currently not interested in a BH referral.
2. Re-enrolled in CCM #30896757
3. Needs appt with PCP - He declined to schedule at this time.
4. He states that he has been out of his testing supplies, but he states that he will receive them this week. A1C done 2/27 7.4 #32924833.
5. He states that he is walking about 20 minutes every day.
6. He said that he is still looking for housing, but he is on a wait list. He sometimes stays in his car, a hotel or with friends.
7. He states that his BP is doing "good". He states that it is running about 120-125/90. He hasn't been able to get the BP cuff from the store yet. He reports he is taking all of his meds as prescribed.
8. Reminded him he is due for a DM eye exam. He states that he has an eye clinic he normally goes to, but was unable to recall the name. He states he does not need a referral for his eye exam at this time.
9. Reminded him he is due for his covid and pneumo vaccines.

**Goals Set at Last CCM Encounter:**
1. Get BP cuff
2. Continue to work on blood sugars

**Any Current Health Concerns or Symptoms:** No concerning symptoms

**What is Better Since We Talked Last Time?**
1. He reports his blood pressures are doing good.

**Any Social Barriers with Your Health Goal(s)?**
1. He is on a wait list for housing, but reports that he has no concerns with transportation or food access.

**Goal(s) to Work on Between CCM Follow Ups?**
1. Start checking blood sugars again when testing supplies are received

- Interested in Scheduling Medicare Annual Wellness Visit using Telehealth.
INELIGIBLE - Self Pay
- Interested in Participating in Pathways to Wellness?
No - Declined at 9/27 CCM follow up

How has this CCM Program Benefited You: n/a

**Other Pertinent Information:** Reminded him he is due for his DM eye exam at 4/10/2023 CCM follow. Reminded him he is due for his covid and pneumo vaccines at 4/10/2023 CCM follow up.

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

**Upcoming Appointments**: 4/17/2023 with PharmD, 4/20/2023 with Dental - Reminded him of upcoming appts

**Chart Review Since Last CCM Follow Up:**
- Hospital/ER Visits and Follow Up: None
- Labs/Imaging: 2/27/2023
- Last Vitals: 135/87; 68; 219lbs
- New Referrals: None
- Quality Screenings: DM Eye; Hep C Screen - Declined
- Immunizations Due: Covid; Pneumo
- mHealth Participant: Has CMG

On April / 11 / 2023, 25 minutes were spent on

reviewing/updating patient's care plan by: Michelle Sorenson, RN

CCM RN Care Plan Review and Update

Last CCM visit:04-10-2023, Katie Norris, Family Medicine
Last visit with PCP:09-01-2022, Spencer Godfrey, ARNP, Family Medicine
Last CCM Care Plan Review: Enrolled 7/18/22, Jessica Berka RTT

Hospital/ER visit since last CCM: None
If yes, f/u with PCP? n/a

Recent/ordered labs:
hemoglobin A1C, fingerstick 02-27-2023 was 7.4%, previous was 8.2% on 8/30/22
albumin, random urine w/creatinine 02-27-2023 normal
comprehensive metabolic panel 09-06-2022 abnormal, glucose high, sodium low
lipid panel with reflex to direct LDL 09-06-2022 abnormal, LDL high, non HDL high
CBC (includes diff/plt) 02-27-2023 normal
testosterone, total, males (adult), ia 09-06-2022 normal

Recent/ordered imaging:
Colonoscopy 9/1/22

Medication changes/New medications: None

New referrals: None

Quality measures due:
Body Mass Index (BMI) Screening and Follow-up Plan
Due 04-27-2023
COVID-19 Vaccination: General Population Age 6 months+
Comprehensive Diabetic Foot Exam
Due 07-01-2023
Diabetic Eye Exam (annual)
HIV Screening
Hep C Screening
Influenza Immunization (Aug - Mar)
Due 08-01-2023
Pneumonia Vaccination for Adults with Underlying Medical Conditions (19-64 years)
Tobacco use : Screening and cessation intervention
Due 07-12-2023

Enrolled in mHealth: No

Chart review:
- Next CCM monthly f/u PV 05-08-2023 10:00 AM, Katie Norris
- Re-enrolled in CCM #30896757
- Patient reported to CC he is walking about 20 min a day.
- He is still looking for housing, but he is on a wait list. He sometimes stays in his car, a hotel or with friends.
- Patient has returned from trip to Thailand and re-enrolled in CCM upon return. He was in Thailand for several months.

Care Plan Reviewed and Updated

Has the patient had their Medicare Annual Wellness Visit? INELIGIBLE - Self Pay

Are they a Pathways to Wellness Candidate, if so, has it been offered? No - Declined at 9/27 CCM follow up

Topics to discuss at next CCM f/u:

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

- How are blood sugars running?
- See if patient will schedule f/u for DM mgmt and with PCP.
- Ask if he would like provider to order BP cuff (we can request this if so).
- Symptoms
- Verify consent

Care Plan Initiation Completed
PCP Notification- Amy Larson, DNP, ARNP
Case # 33711500
Azara Tasks Assigned

**1. Diabetes mellitus -**
• hemoglobin A1C, fingerstick 02-27-2023 was 7.4%, previous was 8.2% on 8/30/22
• Daily glucose monitoring: QID, Freestyle Libre sensor
• Yearly labs:albumin, random urine w/creatinine 02-27-2023 normal
comprehensive metabolic panel 09-06-2022 abnormal, glucose high, sodium low
lipid panel with reflex to direct LDL 09-06-2022 abnormal, LDL high, non HDL high
• Yearly foot exam: Due 07-01-2023
• Yearly Eye exam: Past Due
• Diabetic f/u appt: Not scheduled yet
• Medications: Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen
INJECT 40 UNITS UNDER THE SKIN EVERY MORNING AND 40 UNITS EVERY EVENING (MAX DAILY DOSE 100 UNITS)
Trulicity 1.5 mg/0.5 mL subcutaneous pen injector
inject 1.5 mg subcutaneously once weekly
E11.9: Type 2 diabetes mellitus without complications

**2. Osteoarthritis of knee**
M17.9: Osteoarthritis of knee, unspecified

**3. Essential hypertension -**
• Most recent documented BP 122/73 on 4/7/23
• Daily monitoring: No
• Labs: albumin, random urine w/creatinine 02-27-2023 normal
comprehensive metabolic panel 09-06-2022 abnormal, glucose high, sodium low
lipid panel with reflex to direct LDL 09-06-2022 abnormal, LDL high, non HDL high
• Medications: Atenolol 50mg tab take 1/2 tab po daily prn for BP and AFIB may take additional 1/2 tab po after 12 hrs as needed
lisinopriL 2.5 mg tablet
TAKE 1 TABLET BY MOUTH EVERY DAY

I10: Essential (primary) hypertension

**4. Hyperlipidemia -**
pravastatin 80 mg tablet
TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL.
lipid panel with reflex to direct LDL 09-06-2022 abnormal, LDL high, non HDL high
E78.5: Hyperlipidemia, unspecified

## Return to Office

- Michelle Sorenson, RN for Care Management at Utilization Management on 04/11/2023 at 10.00 AM
- Selam Kiflemichael, PharmD for Office Visit 40 at CHAS Latah on 04/17/2023 at 09.00 AM
- Terrin Thompson, RDH for Dental Scaling at Lewis and Clark Dental Clinic on 04/20/2023 at 08:45 AM
- Katie Norris for Telephone Visit 20 at Utilization Management on 05/08/2023 at 10:00 AM
- Mouayed Karem-Hamid, DDS for Dental Restorative 60 at Maple Dental on 06/06/2023 at 08:45 AM
- to see Mickey Smith, RDH for Dental Scaling at Latah Dental on or around 08/27/2023
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off

Encounter signed-off by Michelle Sorenson, RN. 04/11/2023.

Encounter performed and documented by Katie Norris, CMA
Encounter reviewed & signed by Michelle Sorenson, RN on 04/11/2023 at 11:56am

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**
**Encounter Date: 02/27/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 02/27/2023 03:00PM |
| **DOB** | 10/29/1960 | **Service Dept.** | CHAS Latah |
| **Provider** | SELAM KIFLEMICHAEL, PHARMD | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Diabetes (Crx)

## Patient's Care Team

**Dentist:** BRYCE FORTNER, DDS
**Primary Care Provider:** AMY L LARSON ARNP: CHAS HEALTH 338 6TH ST, LEWISTON, ID 83501, Ph (208) 848-8300, Fax (208) 848-8303 NPI: 1679963284
**Other:** CHANTEL ROBINSON PHARMD: 1203 N IDAHO ST CHAS HEALTH, LEWISTON, ID 83501-1940, Ph (509) 444-8200, Fax (208) 848-8303 NPI: 1114545878

## Patient's Pharmacies

**CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in (170.18 cm) 02/27/2023 04:31 pm | **Wt:** | 219 lbs With clothes (99.34 kg) 02/27/2023 04:31 pm | **BMI:** | 34.3 02/27/2023 04:31 pm |
| **BP:** | 130/72 sitting L arm 02/27/2023 04:46 pm | **BP Cuff Size:** | adult 02/27/2023 04:46 pm | **Pulse:** | 76 bpm regular 02/27/2023 04:46 pm |
| **Pain Scale:** | 0 02/27/2023 04:46 pm | **O2Sat:** | 97% Room Air at Rest 02/27/2023 04:46 pm | | |

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 02/27/2023)

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | prescribed |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>SWISH AND SPIT 15 MLS BY MOUTH TWICE A DAY | 08/30/22 | filled |
| **codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid**<br>Take 5 mL every 4 hours by oral route., start 04/15/2016 | 04/15/16 | started |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

| | | |
|---|---|---|
| **FreeStyle Libre 2 Reader**<br>Use to test blood sugars at least 4 times daily | 07/01/22 | filled |
| **FreeStyle Libre 2 Sensor kit**<br>Use to test blood sugars at least 4 times daily | 10/03/22 | filled |
| **hydrOXYzine HCL 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 08/19/22 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 40 UNITS UNDER THE SKIN EVERY DAY MAX= 50 UNITS DAILY | 02/27/23 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/27/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **NovoFine Plus 32 gauge x 1/6" needle**<br>USE TO INJECT VICTOZA ONCE DAILY | 04/15/21 | filled |
| **pravastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. | 02/27/23 | prescribed |
| **saw palmetto**<br>1 capsule by oral route once daily as directed<br>**Internal Note:** OTC | 10/06/17 | entered |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **Sutab 1.479-0.188-0.225 gram tablet**<br>take according to provider instructions<br>**Internal Note:** prescribed by john morgenstern- referral 03/17/22- 208-743-6200 | 08/15/22 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH once DAILY AS NEEDED (10 TABLETS must last 30 days) | 10/03/22 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023. | 09/19/22 | filled |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>use to INJECT lantus TWICE DAILY | 04/05/22 | filled |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

| | | |
|---|---|---|
| **True Metrix Glucose Meter**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 03/09/22 | filled |
| **True Metrix Glucose Test Strip**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 04/27/22 | filled |
| **TRUEplus Lancets 28 gauge**<br>USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED | 03/09/22 | filled |
| **TRUEplus Pen Needle 31 gauge x 1/4"**<br>use to INJECT lantus TWICE DAILY | 10/13/22 | filled |
| **Trueresult Blood Glucose System kit**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014 | 10/10/14 | started |
| **Trulicity 1.5 mg/0.5 mL subcutaneous pen injector**<br>inject 1.5 mg SQ weekly | 02/27/23 | prescribed |
| **Vitamin D2 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY ORAL ROUTE EVERY WEEK; DISPENSE :16; REFILLS :0, start 10/10/2014 | 10/10/14 | started |

No changes, venfied with patient on 08/30/22 LH
8/19/22 Meds verbally verified with pt/ AN

## Vaccines

Reviewed Vaccines

## KHURANA, Praveen K (id #616109, dob: 10/29/1960)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/28/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/28/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

Problems

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- Adjustment disorder - Onset: 06/28/2022
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Osteoarthritis of knee - left
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Family History not reviewed (last reviewed 09/01/2022)

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 09/01/2022)

**PRAPARE**

PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
[redacted]
What is your level of caffeine consumption?: Moderate

**Dental - Adult Health History**

Hookah use?: No
When was your last dental cleaning?: 03/11/2022

**Family Medicine**

Last fluoride treatment: 10/18/2018

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Live alone or with others?. homeless
What is the highest level of school that you have finished?: I choose not to answer
What is your current work situation?: I choose not to answer
[redacted]

**Home and Environment**
Have there been any changes to your family or social situation?. No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Diet and Exercise**
What is your exercise level?: Moderate
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 09/01/2022)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/27/2023)
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
Hypertension: Y - **essential hypertension; benign hypertension**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

| Name | Score | Notes |
|---|---|---|
| [redacted] | [redacted] | |
| [redacted] | [redacted] | |

## HPI

face to face dm visit

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Reason for visit: DM f/u
Referring Provider/PCP: Amy Larson
Pertinent social/medical history: Mother Hx of MI, DM and htn
Diagnosis: type 2 DM 4-5 years ago
Evidence of nephropathy/microalbuminuria: none;
Hx of MI/ CAD: none
DM complications- none
Other complications: HTN, hyperlipidemia, obesity, paroxysmal A-fib, No hx of pancreatitis or gastroparesis

Current DM Regimen; denies missed meds
1. Lantus 30 units- sometimes when bgs are dong well; skips for 3 days
2. trulicity 1.5 mg

Other relevant medications: denies missed meds
1. pravastatin 80 mg
2. Lisinopril 2.5 mg

interval note: Pt presents to clinic for dm follow up; went to Thailand for vacation for 3-4 months; came back 2 weeks ago. Pt denies missed meds; however bgs have been doing well; sometimes skips lantus for 3 days. Pt completely changed his diet when he was in Thailand; increased veggies and fish; lost over 20 lbs for the last 4 months. Pt needs to be seen by PCP; he is aware of that agreed to make an app. He used libre; however; he picked up his sensors today; we only captured data until Feb 4th.

CGM download: linked to sharing. See download in clinical section of the chart from: Jan 22-Feb 04-2023
CGM active: 69% was 88% was 92%
Avg Glucose: 187 was 198 was 199
GMI:7.8% was 8.0% was 8.1%
TIR: 46% was 30% was 36%
TAR: 49% was 63% was 46%
TAR > 250 mg/dl: 5% was 7% was 18%
TBR: 0% was 0%
TBR < 54 mg/dl. 0% was 0%
Scans/day: 6 times/ daily
A1C ; 7.4% on 02/27/2023, 8.2% on 08/30/22, 9.0% 0n 07/01/22, 8.8% on 02/10/22
A1c: 7.7% on 10/7/21, 8.3% on 06/30/21, 8.6% on 03/29/21, 9.2%, 8.5% on 12/22/20,
Diet: Eats three times daily. BF= Eggs, lunch and dinner= Mostly chicken and some rice , snacking chocolates,- completely changed his diet when he was in vacation- increased veggies and fish

Exercise: not intentionally ; remains active
Foot exam: done 08/30/22
Eye exam: reports done a month ago at Lifetime Eye Care; will ask progress note
Evidence of retinopathy: no DR, mild cataracts OU
Dental exam: 02/27/2023
Tobacco: never smoker
Last PCP visit was 09/01/22 ; needs to be seen; pt is aware of that
Vaccines- completed!

LABS on 09/06/22
Lipids: total= 185, HDL = 51, LDL=108, Trigs=148
UACR: 10/25/21 - 7- urine sample left today; will follow up with the results
CMP/GFR: GFR- 97, Cr- 0.90
TSH: 5/9/17 - due
CBC: 3/17/20 - blood work done today; will follow up with the results

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is alert and oriented x 3. No acute physical concerns at today's visit. Pulse, blood pressure and temperature were all within normal limits.

## Procedure Documentation

**Specimen Collection:**

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Primary Specimen Collection

| | |
|---|---|
| Collection Successful | Yes |
| If No, # of attempts and plan: | 2 - |
| Primary Specimen Source: | Venous Blood |
| Specimen Site: | Right AC |
| Collection Site if Other: | |
| Collected by: | Chloe C |
| Collection Date/Time: | 02/27/2023 |
| Order Origination: | Order Group |
| Original Order Date: | 02/27/2023 |

Secondary Specimen Collection

| | |
|---|---|
| Collection Successful | Yes |
| If No, # of attempts and plan: | 1 - |
| Secondary Specimen Source: | Urine |
| Specimen Notes: | Other |
| Collection Site if Other: | |
| Collected by: | Chloe C |
| Collection Date/Time: | 02/27/2023 |
| Order Origination: | Order Group |
| Original Order Date: | 02/27/2023 |

---

Additional Source(s):

Additional Notes: Venipuncture completed today per order group in chart.

## Assessment / Plan

face to face dm visit

Assessment: Bg control: improved based on A1C of 7.4% on 02/27/2023 was 8.2% on 08/30/33 was 9.0% for goal less than 7%. checks bgs via libre; however we captured bgs until Feb 4th; sensors picked up today; agreed to start checking bgs via libre at least 4 times daily. Bgs overall improved ranging 140s-150s with no lows. Pt reports skips lantus for 3 days when bgs were ranging 100s.

Note: Pt needs to be seen by PCP; is aware of that. Urine sample left for uacr; will follow up with the results. Blood work done for CBC today. Pt tried jardiance, victoza, glipizide in the past; DC, not tolerated them. Novolog with the meals- pt reports HR increasing. DC metformin- due to side effects.

Plan
DM Medications:
1. Continue lantus 40 units SQ daily; might increase by 2 units if bgs start to elevate max- 50 units daily
2. Continue trulicity 1.5 mg sq weekly

GLP1 agonist assessment- h/o pancreatitis, MI/stroke, gastroparesis; reviewed most common benefits and side effects. Side effects: weight loss, GI issues (N/V/D), headache, URTIs. Benefits include good glycemic response, CV outcomes, preservation of beta cells. No hx of pancreatitis or gastroparesis were reported

Non-Dm medications:
1. Continue pravastatin 80 mg daily
2. Continue lisinopril 2.5 mg.

Diet goals: Great job for making changes in your diet; continue working on diet goals.

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)**

Exercise goals: continue been active daily: Great job for losing weight!!!

Reducing risk education: Test your blood sugar whenever you feel weird. If your blood sugar is below 70, correct with 15 grams of sugar (4 glucose tablets, 4 oz of juice or soda, or 5-6 hard candies). Check again in 15 min and repeat if still under 70. When your BS returns to normal (over 70) each a snack or meal.

Monitoring goals: continue checking bgs via libre
Follow-up: with me in April and please make an app with PCP ASAP??
** Topics for future: bg review, diet?? trulicity? uacr?? cbc??- results

**1. Diabetes mellitus**

E11.9: Type 2 diabetes mellitus without complications

- Trulicity 1.5 mg/0.5 mL subcutaneous pen injector - inject 1.5 mg SQ weekly Qty: (2) mL Refills: 3 Pharmacy: CHAS LATAH HEALTH PHARMACY
- HEMOGLOBIN A1C, FINGERSTICK - Specimen source: Blood capillary
- atenolol 50 mg tablet - TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED Qty: (90) tablet Refills: 2 Pharmacy: CHAS LATAH HEALTH PHARMACY
- Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen - INJECT 40 UNITS UNDER THE SKIN EVERY DAY MAX= 50 UNITS DAILY Qty: (30) mL Refills: 3 Pharmacy: CHAS LATAH HEALTH PHARMACY
- lisinopril 2.5 mg tablet - TAKE 1 TABLET BY MOUTH EVERY DAY Qty: (90) tablet Refills: 5 Pharmacy: CHAS LATAH HEALTH PHARMACY
- pravastatin 80 mg tablet - TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. Qty: (90) tablet Refills: 2 Pharmacy: CHAS LATAH HEALTH PHARMACY
- BD ULTRA-FINE SHORT PEN NEEDLE 31 GAUGE X 5/16" - Use as daily with lantus subcutaneous injection Qty: 100 Units Refills: 3 Supplier: CHAS LATAH HEALTH PHARMACY

HEMOGLOBIN A1C, FINGERSTICK

- Result:
  - **HGBA1c: 7.4**

**Patient Instructions**

It is recommended that people with diabetes exercise regularly. This is in addition to normal daily activities such as work or shopping. The goal is 30 minutes, 5 times a week (total of 150 minutes weekly) dedicated to getting your heart rate up. This can be brisk walking, swimming, cycling. Pick something you enjoy. If not currently exercising, listen to your body and start slow, even 10 minutes at a time is beneficial. In addition to heart health, exercise can be just as good as medication for lowering your blood sugars and decreases insulin resistance.

Be mindful of portion sizes at meals:

- 1 cup or less of starchy carbohydrates such as pasta, rice, potatoes, corn, peas, beans, or oatmeal (about the size of your fist or less)
- 3 oz of lean meats such as chicken breast, lean cuts of beef, pork tenderloin, or fish (about the size of your palm)
- work on making half of your plate non-starchy vegetables (greens, broccoli, tomato, cauliflower, carrots, mushrooms, peppers, cabbage)

Focus on including carbohydrates that contain fiber such as whole grains, beans, whole fruit, and winter squash. Limit sugary drinks (juice, soda, energy drinks) and refined carbohydrates (white pasta/breads, candy and other sweets) to occasionally.

## Return to Office

- Mouayed Karem-Hamid, DDS for POE at Maple Dental on 02/28/2023 at 02:45 PM
- Mickey Smith, RDH for Dental Scaling at Latah Dental on 02/28/2023 at 11:00 AM
- for POE at Latah Dental on or around 03/09/2023
- Selam Kiflemichael, PharmD for Office Visit 40 at CHAS Latah on 04/17/2023 at 09:00 AM
- Terrin Thompson, RDH for Dental Scaling at Lewis and Clark Dental Clinic on 04/20/2023 at 08:45 AM

## Encounter Sign-Off

Encounter signed-off by Selam Kiflemichael, PharmD, 02/27/2023.

Encounter performed and documented by Selam Kiflemichael, PharmD
Encounter reviewed & signed by Selam Kiflemichael, PharmD on 02/27/2023 at 5:14pm

**From:** DisabilityDocuments
**Sent:** Monday, December 4, 2023 3:59 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Monday, December 4, 2023 8:59:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

The Lincoln financial group-

I feel that your evaluation of the above noted short-term disability case is inaccurate and flawed to some extent, specifically for the following reasons

1) Doctor Kathleen Ogden's report is assigning the disability to "...Brief syncopal episode..." I was never treated for this condition during the past three months from the commencement date of my insurance. i.e.-May 19, 2023. This is evidenced Clearly, in the medical Information from CHAS clinic.

2) Conditions Such as diabetes and high blood pressure are not noted as a cause of disability in my doctor's report. They have been under control for a long time, Yet You're using them as a Reason to deny my disability claim. I feel this is inconsistent with your own definitions of STD and information contained in the doctor's report.

You asked me to resubmit the three months of medical information again. I know that it was already submitted to you last month. I have Had CHAS clinic fax them to you again today.

I ask you re-evaluate and grant my disability claim, as it is consistent with the language contained in your contract.

Do not hesitate to reach out if you have any further concerns or questions.

Praveen Khurana

Sent from Yahoo Mail for iPhone

| | |
|---|---|
| **From:** | DisabilityDocuments |
| **Sent:** | Wednesday, November 29, 2023 4:01 PM |
| **To:** | SA-EMLRIP114-P |
| **Subject:** | FW: 14892253 |

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Wednesday, November 29, 2023 9:01:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ryder tells me that you denied my claim. I've left numerous messages for you, I wonder why you don't call me or email me. I haven't received any written correspondence from you either.

What is the reason for the reason for you denial?

I appeal your denial.

Send All future correspondence to

Praveen Khurana
PO Box 19519
Spokane, Washington, 99219
208-413-0165

Praveen Khurana

Sent from Yahoo Mail for iPhone

**From:** DisabilityDocuments
**Sent:** Thursday, November 23, 2023 9:32 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim status

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Thursday, November 23, 2023 2:30:54 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim status

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I have not heard regarding your decision on my claim. What is the status?

The claim information is attached

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 16, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Ryder System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a member of our medical team.

We anticipate a response from the reviewing member of our medical team by November 20, 2023. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of your claim once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan.

***We received the documents you sent and have sent this for another review.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jaclyne Humphrey
Claims Examiner II, Claims
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

Irix®

Milliman

| APPLICANT NAME | SSN | DOB | GENDER | AGE | ZIP CODE |
|---|---|---|---|---|---|
| PRAVEEN KHURANA | XXXXX9602 | 10/29/1960 | M | 63 | 59802 |

| | | | |
|---|---|---|---|
| CASE NUMBER | 14892253 | OWNER | Daniel Hitselberger |
| CREATED | 10/31/2023 | ORDERED BY | Daniel Hitselberger |
| | | DRUG MAPPING | LFGGrpLTDClm |

# RX SUMMARY




**AMOXICILLIN (Amoxicillin)** LOW 1 Fill

INDICATIONS
- Duodenal Ulcer
- Respiratory Tract Infection
- Bacterial Infection
- Upper Respiratory Tract Infection
- ENT Infection
- Genitourinary Infection

PHYSICIANS
1 Craig Harrison

**CHLORHEXIDINE GLUCONATE (Chlorhexidine Gluconate (Mouth-Throat))** LOW 2 Fills

INDICATIONS
- Gingivitis

PHYSICIANS
1 Anil Bouri
1 Craig Harrison

**COMIRNATY 2023-24 (COVID-19 (SARS-CoV-2) mRNA Virus Vaccine)** LOW 1 Fill

INDICATIONS
- 2019 Novel Coronavirus Vaccination

PHYSICIANS
1 Melissa Tonn

Irix®

Milliman
IntelliScript

# RX SUMMARY

**FREESTYLE LIBRE 14 DAY/SENSOR/FLASH MONITORING SYSTEM (Continuous Blood Glucose System Sensor)** LOW 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| | 1 Selam Kiflemichael |

2016 2017 2018 2019 2020 2021 2022 2023

**FREESTYLE LIBRE 2/READER/FLASH GLUCOSE MONITORING SYSTEM (Continuous Blood Glucose System Receiver)** LOW 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| | 1 Amelia Deboer |

2016 2017 2018 2019 2020 2021 2022 2023

**FREESTYLE LIBRE 3/SENSOR/GLUCOSE MONITORING SYSTEM (Continuous Blood Glucose System Sensor)** LOW 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| | 1 Chantel Robinson |

2016 2017 2018 2019 2020 2021 2022 2023

**IBUPROFEN (Ibuprofen)** LOW 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Adjunct to Opioid Analgesia for Moderate to Severe Pain | 1 Anil Bouri |
| Arthritis | |
| Fever | |
| Mild to Moderate Pain | |
| Rheumatoid Arthritis | |
| Primary Dysmenorrhea | |
| Osteoarthritis | |
| Pain | |
| Common Cold | |
| Inflammation | |

2016 2017 2018 2019 2020 2021 2022 2023

**LISINOPRIL (Lisinopril)** LOW 2 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| Acute Myocardial Infarction | 2 Selam Kiflemichael |
| Cardiac Failure | |
| Myocardial Infarction | |
| Heart Failure | |
| Hypertension | |
| Congestive Heart Failure | |

2016 2017 2018 2019 2020 2021 2022 2023

# RX SUMMARY

**OFLOXACIN (Ofloxacin (Ophth))** LOW 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Eye Infection | 1 Gerard Geurts |




**PRAVASTATIN SODIUM (Pravastatin Sodium)** LOW 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Acute Myocardial Infarction | 1 Selam Kiflemichael |
| Cerebrovascular Accident | |
| Myocardial Infarction | |
| Myocardial Revascularization Procedure | |
| Transient Ischemic Attacks | |
| Hypercholesterolemia | |
| Hyperlipidemia | |




**ROSUVASTATIN CALCIUM (Rosuvastatin Calcium)** LOW 2 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| Atherosclerotic Disease | 2 Chantel Robinson |
| Cardiovascular Disorder | |
| Cardiovascular Disease | |
| Hyperlipidemia | |
| Myocardial Infarction | |
| Type III Hyperlipidemia | |
| Familial Homozygous Hypercholesterolemia | |
| Hypertriglyceridemia | |
| Hypercholesterolemia | |




**TADALAFIL (Tadalafil)** LOW 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Benign Prostatic Hypertrophy | 1 Spencer Godfrey |
| Erectile Dysfunction | |



Irix®

Milliman IntelliScript

# RX SUMMARY

**TAMSULOSIN HYDROCHLORIDE (Tamsulosin HCl)** LOW 2 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| Benign Prostatic Hypertrophy | 1 Amy Larson |
| Symptomatic Prostatic Hypertrophy | 1 Kathleen Sionzon- Ogden |
| Symptomatic Benign Prostatic Hypertrophy | |




**TRULICITY (Dulaglutide)** LOW 7 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| Type 2 Diabetes Mellitus | 2 Selam Kiflemichael |
| | 3 Brandon Giard |
| | 2 Chantel Robinson |




# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| [illegible] | AMOXICILLIN | Amoxicillin (Trihydrate) Cap 500 MG | Harrison | KROGER PHARMACY | 9/29/2023 | 15 | 5 |
| [illegible] | CHLORHEXIDINE GLUCONATE | Chlorhexidine Gluconate Soln 0.12% | Bouri | CVS PHARMACY | 6/8/2023 | 473 | 30 |
| [illegible] | CHLORHEXIDINE GLUCONATE | Chlorhexidine Gluconate Soln 0.12% | Harrison | KROGER PHARMACY | 9/29/2023 | 473 | 15 |
| [illegible] | COMIRNATY 2023-24 | COVID-19 mRNA Vac TriS-Pfizer IM Susp Pref Syr 30 MCG / 0.3ML | Tonn | KROGER PHARMACY | 9/29/2023 | 0 | 1 |
| [illegible] | FREESTYLE LIBRE 14 DAY / SENSOR / FLASH MONITORING SYSTEM | *Continuous Blood Glucose System Sensor*** | Kiflemichael | CVS PHARMACY | 8/4/2023 | 4 | 56 |
| [illegible] | FREESTYLE LIBRE 2 / READER / FLASH GLUCOSE MONITORING SYSTEM | *Continuous Blood Glucose System Receiver*** | Deboer | CVS PHARMACY | 6/9/2023 | 1 | 30 |
| [illegible] | FREESTYLE LIBRE 3 / SENSOR / GLUCOSE MONITORING SYSTEM | *Continuous Blood Glucose System Sensor*** | Robinson | | 10/23/2023 | 2 | 28 |
| [illegible] | IBUPROFEN | Ibuprofen Tab 600 MG | Bouri | CVS PHARMACY | 6/8/2023 | 15 | 3 |
| [illegible] | LISINOPRIL | Lisinopril Tab 2.5 MG | Kiflemichael | CVS PHARMACY | 6/8/2023 | 90 | 90 |

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| | LISINOPRIL | Lisinopril Tab 2.5 MG | Kiflemichael | NAVARRO DISCOUNT PHARMACY | 9/19/2023 | 90 | 90 |
| | OFLOXACIN | Ofloxacin Ophth Soln 0.3% | Geurts | CVS PHARMACY | 8/6/2023 | 5 | 16 |
| | PRAVASTATIN SODIUM | Pravastatin Sodium Tab 80 MG | Kiflemichael | CVS PHARMACY | 6/8/2023 | 90 | 90 |
| | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 20 MG | Robinson | KROGER PHARMACY | 9/28/2023 | 30 | 30 |
| | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 20 MG | Robinson | CVS PHARMACY | 10/23/2023 | 90 | 90 |
| | TADALAFIL | Tadalafil Tab 10 MG | Godfrey | CVS PHARMACY | 6/9/2023 | 30 | 90 |
| | TAMSULOSIN HYDROCHLORIDE | Tamsulosin HCl Cap 0.4 MG | Larson | CVS PHARMACY | 6/8/2023 | 90 | 90 |
| | TAMSULOSIN HYDROCHLORIDE | Tamsulosin HCl Cap 0.4 MG | Sionzon- Ogden | CVS PHARMACY | 10/23/2023 | 90 | 90 |
| | TRULICITY | Dulaglutide Soln Pen-injector 3 MG / 0.5ML | Kiflemichael | CHAS CENTRALIZED PHARMACY | 5/19/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 3 MG / 0.5ML | Kiflemichael | CVS PHARMACY | 6/8/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 3 MG / 0.5ML | Giard | CHAS CENTRALIZED PHARMACY | 7/12/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 3 MG / 0.5ML | Giard | CVS PHARMACY | 8/4/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 3 MG / 0.5ML | Giard | CVS PHARMACY | 8/30/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 4.5 MG / 0.5ML | Robinson | KROGER PHARMACY | 9/28/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 4.5 MG / 0.5ML | Robinson | CVS PHARMACY | 10/23/2023 | 2 | 28 |

# DOCTORS

| Doctor | Drugs | Fills | First Fill | Last Fill |
|---|---|---|---|---|
| **Anil Bouri**<br>Periodontics<br>5151 Mochel Dr<br>Ste 300<br>Downers Grove, IL 60515<br>630-796-0700 | CHLORHEXIDINE GLUCONATE | 1 Fill | 06/08/2023 | 06/08/2023 |
| | IBUPROFEN | 1 Fill | 06/08/2023 | 06/08/2023 |
| **Amelia Deboer**<br>Pharmacist<br>338 6th St<br>Ste 101<br>Lewiston, ID 83501<br>208-848-8300 | FREESTYLE LIBRE 2/READER/FLASH GLUCOSE MONITORING SYSTEM | 1 Fill | 06/09/2023 | 06/09/2023 |
| **Gerard Geurts**<br>Physician Assistant<br>7 Blanchard Cir<br>Ste 206<br>Wheaton, IL 60189<br>630-653-0848 | OFLOXACIN | 1 Fill | 08/06/2023 | 08/06/2023 |
| **Brandon Giard**<br>203 N Washington St<br>Spokane, WA 99201<br>509-343-1116 | TRULICITY | 3 Fills | 07/12/2023 | 08/30/2023 |
| **Spencer Godfrey**<br>Nurse - Practitioner<br>1203 Idaho St<br>Lewiston, ID 83501<br>208-848-8300 | TADALAFIL | 1 Fill | 06/09/2023 | 06/09/2023 |
| **Craig Harrison**<br>Dentistry - General<br>1610 5th St<br>Lubbock, TX 79401<br>806-765-2611 | AMOXICILLIN | 1 Fill | 09/29/2023 | 09/29/2023 |
| | CHLORHEXIDINE GLUCONATE | 1 Fill | 09/29/2023 | 09/29/2023 |
| **Selam Kiflemichael**<br>Pharmacist<br>1203 Idaho St<br>Lewiston, ID 83501<br>208-848-8300 | FREESTYLE LIBRE 14 DAY/SENSOR/FLASH MONITORING SYSTEM | 1 Fill | 08/04/2023 | 08/04/2023 |
| | LISINOPRIL | 2 Fills | 06/08/2023 | 09/19/2023 |
| | PRAVASTATIN SODIUM | 1 Fill | 06/08/2023 | 06/08/2023 |
| | TRULICITY | 2 Fills | 05/19/2023 | 06/08/2023 |
| **Amy Larson**<br>Nurse - Practitioner<br>1203 Idaho St<br>Lewiston, ID 83501<br>208-848-8300 | TAMSULOSIN HYDROCHLORIDE | 1 Fill | 06/08/2023 | 06/08/2023 |

# DOCTORS

| Doctor | Drugs | | Fills | First Fill | | Last Fill |
|---|---|---|---|---|---|---|
| **Chantel Robinson**<br>Pharmacist<br>817 S Perry St<br>Unit B<br>Spokane, WA 99202<br>509-444-8200 | FREESTYLE LIBRE 3/SENSOR/GLUCOSE MONITORING SYSTEM | | 1 Fill | 10/23/2023 | — | 10/23/2023 |
| | ROSUVASTATIN CALCIUM | | 2 Fills | 09/28/2023 | — | 10/23/2023 |
| | TRULICITY | | 2 Fills | 09/28/2023 | — | 10/23/2023 |
| **Kathleen Sionzon- Ogden**<br>Nurse - Practitioner<br>5921 N Market St<br>Spokane, WA 99208<br>509-444-8888 | TAMSULOSIN HYDROCHLORIDE | | 1 Fill | 10/23/2023 | — | 10/23/2023 |
| **Melissa Tonn**<br>Occupational Medicine<br>8117 Preston Rd<br>Ste 690<br>Dallas, TX 75225<br>214-691-2977 | COMIRNATY 2023-24 | | 1 Fill | 09/29/2023 | — | 09/29/2023 |

# PHARMACIES

| PHARMACY | DRUG | PRIORITY | LAST FILL DATE |
|---|---|---|---|
| *no pharmacy found* | FREESTYLE LIBRE 3/SENSOR/GLUCOSE MONITORING SYSTEM | | 10/23/2023 |
| **CHAS CENTRALIZED PHARMACY**<br>1502 N VERCLER RD LL<br>SPOKANE VALLEY, WA 99216<br>509-444-8888 | TRULICITY | | 07/12/2023 |
| **CVS PHARMACY**<br>310 S MICHIGAN AVE<br>CHICAGO, IL 60604<br>312-588-0704 | CHLORHEXIDINE GLUCONATE | | 06/08/2023 |
| | FREESTYLE LIBRE 2/READER/FLASH GLUCOSE MONITORING SYSTEM | | 06/09/2023 |
| | IBUPROFEN | | 06/08/2023 |
| | LISINOPRIL | | 06/08/2023 |
| | PRAVASTATIN SODIUM | | 06/08/2023 |
| | TADALAFIL | | 06/09/2023 |
| | TAMSULOSIN HYDROCHLORIDE | | 06/08/2023 |
| | TRULICITY | | 06/08/2023 |
| **CVS PHARMACY**<br>1801 W GOLF RD<br>SCHAUMBURG, IL 60194<br>847-885-1326 | FREESTYLE LIBRE 14 DAY/SENSOR/FLASH MONITORING SYSTEM | | 08/04/2023 |
| | OFLOXACIN | | 08/06/2023 |
| | TRULICITY | | 08/30/2023 |
| **CVS PHARMACY**<br>180 N DOBSON RD<br>CHANDLER, AZ 85224<br>480-812-0149 | ROSUVASTATIN CALCIUM | | 10/23/2023 |
| | TAMSULOSIN HYDROCHLORIDE | | 10/23/2023 |
| | TRULICITY | | 10/23/2023 |

# PHARMACIES

| PHARMACY | DRUG | PRIORITY | LAST FILL DATE |
|---|---|---|---|
| **KROGER PHARMACY**<br>9140 FOREST LN<br>DALLAS, TX 75243<br>214-221-0978 | AMOXICILLIN | [illegible] | 09/29/2023 |
| | CHLORHEXIDINE GLUCONATE | [illegible] | 09/29/2023 |
| | COMIRNATY 2023-24 | [illegible] | 09/29/2023 |
| | ROSUVASTATIN CALCIUM | [illegible] | 09/28/2023 |
| | TRULICITY | [illegible] | 09/28/2023 |
| **NAVARRO DISCOUNT PHARMACY**<br>11402 NW 41ST ST STE 127<br>DORAL, FL 33178<br>305-599-0764 | LISINOPRIL | [illegible] | 09/19/2023 |

# CASE ADDITIONAL DETAILS

Authorization Type **Paper or Electronic**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

MR. PRAVEEN KHURANA
261 DANIEL DR
MISSOULA MT 59802

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 23, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Ryder System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Based on the information received, your claim has been denied and no benefits are payable.

The Plan under which you are covered contains the following exclusion regarding pre-existing conditions:

> ***Pre-Existing Conditions***
>
> A pre-existing condition is a condition resulting from an Injury or Sickness for which you were diagnosed or received Treatment within 3 months prior to your effective date of coverage. This plan will not cover any Disability or Partial Disability:
>
> - which is caused or contributed to, by, or results from, a Pre-Existing Condition; and
> - which begins in the first 12 months immediately after your effective date of coverage.
>
> For Hourly/Driver/Warehouse employees, increases in Additional STD coverage are subject to preexisting condition limitations. If benefits are not payable under newly elected Additional STD coverage, your claim will be administered as if you had not elected to increase your coverage. Your plan benefit payment would be based on the coverage level in effect before the increase in plan coverage.

You submitted a claim for diabetes. Since your effective date of coverage was May 19, 2023 and your disability occurred on October 24, 2023, we have conducted a pre-existing condition

investigation from February 19, 2023 to May 18, 2023, relative to your effective date of coverage and medical treatment. The medical records obtained demonstrate that you received treatment for the same (or related) condition for which you are now claiming disability.

In summary, records indicate you treated for diabetes during the pre-ex period of February 19, 2023 through May 18, 2023; he was also prescribed/refilled medications for high blood pressure, high cholesterol, and A-fib during this timeframe.

Therefore, we have determined that your condition is subject to the pre-existing condition exclusion and we must deny your claim for benefits.

This claim determination reflects an evaluation of the claim facts and the Plan provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information, from date of disability through the present from all treating providers. As well as proof that you did not treat for your current condition during the pre existing look back period of February 19, 2023 through May 18, 2023.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Plan, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Whittney McDowell
Claims Examiner II
On Behalf Of: Jaclyne Humphrey
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, November 16, 2023 3:03:33 PM |
| To: | MATMAN00US@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana |
| Attachments: | 0iwcyiw1rmnzxsrrbq9n_16586260.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 16, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Ryder System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a member of our medical team.

We anticipate a response from the reviewing member of our medical team by November 20, 2023. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of your claim once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan.

***We received the documents you sent and have sent this for another review.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jaclyne Humphrey
Claims Examiner II, Claims
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

Concentra®

# PHYSICAL EXAM NOTICE

10/24/2023

**Driver** Praveen Khurana
**Address** 858 Main Street, Lewiston, ID 83501
**DOB** 10/29/1960

**Exam Location**

30311 Concentra West - 35th and Thomas

3532 W Thomas Rd Ste 5, Phoenix, AZ 85019-4440

Praveen Khurana underwent a DOT physical examination on 10/24/2023 and was not issued a Medical Examiner's Certificate because:

- ☑ Driver Disqualified - did not meet the certification standards.
- ☐ Certification Pending - the exam is in Determination Pending status.
- ☐ Incomplete exam - the exam has been marked as incomplete. A new exam must be completed if the driver requires certification.

Public Burden Statement
A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0006. Public reporting for this collection of information is estimated to be approximately 25 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

U.S. Department of Transportation
Federal Motor Carrier Safety Administration

# Medical Examination Report Form

(for Commercial Driver Medical Certification)

MEDICAL RECORD # ____________
*(or sticker)*

SECTION 1. Driver Information *(to be filled out by the driver)*

## PERSONAL INFORMATION

Last Name: Khurana First Name: Praveen Middle Initial: ____ Date of Birth: 10/29/1960 Age: 62

Street Address: 858 Main Street City Lewiston State/Province: ID Zip Code: 83501

Driver's License Number: KA143906B Issuing State/Province: ID Phone: (208)413-0165

E-mail *(optional)*: ____________ CLP/CDL Applicant/Holder*: ⊙Yes ○No

Driver ID Verified By**: Drivers License

Has your USDOT/FMCSA medical certificate ever been denied or issued for less than 2 years? ○Yes ⊙No ○Not Sure

* CLP/CDL Applicant/Holder: See instructions for definitions. ** Driver ID Verified By: Record what type of photo ID was used to verify the identity of the driver, e.g., CDL, driver's license, passport.

## DRIVER HEALTH HISTORY

Have you ever had surgery? If "yes", please list and explain below. ○Yes ⊙No ○Not Sure

Are you currently taking medications *(prescription, over-the-counter, herbal remedies, diet supplements)*? ⊙Yes ○No ○Not Sure
If "yes", please describe below.

Lantus, Trulicity, atenowol, resuvastatin, lisiniprol

*(Attach additional sheets if necessary)*

**This document contains sensitive information and is for official use only. Improper handling of this information could negatively affect individuals. Handle and secure this information appropriately to prevent inadvertent disclosure by keeping the documents under the control of authorized persons. Properly dispose of this document when no longer required to be maintained by regulatory requirements.**

| Last Name: | First Name: | DOB: | Exam Date: |
|---|---|---|---|
| Khurana | Praveen | 10/29/1960 | 10/24/2023 |

## DRIVER HEALTH HISTORY *(continued)*

Do you have or have your ever had:

| Question | Yes | No | Not Sure |
|---|---|---|---|
| 1. Head/brain injuries or illnesses *(e.g., concussion)* | ○ | ⊙ | ○ |
| 2. Seizures, epilepsy | ○ | ⊙ | ○ |
| 3. Eye problems *(except glasses or contacts)* | ○ | ⊙ | ○ |
| 4. Ear and/or hearing problems | ○ | ⊙ | ○ |
| 5. Heart disease, heart attack, bypass, or other heart problems | ○ | ○ | ⊙ |
| 6. Pacemaker, stents, implantable devices, or other heart procedures | ○ | ⊙ | ○ |
| 7. High blood pressure | ⊙ | ○ | ○ |
| 8. High cholesterol | ⊙ | ○ | ○ |
| 9. Chronic (long-term) cough, shortness of breath, or other breathing problems | ○ | ⊙ | ○ |
| 10. Lung disease *(e.g., asthma)* | ○ | ⊙ | ○ |
| 11. Kidney problems, kidney stones, or pain/problems urination | ○ | ⊙ | ○ |
| 12. Stomach, liver, or digestive problems | ○ | ⊙ | ○ |
| 13. Diabetes or blood sugar problems | ⊙ | ○ | ○ |
| Insulin used | ⊙ | ○ | ○ |
| 14. Anxiety, depression, nervousness, other mental problems | ○ | ⊙ | ○ |
| 15. Fainting or passing out | ○ | ⊙ | ○ |
| 16. Dizziness, headaches, numbness, tingling, or loss | ○ | ⊙ | ○ |
| 17. Unexplained weight loss | ○ | ⊙ | ○ |
| 18. Stroke, mini-stroke (TIA), paralysis, or weakness | ○ | ⊙ | ○ |
| 19. Missing or limited use of arm, hand, finger, leg, foot, toe | ○ | ⊙ | ○ |
| 20. Neck or back problems | ○ | ⊙ | ○ |
| 21. Bone, muscle, joint, or nerve problems | ○ | ⊙ | ○ |
| 22. Blood clots or bleeding problems | ○ | ⊙ | ○ |
| 23. Cancer | ○ | ⊙ | ○ |
| 24. Chronic(long-term)infection or other chronic | ○ | ⊙ | ○ |
| 25. Sleep disorders, pauses in breathing while daytime sleepiness, loud snoring | ○ | ⊙ | ○ |
| 26. Have you ever had a sleep test *(e.g., sleep apnea)*? | ○ | ⊙ | ○ |
| 27. Have you ever spent a night in the hospital? | ○ | ⊙ | ○ |
| 28. Have you ever had a broken bone? | ○ | ⊙ | ○ |
| 29. Have you ever used or do you now use tobacco? | ○ | ⊙ | ○ |
| 30. Do you currently drink alcohol? | ○ | ⊙ | ○ |
| 31. Have you used an illegal substance within the past two years? | ○ | ⊙ | ○ |
| 32. Have you ever failed a drug test or been dependent an illegal substance? | ○ | ⊙ | ○ |

Other health condition(s) not described above: ○Yes ⊙No ○Not Sure

Did you answer "yes" to any of questions 1-32? If so, please comment further on those health conditions below: ⊙Yes ○No ○Not Sure

Q5 - Recent Issues with heart , Recent issues ; Q7 - Take medication; Q8 - Take medication; Q13 - Take medication;

*(Attach additional sheets if necessary)*

## CMV DRIVER'S SIGNATURE

I certify that the above information is accurate and complete. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate, that submission of fraudulent or intentionally false information is a violation of 49 CFR 390.35, and that submission of fraudulent or intentionally false information may subject me to civil or criminal penalties under 49 CFR 390.37 and 49 CFR 386 Appendices A and B.

Driver's Signature: Date: 10/24/2023 6:29:48 PM

SECTION 2. Examination Report *(to be filled out by the medical*

## DRIVER HEALTH HISTORY REVIEW

*Review and discuss pertinent driver answers and any available medical records. Comment on the driver's responses to the "health history" questions that may affect the driver's safe operation of a commercial motor vehicle (CMV).*

Medications Comments - On medications for HTN, diabetes, cholesterol.; Q5 - Irregular heart beat.; Q7 - On medication.; Q8 - On medication.; Q13 - On medications and insulin for diabetes.;

*(Attach additional sheets if necessary)*

Last Name: Khurana First Name: Praveen DOB: 10/29/1960 Exam Date: 10/24/2023

## TESTING

Pulse rate: 71 Pulse rhythm regular: ⦿ Yes ○ No Height: 5 feet 7 inch Weight 205 pound

| Blood Pressure | Systolic | Diastolic |
|---|---|---|
| Sitting | 166 | 90 |
| Second reading (*optional*) | 137 | 85 |

| Urinalysis | Sp. | Protein | Blood | Sugar |
|---|---|---|---|---|
| Urinalysis is required. Numerical readings must be recorded. | 1.015 | Trace | Negative | 3+ |

Other testing if indicated

*Protein, blood, or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.*

### Vision

*Standard is at least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° field of vision in horizontal meridian measured in each eye. The use of cor-rective lenses should be noted on the Medical Examiner's Certificate.*

| Acuity | Uncorrected | Corrected | Horizontal Field of Vision |
|---|---|---|---|
| Right Eye: | 20 40 | 20 ____ | Right Eye: 85 degree |
| Left Eye: | 20 50 | 20 ____ | Left Eye: 85 degree |
| Both Eyes: | 20 40 | 20 ____ | |

| | Yes | No |
|---|---|---|
| Applicant can recognize and distinguish among traffic control signals and devices showing red, green, and amber | ⦿ | ○ |
| Monocular vision | ○ | ⦿ |
| Referred to ophthalmologist or optometrist? | ○ | ⦿ |
| Received documentation from ophthalmologist or optometrist? | ○ | ⦿ |

### Hearing

*Standard: Must first perceive whispered voice at not less than 5 feet OR average hearing loss of less than or equal to 40 dB, in better ear (with or without hearing aid).*

Check if hearing aid used for ☐ Right Ear ☐ Left Ear ☑ Neither

| Whisper Test Results | Right Ear | Left Ear |
|---|---|---|
| Record distance *(in feet)* from driver at which a forced whispered voice can first be heard | 5 | 5 |

*OR*

Audiometric Test Results

| Right Ear 500 Hz | Right Ear 1000 Hz | Right Ear 2000 Hz | Left Ear 500 Hz | Left Ear 1000 Hz | Left Ear 2000 Hz |
|---|---|---|---|---|---|
| | | | | | |

Average (right): ________ Average (left): ________

## PHYSICAL EXAMINATION

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen, or is readily amenable to treatment. Even if a condition does not disqualify a driver, the Medical Examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible, particularly if neglecting the condition could result in a more serious illness that might affect driving.

Check the body systems for abnormalities.

| Body System | Normal | Abnormal | Body System | Normal | Abnormal |
|---|---|---|---|---|---|
| 1. General | ○ | ⦿ | 8. Abdomen | ⦿ | ○ |
| 2. Skin | ⦿ | ○ | 9. Genito-urinary system including hernias | ⦿ | ○ |
| 3. Eyes | ⦿ | ○ | 10. Back/Spine | ⦿ | ○ |
| 4. Ears | ⦿ | ○ | 11. Extremities/joints | ⦿ | ○ |
| 5. Mouth/throat | ⦿ | ○ | 12. Neurological system including reflexes | ⦿ | ○ |
| 6. Cardiovascular | ⦿ | ○ | 13. Gait | ⦿ | ○ |
| 7. Lungs/chest | ⦿ | ○ | 14. Vascular system | ⦿ | ○ |

*Discuss any abnormal answers in detail in the space below and indicate whether it would affect the driver's ability to operate a CMV. Enter applicable item number before each comment.*

Q1 - Overweight.;

*(Attach additional sheets if necessary)*

Last Name: Khurana First Name: Praveen DOB: 10/29/1960 Exam Date: 10/24/2023

*Please complete only one of the following (Federal or State) Medical Examiner Determination sections:*

## MEDICAL EXAMINER DETERMINATION (Federal)

*Use this section for examinations performed in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49):*

⦿ Does not meet standards *(specify reason)*: Failed vision.

○ Meets standards in 49 CFR 391.41; qualifies for 2-year certificate

○ Meets standards, but periodic monitoring required *(specify reason)*: ______

Driver qualified for: ○ 3 months ○ 6 months ○ 1 year ○ other ______

☐ Wearing corrective lenses ☐ Wearing hearing aid ☐ Accompanied by a waiver/exemption *(specify type)*: ______

☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate ☐ Qualified by operation of 49 CFR 391.64 *(Federal)*

☐ Driving within an exempt intracity zone *(see 49 CFR 391.62) (Federal)*

☐ Determination pending *(specify reason)*: ______

☐ Return to medical exam office for follow-up on *(must be 45 days or less)*: ______

☐ Medical Examination Report amended *(specify reason)*: ______

*(if amended)* Medical Examiner's Signature: ______ Date: ______

☐ Incomplete examination *(specify reason)*: ______

If the driver meets the standards outlined in 49 CFR 391.41, then complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h), as appropriate.

I have performed this evaluation for certification. I have personally reviewed all available records and recorded information pertaining to this evaluation, and attest that, to the best of my knowledge, I believe it to be true and correct.

Medical Examiner's Signature: Le Vu

Medical Examiner's Name *(please print or type)*: Vu, Le

Medical Examiner's Address: 3532 W Thomas Rd Ste 5 City: Phoenix State: AZ Zip Code: 85019-

Medical Examiner's Telephone Number: (602)272-7662 Date Certificate Signed: ______

Medical Examiner's State License, Certificate, or Registration Number: 31932 Issuing State: AZ

☑ MD ☐ DO ☐ Physician Assistant ☐ Chiropractor ☐ Advanced Practice Nurse

☐ Other Practitioner *(specify)*: ______

National Registry Number: 1643671037

Medical Examiner's Certificate Expiration Date: ______

## Additional Notes Addendum

| Last Name: Khurana | First Name: Praveen | DOB: 10/29/1960 | Exam Date: 10/24/2023 |
|---|---|---|---|

### DRIVER HEALTH HISTORY

Surgery (continued):

Medications (continued):

Lantus, Trulicity, atenowol, resuvastatin, lisiniprol

Health History Yes Answers(continued):

Q5 - Recent Issues with heart , Recent issues ; Q7 - Take medication; Q8 - Take medication; Q13 - Take medication;

Other Health Conditions (continued):

Examiner Comments (continued):

Medications Comments - On medications for HTN, diabetes, cholesterol.; Q5 - Irregular heart beat.; Q7 - On medication.; Q8 - On medication.; Q13 - On medications and insulin for diabetes.;

### PHYSICAL EXAMINATION

Q1 - Overweight.;

### OTHER TESTING

Glucose Meter Measurements ( mg/dl): 275

Neck Circumference: (Inches): 16

BMI: 32.1

Additional comments for abnormal urine values:

Protein - Trace; Sugar - 3+;

| Last Name: Khurana | First Name: Praveen | DOB: 10/29/1960 | Exam Date: 10/24/2023 |
|---|---|---|---|

**CERTIFICATION**

Does Not Meet Standards (continued):

Failed vision.

Monitoring required due to (continued):

Reason Text (continued):

Concentra

## DOT Medical Examiner Letter to Clinician: Diabetes

Date: 10/24 Driver Name: Praveen Khurana DOB: 10/29/60

The above patient/driver is being evaluated to determine whether he/she meets the medical standards of the Federal Motor Carrier Safety Administration (FMCSA) to operate a commercial motor vehicle (CMV) in interstate commerce. During the medical evaluation, it was determined this individual has a condition that may impair his/her ability to safely operate a CMV. As the certified Medical Examiner (ME), I request that you review the regulations as noted below, complete this form, and return it to me at the mailing address, email address, or fax number specified below. *The final determination as to whether the individual listed in this form is physically qualified to drive a CMV will be made by the certified ME.*

**49 CFR 391.41 (b)(3) states: A person is physically qualified to drive a commercial motor vehicle if that person has no current clinical diagnosis of diabetes currently requiring insulin for control.** *The DOT/FMCSA description of the driver's role is included on page 2 for your reference.*

The following condition/concern was identified: accu ✓ 275

**Please complete the bottom section of this form and provide any additional documentation requested, as follows:**

☐ Medical records including last office medical note

☐ Specialist reports pertaining to. ________

☐ Current hemoglobin A1C results

☐ 3 Months of electronic blood glucose logs

☐ Other: ________

☐ No ☐ Yes Is this driver prescribed insulin to control his/her diabetes? NOTE: If yes, driver will need MCSA-5870 completed also

☐ No ☐ Yes Has the driver had more than 1 episode of hypoglycemia in the preceding 12 months?

☐ No ☐ Yes Does the driver have complications of diabetes including the following: retinopathy, neuropathy, and nephropathy?
If yes, explain: ________

☐ No ☐ Yes Is the driver compliant with treatment of his/her diabetes?

1. List all medications and dosages that you have prescribed to the above-named individual.

2. List any other medications and dosages that you are aware have been prescribed to the above-named individual by another treating health care provider.

3. What medical conditions are being treated with these medications?

4. Does the driver have any restrictions or limitations?



©Concentra® 2021. All rights reserved.
DOT Diabetes Letter Rev. December 2021

concentra

It is my medical opinion that, considering the mental and physical requirements of operating a CMV and with awareness of a CMV driver's role (consistent with "The Driver's Role" statement on page 2), my patient

(a) has no medication side effects from medication(s) that I prescribe that would adversely affect the ability to safely operate a CMV.
☐ AGREE ☐ DISAGREE

(b) has no medical condition(s) that I am treating that would adversely affect the ability to safely operate a CMV.
☐ AGREE ☐ DISAGREE

Provider name: ______
Specialty: ______
Address: ______
City: ______ ST: ______ Zip: ______
Phone: ______ Fax: ______
Signature: ______

Please return this completed form and any additional requested documentation to:

Concentra Medical Centers
Address 1
Address 2
City, State Zip

Fax.

For questions, please call

The DOT/FMCSA description of the driver's role is included below for your reference.

**Responsibilities, work schedules, physical and emotional demands, and lifestyles among commercial drivers vary by the type of driving that they do. Some of the main types of drivers include the following: turn around or short relay (drivers return to their home base each evening); long relay (drivers drive 9-11 hours and then have at least a 10-hour off-duty period), straight through haul (cross country drivers); and team drivers (drivers share the driving by alternating their 5-hour driving periods and 5-hour rest periods.) The following factors may be involved in a driver's performance of duties: abrupt schedule changes and rotating work schedules, which may result in irregular sleep patterns and a driver beginning a trip in a fatigued condition; long hours; extended time away from family and friends, which may result in lack of social support; tight pickup and delivery schedules, with irregularity in work, rest, and eating patterns, adverse road, weather and traffic conditions, which may cause delays and lead to hurriedly loading or unloading cargo in order to compensate for the lost time; and environmental conditions such as excessive vibration, noise, and extremes in temperature. Transporting passengers or hazardous materials may add to the demands on the commercial driver. There may be duties in addition to the driving task for which a driver is responsible and needs to be fit. Some of these responsibilities are: coupling and uncoupling trailer(s) from the tractor, loading and unloading trailer(s) (sometimes a driver may lift a heavy load or unload as much as 50,000 lbs. of freight after sitting for a long period of time without any stretching period); inspecting the operating condition of tractor and/or trailer(s) before, during and after delivery of cargo; lifting, installing, and removing heavy tire chains; and, lifting heavy tarpaulins to cover open top trailers. The above tasks demand agility, the ability to bend and stoop, the ability to maintain a crouching position to inspect the underside of the vehicle, frequent entering and exiting of the cab, and the ability to climb ladders on the tractor and/or trailer(s). In addition, a driver must have the perceptual skills to monitor a sometimes complex driving situation, the judgment skills to make quick decisions, when necessary, and the manipulative skills to control an oversize steering wheel, shift gears using a manual transmission, and maneuver a vehicle in crowded areas.**



©Concentra® 2021. All rights reserved.
DOT Diabetes Letter Rev. December 2021

Concentra

## DOT Medical Examiner Letter to Clinician: General

Date: 10/24/23

Driver Name: Praveen Khurana DOB: 10/29/60

Dear Medical Clinician:

During a Department of Transportation (DOT) medical certification examination, the above driver was:

- [x] Disqualified
- [ ] Given a Limited Certification expiring on: ________
- [ ] Given a Pending Determination – expires 45 days from: ________

The following condition(s) and/or concern(s) were identified:
History of irregular heartbeat.

We request that you evaluate and treat the driver for the above condition(s). Upon completion of treatment, please complete the bottom section of this form and provide any additional documentation requested, as follows:

- [ ] All medical records pertaining to: ________
- [ ] Laboratory results pertaining to: ________
- [ ] Specialist reports pertaining to: ________

The DOT regulation regarding the driver's role is included below for your reference. This driver's ability to operate a commercial motor vehicle in interstate commerce depends on your timely response to this request before the referenced expiration date.

As certified examiners for the purpose of evaluating medical fitness for driving a commercial motor vehicle, we have identified the above mentioned condition(s). However, occasionally drivers will have other medical conditions not identified by the medical history questions on the Federal Motor Carriers Safety Administration Report Form. If you are aware of any other acute or chronic medical conditions that this driver has, aside from the one(s) indicated above, please indicate them below.

**Treating Clinician's Statement**

As the treating clinician of the above commercial driver, I am familiar with the driver's condition(s) and treatment. I have read the relevant DOT regulation(s) and guidelines (included below); I understand that the driver is in compliance and that:

- [ ] The identified condition(s) and/or treatment should not cause sudden impairment or interfere with the driver's ability to safely operate a commercial motor vehicle.
- [ ] The following condition(s) and/or treatment have the potential to suddenly impair or interfere with the safe operation of a commercial vehicle: ________
- [ ] The driver has the following acute or chronic medical condition(s): ________


© Concentra Operating Corporation. All Rights Reserved.

Concentra®

Provider name:
Specialty:
Address:
City: ST: Zip:
Phone: Fax:
Signature:

Please return this completed form and any additional requested documentation to:

Concentra Medical Centers
Address 1
Address 2
City, State Zip

Fax:

For questions, please call:

The DOT/FMCSA description of the driver's role is included below for your reference.

Responsibilities, work schedules, physical and emotional demands, and lifestyles among commercial drivers vary by the type of driving that they do. Some of the main types of drivers include the following: turn around or short relay (drivers return to their home base each evening); long relay (drivers drive 9-11 hours and then have at least a 10-hour off-duty period), straight through haul (cross country drivers); and team drivers (drivers share the driving by alternating their 5-hour driving periods and 5-hour rest periods.) The following factors may be involved in a driver's performance of duties: abrupt schedule changes and rotating work schedules, which may result in irregular sleep patterns and a driver beginning a trip in a fatigued condition; long hours; extended time away from family and friends, which may result in lack of social support; tight pickup and delivery schedules, with irregularity in work, rest, and eating patterns, adverse road, weather and traffic conditions, which may cause delays and lead to hurriedly loading or unloading cargo in order to compensate for the lost time; and environmental conditions such as excessive vibration, noise, and extremes in temperature. Transporting passengers or hazardous materials may add to the demands on the commercial driver. There may be duties in addition to the driving task for which a driver is responsible and needs to be fit. Some of these responsibilities are: coupling and uncoupling trailer(s) from the tractor, loading and unloading trailer(s) (sometimes a driver may lift a heavy load or unload as much as 50,000 lbs. of freight after sitting for a long period of time without any stretching period); inspecting the operating condition of tractor and/or trailer(s) before, during and after delivery of cargo; lifting, installing, and removing heavy tire chains; and, lifting heavy tarpaulins to cover open top trailers. The above tasks demand agility, the ability to bend and stoop, the ability to maintain a crouching position to inspect the underside of the vehicle, frequent entering and exiting of the cab, and the ability to climb ladders on the tractor and/or trailer(s). In addition, a driver must have the perceptual skills to monitor a sometimes-complex driving situation, the judgment skills to make quick decisions, when necessary, and the manipulative skills to control an oversize steering wheel, shift gears using a manual transmission, and maneuver a vehicle in crowded areas.


©Concentra® 2021. All rights reserved.

**From:** DisabilityDocuments
**Sent:** Wednesday, November 15, 2023 1:56 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Wednesday, November 15, 2023 6:55:22 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

Concentra®

# PHYSICAL EXAM NOTICE

10/24/2023

**Driver** Praveen Khurana
**Address** 858 Main Street, Lewiston, ID 83501
**DOB** 10/29/1960

**Exam Location**

30311 Concentra West - 35th and Thomas

3532 W Thomas Rd Ste 5, Phoenix, AZ 85019-4440

Praveen Khurana underwent a DOT physical examination on 10/24/2023 and was not issued a Medical Examiner's Certificate because:

- ☑ Driver Disqualified - did not meet the certification standards.
- ☐ Certification Pending - the exam is in Determination Pending status.
- ☐ Incomplete exam - the exam has been marked as incomplete. A new exam must be completed if the driver requires certification.

Public Burden Statement
A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0006. Public reporting for this collection of information is estimated to be approximately 25 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

U.S. Department of Transportation
Federal Motor Carrier Safety Administration

# Medical Examination Report Form
(for Commercial Driver Medical Certification)

MEDICAL RECORD # ________
*(or sticker)*

SECTION 1. Driver Information *(to be filled out by the driver)*

## PERSONAL INFORMATION

Last Name: Khurena First Name: Praveen Middle Initial: ____ Date of Birth: 10/29/1960 Age: 62

Street Address: 858 Main Street City Lewiston State/Province: ID Zip Code: 83501

Driver's License Number: KA143906B Issuing State/Province: ID Phone: (208)413-0165

E-mail *(optional)*: ________ CLP/CDL Applicant/Holder*: ⊙Yes ○No

Driver ID Verified By**: Drivers License

Has your USDOT/FMCSA medical certificate ever been denied or issued for less than 2 years? ○Yes ⊙No ○Not Sure

* CLP/CDL Applicant/Holder: See instructions for definitions.
** Driver ID Verified By: Record what type of photo ID was used to verify the identity of the driver, e.g., CDL, driver's license, passport.

## DRIVER HEALTH HISTORY

Have you ever had surgery? If "yes", please list and explain below. ○Yes ⊙No ○Not Sure

Are you currently taking medications *(prescription, over-the-counter, herbal remedies, diet supplements)*? ⊙Yes ○No ○Not Sure
If "yes", please describe below.

Lantus, Trulicity, atenowol, resuvastatin, lisiniprol

*(Attach additional sheets if necessary)*

**This document contains sensitive information and is for official use only. Improper handling of this information could negatively affect individuals. Handle and secure this information appropriately to prevent inadvertent disclosure by keeping the documents under the control of authorized persons. Properly dispose of this document when no longer required to be maintained by regulatory requirements.**

Last Name: Khurana First Name: Praveen DOB: 10/29/1960 Exam Date: 10/24/2023

## DRIVER HEALTH HISTORY *(continued)*

Do you have or have your ever had:

| Question | Yes | No | Not Sure |
|---|---|---|---|
| 1. Head/brain injuries or illnesses *(e.g., concussion)* | ○ | ⊙ | ○ |
| 2. Seizures, epilepsy | ○ | ⊙ | ○ |
| 3. Eye problems *(except glasses or contacts)* | ○ | ⊙ | ○ |
| 4. Ear and/or hearing problems | ○ | ⊙ | ○ |
| 5. Heart disease, heart attack, bypass, or other heart problems | ○ | ○ | ⊙ |
| 6. Pacemaker, stents, implantable devices, or other heart procedures | ○ | ⊙ | ○ |
| 7. High blood pressure | ⊙ | ○ | ○ |
| 8. High cholesterol | ⊙ | ○ | ○ |
| 9. Chronic (long-term) cough, shortness of breath, or other breathing problems | ○ | ⊙ | ○ |
| 10. Lung disease *(e.g., asthma)* | ○ | ⊙ | ○ |
| 11. Kidney problems, kidney stones, or pain/problems urination | ○ | ⊙ | ○ |
| 12. Stomach, liver, or digestive problems | ○ | ⊙ | ○ |
| 13. Diabetes or blood sugar problems | ⊙ | ○ | ○ |
| Insulin used | ⊙ | ○ | ○ |
| 14. Anxiety, depression, nervousness, other mental problems | ○ | ⊙ | ○ |
| 15. Fainting or passing out | ○ | ⊙ | ○ |
| 16. Dizziness, headaches, numbness, tingling, or loss | ○ | ⊙ | ○ |
| 17. Unexplained weight loss | ○ | ⊙ | ○ |
| 18. Stroke, mini-stroke (TIA), paralysis, or weakness | ○ | ⊙ | ○ |
| 19. Missing or limited use of arm, hand, finger, leg, foot, toe | ○ | ⊙ | ○ |
| 20. Neck or back problems | ○ | ⊙ | ○ |
| 21. Bone, muscle, joint, or nerve problems | ○ | ⊙ | ○ |
| 22. Blood clots or bleeding problems | ○ | ⊙ | ○ |
| 23. Cancer | ○ | ⊙ | ○ |
| 24. Chronic(long-term)infection or other chronic | ○ | ⊙ | ○ |
| 25. Sleep disorders, pauses in breathing while daytime sleepiness, loud snoring | ○ | ⊙ | ○ |
| 26. Have you ever had a sleep test *(e.g., sleep apnea)*? | ○ | ⊙ | ○ |
| 27. Have you ever spent a night in the hospital? | ○ | ⊙ | ○ |
| 28. Have you ever had a broken bone? | ○ | ⊙ | ○ |
| 29. Have you ever used or do you now use tobacco? | ○ | ⊙ | ○ |
| 30. Do you currently drink alcohol? | ○ | ⊙ | ○ |
| 31. Have you used an illegal substance within the past two years? | ○ | ⊙ | ○ |
| 32. Have you ever failed a drug test or been dependent an illegal substance? | ○ | ⊙ | ○ |

Other health condition(s) not described above: ○Yes ⊙No ○Not Sure

Did you answer "yes" to any of questions 1-32? If so, please comment further on those health conditions below. ⊙Yes ○No ○Not Sure

Q5 - Recent Issues with heart , Recent issues ; Q7 - Take medication; Q8 - Take medication; Q13 - Take medication;

*(Attach additional sheets if necessary)*

## CMV DRIVER'S SIGNATURE

I certify that the above information is accurate and complete. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate, that submission of fraudulent or intentionally false information is a violation of 49 CFR 390.35, and that submission of fraudulent or intentionally false information may subject me to civil or criminal penalties under 49 CFR 390.37 and 49 CFR 386 Appendices A and B.

Driver's Signature: [signature] Date: 10/24/2023 6:29:48 PM

SECTION 2. Examination Report *(to be filled out by the medical*

## DRIVER HEALTH HISTORY REVIEW

*Review and discuss pertinent driver answers and any available medical records. Comment on the driver's responses to the "health history" questions that may affect the driver's safe operation of a commercial motor vehicle (CMV).*

Medications Comments - On medications for HTN, diabetes, cholesterol.; Q5 - Irregular heart beat.; Q7 - On medication.; Q8 - On medication.; Q13 - On medications and insulin for diabetes.;

*(Attach additional sheets if necessary)*

Last Name: Khurana First Name: Praveen DOB: 10/29/1960 Exam Date: 10/24/2023

## TESTING

Pulse rate: 71 Pulse rhythm regular: ⊙ Yes ○ No Height: 5 feet 7 inch Weight 205 pound

| Blood Pressure | Systolic | Diastolic |
|---|---|---|
| Sitting | 166 | 90 |
| Second reading (*optional*) | 137 | 85 |

| Urinalysis | Sp. | Protein | Blood | Sugar |
|---|---|---|---|---|
| Urinalysis is required. Numerical readings must be recorded. | 1.015 | Trace | Negative | 3+ |

Other testing if indicated

*Protein, blood, or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.*

### Vision

*Standard is at least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° field of vision in horizontal meridian measured in each eye. The use of cor-rective lenses should be noted on the Medical Examiner's Certificate.*

| Acuity | Uncorrected | Corrected | Horizontal Field of Vision |
|---|---|---|---|
| Right Eye: | 20 40 | 20 | Right Eye: 85 degree |
| Left Eye: | 20 50 | 20 | Left Eye: 85 degree |
| Both Eyes: | 20 40 | 20 | |

| | Yes | No |
|---|---|---|
| Applicant can recognize and distinguish among traffic control signals and devices showing red, green, and amber | ⊙ | ○ |
| Monocular vision | ○ | ⊙ |
| Referred to ophthalmologist or optometrist? | ○ | ⊙ |
| Received documentation from ophthalmologist or optometrist? | ○ | ⊙ |

### Hearing

*Standard: Must first perceive whispered voice at not less than 5 feet OR average hearing loss of less than or equal to 40 dB, in better ear (with or without hearing aid).*

Check if hearing aid used for ☐ Right Ear ☐ Left Ear ☑ Neither

**Whisper Test Results**

| | Right Ear | Left Ear |
|---|---|---|
| Record distance *(in feet)* from driver at which a forced whispered voice can first be heard | 5 | 5 |

*OR*

**Audiometric Test Results**

| Right Ear 500 Hz | Right Ear 1000 Hz | Right Ear 2000 Hz | Left Ear 500 Hz | Left Ear 1000 Hz | Left Ear 2000 Hz |
|---|---|---|---|---|---|
| | | | | | |

Average (right): ______ Average (left): ______

## PHYSICAL EXAMINATION

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen, or is readily amenable to treatment. Even if a condition does not disqualify a driver, the Medical Examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible, particularly if neglecting the condition could result in a more serious illness that might affect driving.

Check the body systems for abnormalities.

| Body System | Normal | Abnormal | Body System | Normal | Abnormal |
|---|---|---|---|---|---|
| 1. General | ○ | ⊙ | 8. Abdomen | ⊙ | ○ |
| 2. Skin | ⊙ | ○ | 9. Genito-urinary system including hernias | ⊙ | ○ |
| 3. Eyes | ⊙ | ○ | 10. Back/Spine | ⊙ | ○ |
| 4. Ears | ⊙ | ○ | 11. Extremities/joints | ⊙ | ○ |
| 5. Mouth/throat | ⊙ | ○ | 12. Neurological system including reflexes | ⊙ | ○ |
| 6. Cardiovascular | ⊙ | ○ | 13. Gait | ⊙ | ○ |
| 7. Lungs/chest | ⊙ | ○ | 14. Vascular system | ⊙ | ○ |

*Discuss any abnormal answers in detail in the space below and indicate whether it would affect the driver's ability to operate a CMV. Enter applicable item number before each comment.*

Q1 - Overweight.;

*(Attach additional sheets if necessary)*

Last Name: Khurana First Name: Praveen DOB: 10/29/1960 Exam Date: 10/24/2023

*Please complete only one of the following (Federal or State) Medical Examiner Determination sections:*

**MEDICAL EXAMINER DETERMINATION (Federal)**

*Use this section for examinations performed in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49):*

⦿ Does not meet standards *(specify reason)*: Failed vision.

○ Meets standards in 49 CFR 391.41; qualifies for 2-year certificate

○ Meets standards, but periodic monitoring required *(specify reason)*: ____

Driver qualified for: ○ 3 months ○ 6 months ○ 1 year ○ other ____

☐ Wearing corrective lenses ☐ Wearing hearing aid ☐ Accompanied by a waiver/exemption *(specify type)*: ____

☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate ☐ Qualified by operation of 49 CFR 391.64 *(Federal)*

☐ Driving within an exempt intracity zone *(see 49 CFR 391.62) (Federal)*

☐ Determination pending *(specify reason)*: ____

☐ Return to medical exam office for follow-up on *(must be 45 days or less)*: ____

☐ Medical Examination Report amended *(specify reason)*: ____

*(if amended)* Medical Examiner's Signature: ____ Date: ____

☐ Incomplete examination *(specify reason)*: ____

If the driver meets the standards outlined in 49 CFR 391.41, then complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h), as appropriate.

I have performed this evaluation for certification. I have personally reviewed all available records and recorded information pertaining to this evaluation, and attest that, to the best of my knowledge, I believe it to be true and correct.

Medical Examiner's Signature: Le Vu

Medical Examiner's Name *(please print or type)*: Vu, Le

Medical Examiner's Address: 3532 W Thomas Rd Ste 5 City: Phoenix State: AZ Zip Code: 85019-

Medical Examiner's Telephone Number: (602)272-7662 Date Certificate Signed: ____

Medical Examiner's State License, Certificate, or Registration Number: 31932 Issuing State: AZ

☑ MD ☐ DO ☐ Physician Assistant ☐ Chiropractor ☐ Advanced Practice Nurse

☐ Other Practitioner *(specify)*: ____

National Registry Number: 1643671037

Medical Examiner's Certificate Expiration Date: ____

## Additional Notes Addendum

| Last Name: | Khurana | First Name: | Praveen | DOB: | 10/29/1960 | Exam Date: | 10/24/2023 |
|---|---|---|---|---|---|---|---|

### DRIVER HEALTH HISTORY

Surgery (continued):

Medications (continued):

Lantus, Trulicity, atenowol, resuvastatin, lisiniprol

Health History Yes Answers(continued):

Q5 - Recent Issues with heart , Recent issues ; Q7 - Take medication; Q8 - Take medication; Q13 - Take medication;

Other Health Conditions (continued):

Examiner Comments (continued):

Medications Comments - On medications for HTN, diabetes, cholesterol.; Q5 - Irregular heart beat.; Q7 - On medication.; Q8 - On medication.; Q13 - On medications and insulin for diabetes.;

### PHYSICAL EXAMINATION

Q1 - Overweight.;

### OTHER TESTING

Glucose Meter Measurements ( mg/dl): 275

Neck Circumference: (Inches): 16

BMI: 32.1

Additional comments for abnormal urine values:

Protein - Trace; Sugar - 3+;

| Last Name: | Khurana | First Name: | Praveen | DOB: | 10/29/1960 | Exam Date: | 10/24/2023 |
|---|---|---|---|---|---|---|---|

**CERTIFICATION**

Does Not Meet Standards (continued):

Failed vision.

Monitoring required due to (continued):

Reason Text (continued):

**From:** DisabilityDocuments
**Sent:** Wednesday, November 15, 2023 1:07 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: 14892253

---

**From:** Praveen Khurana <matman00us@yahoo.com>
**Sent:** Wednesday, November 15, 2023 6:03:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** 14892253

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from Yahoo Mail for iPhone
**[Error : unloaded OLE object or mail attachment]**

Concentra

## DOT Medical Examiner Letter to Clinician: Diabetes

Date: 10/24 Driver Name: Praveen Khurana DOB: 10/29/60

The above patient/driver is being evaluated to determine whether he/she meets the medical standards of the Federal Motor Carrier Safety Administration (FMCSA) to operate a commercial motor vehicle (CMV) in interstate commerce. During the medical evaluation, it was determined this individual has a condition that may impair his/her ability to safely operate a CMV. As the certified Medical Examiner (ME), I request that you review the regulations as noted below, complete this form, and return it to me at the mailing address, email address, or fax number specified below. *The final determination as to whether the individual listed in this form is physically qualified to drive a CMV will be made by the certified ME.*

**49 CFR 391.41 (b)(3) states: A person is physically qualified to drive a commercial motor vehicle if that person has no current clinical diagnosis of diabetes currently requiring insulin for control.** *The DOT/FMCSA description of the driver's role is included on page 2 for your reference.*

The following condition/concern was identified: accu ✓ 275

**Please complete the bottom section of this form and provide any additional documentation requested, as follows:**

☐ Medical records including last office medical note

☐ Specialist reports pertaining to: ________

☐ Current hemoglobin A1C results

☐ 3 Months of electronic blood glucose logs

☐ Other: ________

☐ No ☐ Yes Is this driver prescribed insulin to control his/her diabetes? NOTE: If yes, driver will need MCSA-5870 completed also

☐ No ☐ Yes Has the driver had more than 1 episode of hypoglycemia in the preceding 12 months?

☐ No ☐ Yes Does the driver have complications of diabetes including the following: retinopathy, neuropathy, and nephropathy?
If yes, explain: ________

☐ No ☐ Yes Is the driver compliant with treatment of his/her diabetes?

1. List all medications and dosages that you have prescribed to the above-named individual.

2. List any other medications and dosages that you are aware have been prescribed to the above-named individual by another treating health care provider.

3. What medical conditions are being treated with these medications?

4. Does the driver have any restrictions or limitations?



©Concentra® 2021. All rights reserved.
DOT Diabetes Letter Rev. December 2021

concentra

It is my medical opinion that, considering the mental and physical requirements of operating a CMV and with awareness of a CMV driver's role (consistent with "The Driver's Role" statement on page 2), my patient

(a) has no medication side effects from medication(s) that I prescribe that would adversely affect the ability to safely operate a CMV.
☐ AGREE ☐ DISAGREE

(b) has no medical condition(s) that I am treating that would adversely affect the ability to safely operate a CMV.
☐ AGREE ☐ DISAGREE

Provider name: ______
Specialty: ______
Address: ______
City: ______ ST: ______ Zip: ______
Phone: ______ Fax: ______
Signature: ______

Please return this completed form and any additional requested documentation to:

Concentra Medical Centers
Address 1
Address 2
City, State Zip

Fax:

For questions, please call:

The DOT/FMCSA description of the driver's role is included below for your reference.

Responsibilities, work schedules, physical and emotional demands, and lifestyles among commercial drivers vary by the type of driving that they do. Some of the main types of drivers include the following: turn around or short relay (drivers return to their home base each evening); long relay (drivers drive 9-11 hours and then have at least a 10-hour off-duty period), straight through haul (cross country drivers); and team drivers (drivers share the driving by alternating their 5-hour driving periods and 5-hour rest periods.) The following factors may be involved in a driver's performance of duties: abrupt schedule changes and rotating work schedules, which may result in irregular sleep patterns and a driver beginning a trip in a fatigued condition; long hours; extended time away from family and friends, which may result in lack of social support; tight pickup and delivery schedules, with irregularity in work, rest, and eating patterns, adverse road, weather and traffic conditions, which may cause delays and lead to hurriedly loading or unloading cargo in order to compensate for the lost time; and environmental conditions such as excessive vibration, noise, and extremes in temperature. Transporting passengers or hazardous materials may add to the demands on the commercial driver. There may be duties in addition to the driving task for which a driver is responsible and needs to be fit. Some of these responsibilities are: coupling and uncoupling trailer(s) from the tractor, loading and unloading trailer(s) (sometimes a driver may lift a heavy load or unload as much as 50,000 lbs. of freight after sitting for a long period of time without any stretching period); inspecting the operating condition of tractor and/or trailer(s) before, during and after delivery of cargo; lifting, installing, and removing heavy tire chains; and, lifting heavy tarpaulins to cover open top trailers. The above tasks demand agility, the ability to bend and stoop, the ability to maintain a crouching position to inspect the underside of the vehicle, frequent entering and exiting of the cab, and the ability to climb ladders on the tractor and/or trailer(s). In addition, a driver must have the perceptual skills to monitor a sometimes complex driving situation, the judgment skills to make quick decisions, when necessary, and the manipulative skills to control an oversize steering wheel, shift gears using a manual transmission, and maneuver a vehicle in crowded areas.



©Concentra® 2021. All rights reserved.

Concentra

## DOT Medical Examiner Letter to Clinician: General

Date: 10/24/23

Driver Name: Praveen Khurana DOB: 10/29/60

Dear Medical Clinician:

During a Department of Transportation (DOT) medical certification examination, the above driver was:

- [x] Disqualified
- [ ] Given a Limited Certification expiring on: ________
- [ ] Given a Pending Determination – expires 45 days from: ________

The following condition(s) and/or concern(s) were identified:
History of irregular heartbeat.

We request that you evaluate and treat the driver for the above condition(s). Upon completion of treatment, please complete the bottom section of this form and provide any additional documentation requested, as follows:

- [ ] All medical records pertaining to: ________
- [ ] Laboratory results pertaining to: ________
- [ ] Specialist reports pertaining to: ________

The DOT regulation regarding the driver's role is included below for your reference. This driver's ability to operate a commercial motor vehicle in interstate commerce depends on your timely response to this request before the referenced expiration date.

As certified examiners for the purpose of evaluating medical fitness for driving a commercial motor vehicle, we have identified the above mentioned condition(s). However, occasionally drivers will have other medical conditions not identified by the medical history questions on the Federal Motor Carriers Safety Administration Report Form. If you are aware of any other acute or chronic medical conditions that this driver has, aside from the one(s) indicated above, please indicate them below.

**Treating Clinician's Statement**

As the treating clinician of the above commercial driver, I am familiar with the driver's condition(s) and treatment. I have read the relevant DOT regulation(s) and guidelines (included below); I understand that the driver is in compliance and that:

- [ ] The identified condition(s) and/or treatment should not cause sudden impairment or interfere with the driver's ability to safely operate a commercial motor vehicle.
- [ ] The following condition(s) and/or treatment have the potential to suddenly impair or interfere with the safe operation of a commercial vehicle: ________
- [ ] The driver has the following acute or chronic medical condition(s): ________



© Concentra Operating Corporation. All rights reserved.

Concentra

Provider name: ____________________
Specialty: ____________________
Address: ____________________
City: ____________ ST: ________ Zip: ________
Phone: ____________ Fax: ____________
Signature: ____________________

Please return this completed form and any additional requested documentation to:

Concentra Medical Centers
Address 1
Address 2
City, State Zip

Fax:

For questions, please call:

The DOT/FMCSA description of the driver's role is included below for your reference.

Responsibilities, work schedules, physical and emotional demands, and lifestyles among commercial drivers vary by the type of driving that they do. Some of the main types of drivers include the following: turn around or short relay (drivers return to their home base each evening); long relay (drivers drive 9-11 hours and then have at least a 10-hour off-duty period), straight through haul (cross country drivers); and team drivers (drivers share the driving by alternating their 5-hour driving periods and 5-hour rest periods.) The following factors may be involved in a driver's performance of duties: abrupt schedule changes and rotating work schedules, which may result in irregular sleep patterns and a driver beginning a trip in a fatigued condition; long hours; extended time away from family and friends, which may result in lack of social support; tight pickup and delivery schedules, with irregularity in work, rest, and eating patterns, adverse road, weather and traffic conditions, which may cause delays and lead to hurriedly loading or unloading cargo in order to compensate for the lost time; and environmental conditions such as excessive vibration, noise, and extremes in temperature. Transporting passengers or hazardous materials may add to the demands on the commercial driver. There may be duties in addition to the driving task for which a driver is responsible and needs to be fit. Some of these responsibilities are: coupling and uncoupling trailer(s) from the tractor, loading and unloading trailer(s) (sometimes a driver may lift a heavy load or unload as much as 50,000 lbs. of freight after sitting for a long period of time without any stretching period); inspecting the operating condition of tractor and/or trailer(s) before, during and after delivery of cargo; lifting, installing, and removing heavy tire chains; and, lifting heavy tarpaulins to cover open top trailers. The above tasks demand agility, the ability to bend and stoop, the ability to maintain a crouching position to inspect the underside of the vehicle, frequent entering and exiting of the cab, and the ability to climb ladders on the tractor and/or trailer(s). In addition, a driver must have the perceptual skills to monitor a sometimes-complex driving situation, the judgment skills to make quick decisions, when necessary, and the manipulative skills to control an oversize steering wheel, shift gears using a manual transmission, and maneuver a vehicle in crowded areas.



©Concentra® 2021. All rights reserved.

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group

00000021 LFPP4JD1 00000057

October 27, 2023

PRAVEEN KHURANA
261 DANIEL DR
MISSOULA, MT 59802-0000

RE: RYDER SYSTEM, INC.
Short Term Disability Benefits
Claim #: 14892253

Dear MR. KHURANA:

I have been assigned your short-term disability (STD) claim as part of Ryder System, Inc.'s Group Disability Plan. I understand that this could be a difficult time for you and I want to do everything possible to handle your claim efficiently. As your case manager, my role is to assess whether you are eligible for benefits. This letter will provide you with important information about the claims management process administered by The Lincoln National Life Insurance Company. It will also outline your responsibilities for ensuring your request for disability leave is handled promptly.

**Return forms promptly:**

- Please provide one signed copy of the "Authorization to Release Information" form to ***each treating provider.*** To obtain additional copies:
  - Go to MyLincolnPortal.com,
    After completing a one-time registration, using the Company Code RYDER, select the "Forms" tab, then click on Medical Authorization Form to download
  - Call the Charlotte, NC disability claims office at 1-800-291-0112
- This is essential to assist us in obtaining the medical documentation needed to make initial and ongoing determinations.

**Notify your Supervisor or HR representative:**

- If you have not done so already, please notify your supervisor or your HR representative of your absence as soon as possible.

**Your Responsibility for Medical Information/Documentation**

- We will attempt to contact your physician to obtain the necessary medical information to make a claim determination; however, ***you are ultimately responsible*** to make sure we receive the information/documentation.

- Medical documentation may include, but is not limited to, office visit notes, physical and or mental evaluations, progress notes, operative reports, test results (MRIs, CT Scans, etc), pharmacy records.

**Determinations:**

- A determination is based on the totality of the medical information received.
- Once information is received the case manager will have up to 72 hours to review the information.
- Once a determination is made, you will be notified in writing.
- If it is determined that a review by our clinical services department is needed, then that review can take up to 10 business days.
- We will follow up with you and your providers approximately every 15 days for any outstanding medical records.
- If the necessary information is not received within 45 days, we will have no alternative but to deny your claim for disability benefits.
- Your STD Benefits will not be paid until a determination is rendered.
- You may look up the status of your claim online at MyLincolnPortal.com.

**Ongoing claims management:**

- If you are unable to return to work as of your initial disability end date (approved through date), you will need to provide us with additional medical information.
- Benefits will not be extended until additional medical information is received that supports continued disability.

**STD benefits:**

- Your Ryder STD plan provides that, in a 12-month rolling period:
    - Eligible hourly employees may receive up to 26 weeks of disability benefits, (the first week of disability is the plan elimination period in which no benefit payment is issued).
    - Eligible salaried employees may receive up to 5 months of disability income benefits.
- The amount of benefits will depend on your election with Ryder. For more information, go to www.Ryder.BenefitsNow.com to review the STD section of the Summary Plan Description.

**Benefits & Health Care Coverage Reminder:**

If your STD claim is related to the birth of your child and you wish to add the child to your Ryder health care plans, you must do so within 31 days of the baby's date of birth. You can enroll your child online by logging into www.Ryder.BenefitsNow.com or by calling the Ryder

BenefitsNow Service Center at 1-800-280-2999. Your child's social security number is not required to complete this initial enrollment.

**Employee Assistance Program (EAP):**

We understand that coping with a health condition as well as a leave of absence can be stressful. Your employer and I would like to remind you that an Employee Assistance Program (EAP) is available to you and your household members at no cost. The EAP is a confidential, professional counseling and referral service that can assist you with feelings of stress, anxiety or depression, coping with change and other personal, family or financial concerns. You can reach FEI Behavioral Health, 24 hours a day, 7 days a week at 1-800-323-0751. You can also go online at www.feibh.com/rsi.

If there is anything I can do to help you with your claim or if you have any questions about this letter please call me at the number below.

Sincerely,

Jaclyne Humphrey
Disability Case Manager
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

Enclosures

00000021 LFFP4JD1 00000058

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be
retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) ______________________________

Name of Claimant/Personal Representative (Signature)______________________________

Description (Title) of Personal Representative ______________________________

Date of Birth:_10/29/1960_ Claim Number:_14892253_ Date: ____________________

**A copy of this authorization will be considered as valid as the original.**

00000021 LFPP4JD1 00000059 E

Lincoln Financial Group

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

000021 LFPP4JD1 100000

PRAVEEN KHURANA
261 DANIEL DR
MISSOULA, MT 59802-0000

S 00000021 LFPP4JD1 00000056

Presorted First Class
U.S. Postage
Paid
Lincoln Financial Group

[redacted]

NSN

*Personal & Confidential*
*Open Immediately*

NIXIE 591 DE 1 0011/09/23

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

NSN

BC: 68103257878 *2536-01210-06-36

321 JJ5980204925
68103?2578

001 20231115 001169891 003 0015

From: LFGNotifications@LFG.com
Sent: Wednesday, November 15, 2023 10:54:49 AM
To: MATMAN00US@YAHOO.COM;
CC:
BCC:
Subject: [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana
Attachments: 6tbhffi13ffwdjqpqboe_16570751.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 15, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

Our email address is disabilitydocuments@lfg.com .

If you have any questions regarding this matter, please contact me.

Sincerely,

Jaclyne Humphrey
Claims Examiner II, Claims
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

Date: November 14, 2023

Subject: **Nursing Memorandum**

***Claim #:*** 14892253

***Claimant:*** Praveen Khurana

***Clinical Assessment:***

EE is a 63 YOM who ceased work on 10/24/23 due to reported syncope (fainting) while driving. Pertinent comorbid conditions include diabetes, high cholesterol, high BP, obesity, and paroxysmal atrial fibrillation (A-fib; episodes of irregular heart rhythm).

File reviewed to determine any treatment for syncope or related condition during the pre-ex period of 2/19/23 through 5/18/23. Records show OVs on 2/27/23 and 4/14/23 at the CHAS Health clinic for routine diabetes management with monitoring of his home glucose levels. There are no documented episodes of hypoglycemia (low blood sugar; can cause fainting), and the OVNs encourage maintenance of blood glucose control with adherence to his prescribed insulin, as well as healthy diet and regular exercise. Of note, medications were also continued for high cholesterol and high blood pressure at these visits. Milliman pharmacy report shows no active prescriptions refilled during the pre-ex time period, however OVNs indicate EE refilled Atenolol (prescribed for blood pressure and A-fib) on 2/27/23. No EOBs are available.

Current records as of DOD show EE had a phone visit on 10/24/23 by Kathleen Sionzon-Ogden, ARNP (PCP) for intermittent stiffness and twitching of his right index finger for two weeks, and he was subsequently referred to PT (no records). On 10/27/23, EE was seen for diabetes f/u and noted to have an elevated hemoglobin A1C (measures average blood sugar levels over 3 months); however, EE reports recent noncompliance with his insulin and was encouraged to focus on adherence to his medication regimen. On 11/2/23, EE had another phone visit with NP Sionzon-Ogden to discuss monitoring of his multiple comorbid conditions, and labs were ordered, with in-person f/u scheduled for an EKG. On 11/8/23, EE was seen by Caitlin Miller, PA-C (family medicine) to discuss his disability paperwork. He states he had a syncopal episode in October 2023 and failed his DOT exam. AP notes EE has a history of paroxysmal atrial fibrillation and was previously referred to cardiology in 2020, but he was never seen. EE reports no further syncopal episodes; however, he endorses intermittent, daily episodes of weakness and rapid heart rate that resolve spontaneously. AP notes EKG completed in the office shows reassuring findings of normal sinus rhythm, and a cardiology referral is placed. An APS dated 11/9/23 lists diagnosis of syncope (R55.0); however, no R/Ls are specified. Form advises EE OOW pending cardiology evaluation.

In summary, records indicate EE treated for diabetes during the pre-ex period of 2/19/23 through 5/18/23; he was also prescribed/refilled medications for high blood pressure, high cholesterol, and A-fib during this timeframe. However, it remains unclear if these conditions caused or contributed to the reported syncopal episode and/or failed DOT exam which led to workplace separation, as the cardiology evaluation remains outstanding to determine etiology of syncope and DOT exam is not provided.

Therefore, additional information is needed. Recommend CS obtain the complete DOT exam as well as records/work up from cardiologist before clinical re-referral. CS updated; assignment complete.

Ashley B, RN

Nurse Disability Consultant, Lincoln Financial Group

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, November 9, 2023 4:42:41 PM |
| To: | MATMAN00US@YAHOO.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana |
| Attachments: | pjl44trmxb0vzwkltm8v_16537550.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 9, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Ryder System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a member of our medical team.

We anticipate a response from the reviewing member of our medical team by November 15, 2023. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of your claim once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jaclyne Humphrey
Claims Examiner II, Claims
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

# CONFIDENTIAL Fax

**FROM:**

KATHLEEN SIONZON-OGDEN, ARNP
5921 N Market St, SPOKANE, WA 99208-2484
Phone: (509) 444-8200
Fax: (509) 482-6286

**TO:**

LINCOLN FINANCIAL GROUP
POB 2578, OMAHA, NE 68172
Phone: (800) 291-0112
Fax: (603) 334-0380

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:37448225-H-11411]

CONTINUATION OF INTERRUPTED FACSIMILE TRANSMISSION
Job Number: 1945395174-006-1

4 of 8 pages (excluding this cover sheet) were previously delivered at:

Lincoln Financial Group

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 201 0112
Secure Fax No.: (603) 334-0380

**Return To:** Jaclyne Humphrey

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Praveen | | Khurana | 14892253 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: syncope ICD -10 R55.0

Primary ICD diagnosis Description:

Secondary ICD Diagnosis Code:

Secondary ICD Diagnosis Description:

**Pregnancy** First Treated: Estimated Delivery: Date of Delivery: ☐ Vaginal ☐ C-Section

syncopal episode while driving truck, recalls losing consciousness for a few seconds , vision started getting dark, when consciousness recovered he found his truck on the other side of the road. Thankfully he was able to recover vehicle and move to the correct lane without getting involved in an MVA

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☑ Work Related

as above

If work related or injury, summarize circumstances

Date of

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 10/2023- unable to recall exact date of syncopal episode | | |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 11/2/23 | 11/9/23 | |

Dates hospital confined: ______ to ______

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103 2578
Phone No. (800) 291 0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

~~Restrictions (what the patient SHOULD NOT do)~~

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

awaiting for cardiology workout

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____________

Dressing ____________

Transferring ____________

Bathing ____________

Toileting ____________

Eating ____________

## 5. Treatment

referred for cardiology workup,
awaiting for referral to be process
and patient scheduled

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning ____________

## 6. Prognosis

TBD

Describe the patients prognosis for recovery

cardiology workup

Describe ongoing treatment frequency

TBD

Patient able to return to work Full-Time on

______ to ______

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change

## 7. Physician's Information

Name

Street Address

Electronically signed by KATHLEEN SIONZON-OGDEN, ARNP on 11/09/2023 at 12:37::07 pm

City State Zip Code

Phone Number Fax Number

Signature Date

Lincoln Financial Group is not responsible for charges incurred due to completion of this form The patient is responsible for any charges associated with form completion

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS. A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16033340380 |
| FROM | Records |
| DATE | 2023-11-08 16:00:53 PST |
| RE | CLAIM 14892253 - PART 1/3 |

## COVER MESSAGE

Here are the records you requested. This fax is part one of three. Please call Health Records directly at (509) 434-0381 or email us at records@chas.org if you need anything else. Thank you!

**Health Records Department**
CHAS Health | Centralized Services
611 N. Iron Bridge Way | Spokane, WA 99202
T: 509.434.0381 | records@chas.org | chas.org

CHAS health

This electronic transmission and any documents accompanying this electronic transmission may contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on or regarding the contents of this electronically transmitted information is strictly prohibited. If you have received this e-mail in error, please notify the sender and delete this message immediately. Thank you.

# Medical Records - CONFIDENTIAL

FROM: WA - CHAS

Elise L
611 N Iron Bridge Way, SPOKANE, WA 99202-4932
Phone: (509) 434-0381
Fax: (509) 434-0392

TO: LINCOLN FINANCIAL GROUP

POB 2578, OMAHA, NE 68172
Phone: (800) 291-0112
Fax: (603) 334-0380

**Attention: CLAIM 14892253**

**Name: KHURANA, PRAVEEN K**

**DOB: 10/29/1960**

**Date Range: 02/19/2023 to 11/08/2023**

**This document contains the following records of the patient:**
- **Admin Documents**
- **Encounters and Procedures**
- **Imaging Results**
- **Lab Results**
- **Medication List**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:616109-A-11411]

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No: (800) 291-0[illegible]
Secure Fax No: (603) 334-0380

November 1, 2023

Dr. Kathleen Sionzon-Ogden

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253
Claimant: Praveen Khurana
Claimant D.O.B.: October 29, 1960

Dear Dr. Kathleen Sionzon-Ogden:

We are the Disability Claim Administrator for your patient, Praveen Khurana.

To evaluate Mr. Khurana's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 19, 2023 through present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  ___ Other

We ask that you provide this information by November 7, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khurana allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Khurana's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jaclyne Humphrey
Claims Examiner II, Claims
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
14892253-EMPLOYEE/CLAIMANT-10.27.2023

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatment, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work-related information and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and any dependents.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Praveen Khurana

Name of legal representative, if applicable (print) None Relationship None

Signature of claimant or legal representative PRAVEEN KHURANA Date: 10/27/2023

Date of Birth: 10/29/1960 Claim Number: 14892253

**A copy of this authorization will be considered as valid as the original.**

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**Encounter Date: 11/08/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (63yo, M) ID# 616109 | **Appt. Date/Time** | 11/08/2023 11:20AM |
| **DOB** | 10/29/1960 | **Service Dept.** | Market Street Clinic |
| **Provider** | CAITLIN MILLER, PA-C | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 985101684<br>Policy/Group # : 142290<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

: CS Video Visit - Medical

Coming in office for VV, discuss things and get paperwork

## Patient's Care Team

- **Primary Care Provider:** KATHLEEN SIONZON-OGDEN ARNP: 5921 N MARKET ST, SPOKANE, WA 99208-2484, Ph (509) 444-8888, Fax (509) 444-7806 NPI: 1295329365

## Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in (170.18 cm) 11/08/2023 10:25 am | **Wt:** | 210 lbs Stated (95.25 kg) 11/08/2023 10:43 am | **BMI:** | 32.9 11/08/2023 10:43 am |
| **BP:** | 118/74 sitting R arm 11/08/2023 10:45 am | **BP Cuff Size:** | adult 11/08/2023 10:44 am | **Pulse:** | 71 bpm 11/08/2023 10:45 am |
| **RR:** | 16 11/08/2023 10:45 am | **T:** | 97.9 F° oral (36.61 C) 11/08/2023 10:46 am | **O2Sat:** | 99% Room Air at Rest 11/08/2023 10:45 am |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

**atenoloL 50 mg tablet** 02/27/23 filled
TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED

**lancets 30 gauge** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** 10/03/23 prescribed
INJECT 10 UNITS UNDER THE SKIN EVERY DAY

**lisinopriL 2.5 mg tablet** 10/03/23 prescribed
TAKE 1 TABLET BY MOUTH EVERY DAY

**naloxone 4 mg/actuation nasal spray** 04/07/23 prescribed
For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives

**nitroglycerin 0.4 mg sublingual tablet** 04/27/22 started
Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022

**rosuvastatin 20 mg tablet** 09/12/23 prescribed
Take 1 tablet(s) every day by oral route.

**SF 5000 Plus 1.1 % dental cream** 10/19/22 filled
USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING

**tadalafiL 10 mg tablet** 06/09/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED

**tamsulosin 0.4 mg capsule** 10/03/23 prescribed
TAKE 1 CAPSULE BY MOUTH EVERY DAY

**TechLITE Pen Needle 31 gauge x 5/16"** 02/27/23 filled
Use as daily with lantus subcutaneous injection

**True Metrix Glucose Test Strip** 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**Trueresult Blood Glucose System kit** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 4.5 mg/0.5 mL subcutaneous pen injector** 09/12/23 prescribed
Inject 4.5 mg every week by subcutaneous route.

04/18/2023 verified with patient / JG

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF, 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad MA-C MA-C |

COMMUNITY HEALTH ASSOCIATION OF SPOKANE • 611 N Iron Bridge Way, SPOKANE WA 99202-4932

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B5 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co., Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CC |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/27/23 | 0.5 mL | Intramuscular | Deltoid, Left | 49281042388 | U8202CA | Sanofi Pasteur | 06/30/24 | Inactivated Influenza 08/06/2021 | 10/27/23 | Chantel Robinson, PHARMD |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CC |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2018 | 07/22/20 | Kelsey Snidal, MA-C, MA-C |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

## Problems

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Type 2 diabetes mellitus - Onset: 11/02/2023
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- Increased body mass index - Onset: 07/06/2023
- 
- Eye muscle imbalance - Onset: 07/06/2023
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Benign prostatic hyperplasia - Onset: 10/03/2023
- Disorder of nail - Onset: 07/06/2023
- Osteoarthritis of knee - left
- Syncope - Onset: 11/02/2023
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left
- Acquired trigger finger of right index finger - Onset: 10/24/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Reviewed Social History

**Marriage and Sexuality**

Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried

**Substance Use**

Cannabis or marijuana use?: No
Ever been in treatment for alcohol or drug use/abuse?: No
What is your level of alcohol consumption?: Occasional
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 11/08/2023
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate

**Diet and Exercise**

Can you walk up a flight of stairs without stopping to rest?: Yes
Does child eat well-balanced meals? Yes
What is your exercise level?: Moderate
What type of diet are you following?: Regular

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**Home and Environment**
Has weapons/firearms at home?: No
What is your home situation?: Other
Have there been any changes to your family or social situation?: No
Do you have any siblings?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Public Health and Travel**
Have you recently traveled abroad?: No
Symptoms of fever, cough, or shortness of breath?: No
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
How are your grades?: Good
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
When was your last dental cleaning?: 03/11/2022
When was your last physical exam?: (Notes: January 2020)
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Pre-Screener PRAPARE**
Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 11/08/2023
**PRAPARE**
PRAPARE Screening Completed on:: 11/08/2023
Are you worried about losing your housing?: Yes
What is the highest level of school that you have finished? More than high school
What is your current work situation?: I choose not to answer
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
Hookah use?: No
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
Illicit drugs: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**

Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History

- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y - allergic rhinitis**
Arthritis: **Y - osteoarthritis of left knee**
Asthma: **Y - asthma**
Colonoscopy: **Y - colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: **Y - diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: **Y - hyperlipidemia**
Hypertension: **Y - essential hypertension; benign hypertension**
Lung Disease: **Y - solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: **Y - osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: **Y - obesity; body mass index 30+**
Other: **Y - dental caries; paroxysmal atrial fibrillation**

## Screening

## HPI

You should have been asked to sign and submit our Assignment of Benefits and Notice of Privacy Practices before you joined your visit, do you have any questions or concerns before we begin? Yes

A telehealth consent is part of the Assignment of Benefits form you were asked to sign. The telehealth consent will appear on your care plan. Would you like me to read it before we begin? No

You may receive healthcare through telephone or video connection, referred to as Telehealth. While telehealth has several benefits including increased access to healthcare, there are risks. You have the right to refuse treatment through telehealth at any time. Risks related to malfunctioning equipment or poor phone or internet connection may disrupt or delay care. In-person visits may be required. In very rare instances, security protocols could fail causing a breach of privacy or personal medical information. Please refer to the CHAS Notice of Privacy Practices for more information about how we secure private data.

If our connection is lost, I will contact you at the phone number listed in your chart. It is your responsibility to ensure you have provided the best contact number so you can be reached if we are disconnected.

Patient location: Other in WA.

Provider location: Home in WA.

Medical Staff in Room Provider

63 yo male on video appt requesting EKG to get referral to cardiologist, PCP Kathleen. was scheduled to see her today in office but not available.

Patient had a syncopal episode 10/2023 and failed DOT exam
reports he had a brief syncopal episode, recalls losing consciousness for a few seconds , vision started getting dark, when consciousness recovered he found his truck on the other side of the road. Thankfully he was able to recover vehicle and move to the correct lane without getting involved in an MVA,
unknown trigger
hx of paroxysmal afib in distant past never anticoagulated and not currently taking anything including ASA, no previous cardiology eval. referred in 2020 by previous PCP. did not follow up.last ekg on file 4/27/2022- sinus rhythm
hx of HTN, hyperlipidemia, DM, obesity
Dad: MI

**KHURANA, Praveen K (id #616109, dob: 10/29/1960) CLAIM 14892253**

denies recurrence of syncopal episode however has been feeling rapid heartrate and feeling weak. episodes are daily, worse in evening. last episode 1 hour ago. Resolved after

Denies headaches, light headedness, dizziness, SOB, chest pain, cough, edema, apnea, sudden loss of hearing or vision, muscle weakness, incoordination, confusion, slurred speach

## ROS

**ROS as noted in the HPI**

## Physical Exam

The physical exam was limited to what could be observed over the video monitor. Any vital signs were reported by the patient via home devices.

Constitutional: Does not appear to be in acute distress.

Neurological: Alert and oriented to person, place, and time.

Skin: No rash or other visible abnormality noted.

Psychiatric: Normal mood and affect. Behavior, judgement and thought content are normal.

## Assessment / Plan

Thanks for participating in our virtual visit today! You will find a summary of the visit on our portal.

**1. Syncope -**
bloodwork previously ordered and obtained by PCP.

EKG today co-reviewed with Daniel Troupe PA-C in office, reassuring. ER precautions given

Referral placed to cardiology 11/7/23 by PCP

Discussed anticoagulation possibilities given history of paroxysmal afib, patient is not interested in starting anticoagulation today and this is deferred to cardiology assessment

Go to the ER or call 911 if you experience any chest pain with palpitations, sweating, dizziness, shortness of breath or radiation of pain to your arms/neck/face, or weakness

Per FD note you are to follow up with Kathleen 11/9 and she will complete FMLA paperwork
R55: Syncope and collapse
- ELECTROCARDIOGRAM

**2. Ready for enhanced communication -**
Video Visit. New billing guidance effective 5/14/20. Visit duration in minutes
30min

Z78.9: Other specified health status

ELECTROCARDIOGRAM

Review of electrocardiogram taken on 11/08/2023 at Market Street Clinic shows:
Rate & Rhythm:
Rate & Rhythm: normal sinus rhythm 67rate.
Axis:
QRS: normal.
Intervals:
PR Interval: normal.
QRS Duration: normal.
QT Interval: normal QTc.
Interpretation:
12 lead ECG: normal.

**Discussion Notes**
***Patient preferences have been discussed and considered.***Portions of this report may have been created with MModal voice recognition software. Efforts were made to ensure accuracy, but wrong-word substitutions or "sound-alike" substitutions may have occurred due to the inherent limitations in this technology.**** Indications and correct use of medicine(s) was described in detail to include any potentially adverse side effects. Patient verbally gives understanding and will use prescription(s) appropriately, and will immediately take discussed action if any such effects present.

Return to Office

- Mouayed Karem-Hamid, DDS for Dental Restorative 60 at Maple Dental on 11/17/2023 at 09:45 AM
- Chantel Robinson, PharmD for Video Visit 40 - Qure4u at Cheney Health Center on 12/06/2023 at 08:00 AM
- Kathleen Sionzon-Ogden, ARNP for Office Visit 20 at Market Street Clinic on 02/05/2024 at 08:40 AM
- for POE at Latah Dental on or around 03/02/2024

Encounter Sign-Off

Encounter signed-off by Caitlin Miller, PA-C, 11/08/2023.

Encounter performed and documented by Caitlin Miller, PA-C
Encounter reviewed & signed by Caitlin Miller, PA-C on 11/08/2023 at 11:36am

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**Encounter Date: 11/02/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (63yo, M) ID# 616109 | **Appt. Date/Time** | 11/02/2023 09:00AM |
| **DOB** | 10/29/1960 | **Service Dept.** | Market Street Clinic |
| **Provider** | KATHLEEN SIONZON-OGDEN, ARNP | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 985101684<br>Policy/Group # : 142290<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

CS Video Visit - Medical

Heart Issues to discuss and eye, R knee and ankle joint pain

## Patient's Care Team

**Primary Care Provider:** KATHLEEN SIONZON-OGDEN ARNP: 5921 N MARKET ST, SPOKANE, WA 99208-2484, Ph (509) 444-8888, Fax (509) 444-7806 NPI: 1295329365

## Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**

## Vitals

2023-11-02 09:05

**Ht:** 5 ft 7 in Stated (170.18 cm) **Wt:** 214 lbs (97.07 kg) **BMI:** 33.5

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

**atenoloL 50 mg tablet** 02/27/23 filled
TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED

**lancets 30 gauge** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** 10/03/23 prescribed
INJECT 10 UNITS UNDER THE SKIN EVERY DAY

| | | |
|---|---|---|
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 10/03/23 | prescribed |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **rosuvastatin 20 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 09/12/23 | prescribed |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED | 06/09/23 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 10/03/23 | prescribed |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |
| **True Metrix Glucose Test Strip**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 04/27/22 | filled |
| **TRUEplus Lancets 28 gauge**<br>USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED | 03/09/22 | filled |
| **Trueresult Blood Glucose System kit**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014 | 10/10/14 | started |
| **Trulicity 4.5 mg/0.5 mL subcutaneous pen injector**<br>Inject 4.5 mg every week by subcutaneous route. | 09/12/23 | prescribed |

04/18/2023 verified with patient / JG

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF, 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US, Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hogstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 08/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |

## KHURANA, Praveen K (id #616109, dob: 10/29/1960) CLAIM 14892253

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/08/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/28/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/28/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465AS | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/27/23 | 0.5 mL | Intramuscular | Deltoid, Left | 49281042388 | U8202CA | Sanofi Pasteur | 06/30/24 | Inactivated Influenza 08/06/2021 | 10/27/23 | Chantel Robinson, PHARMD |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | u15354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/08/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| zoster recombinant | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 |

## Problems

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Type 2 diabetes mellitus - Onset: 11/02/2023
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- Increased body mass index - Onset: 07/06/2023
-
- Eye muscle imbalance - Onset: 07/06/2023
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Benign prostatic hyperplasia - Onset: 10/03/2023
- Disorder of nail - Onset: 07/06/2023
- Osteoarthritis of knee - left
- Syncope - Onset: 11/02/2023
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left
- Acquired trigger finger of right index finger - Onset: 10/24/2023

## Family History

Reviewed Family History

Mother - Hypertensive disorder
- Diabetes mellitus

## Social History

Reviewed Social History

**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Substance Use**
Cannabis or marijuana use?: No
Ever been in treatment for alcohol or drug use/abuse?: No
What is your level of alcohol consumption?: Occasional
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 11/02/2023
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate
**Diet and Exercise**
Can you walk up a flight of stairs without stopping to rest?: Yes
What is your exercise level?: Moderate
What type of diet are you following?: Regular
**Home and Environment**
What is your home situation?: Other
Have there been any changes to your family or social situation?: No

Do you have any siblings?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes

**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes

**Public Health and Travel**
Symptoms of fever, cough, or shortness of breath?: No
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No

**Advance Directive**
Is blood transfusion acceptable in an emergency?: No

**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
How are your grades?: Good
Are you currently employed?: No
What is your occupation?: Cook

**Activities of Daily Living**
When was your last dental cleaning?: 03/11/2022
When was your last physical exam?: (Notes: January 2020)
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Pre-Screener PRAPARE**
Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 04/18/2023

**PRAPARE**
PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
Hookah use?: No
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
Illicit drugs: No

**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes

**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y - allergic rhinitis**
Arthritis: **Y - osteoarthritis of left knee**
Asthma: **Y - asthma**
Colonoscopy: **Y - colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrholds; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: **Y - diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: **Y - hyperlipidemia**
Hypertension: **Y - essential hypertension; benign hypertension**
Lung Disease: **Y - solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: **Y - osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: **Y - obesity; body mass index 30+**
Other: **Y - dental caries; paroxysmal atrial fibrillation**

## Screening

## HPI

VV with 63 yo male patient for multiple concern

failed DOT exam in October
reports he had a brief syncopal episode, recalls losing consciousness for a few seconds , vision started getting dark, when consciousness recovered he found his truck on the other side of the road. Thankfully he was able to recover vehicle and move to the correct lane without getting involved in an MVA>
unknown trigger
recalls hx of irregular heart beat. no previous cardiology eval. referred in 2020 by previous PCP. did not follow up.last ekg on file 4/27/2022- sinus rhythm
hx of HTN, hyperlipidemia

denies recurrence of syncopal episode since he has been off work. has been working 10-12 hour days 6 days a week.

Denies headaches, lightheadedness, dizziness, SOB, chest pain, cough, edema, apnea, sudden loss of hearing or vision, muscle weakness, incoordination

DIABETES TYPE 2- diagnosed in 2021,
****** due for bloodwork. pended bloodwork, expired, will reorder

diabetic eye exam: 3/22- normal. referred back 7/25/23- has not scheduled
Urine protein check: 2/27/23- normal
Foot care and exam: due
Lisinopril use: 2.5 mg
Statin use: Rosuvastatin 20 mg
hemoglobin A1C: 8.5% 6/30/23
has CGM- ave glucose 218

Denies hypoglycemic events of sweating, rapid heart rate, tremor.
Denies increased thirst, urinary frequency and urgency.

Current DM Regimen:
Lantus 10 u daily- does ot use daily
trulicity 4.5 mg weekly

Other relevant medications
1. Rosuvastatin 20 mg
2. Lisinopril 2.5 mg

PMH
BPH
sx nocturia, weak urinary stream, dribbling, urinary frequency and urgency- resolved with medication
meds: tamsulosin 0.4 mg daily- started by urology- effective. no SE, saw palmetto- effective. no SE
PSA 2020- normal. will recheck

You should have been asked to sign and submit our Assignment of Benefits and Notice of Privacy Practices before you joined your visit, do you have any questions or concerns before we begin? No

A telehealth consent is part of the Assignment of Benefits form you were asked to sign. The telehealth consent will appear on your care plan. Would you like me to read it before we begin? No

You may receive healthcare through telephone or video connection. referred to as Telehealth. While telehealth has several benefits including increased access to healthcare, there are risks. You have the right to refuse treatment through telehealth at any time. Risks related to malfunctioning equipment or poor phone or Internet connection may disrupt or delay care. In-person visits may be required. In very rare instances, security protocols could fail causing a breach of privacy or personal medical information. Please refer to the CHAS Notice of Privacy Practices for more information about how we secure private data.

If our connection is lost, I will contact you at the phone number listed in your chart. It is your responsibility to ensure you have provided the best contact number so you can be reached if we are disconnected.

Patient location: Other in WA.

Provider location: Clinic in WA.

Medical Staff in Room Provider

## ROS

**ROS as noted in the HPI**

## Physical Exam

The physical exam was limited to what could be observed over the video monitor. Any vital signs were reported by the patient via home devices.

Constitutional: Does not appear to be in acute distress.

Neurological: Alert and oriented to person, place, and time.

Skin: No rash or other visible abnormality noted.

Psychiatric: Normal mood and affect. Behavior, judgement and thought content are normal.

## Assessment / Plan

Thanks for participating in our virtual visit today! You will find a summary of the visit on our portal.

**1. Type 2 diabetes mellitus -**
bloodwork as below
E11.9: Type 2 diabetes mellitus without complications
- HEMOGLOBIN A1C - Specimen source: Blood venous Note to Lab: may draw any time

- COMPREHENSIVE METABOLIC PANEL - Specimen source: Blood venous Note to Lab: may draw any time
- LIPID PANEL WITH REFLEX TO DIRECT LDL - Specimen source: Blood venous Note to Lab: may draw any time
- CBC (INCLUDES DIFF/PLT) - Specimen source: Blood venous Note to Lab: may draw any time
- VITAMIN B12/FOLATE, SERUM PANEL - Specimen source: Blood venous Note to Lab: may draw any time

**2. Syncope -**
bloodwork as below. he has a follow up appointment 11/8. will complete ekg during visit for cardiology referral
R55: Syncope and collapse
- TSH W/REFLEX TO FT4 - Specimen source: Blood venous
- MAGNESIUM - Specimen source: Blood venous

**3. Ready for enhanced communication -**
Video Visit. New billing guidance effective 5/14/20. Visit duration in minutes
30min

Z78.9: Other specified health status

**4. Increased body mass index -**
Reducing excess body weight is one of the most important health priorities and we want to help with your care and effort to succeed. Losing just 5-10% of excess body weight is worthwhile. It improves quality of life and reduces the risks for:
-heart attack
-stroke
-diabetes
-fatty liver disease
-and certain cancers
At CHAS Health we have several options and methods to help. Weight loss starts with a healthy diet: replacing sugar-sweetened beverages with water, reducing processed foods, and eating mostly vegetables are a great start for improving diet. Meeting with one of our Registered Dietitians is a first-line recommendation from the American Heart Association and they can work with you to help you reach your goals. We can also help you access our "Pathways to Wellness" partnership with the YMCA, which combines personalized and group care to improve diet and exercise. Your clinician can discuss medical assistance with weight loss, or refer you to further expert consultants as needed. Please be encouraged to discuss this important topic with your clinician
E66.9: Obesity, unspecified
- LEARNING ABOUT HEALTHY WEIGHT

## Return to Office

- Kathleen Sionzon-Ogden, ARNP for Office Visit 20 at Market Street Clinic on 11/08/2023 at 09:40 AM
- Mouayed Karem-Hamid, DDS for Dental Restorative 60 at Maple Dental on 11/17/2023 at 09:45 AM
- Chantel Robinson, PharmD for Video Visit 40 - Qure4u at Cheney Health Center on 12/06/2023 at 08:00 AM
- Kathleen Sionzon-Ogden, ARNP for Office Visit 20 at Market Street Clinic on 02/05/2024 at 08:40 AM
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off

Encounter signed-off by Kathleen Sionzon-Ogden, ARNP, 11/02/2023.

Encounter performed and documented by Kathleen Sionzon-Ogden, ARNP
Encounter reviewed & signed by Kathleen Sionzon-Ogden, ARNP on 11/02/2023 at 3:58pm

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**
**Encounter Date: 10/27/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 10/27/2023 10:40AM |
| **DOB** | 10/29/1960 | **Service Dept.** | Denny Murphy Clinic |
| **Provider** | CHANTEL ROBINSON, PHARMD | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 985101684<br>Policy/Group # : 142290<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Diabetes (Crx), Specimen Collection

## Patient's Care Team

**Primary Care Provider:** KATHLEEN SIONZON-OGDEN ARNP: 5921 N MARKET ST, SPOKANE, WA 99208-2484, Ph (509) 444-8888, Fax (509) 444-7806 NPI: 1295329365

## Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**
CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291
CVS/PHARMACY #7168 (ERX): 1725 W. BOUGHTON ROAD, BOLINGBROOK, IL 60490, Ph (630) 759-6324, Fax (630) 759-6326

## Vitals

2023-10-27 12:42

**Ht:** 5 ft 7 in (170.18 cm) **Wt:** 214 lbs With clothes (97.07 kg) **BMI:** 33.5

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/24/2023)

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

**atenoloL 50 mg tablet** 02/27/23 filled
TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED

**lancets 30 gauge** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** 10/03/23 prescribed
INJECT 10 UNITS UNDER THE SKIN EVERY DAY

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**lisinopriL 2.5 mg tablet** 10/03/23 prescribed
TAKE 1 TABLET BY MOUTH EVERY DAY

**naloxone 4 mg/actuation nasal spray** 04/07/23 prescribed
For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives

**nitroglycerin 0.4 mg sublingual tablet** 04/27/22 started
Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022

**rosuvastatin 20 mg tablet** 09/12/23 prescribed
Take 1 tablet(s) every day by oral route.

**SF 5000 Plus 1.1 % dental cream** 10/19/22 filled
USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING

**tadalafiL 10 mg tablet** 06/09/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED

**tamsulosin 0.4 mg capsule** 10/03/23 prescribed
TAKE 1 CAPSULE BY MOUTH EVERY DAY

**TechLITE Pen Needle 31 gauge x 5/16"** 02/27/23 filled
Use as daily with lantus subcutaneous injection

**True Metrix Glucose Test Strip** 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**Trueresult Blood Glucose System kit** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 4.5 mg/0.5 mL subcutaneous pen injector** 09/12/23 prescribed
Inject 4.5 mg every week by subcutaneous route.

04/18/2023 verified with patient / JG

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF, 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 08/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicola Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| **Diphtheria, Tetanus, Pertussis** | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| **Hepatitis A** | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA766B6 | GlaxoSmithKline | | | | |
| **Hepatitis B** | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co., Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| **Influenza** | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/27/23 | 0.5 mL | Intramuscular | Deltoid, Left | 49281042388 | U8202CA | Sanofi Pasteur | 06/30/24 | Inactivated Influenza 08/06/2021 | 10/27/23 | Chantel Robinson, PHARMD |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | u15354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| **Pneumococcal** | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/08/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| **Zoster** | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

## Problems

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- Increased body mass index - Onset: 07/06/2023
-
- Eye muscle imbalance - Onset: 07/06/2023
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Benign prostatic hyperplasia - Onset: 10/03/2023
- Disorder of nail - Onset: 07/06/2023
- Osteoarthritis of knee - left
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left
- Acquired trigger finger of right index finger - Onset: 10/24/2023

## Family History

Family History not reviewed (last reviewed 10/24/2023)

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 10/24/2023)
**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Substance Use**
Cannabis or marijuana use?: No
Ever been in treatment for alcohol or drug use/abuse?: No
What is your level of alcohol consumption?: Occasional
Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 10/24/2023
**Diet and Exercise**
Can you walk up a flight of stairs without stopping to rest?: Yes
What is your exercise level?: Moderate
What type of diet are you following?: Regular
**Home and Environment**
What is your home situation?: Other
Have there been any changes to your family or social situation?: No
Do you have any siblings?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Public Health and Travel**
Symptoms of fever, cough, or shortness of breath?: No
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No

240P118

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Education and Occupation**
Are you currently in school?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
When was your last dental cleaning?: 03/11/2022
When was your last physical exam?: (Notes: January 2020)
Do you have difficulty walking or climbing stairs?: No
**Pre-Screener PRAPARE**
Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 04/18/2023
**PRAPARE**
PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
Hookah use?: No
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
Illicit drugs: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 10/24/2023)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/24/2023)
Allergies/Hayfever: **Y - allergic rhinitis**
Arthritis: **Y - osteoarthritis of left knee**
Asthma: **Y - asthma**
Diabetes: **Y - diabetes mellitus type II, diagnosed in 2014**
Hypertension: **Y - essential hypertension; benign hypertension**
Other: **Y - dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

Reason for visit: DM f/u
Referring Provider/PCP: Amy Larson

Pertinent social/medical history: Mother Hx of MI, DM and htn
Diagnosis: type 2 DM 4-5 years ago
Evidence of nephropathy/microalbuminuria: none:
Hx of MI/ CAD: none
DM complications- none
Other complications: HTN, hyperlipidemia, obesity, paroxysmal A-fib, No hx of pancreatitis or gastroparesis

Current DM Regimen
1. Lantus 10 units daily - Taking 20 u BID if BGs are high
2. Trulicity 4.5 mg -adherent

Other relevant medications: denies missed meds
1. Rosuvastatin 20 mg
2. Lisinopril 2.5 mg

Interval Hx: Pt is doing well. He is tolerating the Trulicity well. He reports good adherence to the Trulicity but not to the Lantus. He states that he restarted the Lantus 20 u BID if BGs are high in the last week.

CGM download: linked to sharing. See download in clinical section of the chart from: 10/14/23 - 10/27/23
CGM active: 26%, was 75%
Avg Glucose: 240, was 205
GMI: n/a, was 8.2%
TIR: 28%, was 13%
TAR: 27%, was 82%
TAR > 250 mg/dl: 45%, was 5%
TBR: 0%, was 0%
TBR < 54 mg/dl: 0%, was 0%
Scans/day: 12, was 9
Low glucose events: 0, was 0 (avg min)

A1C: 9.5 (10/27/23), 8.5 % (06/30/2023), 8.1% on 04/14/2023, 7.4% on 02/27/2023, 8.2% on 08/30/22, 9.0% 0n 07/01/22, 8.8% on 02/10/22

Diet: Has been eating on the road, not very good diet. Prev: No changes previous: Eats three times daily. BF= Eggs, lunch and dinner= Mostly chicken and some rice , snacking chocolates,- completely changed his diet when he was in vacation- increased veggies and fish

Exercise: not intentionally ; remains active
Foot exam: 8/30/22
Eye exam: 3/8/22 @ Empire Eye
Evidence of retinopathy: no DR, mild cataracts OU
Dental exam: 02/27/2023
Tobacco: never smoker
Vaccines- COVID, Flu, RSV

LABS on 09/06/22
Lipids: total= 185, HDL = 51, LDL=108, Trigs=148
UACR: wnl on 02/27/2023
CMP/GFR: GFR- 97, Cr- 0.90
TSH: 5/9/17 - due
CBC: H/H- wnl

ASCVD: 17.6% (6/30/23)

Pt tried jardiance, victoza, glipizide in the past; DC, did not tolerate them. Novolog with the meals- pt reports HR increasing. DC metformin- due to side effects.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is alert and oriented x 3. No acute physical concerns at today's visit.

## Procedure Documentation

**Specimen Collection:**

| | |
|---|---|
| Primary Specimen Collection | |
| Collection Successful | Yes |
| If No, # of attempts and plan: | - |
| Primary Specimen Source: | Capillary Blood |
| Specimen Site: | Right Hand |
| Collection Site if Other: | |
| Collected by: | crobinson286 |
| Collection Date/Time: | 10/27/202310:45AM |
| Order Origination: | Office Visit |
| Original Order Date: | 10/27/2023 |
| Secondary Specimen Collection | |
| Collection Successful | |
| If No, # of attempts and plan: | - |
| Secondary Specimen Source: | |
| Specimen Notes: | |
| Collection Site if Other: | |
| Collected by: | |
| Collection Date/Time: | |
| Order Origination: | |
| Original Order Date: | |

Additional Source(s):

Additional Notes:

## Assessment / Plan

**1. Diabetes mellitus -**

Assessment: BG control has significantly worsened with A1c of 9.5% today. Discussed the importance of taking his insulin every day instead of just when BGs are high. Also discussed wearing his Libre all the time now that insurance is paying for it. No med changes today, focused on adherence.

Plan
DM Medications:
1. Take Lantus 20 u BID EVERY DAY no matter your BGs.
2. Continue Trulicity 4.5 mg sq weekly

Other medications:
1. Continue rosuvastatin 20 mg daily
2. Continue lisinopril 2.5 mg.

Monitoring goals: Keep checking your blood sugars via Libre 3.

Diet goals: Be mindful of portion sizes at meals

Exercise goals: Start walking at least 30 minutes- 3 times/week

Reducing risk education: Test your blood sugar whenever you feel weird. If your blood sugar is below 70, correct with 15 grams of sugar (4 glucose tablets, 4 oz of juice or soda, or 5-6 hard candies). Check again in 15 min and repeat if still under 70. When your BS returns to normal (over 70) each a snack or meal.

Follow-up: Dec w/Chantel

PCP f/u: 2/5/24 w/Kathleen

** Topics for future: Adherence
E11.9: Type 2 diabetes mellitus without complications
- HEMOGLOBIN A1C, FINGERSTICK - Specimen source: Blood capillary

**2. Administration of influenza vaccine -**
We recommended you receive the flu shot today. Annual flu vaccinations will help protect you and other vulnerable people around you from this serious illness. You cannot get influenza from this immunization.
Z23: Encounter for immunization
- FLUZONE QUAD 2023-2024 (PF) 60 MCG (15 MCG X 4)/0.5 ML IM SYRINGE - Inject 0.5 mL IM once influenza, injectable, quadrivalent, preservative free Site: Deltoid, Left Qty: (0.5) mL Administered on 10/27/2023 Perform Date: 10/27/2023

HEMOGLOBIN A1C, FINGERSTICK
- Result:
  - **HGBA1c: 9.5**

**Patient Instructions**

It is recommended that people with diabetes exercise regularly. This is in addition to normal daily activities such as work or shopping. The goal is 30 minutes, 5 times a week (total of 150 minutes weekly) dedicated to getting your heart rate up. This can be brisk walking, swimming, cycling. Pick something you enjoy. If not currently exercising, listen to your body and start slow, even 10 minutes at a time is beneficial. In addition to heart health, exercise can be just as good as medication for lowering your blood sugars and decreases insulin resistance.

Be mindful of portion sizes at meals:

- 1 cup or less of starchy carbohydrates such as pasta, rice, potatoes, corn, peas, beans, or oatmeal (about the size of your fist or less)
- 3 oz of lean meats such as chicken breast, lean cuts of beef, pork tenderloin, or fish (about the size of your palm)
- work on making half of your plate non-starchy vegetables (greens, broccoli, tomato, cauliflower, carrots, mushrooms, peppers, cabbage)

Focus on including carbohydrates that contain fiber such as whole grains, beans, whole fruit, and winter squash. Limit sugary drinks (juice, soda, energy drinks) and refined carbohydrates (white pasta/breads, candy and other sweets) to occasionally.

## Return to Office
- Chantel Robinson, PharmD for Video Visit 40 - Qure4u at Cheney Health Center on 12/06/2023 at 08:00 AM
- Kathleen Sionzon-Ogden, ARNP for Office Visit 20 at Market Street Clinic on 02/05/2024 at 08:40 AM
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off
Encounter signed-off by Chantel Robinson, PharmD, 10/27/2023.

Encounter performed and documented by Chantel Robinson, PharmD
Encounter reviewed & signed by Chantel Robinson, PharmD on 10/27/2023 at 1:09pm

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**Encounter Date: 10/24/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 10/24/2023 11:00AM |
| **DOB** | 10/29/1960 | **Service Dept.** | Market Street Clinic |
| **Provider** | KATHLEEN SIONZON-OGDEN, ARNP | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 985101684<br>Policy/Group # : 142290<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

: Phone Visit

Trembling hands/ fingers

## Patient's Care Team

**Primary Care Provider:** KATHLEEN SIONZON-OGDEN ARNP: 5921 N MARKET ST, SPOKANE, WA 99208-2484, Ph (509) 444-8888, Fax (509) 444-7806 NPI: 1295329365

## Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**

CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291

CVS/PHARMACY #7168 (ERX): 1725 W. BOUGHTON ROAD, BOLINGBROOK, IL 60490, Ph (630) 759-6324, Fax (630) 759-6326

## Vitals

2023-10-24 11:02

**Ht:** 5 ft 7 in Stated (170.18 cm) **Wt:** 222 lbs Stated (100.7 kg) **BMI:** 34.8

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**LEVEMIR U-100 INSULIN:** Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 10 UNITS UNDER THE SKIN EVERY DAY | 10/03/23 | prescribed |

**lisinopriL 2.5 mg tablet** 10/03/23 prescribed
TAKE 1 TABLET BY MOUTH EVERY DAY

**naloxone 4 mg/actuation nasal spray** 04/07/23 prescribed
For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives

**nitroglycerin 0.4 mg sublingual tablet** 04/27/22 started
Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022

**rosuvastatin 20 mg tablet** 09/12/23 prescribed
Take 1 tablet(s) every day by oral route.

**SF 5000 Plus 1.1 % dental cream** 10/19/22 filled
USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING

**tadalafiL 10 mg tablet** 06/09/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED

**tamsulosin 0.4 mg capsule** 10/03/23 prescribed
TAKE 1 CAPSULE BY MOUTH EVERY DAY

**TechLITE Pen Needle 31 gauge x 5/16"** 02/27/23 filled
Use as daily with lantus subcutaneous injection

**True Metrix Glucose Test Strip** 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**Trueresult Blood Glucose System kit** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 4.5 mg/0.5 mL subcutaneous pen injector** 09/12/23 prescribed
Inject 4.5 mg every week by subcutaneous route.

04/18/2023 verified with patient / JG

## Vaccines

### Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hagstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hogstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B8 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co., Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 08/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ul5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

## Problems

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- Increased body mass index - Onset: 07/06/2023
- 
- Eye muscle imbalance - Onset: 07/06/2023
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Benign prostatic hyperplasia - Onset: 10/03/2023
- Disorder of nail - Onset: 07/06/2023
- Osteoarthritis of knee - left
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left
- Acquired trigger finger of right index finger - Onset: 10/24/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Reviewed Social History
**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Substance Use**
Cannabis or marijuana use?: No
Ever been in treatment for alcohol or drug use/abuse?: No
What is your level of alcohol consumption?: Occasional
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 10/24/2023
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate
**Diet and Exercise**
Can you walk up a flight of stairs without stopping to rest?: Yes
What is your exercise level?: Moderate
What type of diet are you following?: Regular
**Home and Environment**
What is your home situation?: Other
Have there been any changes to your family or social situation?: No
Do you have any siblings?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Public Health and Travel**
Symptoms of fever, cough, or shortness of breath?: No

Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No

**Advance Directive**
Is blood transfusion acceptable in an emergency?: No

**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
How are your grades?: Good
Are you currently employed?: No
What is your occupation?: Cook

**Activities of Daily Living**
When was your last dental cleaning?: 03/11/2022
When was your last physical exam?: (Notes: January 2020)
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Pre-Screener PRAPARE**
Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 04/18/2023

**PRAPARE**
PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
Hookah use?: No
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
Illicit drugs: No

**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes

**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History

- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Reviewed Past Medical History

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

Allergies/Hayfever: **Y - allergic rhinitis**
Arthritis: **Y - osteoarthritis of left knee**
Asthma: **Y - asthma**
Colonoscopy: **Y - colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: **Y - diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: **Y - hyperlipidemia**
Hypertension: **Y - essential hypertension; benign hypertension**
Lung Disease: **Y - solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: **Y - osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: **Y - obesity; body mass index 30+**
Other: **Y - dental caries; paroxysmal atrial fibrillation**

## Screening

## HPI

TV with 62 yo male patient

reports off and on stiffness and twitching of his right index finger x 2 weeks. lasts for 10-15 second. unknown trigger. no pain. no redness, warmth, swelling on joint, no injury or trauma
he is right hand dominant

hx of diabetes. hx of arthritis of his knee

patient denies fatigue, fever, chills, shortness of breath, chest pain, nausea, vomiting, diarrhea, dizziness, headache, changes in vision, changes in mental status

Did you receive a text message from us with links to our Assignment of Benefits and Notice of Privacy Practices? No

You can view our privacy practices on our website at chas.org/about-us/privacy, would you like me to read our privacy practices before we proceed? No

Do we have your permission to bill your insurance? Yes

Patient location: Home in WA.

Provider location: Clinic in WA.

You have chosen to receive care through a telephone-based visit.

This is a secure, privacy-protected visit. You have the right to stop or refuse treatment at any time.

If our connection is lost, I will contact you at the phone number listed in your chart. It is your responsibility to ensure you have provided the best contact number so you can be reached if we are disconnected.

## ROS

**ROS as noted in the HPI**

## Physical Exam

No direct PE exam performed due to the visit performed over the phone. However, the patient sounded well without any dyspnea detected over the phone. Patient was alert and orientated x 3 and appeared to have cognition intact.

## Assessment / Plan

**1. Planned telephone contact -**
Concern per subjective.

This visit was completed using telephonic technology. Efforts were made to ensure accuracy, however, interpretation errors may occur due to telephonic limitations and/or connectivity issues.

Visit duration in minutes
20min

Z76.89: Persons encountering health services in other specified circumstances

**2. Acquired trigger finger of right index finger-**
symptoms suspicious for trigger finger
care instructions reviewed
referral to PT sent, Our referral department should contact you within the next week. Please call CHAS (509)444-8200 and ask to speak with the referral center if you have not been contacted regarding your referral within the next week.
is symptoms do not improve after PT completion, will consider imaging

*pt reminded on pending bloodwork discussed during previous visit 10/3. also instructed to scheduled sooner appointment with clinical pharmacist for diabetes f/u. transferred to scheduling
M65.321: Trigger finger, right index finger
- TRIGGER FINGER: CARE INSTRUCTIONS
- PHYSICAL THERAPIST REFERRAL - Schedule Within: provider's discretion Note to Provider: please evaluate and treat possible arthritis left and right nad. trigger finger right index finger

**3. Increased body mass index -**
Reducing excess body weight is one of the most important health priorities and we want to help with your care and effort to succeed. Losing just 5-10% of excess body weight is worthwhile. It improves quality of life and reduces the risks for:
-heart attack
-stroke
-diabetes
-fatty liver disease
-and certain cancers
At CHAS Health we have several options and methods to help. Weight loss starts with a healthy diet: replacing sugar-sweetened beverages with water, reducing processed foods, and eating mostly vegetables are a great start for improving diet. Meeting with one of our Registered Dietitians is a first-line recommendation from the American Heart Association and they can work with you to help you reach your goals. We can also help you access our "Pathways to Wellness" partnership with the YMCA, which combines personalized and group care to improve diet and exercise. Your clinician can discuss medical assistance with weight loss, or refer you to further expert consultants as needed. Please be encouraged to discuss this important topic with your clinician
E66.9: Obesity, unspecified
- LEARNING ABOUT HEALTHY WEIGHT

## Return to Office

- Chantel Robinson, PharmD for Video Visit 40 - Qure4u at Cheney Health Center on 12/06/2023 at 08:00 AM
- Kathleen Sionzon-Ogden, ARNP for Office Visit 20 at Market Street Clinic on 02/05/2024 at 08:40 AM
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off

Encounter signed-off by Kathleen Sionzon-Ogden, ARNP, 10/24/2023.

Encounter performed and documented by Kathleen Sionzon-Ogden, ARNP
Encounter reviewed & signed by Kathleen Sionzon-Ogden, ARNP on 10/24/2023 at 1:11pm

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16033340380 |
| FROM | Records |
| DATE | 2023-11-08 16:00:52 PST |
| RE | CLAIM 14892253 - PART 2/3 |

## COVER MESSAGE

Here are the records you requested. This fax is part two of three. Please call Health Records directly at (509) 434-0381 or email us at records@chas.org if you need anything else. Thank you!

**Health Records Department**
CHAS Health | Centralized Services
611 N. Iron Bridge Way | Spokane, WA 99202
T: 509.434.0381 | records@chas.org | chas.org

CHAS health

This electronic transmission and any documents accompanying this electronic transmission may contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on or regarding the contents of this electronically transmitted information is strictly prohibited. If you have received this e-mail in error, please notify the sender and delete this message immediately. Thank you

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**Encounter Date: 10/03/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 10/03/2023 09:00AM |
| **DOB** | 10/29/1960 | **Service Dept.** | Market Street Clinic |
| **Provider** | KATHLEEN SIONZON-OGDEN, ARNP | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 985101684<br>Policy/Group # : 142290<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

: CS Video Visit - Medical

med refills

## Patient's Care Team

**Primary Care Provider**: KATHLEEN SIONZON-OGDEN ARNP: 5921 N MARKET ST, SPOKANE, WA 99208-2484, Ph (509) 444-8888, Fax (509) 444-7806 NPI: 1295329365

## Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**

CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291

CVS/PHARMACY #7168 (ERX): 1725 W. BOUGHTON ROAD, BOLINGBROOK, IL 60490, Ph (630) 759-6324, Fax (630) 759-6326

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in Stated (170.18 cm) 10/03/2023 08:59 am | **Wt:** 222 lbs Stated (100.7 kg) 10/03/2023 09:02 am | **BMI:** 34.8 10/03/2023 09:02 am |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 10 UNITS UNDER THE SKIN EVERY DAY | 10/03/23 | prescribed |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**lisinopriL 2.5 mg tablet** 10/03/23 prescribed
TAKE 1 TABLET BY MOUTH EVERY DAY

**naloxone 4 mg/actuation nasal spray** 04/07/23 prescribed
For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives

**nitroglycerin 0.4 mg sublingual tablet** 04/27/22 started
Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022

**rosuvastatin 20 mg tablet** 09/12/23 prescribed
Take 1 tablet(s) every day by oral route.

**SF 5000 Plus 1.1 % dental cream** 10/19/22 filled
USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING

**tadalafiL 10 mg tablet** 06/09/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED

**tamsulosin 0.4 mg capsule** 10/03/23 prescribed
TAKE 1 CAPSULE BY MOUTH EVERY DAY

**TechLITE Pen Needle 31 gauge x 5/16"** 02/27/23 filled
Use as daily with lantus subcutaneous injection

**True Metrix Glucose Test Strip** 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**Trueresult Blood Glucose System kit** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL: DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 4.5 mg/0.5 mL subcutaneous pen injector** 09/12/23 prescribed
Inject 4.5 mg every week by subcutaneous route.

04/18/2023 verified with patient / JG

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |

## KHURANA, Praveen K (id #616109, dob: 10/29/1960) CLAIM 14892253

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/05/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co, Inc | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5466A6 | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/16 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidul, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

## Problems

Reviewed Problems

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- Increased body mass index - Onset: 07/06/2023
-
- Eye muscle imbalance - Onset: 07/06/2023
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Benign prostatic hyperplasia - Onset: 10/03/2023
- Disorder of nail - Onset: 07/06/2023
- Osteoarthritis of knee - left
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Reviewed Social History
**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Substance Use**
Cannabis or marijuana use?: No
Ever been in treatment for alcohol or drug use/abuse?: No
What is your level of alcohol consumption?: Occasional
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 10/03/2023
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate
**Diet and Exercise**
Can you walk up a flight of stairs without stopping to rest?: Yes
What is your exercise level?: Moderate
What type of diet are you following?: Regular
**Home and Environment**
What is your home situation?: Other
Have there been any changes to your family or social situation?: No
Do you have any siblings?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Public Health and Travel**
Symptoms of fever, cough, or shortness of breath? No
Have you been to an area known to be high risk for COVID-19?: No

**KHURANA, Praveen K (id #616109, dob: 10/29/1960) CLAIM 14892253**

In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No

**Advance Directive**
Is blood transfusion acceptable in an emergency?: No

**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
How are your grades?: Good
Are you currently employed?: No
What is your occupation?: Cook

**Activities of Daily Living**
When was your last dental cleaning?: 03/11/2022
When was your last physical exam?: (Notes: January 2020)
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Pre-Screener PRAPARE**
Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 04/18/2023

**PRAPARE**
PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
What is the highest level of school that you have finished?: More than high school
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed? No
What is your current work situation?: I choose not to answer
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you? A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
Hookah use?: No
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
Illicit drugs: No

**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes

**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids, recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y - **allergic rhinitis**

Arthritis: **Y - osteoarthritis of left knee**
Asthma: **Y - asthma**
Colonoscopy: **Y - colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: **Y - diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: **Y - hyperlipidemia**
Hypertension: **Y - essential hypertension; benign hypertension**
Lung Disease: **Y - solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: **Y - osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: **Y - obesity; body mass index 30+**
Other: **Y - dental caries; paroxysmal atrial fibrillation**

## Screening

## HPI

VV with 62 yo male patient for medication refills

DIABETES TYPE 2- diagnosed in 2021,

diabetic eye exam: 3/22- normal, referred back 7/25/23- has not scheduled
Urine protein check: 2/27/23- normal
Foot care and exam: due
Lisinopril use: 2.5 mg
Statin use: Rosuvastatin 20 mg
hemoglobin A1C: 8.5% 6/30/23
has CGM- ave glucose 218

Denies hypoglycemic events of sweating, rapid heart rate, tremor.
Denies increased thirst, urinary frequency and urgency.

Current DM Regimen:
Lantus 10 u daily- does ot use daily
trulicity 4.5 mg weekly

Other relevant medications
1. Rosuvastatin 20 mg
2. Lisinopril 2.5 mg

BPH
sx nocturia, weak urinary stream, dribbling, urinary frequency and urgency- resolved with medication
meds: tamsulosin 0.4 mg daily- started by urology- effective. no SE, saw palmetto- effective. no SE
PSA 2020- normal. will recheck

patient denies fatigue, fever, chills, shortness of breath, chest pain, nausea, vomiting, diarrhea, dizziness, headache, changes in vision, changes in mental status

You should have been asked to sign and submit our Assignment of Benefits and Notice of Privacy Practices before you joined your visit, do you have any questions or concerns before we begin? No

A telehealth consent is part of the Assignment of Benefits form you were asked to sign. The telehealth consent will appear on your care plan. Would you like me to read it before we begin? No

You may receive healthcare through telephone or video connection, referred to as Telehealth. While telehealth has several benefits including increased access to healthcare, there are risks. You have the right to refuse treatment through telehealth at any time. Risks related to malfunctioning equipment or poor phone or internet connection may disrupt or delay care. In-person visits may be required. In very rare instances, security protocols could fail causing a breach of privacy or personal medical information. Please refer to the CHAS Notice of Privacy Practices for more information about how we secure private data.

If our connection is lost, I will contact you at the phone number listed in your chart. It is your responsibility to ensure you have provided the best contact number so you can be reached if we are disconnected.

**KHURANA, Praveen K (Id #616109, dob: 10/29/1960)** **CLAIM 14892253**

Patient location. Other in WA.

Provider location: Clinic in WA.

Medical Staff In Room Provider

## ROS

**ROS as noted In the HPI**

## Physical Exam

The physical exam was limited to what could be observed over the video monitor. Any vital signs were reported by the patient via home devices.

Constitutional: Does not appear to be in acute distress.

Neurological: Alert and oriented to person, place, and time.

Skin: No rash or other visible abnormality noted.

Psychiatric: Normal mood and affect. Behavior, judgement and thought content are normal.

## Assessment / Plan

Thanks for participating in our virtual visit today! You will find a summary of the visit on our portal.

**1. Diabetes mellitus -**
bloodwork as below
CONTINUE:
lantus 10 u daily
trulicity 4.5 mg weekly
lisinopril 2.5 mg daily
rosuvastatin 20 mg daily

check your BP 3-4 times a week, bring this with you on your f/u visit in 4 weeks
you are due for your annual eye exam. I am sending a referral. please schedule asap

E11.9: Type 2 diabetes mellitus without complications
- lisinopril 2.5 mg tablet - TAKE 1 TABLET BY MOUTH EVERY DAY Qty (90) tablet Refills: 3 Pharmacy: CHAS MARKET STREET PHARMACY
- AUTOMATIC BLOOD PRESSURE MONITOR - Use as directed. Qty: 1 Unit Refills: 0 Supplier: CHAS MARKET STREET PHARMACY
- Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen - INJECT 10 UNITS UNDER THE SKIN EVERY DAY Qty: (45) mL Pharmacy: CHAS MARKET STREET PHARMACY
- CBC (INCLUDES DIFF/PLT) - To be performed on or around 11/02/2023 Note to Lab. may draw anytime
- COMPREHENSIVE METABOLIC PANEL - To be performed on or around 11/02/2023 Note to Lab: may draw anytime
- LIPID PANEL WITH REFLEX TO DIRECT LDL - To be performed on or around 11/02/2023 Note to Lab: may draw anytime
- HEMOGLOBIN A1C - To be performed on or around 11/02/2023 Note to Lab may draw anytime

**2. Benign prostatic hyperplasia -**
rechecking your PSA levels

- Avoid caffeine or caffeine-containing products as it can make you urinate more frequently.
- Try to avoid drinking liquids 2 hours prior to your bedtime.
- Observe for potential triggers/aggravating factors for your symptoms.
- Continue Tamsulosin (Flomax)
- Follow up if your symptoms remain uncontrolled or worse.

N40.0: Benign prostatic hyperplasia without lower urinary tract symptoms

**KHURANA, Praveen K (id #616109, dob: 10/29/1960) CLAIM 14892253**

- tamsulosin 0.4 mg capsule - TAKE 1 CAPSULE BY MOUTH EVERY DAY Qty. (90) capsule Refills: 3 Pharmacy. CHAS MARKET STREET PHARMACY
- PSA, TOTAL WITH REFLEX TO PSA, FREE - To be performed on or around 11/02/2023 Note to Lab: may draw anytime

**3. Ready for enhanced communication -**
Video Visit. New billing guidance effective 5/14/20. Visit duration in minutes
30min

Z78.9: Other specified health status

**4. Increased body mass index -**
Reducing excess body weight is one of the most important health priorities and we want to help with your care and effort to succeed. Losing just 5-10% of excess body weight is worthwhile. It improves quality of life and reduces the risks for:
-heart attack
-stroke
-diabetes
-fatty liver disease
-and certain cancers
At CHAS Health we have several options and methods to help. Weight loss starts with a healthy diet: replacing sugar-sweetened beverages with water, reducing processed foods, and eating mostly vegetables are a great start for improving diet. Meeting with one of our Registered Dietitians is a first-line recommendation from the American Heart Association and they can work with you to help you reach your goals. We can also help you access our "Pathways to Wellness" partnership with the YMCA, which combines personalized and group care to improve diet and exercise. Your clinician can discuss medical assistance with weight loss, or refer you to further expert consultants as needed. Please be encouraged to discuss this important topic with your clinician
E66.9: Obesity, unspecified

- LEARNING ABOUT HEALTHY WEIGHT

-

Return to Office

- Chantel Robinson, PharmD for Video Visit 40 - Qure4u at Cheney Health Center on 12/06/2023 at 08:00 AM
- for POE at Latah Dental on or around 03/02/2024

Encounter Sign-Off
Encounter signed-off by Kathleen Sionzon-Ogden, ARNP, 10/03/2023.

Encounter performed and documented by Kathleen Sionzon-Ogden, ARNP
Encounter reviewed & signed by Kathleen Sionzon-Ogden, ARNP on 10/03/2023 at 11:32am

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**Encounter Date: 09/12/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 09/12/2023 08:00AM |
| **DOB** | 10/29/1960 | **Service Dept.** | Denny Murphy Clinic |
| **Provider** | CHANTEL ROBINSON, PHARMD | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 985101684<br>Policy/Group # : 142290<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

Chief Complaint

CS Video Visit - Clinical Services, Diabetes (Crx)

Patient's Care Team

**Primary Care Provider:** KATHLEEN SIONZON-OGDEN ARNP 5921 N MARKET ST, SPOKANE, WA 99208-2484, Ph (509) 444-8888, Fax (509) 444-7806 NPI: 1295329365
**Care Manager:** MICHELLE SORENSON, RN

Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**
CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291
CVS/PHARMACY #7168 (ERX): 1725 W. BOUGHTON ROAD, BOLINGBROOK, IL 60490, Ph (630) 759-6324, Fax (630) 759-6326

Vitals

None recorded.

Measurements

None recorded.

Allergies

Allergies not reviewed (last reviewed 07/06/2023)

**LEVEMIR U-100 INSULIN:** Nausea

No changes, verified with patient on 08/30/22 LH

Medications

Reviewed Medications

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 10 UNITS UNDER THE SKIN EVERY DAY | 09/12/23 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 06/08/23 | filled |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **rosuvastatin 20 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 09/12/23 | prescribed |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED | 06/09/23 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023. | 06/08/23 | filled |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |
| **True Metrix Glucose Test Strip**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 04/27/22 | filled |
| **TRUEplus Lancets 28 gauge**<br>USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED | 03/09/22 | filled |
| **Trueresult Blood Glucose System kit**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL. DISPENSE :1; REFILLS :0, start 10/10/2014 | 10/10/14 | started |
| **Trulicity 4.5 mg/0.5 mL subcutaneous pen injector**<br>Inject 4.5 mg every week by subcutaneous route. | 09/12/23 | prescribed |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

04/18/2023 verified with patient / JG

## Vaccines

### Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| **Diphtheria, Tetanus, Pertussis** | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| **Hepatitis A** | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| **Hepatitis B** | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A5 | GlaxoSmithKline | | | | |
| **Influenza** | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 08/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut6354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| **Pneumococcal** | | | | | | | | | | | |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pneumococcal conjugate PCV20 polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 0000520000 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/08/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

## Problems

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- Increased body mass index - Onset: 07/06/2023
- 
- Eye muscle imbalance - Onset: 07/06/2023
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Disorder of nail - Onset: 07/06/2023
- Osteoarthritis of knee - left
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Family History not reviewed (last reviewed 07/06/2023)

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 07/06/2023)

**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Substance Use**
Cannabis or marijuana use?: No
Ever been in treatment for alcohol or drug use/abuse?: No
What is your level of alcohol consumption?: Occasional
Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
**Diet and Exercise**
Can you walk up a flight of stairs without stopping to rest?: Yes
What is your exercise level?: Moderate
What type of diet are you following?: Regular
**Home and Environment**
What is your home situation?: Other

Have there been any changes to your family or social situation?: No
Do you have any siblings?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
**Lifestyle**
Do you use your seat belt or car seat routinely?. Yes
**Public Health and Travel**
Symptoms of fever, cough, or shortness of breath?: No
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Education and Occupation**
Are you currently in school?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
When was your last dental cleaning?: 03/11/2022
When was your last physical exam?: (Notes: January 2020)
Do you have difficulty walking or climbing stairs?: No
**Pre-Screener PRAPARE**
Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 04/18/2023
**PRAPARE**
PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
What is the highest level of school that you have finished?: More than high school
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
What is your current work situation?: I choose not to answer
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?. No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
Hookah use?: No
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
Illicit drugs: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 07/06/2023)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/06/2023)
Allergies/Hayfever: **Y - allergic rhinitis**
Arthritis: **Y - osteoarthritis of left knee**

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

Asthma: **Y - asthma**
Diabetes: **Y - diabetes mellitus type II, diagnosed in 2014**
Hypertension: **Y - essential hypertension; benign hypertension**
Other: **Y - dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

Reason for visit: DM f/u
Referring Provider/PCP: Amy Larson
Pertinent social/medical history: Mother Hx of MI, DM and htn
Diagnosis: type 2 DM 4-5 years ago
Evidence of nephropathy/microalbuminuria: none;
Hx of MI/ CAD: none
DM complications- none
Other complications: HTN, hyperlipidemia, obesity, paroxysmal A-fib, No hx of pancreatitis or gastroparesis

Current DM Regimen:
1. Lantus 30 units daily- taking 10 u q3 days
2. Trulicity 3 mg -adherent

Other relevant medications: denies missed meds
1. Rosuvastatin 20 mg
2. Lisinopril 2.5 mg

Interval Hx: Pt is doing well. He was overseas for a little while and feels like he ate better while he was there. He is tolerating the Trulicity well and only takes 10 u Lantus every 3 days. Plans to go to Asia in Nov.

CGM download: linked to sharing. See download in clinical section of the chart from: 8/30/23 - 9/12/23
CGM active: 75%, was 66%
Avg Glucose: 205, was 220
GMI: 8.2%, was 8.6%
TIR: 13%, was 8%
TAR: 82%, was 80%
TAR > 250 mg/dl: 5%, was 12 %
TBR: 0%, was 0%
TBR < 54 mg/dl: 0%, was 0%
Scans/day: 9, was 10
Low glucose events: 0, was 0 (avg min)

A1C: 8.5 % (06/30/2023), 8.1% on 04/14/2023, 7.4% on 02/27/2023, 8.2% on 08/30/22, 9.0% 0n 07/01/22, 8.8% on 02/10/22

Diet: No changes previous: Eats three times daily. BF= Eggs, lunch and dinner= Mostly chicken and some rice , snacking chocolates,- completely changed his diet when he was in vacation- increased veggies and fish

Exercise: not intentionally ; remains active
Foot exam: 8/30/22
Eye exam: 3/8/22 @ Empire Eye
Evidence of retinopathy: no DR, mild cataracts OU
Dental exam: 02/27/2023
Tobacco: never smoker
Last PCP visit was 09/01/22 ; needs to be seen; pt is aware of that
Vaccines- Flu

LABS on 09/06/22
Lipids: total= 185, HDL = 51, LDL=108, Trigs=148
UACR: wnl on 02/27/2023
CMP/GFR: GFR- 97, Cr- 0.90
TSH: 5/9/17 - due
CBC: H/H- wnl

ASCVD: 17.6% (6/30/23)

Pt tried jardiance, victoza, glipizide in the past; DC, not tolerated them. Novolog with the meals- pt reports HR increasing. DC metformin- due to side effects.

You should have been asked to sign and submit our Assignment of Benefits and Notice of Privacy Practices before you joined your visit, do you have any questions or concerns before we begin? No

A telehealth consent is part of the Assignment of Benefits form you were asked to sign. The telehealth consent will appear on your

care plan. Would you like me to read it before we begin? No

You may receive healthcare through telephone or video connection, referred to as Telehealth. While telehealth has several benefits including increased access to healthcare, there are risks. You have the right to refuse treatment through telehealth at any time. Risks related to malfunctioning equipment or poor phone or internet connection may disrupt or delay care. In-person visits may be required. In very rare instances, security protocols could fail causing a breach of privacy or personal medical information. Please refer to the CHAS Notice of Privacy Practices for more information about how we secure private data.

If our connection is lost, I will contact you at the phone number listed in your chart. It is your responsibility to ensure you have provided the best contact number so you can be reached if we are disconnected.

Patient location: Other in WA.

Provider location: Clinic in WA.

Medical Staff in Room Provider

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is alert and oriented x 3. No acute physical concerns at today's visit.

## Assessment / Plan

Thanks for participating in our virtual visit today! You will find a summary of the visit on our portal.

**1. Diabetes mellitus -**
Assessment: BG control has improved slightly with TIR of 13%. He is only taking his Lantus q 3 days. Discussed consistency with his dosing to bring his BGs down consistently. Will increase Trulicity to max dose today.

Plan
DM Medications:
1. Take Lantus 10 u daily
2. INCREASE Trulicity 4.5 mg sq weekly

Other medications:
1. Continue rosuvastatin 20 mg daily
2. Continue lisinopril 2.5 mg.

Monitoring goals: Keep checking your blood sugars via Libre 3

Diet goals: Be mindful of portion sizes at meals

Exercise goals: Start walking at least 30 minutes- 3 times/week

Reducing risk education: Test your blood sugar whenever you feel weird. If your blood sugar is below 70, correct with 15 grams of sugar (4 glucose tablets, 4 oz of juice or soda, or 5-6 hard candies). Check again in 15 min and repeat if still under 70. When your BS returns to normal (over 70) each a snack or meal.

Follow-up: Dec w/Chantel
PCP f/u: Please schedule w/Kathleen as you are due for a visit.

** Topics for future: PCP, A1c
E11.9: Type 2 diabetes mellitus without complications
- Trulicity 4.5 mg/0.5 mL subcutaneous pen injector - Inject 4.5 mg every week by subcutaneous route. Qty: (2) mL Refills: 2 Pharmacy: CHAS MARKET STREET PHARMACY
- rosuvastatin 20 mg tablet - Take 1 tablet(s) every day by oral route. Qty: (90) tablet Refills: 2 Pharmacy: CHAS MARKET STREET PHARMACY
- Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen - INJECT 10 UNITS UNDER THE SKIN EVERY DAY Qty: (45) mL Pharmacy: CHAS MARKET STREET PHARMACY

**2. Ready for enhanced communication -**
Video Visit. Visit duration in minutes
20min

Z78.9: Other specified health status

**Patient Instructions**

It is recommended that people with diabetes exercise regularly. This is in addition to normal daily activities such as work or shopping. The goal is 30 minutes, 5 times a week (total of 150 minutes weekly) dedicated to getting your heart rate up. This can be brisk walking, swimming, cycling. Pick something you enjoy. If not currently exercising, listen to your body and start slow, even 10 minutes at a time is beneficial. In addition to heart health, exercise can be just as good as medication for lowering your blood sugars and decreases insulin resistance.

Be mindful of portion sizes at meals:

- 1 cup or less of starchy carbohydrates such as pasta, rice, potatoes, corn, peas, beans, or oatmeal (about the size of your fist or less)
- 3 oz of lean meats such as chicken breast, lean cuts of beef, pork tenderloin, or fish (about the size of your palm)
- work on making half of your plate non-starchy vegetables (greens, broccoli, tomato, cauliflower, carrots, mushrooms, peppers, cabbage)

Focus on including carbohydrates that contain fiber such as whole grains, beans, whole fruit, and winter squash. Limit sugary drinks (juice, soda, energy drinks) and refined carbohydrates (white pasta/breads, candy and other sweets) to occasionally.

## Return to Office

- Katie Norris, CMA for Telephone Visit 20 at Utilization Management on 09/25/2023 at 10:00 AM
- Chantel Robinson, PharmD for Video Visit 40 - Qure4u at Cheney Health Center on 12/06/2023 at 08:00 AM
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off

Encounter signed-off by Chantel Robinson, PharmD, 09/12/2023.

Encounter performed and documented by Chantel Robinson, PharmD
Encounter reviewed & signed by Chantel Robinson, PharmD on 09/12/2023 at 8:57am

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**
**Encounter Date: 07/06/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 07/06/2023 02 00PM |
| **DOB** | 10/29/1960 | **Service Dept.** | Market Street Clinic |
| **Provider** | KATHLEEN SIONZON-OGDEN, ARNP | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Secondary: UNITED HEALTHCARE<br>Insurance # : 985101684<br>Policy/Group # : 142290<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescnption: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Phone Visit

possible eye infection rt eye hard to open.

## Patient's Care Team

**Primary Care Provider:** KATHLEEN SIONZON-OGDEN ARNP: 5921 N MARKET ST, SPOKANE, WA 99208-2484, Ph (509) 444-8888, Fax (509) 444-7806 NPI: 1295329365

## Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**

CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291

CVS/PHARMACY #7168 (ERX): 1725 W. BOUGHTON ROAD, BOLINGBROOK, IL 60490, Ph (630) 759-6324, Fax (630) 759-6326

## Vitals

2023-07-06 14:09

**Ht:** 5 ft 7 in (170.18 cm)

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**LEVEMIR U-100 INSULIN:** Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

**atenoloL 50 mg tablet** — 02/27/23 filled
TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED

**chlorhexidine gluconate 0.12 % mouthwash** — 06/08/23 filled
SWISH & SPIT WITH 15ML BY MOUTH TWICE DAILY AS DIRECTED

**codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid** — 04/15/16 started
Take 5 mL every 4 hours by oral route., start 04/15/2016

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| | | |
|---|---|---|
| **FreeStyle Libre 2 Sensor kit**<br>USE AS DIRECTED TO TEST BLOOD SUGAR 4 TIMES DAILY | 04/07/23 | filled |
| **hydrOXYzine HCL 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 08/19/22 | filled |
| **ibuprofen 600 mg tablet** | 06/08/23 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 30 UNITS UNDER THE SKIN EVERY DAY | 06/30/23 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 06/08/23 | filled |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **NovoFine Plus 32 gauge x 1/6" needle**<br>USE TO INJECT VICTOZA ONCE DAILY | 04/15/21 | filled |
| **pravastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. | 06/08/23 | filled |
| **rosuvastatin 20 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/30/23 | prescribed |
| **saw palmetto**<br>1 capsule by oral route once daily as directed<br>**Internal Note:** OTC | 10/06/17 | entered |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **Sutab 1.479-0.188-0.225 gram tablet**<br>take according to provider instructions<br>**Internal Note:** prescribed by john morgenstern- referral 03/17/22- 208-743-6200 | 08/15/22 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED | 06/09/23 | filled |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**tamsulosin 0.4 mg capsule** 06/08/23 filled
TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023.

**TechLITE Pen Needle 31 gauge x 5/16"** 02/27/23 filled
Use as daily with lantus subcutaneous injection

**True Metrix Glucose Meter** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**True Metrix Glucose Test Strip** 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**TRUEplus Pen Needle 31 gauge x 1/4"** 10/13/22 filled
use to INJECT lantus TWICE DAILY

**Trueresult Blood Glucose System kit** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 3 mg/0.5 mL subcutaneous pen injector** 06/30/23 prescribed
inject 3 mg sq weekly

**Vitamin D2 1,250 mcg (50,000 unit) capsule** 10/10/14 started
TAKE 1 CAPSULE BY ORAL ROUTE EVERY WEEK; DISPENSE :16; REFILLS :0, start 10/10/2014

04/18/2023 verified with patient / JG

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |

COMMUNITY HEALTH ASSOCIATION OF SPOKANE • 611 N Iron Bridge Way, SPOKANE WA 99202-4937

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| **Hepatitis B** | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5466A6 | GlaxoSmithKline | | | | |
| **Influenza** | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 08/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| **Pneumococcal** | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| **Zoster** | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2018 | 04/30/20 | |

## Problems

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- Increased body mass index - Onset: 07/06/2023
- 
- Eye muscle imbalance - Onset: 07/06/2023
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated

- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Disorder of nail - Onset: 07/06/2023
- Osteoarthritis of knee - left
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Reviewed Social History
**Pre-Screener PRAPARE**
Would you like someone from CHAS to call you and talk about problems you might have with getting healthcare, transportation, food, housing, or feeling safe, and help you find community resources?: No
Pre-PRAPARE Screening Completed on:: 04/18/2023
**PRAPARE**
PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate
**Dental - Adult Health History**
Hookah use?: No
When was your last dental cleaning?: 03/11/2022
**Family Medicine**
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
Illicit drugs: No
Cannabis Use?: No
**Home and Environment**
Have there been any changes to your family or social situation?: No
Do you have smoke and carbon monoxide detectors in your home?: No

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

Are you passively exposed to smoke? Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Diet and Exercise**
What is your exercise level?: Moderate
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History
- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Colonoscopy: Y - **colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: Y - **hyperlipidemia**
Hypertension: Y - **essential hypertension; benign hypertension**
Lung Disease: Y - **solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: Y - **osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: Y - **obesity; body mass index 30+**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

HPI

telephone visit with 62 yo male patient. new to me.

reports weakness on his right eye x 2 months. difficulty keeping eye open especially at night when he is more tired. denies change in vision, eye pain, redness around eye, warmth. no pain on movement. no drainage. no fever or chills
takes lutein supplement OTC. this was recommended to him by previous eye doctor

also reporting ridges on his finger nails x 2 months. no thickening, discoloration, redness, pain, swelling. improves with use of gold bond lotion for dry skin
patient denies fatigue, fever, chills, shortness of breath, chest pain, nausea, vomiting, diarrhea, dizziness, headache, changes in vision, changes in mental status

Did you receive a text message from us with links to our Assignment of Benefits and Notice of Privacy Practices? Yes

You can view our privacy practices on our website at chas.org/about-us/privacy, would you like me to read our privacy practices before we proceed? No
Do we have your permission to bill your insurance? No – Self Pay

Patient location: Other in WA.
Provider location: Clinic in WA.

You have chosen to receive care through a telephone-based visit.
This is a secure, privacy-protected visit. You have the right to stop or refuse treatment at any time.
If our connection is lost, I will contact you at the phone number listed in your chart. It is your responsibility to ensure you have provided the best contact number so you can be reached if we are disconnected.

## ROS

**ROS as noted in the HPI**

## Physical Exam

No direct PE exam performed due to the visit performed over the phone. However, the patient sounded well without any dyspnea detected over the phone. Patient was alert and orientated x 3 and appeared to have cognition intact.

## Assessment / Plan

**1. Eye muscle imbalance -**
discussed challenges of diagnosis d/t nature of visit. plan in accordance to patient reported symptoms

discussed signs of eye infection and to seek emergent care if symptoms occur. states understanding

referral to eye specialist sent. Our referral department should contact you within the next week. Please call CHAS (509)444-8200 and ask to speak with the referral center if you have not been contacted regarding your referral within the next week.

patient refusing to schedule a follow up appointment in person at this time as he is still not in the Spokane area. advised to schedule asap
R94.118: Abnormal results of other function studies of eye
- DIABETIC OPHTHALMOLOGY REFERRAL - Schedule Within: provider's discretion Note to Provider: please evaluate and treat eye muscle weakness

**2. Disorder of nail -**
supportive care reviewed. continue applying hand cream if this is helpful
if symptoms are worsening please make an IN PERSON appointment
patient refusing to schedule a follow up appointment in person at this time as he is still not in the Spokane area advised to schedule asap
L60.9: Nail disorder, unspecified

**3. Planned telephone contact -**
Concern per subjective.

This visit was completed using telephonic technology. Efforts were made to ensure accuracy, however, interpretation errors may occur due to telephonic limitations and/or connectivity issues.

Visit duration in minutes
25min
Z76.89: Persons encountering health services in other specified circumstances

**4. Increased body mass index -** Reducing excess body weight is one of the most important health priorities and we want to help with your care and effort to succeed. Losing just 5-10% of excess body weight is worthwhile. It improves quality of life and reduces the risks for:
- heart attack
- stroke
- diabetes
- fatty liver disease

- and certain cancers

At CHAS Health we have several options and methods to help. Weight loss starts with a healthy diet: replacing sugar-sweetened beverages with water, reducing processed foods, and eating mostly vegetables are a great start for improving diet. Meeting with one of our Registered Dietitians is a first-line recommendation from the American Heart Association and they can work with you to help you reach your goals. We can also help you access our "Pathways to Wellness" partnership with the YMCA, which combines personalized and group care to improve diet and exercise. Your clinician can discuss medical assistance with weight loss, or refer you to further expert consultants as needed. Please be encouraged to discuss this important topic with your clinician

E66.9: Obesity, unspecified

- LEARNING ABOUT HEALTHY WEIGHT

## Return to Office

- Katie Norris, CMA for Telephone Visit 20 at Utilization Management on 07/17/2023 at 11:30 AM
- Chantel Robinson, PharmD for Video Visit 40 - Qure4u at Denny Murphy Clinic on 08/04/2023 at 03:00 PM
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off

Encounter signed-off by Kathleen Sionzon-Ogden, ARNP, 07/06/2023.

Encounter performed and documented by Kathleen Sionzon-Ogden, ARNP
Encounter reviewed & signed by Kathleen Sionzon-Ogden, ARNP on 07/06/2023 at 3:00pm

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**
**Encounter Date: 06/30/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 06/30/2023 04:00PM |
| **DOB** | 10/29/1960 | **Service Dept.** | Market Street Clinic |
| **Provider** | CHANTEL ROBINSON, PHARMD | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Diabetes (Crx)

## Patient's Care Team

**Primary Care Provider:** KATHLEEN SIONZON-OGDEN ARNP: 5921 N MARKET ST, SPOKANE, WA 99208-2484, Ph (509) 444-8888, Fax (509) 444-7806 NPI: 1295329365

## Patient's Pharmacies

**CHAS MARKET STREET PHARMACY (ERX): 5921 N. MARKET ST., SPOKANE, WA 99208, Ph (509) 462-6576, Fax (509) 434-1923**
CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291
CVS/PHARMACY #7168 (ERX): 1725 W. BOUGHTON ROAD, BOLINGBROOK, IL 60490, Ph (630) 759-6324, Fax (630) 759-6326

## Vitals

2023-06-30 16:03

**Ht:** 5 ft 7 in (170.18 cm) **Wt:** 222 lbs With clothes (100.7 kg) **BMI:** 34.8

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/18/2023)

**LEVEMIR U-100 INSULIN:** Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **atenolol 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>SWISH & SPIT WITH 15ML BY MOUTH TWICE DAILY AS DIRECTED | 06/08/23 | filled |
| **codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid**<br>Take 5 mL every 4 hours by oral route., start 04/15/2016 | 04/15/16 | started |
| **FreeStyle Libre 2 Sensor kit**<br>USE AS DIRECTED TO TEST BLOOD SUGAR 4 TIMES DAILY | 04/07/23 | filled |

| | | |
|---|---|---|
| **hydrOXYzine HCL 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 08/19/22 | filled |
| **ibuprofen 600 mg tablet** | 06/08/23 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 30 UNITS UNDER THE SKIN EVERY DAY | 06/30/23 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 06/08/23 | filled |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **NovoFine Plus 32 gauge x 1/6" needle**<br>USE TO INJECT VICTOZA ONCE DAILY | 04/15/21 | filled |
| **pravastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. | 06/08/23 | filled |
| **rosuvastatin 20 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/30/23 | prescribed |
| **saw palmetto**<br>1 capsule by oral route once daily as directed<br>**Internal Note:** OTC | 10/06/17 | entered |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **Sutab 1.479-0.188-0.225 gram tablet**<br>take according to provider instructions<br>**Internal Note:** prescribed by john morgenstern- referral 03/17/22- 208-743-6200 | 08/15/22 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED | 06/09/23 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023. | 06/08/23 | filled |

**TechLITE Pen Needle 31 gauge x 5/16"** 02/27/23 filled
Use as daily with lantus subcutaneous injection

**True Metrix Glucose Meter** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**True Metrix Glucose Test Strip** 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**TRUEplus Pen Needle 31 gauge x 1/4"** 10/13/22 filled
use to INJECT lantus TWICE DAILY

**Trueresult Blood Glucose System kit** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 3 mg/0.5 mL subcutaneous pen injector** 06/30/23 prescribed
inject 3 mg sq weekly

**Vitamin D2 1,250 mcg (50,000 unit) capsule** 10/10/14 started
TAKE 1 CAPSULE BY ORAL ROUTE EVERY WEEK; DISPENSE :16; REFILLS :0, start 10/10/2014

04/18/2023 verified with patient / JG

## Vaccines

Vaccines not reviewed (last reviewed 04/18/2023)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr | Exp Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF, 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US. Inc. | 08/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 08/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc. | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co., Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5485A8 | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 08/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ui5364aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc. | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082801 | 7NX37 | GlaxoSmithKline | 02/08/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

## Problems

### Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
-
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Osteoarthritis of knee - left

- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Family History not reviewed (last reviewed 04/18/2023)

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 04/18/2023)
**Pre-Screener PRAPARE**
Pre-PRAPARE Screening Completed on:: 04/18/2023
**PRAPARE**
PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate
**Dental - Adult Health History**
Hookah use?: No
When was your last dental cleaning?: 03/11/2022
**Family Medicine**
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
Illicit drugs: No
Cannabis Use?: No
**Home and Environment**
Have there been any changes to your family or social situation?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No

How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Diet and Exercise**
What is your exercise level?: Moderate
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 04/18/2023)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/18/2023)
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
Hypertension: Y - **essential hypertension; benign hypertension**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

Reason for visit: DM f/u
Referring Provider/PCP: Amy Larson
Pertinent social/medical history: Mother Hx of MI, DM and htn
Diagnosis: type 2 DM 4-5 years ago
Evidence of nephropathy/microalbuminuria: none;
Hx of MI/ CAD: none
DM complications- none
Other complications: HTN, hyperlipidemia, obesity, paroxysmal A-fib. No hx of pancreatitis or gastroparesis

Current DM Regimen;
1. Lantus 50 units daily- taking 20 units every other day usually, and 20-25 units daily for the last 2 weeks
2. Trulicity 3 mg -adherent

Other relevant medications: denies missed meds
1. pravastatin 80 mg
2. Lisinopril 2.5 mg

Interval Hx: Pt presents to clinic for DM follow up. He would like his A1c done today. He has moved up to Spokane and transferred clinics. He is getting insurance very soon. He is excited for this. He continues to travel for work.

CGM download: linked to sharing. See download in clinical section of the chart from: 6/17/23-6/30/23
CGM active: 66%

Avg Glucose: 220
GMI: 8.6%
TIR: 8%
TAR: 80%
TAR > 250 mg/dl: 12 %
TBR: 0%
TBR < 54 mg/dl: 0%
Scans/day: 10
Low glucose events: 0 (avg min)

A1C: 8.5 % (06/30/2023), 8.1% on 04/14/2023, 7.4% on 02/27/2023, 8.2% on 08/30/22, 9.0% 0n 07/01/22, 8.8% on 02/10/22

Diet: No changes previous: Eats three times daily. BF= Eggs, lunch and dinner= Mostly chicken and some rice , snacking chocolates,- completely changed his diet when he was in vacation- increased veggies and fish

Exercise: not intentionally ; remains active
Foot exam: 8/30/22
Eye exam: 3/8/22 @ Empire Eye
Evidence of retinopathy: no DR, mild cataracts OU
Dental exam: 02/27/2023
Tobacco: never smoker
Last PCP visit was 09/01/22 ; needs to be seen; pt is aware of that
Vaccines- Flu

LABS on 09/06/22
Lipids: total= 185, HDL = 51, LDL=108, Trigs=148
UACR: wnl on 02/27/2023
CMP/GFR: GFR- 97, Cr- 0.90
TSH: 5/9/17 - due
CBC: H/H- wnl

ASCVD: 17.6% (6/30/23)

Pt tried jardiance, victoza, glipizide in the past; DC, not tolerated them. Novolog with the meals- pt reports HR increasing. DC metformin- due to side effects.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is alert and oriented x 3. No acute physical concerns at today's visit.

## Procedure Documentation

**Specimen Collection:**

Primary Specimen Collection

| | |
|---|---|
| Collection Successful | Yes |
| If No, # of attempts and plan: | - |
| Primary Specimen Source: | Capillary Blood |
| Specimen Site: | |
| Collection Site if Other: | |
| Collected by: | crobinson286 |
| Collection Date/Time: | 06/30/20233:48PM |
| Order Origination: | Office Visit |
| Original Order Date: | 06/30/2023 |

Secondary Specimen Collection

| | |
|---|---|
| Collection Successful | |
| If No, # of attempts and plan: | - |
| Secondary Specimen Source: | |
| Specimen Notes: | |
| Collection Site if Other: | |
| Collected by: | |
| Collection Date/Time: | |
| Order Origination: | |
| Original Order Date: | |

---

Additional Source(s):

Additional Notes:

## Assessment / Plan

**1. Diabetes mellitus -**

Assessment: BGs are not controlled at this time with an A1c of 8.5% today. Discussed importance of taking Lantus every day. Will also increase Lantus dose today to see if this helps lower his blood sugars. We will wait to increase Trulicity until he has insurance. Discussed that he can change to the Libre 3 system and he would like to do this. Also discussed that he only needs to use his Libre to 1 sensor per month if he would like to save money.

ASCVD score of 17.6% would recommend high intensity statin at this time. Pt is willing to switch to rosuvastatin.

Pt would like to be referred for an ophthalmology referral.

Plan
DM Medications:
1. INCREASE Lantus to 30 u daily
2. Continue Trulicity 3 mg sq weekly

Other medications:
1. STOP pravastatin
2. START rosuvastatin 20 mg daily
3. Continue lisinopril 2.5 mg.

Monitoring goals: Starting blood sugars via Libre 3

Diet goals: Be mindful of portion sizes at meals:

Exercise goals: Start walking at least 30 minutes- 3 times/week

Reducing risk education: Test your blood sugar whenever you feel weird. If your blood sugar is below 70, correct with 15 grams of sugar (4 glucose tablets, 4 oz of juice or soda, or 5-6 hard candies). Check again in 15 min and repeat if still under 70. When your BS returns to normal (over 70) each a snack or meal.

Follow-up: 1 month w/Chantel
PCP f/u: 7/6 w/Kathleen

** Topics for future: Libre, insurance, Trulicity, lifestyle, rosuvastatin dose
E11.9: Type 2 diabetes mellitus without complications

- HEMOGLOBIN A1C, FINGERSTICK - Specimen source: Blood capillary
- Trulicity 3 mg/0.5 mL subcutaneous pen injector - inject 3 mg sq weekly Qty: (2) mL Refills: 2 Pharmacy: CHAS MARKET STREET PHARMACY Note to Pharmacy: Hold until patient calls - waiting on insurance
- Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen - INJECT 30 UNITS UNDER THE SKIN EVERY DAY Qty: (45) mL Pharmacy: CHAS MARKET STREET PHARMACY
- FREESTYLE LIBRE 3 SENSOR DEVICE - Use to check blood sugars at least 4 times daily Qty: 2 Units Refills: 11 Supplier: CHAS MARKET STREET PHARMACY
- PEN NEEDLE 32 GAUGE X 5/32" - Use to inject Lantus once daily Qty: 100 Units Refills: 3 Supplier: CHAS MARKET STREET PHARMACY
- DIABETIC OPHTHALMOLOGY REFERRAL - Schedule Within: provider's discretion Note to Provider: Patient is getting insurance very soon
- rosuvastatin 20 mg tablet - Take 1 tablet(s) every day by oral route. Qty: (90) tablet Pharmacy: CHAS MARKET STREET PHARMACY Note to Pharmacy: Replaces pravastatin

HEMOGLOBIN A1C, FINGERSTICK
- Result:
  - **HGBA1c: 8.5**

**Patient Instructions**

It is recommended that people with diabetes exercise regularly. This is in addition to normal daily activities such as work or shopping. The goal is 30 minutes, 5 times a week (total of 150 minutes weekly) dedicated to getting your heart rate up. This can be brisk walking, swimming, cycling. Pick something you enjoy. If not currently exercising, listen to your body and start slow, even 10 minutes at a time is beneficial. In addition to heart health, exercise can be just as good as medication for lowering your blood sugars and decreases insulin resistance.

Be mindful of portion sizes at meals:

- 1 cup or less of starchy carbohydrates such as pasta, rice, potatoes, corn, peas, beans, or oatmeal (about the size of your fist or less)
- 3 oz of lean meats such as chicken breast, lean cuts of beef, pork tenderloin, or fish (about the size of your palm)
- work on making half of your plate non-starchy vegetables (greens, broccoli, tomato, cauliflower, carrots, mushrooms, peppers, cabbage)

Focus on including carbohydrates that contain fiber such as whole grains, beans, whole fruit, and winter squash. Limit sugary drinks (juice, soda, energy drinks) and refined carbohydrates (white pasta/breads, candy and other sweets) to occasionally.

## Return to Office

- Kathleen Sionzon-Ogden, ARNP for Video Visit 20 - Qure4u at Market Street Clinic on 07/06/2023 at 03:00 PM
- Katie Norris, CMA for Telephone Visit 20 at Utilization Management on 07/17/2023 at 11 30 AM
- Chantel Robinson, PharmD for Video Visit 40 - Qure4u at Denny Murphy Clinic on 08/04/2023 at 03:00 PM
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off

Encounter signed-off by Chantel Robinson, PharmD, 06/30/2023.

Encounter performed and documented by Chantel Robinson, PharmD
Encounter reviewed & signed by Chantel Robinson, PharmD on 06/30/2023 at 5:54pm

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**
**Encounter Date: 04/18/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 04/18/2023 02:40PM |
| **DOB** | 10/29/1960 | **Service Dept.** | Lewis And Clark Health Center |
| **Provider** | JENNIFER ANDERSON, ARNP | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Phone Visit

## Patient's Care Team

**Dentist:** BRYCE FORTNER, DDS
**Primary Care Provider:** AMY L LARSON ARNP: CHAS HEALTH 338 6TH ST, LEWISTON, ID 83501, Ph (208) 848-8300, Fax (208) 848-8303 NPI: 1679963284
**Other:** CHANTEL ROBINSON PHARMD: 1203 N IDAHO ST CHAS HEALTH, LEWISTON, ID 83501-1940, Ph (509) 444-8200, Fax (208) 848-8303 NPI: 1114545878
**Care Manager:** MICHELLE SORENSON, RN

## Patient's Pharmacies

**CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291**

## Vitals

2023-04-18 14:34

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in (170.18 cm) | **Wt:** 224 lbs Stated (101.6 kg) | **BMI:** 35.1 |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>SWISH & SPIT WITH 15ML BY MOUTH TWICE DAILY AS DIRECTED | 04/14/23 | filled |
| **codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid**<br>Take 5 mL every 4 hours by oral route., start 04/15/2016 | 04/15/16 | started |
| **FREESTYLE LIBRE 2 READER**<br>Use to test blood sugars at least 4 times daily | 03/01/23 | renewed |

| | | |
|---|---|---|
| **FreeStyle Libre 2 Sensor kit**<br>USE AS DIRECTED TO TEST BLOOD SUGAR 4 TIMES DAILY | 04/07/23 | filled |
| **hydrOXYzine HCL 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 08/19/22 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 50 UNITS UNDER THE SKIN EVERY DAY MAX= 60 UNITS DAILY | 04/14/23 | filled |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/27/23 | filled |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **NovoFine Plus 32 gauge x 1/6" needle**<br>USE TO INJECT VICTOZA ONCE DAILY | 04/15/21 | filled |
| **pravastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. | 02/27/23 | filled |
| **saw palmetto**<br>1 capsule by oral route once daily as directed<br>**Internal Note:** OTC | 10/06/17 | entered |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **Sutab 1.479-0.188-0.225 gram tablet**<br>take according to provider instructions<br>**Internal Note:** prescribed by john morgenstem- referral 03/17/22- 208-743-6200 | 08/15/22 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH once DAILY AS NEEDED (10 TABLETS must last 30 days) | 10/03/22 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023. | 09/19/22 | filled |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |

COMMUNITY HEALTH ASSOCIATION OF SPOKANE • 611 N Iron Bridge Way, SPOKANE WA 99202-4932

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**True Metrix Glucose Meter** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**True Metrix Glucose Test Strip** 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**TRUEplus Pen Needle 31 gauge x 1/4"** 10/13/22 filled
use to INJECT lantus TWICE DAILY

**Trueresult Blood Glucose System kit** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 1.5 mg/0.5 mL subcutaneous pen injector** 04/05/23 filled
inject 1.5 mg subcutaneously once weekly

**Trulicity 3 mg/0.5 mL subcutaneous pen injector** 04/14/23 filled
inject 3 mg UNDER THE SKIN weekly

**Vitamin D2 1,250 mcg (50,000 unit) capsule** 10/10/14 started
TAKE 1 CAPSULE BY ORAL ROUTE EVERY WEEK; DISPENSE :16; REFILLS :0, start 10/10/2014

04/18/2023 verified with patient / JG
No changes, verified with patient on 08/30/22 LH
8/19/22 Meds verbally verified with pt/ AN

## Vaccines

### Reviewed Vaccines

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF, 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5485A6 | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | u15354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082301 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2018 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2018 | 04/30/20 | |

## Problems

### Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- 
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Osteoarthritis of knee - left

- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Hypertensive disorder |
| | - Diabetes mellitus |

## Social History

Reviewed Social History
**Pre-Screener PRAPARE**
Do you currently have any barriers preventing access to health care, transportation, food, housing and/or safety?: Yes
Would you like to get scheduled with a CHAS staff member to discuss available resources?: No
Pre-PRAPARE Screening Completed on:: 04/18/2023
**PRAPARE**
PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate
**Dental - Adult Health History**
Hookah use?: No
When was your last dental cleaning?: 03/11/2022
**Family Medicine**
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
Illicit drugs: No
Cannabis Use?: No
**Home and Environment**
Have there been any changes to your family or social situation?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**

Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Diet and Exercise**
What is your exercise level?: Moderate
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Reviewed Surgical History

- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Colonoscopy: Y - **colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: Y - **hyperlipidemia**
Hypertension: Y - **essential hypertension; benign hypertension**
Lung Disease: Y - **solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: Y - **osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: Y - **obesity; body mass index 30+**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

## HPI

Did you receive a text message from us with links to our Assignment of Benefits and Notice of Privacy Practices? ____

You can view our privacy practices on our website at chas.org/about-us/privacy, would you like me to read our privacy practices before we proceed? ____
Do we have your permission to bill your insurance? ____

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

Patient location: ____ in ____.
Provider location: ____ in ____.

You have chosen to receive care through a telephone-based visit.
This is a secure, privacy-protected visit. You have the right to stop or refuse treatment at any time.
If our connection is lost, I will contact you at the phone number listed in your chart. It is your responsibility to ensure you have provided the best contact number so you can be reached if we are disconnected.

no visit took place.

## ROS

None recorded.

## Physical Exam

No direct PE exam performed due to the visit performed over the phone. However, the patient sounded well without any dyspnea detected over the phone. Patient was alert and orientated x 3 and appeared to have cognition intact.

## Assessment / Plan

no visit took place

**1. Planned telephone contact -** Concern per subjective.

This visit was completed using telephonic technology. Efforts were made to ensure accuracy, however, interpretation errors may occur due to telephonic limitations and/or connectivity issues.

Visit duration in minutes

Z76.89: Persons encountering health services in other specified circumstances

## Return to Office

- Terrin Thompson, RDH for Dental Scaling at Lewis and Clark Dental Clinic on 04/20/2023 at 08:45 AM
- Katie Norris for Telephone Visit 20 at Utilization Management on 05/08/2023 at 10:00 AM
- Selam Kiflemichael, PharmD for Office Visit 40 at CHAS Latah on 06/09/2023 at 09:00 AM
- to see Mickey Smith, RDH for Dental Scaling at Latah Dental on or around 08/27/2023
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off

Encounter signed-off by Jennifer Anderson, ARNP, 04/18/2023.

Encounter performed and documented by Jennifer Anderson, ARNP
Encounter reviewed & signed by Jennifer Anderson, ARNP on 04/18/2023 at 6:23pm

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16033340380 |
| FROM | Records |
| DATE | 2023-11-08 16:00:57 PST |
| RE | CLAIM 14892253 - PART 3/3 |

## COVER MESSAGE

Here are the records you requested. This fax is part three of three. Please call Health Records directly at (509) 434-0381 or email us at records@chas.org if you need anything else. Thank you!

**Health Records Department**
CHAS Health | Centralized Services
611 N. Iron Bridge Way | Spokane, WA 99202
T: 509.434.0381 | records@chas.org | chas.org

CHAS health

This electronic transmission and any documents accompanying this electronic transmission may contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on or regarding the contents of this electronically transmitted information is strictly prohibited. If you have received this e-mail in error, please notify the sender and delete this message immediately. Thank you.

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**Encounter Date: 04/14/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 04/14/2023 10.00AM |
| **DOB** | 10/29/1960 | **Service Dept.** | CHAS Latah |
| **Provider** | JILLENE AMOW, ARNP | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

CS BIVALENT Moderna Booster (12+), Immunizations

## Patient's Care Team

**Dentist:** BRYCE FORTNER, DDS
**Primary Care Provider:** AMY L LARSON ARNP: CHAS HEALTH 338 6TH ST, LEWISTON, ID 83501, Ph (208) 848-8300, Fax (208) 848-8303 NPI: 1679963284
**Other:** CHANTEL ROBINSON PHARMD: 1203 N IDAHO ST CHAS HEALTH, LEWISTON, ID 83501-1940, Ph (509) 444-8200, Fax (208) 848-8303 NPI: 1114545878
**Care Manager:** MICHELLE SORENSON, RN

## Patient's Pharmacies

**CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291**

## Vitals

None recorded.

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/06/2023)

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Medications not reviewed (last reviewed 03/06/2023)

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>SWISH AND SPIT 15 MLS BY MOUTH TWICE A DAY | 04/14/23 | prescribed |
| **codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid**<br>Take 5 mL every 4 hours by oral route., start 04/15/2016 | 04/15/16 | started |
| **FREESTYLE LIBRE 2 READER**<br>Use to test blood sugars at least 4 times daily | 03/01/23 | renewed |
| **FreeStyle Libre 2 Sensor kit**<br>USE AS DIRECTED TO TEST BLOOD SUGAR 4 TIMES DAILY | 04/07/23 | filled |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| | | |
|---|---|---|
| **hydrOXYzine HCL 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 08/19/22 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 50 UNITS UNDER THE SKIN EVERY DAY MAX= 60 UNITS DAILY | 04/14/23 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/27/23 | filled |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **NovoFine Plus 32 gauge x 1/6" needle**<br>USE TO INJECT VICTOZA ONCE DAILY | 04/15/21 | filled |
| **pravastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. | 02/27/23 | filled |
| **saw palmetto**<br>1 capsule by oral route once daily as directed<br>**Internal Note:** OTC | 10/06/17 | entered |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **Sutab 1.479-0.188-0.225 gram tablet**<br>take according to provider instructions<br>**Internal Note:** prescribed by john morgenstern- referral 03/17/22- 208-743-6200 | 08/15/22 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH once DAILY AS NEEDED (10 TABLETS must last 30 days) | 10/03/22 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023. | 09/19/22 | filled |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |
| **True Metrix Glucose Meter**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 03/09/22 | filled |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**True Metrix Glucose Test Strip** 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**TRUEplus Pen Needle 31 gauge x 1/4"** 10/13/22 filled
use to INJECT lantus TWICE DAILY

**Trueresult Blood Glucose System kit** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 1.5 mg/0.5 mL subcutaneous pen injector** 04/05/23 filled
inject 1.5 mg subcutaneously once weekly

**Trulicity 3 mg/0.5 mL subcutaneous pen injector** 04/14/23 prescribed
inject 3 mg sq weekly

**Vitamin D2 1,250 mcg (50,000 unit) capsule** 10/10/14 started
TAKE 1 CAPSULE BY ORAL ROUTE EVERY WEEK; DISPENSE :16; REFILLS :0, start 10/10/2014

No changes, verified with patient on 08/30/22 LH
8/19/22 Meds verbally verified with pt/ AN

## Vaccines

Vaccines not reviewed (last reviewed 02/27/2023)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 08/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B8 | GlaxoSmithKline | | | | |

COMMUNITY HEALTH ASSOCIATION OF SPOKANE · 611 N [illegible] Way, SPOKANE WA [illegible]

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hepatitis B** | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| **Influenza** | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | [illegible] | |
| influenza, injectable, quadrivalent, preservative free | 10/18/16 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ015AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/16 | Ragna Hutchens CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| **Pneumococcal** | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| **Zoster** | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKlinn | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | [illegible] |

## Problems

### Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- 
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Osteoarthritis of knee - left
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Family History not reviewed (last reviewed 09/01/2022)

Mother - Hypertensive disorder
- Diabetes mellitus

## Social History

Social History not reviewed (last reviewed 04/07/2023)

**PRAPARE**
PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate

**Dental - Adult Health History**
Hookah use?: No
When was your last dental cleaning?: 03/11/2022

**Family Medicine**
Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
Illicit drugs: No
Cannabis Use?: No

**Home and Environment**
Have there been any changes to your family or social situation?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes

**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes

**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried

**Diet and Exercise**
What is your exercise level?: Moderate

**Advance Directive**
Is blood transfusion acceptable in an emergency?: No

**Public Health and Travel**

Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender Identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 09/01/2022)

- Colonoscopy - 06/04/2013 - colonoscopy with polypectomy; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern
- Tonsillectomy - 1965

## Past Medical History

Past Medical History not reviewed (last reviewed 03/06/2023)
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Colonoscopy: Y - **colonoscopy with polypectomy on 06/04/2013; positive for uncomplicated internal hemorrhoids; recommended repeat colonoscopy in 5 years; performed by Dr. John Morgenstern**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
High Cholesterol: Y - **hyperlipidemia**
Hypertension: Y - **essential hypertension; benign hypertension**
Lung Disease: Y - **solitary nodule of lung; asthma**
Muscle, Joint, or Bone Problems: Y - **osteoarthritis of left knee; tear of medial meniscus of left knee**
Obesity: Y - **obesity; body mass index 30+**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

Pt. presents to recieve needed immunizations. Pt. was given COVID moderna bivalent booster along with pneumo-20. Pt. was monitored for 15 min. after vaccines given. Pt. left with out futher need or complaint/aDH

## ROS

None recorded.

## Physical Exam

None recorded.

## Assessment / Plan

**1. Administration of SARS-CoV-2 mRNA vaccine -**
Booster Guidance: Moderna COVID-19 Vaccine, Bivalent is authorized for use in individuals 12 years of age and older as a single booster dose (0.5 mL) administered at least 2 months after either:
• completion of primary vaccination with any authorized or approved monovalent COVID-19 vaccine, OR
• receipt of the most recent booster dose with any authorized or approved monovalent COVID-19 vaccine.

Potential side effects: Pain at the injection site, fatigue, headache, myalgia, arthralgia, chills, axillary swelling/tenderness, nausea/vomiting, erythema at the injection site, swelling at the injection site, and fever

Screening form completed: Yes

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

Patient meets criteria to receive the Moderna COVID-19 Vaccine, Bivalent. Yes
Moderna vaccination screening questionnaire completed and reviewed by clinical staff. Appropriate clinical guidance provided based on patient responses.
Z23: Encounter for immunization
- MODERNA COVID-19 BIVALENT BOOST(6YR UP)(PF) 50 MCG/0.5 ML IM SUSP(EUA) - Inject 0.5 mL IM COVID-19, mRNA, LNP-S, bivalent, PF, 50 mcg/0.5 mL dose (Moderna) Site: Deltoid, Right Qty: (0.5) mL Administered on 04/14/2023 Perform Date: 04/14/2023

**2. Active or passive immunization -**
Guidance: -If a patient only had PPSV23, they can get PCV20 after a year has passed.

Prevnar 20 is a one-dose vaccine indicated for active immunization for the prevention of pneumococcal pneumonia in adults 18 years of age and older. Please review the handout provided to you at this visit.

Potential side effects: Pain at the injection site, muscle pain, fatigue, headache, arthralgia, and injection site swelling.

Screening questions completed and consent signed: Yes
Vaccination screening questionnaire completed and reviewed by clinical staff. Appropriate clinical guidance provided based on patient responses.
Z23: Encounter for immunization
- PREVNAR 20 (PF) 0.5 ML INTRAMUSCULAR SYRINGE - Inject 0.5 mL IM Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF Site: Deltoid, Left Qty: (0.5) mL Administered on 04/14/2023 Perform Date: 04/14/2023
- PNEUMOCOCCAL 20-VALENT CONJUGATE VACCINE

## Return to Office

- Terrin Thompson, RDH for Dental Scaling at Lewis and Clark Dental Clinic on 04/20/2023 at 08:45 AM
- Katie Norris for Telephone Visit 20 at Utilization Management on 05/08/2023 at 10:00 AM
- Mouayed Karem-Hamid, DDS for Dental Restorative 60 at Maple Dental on 06/06/2023 at 08:45 AM
- Selam Kiflemichael, PharmD for Office Visit 40 at CHAS Latah on 06/09/2023 at 09:00 AM
- to see Mickey Smith, RDH for Dental Scaling at Latah Dental on or around 08/27/2023
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off

Encounter signed-off by Amber Hegstad, Ma-C, 04/14/2023.

Encounter performed and documented by Amber Hegstad, Ma-C
Encounter reviewed & signed by Amber Hegstad, Ma-C on 04/14/2023 at 10:32am

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**
**Encounter Date: 04/14/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 04/14/2023 09:20AM |
| **DOB** | 10/29/1960 | **Service Dept.** | CHAS Latah |
| **Provider** | SELAM KIFLEMICHAEL, PHARMD | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Diabetes (Crx)

## Patient's Care Team

**Dentist:** BRYCE FORTNER, DDS
**Primary Care Provider:** AMY L LARSON ARNP: CHAS HEALTH 338 6TH ST, LEWISTON, ID 83501, Ph (208) 848-8300, Fax (208) 848-8303 NPI: 1679963284
**Other:** CHANTEL ROBINSON PHARMD: 1203 N IDAHO ST CHAS HEALTH, LEWISTON, ID 83501-1940, Ph (509) 444-8200, Fax (208) 848-8303 NPI: 1114545878
**Care Manager:** MICHELLE SORENSON, RN

## Patient's Pharmacies

**CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291**

## Vitals

2023-04-14 10:39

**Ht:** 5 ft 7 in (170.18 cm) **Wt:** 224 lbs With clothes (101.6 kg) **BMI:** 35.1

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/06/2023)

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>SWISH AND SPIT 15 MLS BY MOUTH TWICE A DAY | 04/14/23 | prescribed |
| **codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid**<br>Take 5 mL every 4 hours by oral route., start 04/15/2016 | 04/15/16 | started |
| **FREESTYLE LIBRE 2 READER**<br>Use to test blood sugars at least 4 times daily | 03/01/23 | renewed |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| | | |
|---|---|---|
| **FreeStyle Libre 2 Sensor kit**<br>USE AS DIRECTED TO TEST BLOOD SUGAR 4 TIMES DAILY | 04/07/23 | filled |
| **hydrOXYzine HCL 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 08/19/22 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 50 UNITS UNDER THE SKIN EVERY DAY MAX= 60 UNITS DAILY | 04/14/23 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/27/23 | filled |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **NovoFine Plus 32 gauge x 1/6" needle**<br>USE TO INJECT VICTOZA ONCE DAILY | 04/15/21 | filled |
| **pravastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. | 02/27/23 | filled |
| **saw palmetto**<br>1 capsule by oral route once daily as directed<br>**Internal Note:** OTC | 10/06/17 | entered |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **Sutab 1.479-0.188-0.225 gram tablet**<br>take according to provider instructions<br>**Internal Note:** prescribed by john morgenstern- referral 03/17/22- 208-743-6200 | 08/15/22 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH once DAILY AS NEEDED (10 TABLETS must last 30 days) | 10/03/22 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023. | 09/19/22 | filled |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

**True Metrix Glucose Meter** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**True Metrix Glucose Test Strip** 04/27/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY

**TRUEplus Lancets 28 gauge** 03/09/22 filled
USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED

**TRUEplus Pen Needle 31 gauge x 1/4"** 10/13/22 filled
use to INJECT lantus TWICE DAILY

**Trueresult Blood Glucose System kit** 10/10/14 started
USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014

**Trulicity 1.5 mg/0.5 mL subcutaneous pen injector** 04/05/23 filled
inject 1.5 mg subcutaneously once weekly

**Trulicity 3 mg/0.5 mL subcutaneous pen injector** 04/14/23 prescribed
inject 3 mg sq weekly

**Vitamin D2 1,250 mcg (50,000 unit) capsule** 10/10/14 started
TAKE 1 CAPSULE BY ORAL ROUTE EVERY WEEK; DISPENSE :16; REFILLS :0, start 10/10/2014

No changes, verified with patient on 08/30/22 LH
8/19/22 Meds verbally verified with pt/ AN

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, bivalent, PF 50 mcg/0.5 mL dose (Moderna) | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Right | 80777028205 | AS7170B | Moderna US Inc. | 06/09/23 | Moderna COVID-19 6+ EUA 12/08/2022 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose, tris-sucrose (Pfizer-BioNTech) | 08/30/22 | | Intramuscular | | | FP7150 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/26/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hagsted, MA-C, MA-C |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA765B6 | GlaxoSmithKline | | | | |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co. Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura, MA-C MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| Pneumococcal | | | | | | | | | | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 04/14/23 | 0.5 mL | Intramuscular | Deltoid, Left | 00005200001 | GN1897 | Pfizer, Inc | 08/30/24 | Pneumococcal Conjugate 02/04/22 | 04/14/23 | Amber Hegstad, MA-C, MA-C |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2018 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2018 | 04/30/20 | |

## Problems

### Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- 
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Osteoarthritis of knee - left

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Family History not reviewed (last reviewed 09/01/2022)

Mother - Hypertensive disorder

- Diabetes mellitus

## Social History

Social History not reviewed (last reviewed 04/07/2023)

**PRAPARE**

PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate

**Dental - Adult Health History**

Hookah use?: No
When was your last dental cleaning?: 03/11/2022

**Family Medicine**

Last fluoride treatment: 10/18/2018
Live alone or with others?: alone
What is the highest level of school that you have finished?: More than high school
What is your current work situation?: I choose not to answer
Illicit drugs: No
Cannabis Use?: No

**Home and Environment**

Have there been any changes to your family or social situation?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes

**Lifestyle**

Do you use your seat belt or car seat routinely?: Yes

**Marriage and Sexuality**

Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried

**Diet and Exercise**
What is your exercise level?: Moderate
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 09/01/2022)

## Past Medical History

Past Medical History not reviewed (last reviewed 03/06/2023)
Allergies/Hayfever: **Y - allergic rhinitis**
Arthritis: **Y - osteoarthritis of left knee**
Asthma: **Y - asthma**
Diabetes: **Y - diabetes mellitus type II, diagnosed in 2014**
Hypertension: **Y - essential hypertension; benign hypertension**
Other: **Y - dental caries; paroxysmal atrial fibrillation**

## Screening

None recorded.

## HPI

face to face dm visit

Reason for visit: DM f/u
Referring Provider/PCP: Amy Larson
Pertinent social/medical history: Mother Hx of MI, DM and htn
Diagnosis: type 2 DM 4-5 years ago
Evidence of nephropathy/microalbuminuria: none;
Hx of MI/ CAD: none
DM complications- none
Other complications: HTN, hyperlipidemia, obesity, paroxysmal A-fib, No hx of pancreatitis or gastroparesis

Current DM Regimen;
1. Lantus 50 units daily- reports might missed 1-2 times for the last month
2. trulicity 1.5 mg- denies missed this

Other relevant medications: denies missed meds
1. pravastatin 80 mg
2. Lisinopril 2.5 mg

interval note: Pt presents to clinic for dm follow up; was alert and oriented at the visit. bgs have not been checked at home; run-out sensors. Pt said will get them today from the mail-out pharmacy; agreed to scan bgs via libre at least 4 times daily. Pt usually travels due to his current job. reports his diet has not been great; been eating usually outside; since he travels all the time.he increased high carb intake and been less active. no other concerns were reported.

Bgs- n/a, random bg was 323 after had chocolates BF- 30 minutes prior to this visit

A1C ; 8.1% on 04/14/2023, 7.4% on 02/27/2023, 8.2% on 08/30/22, 9.0% On 07/01/22, 8.8% on 02/10/22
A1c: 7.7% on 10/7/21, 8.3% on 06/30/21, 8.6% on 03/29/21, 9.2%, 8.5% on 12/22/20,
Diet: Eats three times daily. BF= Eggs, lunch and dinner= Mostly chicken and some rice , snacking chocolates,- completely changed his diet when he was in vacation- increased veggies and fish

Exercise: not intentionally ; remains active
Foot exam: done 08/30/22
Eye exam: reports done a month ago at Lifetime Eye Care; will ask progress note
Evidence of retinopathy: no DR, mild cataracts OU
Dental exam: 02/27/2023
Tobacco: never smoker
Last PCP visit was 09/01/22 ; needs to be seen; pt is aware of that
Vaccines- completed!

LABS on 09/06/22
Lipids: total= 185, HDL = 51, LDL=108, Trigs=148
UACR: wnl on 02/27/2023
CMP/GFR: GFR- 97, Cr- 0.90
TSH: 5/9/17 - due
CBC: H/H- wnl

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is alert and oriented x 3. No acute physical concerns at today's visit. Pulse, blood pressure and temperature were all within normal limits.

## Procedure Documentation

**Specimen Collection:**

Primary Specimen Collection

| | |
|---|---|
| Collection Successful | Yes |
| If No, # of attempts and plan: | 2 - |
| Primary Specimen Source: | Venous Blood |
| Specimen Site: | Right AC |
| Collection Site if Other: | |
| Collected by: | Chloe C |
| Collection Date/Time: | 02/27/2023 |
| Order Origination: | Order Group |
| Original Order Date: | 02/27/2023 |

Secondary Specimen Collection

| | |
|---|---|
| Collection Successful | Yes |
| If No, # of attempts and plan: | 1 - |
| Secondary Specimen Source: | Urine |
| Specimen Notes: | Other |
| Collection Site if Other: | |
| Collected by: | Chloe C |
| Collection Date/Time: | 02/27/2023 |
| Order Origination: | Order Group |
| Original Order Date: | 02/27/2023 |

Additional Source(s):

Additional Notes: Venipuncture completed today per order group in chart.

## Assessment / Plan

face to face dm visit

Assessment: Bg control: elevated based A1C of 8.1% on 04/14/2023 was 7.4% on 02/27/2023 was 8.2% on 08/30/33 was 9.0% for goal less than 7%. No libre or bgs log book; bgs have not been checked since Feb. He will receive sensors today; agreed to start scan at least 4 times daily. There were few times missed his lantus; agreed to work on his adherence. Increased high carb intake due to his current job; traveling; was unable to cook at home; but agreed to work on diet goals.

Note: Pt needs to be seen by PCP; is aware of that. Pt tried jardiance, victoza, glipizide in the past; DC, not tolerated them. Novolog with the meals- pt reports HR increasing. DC metformin- due to side effects.

Plan
DM Medications:
1. Continue lantus 50 units SQ daily; might max- 60 units daily
2. Increase trulicity to 3 mg sq weekly

GLP1 agonist assessment- h/o pancreatitis, MI/stroke, gastroparesis; reviewed most common benefits and side effects. Side effects: weight loss, GI issues (N/V/D), headache, URTIs, Benefits include good glycemic response, CV outcomes, preservation of beta cells. No hx of pancreatitis or gastroparesis were reported

Non-Dm medications:
1. Continue pravastatin 80 mg daily
2. Continue lisinopril 2.5 mg.

Diet goals:

Be mindful of portion sizes at meals:

- 1 cup or less of starchy carbohydrates such as pasta, rice, potatoes, corn, peas, beans, or oatmeal (about the size of your fist or less)
- 3 oz of lean meats such as chicken breast, lean cuts of beef, pork tenderloin, or fish (about the size of your palm)
- work on making half of your plate non-starchy vegetables (greens, broccoli, tomato, cauliflower, carrots, mushrooms peppers, cabbage)

Exercise goals: Start walking at least 30 minutes- 3 times/week

Reducing risk education: Test your blood sugar whenever you feel weird. If your blood sugar is below 70, correct with 15 grams of sugar (4 glucose tablets, 4 oz of juice or soda, or 5-6 hard candies). Check again in 15 min and repeat if still under 70. When your BS returns to normal (over 70) each a snack or meal.

Monitoring goals: continue checking bgs via libre
Follow-up: with me in June and PCP in may
** Topics for future: bg review, diet?? trulicity?

**1. Diabetes mellitus**
E11.9: Type 2 diabetes mellitus without complications
- Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen - INJECT 50 UNITS UNDER THE SKIN EVERY DAY MAX= 60 UNITS DAILY Qty: (30) mL Refills: 3 Pharmacy: CHAS LATAH HEALTH PHARMACY
- Trulicity 3 mg/0.5 mL subcutaneous pen injector - inject 3 mg sq weekly Qty: (2) mL Refills: 2 Pharmacy: CHAS LATAH HEALTH PHARMACY Note to Pharmacy: stop the 1.5 mg
- chlorhexidine gluconate 0.12 % mouthwash - SWISH AND SPIT 15 MLS BY MOUTH TWICE A DAY Qty: (1) 480 mL bottle Refills: 1 Pharmacy: CHAS LATAH HEALTH PHARMACY
- HEMOGLOBIN A1C, FINGERSTICK - Specimen source: Blood capillary

HEMOGLOBIN A1C, FINGERSTICK
- Result:
  - **HGBA1c: 8.1**

**Patient Instructions**

It is recommended that people with diabetes exercise regularly. This is in addition to normal daily activities such as work or shopping. The goal is 30 minutes, 5 times a week (total of 150 minutes weekly) dedicated to getting your heart rate up. This can be brisk walking, swimming, cycling. Pick something you enjoy. If not currently exercising, listen to your body and start slow, even 10 minutes at a time is beneficial. In addition to heart health, exercise can be just as good as medication for lowering your blood sugars and decreases insulin resistance.

Be mindful of portion sizes at meals:

- 1 cup or less of starchy carbohydrates such as pasta, rice, potatoes, corn, peas, beans, or oatmeal (about the size of your fist or less)
- 3 oz of lean meats such as chicken breast, lean cuts of beef, pork tenderloin, or fish (about the size of your palm)
- work on making half of your plate non-starchy vegetables (greens, broccoli, tomato, cauliflower, carrots, mushrooms, peppers, cabbage)

Focus on including carbohydrates that contain fiber such as whole grains, beans, whole fruit, and winter squash. Limit sugary drinks (juice, soda, energy drinks) and refined carbohydrates (white pasta/breads, candy and other sweets) to occasionally.

## Return to Office
- Terrin Thompson, RDH for Dental Scaling at Lewis and Clark Dental Clinic on 04/20/2023 at 08:45 AM
- Katie Norris for Telephone Visit 20 at Utilization Management on 05/08/2023 at 10:00 AM
- Mouayed Karem-Hamid, DDS for Dental Restorative 60 at Maple Dental on 06/06/2023 at 08:45 AM
- Selam Kiflemichael, PharmD for Office Visit 40 at CHAS Latah on 06/09/2023 at 09:00 AM
- to see Mickey Smith, RDH for Dental Scaling at Latah Dental on or around 08/27/2023
- for POE at Latah Dental on or around 03/02/2024

## Encounter Sign-Off
Encounter signed-off by Selam Kiflemichael, PharmD, 04/14/2023.

Encounter performed and documented by Selam Kiflemichael, PharmD
Encounter reviewed & signed by Selam Kiflemichael, PharmD on 04/14/2023 at 1:12pm

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**
**Encounter Date: 02/27/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KHURANA, PRAVEEN (62yo, M) ID# 616109 | **Appt. Date/Time** | 02/27/2023 03:00PM |
| **DOB** | 10/29/1960 | **Service Dept.** | CHAS Latah |
| **Provider** | SELAM KIFLEMICHAEL, PHARMD | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Diabetes (Crx)

## Patient's Care Team

**Dentist:** BRYCE FORTNER, DDS
**Primary Care Provider:** AMY L LARSON ARNP: CHAS HEALTH 338 6TH ST, LEWISTON, ID 83501, Ph (208) 848-8300, Fax (208) 848-8303 NPI: 1679963284
**Other:** CHANTEL ROBINSON PHARMD: 1203 N IDAHO ST CHAS HEALTH, LEWISTON, ID 83501-1940, Ph (509) 444-8200, Fax (208) 848-8303 NPI: 1114545878

## Patient's Pharmacies

**CHAS LEWIS & CLARK PHARMACY (ERX): 1203 IDAHO ST, LEWISTON, ID 83501, Ph (208) 848-8290, Fax (208) 848-8291**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in (170.18 cm) 02/27/2023 04:31 pm | **Wt:** | 219 lbs With clothes (99.34 kg) 02/27/2023 04:31 pm | **BMI:** | 34.3 02/27/2023 04:31 pm |
| **BP:** | 130/72 sitting L arm 02/27/2023 04:46 pm | **BP Cuff Size:** | adult 02/27/2023 04:46 pm | **Pulse:** | 76 bpm regular 02/27/2023 04:46 pm |
| **Pain Scale:** | 0 02/27/2023 04:46 pm | **O2Sat:** | 97% Room Air at Rest 02/27/2023 04:46 pm | | |

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 02/27/2023)

**LEVEMIR U-100 INSULIN**: Nausea

No changes, verified with patient on 08/30/22 LH

## Medications

Reviewed Medications

**atenoloL 50 mg tablet** — 02/27/23 prescribed
TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED

**chlorhexidine gluconate 0.12 % mouthwash** — 08/30/22 filled
SWISH AND SPIT 15 MLS BY MOUTH TWICE A DAY

**codeine 10 mg-guaifenesin 100 mg/5 mL oral liquid** — 04/15/16 started
Take 5 mL every 4 hours by oral route., start 04/15/2016

| | | |
|---|---|---|
| **FreeStyle Libre 2 Reader**<br>Use to test blood sugars at least 4 times daily | 07/01/22 | filled |
| **FreeStyle Libre 2 Sensor kit**<br>Use to test blood sugars at least 4 times daily | 10/03/22 | filled |
| **hydrOXYzine HCL 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 08/19/22 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 40 UNITS UNDER THE SKIN EVERY DAY MAX= 50 UNITS DAILY | 02/27/23 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/27/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **NovoFine Plus 32 gauge x 1/6" needle**<br>USE TO INJECT VICTOZA ONCE DAILY | 04/15/21 | filled |
| **pravastatin 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. | 02/27/23 | prescribed |
| **saw palmetto**<br>1 capsule by oral route once daily as directed<br>**Internal Note:** OTC | 10/06/17 | entered |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **Sutab 1.479-0.188-0.225 gram tablet**<br>take according to provider instructions<br>**Internal Note:** prescribed by john morgenstern- referral 03/17/22- 208-743-6200 | 08/15/22 | prescribed |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH once DAILY AS NEEDED (10 TABLETS must last 30 days) | 10/03/22 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY for blood pressure. due for follow up in july 2023. | 09/19/22 | filled |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>use to INJECT lantus TWICE DAILY | 04/05/22 | filled |

| | | |
|---|---|---|
| **True Metrix Glucose Meter**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 03/09/22 | filled |
| **True Metrix Glucose Test Strip**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 04/27/22 | filled |
| **TRUEplus Lancets 28 gauge**<br>USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED | 03/09/22 | filled |
| **TRUEplus Pen Needle 31 gauge x 1/4"**<br>use to INJECT lantus TWICE DAILY | 10/13/22 | filled |
| **Trueresult Blood Glucose System kit**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014 | 10/10/14 | started |
| **Trulicity 1.5 mg/0.5 mL subcutaneous pen injector**<br>inject 1.5 mg SQ weekly | 02/27/23 | prescribed |
| **Vitamin D2 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY ORAL ROUTE EVERY WEEK; DISPENSE :16; REFILLS :0, start 10/10/2014 | 10/10/14 | started |

No changes, venfied with patient on 08/30/22 LH
8/19/22 Meds verbally verified with pt/ AN

## Vaccines

Reviewed Vaccines

COMMUNITY HEALTH ASSOCIATION OF SPOKANE • 611 N Iron Bridge Way SPOKANE WA 99202-4977

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 08/30/22 | 0.3 mL | Intramuscular | Deltoid, Left | 59267102501 | FP7150 | Pfizer, Inc | 09/02/22 | Pfizer-BioNTech COVID-19 12+ EUA 07/08/2022 | 08/30/22 | Chloe Collins, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 10/20/21 | 0.3 mL | Intramuscular | Deltoid, Left | 59267100001 | FF8841 | Pfizer, Inc | 12/31/21 | Pfizer-BioNTech COVID-19 Vaccine EUA 10/20/2021 | 10/26/21 | Nicole Larson, MA-C, MA-C |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/31/21 | 0.3 mL | | | | EN6204 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 03/10/21 | 0.3 mL | | | | EN6202 | Pfizer, Inc | | | | |
| **Diphtheria, Tetanus, Pertussis** | | | | | | | | | | | |
| Tdap | 10/09/14 | | Intramuscular | | | C4565BA | | 07/11/16 | | | |
| **Hepatitis A** | | | | | | | | | | | |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep A | 11/21/03 | | Intramuscular | | | VHA785B6 | GlaxoSmithKline | | | | |
| **Hepatitis B** | | | | | | | | | | | |
| Hep B, adult | 05/09/17 | 1 mg | Intramuscular | Deltoid, Left | | M046373 | Merck and Co., Inc. | 11/04/18 | HepB 07/20/2016 (Barcoded) | 05/09/17 | Ragna Hutchens, CHW |
| Hep A-Hep B | 05/06/16 | 1 mL | Intramuscular | Deltoid, Left | | dx7d3 | GlaxoSmithKline | 09/29/17 | HepB 02/02/2012 (Barcoded) | 05/06/16 | Amber Hegstad, MA-C, MA-C |
| Hep A-Hep B | 10/28/15 | 1 mL | Intramuscular | Deltoid, Left | | 797k7 | GlaxoSmithKline | 04/29/17 | HepB 02/02/2012 (Barcoded) | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| Hep B | 11/21/03 | | Intramuscular | | | ENG5465A6 | GlaxoSmithKline | | | | |
| **Influenza** | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/17/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042088 | UJ532AC | Sanofi Pasteur | 06/30/21 | Inactivated Influenza 08/15/2019 | 10/17/20 | Amber Nakamura MA-C, MA-C |
| influenza, injectable, quadrivalent, preservative free | 03/17/20 | | Intramuscular | | | UT6713MA | Sanofi Pasteur | | | | |
| influenza, injectable, quadrivalent, preservative free | 10/18/18 | 0.5 mL | Intramuscular | Deltoid, Right | | UJ045AA | Sanofi Pasteur | 06/30/19 | TIV/QIV 8/07/2015 | 10/18/18 | Ragna Hutchens, CHW |
| influenza, intradermal, quadrivalent, preservative free | 10/28/15 | 0.1 mL | Intradermal | Deltoid, Right | | ut5354aa | Sanofi Pasteur | 06/30/16 | TIV/QIV 8/07/2015 | 10/28/15 | Amber Hegstad, MA-C, MA-C |
| influenza, seasonal, intradermal, preservative free | 10/08/14 | | Intradermal | | | | | 06/01/15 | | | |
| **Pneumococcal** | | | | | | | | | | | |
| pneumococcal polysaccharide PPV23 | 10/09/14 | | Intramuscular | | | K004542 | | 08/19/15 | | | |
| **Zoster** | | | | | | | | | | | |
| zoster recombinant | 07/22/20 | 0.5 mL | Intramuscular | Deltoid, Left | 58160082901 | 7NX37 | GlaxoSmithKline | 02/05/22 | Recombinant Zoster 10/30/2019 | 07/22/20 | Kelsey Seidel, MA-C, MA-C |
| zoster recombinant | 05/26/20 | | Intramuscular | Deltoid, Left | | EG3A3 | GlaxoSmithKline | 12/10/21 | | 05/26/20 | R. Schaefer |
| zoster recombinant | | 0.5 mL | Intramuscular | | | | | | Recombinant Zoster 10/30/2019 | 04/30/20 | |

Problems

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

Reviewed Problems

- Onychomycosis of toenails - Onset: 10/18/2018 - bilateral 1st-5th toenails
- Diabetes mellitus - Onset: 05/09/2014 - T2DM Goal A1C = <7.0%
- Vitamin D deficiency - Onset: 10/10/2014
- Hyperlipidemia - Onset: 05/16/2014
- Obesity - Onset: 10/06/2017
- Body mass index 30+ - obesity - Onset: 08/10/2018
- 22
- Essential hypertension
- Benign hypertension - Onset: 05/09/2014
- Paroxysmal atrial fibrillation - Onset: 12/09/2016
- Internal hemorrhoids - Onset: 08/10/2018 - uncomplicated
- Allergic rhinitis - Onset: 12/09/2016
- Asthma
- Dental caries
- Hernia of abdominal wall - Onset: 12/13/2019
- Osteoarthritis of knee - left
- Chronic cough - Onset: 05/09/2017
- Cough
- Solitary nodule of lung - Onset: 08/10/2018
- Tear of medial meniscus of knee - Onset: 03/15/2018, Left

## Family History

Family History not reviewed (last reviewed 09/01/2022)

Mother - Hypertensive disorder

- Diabetes mellitus

## Social History

Social History not reviewed (last reviewed 09/01/2022)

**PRAPARE**

PRAPARE Screening Completed on:: 03/17/2022
Are you worried about losing your housing?: Yes
In the past year have you or any of your family members been unable to get CHILD CARE when it was really needed?: No
In the past year have you or any of your family members been unable to get CLOTHING when it was really needed?: No
In the past year have you or any of your family members been unable to get MEDICINE or HEALTH CARE when it was really needed?: No
In the past year have you or any of your family members been unable to access INTERNET when it was really needed?: No
In the past year have you or any of your family members been unable to access healthcare because of lack of a computer, tablet, smartphone, etc when it was really needed?: No
In the past year have you or any of your family members been unable to get a PHONE when it was really needed?: No
In the past year have you or any of your family members been unable to get UTILITIES when it was really needed?: No
In the past year have you or any of your family members been unable to get OTHER NECESSITIES when it was really needed?: No
Has lack of transportation kept you from medical appointments, meetings, work, or from getting things needed for daily living?: No
How often do you see or talk to people that you care about and feel close to? (Ex: talking to friends on the phone, visiting friends/family, going to church or club meetings): 1-2 times per week
How stressed are you?: A little bit
In the past year, have you spent more than 2 nights in a row in a jail, prison, detention center, or juvenile correctional facility?: No
Do you feel physically and emotionally safe where you currently live?: No
In the past year, have you been afraid of your partner or ex-partner?: No
Does the patient have social needs that need to be addressed?: No

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How much tobacco do you smoke?: None
How many years have you smoked tobacco?: 0
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/12/2022
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: 04/27/2022
What is your level of alcohol consumption?: Moderate
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: None
What is your level of caffeine consumption?: Moderate

**Dental - Adult Health History**

Hookah use?: No
When was your last dental cleaning?: 03/11/2022

**Family Medicine**

Last fluoride treatment: 10/18/2018

Live alone or with others?: homeless
What is the highest level of school that you have finished?: I choose not to answer
What is your current work situation?: I choose not to answer
Illicit drugs: No
Cannabis Use?: No
**Home and Environment**
Have there been any changes to your family or social situation?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: Yes
Are there any guns present in your home?: No
Do you use sunscreen routinely?: Yes
**Lifestyle**
Do you use your seat belt or car seat routinely?: Yes
**Marriage and Sexuality**
Are you sexually active?: No
Do you use protection during sex?: No
How many children do you have?: 3
What is your parents' marital status?: Unmarried
**Diet and Exercise**
What is your exercise level?: Moderate
**Advance Directive**
Is blood transfusion acceptable in an emergency?: No
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
Have you recently or are you planning to travel to an area with Zika virus?: No
**Education and Occupation**
Are you currently in school?: No
Have you repeated any grades?: No
Are you currently employed?: No
What is your occupation?: Cook
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Other**
Live alone or with others?: alone
Seat belts used routinely: Yes
Smoke alarm in home: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Straight or heterosexual

## Surgical History

Surgical History not reviewed (last reviewed 09/01/2022)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/27/2023)
Allergies/Hayfever: Y - **allergic rhinitis**
Arthritis: Y - **osteoarthritis of left knee**
Asthma: Y - **asthma**
Diabetes: Y - **diabetes mellitus type II, diagnosed in 2014**
Hypertension: Y - **essential hypertension; benign hypertension**
Other: Y - **dental caries; paroxysmal atrial fibrillation**

## Screening

## HPI

face to face dm visit

Reason for visit: DM f/u
Referring Provider/PCP: Amy Larson
Pertinent social/medical history: Mother Hx of MI, DM and htn
Diagnosis: type 2 DM 4-5 years ago
Evidence of nephropathy/microalbuminuria: none;
Hx of MI/ CAD: none
DM complications- none
Other complications: HTN, hyperlipidemia, obesity, paroxysmal A-fib, No hx of pancreatitis or gastroparesis

Current DM Regimen; denies missed meds
1. Lantus 30 units- sometimes when bgs are dong well; skips for 3 days
2. trulicity 1.5 mg

Other relevant medications: denies missed meds
1. pravastatin 80 mg
2. Lisinopril 2.5 mg

interval note: Pt presents to clinic for dm follow up; went to Thailand for vacation for 3-4 months; came back 2 weeks ago. Pt denies missed meds; however bgs have been doing well; sometimes skips lantus for 3 days. Pt completely changed his diet when he was in Thailand; increased veggies and fish; lost over 20 lbs for the last 4 months. Pt needs to be seen by PCP; he is aware of that agreed to make an app. He used libre; however; he picked up his sensors today; we only captured data until Feb 4th.

CGM download: linked to sharing. See download in clinical section of the chart from: Jan 22-Feb 04-2023
CGM active: 69% was 88% was 92%
Avg Glucose: 187 was 198 was 199
GMI:7.8% was 8.0% was 8.1%
TIR: 46% was 30% was 36%
TAR: 49% was 63% was 46%
TAR > 250 mg/dl: 5% was 7% was 18%
TBR: 0% was 0%
TBR < 54 mg/dl: 0% was 0%
Scans/day: 6 times/ daily
A1C ; 7.4% on 02/27/2023, 8.2% on 08/30/22, 9.0% 0n 07/01/22, 8.8% on 02/10/22
A1c: 7.7% on 10/7/21, 8.3% on 06/30/21, 8.6% on 03/29/21, 9.2%, 8.5% on 12/22/20,
Diet: Eats three times daily. BF= Eggs, lunch and dinner= Mostly chicken and some rice , snacking chocolates,- completely changed his diet when he was in vacation- increased veggies and fish

Exercise: not intentionally ; remains active
Foot exam: done 08/30/22
Eye exam: reports done a month ago at Lifetime Eye Care; will ask progress note
Evidence of retinopathy: no DR, mild cataracts OU
Dental exam: 02/27/2023
Tobacco: never smoker
Last PCP visit was 09/01/22 ; needs to be seen; pt is aware of that
Vaccines- completed!

LABS on 09/06/22
Lipids: total= 185, HDL = 51, LDL=108, Trigs=148
UACR: 10/25/21 - 7- urine sample left today; will follow up with the results
CMP/GFR: GFR- 97, Cr- 0.90
TSH: 5/9/17 - due
CBC: 3/17/20 - blood work done today; will follow up with the results

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is alert and oriented x 3. No acute physical concerns at today's visit. Pulse, blood pressure and temperature were all within normal limits.

## Procedure Documentation

**Specimen Collection:**

Primary Specimen Collection

| | |
|---|---|
| Collection Successful | Yes |
| If No, # of attempts and plan: | 2 - |
| Primary Specimen Source: | Venous Blood |
| Specimen Site: | Right AC |
| Collection Site if Other: | |
| Collected by: | Chloe C |
| Collection Date/Time: | 02/27/2023 |
| Order Origination: | Order Group |
| Original Order Date: | 02/27/2023 |

Secondary Specimen Collection

| | |
|---|---|
| Collection Successful | Yes |
| If No, # of attempts and plan: | 1 - |
| Secondary Specimen Source: | Urine |
| Specimen Notes: | Other |
| Collection Site if Other: | |
| Collected by: | Chloe C |
| Collection Date/Time: | 02/27/2023 |
| Order Origination: | Order Group |
| Original Order Date: | 02/27/2023 |

---

Additional Source(s):

Additional Notes: Venipuncture completed today per order group in chart.

## Assessment / Plan

face to face dm visit

Assessment: Bg control: improved based on A1C of 7.4% on 02/27/2023 was 8.2% on 08/30/33 was 9.0% for goal less than 7%. checks bgs via libre; however we captured bgs until Feb 4th; sensors picked up today; agreed to start checking bgs via libre at least 4 times daily. Bgs overall improved ranging 140s-150s with no lows. Pt reports skips lantus for 3 days when bgs were ranging 100s.

Note: Pt needs to be seen by PCP; is aware of that. Urine sample left for uacr; will follow up with the results. Blood work done for CBC today. Pt tried jardiance, victoza, glipizide in the past; DC, not tolerated them. Novolog with the meals- pt reports HR increasing. DC metformin- due to side effects.

Plan
DM Medications:
1. Continue lantus 40 units SQ daily; might increase by 2 units if bgs start to elevate max- 50 units daily
2. Continue trulicity 1.5 mg sq weekly

GLP1 agonist assessment- h/o pancreatitis, MI/stroke, gastroparesis; reviewed most common benefits and side effects. Side effects: weight loss, GI issues (N/V/D), headache, URTIs. Benefits include good glycemic response, CV outcomes, preservation of beta cells. No hx of pancreatitis or gastroparesis were reported

Non-Dm medications:
1. Continue pravastatin 80 mg daily
2. Continue lisinopril 2.5 mg.

Diet goals: Great job for making changes in your diet; continue working on diet goals.

Exercise goals: continue been active daily; Great job for losing weight!!!

Reducing risk education: Test your blood sugar whenever you feel weird. If your blood sugar is below 70, correct with 15 grams of sugar (4 glucose tablets, 4 oz of juice or soda, or 5-6 hard candies). Check again in 15 min and repeat if still under 70. When your BS returns to normal (over 70) each a snack or meal.

Monitoring goals: continue checking bgs via libre
Follow-up: with me in April and please make an app with PCP ASAP??
** Topics for future: bg review, diet?? trulicity? uacr?? cbc??- results

**1. Diabetes mellitus**

E11.9: Type 2 diabetes mellitus without complications

- Trulicity 1.5 mg/0.5 mL subcutaneous pen injector - inject 1.5 mg SQ weekly Qty: (2) mL Refills: 3 Pharmacy: CHAS LATAH HEALTH PHARMACY
- HEMOGLOBIN A1C, FINGERSTICK - Specimen source: Blood capillary
- atenolol 50 mg tablet - TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atnal fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED Qty: (90) tablet Refills: 2 Pharmacy: CHAS LATAH HEALTH PHARMACY
- Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen - INJECT 40 UNITS UNDER THE SKIN EVERY DAY MAX= 50 UNITS DAILY Qty: (30) mL Refills: 3 Pharmacy: CHAS LATAH HEALTH PHARMACY
- lisinopril 2.5 mg tablet - TAKE 1 TABLET BY MOUTH EVERY DAY Qty: (90) tablet Refills: 5 Pharmacy: CHAS LATAH HEALTH PHARMACY
- pravastatin 80 mg tablet - TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR CHOLESTEROL. Qty: (90) tablet Refills: 2 Pharmacy: CHAS LATAH HEALTH PHARMACY
- BD ULTRA-FINE SHORT PEN NEEDLE 31 GAUGE X 5/16" - Use as daily with lantus subcutaneous injection Qty: 100 Units Refills: 3 Supplier: CHAS LATAH HEALTH PHARMACY

HEMOGLOBIN A1C, FINGERSTICK
- Result:
  - **HGBA1c**: 7.4

**Patient Instructions**

It is recommended that people with diabetes exercise regularly. This is in addition to normal daily activities such as work or shopping. The goal is 30 minutes, 5 times a week (total of 150 minutes weekly) dedicated to getting your heart rate up. This can be brisk walking, swimming, cycling. Pick something you enjoy. If not currently exercising, listen to your body and start slow, even 10 minutes at a time is beneficial. In addition to heart health, exercise can be just as good as medication for lowering your blood sugars and decreases insulin resistance.

Be mindful of portion sizes at meals:

- 1 cup or less of starchy carbohydrates such as pasta, rice, potatoes, corn, peas, beans, or oatmeal (about the size of your fist or less)
- 3 oz of lean meats such as chicken breast, lean cuts of beef, pork tenderloin, or fish (about the size of your palm)
- work on making half of your plate non-starchy vegetables (greens, broccoli, tomato, cauliflower, carrots, mushrooms, peppers, cabbage)

Focus on including carbohydrates that contain fiber such as whole grains, beans, whole fruit, and winter squash. Limit sugary drinks (juice, soda, energy drinks) and refined carbohydrates (white pasta/breads, candy and other sweets) to occasionally.

## Return to Office

- Mouayed Karem-Hamid, DDS for POE at Maple Dental on 02/28/2023 at 02:45 PM
- Mickey Smith, RDH for Dental Scaling at Latah Dental on 02/28/2023 at 11:00 AM
- for POE at Latah Dental on or around 03/09/2023
- Selam Kiflemichael, PharmD for Office Visit 40 at CHAS Latah on 04/17/2023 at 09:00 AM
- Terrin Thompson, RDH for Dental Scaling at Lewis and Clark Dental Clinic on 04/20/2023 at 08:45 AM

## Encounter Sign-Off

Encounter signed-off by Selam Kiflemichael, PharmD, 02/27/2023.

Encounter performed and documented by Selam Kiflemichael, PharmD
Encounter reviewed & signed by Selam Kiflemichael, PharmD on 02/27/2023 at 5:14pm

COMMUNITY HEALTH ASSOCIATION OF SPOKANE • 611 N Iron Bridge Way, SPOKANE WA 99202-4977

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

ELECTROCARDIOGRAM (#37587130, 11/08/2023)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Praveen Khurana | Req. Physician: | | Rate: | 67 | BPM | Interpretation: |
| ID | | Technician: | KZeller | PR: | 196 | msec | Sinus Rhythm |
| Sex: | Male | History: | | QT: | 376 | msec | |
| BP: | | Medication: | | QTcH | 388 | msec | WITHIN NORMAL LIMITS |
| Weight: | 210 lbs | Date of Report: | 11/8/2023 10:55:29 AM | | | msec | |
| Height: | 67 inches | Reviewed By: | | QRSD: | 83 | msec | |
| DOB: | 10/29/1960 (63) | Review Date: | | P-QRS-T: | 33/-12/-1 | degree | |
| Comments: | | | | | | | |




Speed:25 mm/sec Gain:10 mm/mV MYO:ON AC:ON DRIFT:ON Page 1 of 1 Version 10.10.6.12 Print Date: 11/8/2023 10:55:40 AM

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**



## ELECTROCARDIOGRAM (#37575814, 11/07/2023)

## ELECTROCARDIOGRAM (#37481449, 11/02/2023)

| | |
|---|---|
| Interpretation | Review of electrocardiogram taken on 11/08/2023 at Market Street Clinic shows:<br>Rate & Rhythm:<br>Rate & Rhythm: normal sinus rhythm 67rate.<br>Axis:<br>QRS: normal.<br>Intervals:<br>PR Interval: normal.<br>QRS Duration: normal.<br>QT Interval: normal QTc.<br>Interpretation:<br>12 lead ECG: normal. |

## Lab Results

## HEMOGLOBIN A1C 11/03/2023 (#37497693, Final, 11/02/2023 11:20am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHLEEN SIONZON-OGDEN, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S, Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID: 99208003 |
| Specimen/Accession ID | OW251233X | Specimen Source | |
| Specimen Coll. Date | 11/02/2023 11:20 | Result Status | Final |
| Specimen Rec. Date | 11/03/2023 00:46 | Report Status | |
| Specimen Reported Date | 11/03/2023 11:44 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HEMOGLOBIN A1C | 9.0 | <5.7 | % OF TOTAL HGB | HIGH | Final | NW |

For someone without known diabetes, a hemoglobin A1c value of 6.5% or greater indicates that they may have diabetes and this should be confirmed with a follow-up test.

For someone with known diabetes, a value <7% indicates that their diabetes is well controlled and a value greater than or equal to 7% indicates suboptimal control. A1c targets should be individualized based on duration of diabetes, age, comorbid conditions, and other considerations.

Currently, no consensus exists regarding use of hemoglobin A1c for diagnosis of diabetes for children.

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

## CBC (INCLUDES DIFF/PLT) 11/03/2023 (#37497689, Final, 11/02/2023 11:20am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHLEEN SIONZON-OGDEN, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S, Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID. 99208003 |
| Specimen/Accession ID | OW251233X | Specimen Source | |
| Specimen Coll. Date | 11/02/2023 11:20 | Result Status | Final |
| Specimen Rec. Date | 11/03/2023 00:46 | Report Status | |
| Specimen Reported Date | 11/03/2023 11:44 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 7.1 | 3.8-10.8 | THOUSAND/UL | NORMAL | Final | NW |
| RED BLOOD CELL COUNT | 4.80 | 4.20-5.80 | MILLION/UL | NORMAL | Final | NW |
| HEMOGLOBIN | 15.8 | 13.2-17.1 | G/DL | NORMAL | Final | NW |
| HEMATOCRIT | 46.4 | 38.5-50.0 | % | NORMAL | Final | NW |
| MCV | 96.7 | 80.0-100.0 | FL | NORMAL | Final | NW |
| MCH | 32.9 | 27.0-33.0 | PG | NORMAL | Final | NW |
| MCHC | 34.1 | 32.0-36.0 | G/DL | NORMAL | Final | NW |
| RDW | 11.8 | 11.0-15.0 | % | NORMAL | Final | NW |
| PLATELET COUNT | 278 | 140-400 | THOUSAND/UL | NORMAL | Final | NW |
| MPV | 10.1 | 7.5-12.5 | FL | NORMAL | Final | NW |
| ABSOLUTE NEUTROPHILS | 4672 | 1500-7800 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE LYMPHOCYTES | 1683 | 850-3900 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE MONOCYTES | 568 | 200-950 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE EOSINOPHILS | 128 | 15-500 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE BASOPHILS | 50 | 0-200 | CELLS/UL | NORMAL | Final | NW |
| NEUTROPHILS | 65.8 | | % | NORMAL | Final | NW |
| LYMPHOCYTES | 23.7 | | % | NORMAL | Final | NW |
| MONOCYTES | 8.0 | | % | NORMAL | Final | NW |
| EOSINOPHILS | 1.8 | | % | NORMAL | Final | NW |
| BASOPHILS | 0.7 | | % | NORMAL | Final | NW |

## COMPREHENSIVE METABOLIC PANEL 11/03/2023 (#37497687, Final, 11/02/2023 11:20am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHLEEN SIONZON-OGDEN, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S, Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID: 99208003 |
| Specimen/Accession ID | OW251233X | Specimen Source | |
| Specimen Coll. Date | 11/02/2023 11:20 | Result Status | Final |
| Specimen Rec. Date | 11/03/2023 00:46 | Report Status | |
| Specimen Reported Date | 11/03/2023 11:44 | | |

COMMUNITY HEALTH ASSOCIATION OF SPOKANE • 611 N Iron Bridge Way, SPOKANE WA 99202-[illegible]

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 208 | 65-99 | MG/DL | HIGH | Final | NW |
| | Fasting reference interval<br><br>For someone without known diabetes, a glucose value >125 mg/dL indicates that they may have diabetes and this should be confirmed with a follow-up test. | | | | | |
| UREA NITROGEN (BUN) | 22 | 7-25 | MG/DL | NORMAL | Final | NW |
| CREATININE | 0.85 | 0.70-1.35 | MG/DL | NORMAL | Final | NW |
| EGFR | 98 | > OR = 60 | ML/MIN/1.73M2 | NORMAL | Final | NW |
| BUN/CREATININE RATIO | SEE NOTE: | 6-22 | (CALC) | | Final | NW |
| | Not Reported: BUN and Creatinine are within reference range. | | | | | |
| SODIUM | 135 | 135-146 | MMOL/L | NORMAL | Final | NW |
| POTASSIUM | 4.3 | 3.5-5.3 | MMOL/L | NORMAL | Final | NW |
| CHLORIDE | 104 | 98-110 | MMOL/L | NORMAL | Final | NW |
| CARBON DIOXIDE | 24 | 20-32 | MMOL/L | NORMAL | Final | NW |
| CALCIUM | 9.3 | 8.6-10.3 | MG/DL | NORMAL | Final | NW |
| PROTEIN, TOTAL | 6.6 | 6.1-8.1 | G/DL | NORMAL | Final | NW |
| ALBUMIN | 4.0 | 3.6-5.1 | G/DL | NORMAL | Final | NW |
| GLOBULIN | 2.6 | 1.9-3.7 | G/DL (CALC) | NORMAL | Final | NW |
| ALBUMIN/GLOBULIN RATIO | 1.5 | 1.0-2.5 | (CALC) | NORMAL | Final | NW |
| BILIRUBIN, TOTAL | 0.9 | 0.2-1.2 | MG/DL | NORMAL | Final | NW |
| ALKALINE PHOSPHATASE | 70 | 35-144 | U/L | NORMAL | Final | NW |
| AST | 15 | 10-35 | U/L | NORMAL | Final | NW |
| ALT | 11 | 9-46 | U/L | NORMAL | Final | NW |

## LIPID PANEL WITH REFLEX TO DIRECT LDL 11/03/2023 (#37497683, Final, 11/02/2023 11:20am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHLEEN SIONZON-OGDEN, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S. Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID: 99208803 |
| Specimen/Accession ID | OW251233X | Specimen Source | |
| Specimen Coll. Date | 11/02/2023 11:20 | Result Status | Final |
| Specimen Rec. Date | 11/03/2023 00:46 | Report Status | |
| Specimen Reported Date | 11/03/2023 11:44 | | |

| Report | Result | Ref Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 138 | <200 | MG/DL | NORMAL | Final | NW |
| HDL CHOLESTEROL | 46 | > OR = 40 | MG/DL | NORMAL | Final | NW |
| **TRIGLYCERIDES** | **160** | **<150** | **MG/DL** | **HIGH** | **Final** | **NW** |
| LDL-CHOLESTEROL | 68 | | MG/DL (CALC) | NORMAL | Final | NW |
| | Reference range: <100<br><br>Desirable range <100 mg/dL for primary prevention;<br><70 mg/dL for patients with CHD or diabetic patients<br>with > or = 2 CHD risk factors.<br><br>LDL-C is now calculated using the Martin-Hopkins<br>calculation, which is a validated novel method providing<br>better accuracy than the Friedewald equation in the<br>estimation of LDL-C.<br>Martin SS et al. JAMA. 2013;310(19): 2061-2068<br>(http://education.QuestDiagnostics.com/faq/FAQ164) | | | | | |
| CHOL/HDLC RATIO | 3.0 | <5.0 | (CALC) | NORMAL | Final | NW |
| NON HDL CHOLESTEROL | 92 | <130 | MG/DL (CALC) | NORMAL | Final | NW |
| | For patients with diabetes plus 1 major ASCVD risk<br>factor, treating to a non-HDL-C goal of <100 mg/dL<br>(LDL-C of <70 mg/dL) is considered a therapeutic<br>option. | | | | | |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

## PSA, TOTAL WITH REFLEX TO PSA, FREE 11/03/2023 (#37487537, Final, 11/02/2023 11:20am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHLEEN SIONZON-OGDEN, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S, Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID: 99208003 |
| Specimen/Accession ID | OW251233X | Specimen Source | Blood venous |
| Specimen Coll. Date | 11/02/2023 11:20 | Result Status | Final |
| Specimen Rec. Date | 11/03/2023 00:46 | Report Status | |
| Specimen Reported Date | 11/03/2023 07:43 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PSA, TOTAL | 0.7 | < OR = 4.0 | NG/ML | NORMAL | Final | NW |
| | The Total PSA value from this assay system is standardized against the equimolar PSA standard. The test result will be approximately 20% higher when compared to the WHO-standardized Total PSA (Siemens assay). Comparison of serial PSA results should be interpreted with this fact in mind.<br><br>PSA was performed using the Beckman Coulter Immunoassay method. Values obtained from different assay methods cannot be used interchangeably. PSA levels, regardless of value, should not be interpreted as absolute evidence of the presence or absence of disease. | | | | | |

## HEMOGLOBIN A1C, FINGERSTICK 10/27/2023 (#37359474, 10/27/2023 12:51pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HGBA1c | 9.5 | | | | | |

## HEMOGLOBIN A1C, FINGERSTICK 06/30/2023 (#35180272, 06/30/2023 3:48pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HGBA1c | 8.5 | | | | | |

## HEMOGLOBIN A1C, FINGERSTICK 04/14/2023 (#33794024, 04/14/2023 1:11pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HGBA1c | 8.1 | | | | | |

## HEMOGLOBIN A1C, FINGERSTICK 02/27/2023 (#32924833, 02/27/2023 5:09pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HGBA1c | 7.4 | | | | | |

## CBC (INCLUDES DIFF/PLT) 02/28/2023 (#32946698, Final, 02/27/2023 3:56pm)

| | | | |
|---|---|---|---|
| Ordering Provider | JILLENE AMOW, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S, Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID: 83843001 |
| Specimen/Accession ID | OW982500U | Specimen Source | Blood venous |
| Specimen Coll. Date | 02/27/2023 15:56 | Result Status | Final |
| Specimen Rec. Date | 02/28/2023 04:19 | Report Status | |
| Specimen Reported Date | 02/28/2023 16:22 | | |

COMMUNITY HEALTH ASSOCIATION OF SPOKANE • 61 N Iron Bridge Way SPOKANE WA 99202

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 8.7 | 3.8-10.8 | THOUSAND/UL | NORMAL | Final | NW |
| RED BLOOD CELL COUNT | 4.62 | 4.20-5.80 | MILLION/UL | NORMAL | Final | NW |
| HEMOGLOBIN | 14.9 | 13.2-17.1 | G/DL | NORMAL | Final | NW |
| HEMATOCRIT | 44.0 | 38.5-50.0 | % | NORMAL | Final | NW |
| MCV | 95.2 | 80.0-100.0 | FL | NORMAL | Final | NW |
| MCH | 32.3 | 27.0-33.0 | PG | NORMAL | Final | NW |
| MCHC | 33.9 | 32.0-36.0 | G/DL | NORMAL | Final | NW |
| RDW | 11.6 | 11.0-15.0 | % | NORMAL | Final | NW |
| PLATELET COUNT | 316 | 140-400 | THOUSAND/UL | NORMAL | Final | NW |
| MPV | 10.4 | 7.5-12.5 | FL | NORMAL | Final | NW |
| ABSOLUTE NEUTROPHILS | 5351 | 1500-7800 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE LYMPHOCYTES | 2445 | 850-3900 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE MONOCYTES | 731 | 200-950 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE EOSINOPHILS | 122 | 15-500 | CELLS/UL | NORMAL | Final | NW |
| ABSOLUTE BASOPHILS | 52 | 0-200 | CELLS/UL | NORMAL | Final | NW |
| NEUTROPHILS | 61.5 | | % | NORMAL | Final | NW |
| LYMPHOCYTES | 28.1 | | % | NORMAL | Final | NW |
| MONOCYTES | 8.4 | | % | NORMAL | Final | NW |
| EOSINOPHILS | 1.4 | | % | NORMAL | Final | NW |
| BASOPHILS | 0.6 | | % | NORMAL | Final | NW |

**KHURANA, Praveen K (id #616109, dob: 10/29/1960)** **CLAIM 14892253**

# ALBUMIN, RANDOM URINE W/CREATININE 02/28/2023 (#32946694, Final, 02/27/2023 3:56pm)

| | | | |
|---|---|---|---|
| Ordering Provider | JILLENE AMOW, ARNP | Performing Lab | Quest Diagnostics-Seattle 1737 Airport (NW)<br>Roger Graham<br>1737 Airport Way S, Suite 200<br>Seattle, WA 98134-1636<br><br>Account ID: 83843001 |
| Specimen/Accession ID | OW982500U | Specimen Source | Urine |
| Specimen Coll. Date | 02/27/2023 15:56 | Result Status | Final |
| Specimen Rec. Date | 02/28/2023 04:19 | Report Status | |
| Specimen Reported Date | 02/28/2023 16:22 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE, RANDOM URINE | 130 | 20-320 | MG/DL | NORMAL | Final | NW |
| ALBUMIN, URINE | 2.1 | SEE NOTE: | MG/DL | NORMAL | Final | NW |
| | Reference Range:<br><br>Reference Range<br>Not established | | | | | |
| ALBUMIN/CREATININE RATIO, RANDOM URINE | 16 | <30 | MCG/MG CREAT | NORMAL | Final | NW |
| | The ADA defines abnormalities in albumin excretion as follows:<br><br>Albuminuria Category Result (mcg/mg creatinine)<br><br>Normal to Mildly increased <30<br>Moderately increased 30-299<br>Severely increased > OR = 300<br><br>The ADA recommends that at least two of three specimens collected within a 3-6 month period be abnormal before considering a patient to be within a diagnostic category. | | | | | |

Quest Diagnostics

Report Status: Final - Courtesy Copy
KHURANA, PRAVEEN K

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| KHURANA, PRAVEEN K<br>DOB: 10/29/1960 AGE: 62<br>Gender: M<br>Phone: 208.413.0165<br>Patient ID: 616109 | Specimen: OW982500U<br>Requisition: 8698835<br>Lab Ref #: 4969833CE11411<br>Collected: 02/27/2023 / 15:56 PST<br>Received: 02/28/2023 / 04:19 PST<br>Faxed: 02/28/2023 / 16:46 PST | Client #: 83843001 VNLZR00<br>AMOW, JILLENE<br>CHAS-LATAH COMMUNITY HLTH<br>803 S MAIN ST STE 120<br>MOSCOW, ID 83843-2695 |

MRN: 616109 Location: CHAS LATAH Ward: 5

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN, RANDOM URINE W/CREATININE | | | | |
| CREATININE, RANDOM URINE | 130 | | 20-320 mg/dL | NW |
| ALBUMIN, RANDOM URINE W/CREATININE | | | | NW |
| ALBUMIN, URINE | 2.1<br>Reference Range<br>Not established | | mg/dL | |
| ALBUMIN/CREATININE RATIO, RANDOM URINE | 16 | | <30 mcg/mg creat | |

The ADA defines abnormalities in albumin excretion as follows:

| Albuminuria Category | Result (mcg/mg creatinine) |
|---|---|
| Normal to Mildly increased | <30 |
| Moderately increased | 30-299 |
| Severely increased | > OR = 300 |

The ADA recommends that at least two of three specimens collected within a 3-6 month period be abnormal before considering a patient to be within a diagnostic category.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | NW |
| WHITE BLOOD CELL COUNT | 8.7 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.62 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 14.9 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 44.0 | | 38.5-50.0 % | |
| MCV | 95.2 | | 80.0-100.0 fL | |
| MCH | 32.3 | | 27.0-33.0 pg | |
| MCHC | 33.9 | | 32.0-36.0 g/dL | |
| RDW | 11.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 316 | | 140-400 Thousand/uL | |
| MPV | 10.4 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 5351 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2445 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 731 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 122 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 52 | | 0-200 cells/uL | |
| NEUTROPHILS | 61.5 | | % | |
| LYMPHOCYTES | 28.1 | | % | |
| MONOCYTES | 8.4 | | % | |
| EOSINOPHILS | 1.4 | | % | |
| BASOPHILS | 0.6 | | % | |

**PERFORMING SITE:**
NW [illegible]

Your request to have a duplicate copy faxed has been acknowledged
Queued to: 12088480303

CLIENT SERVICES: 1-866-MYQUEST SPECIMEN: OW982500U PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

| | | |
|---|---|---|
| **atenoloL 50 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH EVERY DAY AS NEEDED FOR BLOOD PRESSURE AND atrial fibrillation MAY TAKE additional 1/2 TABLET AFTER 12 HOURS AS NEEDED | 02/27/23 | filled |
| **lancets 30 gauge**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL AND AS NEEDED FOR HYPO AND HYPERGLYCEMIA, start 10/10/2014 | 10/10/14 | started |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>INJECT 10 UNITS UNDER THE SKIN EVERY DAY | 10/03/23 | prescribed |
| **lisinopriL 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 10/03/23 | prescribed |
| **naloxone 4 mg/actuation nasal spray**<br>For suspected opioid overdose call 911 then spray 0.1 mL (4mg) into nostril. Repeat into other nostril after 2 to 3 minutes if no/minimal response until emergency medical services arrives | 04/07/23 | prescribed |
| **nitroglycerin 0.4 mg sublingual tablet**<br>Place 1 tablet every day by sublingual route for 1 day., start 04/27/2022 | 04/27/22 | started |
| **rosuvastatin 20 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 09/12/23 | prescribed |
| **SF 5000 Plus 1.1 % dental cream**<br>USE BY MOUTH IN REPLACEMENT OF REGUALR TOOTHPASTE TWICE DAILY. SPIT OUT, DON'T RINSE. DON'T EAT/DRINK WITHIN 30 MINUTES AFTER BRUSHING | 10/19/22 | filled |
| **tadalafiL 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED | 06/09/23 | filled |
| **tamsulosin 0.4 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 10/03/23 | prescribed |
| **TechLITE Pen Needle 31 gauge x 5/16"**<br>Use as daily with lantus subcutaneous injection | 02/27/23 | filled |
| **True Metrix Glucose Test Strip**<br>USE TO TEST BLOOD SUGAR TWICE DAILY | 04/27/22 | filled |
| **TRUEplus Lancets 28 gauge**<br>USE TO TEST BLOOD SUGAR TWICE DAILY AS DIRECTED | 03/09/22 | filled |
| **Trueresult Blood Glucose System kit**<br>USE TO CHECK BLOOD SUGARS FASTING AND AT LEAST 2 HOURS AFTER 1 MEAL; DISPENSE :1; REFILLS :0, start 10/10/2014 | 10/10/14 | started |
| **Trulicity 4.5 mg/0.5 mL subcutaneous pen injector**<br>Inject 4.5 mg every week by subcutaneous route. | 09/12/23 | prescribed |

04/18/2023 verified with patient / JG

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 1, 2023 |
| To: | DR KATHLEEN SIONZON-OGDEN |
| Attn: | |
| Fax: | (509) 482-6286 |
| From: | Jaclyne Humphrey<br>Claims Examiner II, Claims<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 14892253<br>Claimant: Praveen Khurana<br><br>Ryder System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 1, 2023

Dr. Kathleen Sionzon-Ogden

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253
Claimant: Praveen Khurana
Claimant D.O.B.: October 29, 1960

Dear Dr. Kathleen Sionzon-Ogden:

We are the Disability Claim Administrator for your patient, Praveen Khurana.

To evaluate Mr. Khurana's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 19, 2023 through present

- Completion of the Enclosed Forms:

  _X_ Attending Physician's Statement
  ___ Other

We ask that you provide this information by November 7, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Khurana allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Khurana's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jaclyne Humphrey
Claims Examiner II, Claims
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement
14892253-EMPLOYEE/CLAIMANT-10.27.2023

DocuSign Envelope ID: F2E4BBAF-2D01-40C7-A3CF-923EA4AEF730

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Praveen Khurana

Name of legal representative, if applicable (print) None Relationship None

Signature of claimant or legal representative DocuSigned by: PRAVEEN KHURANA Date: 10/27/2023

Date of Birth: 10/29/1960 Claim Number: 14892253

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Jaclyne Humphrey

**To be completed by treating provider:**

**1. Patient Information**

| Praveen | | Khurana | 14892253 |
|---|---|---|---|
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |

| | | | |
|---|---|---|---|
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy** First Treated ______ Estimated Delivery ______ Date of Delivery ______ ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances -** *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: ______ to ______

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____________

Dressing ____________

Transferring ____________

Bathing ____________

Toileting ____________

Eating ____________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of

Cognitive Functioning: ____________

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____________ to ____________

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

From: LFGNotifications@LFG.com
Sent: Wednesday, November 1, 2023 5:04:51 PM
To: MATMAN00US@YAHOO.COM;
CC:
BCC:
Subject: [Send Secure]Ryder System, Inc. Claim No. 14892253 Praveen Khurana
Attachments: tp3ycekdkp0wdhd9fdrg_16475166.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 1, 2023

Mr. Praveen Khurana
261 DANIEL DR
MISSOULA, MT 59802

RE: Short Term Disability (STD) Benefits
Ryder System, Inc.
Claim #: 14892253

Dear Mr. Praveen Khurana:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Ryder System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

The Plan contains the following exclusion regarding pre-existing conditions:

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within 3 months prior to the Covered Person's effective date of coverage.

In reviewing your claim, we have determined that your absence from work may be subject to Ryder System, Inc.'s exclusion regarding pre-existing conditions. Specifically, since your reported disability began on October 24, 2023 and this is within the first 12 months following the May 19, 2023 effective date of coverage, it is necessary for us to conduct an investigation into your treatment during the 3 months period prior to your effective date of coverage. If it is determined that, during that time period, you received treatment for a condition which caused or contributed to, or resulted in your current disabling condition, you may not be eligible for disability benefits under the Plan.

To assist us with our investigation, please provide us the full names, addresses, and telephone numbers of all medical providers, including pharmacies, which you have used from February 19, 2023 through the present date on the enclosed Treating Medical Professionals Form.

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from February 19, 2023 through present.

We are requesting that you complete and return the following form(s):

___ Other

This information is needed in order to make an initial determination on your claim.

Ryder System, Inc.'s STD Plan requires that you provide proof of disability in order to receive benefits. This proof must be provided by December 15, 2023. Without the information specified above, we will be unable to evaluate your claim eligibility. In the absence of this information, we will make a claim determination based on the information in our file, which may result in a claim denial.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave, reporting your return to work, and viewing important documents. Visit www.mylincolnportal.com on your computer or mobile device.

Sincerely,

Jaclyne Humphrey
Claims Examiner II, Claims
Phone No.: (800) 291-0112 Ext. 59803
Secure Fax No.: (603) 334-0380

Irix®

Milliman
IntelliScript

| APPLICANT NAME | SSN | DOB | GENDER | AGE | ZIP CODE |
|---|---|---|---|---|---|
| PRAVEEN KHURANA | XXXXX9602 | 10/29/1960 | M | 63 | 59802 |

| | | | |
|---|---|---|---|
| CASE NUMBER | 14892253 | OWNER | Daniel Hitselberger |
| CREATED | 10/31/2023 | ORDERED BY | Daniel Hitselberger |
| | | DRUG MAPPING | LFGGrpLTDClm |

# RX SUMMARY




ELIGIBILITY



## AMOXICILLIN (Amoxicillin)

LOW — 1 Fill

INDICATIONS
- Duodenal Ulcer
- Respiratory Tract Infection
- Bacterial Infection
- Upper Respiratory Tract Infection
- ENT Infection
- Genitourinary Infection

PHYSICIANS
1 Craig Harrison




## CHLORHEXIDINE GLUCONATE (Chlorhexidine Gluconate (Mouth-Throat))

LOW — 2 Fills

INDICATIONS
- Gingivitis

PHYSICIANS
1 Anil Bouri
1 Craig Harrison




## COMIRNATY 2023-24 (COVID-19 (SARS-CoV-2) mRNA Virus Vaccine)

LOW — 1 Fill

INDICATIONS
- 2019 Novel Coronavirus Vaccination

PHYSICIANS
1 Melissa Tonn



# RX SUMMARY

**FREESTYLE LIBRE 14 DAY/SENSOR/FLASH MONITORING SYSTEM (Continuous Blood Glucose System Sensor)** LOW | 1 Fill

INDICATIONS

PHYSICIANS
1 Selam Kiflemichael




**FREESTYLE LIBRE 2/READER/FLASH GLUCOSE MONITORING SYSTEM (Continuous Blood Glucose System Receiver)** LOW | 1 Fill

INDICATIONS

PHYSICIANS
1 Amelia Deboer




**FREESTYLE LIBRE 3/SENSOR/GLUCOSE MONITORING SYSTEM (Continuous Blood Glucose System Sensor)** LOW | 1 Fill

INDICATIONS

PHYSICIANS
1 Chantel Robinson




**IBUPROFEN (Ibuprofen)** LOW | 1 Fill

INDICATIONS
Adjunct to Opioid Analgesia for Moderate to Severe Pain
Arthritis
Fever
Mild to Moderate Pain
Rheumatoid Arthritis
Primary Dysmenorrhea
Osteoarthritis
Pain
Common Cold
Inflammation

PHYSICIANS
1 Anil Bouri




**LISINOPRIL (Lisinopril)** LOW | 2 Fills

INDICATIONS
Acute Myocardial Infarction
Cardiac Failure
Myocardial Infarction
Heart Failure
Hypertension
Congestive Heart Failure

PHYSICIANS
2 Selam Kiflemichael



# RX SUMMARY

## OFLOXACIN (Ofloxacin (Ophth))

LOW | 1 Fill

INDICATIONS
Eye Infection

PHYSICIANS
1 Gerard Geurts




## PRAVASTATIN SODIUM (Pravastatin Sodium)

LOW | 1 Fill

INDICATIONS
Acute Myocardial Infarction
Cerebrovascular Accident
Myocardial Infarction
Myocardial Revascularization Procedure
Transient Ischemic Attacks
Hypercholesterolemia
Hyperlipidemia

PHYSICIANS
1 Selam Kiflemichael




## ROSUVASTATIN CALCIUM (Rosuvastatin Calcium)

LOW | 2 Fills

INDICATIONS
Atherosclerotic Disease
Cardiovascular Disorder
Cardiovascular Disease
Hyperlipidemia
Myocardial Infarction
Type III Hyperlipidemia
Familial Homozygous Hypercholesterolemia
Hypertriglyceridemia
Hypercholesterolemia

PHYSICIANS
2 Chantel Robinson




## TADALAFIL (Tadalafil)

LOW | 1 Fill

INDICATIONS
Benign Prostatic Hypertrophy
Erectile Dysfunction

PHYSICIANS
1 Spencer Godfrey



# RX SUMMARY

## TAMSULOSIN HYDROCHLORIDE (Tamsulosin HCl)

LOW — 2 Fills

INDICATIONS
Benign Prostatic Hypertrophy
Symptomatic Prostatic Hypertrophy
Symptomatic Benign Prostatic Hypertrophy

PHYSICIANS
1 Amy Larson
1 Kathleen Sionzon- Ogden




## TRULICITY (Dulaglutide)

LOW — 7 Fills

INDICATIONS
Type 2 Diabetes Mellitus

PHYSICIANS
2 Selam Kiflemichael
3 Brandon Giard
2 Chantel Robinson




# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| | AMOXICILLIN | Amoxicillin (Trihydrate) Cap 500 MG | Harrison | KROGER PHARMACY | 9/29/2023 | 15 | 5 |
| | CHLORHEXIDINE GLUCONATE | Chlorhexidine Gluconate Soln 0.12% | Bouri | CVS PHARMACY | 6/8/2023 | 473 | 30 |
| | CHLORHEXIDINE GLUCONATE | Chlorhexidine Gluconate Soln 0.12% | Harrison | KROGER PHARMACY | 9/29/2023 | 473 | 15 |
| | COMIRNATY 2023-24 | COVID-19 mRNA Vac TriS-Pfizer IM Susp Pref Syr 30 MCG / 0.3ML | Tonn | KROGER PHARMACY | 9/29/2023 | 0 | 1 |
| | FREESTYLE LIBRE 14 DAY / SENSOR / FLASH MONITORING SYSTEM | *Continuous Blood Glucose System Sensor*** | Kiflemichael | CVS PHARMACY | 8/4/2023 | 4 | 56 |
| | FREESTYLE LIBRE 2 / READER / FLASH GLUCOSE MONITORING SYSTEM | *Continuous Blood Glucose System Receiver*** | Deboer | CVS PHARMACY | 6/9/2023 | 1 | 30 |
| | FREESTYLE LIBRE 3 / SENSOR / GLUCOSE MONITORING SYSTEM | *Continuous Blood Glucose System Sensor*** | Robinson | | 10/23/2023 | 2 | 28 |
| | IBUPROFEN | Ibuprofen Tab 600 MG | Bouri | CVS PHARMACY | 6/8/2023 | 15 | 3 |
| | LISINOPRIL | Lisinopril Tab 2.5 MG | Kiflemichael | CVS PHARMACY | 6/8/2023 | 90 | 90 |

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| | LISINOPRIL | Lisinopril Tab 2.5 MG | Kiflemichael | NAVARRO DISCOUNT PHARMACY | 9/19/2023 | 90 | 90 |
| | OFLOXACIN | Ofloxacin Ophth Soln 0.3% | Geurts | CVS PHARMACY | 8/6/2023 | 5 | 16 |
| | PRAVASTATIN SODIUM | Pravastatin Sodium Tab 80 MG | Kiflemichael | CVS PHARMACY | 6/8/2023 | 90 | 90 |
| | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 20 MG | Robinson | KROGER PHARMACY | 9/28/2023 | 30 | 30 |
| | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 20 MG | Robinson | CVS PHARMACY | 10/23/2023 | 90 | 90 |
| | TADALAFIL | Tadalafil Tab 10 MG | Godfrey | CVS PHARMACY | 6/9/2023 | 30 | 90 |
| | TAMSULOSIN HYDROCHLORIDE | Tamsulosin HCl Cap 0.4 MG | Larson | CVS PHARMACY | 6/8/2023 | 90 | 90 |
| | TAMSULOSIN HYDROCHLORIDE | Tamsulosin HCl Cap 0.4 MG | Sionzon- Ogden | CVS PHARMACY | 10/23/2023 | 90 | 90 |
| | TRULICITY | Dulaglutide Soln Pen-injector 3 MG / 0.5ML | Kiflemichael | CHAS CENTRALIZED PHARMACY | 5/19/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 3 MG / 0.5ML | Kiflemichael | CVS PHARMACY | 6/8/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 3 MG / 0.5ML | Giard | CHAS CENTRALIZED PHARMACY | 7/12/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 3 MG / 0.5ML | Giard | CVS PHARMACY | 8/4/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 3 MG / 0.5ML | Giard | CVS PHARMACY | 8/30/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 4.5 MG / 0.5ML | Robinson | KROGER PHARMACY | 9/28/2023 | 2 | 28 |
| | TRULICITY | Dulaglutide Soln Pen-injector 4.5 MG / 0.5ML | Robinson | CVS PHARMACY | 10/23/2023 | 2 | 28 |

Irix®

Milliman IntelliScript

# DOCTORS

| Doctor | Drugs | | Fills | First Fill | | Last Fill |
|---|---|---|---|---|---|---|
| **Anil Bouri**<br>Periodontics<br>5151 Mochel Dr<br>Ste 300<br>Downers Grove, IL 60515<br>630-796-0700 | CHLORHEXIDINE GLUCONATE | | 1 Fill | 06/08/2023 | — | 06/08/2023 |
| | IBUPROFEN | | 1 Fill | 06/08/2023 | — | 06/08/2023 |
| **Amelia Deboer**<br>Pharmacist<br>338 6th St<br>Ste 101<br>Lewiston, ID 83501<br>208-848-8300 | FREESTYLE LIBRE 2/READER/FLASH GLUCOSE MONITORING SYSTEM | | 1 Fill | 06/09/2023 | — | 06/09/2023 |
| **Gerard Geurts**<br>Physician Assistant<br>7 Blanchard Cir<br>Ste 206<br>Wheaton, IL 60189<br>630-653-0848 | OFLOXACIN | | 1 Fill | 08/06/2023 | — | 08/06/2023 |
| **Brandon Giard**<br>203 N Washington St<br>Spokane, WA 99201<br>509-343-1116 | TRULICITY | | 3 Fills | 07/12/2023 | — | 08/30/2023 |
| **Spencer Godfrey**<br>Nurse - Practitioner<br>1203 Idaho St<br>Lewiston, ID 83501<br>208-848-8300 | TADALAFIL | | 1 Fill | 06/09/2023 | — | 06/09/2023 |
| **Craig Harrison**<br>Dentistry - General<br>1610 5th St<br>Lubbock, TX 79401<br>806-765-2611 | AMOXICILLIN | | 1 Fill | 09/29/2023 | — | 09/29/2023 |
| | CHLORHEXIDINE GLUCONATE | | 1 Fill | 09/29/2023 | — | 09/29/2023 |
| **Selam Kiflemichael**<br>Pharmacist<br>1203 Idaho St<br>Lewiston, ID 83501<br>208-848-8300 | FREESTYLE LIBRE 14 DAY/SENSOR/FLASH MONITORING SYSTEM | | 1 Fill | 08/04/2023 | — | 08/04/2023 |
| | LISINOPRIL | | 2 Fills | 06/08/2023 | — | 09/19/2023 |
| | PRAVASTATIN SODIUM | | 1 Fill | 06/08/2023 | — | 06/08/2023 |
| | TRULICITY | | 2 Fills | 05/19/2023 | — | 06/08/2023 |
| **Amy Larson**<br>Nurse - Practitioner<br>1203 Idaho St<br>Lewiston, ID 83501<br>208-848-8300 | TAMSULOSIN HYDROCHLORIDE | | 1 Fill | 06/08/2023 | — | 06/08/2023 |

# DOCTORS

| Doctor | Drugs | | Fills | First Fill | Last Fill |
|---|---|---|---|---|---|
| **Chantel Robinson**<br>Pharmacist<br>817 S Perry St<br>Unit B<br>Spokane, WA 99202<br>509-444-8200 | FREESTYLE LIBRE 3/SENSOR/GLUCOSE MONITORING SYSTEM | | 1 Fill | 10/23/2023 | 10/23/2023 |
| | ROSUVASTATIN CALCIUM | | 2 Fills | 09/28/2023 | 10/23/2023 |
| | TRULICITY | | 2 Fills | 09/28/2023 | 10/23/2023 |
| **Kathleen Slonzon- Ogden**<br>Nurse - Practitioner<br>5921 N Market St<br>Spokane, WA 99208<br>509-444-8888 | TAMSULOSIN HYDROCHLORIDE | | 1 Fill | 10/23/2023 | 10/23/2023 |
| **Melissa Tonn**<br>Occupational Medicine<br>8117 Preston Rd<br>Ste 690<br>Dallas, TX 75225<br>214-691-2977 | COMIRNATY 2023-24 | | 1 Fill | 09/29/2023 | 09/29/2023 |

# PHARMACIES

| PHARMACY | DRUG | PRIORITY | LAST FILL DATE |
|---|---|---|---|
| *no pharmacy found* | FREESTYLE LIBRE 3/SENSOR/GLUCOSE MONITORING SYSTEM | | 10/23/2023 |
| **CHAS CENTRALIZED PHARMACY**<br>1502 N VERCLER RD LL<br>SPOKANE VALLEY, WA 99216<br>509-444-8888 | TRULICITY | | 07/12/2023 |
| **CVS PHARMACY**<br>310 S MICHIGAN AVE<br>CHICAGO, IL 60604<br>312-588-0704 | CHLORHEXIDINE GLUCONATE | | 06/08/2023 |
| | FREESTYLE LIBRE 2/READER/FLASH GLUCOSE MONITORING SYSTEM | | 06/09/2023 |
| | IBUPROFEN | | 06/08/2023 |
| | LISINOPRIL | | 06/08/2023 |
| | PRAVASTATIN SODIUM | | 06/08/2023 |
| | TADALAFIL | | 06/09/2023 |
| | TAMSULOSIN HYDROCHLORIDE | | 06/08/2023 |
| | TRULICITY | | 06/08/2023 |
| **CVS PHARMACY**<br>1801 W GOLF RD<br>SCHAUMBURG, IL 60194<br>847-885-1326 | FREESTYLE LIBRE 14 DAY/SENSOR/FLASH MONITORING SYSTEM | | 08/04/2023 |
| | OFLOXACIN | | 08/06/2023 |
| | TRULICITY | | 08/30/2023 |
| **CVS PHARMACY**<br>180 N DOBSON RD<br>CHANDLER, AZ 85224<br>480-812-0149 | ROSUVASTATIN CALCIUM | | 10/23/2023 |
| | TAMSULOSIN HYDROCHLORIDE | | 10/23/2023 |
| | TRULICITY | | 10/23/2023 |

# PHARMACIES

| PHARMACY | DRUG | PRIORITY | LAST FILL DATE |
|---|---|---|---|
| **KROGER PHARMACY**<br>9140 FOREST LN<br>DALLAS, TX 75243<br>214-221-0978 | AMOXICILLIN | [illegible] | 09/29/2023 |
| | CHLORHEXIDINE GLUCONATE | [illegible] | 09/29/2023 |
| | COMIRNATY 2023-24 | [illegible] | 09/29/2023 |
| | ROSUVASTATIN CALCIUM | [illegible] | 09/28/2023 |
| | TRULICITY | [illegible] | 09/28/2023 |
| **NAVARRO DISCOUNT PHARMACY**<br>11402 NW 41ST ST STE 127<br>DORAL, FL 33178<br>305-599-0764 | LISINOPRIL | [illegible] | 09/19/2023 |

# CASE ADDITIONAL DETAILS

Authorization Type **Paper or Electronic**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- * Job duties, earnings, personnel records and other work related information and federal and state tax returns.
- * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: 10/29/1960 Claim Number: 14892253

A copy of this authorization will be considered as valid as the original.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

### I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Praveen Khurana

Name of legal representative, if applicable (print) None Relationship None

DocuSigned by: PRAVEEN KHURANA
6AEFE6DD7A30465

Signature of claimant or legal representative ______ Date: 10/27/2023

Date of Birth: 10/29/1960 Claim Number: 14892253

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

PRAVEEN KHURANA
261 DANIEL DR
MISSOULA, MT 59802-0000

Cover Page
Insert 1 1
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

October 27, 2023

PRAVEEN KHURANA
261 DANIEL DR
MISSOULA, MT 59802-0000

RE: RYDER SYSTEM, INC.
Short Term Disability Benefits
Claim #: 14892253

Dear MR. KHURANA:

I have been assigned your short-term disability (STD) claim as part of Ryder System, Inc.'s Group Disability Plan. I understand that this could be a difficult time for you and I want to do everything possible to handle your claim efficiently. As your case manager, my role is to assess whether you are eligible for benefits. This letter will provide you with important information about the claims management process administered by The Lincoln National Life Insurance Company. It will also outline your responsibilities for ensuring your request for disability leave is handled promptly.

**Return forms promptly:**

- Please provide one signed copy of the "Authorization to Release Information" form to ***each treating provider.*** To obtain additional copies:
    - Go to MyLincolnPortal.com,
      After completing a one-time registration, using the Company Code RYDER, select the "Forms" tab, then click on Medical Authorization Form to download
    - Call the Charlotte, NC disability claims office at 1-800-291-0112
- This is essential to assist us in obtaining the medical documentation needed to make initial and ongoing determinations.

**Notify your Supervisor or HR representative:**

- If you have not done so already, please notify your supervisor or your HR representative of your absence as soon as possible.

**Your Responsibility for Medical Information/Documentation**

- We will attempt to contact your physician to obtain the necessary medical information to make a claim determination; however, ***you are ultimately responsible*** to make sure we receive the information/documentation.

- Medical documentation may include, but is not limited to, office visit notes, physical and or mental evaluations, progress notes, operative reports, test results (MRIs, CT Scans, etc), pharmacy records.

**Determinations:**

- A determination is based on the totality of the medical information received.
- Once information is received the case manager will have up to 72 hours to review the information.
- Once a determination is made, you will be notified in writing.
- If it is determined that a review by our clinical services department is needed, then that review can take up to 10 business days.
- We will follow up with you and your providers approximately every 15 days for any outstanding medical records.
- If the necessary information is not received within 45 days, we will have no alternative but to deny your claim for disability benefits.
- Your STD Benefits will not be paid until a determination is rendered.
- You may look up the status of your claim online at MyLincolnPortal.com.

**Ongoing claims management:**

- If you are unable to return to work as of your initial disability end date (approved through date), you will need to provide us with additional medical information.
- Benefits will not be extended until additional medical information is received that supports continued disability.

**STD benefits:**

- Your Ryder STD plan provides that, in a 12-month rolling period:
  - Eligible hourly employees may receive up to 26 weeks of disability benefits, (the first week of disability is the plan elimination period in which no benefit payment is issued).
  - Eligible salaried employees may receive up to 5 months of disability income benefits.
- The amount of benefits will depend on your election with Ryder. For more information, go to www.Ryder.BenefitsNow.com to review the STD section of the Summary Plan Description.

**Benefits & Health Care Coverage Reminder:**

If your STD claim is related to the birth of your child and you wish to add the child to your Ryder health care plans, you must do so within 31 days of the baby's date of birth. You can enroll your child online by logging into www.Ryder.BenefitsNow.com or by calling the Ryder

BenefitsNow Service Center at 1-800-280-2999. Your child's social security number is not required to complete this initial enrollment.

**Employee Assistance Program (EAP):**

We understand that coping with a health condition as well as a leave of absence can be stressful. Your employer and I would like to remind you that an Employee Assistance Program (EAP) is available to you and your household members at no cost. The EAP is a confidential, professional counseling and referral service that can assist you with feelings of stress, anxiety or depression, coping with change and other personal, family or financial concerns. You can reach FEI Behavioral Health, 24 hours a day, 7 days a week at 1-800-323-0751. You can also go online at www.feibh.com/rsi.

If there is anything I can do to help you with your claim or if you have any questions about this letter please call me at the number below.

Sincerely,

Jaclyne Humphrey
Disability Case Manager
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

Enclosures