**PRAVEEN K. KHURANA**
Plaintiff, Pro Se
9910 E. Appleway Boulevard, Unit D207
Spokane Valley, WA 99206

(208) 413-0165,
matman00us@yahoo.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**PRAVEEN K. KHURANA,**

Plaintiff,

v.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

Defendant.

Case No. **2:26-cv-00187-TOR**

---

## CERTIFICATE OF SERVICE

I, **Praveen K. Khurana**, certify under penalty of perjury under the laws of the United States that on the 3rd day of AUGUST, 2026, I served the following documents:

- Plaintiff's Motion for Summary Judgment;
- Plaintiff's Memorandum of Points and Authorities in Support of Motion for Summary Judgment;
- Proposed Order Granting Plaintiff's Motion for Summary Judgment;
- Alternative Proposed Order Vacating Defendant's Benefit Determination and Remanding Claim; and
- all supporting declarations and exhibits filed with the Motion;

upon counsel for Defendant by the following method:

☐ **By CM/ECF:** I electronically filed the foregoing documents with the Clerk of Court using the Court's CM/ECF system, which automatically served registered counsel of record.

☑ **By Electronic Mail:** I transmitted true and correct copies by electronic mail to:

☑ **By United States Mail:** I placed true and correct copies in a sealed envelope, postage prepaid, addressed to:

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252

iwana@rademaekerslaw.com

and deposited the prepaid envelope in the United States Mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3rd AUGUST, 2026, at Spokane, Washington.

Respectfully submitted,

______________________________

**PRAVEEN K. KHURANA**
Plaintiff, Pro Se