**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

# Notice of Assignment to United States Magistrate Judge and Declination of Consent Form

**TO:** Counsel of Record and Pro Se Litigants

**RE:** Assignment to a United States Magistrate Judge
**ACTION REQUIRED**

The Eastern District of Washington assigns a wide range of cases to Magistrate Judges. Magistrate Judges have a wide experience in all types of civil matters filed in our Court. Your case has been assigned to a United States Magistrate Judge for all purposes, and if there is a consent, to include trial and final entry of judgment. *See* 28 USC 636(c) , FRCP 73.

Consent to a Magistrate Judge is voluntary. If a party declines consent, the identity of the parties consenting or declining consent will not be communicated to any Judge. Withholding consent will not result in any adverse consequence.

This case will remain assigned to a Magistrate Judge unless you choose to decline consent within ten days of the date of this Notice. If consent is declined, the case will randomly be assigned to a District Judge.

An appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for this Judicial Circuit in the same manner as an appeal from any other Judgment of this District Court.

## Declination of Consent to Magistrate Judge

Parties wishing to decline consent to the assignment of this matter to a magistrate judge in the Eastern District of Washington must complete and return this page, within 10 days of the Notice of Assignment, to:

Sean F. McAvoy, Clerk of Court
U.S. District Court, Eastern District of Washington
P.O. Box 1493
Spokane, WA 99210-1493
Or by email to: consentforms@waed.uscourts.gov

Your response will remain confidential and will not be reflected in the file.

☐ I ***decline*** consenting to a Magistrate Judge.

Case Name: Khurana v. Lincoln National Life Insurance Company

Case Number: 2:26-cv-00187-ACE

Name of Attorney: ______________________________

Name of Party: ______________________________

Signature of Attorney or Pro Se Party: ______________________________
True signature or electronic stamp of same required.

***This document is confidential. Please do not electronically file this document.**

**IF YOU DO NOT CONSENT, PLEASE EMAIL SIGNED FORM TO: consentforms@waed.uscourts.gov - DO NOT E-FILE THIS DOCUMENT.**