Honorable Thomas O. Rice

**Iwana Rademaekers, Texas Bar No. 16452560**
(Admitted Pro Hac Vice)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Andrew Schpak, Oregon Bar No. 044080
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212
Email: ASchpak@barran.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PRAVEEN K. KHURANA<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, d/b/a LINCOLN FINANCIAL GROUP,<br><br>Defendant. | Case No. 2:26-cv-00187-TOR<br><br>**DEFENDANT'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON THE ADMINISTRATIVE RECORD AND OPPOSITION TO PLAINTIFF'S MOTION SUMMARY JUDGMENT** |

Defendant The Lincoln National Life Insurance Company, hereby submits the following facts:

| No. | Material Facts | Record No. |
|---|---|---|
| **1.** | Khurana submitted a claim for benefits from the STD Plan on October 25, 2023 (Claim No. 14892253). | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 174 |
| **2.** | Lincoln sent a letter dated November 23, 2023, to Khurana containing Lincoln's decision to deny his claim under the STD Plan's pre-existing condition exclusion. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 541-543 |
| **3.** | Lincoln's November 23, 2023, letter to Khurana outlined his right to appeal Lincoln's decision to deny his benefits from the STD Plan. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 542 |
| **4.** | On November 29, 2023, Lincoln received email correspondence from Khurana appealing Lincoln's decision to deny his claim for benefits from the STD Plan. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 529 |



LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

| | | |
|---|---|---|
| **5.** | Lincoln sent a letter dated February 16, 2024, to Khurana informing him that, after a thorough review of his claim, Lincoln was maintaining the decision to deny benefits from the STD Plan. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 290-294 |
| **6.** | Lincoln received a letter dated March 11, 2024, from an attorney representing Khurana at the time, John V. Tucker, notifying Lincoln of Khurana's intent to appeal the February 16, 2024, decision to deny benefits from the STD Plan. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 268-271 |
| **7.** | As Khurana had already exhausted his rights to appeal Lincoln's decision to deny benefits, Lincoln sent a letter dated March 28, 2024, to Mr. Tucker advising him of the same, as well as Khurana's right to bring a civil action under section 502(a) of ERISA. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 266-267 |



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

| | | |
|---|---|---|
| **8.** | Lincoln received a letter dated May 13, 2024, from Mr. Tucker, submitting Khurana's claim for benefits from the LTD Plan. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 181 |
| **9.** | Lincoln began processing this claim (LTD Claim No. 15775111). | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 135 |
| **10.** | Lincoln received an Email from Ryder on May 28, 2024, stating that Khurana returned to work on 3/6/24 and was terminated for cause on 4/12/24. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 131 |
| **11.** | Lincoln received another Email from Ryder on May 28, 2024, stating the details on Khurana's return to work, DOT physical, and termination for cause. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 130 |
| **12.** | Lincoln received an Email from Ryder on May 28, 2024, stating that Khurana's pay started 3/17/26. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 126 |



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

| | | |
|---|---|---|
| **13.** | Lincoln received an Email from Ryder on May 31, 2024, stating that Khurana's last date worked was 4/12 and his benefits ended 4/12. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 91 |
| **14.** | Lincoln sent a letter dated June 10, 2024, to Mr. Tucker containing Lincoln's decision to deny Khurana's LTD claim. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 97-100 |
| **15.** | Lincoln's June 10, 2024, letter to Mr. Tucker outlined Khurana's right to appeal the decision to deny his benefits. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 99 |
| **16.** | Lincoln Received a letter dated August 26, 2024, from Mr. Tucker stating, "Notice of Intent to Appeal & Request for Documents" and included a request that Lincoln "not start reviewing the claim until we have notified you that we have sent you a complete appeal package." | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 82-86 |



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

| | | |
|---|---|---|
| **17.** | No further communication was received by Lincoln from Mr. Tucker or Khurana until December 2025. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 052-055, 073-096, and 101-784.<br>(Lincoln/Khurana 056-072 were excluded from the AR as they were all dated, generated, and/or submitted to Lincoln in 2025 and 2026) |
| **18.** | The deadline for Khurana to appeal Lincoln's decision expired 180 days after receipt of Lincoln's June 10, 2024, letter, as stated in Lincoln's letter and as acknowledged by Mr. Tucker in his August 26, 2024, letter. | ECF No. 17-3, AR Ex. 3, Lincoln/Khurana 99 and Lincoln/Khurana 82 |



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

## EVIDENTIARY OBJECTIONS TO "MATERIAL FACTS" ASSERTED BY PLAINTIFF

| Obj. No. | Objections to Plaintiff's Material Facts | Record No. |
|---|---|---|
| **1.** | Lincoln objects to the inclusion of #'s 21-23 in Plaintiff's Statement of Material Facts in that the Social Security Administration's October 21, 2025, decisions referenced in #'s 21-23 is not part of the Administrative Record that was before Lincoln at the time its June 10, 2024, decision was made and was not received by Lincoln until more than a year after Plaintiff's deadline to appeal Lincoln's decision had expired. *Alford v. DCH Found. Group Long-Term Disability Plan*, 311 F.3d 955, 959 (9th Cir. 2002). | ECF No. 13-2 at p. 3 |
| **2.** | Lincoln objects to the inclusion of #'s 26-28 in Plaintiff's Statement of Material Facts in that the Small Claims Case, and settlement thereof, referenced in #'s 26-28 are not part | ECF No. 13-2 at p. 4 |



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

| | | |
|---|---|---|
| | of the Administrative Record that was before Lincoln at the time it's June 10, 2024, decision was made as it was instituted in January 2026, which is more than a year after Plaintiff's deadline to appeal Lincoln's decision on Plaintiff's LTD claim had expired. Furthermore, a settlement of litigation pertaining Plaintiff's STD claim is not evidence that can be used in this case. Fed. R. Evid. 408. | |

SUBMITTED this 24th day of August 2026.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By *s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar #16452560
Admitted *Pro Hac Vice*
iwana@rademaekerslaw.com

AND

BARRAN LIEBMAN LLP

By *s/ Andrew Schpak*
Andrew Schpak, WSBA#39901
ASchpak@barran.com

ATTORNEYS FOR DEFENDANT

**DECLARATION OF SERVICE**

I hereby certify that on August 24, 2026, I served the foregoing DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD via Electronic Mail on the following party:

Praveen K. Khurana
PO Box 19519
Spokane, WA 99216
PRO SE

*s/ Iwana Rademaekers*
Iwana Rademaekers



LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456