Honorable Thomas O. Rice

**Iwana Rademaekers, Texas Bar No. 16452560**
(Admitted Pro Hac Vice)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Andrew Schpak, Oregon Bar No. 044080
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212
Email: ASchpak@barran.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PRAVEEN K. KHURANA<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, d/b/a LINCOLN FINANCIAL GROUP,<br><br>Defendant. | Case No. 2:26-cv-00187-TOR<br><br>**DEFENDANT'S AMENDED CERTIFICATE OF SERVCE** |



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

On September 2, 2026, complete copies of the following documents were sent via US Priority Mail Express for overnight delivery to Plaintiff at 9910 E. Appleway Boulevard, Unit D207, Spokane Valley, WA 99206 and via email to matman00us@yahoo.com:

1) Defendant's Motion for Summary Judgment on the Administrative Record and Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 18);

2) Defendant's Statement of Material Facts in Support of its Motion for Summary Judgment on the Administrative Record and Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 19); and

3) Defendant's Motion for Summary Judgment on the Administrative Record and Opposition to Plaintiff's Motion for Summary Judgment (ECF No 20).

DATED this 2nd day of September 2026.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By *s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar #16452560
Admitted *Pro Hac Vice*
iwana@rademaekerslaw.com



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

BARRAN LIEBMAN LLP

By *s/ Andrew Schpak*
Andrew Schpak, WSBA#39901
ASchpak@barran.com

ATTORNEYS FOR DEFENDANT

**DECLARATION OF SERVICE**

I hereby certify that on September 2, 2026, I served the foregoing AMENDED CERTIFICATE OF SERVICE to Plaintiff Praveen K. Khurana via email at matman00us@yahoo.com and via US Priority Mail Express to the address below:

Praveen K. Khurana
9910 E. Appleway Boulevard, Unit D207
Spokane Valley, WA 99206

*s/ Iwana Rademaekers*
Iwana Rademaekers



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456