Honorable Thomas O. Rice

**Iwana Rademaekers, Texas Bar No. 16452560**
(Admitted Pro Hac Vice)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Andrew Schpak, Oregon Bar No. 044080
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212
Email: ASchpak@barran.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PRAVEEN K. KHURANA<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, d/b/a LINCOLN FINANCIAL GROUP,<br><br>Defendant. | Case No. 2:26-cv-00187-SAB<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE ECF NOS. 18, 19, AND 20 FOR DEFECTIVE SERVICE, OR IN THE ATLERNATIVE FOR CURATIVE RELIEF AND SANCTIONS** |

Defendant Lincoln National Life Insurance Company, d/b/a Lincoln Financial Group ("Lincoln") files this Response to Plaintiff's Motion to Expedite and Motion to Strike ECF Nos. 18, 19, and 20 for Defective Service, or in the Alternative for Curative Relief and Sanctions (Dkt 23) and states as follows:

**RESPONSE**

On August 24, 2026, Lincoln filed *Defendant's Statement of Material Facts in Support of its Motion for Summary Judgment on the Administrative Record and Opposition to Plaintiff's Motion for Summary Judgment* (ECF No. 19) and *Defendant's Motion for Summary Judgment on the Administrative Record and Opposition to Plaintiff's Motion for Summary Judgment* (ECF Nos. 18 and 20). On September 1, 2026, Plaintiff filed his Motion to Strike (ECF No. 23), which was how Lincoln's counsel learned that the address used in the Certificates of Service on these documents was the Plaintiff's previous address, due to an inadvertent clerical error (copying and pasting a certificate of service from a previously-filed pleading).

The sole basis for Plaintiff's Motion to Strike is that Lincoln included the wrong address on the Certificates of Service on ECF Nos. 18, 19, and 20 and did not email copies of these documents to the Plaintiff. The omission was a good-faith clerical error for which Lincoln's counsel deeply apologizes. Lincoln has now cured the defect by filing an Amended Certificate of Service (ECF No. 24), which reflects



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

that ECF Nos. 18, 19, and 20 have been served via overnight delivery at the address set forth in Plaintiff's Notice of Change of Address (ECF No. 12) and via email at Plaintiff's personal email address. Additionally, Lincoln's counsel has offered to reimburse Plaintiff for any expenses incurred in connection with downloading or printing these documents (see, Exhibit A).

Moreover, under LCivR 7, even if Lincoln's Motion, Statement of Facts, and Response had been properly served on Plaintiff on August 24, 2026, at his correct address, Plaintiff's deadlines for responding or replying to Lincoln's filings were:

1. 30 days (September 23, 2026) for the response to Lincoln's Motion for Summary Judgment (LCivR 7(c)(2)(A)) and
2. 21 days (September 14, 2026) for the Reply to Lincoln's Response to Plaintiff's Motion for Summary Judgment (LCivR 7(d)(2)(A)).

However, Plaintiff filed both his Reply and Response (ECF No. 22) and his Response to Lincoln's Statement of Facts (ECF No. 21) on September 1, 2026, which was well before the deadlines that would have applied if service had been proper. Accordingly, Plaintiff has suffered no prejudice due to Lincoln's counsel's inadvertent error. Moreover, the interests of justice favor deciding the underlying summary judgment motions on the merits rather than striking Lincoln's Motion and Response on a technical ground.



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

LCivR 5 requires a certificate of service but contains no provision mandating that a filing be stricken for an inadvertent, promptly cured defect in a certificate of service. Moreover, the Ninth Circuit has held that procedural rules "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010) (citations omitted). Accordingly, as the procedural defect has been cured, and there has been no prejudice to Plaintiff due to such defect, justice is best served by a denial of Plaintiff's Motion to Strike.

## CONCLUSION

For the foregoing reasons, Lincoln respectfully requests that the Court:

1. Deny Plaintiff's Motion to Strike; or
2. Alternatively, order that Lincoln's counsel reimburse Plaintiff for any costs incurred in downloading or printing Lincoln's filings; and
3. Grant Lincoln such other and further relief as the Court deems just and proper.

DATED this 2nd day of September 2026.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By *s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar No. 16452560
Admitted *Pro Hac Vice*
iwana@rademaekerslaw.com



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

BARRAN LIEBMAN LLP

By *s/ Andrew Schpak*
Andrew Schpak, WSBA#39901
ASchpak@barran.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

**DECLARATION OF SERVICE**

I hereby certify that on September 2, 2026, I served the foregoing DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE ECF NOS. 18, 19, AND 20 FOR DEFECTIVE SERVICE, OR IN THE ALTERNATIVE FOR CURATIVE RELIEF AND SANCTIONS to Plaintiff Praveen K. Khurana via email at matman00us@yahoo.com and via US Priority Mail Express to the address below:

Praveen K. Khurana
9910 E. Appleway Boulevard, Unit D207
Spokane Valley, WA 99206
Email: matman00us@yahoo.com

*s/ Iwana Rademaekers*
Iwana Rademaekers



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456