FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 08 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**AT SPOKANE**

PRAVEEN K. KHURANA,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

**Case No. 2:26-cv-00187-SAB**

**DECLARATION OF PRAVEEN K. KHURANA IN SUPPORT OF REPLY**

---

I, Praveen K. Khurana, declare as follows:

1. I am the Plaintiff in this action and make this declaration from my personal knowledge.

2. I filed a Notice of Change of Address in this action identifying my current address as 9910 Appleway Blvd., Unit D207, Spokane Valley, Washington 99206.

3. Before Defendant filed ECF Nos. 18, 19, and 20 on August 24, 2026, I had also notified Defendant's counsel of my changed address.

4. I did not receive proper service of ECF Nos. 18, 19, and 20 at the time they were filed on August 24, 2026. I nevertheless acted promptly to obtain and review the filings and to prepare papers protecting my rights.

5. On September 1, 2026, I filed my responsive papers. I did so to avoid any possible claim that I had waived or failed to respond to Defendant's arguments. My ability to file those papers despite the service problem should not be understood as my agreement that the original service was proper or that I suffered no loss of time.

6. On September 2, 2026, Defendant's counsel acknowledged the service error. I also received an email from Sandy Acker, Business Manager and Paralegal for the Law Offices of Iwana Rademaekers, P.C., advising that the August 24 documents and an Amended Certificate of Service were being provided and that copies were also being sent by U.S. Express Mail.

7. I acknowledge the corrective service, but I have not agreed that the September 2 corrective service retroactively cures the consequences of the August 24 service defect.

8. Defendant previously received approximately thirteen additional days in connection with its filing schedule. I did not agree to Defendant receiving that additional time. I respectfully ask the Court to refer to its docket and scheduling orders for the precise dates and procedural history.

9. I am not asking the Court to delay the pending summary-judgment proceedings. I continue to request the relief stated in my Motion to Strike, while recognizing that the appropriate remedy is within the Court's discretion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on September 3, 2026, at Spokane Valley, Washington.**

______________________________

**PRAVEEN K. KHURANA**