**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**AT SPOKANE**

| | |
|---|---|
| PRAVEEN K. KHURANA,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | **Case No. 2:26-cv-00187-SAB**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 3, 2026, I served a true and correct copy of the foregoing Plaintiff's Reply in Support of Motion to Strike ECF Nos. 18, 19, and 20, or for Alternative Curative Relief and Sanctions, and the Declaration of Praveen K. Khurana, by electronic mail upon counsel for Defendant as follows:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
Email: iwana@rademaekerslaw.com

Andrew M. Schpak
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, OR 97204
Email: aschpak@barran.com

I declare that the foregoing is true and correct.

DATED this 3rd day of September, 2026, at Spokane Valley, Washington.

PRAVEEN K. KHURANA
Plaintiff, Pro Se
9910 Appleway Blvd., Unit D207
Spokane Valley, WA 99206
Telephone: (208) 413-0165
Email: matman00us@yahoo.com

RECEIVED
SEP 08 2026
CLERK, U.S. DISTRICT COURT
SPOKANE, WA