P. KHURANA
9910 E. APPLEWAY BLVD. D207
SPOKANE, WA, 99206

2:26-cv-00187-SAB

SPOKANE WA 990
3 SEP 2026 PM 4 L

usa forever

Retail

UNITED STATES POSTAL SERVICE

99210

RDC 99

U.S. POSTAGE PAID
FCM LETTER
SPOKANE VALLEY
WA 99206
SEP 03, 2026
**$0.29**
S2324H500394-14

CLERK OF COURTS
US FEDERAL COURT
EASTERN DISTRICT OF
WASHINGTON
P. O. BOX 1493
SPOKANE, WA, 99210

RECEIVED
SEP 08 2026
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

99210-1493993