AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2026

SEAN F. MCAVOY, CLERK

PRAVEEN K. KHURANA,

*Plaintiff*

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY, dba Lincoln Financial Group,

*Defendant*

Civil Action No. 2:26-CV-00187-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

✔ other: Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 18) is GRANTED.
Plaintiff's Motion to Strike (ECF No. 23) is DENIED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

✔ decided by Judge Stanley A. Bastian

Date: 11/24/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*